| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF VERMONT |
| Case number *(if known)* _____   Chapter   11 |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Roman Catholic Diocese of Burlington, Vermont

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   03-0180730

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 55 Joy Drive<br>South Burlington, VT 05403<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Chittenden<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**   https://www.vermontcatholic.org/

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☑ Other. Specify:   Non Profit

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

Debtor  Roman Catholic Diocese of Burlington, Vermont                Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☑ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    8131

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor   Roman Catholic Diocese of Burlington, Vermont _____   Case number (*if known*) _____
    Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?**  _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency  _____<br>    Contact name  _____<br>    Phone  _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☑ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☑ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  Roman Catholic Diocese of Burlington, Vermont  
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/30/2024  
MM / DD / YYYY

**X** /s/ *John J. McDermott*  
Signature of authorized representative of debtor

The Most Reverend John Joseph McDermott  
Printed name

Title  Bishop of Burlington

**18. Signature of attorney**

**X** *Raymond J. Obuchowski*  
Signature of attorney for debtor

Date  09/30/2024  
MM / DD / YYYY

Raymond J. Obuchowski  
Printed name

Obuchowski Law Office  
Firm name

1542 Route 107  
Bethel, Vermont 05032  
Number, Street, City, State & ZIP Code

Contact phone  802.234.6244    Email address  Ray@oeblaw.com

Bar number and State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 4

Fill in this information to identify the case:

Debtor name: Roman Catholic Diocese of Burlington, Vermont
United States Bankruptcy Court for the: DISTRICT OF VERMONT
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ▇▇▇ c/o Gravel & Shea PC 76 St. Paul Street 7th Floor Burlington, VT 05402-0369 | Celeste Laramie (802) 658-0220 claramie@gravelshea.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |
| ▇▇▇ c/o Gravel & Shea PC 76 St. Paul Street 7th Floor Burlington, VT 05402-0369 | Celeste Laramie (802) 658-0220 claramie@gravelshea.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |
| ▇▇▇ c/o Gravel & Shea PC 76 St. Paul Street 7th Floor Burlington, VT 05402-0369 | Celeste Laramie (802) 658-0220 claramie@gravelshea.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |
| ▇▇▇ c/o Gravel & Shea PC 76 St. Paul Street 7th Floor Burlington, VT 05402-0369 | Celeste Laramie (802) 658-0220 claramie@gravelshea.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |
| ▇▇▇ c/o Gravel & Shea PC 76 St. Paul Street 7th Floor Burlington, VT 05402-0369 | Celeste Laramie (802) 658-0220 claramie@gravelshea.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |
| ▇▇▇ c/o Gravel & Shea PC 76 St. Paul Street 7th Floor Burlington, VT 05402-0369 | Celeste Laramie (802) 658-0220 claramie@gravelshea.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |

Debtor  Roman Catholic Diocese of Burlington, Vermont                     Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ▆▆▆▆▆▆▆<br>c/o Gravel & Shea PC<br>76 St. Paul Street<br>7th Floor<br>Burlington, VT 05402-0369 | Celeste Laramie<br>(802) 658-0220<br>claramie@gravelshea.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▆▆▆▆▆▆▆<br>c/o Gravel & Shea PC<br>76 St. Paul Street<br>7th Floor<br>Burlington, VT 05402-0369<br><br>Law Office of Mitchell Garabedian<br>100 State Street 6th Floor<br>Boston, MA 02109 | Celeste Laramie<br>(802) 658-0220<br>claramie@gravelshea.com<br><br>Mitchell Garabedian<br>(888) 995-2214 | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▆▆▆▆▆▆▆<br>c/o Gravel & Shea PC<br>76 St. Paul Street<br>7th Floor<br>Burlington, VT 05402-0369<br><br>Danziger & De Llano, LLP<br>440 Louisiana Street, Suite 1212<br>Houston, TX 77002 | Celeste Laramie<br>(802) 658-0220<br>claramie@gravelshea.com<br><br>Rod de Llano<br>(866) 222-9990 | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▆▆▆▆▆▆▆<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▆▆▆▆▆▆▆<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▆▆▆▆▆▆▆<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

| Debtor | Roman Catholic Diocese of Burlington, Vermont | | Case number *(if known)* | |
|---|---|---|---|---|
| Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ▇▇▇▇<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▇▇▇▇ 5<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▇▇▇▇<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▇▇▇▇<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▇▇▇▇<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▇▇▇▇<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▇▇▇▇ c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401<br><br>Horowitz Law<br>110 East Broward Boulevard<br>Fort Lauderdale, FL 33301 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com<br>Jessica Arbour<br>Jessica@adamhorowitzlaw.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

