UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of
Burlington, Vermont

Chapter 11
Case No.: 24-10205-HZC

Debtor.

**APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

William K. Harrington, the United States Trustee for Region 2, pursuant to 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors to the Official Committee of Unsecured Creditors in the chapter 11 case of Roman Catholic Diocese of Burlington, Vermont:

1. Brian Chioldi
2. Robert Giroux
3. Daniel Stack
4. Brett Thompson
5. Vincent Zeppieri

Dated: October 22, 2024
Albany, New York

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

/s/ Lisa M. Penpraze
By: Lisa M. Penpraze
Assistant United States Trustee
Leo O'Brien Federal Building
11A Clinton Ave, Room 620
Albany, New York 12207
lisa.penpraze@usdoj.gov
(518) 434-4553