**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

| | |
|---|---|
| In re:<br><br>Roman Catholic Diocese of Burlington, Vermont,[1]<br><br>Debtor. | Case No.: 24-10205-HZC<br>Chapter 11 Case |

---

**NOTICE OF HEARING ON MOTIONS FOR ENTRY OF ORDERS ESTABLISHING COMPENSATION PROCEDURES AND EXTENDING EXCLUVITY PERIODS**

---

**MOTIONS FOR** entry of orders: (a) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees; and (b) Extending Exclusive Periods Under 11 U.S.C. § 1121(d) (the "Motions") were filed on January 3, 2025 by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), through its attorneys, Fredrikson & Byron, P.A.

**A HEARING ON THE MOTIONS** and any objections will be held at **11:00 a.m. (prevailing Eastern time) on Tuesday, January 28, 2025** at the following location: Federal Building, 11 Elmwood Avenue, Room 200, Burlington, VT 05401.

You may appear for the above-scheduled hearing: (a) in person at the location listed above; *or*; (b) if you meet the criteria for appearing at remote hearings set forth in Appendix IX to the Court's Local Rules (available on the Court's website), you may appear virtually by using the Zoomgov application on an electronic device. If you are eligible for remote participation and choose to appear by Zoomgov, you must follow the process set forth in Appendix IX, including requirements regarding use of both audio and video components, notice to the courtroom deputy,

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at Jody_Kennedy@vtb.uscourts.gov or by telephone at (802) 657-6404.

**IF YOU OPPOSE THE MOTIONS**, you are encouraged to file a written response with the Clerk of Court specifying your opposition to the Motions, **on or before 4:00 p.m. (prevailing Eastern time) on Thursday, January 23, 2025**. If you file a written objection, you must also serve a copy of that written objection on the Diocese's attorneys, the United States trustee, and the creditors' committee and its attorneys so that it is received on or before such date. Addresses for those parties are set forth below.

| Roman Catholic Diocese of Burlington, Vermont c/o Fredrikson & Byron, P.A. Attn: Steven R. Kinsella 60 South Sixth Street Suite 1500 Minneapolis, MN 55402 skinsella@fredlaw.com | Roman Catholic Diocese of Burlington, Vermont c/o Obuchowski Law Office Attn: Raymond J. Obuchowski 1542 Route 107 P.O. Box 60 Bethel, VT 05032 Ray@oeblaw.com | Creditors' Committee c/o Pachulski Stang Ziehl & Jones Attn: Brittany Mitchell Michael 780 Third Avenue 34th Floor New York, NY 10017 bmichael@pszjlaw.com |
|---|---|---|
| Creditors' Committee c/o Lemery Greisler LLC Attn: Paul A. Levine 677 Broadway, 8th Floor Albany, New York 12207 plevine@lemerygreisler.com | Office of the United States Trustee Attn: Lisa Penpraze Leo O'Brien Federal Building 11A Clinton Avenue Room 620 Albany, New York 12207 Lisa.Penpraze@usdoj.gov | |

2

| | |
|---|---|
| Dated: January 3, 2025 | */s/ Steven R. Kinsella* |
| | Raymond J. Obuchowski |
| | **OBUCHOWSKI LAW OFFICE** |
| | 1542 Route 107, PO Box 60 |
| | Bethel, VT 05032 |
| | (802) 234-6244 |
| | ray@oeblaw.com |
| | |
| | James L. Baillie (*pro hac vice*) |
| | Steven R. Kinsella (*pro hac vice*) |
| | Samuel M. Andre (*pro hac vice*) |
| | Katherine A. Nixon (*pro hac vice*) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 60 South Sixth Street, Suite 1500 |
| | Minneapolis, MN  55402-4400 |
| | (612) 492-7000 |
| | jbaillie@fredlaw.com |
| | skinsella@fredlaw.com |
| | sandre@fredlaw.com |
| | knixon@fredlaw.com |
| | |
| | **ATTORNEYS FOR ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |