UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
------------------------------------------------------------------

In re:

    ROMAN CATHOLIC DIOCESE OF            Case No. 24-10205
    BURLINGTON VERMONT,                           Chapter 11

                              Debtor.

------------------------------------------------------------------

Filed & Entered
On Docket
01/03/2025

## ORDER GRANTING THE *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL EFFECTIVE AS OF NOVEMBER 11, 2024

Upon consideration of the *EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL EFFECTIVE AS OF NOVEMBER 11, 2024* (the "**Application**"), pursuant to sections 327 and 1103(a) Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the District of Vermont (the "**Local Rules**"), for an order authorizing and approving the retention and employment of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**") as counsel for the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtor (the "**Debtor**") in this chapter 11 case; and upon consideration of the declaration of James I. Stang in support of the Application; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, the Debtor's creditors and other parties in interest; and the Committee having provided adequate and

{LG 00817493 1 }4909-0548-8134.1 18506.00002

appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Application is **GRANTED** as set forth herein.

2. The Committee is authorized to retain and employ PSZJ as counsel to the Committee effective as of November 11, 2024. In the alternative, to the extent retention of PSZJ as of November 11, 2024 is not permitted under applicable law, PSZJ shall be retained as of the earliest date permitted under law; provided, however, that PSZJ may seek compensation for work performed and expenses incurred as of and after November 11, 2024 even where the effective date of PSZJ's retention occurs thereafter. Subject to Court approval of its fee statements or fee applications, PSZJ may be compensated for services rendered and reimbursed for expenses incurred beginning on November 11, 2024.

3. PSZJ shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the instant case as set forth in the Application; and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of this Court.

4. The Committee and PSZJ are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. PSZJ is authorized to sign and file electronically all notices, orders, motions, applications and other requests for relief, all briefs, memoranda, affidavits, declarations, replies and other documents filed in support of such

documents and all objections and responses related to any such documents filed by any party in this chapter 11 case.

6. No fees will be paid to PSZJ, including the use of any retainer received for post-petition services, without prior approval of the Court.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

8. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

9. Within ten business days prior to any increases of PSZJ's rates for any individual employed by PSZJ and retained by the Committee pursuant to this Order, PSZJ shall file a supplemental affidavit or declaration with the Court setting forth the requested rate increase pursuant to 11 U.S.C. § 330(a)(3). Parties in interest, including the Office of the United States Trustee, retain all rights to object to, or otherwise respond to, any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. §330.

January 3, 2025
Burlington, Vermont

*Heather Z. Cooper*
Heather Z. Cooper
United States Bankruptcy Judge

{LG 00817493 1 }4909-0548-8134.1 18506.00002

United States Bankruptcy Court
District of Vermont

| | |
|---|---|
| In re: | Case No. 24-10205-hzc |
| Roman Catholic Diocese of Burlington, Ve | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0210-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 03, 2025 | Form ID: pdf710 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Brittany M. Michael, Pachulski Stang Zeihl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| crcm | + | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC, 677 Broadway, 8th Floor Albany, NY 12207-2953 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Jan 03 2025 19:30:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Antonin Robbason | on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |

District/off: 0210-2　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jan 03, 2025　　　　　　　　　Form ID: pdf710　　　　　　　　　　　　　　Total Noticed: 5

Elizabeth A. Glynn
 on behalf of Creditor TD Bank N.A. eag@rsclaw.com, ccs@rsclaw.com

Jim Baillie
 on behalf of Debtor Roman Catholic Diocese of Burlington Vermont jbaillie@fredlaw.com

Katherine Nixon
 on behalf of Debtor Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Lisa M Penpraze
 on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Paul A Levine
 on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Paul A Levine
 on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Raymond J Obuchowski
 on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com

Samuel Andre
 on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com

Steven Robert Kinsella
 on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

U S Trustee
 ustpregion02.vt.ecf@usdoj.gov

TOTAL: 12