# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:
Roman Catholic Diocese of Burlington, Vermont,

Debtor(s)

Case# 24-10205-*hzc*

Chapter 11

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 01/03/2024, I did cause a copy of the following documents, described below.

- MOTION FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS AND MEMBERS OF OFFICIAL COMMITTEES [ECF #153]

- MOTION FOR ENTRY OF AN ORDER EXTENDING EXCLUSIVE PERIODS UNDER 11 U.S.C. § 1121(d) [ECF #154]

- NOTICE OF HEARING ON MOTIONS FOR ENTRY OF ORDERS ESTABLISHING COMPENSTAION PROCEDURES AND EXTENDING EXCLUSIVITY PERIODS [ECF #155]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A**, and on four (4) confidential parties not included herein and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 01/08/2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com

# **Exhibit A**

**STRETTO**

**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Aaron M Bain | Address Redacted | | | | | | |
| Absolute Office Equipment | 948 Hercules Dr. Ste 09 | | | Colchester | VT | 05446 | |
| Alice L Ruffner | Address Redacted | | | | | | |
| Alicia Jaramillo | Address Redacted | | | | | | |
| All Saints Parish | 152 Main St | | | Richford | VT | 05476-1135 | |
| Altec | 23422 Mill Creek Drive Suite 225 | | | Laguna Hills | CA | 92653-7910 | |
| Amanda J Martin | Address Redacted | | | | | | |
| Amy B Sylvia | Address Redacted | | | | | | |
| Amy M Bowen | Address Redacted | | | | | | |
| Andrea Wright | Address Redacted | | | | | | |
| Andrew Farrell | Address Redacted | | | | | | |
| Andrew M Nagy | Address Redacted | | | | | | |
| Andrew P Harris | Address Redacted | | | | | | |
| Angelica McLennan | Address Redacted | | | | | | |
| Ann Z Hicks | Address Redacted | | | | | | |
| Anna M Krause | Address Redacted | | | | | | |
| Anna Thomas | Address Redacted | | | | | | |
| Annabeth R Taylor | Address Redacted | | | | | | |
| Anthony Bird Matarazzo | Address Redacted | | | | | | |
| Anthony J Cirelli | Address Redacted | | | | | | |
| Anthony Maurice | 165 Osborne Road | | | Barre | VT | 05641 | |
| Arthur J Gallagher Risk Mgmt Service | 2850 Golf Road | | | Rolling Meadows | IL | 60008-4050 | |
| Ashleigh P Muth | Address Redacted | | | | | | |
| Ashley O'Brien | Address Redacted | | | | | | |
| Assumption Of The Blessed Virgin Mary | Attn: St Mary Church Office | 73 Weybridge Street | | Middlebury | VT | 05753-1072 | |
| Assumption of the Blessed Virgin Mary Pa | 73 Weybridge Street | | | Middlebury | VT | 05753 | |
| Aubrey K Ouellet | Address Redacted | | | | | | |
| Augustinowcitz, Rev Michael | PO Box 397 | | | Woodstock | VT | 05091-0397 | |
| Aurelien Thibault | Address Redacted | | | | | | |
| Ave Maria Mutual Funds | PO Box 46707 | | | Cincinnati | OH | 45246-0707 | |
| Avery A Redfern | Address Redacted | | | | | | |
| Barbara E Hatch | Address Redacted | | | | | | |
| Beauregard Equipment | 28 Jasper Mine Road | | | Colchester | VT | 05446 | |
| Berkshire Bank | 24 North St | | | Pittsfield | MA | 01201 | |
| Berkshire Bank | 4 E 39th St | | | New York | NY | 10016 | |
| Bernard Gaudreau | 243 N Prospect St | | | Burlington | VT | 05401-1609 | |
| Bettina F Davis | Address Redacted | | | | | | |
| Bibens Ace Hardware | PO Box 681 | | | Colchester | VT | 05446 | |
| Bishop Crispin B Varquez | Attn: Diocese of Borongan | | | Brongan City | Eastrn Samar | 6800 | Philippines |
| BlackBaud Next Essentials | 65 Fairchild Street | | | Charleston | SC | 29492 | |
| Blytheco Inc | PO Box 743886 | | | Los Angeles | CA | 90074-3886 | |
| Bradley M Ravlin | Address Redacted | | | | | | |
| Brandon McCalman | Address Redacted | | | | | | |
| Brenda A. Massie | Address Redacted | | | | | | |
| Brian W Ferguson | Address Redacted | | | | | | |
| Brittney M. Leighton | Address Redacted | | | | | | |
| Brooke Haggett | Address Redacted | | | | | | |
| Bryn A Blanchard | Address Redacted | | | | | | |
| Burlington Electric Department | PO Box 5119 | | | Burlington | VT | 05402-5119 | |
| Caitlin A Haggett | Address Redacted | | | | | | |
| Cardinal Christophe Pierre | Apostolic Nunciature | 3339 Massachusetts Avenue | | Washington | DC | 20008-3687 | |

