## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:
Roman Catholic Diocese of Burlington, Vermont,

Debtor(s)

Case# 24-10205-*hzc*
Chapter 11

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 01/06/2025, I did cause a copy of the following documents, described below.

- PUBLICATION NOTICE [Exhibit C to ECF #144]

- NOTICE OF THE TIME FOR TIMELY FILING PROOFS OF CLAIMS RELATING TO, OR ARISING FROM, SEXUAL ABUSE [ECF #145]

- NOTICE OF THE TIME FOR TIMELY FILING NON-SEXUAL ABUSE PROOFS OF CLAIMS [ECF #146]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A** and incorporated as if fully set forth herein.

Furthermore, on 01/06/2025, I did cause a copy of the following documents, described below.

- PUBLICATION NOTICE [Exhibit C to ECF #144]

- NOTICE OF THE TIME FOR TIMELY FILING PROOFS OF CLAIMS RELATING TO, OR ARISING FROM, SEXUAL ABUSE [ECF #145]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit B** and incorporated as if fully set forth herein.

Furthermore, on 01/06/2025, I did cause a copy of the following document, described below.

- NOTICE OF THE TIME FOR TIMELY FILING PROOFS OF CLAIMS RELATING TO, OR ARISING FROM, SEXUAL ABUSE [ECF #145]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit C** and incorporated as if fully set forth herein.

[SPACE INTENTIONALLY LEFT BLANK]

On 01/06/2025, I did cause a copy of the following document, described below.

- AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASE [ECF #152]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon on two (2) confidential parties not included herein and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 01/10/2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Roman Catholic Diocese of Albany | Attn: Bishop Edward B. Scharfenberger | 40 North Main Avenue | Albany | NY | 12203 | |
| Roman Catholic Diocese of Ogdensburg | Attn Most Reverend Terry R. LaValley | PO Box 369 | Ogdensburg | NY | 13669 | |
| Roman Catholic Diocese of Saint-Jean-Longueuil | Attn: Bishop Claude Hamelin | 740 Chem. du Coteau-Rouge | Longueuil | QC | J4J 1Z3 | Canada |
| Roman Catholic Diocese of Springfield | Attn: Bishop William D. Byrne | PO Box 1730 | Springfield | MA | 01102-1730 | |
| Roman Catholic Diocese of Worcester | Attn: Most Reverend Robert J. McManus | 49 Elm Street | Worcester | MA | 01609-259 | |
| The Diocese of Manchester | Attn: Bishop Peter Anthony Libasci | 153 Ash Street | Manchester | NH | 03104 | |
| WCAX | c/o WCAX-TV | 30 Joy Drive | South Burlington | VT | 05403 | |
| WETK | 10 East Allen Street | Suite 202 | Winooski | VT | 05404 | |
| WETK | c/o Vermont Public | 365 Troy Ave | Colchester | VT | 05446 | |
| WPTZ | NBC5 Broadcast Center | 530 Community Drive Suite 55 | South Burlington | VT | 05403 | |
| WVER | 10 East Allen Street | Suite 202 | Winooski | VT | 05404 | |
| WVER | c/o Vermont Public | 365 Troy Ave | Colchester | VT | 05446 | |
| WVNY | 298 Mountain View Dr | | Colchester | VT | 05446 | |
| WVTB | 10 East Allen Street | Suite 202 | Winooski | VT | 05404 | |
| WVTB | c/o Vermont Public | 365 Troy Ave | Colchester | VT | 05446 | |

# **Exhibit B**

**Exhibit B**

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Carella, Byrne, Cecchi, Brody & Agnello, P.C. | Attn: Christopher H. Westrick | 5 Becker Farm Road | Roseland | NJ | 07068 |
| D'arcy Johnson Day | Attn: Andrew James D'arcy | 3120 Fire Road | Egg Harbor Township | NJ | 08234 |
| Danziger & De Llano, LLP | Attn: Rod de Llano | 440 Louisiana Street Suite 1212 | Houston | TX | 77002 |
| Garabedian Law | Attn: Mitchell Garabedian | 100 State Street, 6th Floor | Boston | MA | 02109-2415 |
| Gravel & Shea PC | Attn: Celeste Laramie | 76 St. Paul Street 7th Floor | Burlington | VT | 05401-4477 |
| Heideman Nudelman & Kalik, PC | Attn: Richard Heideman and Tracy Kalik | 5335 Wisconsin Avenue, NW | Washington | DC | 20015-2030 |
| Herman Law Firm P.A. | Attn: Stuart Mermelstein | 475 Fifth Avenue, 17th Floor | New York | NY | 10017-7226 |
| Horowitz Law | Attn: Jessica Arbour | 110 East Broward Boulevard #1530 | Fort Lauderdale | FL | 33301-3544 |
| Jeff Anderson & Associates PA | Attn: Nahid Shaikh | 363 7th Avenue, Floor 12 | New York | NY | 10001-3904 |
| Kaplan & Kaplan | Attn: Stephanie Greenlees | 95 St. Paul Street, Suite 405 | Burlington | VT | 05401-4486 |
| Langrock, Sperry, and Wool | Attn: William Vasilion | 210 College Street, Suite 400 | Burlington | VT | 05401 |
| Shoup Evers & Green | Attn: John Evers | 84 Pine Street | Burlington | VT | 05401-4441 |
| Survivors Network of those Abused by Priests | Attn: Shaun Dougherty | PO Box 16376 | Chicago | IL | 60616 |

# **<u>Exhibit C</u>**

Case 24-10205    Doc    162   Filed 01/10/25   Entered   01/10/25 17:24:41    Desc    Main Document    Page    7 of 8

## Exhibit C

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Addison County Independent | 58 Maple Street | | Middlebury | VT | 05753 |
| Burlington Free Press | 305 Saint Paul St, Ste 326 | | Burlington | VT | 05401 |
| Caledonian Record | 190 Federal St | PO Box 8 | St Johnsbury | VT | 05819 |
| Mountain Times | PO Box 183 | | Killington | VT | 05751 |
| National Catholic Register | 5817 Old Leeds Road | | Irondale | AL | 35210 |
| National Catholic Reporter | 115 E Armour Boulevard | | Kansas City | MO | 64111 |
| NYVT Media (Granville Sentinel, Whitehall Times, FreePress, Lakes Region Free Press) | 71 Quaker St. | PO Box 330 | Granville | NY | 12832 |
| Rutland Herald | 77 Grove Street, Suite 102 | | Rutland | VT | 05701 |
| Seven Days | PO Box 1164 | | Burlington | VT | 05402-1164 |
| The Sun | 14 Hand Ave | | Elizabethtown | NY | 12932 |
| The Sun | 178 Broad St | | Plattsburgh | NY | 12901 |
| The Sun | 94 Montcalm St | | Ticonderoga | NY | 12883 |
| The World | 403 US Route 302 | | Barre | VT | 05641 |
| USA Today National Ed. | c/o Gannett Co., Inc. | 1675 Broadway, 23rd Floor | New York | NY | 10019 |