UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------
In re:

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF BURLINGTON VERMONT, | Case No. 24-10205<br>Chapter 11 |
| Debtor. | |

-----------------------------------------------------------------

# PACHULSKI STANG ZIEHL & JONES LLP'S
# NOTICE OF HOURLY RATES EFFECTIVE AS OF JANUARY 1, 2025

**PLEASE TAKE NOTICE THAT** the hourly billing rates of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case, have been adjusted effective January 1, 2025. PSZJ's standard hourly rates for attorneys and paraprofessionals as of January 1, 2025 are as follows:

a. Partners: $1,150 to $2,250;
b. Of Counsel: $1,050 to $1,850;
c. Associates: $725 to $1,225; and
d. Paraprofessionals: $595 to $675.

Nothwithstanding these adjustments, and due to the circumstances of this Case, PSZJ proposed, and the Court approved, that PSZJ will charge hourly rates in this case that are

[remainder of page left intentionally blank]

4910-6588-7502.2 18506.00002

substantially below PSZJ's standard hourly rates. For the entirety of 2025, the Firm will continue to cap its rate for attorneys working on the case at $950 per hour.[1]

Date: January 14, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Brittany M. Michael*
Brittany M. Michael (*admitted pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email:     bmichael@pszjlaw.com

Counsel to The Official Committee of Unsecured Creditors

---

[1] The standard hourly rates for the professionals primarily responsible for this matter are James I. Stang (admitted to the California Bar in 1980; hourly billing rate of $1950), Gail S. Greenwood (admitted to the California Bar in 1994; hourly billing rate of $1,325), and Brittany M. Michael (admitted to the Minnesota Bar in 2015; hourly billing rate of $1,050).