UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

------------------------------------------------------------------

In re:

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF BURLINGTON VERMONT, | Case No. 24-10205<br>Chapter 11 |

Debtor.

------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on January 14, 2025, I electronically filed the *Pachulski Stang Ziehl & Jones LLP's Notice Of Hourly Rates Effective As Of January 1, 2025* using the CM/ECF system which sent notification of such filing to the following:

- **Samuel Andre**    sandre@fredlaw.com
- **Jim Baillie**    jbaillie@fredlaw.com
- **Elizabeth A. Glynn**    eag@rsclaw.com, ccs@rsclaw.com
- **Steven Robert Kinsella**    skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com
- **Celeste E. Laramie**    claramie@gravelshea.com
- **Paul A Levine**    plevine@lemerygreisler.com, phartl@lemerygreisler.com
- **Brittany Mitchell Michael**    bmichael@pszjlaw.com
- **Katherine Nixon**    knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com
- **Raymond J Obuchowski**    ray@oeblaw.com, marie@oeblaw.com
- **Lisa M Penpraze**    lisa.penpraze@usdoj.gov
- **Antonin Robbason**    aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com
- **U S Trustee**    ustpregion02.vt.ecf@usdoj.gov

Date: January 14, 2025

*/s/ Brittany M. Michael*
Brittany M. Michael (*admitted pro hac vice*)
Counsel to The Official Committee of Unsecured Creditors

4910-6588-7502.2 18506.00002