| Debtor | Roman Catholic Diocese of Burlington, Vermont | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ▉▉▉ ▉▉<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401<br><br>Horowitz Law<br>110 East Broward Boulevard<br>Fort Lauderdale, FL 33301 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com<br><br>Jessica Arbour<br>Jessica@adamhorowitzlaw.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |
| ▉▉▉ ▉▉<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401<br><br>Horowitz Law<br>110 East Broward Boulevard<br>Fort Lauderdale, FL 33301 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com<br><br>Jessica Arbour<br>Jessica@adamhorowitzlaw.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |
| ▉▉▉ ▉▉<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401<br><br>Horowitz Law<br>110 East Broward Boulevard<br>Fort Lauderdale, FL 33301 | John Evers<br>(802) 861-6666<br>jevers@seglawyers.com<br><br>Jessica Arbour<br>Jessica@adamhorowitzlaw.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |
| ▉▉▉ ▉▉<br>c/o Shoup Evers & Green<br>84 Pine Street<br>Burlington, VT 05401<br><br>c/o Heideman Nudelman & Kalik, PC<br>5335 Wisconsin Avenue, NW<br>Washington, DC 20015 | John Evers<br>(802) 861-6666<br>info@seglawyers.com<br><br>Richard Heideman<br>rdheideman@hnklaw.com<br><br>Tracy Kalik<br>trkalik@hnklaw.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |
| ▉▉▉ ▉▉ | ▉▉▉ ▉▉ | Potential Tort Claimant. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |

Debtor    Roman Catholic Diocese of Burlington, Vermont    Case number (if known)
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ▬▬▬▬▬<br>c/o Kaplan & Kaplan<br>95 St. Paul Street<br>Suite 405<br>Burlington, VT 05401 | Stephanie Greenlees<br>(802) 651-0013<br>sgreenlees@kaplanlawvt.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▬▬▬▬▬ | ▬▬▬▬▬ | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▬▬▬▬▬<br>c/o Herman Law Group<br>475 Fifth Avenue, 17th Floor<br>New York, New York 10017 | Stuart Mermelstein<br>(212) 390-0100<br>smermelstein@hermanlaw.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▬▬▬▬▬<br>c/o Herman Law Group<br>475 Fifth Avenue, 17th Floor<br>New York, New York 10017 | Stuart Mermelstein<br>(212) 390-0100<br>smermelstein@hermanlaw.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▬▬▬▬▬<br>c/o Herman Law Group<br>475 Fifth Avenue, 17th Floor<br>New York, New York 10017 | Stuart Mermelstein<br>(212) 390-0100<br>smermelstein@hermanlaw.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▬▬▬▬▬<br>c/o Jeff Anderson & Associates PA<br>363 7th Avenue, Floor 12<br>New York NY 10001 | Nahid Shaikh<br>(646) 759-2551<br>nahid@AndersonAdvocates.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ▬▬▬▬▬<br>c/o Jeff Anderson & Associates PA<br>363 7th Avenue, Floor 12<br>New York NY 10001 | Nahid Shaikh<br>(646) 759-2551<br>nahid@AndersonAdvocates.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

Debtor  Roman Catholic Diocese of Burlington, Vermont  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ███████<br>c/o D'arcy Johnson Day<br>3120 Fire Road<br>Egg Harbor Township, NJ 08234<br><br>Carella, Byrne, Cecchi, Brody & Agnello, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068 | Andrew James D'arcy<br>(866) 327-2952<br>adarcy@djdlawyers.com<br><br>Christopher H. Westrick<br>(973) 422-5517<br>cwestrick@carellabyrne.com | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | Unknown |

# United States Bankruptcy Court
### District of Vermont

In re    Roman Catholic Diocese of Burlington, Vermont        Case No. _____
                                               Debtor(s)        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Bishop of Burlington of the Non Profit named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    September 30, 2024                /s/ The Most Reverend John Joseph McDermott
                                                             The Most Reverend John Joseph McDermott/Bishop of Burlington
                                                             Signer/Title

All Saints Parish
152 Main St
Richford, VT 05476

Altec
23422 Mill Creek Drive Suite 225
Laguna Hills, CA 92653

Anthony Maurice
165 Osborne Road
Barre, VT 05641

Arthur J Gallagher Risk Mgmt Service
2850 Golf Road
Rolling Meadows, IL 60008

Assumption Of The Blessed Virgin Mary
Attn: St Mary Church Office
73 Weybridge Street
Middlebury, VT 05753