**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Carella Byrne PC | Attn: Christopher H. Westrick | 5 Becker Farm Road | | Roseland | NJ | 07068 | |
| Carella, Byrne, Cecchi, Brody & Agnello, P.C. | Attn: Christopher H. Westrick | 5 Becker Farm Road | | Roseland | NJ | 07068 | |
| Carly M Ward | Address Redacted | | | | | | |
| Carol L Thomas | Address Redacted | | | | | | |
| Caroline E Banks | Address Redacted | | | | | | |
| Cassidy Kittredge | Address Redacted | | | | | | |
| Cathedral of St Joseph | 113 Elmwood Ave | | | Burlington | VT | 05401-4351 | |
| Catherine V Schmitt | Address Redacted | | | | | | |
| Catholic Center at UVM | 390 South Prospect St | | | Burlington | VT | 05401-3558 | |
| Catholic Diocese of Abakaliki | Attn: Reverend Peter Omogo | 5179 Dowling Street | | Montague | MI | 49437-1188 | |
| Caydence Pierce | Address Redacted | | | | | | |
| Celia Asbell | Address Redacted | | | | | | |
| Chadwick Cioffi | Address Redacted | | | | | | |
| Champlain Valley Equipment | 72 Kubota Dr | | | Berlin | VT | 05602 | |
| Charles Herrick | Address Redacted | | | | | | |
| Charles Schwab | 100 Bank Street, Suite 540 | | | Burlington | VT | 05401-4699 | |
| Charles Schwab | c/o Hanson & Doremus | PO Box 819 | | Burlington | VT | 05402-0819 | |
| Cherifa Swearingen | Address Redacted | | | | | | |
| Chittenden Soild Waste District | Attn: Sarah Reeves | 19 Gregory Dr | Ste 201 | South Burlington | VT | 05403 | |
| Chittenden Solid Waste District | 19 Gregory Drive Suite 204 | | | South Burlington | VT | 05403 | |
| Chloe E Baker | Address Redacted | | | | | | |
| Christ Our Savior Parish | 398 Bonnet Street | | | Manchester Center | VT | 05255 | |
| Christ The King Parish | 66 South Main Street | | | Rutland | VT | 05701-4106 | |
| Christ the King School - Burlington | 136 Locust Street | | | Burlington | VT | 05401 | |
| Christ the King School- Rutland | 66 South Main | | | Rutland | VT | 05701 | |
| Christ the King/St Anthony | 305 Flynn Ave | | | Burlington | VT | 05401-5305 | |
| Christian Frenette | Address Redacted | | | | | | |
| Christine Cirelli | Address Redacted | | | | | | |
| Christopher Charbonneau | Address Redacted | | | | | | |
| Christopher G Bilik-Franklin | Address Redacted | | | | | | |
| Cintas | PO Box 631025 | | | Cincinnati | OH | 45263-1025 | |
| City of Burlington DPW - Water Resources | PO Box 1758 | | | Albany | NY | 12201-1758 | |
| City of Burlington-Water Resources Divis | PO Box 1758 | | | Albany | NY | 12201-1758 | |
| City of Rutland | Attn: RME Tax | PO Box 969 | | Rutland | VT | 05702-0969 | |
| Clark B du Pont | Address Redacted | | | | | | |
| Claudia A Revenko-Bowen | Address Redacted | | | | | | |
| Cleary Shahi & Aicher PC | 110 Merchants Row Ste 3 | | | Rutland | VT | 05701 | |
| Colin M O'Connor | Address Redacted | | | | | | |
| Colin Wright | Address Redacted | | | | | | |
| Comcast | PO Box 70219 | | | Phiadelphia | PA | 19176-0219 | |
| Comcast Business | PO Box 37601 | | | Philadelphia | PA | 19101-0601 | |
| Community Financial Services Group | 100 Main Street, Suite 260 | | | Newport | VT | 05855-4898 | |
| Community National Bank | 4811 U.S. Route 5 | | | Derby | VT | 05855 | |
| Conner E Beaupre | Address Redacted | | | | | | |
| Connor J Trieb | Address Redacted | | | | | | |
| Cooper S Harvey | Address Redacted | | | | | | |
| Corpus Christi | 49 Winter St | | | St Johnsbury | VT | 05819-2144 | |
| Corpus Christi Parish | 49 Winter Street | | | St. Johnsbury | VT | 05819 | |
| Courtney A. Elliott | Address Redacted | | | | | | |
| Courtney Hier | Address Redacted | | | | | | |
| Crystal A. Bailey | Address Redacted | | | | | | |
| Curtis Lumber | 315 Pine Street | | | Burlington | VT | 05401-4739 | |