Augustinowcitz, Rev Michael
PO Box 397
Woodstock, VT 05091

Bernard Gaudreau
50 Winding Brook Drive
South Burlington, VT 05403

Bibens Ace Hardware
PO Box 681
Colchester, VT 05446

Bishop Crispin B Varquez
Diocese of Borongan
Brongan City 6800
Eastrn Samar
Phillipines

Blytheco Inc
PO Box 743886
Los Angeles, CA 90074-3886

Brian Mead
627 Papaya Circle
Barefoot Bay, FL 32976

Burlington Electric Department
PO Box 5119
Burlington, VT 05402-5119

Cathedral of St Joseph
113 Elmwood Ave
Burlington, VT 05401

Catholic Center at UVM
390 South Prospect St
Burlington, VT 05401

Catholic Diocese of Abakaliki
Reverend Peter Omogo
5179 Dowling Street
Montague, MI 49437

Champlain Valley Equipment
72 Kubota Dr
Berlin, VT 05602

Charles Schwab
100 Bank Street, Suite 540
Burlington, VT 05401

Charles Schwab
Hanson & Doremus
PO Box 819
Burlington, VT 05402-0819

Christ The King Parish
66 South Main Street
Rutland, VT 05701

Christ the King/St Anthony
305 Flynn Ave
Burlington, VT 05404

City of Burlington-Water Resources Divis
PO Box 1758
Albany, NY 12201-1758

Comcast
PO Box 70219
Phiadelphia, PA 19176-0219

Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601

Community Financial Services Group
100 Main Street, Suite 260
Newport, VT 05855

Corpus Christi
49 Winter St
St Johnsbury, VT 05819

Curtis Lumber
315 Pine Street
Burlington, VT 05401

Danziger & De Llano, LLP
Rod de Llano
440 Louisiana Street, Suite 1212
Houston, TX 77002

Dawn Kellogg
620 Burroughs Drive
Wilmington, NC 28412

Deutsche Bank
Jaclyn Kim
1 Columbus Circle, 18th Floor
New York, NY 10019

Diocese of Tagbilaran
The Most Revered Alberto UY
PO Box 18
Tagbilaran City 06300

Father Sahaya Paul Sebastian
PO Box 27
Stowe, VT 05672

First-Citizens Bank & Trust Company
10201 Centurion Parkway North
Jacksonville, FL 32256

Fully Engaged
305 Seventh Ave North Suite 100
Saint Cloud, MN 56303

Garabedian Law
Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02108

Gravel & Shea PC
Celeste Laramie
76 St. Paul Street 7th Floor
Burlington, VT 05402-0369

Green Mountain Power
PO Box 1611
Brattleboro, VT 05302-1611

Heideman Nudelman & Kalik, PC
Richard Heideman
5335 Wisconsin Avenue, NW
Washington, DC 20015

Heideman Nudelman & Kalik, PC
Tracy Kalik
5335 Wisconsin Avenue, NW
Washington, DC 20015

Herman Law Firm P.A.
Stuart Mermelstein
475 Fifth Avenue, 17th Floor
New York, NY 10017

Holy Angels Church
246 Lake Street
Saint Albans, VT 05478

Holy Family - Springfield
40 Summer St
Springfield, VT 05156

Horowitz Law
Jessica Arbour
110 East Broward Boulevard
Fort Lauderdale, FL 33301

Immaculate Heart of Mary Church
PO Box 1047
Williston, VT 05495

Integrity Communications
312 Shunpike Road
Williston, VT 05495

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jay C. Haskin
ST Joseph Residential Care Holme
243 North Prospect Street
Burlington, VT 05401

JC Image
88 Walnut Street
St Albans, VT 05478

Jeff Anderson & Associates PA
Nahid Shaikh
363 7th Avenue, Floor 12
New York, NY 10001

John Feltz
1 Westside Village United 1
Grand Island, VT 05458

Kaplan & Kaplan
Stephanie Greenlees
95 St. Paul Street, Suite 405
Burlington, VT 05401

Kevin Rooney
Kervick Home
131 Convent Ave
Rutland, VT 05701

Kyocera Document Solutions New England I
One Jewel Drive
Wilmington, MA 01887

Leopold Bilodeau
Chestnut Place
430 Berlin Mall Road Room 326
Berlin, VT 05602

Mary Queen of All Saints Parish
PO Box 496
Hardwick, VT 05843

Most Holy Name of Jesus
301 Brooklyn Stret
Morrisville, VT 05661

Most Holy Trinity Parish
85 St Paul Lane
Barton, VT 05822

Mountain Lake Handyman Services LLC
953 North Ave
Burlington, VT 05408

National Catholic Risk Retention Group,
Principal Financial Group
222 South 9th Street Floor 14
Minneapolis, MN 55402