**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| D'arcy Johnson Day | Attn: Andrew James D'arcy | 3120 Fire Road | | Egg Harbor Township | NJ | 08234 | |
| Dallas St. Peter | Address Redacted | | | | | | |
| Daniel C Routhier | Address Redacted | | | | | | |
| Daniel Elliott | Address Redacted | | | | | | |
| Danziger & De Llano, LLP | Attn: Rod de Llano | 440 Louisiana Street | Suite 1212 | Houston | TX | 77002 | |
| Darren Clas | Address Redacted | | | | | | |
| Darren R Misenko | Address Redacted | | | | | | |
| Dartmouth Printing Company | PO Box 419817 | | | Boston | MA | 02241-9817 | |
| David F Toborg | Address Redacted | | | | | | |
| David M Sobczak | Address Redacted | | | | | | |
| David Perry | Address Redacted | | | | | | |
| Dawn Kellogg | 620 Burroughs Drive | | | Wilmington | NC | 28412-3070 | |
| Deanna Stevens | Address Redacted | | | | | | |
| Delphine A Giron | Address Redacted | | | | | | |
| Deutsche Bank | Attn: Jaclyn Kim | 1 Columbus Circle, 18th Floor | | New York | NY | 10019-8735 | |
| Devin Collins | Address Redacted | | | | | | |
| DG Robertson Inc. | PO Box 58 | | | Williston | VT | 05495 | |
| Diocese of Tagbilaran | The Most Revered Alberto UY | PO Box 18 | | Tagbilaran City | | 6300 | Philippines |
| Donna Canty | 7 Hawthorne Circle | | | South Burlington | VT | 05403 | |
| Donna Reed | Address Redacted | | | | | | |
| Dorothy Jackson-Turek | Address Redacted | | | | | | |
| Dylan J Beyor | Address Redacted | | | | | | |
| eCatholic (GabrielSoft) | PO Box 207588 | | | Dallas | TX | 75320-7588 | |
| eCatholic (website hosting) | PO Box 207588 | | | Dallas | TX | 75320-7588 | |
| Edward Larson | Address Redacted | | | | | | |
| Elizabeth A. Heath | Address Redacted | | | | | | |
| Elizabeth C R Little | Address Redacted | | | | | | |
| Elizabeth M Yaddow | Address Redacted | | | | | | |
| Emilee Lamica | Address Redacted | | | | | | |
| Emily J Fleming | Address Redacted | | | | | | |
| Emily Reynolds | Address Redacted | | | | | | |
| Emma E Ireland | Address Redacted | | | | | | |
| Erin C LaPointe | Address Redacted | | | | | | |
| Father Sahaya Paul Sebastian | PO Box 27 | | | Stowe | VT | 05672-0027 | |
| FedEx | PO Box 371461 | | | Pittsburgh | PA | 15250-7461 | |
| First Citizens Bank And Trust Company | 10201 Centurion Parkway N Ste 100 | | | Jacksonville | FL | 32256-4114 | |
| First-Citizens Bank & Trust Company | Attn: Officer, General or Agent | 10201 Centurion Parkway N | | Jacksonville | FL | 32256 | |
| Florence E McCloud | Address Redacted | | | | | | |
| Francis O'Brien | Address Redacted | | | | | | |
| Franciscan of the Eucharist Inc | Address Redacted | | | | | | |
| Fully Engaged | 305 Seventh Ave North Suite 100 | | | Saint Cloud | MN | 56303-3633 | |
| Gabriel Publications | 421 Ledgeview Park Drive | | | Louisville | KY | 40206 | |
| Gabrielle M Lazzaro | Address Redacted | | | | | | |
| Gallagher, Flynn & Co. LLP | 725 Community Drive | Suite 401 | | South Burlington | VT | 05403 | |
| Garabedian Law | Attn: Mitchell Garabedian | 100 State Street, 6th Floor | | Boston | MA | 02109-2415 | |
| Genevieve E Trono | Address Redacted | | | | | | |
| Ginger Montminy | Address Redacted | | | | | | |
| Gordon T DeLong | Address Redacted | | | | | | |
| Got That Rentals & Sales Inc | 224 Colchester Road | | | Essex Junction | VT | 05452 | |
| Gravel & Shea PC | Attn: Celeste Laramie | 76 St. Paul Street 7th Floor | | Burlington | VT | 05401-4477 | |
| Green Mountain Power | 163 Acorn Ln | | | Colchester | VT | 05446 | |