Nativity/St. Louis
65 Canada Street
Swanton, VT 05488

Our Lady of Fatima Church
PO Box 188
Wilmington, VT 05363

Our Lady Of Perpetual Help Church
113 Upper Plain
Bradford, VT 05033

Our Lady of the Lake
PO Box 49
Alburgh, VT 05440

Our Lady of the Valley
PO Box 428
Randolph, VT 05060

PawPrints
12 Gregory Drive Ste 8
South Burlington, VT 05403

Peter Routhier
113 Elmwood Ave
Burlington, VT 05401

Reid Mayo
Our Lady of providence
47 West Spring Street
Winooski, VT 05404

Rev Jerome Mercure
PO Box 18
Fairfield, VT 05455

Rev John Milanese
12 Edgewood Brook Road
Barre, VT 05461

Rev Paul Sackevich
PO Box 11
Bellows Falls, VT 05101-0011

Rev. Charles Danielson
St Joseph's Residental Care Home
243 North Prospect Street
Burlington, VT 05401

Rev. James McShane
21 George Lane
Pittsford, VT 05763

Robert Rockwood
DBA: Rockwood Property Services
337 North Winooski Ave Apt 24
Burlington, VT 05401

Roger L. Charbonneau
402 Rubens Drive
Nokomis, FL 34275

Shoup Evers & Green
John Evers
84 Pine Street
Burlington, VT 05401

Society of the Propagation of the Faith
Reverend Kieran E Harrington
70 West 36th Street 8th Floor
New York, NY 10018

South Burlington Water Department
403 Queen City Park Road
South Burlington, VT 05403

St Andrew Church
109 South Main St
Waterbury, VT 05676

St Catherine of Siena Parish
PO Box 70
Shelburne, VT 05482

St Charles Parish
31 Cherry Hill
Bellows Falls, VT 05101

St Mark Church
1251 North Ave
Burlington, VT 05408

St Michael Parish
47 Walnut St
Brattleboro, VT 05301

St Monica Church
79 Summer St
Barre, VT 05641

St Peter Church
PO Box 324
Vergennes, VT 05491-0324

St Raphael Church
45 North Road
Castleton, VT 05735

St. Ann Church
PO Box 1
Milton, VT 05468

St. Anthony Church
15 Church Street
White River Jct, VT 05001

St. Francis Xavier Church
3 Saint Peter Street
Winooski, VT 05404

St. John the Baptist
PO Box 563
Enosburg Falls, VT 05450

St. John the Evangelist Church
206 VI206 Vine Street
Northfield, VT 05663

St. John Vianney Church  
160 Hinesburg Road  
South Burlington, VT 05403

St. Jude Parish  
PO Box 69  
Hinesburgh, VT 05461

St. Luke Church  
PO Box 7  
Fairfax, VT 05454

Staples  
PO Box 70242  
Philadelphia, PA 19176-0242

State Farm Insurance  
85 Prim Road Ste 201  
Colchester, VT 05446-1387

TD Bank  
111 Main Street  
Burlington, VT 05402

Teacher's Tree Service  
PO Box 602  
Shelburne, VT 05482

Thomas Mattison  
416 Church Street  
Colchester, VT 05446

Thomas Mosher  
7 Depot Street  
Ludlow, VT 05149

Uline  
Attn: Account Receivable  
PO Box 88741  
Chicago, IL 60680-1741

Verizon Wireless  
PO Box 15062  
Albany, NY 12212-5062

Vermont Church Supply Co.  
676 Pine Street  
PO Box 368  
Burlington, VT 05402-0368

Vermont Department of Motor Vehicles  
PO Box 1308  
Williston, VT 05495-1308

Vermont Department of Taxes
Bankruptcy Unit, 3rd Fl.
109 State St.
P.O. Box 429
Montpelier, VT 05601-0429

Vermont Gas Systems, Inc.
PO Box 1336
Williston, VT 05495-1336

Villanti Printers Inc
15 Catamount Drive
Milton, VT 05468

William P. Giroux
4 Victoria Lane Apt #312
St Albans, VT 05478

William R Beaudin
398 Bonnet Street
Manchester, VT 05255