**STRETTO**

**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Green Mountain Power | PO Box 1611 | | | Brattleboro | VT | 05302-1611 | |
| Gretchen Fricke-Langan | Address Redacted | | | | | | |
| Harper Rutledge | Address Redacted | | | | | | |
| Heather A Rossi | Address Redacted | | | | | | |
| Heatherly Allard | Address Redacted | | | | | | |
| Heideman Nudelman & Kalik, PC | Attn: Richard Heideman and Tracy Kalik | 5335 Wisconsin Avenue, NW | | Washington | DC | 20015-2030 | |
| Herman Law Firm P.A. | Attn: Stuart Mermelstein | 475 Fifth Avenue, 17th Floor | | New York | NY | 10017-7226 | |
| Hilary Bailey | Address Redacted | | | | | | |
| Holy Angels Church | 246 Lake Street | | | Saint Albans | VT | 05478-2291 | |
| Holy Cross Parish | 416 Church Road | | | Colchester | VT | 05446 | |
| Holy Family - Springfield | 40 Summer St | | | Springfield | VT | 05156-3737 | |
| Holy Family Parish (Springfield) | 4 Prospect Street | | | Essex Junction | VT | 05452 | |
| Horowitz Law | Attn: Jessica Arbour | 110 East Broward Boulevard #1530 | | Fort Lauderdale | FL | 33301-3544 | |
| Hurley R Cavacas | Address Redacted | | | | | | |
| Immaculate Conception Parish | 246 Lake Street | | | St. Albans | VT | 05478 | |
| Immaculate Heart of Mary Church | PO Box 1047 | | | Williston | VT | 05495-1047 | |
| Integrity Communications | 312 Shunpike Road | | | Williston | VT | 05495-9593 | |
| Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| James Lawrence | 5 Aspen Drive Apt 205 | | | South Burlington | VT | 05403 | |
| Jamie Merchant | Address Redacted | | | | | | |
| Janelle Alt | Address Redacted | | | | | | |
| JaniTech | dba JaniTech | 158 Brentwood Drive #7 | | Colchester | VT | 05446 | |
| Jay C. Haskin | ST Joseph Residential Care Holme | 243 North Prospect Street | | Burlington | VT | 05401-1609 | |
| JC Image | 88 Walnut Street | | | St Albans | VT | 05478-2145 | |
| JDW Mechanical LLC | 654 Route 73 | | | Orwell | VT | 05760 | |
| Jeff Anderson & Associates PA | Attn: Nahid Shaikh | 363 7th Avenue, Floor 12 | | New York | NY | 10001-3904 | |
| Jeffrey E Spencer | Address Redacted | | | | | | |
| Jennifer Cahee | Address Redacted | | | | | | |
| Jennifer K Littlefield | Address Redacted | | | | | | |
| Jennifer L Berquist | Address Redacted | | | | | | |
| Jennifer L Papillo | Address Redacted | | | | | | |
| Jennifer S Raymond | Address Redacted | | | | | | |
| Jessica Audette | Address Redacted | | | | | | |
| Jessica L Clarke | Address Redacted | | | | | | |
| Jessica L. Unrein | Address Redacted | | | | | | |
| Jillian R Harvie | Address Redacted | | | | | | |
| Jim Baillie | c/o Fredrikson & Byron, P.A. | 60 South 6th Street | Suite 1500 | Minneapolis | MN | 55402-1425 | |
| Jodi Gingue | Address Redacted | | | | | | |
| Jodi L Ballou | Address Redacted | | | | | | |
| Joe Barbagallo | 80 Edgerton St | | | Rutland | VT | 05701 | |
| Joe Myers | 22 Governor Chittenden Road | | | Williston | VT | 05495 | |
| Joel A Desautels | Address Redacted | | | | | | |
| John A Luce | Address Redacted | | | | | | |
| John Cirignano | Address Redacted | | | | | | |
| John Feltz | 1 Westside Village United 1 | | | Grand Island | VT | 05458-2028 | |
| John R Audette | Address Redacted | | | | | | |
| John Salivonchik | Address Redacted | | | | | | |
| John Welch | Address Redacted | | | | | | |
| Jorie A Farnsworth | Address Redacted | | | | | | |
| Joseph Donohue | Address Redacted | | | | | | |
| Joseph Quinn | Address Redacted | | | | | | |

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Joshua M Sousa | Address Redacted | | | | | | |
| Juan M Garcia Urbina | Address Redacted | | | | | | |
| Julie C Messenger | Address Redacted | | | | | | |
| Justin Martin | Address Redacted | | | | | | |
| Kacey A Titus | Address Redacted | | | | | | |
| Kaplan & Kaplan | Attn: Stephanie Greenlees | 95 St. Paul Street, Suite 405 | | Burlington | VT | 05401-4486 | |
| Kara Beste | Address Redacted | | | | | | |
| Karel Aker | Address Redacted | | | | | | |
| Kate L Smith | Address Redacted | | | | | | |
| Katharine Cutting | Address Redacted | | | | | | |
| Katherine B Buckley | Address Redacted | | | | | | |
| Katherine Nixon | c/o Fredrikson & Byron | 60 South Sixth Street | Suite 1500 | Minneapolis | MN | 55402-1425 | |
| Kathryn M James | Address Redacted | | | | | | |
| Kayleigh S Oldham | Address Redacted | | | | | | |
| Kelly McClintock | Address Redacted | | | | | | |
| Kevin Cook | Address Redacted | | | | | | |
| Kevin J Giron | Address Redacted | | | | | | |
| Kevin M Ginter | Address Redacted | | | | | | |
| Kevin Rooney | Attn: Kervick Home | 131 Convent Ave | | Rutland | VT | 05701-3840 | |
| Kimberly A Boudreau | Address Redacted | | | | | | |
| Kimberly Allbee | Address Redacted | | | | | | |
| Kimberly Pushee Hill | Address Redacted | | | | | | |
| Kirk Townsend | Address Redacted | | | | | | |
| Kristina Cady | Address Redacted | | | | | | |
| Kyle J Peckham | Address Redacted | | | | | | |
| Kyocera Document Solutions New England I | One Jewel Drive | | | Wilmington | MA | 01887 | |
| Langrock, Sperry, and Wool | Attn: William Vasilion | 210 College Street, Suite 400 | | Burlington | VT | 05401 | |
| Larissa M Hebert | Address Redacted | | | | | | |
| Leopold Bilodeau | Chestnut Place | 430 Berlin Mall Road Room 326 | | Berlin | VT | 05602-4523 | |
| Leslie Ann Cobler | Address Redacted | | | | | | |
| Licia T Gambino | Address Redacted | | | | | | |
| Lila Millard | Address Redacted | | | | | | |
| Lily G Crowley | Address Redacted | | | | | | |
| Lisa Barron | Address Redacted | | | | | | |
| Live Oak Bank Headquarters | 1757 Tiburon Drive | | | Wilmington | NC | 28403 | |
| Lois Anne Cefarello | Address Redacted | | | | | | |
| Lori D Patterson | Address Redacted | | | | | | |
| Lori Lombardi | Address Redacted | | | | | | |
| Lucy E Stillman | Address Redacted | | | | | | |
| Luke Austin | Address Redacted | | | | | | |
| Lynn Cartularo | Address Redacted | | | | | | |
| M Mendes Monteiro Amorim Rios De | Address Redacted | | | | | | |
| MacKenzee R Lopes | Address Redacted | | | | | | |
| Madilyn O Towle | Address Redacted | | | | | | |
| Madison K Gneo | Address Redacted | | | | | | |
| Madison L Newland | Address Redacted | | | | | | |
| Magaly Pamela King | Address Redacted | | | | | | |
| Margaret Barbagallo | Address Redacted | | | | | | |
| Maria Jakobeit | Address Redacted | | | | | | |
| Maria Macieira Mesquita | Address Redacted | | | | | | |
| Marisa Cardin | Address Redacted | | | | | | |
| Mark McKenna | Address Redacted | | | | | | |

Exhibit A
Served Via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Marrisa M English | Address Redacted | | | | | | |
| Mary Ellen Forgione | Address Redacted | | | | | | |
| Mary Hughes | Address Redacted | | | | | | |
| Mary Kelly | Address Redacted | | | | | | |
| Mary Queen of All Saints Parish | PO Box 496 | | | Hardwick | VT | 05843-0496 | |
| Mary Richards | Address Redacted | | | | | | |
| Mary Sherwin | Address Redacted | | | | | | |
| Mary V Thompson | Address Redacted | | | | | | |
| Massachusetts Department of Revenue | Attn: Bankruptcy Unit | PO Box 7090 | | Boston | MA | 02204-7090 | |
| Mathieu T Bergeron | Address Redacted | | | | | | |
| Matthew Delancey | Address Redacted | | | | | | |
| Matthew J Marro | Address Redacted | | | | | | |
| Maureen L Bauchan | Address Redacted | | | | | | |
| Max C Crowley | Address Redacted | | | | | | |
| Megan B Rowen | Address Redacted | | | | | | |
| Megan E Shrestha | Address Redacted | | | | | | |
| Melissa Aiken | Address Redacted | | | | | | |
| Melissa Kadar-Taylor | Address Redacted | | | | | | |
| Michael Audette | Address Redacted | | | | | | |
| Michael Callahan | Address Redacted | | | | | | |
| Michael Mazzella | Address Redacted | | | | | | |
| Michael W Lamontagne | Address Redacted | | | | | | |
| Molly R Meader | Address Redacted | | | | | | |
| Most Holy Name of Jesus | 301 Brooklyn Stret | | | Morrisville | VT | 05661-6010 | |
| Most Holy Trinity Parish | 85 St Paul Lane | | | Barton | VT | 05822-9501 | |
| Mount St Mary's University | Attn: Acct & Fin | | | Emmitsburg | MD | 21727-7700 | |
| Mount St. Joseph Academy | 127 Convent Avenue | | | Rutland | VT | 05701 | |
| Mountain Lake Handyman Services LLC | 953 North Ave | | | Burlington | VT | 05408-2732 | |
| Nancy K Viner | Address Redacted | | | | | | |
| Natalia Livak | Address Redacted | | | | | | |
| National Catholic Risk Retention Group, | c/o Principal Financial Group | 222 South 9th Street Floor 14 | | Minneapolis | MN | 55402-3389 | |
| Nativity/St. Louis | 65 Canada Street | | | Swanton | VT | 05488-1099 | |
| Neil Brodeur | Address Redacted | | | | | | |
| Newport Group Inc | Dept LA 24540 | | | Pasadena | CA | 91185-4540 | |
| Nicholas A Davis | Address Redacted | | | | | | |
| Nicole Menard | Address Redacted | | | | | | |
| Norma M Cushing | Address Redacted | | | | | | |
| Official Committee of Unsecured Creditors | c/o Lemery Greisler LLC | Attn: Paul A. Levine | 677 Broadway, 8th Floor | Albany | NY | 12207 | |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones | Attn: Brittany Michael | 780 Third Avenue, 34th Floor | New York | NY | 10017 | |
| Oliver P. Wood | Address Redacted | | | | | | |
| Olivia J Smith | Address Redacted | | | | | | |
| Omatic Software | 1021 E Montague Ave #202 | | | North Charleston | SC | 29405 | |
| Our Lady of Fatima Church | PO Box 188 | | | Wilmington | VT | 05363-0188 | |
| Our Lady of Good Help (St. Mary) Parish | 38 Carver Street | | | Brandon | VT | 05733 | |
| Our Lady of Grace Parish | 800 Main Street | | | Colchester | VT | 05446 | |
| Our Lady of Light Parish | 113 Upper Plain | | | Bradford | VT | 05033 | |
| Our Lady Of Perpetual Help Church | 113 Upper Plain | | | Bradford | VT | 05033-9015 | |
| Our Lady of Snow/St. Patrick Parish | 109 South Main Street | | | Waterbury | VT | 05676 | |
| Our Lady of the Lake | PO Box 49 | | | Alburgh | VT | 05440-0049 | |
| Our Lady of the Lake Parish | 185 US Route 2 | | | Grand Isle | VT | 05458 | |
| Our Lady of the Snows Parish | PO Box 397 | | | Woodstock | VT | 05091 | |
| Our Lady of the Valley | PO Box 428 | | | Randolph | VT | 05060-0428 | |

**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Paige A. Lindholm | Address Redacted | | | | | | |
| Passumpsic Savings Bank | 497 Railroad St | | | Saint Johnsbury | VT | 05819 | |
| Patrick J Welsch | Address Redacted | | | | | | |
| Paul J DiFalco | Address Redacted | | | | | | |
| Paul Pecor | Address Redacted | | | | | | |
| Paula M Bizon | Address Redacted | | | | | | |
| PawPrints | 12 Gregory Drive Ste 8 | | | South Burlington | VT | 05403-6058 | |
| Peggy J. Carlisle | Address Redacted | | | | | | |
| Peter Routhier | 113 Elmwood Ave | | | Burlington | VT | 05401-4351 | |
| Precision Transcription | 151 Cumberland Road | | | Burlington | VT | 05408 | |
| Price Chopper | PO Box 1392 | | | Williston | VT | 05495-1392 | |
| Rachel D. Rabbin | Address Redacted | | | | | | |
| Raymond J Obuchowski | PO Box 60 | 1542 Vt. Rt. 107 | | Bethel | VT | 05032-0060 | |
| Raymond James Financial, Inc. | 880 Carillon Parkway | | | St. Petersburg | FL | 33716 | |
| Rebecca Salyards | Address Redacted | | | | | | |
| Reid Mayo | Our Lady of providence | 47 West Spring Street | | Winooski | VT | 05404-1397 | |
| Rev Jerome Mercure | PO Box 18 | | | Fairfield | VT | 05455-0018 | |
| Rev John Milanese | 12 Edgewood Brook Road | | | Barre | VT | 05641-5702 | |
| Rev Paul Sackevich | PO Box 11 | | | Bellows Falls | VT | 05101-0011 | |
| Reverand Charles Danielson | St Joseph's Residental Care Home | 243 North Prospect Street | | Burlington | VT | 05401 | |
| Reverend Shea James | 10000 Key Lime Drive | | | Venice | FL | 34293 | |
| Rice Memorial High School | 99 Proctor Avenue | | | South Burlington | VT | 05403 | |
| Richard B Degraff-Murphy | Address Redacted | | | | | | |
| Richard J Howrigan | Address Redacted | | | | | | |
| Richard T Hayward | Address Redacted | | | | | | |
| Robert B Cochran | Address Redacted | | | | | | |
| Robert I. Bruttomesso | Address Redacted | | | | | | |
| Robert Rockwood | DBA: Rockwood Property Services | 337 North Winooski Ave Apt 24 | | Burlington | VT | 05401-3958 | |
| Robert V Zimmerman | Address Redacted | | | | | | |
| Robin Legendre | Address Redacted | | | | | | |
| Roger L. Charbonneau | 402 Rubens Drive | | | Nokomis | FL | 34275-4205 | |
| Roman Catholic Diocese of Burlington, Vermon | Attn: Lorei Dawson | 55 Joy Drive | | South Burlington | VT | 05403-6999 | |
| Saint Meinrad Archabbey | Attn: Business Office | 200 Hill Drive | | St Meinrad | IN | 47577-1301 | |
| Sam A Massie | Address Redacted | | | | | | |
| Samuel Andre | c/o Fredrikson & Byron | 60 South Sixth Street | Suite 1500 | Minneapolis | MN | 55402-1425 | |
| Sandra Carpenter | Address Redacted | | | | | | |
| Sean D Daly | Address Redacted | | | | | | |
| Shanna T Barnicle | Address Redacted | | | | | | |
| Sharon Boardman | Address Redacted | | | | | | |
| Shattuck Danielle | Address Redacted | | | | | | |
| Shauna M Mossey | Address Redacted | | | | | | |
| Shoup Evers & Green | Attn: John Evers | 84 Pine Street | | Burlington | VT | 05401-4441 | |
| Shred-Ex | 529 Jasper Mine Raod | | | Colchester | VT | 05446 | |
| Society of the Propagation of the Faith | Attn: Reverend Kieran E Harrington | 70 West 36th Street 8th Floor | | New York | NY | 10018-1256 | |
| South Burlington Water Department | 403 Queen City Park Road | | | South Burlington | VT | 05403-6900 | |
| St Andrew Church | 109 South Main St | | | Waterbury | VT | 05676-1514 | |
| St Andrew Parish | 109 South Main Street | | | Waterbury | VT | 05676 | |
| St Anthony / St George Parish | PO Box 18 | | | East Fairfield | VT | 05448 | |
| St Catherine of Siena Parish | PO Box 70 | | | Shelburne | VT | 05482-0070 | |
| St Charles Parish | 31 Cherry Hill | | | Bellows Falls | VT | 05101-1304 | |
| St Mark Church | 1251 North Ave | | | Burlington | VT | 05408-2665 | |
| St Marks Parish | 1251 North Avenue | | | Burlington | VT | 05401 | |

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| St Michael Parish | 47 Walnut St | | | Brattleboro | VT | 05301-6035 | |
| St Monica Church | 79 Summer St | | | Barre | VT | 05641-3724 | |
| St Patrick Parish | 116 Church Street | | | Fairfield | VT | 05455 | |
| St Peter Church | PO Box 324 | | | Vergennes | VT | 05491-0324 | |
| St Raphael Church | 45 North Road | | | Castleton | VT | 05735-4523 | |
| St. Andre Bessette Parish | 73 Weybridge Street | | | Middlebury | VT | 05753 | |
| St. Ann Church | PO Box 1 | | | Milton | VT | 05468-0001 | |
| St. Anthony Church | 15 Church Street | | | White River Jct | VT | 05001-1994 | |
| St. Augustine Parish | 16 Barre Street | | | Montpelier | VT | 05602 | |
| St. Bernadette / St. Genevieve Parish | 73 Weybridge Street | | | Middlebury | VT | 05753 | |
| St. Bridget Parish | 28 Church Street | | | West Rutland | VT | 05777 | |
| St. Dominic Parish | 45 South Street | | | Proctor | VT | 05765 | |
| St. Eugene Parish | 113 Upper Plain | | | Bradford | VT | 05033 | |
| St. Francis of Assisi Parish | 113 Upper Plain | | | Bradford | VT | 05033 | |
| St. Francis Xavier Church | 3 Saint Peter Street | | | Winooski | VT | 05404-1316 | |
| St. John the Baptist | PO Box 563 | | | Enosburg Falls | VT | 05450-0563 | |
| St. John the Evangelist Church | 206 Vl206 Vine Street | | | Northfield | VT | 05663 | |
| St. John Vianney Church | 160 Hinesburg Road | | | South Burlington | VT | 05403-6597 | |
| St. Jude Parish | PO Box 69 | | | Hinesburgh | VT | 05461-0069 | |
| St. Luke Church | PO Box 7 | | | Fairfax | VT | 05454-0007 | |
| St. Michael School | 48 Walnut Street | | | Brattleboro | VT | 05301-2992 | |
| St. Stanislaus Parish | 23 Barnes Street | | | West Rutland | VT | 05777 | |
| Stacy Bessette | Address Redacted | | | | | | |
| Staples | PO Box 70242 | | | Philadelphia | PA | 19176-0242 | |
| Staples, Inc. | Attn: David S Anderson | 7 Technology Circle | | Columbia | SC | 29203 | |
| Staples, Inc. | Attn: Shane Anderson | PO Box 102419 | | Columbia | SC | 29224 | |
| Staples, Inc. | PO Box 105748 | | | Atlanta | GA | 30348 | |
| State Farm Insurance | 85 Prim Road Ste 201 | | | Colchester | VT | 05446-1389 | |
| Stephen P Garbarino | Address Redacted | | | | | | |
| Stephen Sumner | Address Redacted | | | | | | |
| Steve H Courcelle | Address Redacted | | | | | | |
| Steven A Roque | Address Redacted | | | | | | |
| Steven Robert Kinsella | c/o Fredrikson & Byron, P.A. | 60 South Sixth Street | Suite 1500 | Minneapolis | MN | 55402-1425 | |
| Susan Essex Luce | Address Redacted | | | | | | |
| Susan Pomeroy | Address Redacted | | | | | | |
| Suzanne Aquistapace | Address Redacted | | | | | | |
| T Teresa Hawes | Address Redacted | | | | | | |
| Taylor Peltier | Address Redacted | | | | | | |
| TD Bank | Attn: Officer, General or Agent | 111 Main Street | | Burlington | VT | 05402 | |
| TD Bank NA | 111 Main Street | | | Burlington | VT | 05402 | |
| TD Bank North NA | 70 Gray Road | | | Falmouth | ME | 04105-2299 | |
| TD Bank North NA | c/o Ryan Smith & Carbine, Ltd | Elizabeth A. Glynn, Antonin Robbason | PO Box 310 | Rutland | VT | 05702-0310 | |
| Teacher's Tree Service | PO Box 602 | | | Shelburne | VT | 05482-0602 | |
| Tech Group LLC | 21 Gregory Drive | Suite 120 | | South Burlington | VT | 05403 | |
| Terry D Cavacas | Address Redacted | | | | | | |
| Theresa L Phillips | 3630 Shelburne Mountain Road | | | Ferrisburgh | VT | 05456 | |
| Theresa M Schmelzenbach | Address Redacted | | | | | | |
| Thomas Estill | Address Redacted | | | | | | |
| Thomas Mattison | 416 Church Street | | | Colchester | VT | 05446-6552 | |
| Thomas Mosher | 7 Depot Street | | | Ludlow | VT | 05149-1002 | |
| Tina E Rybar | Address Redacted | | | | | | |
| Toni Christensen | Address Redacted | | | | | | |

**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Tonya Caron | Address Redacted | | | | | | |
| Travis St. Peter | Address Redacted | | | | | | |
| Tyler J Barron | Address Redacted | | | | | | |
| Tyson M Huntley | Address Redacted | | | | | | |
| U S Trustee | Office of the United States Trustee | Attn: Lisa M Penpraze | Leo O'Brien Federal Building 11A Clinton Ave., Room 620 | Albany | NY | 12207-2370 | |
| U. S. Bankruptcy Court - Burlington | 11 Elmwood Ave. Suite 240 | PO Box 1663 | | Burlington | VT | 05402-1663 | |
| Uline | Attn: Account Receivable | PO Box 88741 | | Chicago | IL | 60680-1741 | |
| Union Bank | 20 Main St | | | Morrisville | VT | 05661 | |
| United States Attorney's Office for the District of Vermont | Attn: Nikolas Kerest | 11 Elmwood Avenue, 3rd Floor, PO Box 570 | | Burlington | VT | 05402-0570 | |
| University of Vermont | 284 East Avenue | | | Burlington | VT | 05405 | |
| US Bank Equipment Finance | PO Box 790448 | | | Wyanet | IL | 61379-0448 | |
| Verizon Wireless | PO Box 15062 | | | Albany | NY | 12212-5062 | |
| Vermont Attorney General | Attn: Charity Clark | 109 State Street | | Montpelier | VT | 05609 | |
| Vermont Catholic Charities | 55 Joy Drive | | | South Burlington | VT | 05403 | |
| Vermont Church Supply Co. | 676 Pine Street | PO Box 368 | | Burlington | VT | 05402-0368 | |
| Vermont Department of Motor Vehicles | PO Box 1308 | | | Williston | VT | 05495-1308 | |
| Vermont Department of Taxes | Bankruptcy Unit, 3rd Fl. | 109 State St. | PO Box 429 | Montpelier | VT | 05601-0429 | |
| Vermont Gas Systems, Inc. | PO Box 1336 | | | Williston | VT | 05495-1336 | |
| Victoria L Barry | Address Redacted | | | | | | |
| Villanti Printers Inc | 15 Catamount Drive | | | Milton | VT | 05468-3236 | |
| Vivid Reports, Inc. | 151 Bloor Street West, Suite 400 | | | Toronto | ON | M5S 1S4 | Canada |
| WB Mason | PO Box 981101 | | | Boston | MA | 02298-1101 | |
| Wendy Hackett | Address Redacted | | | | | | |
| William F Bruso Jr. | Address Redacted | | | | | | |
| William J Bouffard | Address Redacted | | | | | | |
| William P. Giroux | 4 Victoria Lane Apt #312 | | | St Albans | VT | 05478-5187 | |
| William R Beaudin | 398 Bonnet Street | | | Manchester | VT | 05255-9364 | |
| William R Widen | Address Redacted | | | | | | |
| Xiomara Quirindongo | Address Redacted | | | | | | |