## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

    Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

## DECLARATION OF JAMES H. BEAM JR. REGARDING A CERTAIN TD WEALTH INVESTMENT ACCOUNT

I, James H. Beam Jr., make the following declaration regarding a certain investment account maintained by Rice Memorial High School ("Rice"):

1.  I am a Senior Vice President and Head of Investment Management, Brokerage, Planning, Retirement & Strategy at TD Private Client Group, a business of TD Wealth.

2.  In my role at TD Private Client Group, I assist in managing the following investment account on behalf of Rice:

| Bank or Financial Institution | Account No. | Account Name | Purpose |
|---|---|---|---|
| TD Wealth | *3167 | Roman Catholic Diocese of Burlington, Rice Memorial High School | Scholarship funds and Rice Teaching for Excellence and Student Life Funds |

3.  The funds are invested in treasury securities.

4.  Treasury securities with a maturity of less than one year have a low correlation to market changes. Treasuries are very liquid and backed by the federal government.

5.  Attached as **Exhibit A** is a compilation of six months of account statements.

6.  Investments in the account are insured up to $500,000 by the Securities Investor Protection Corporation (SIPC). More information can be found here: https://www.sipc.org/for-investors/what-sipc-protects.

7.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 15, 2025

*James Beam*

Digitally signed by James Beam
Date: 2025.01.16 13:25:21 -05'00'

James H. Beam Jr.
SVP | Head of Investment Management, Brokerage, Planning, Retirement & Strategy
TD Private Client Group, a business of TD Wealth®
336 Rt. 70 West
Marlton, NJ 08053
james.beam@td.com

## EXHIBIT A

**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

| SECURITIES AND INVESTMENTS | | |
|---|---|---|
| NOT FDIC INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |

## Private Client Services
## Investment Management

ROMAN CATHOLIC DIOCESE OF
BURLINGTON
RICE MEMORIAL HIGH SCHOOL
C/O GUY SCHEIWILLER
55 JOY DR
S BURLINGTON VT 05403-6999

November 1, 2024 - December 31, 2024
Account Number: ███████3167

**Your Investment Advisor:**
ANTHONY SLOVICK

### Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| **BEGINNING ACCOUNT VALUE** | $705,077.30 | $987,980.69 |
| Net Cash Deposits and Withdrawals | 0.00 | -325,000.00 |
| **Adjusted Previous Account Value** | 705,077.30 | 662,980.69 |
| Dividends, Interest and Other Income | 3,102.91 | 56,877.88 |
| Fees | 0.00 | -50.00 |
| **Net Change in Portfolio[1]** | -1,455.21 | -13,083.57 |
| **ENDING ACCOUNT VALUE** | **$706,725.00** | **$706,725.00** |
| Accrued Interest | $2,419.74 | |
| **Account Value with Accrued Interest** | $709,144.74 | |
| Estimated Annual Income | $39,591.78 | |

[1] *Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.*

### Asset Summary



| Percent | Asset Type | Last Period | This Period |
|---|---|---|---|
| 70% | Cash, Money Funds, and Bank Deposits | 494,713.55 | 497,816.46 |
| 30% | Fixed Income | 210,363.75 | 208,908.54 |
| **100%** | **Account Total (Pie Chart)** | **$705,077.30** | **$706,725.00** |
| | Please review your allocation periodically with your Investment Advisor. | | |

GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Additional Information

| Description | This Period | Year-to-Date |
|---|---|---|
| Securities Bought and Sold | $0.00 | -$299,168.76 |
| Principal Payments | $0.00 | $961,392.66 |

## Summary of Gains and Losses

| | Realized This Period | Realized Year-to-Date | Unrealized |
|---|---|---|---|
| Short-Term Gain/Loss | 0.00 | 6,340.09 | 0.00 |
| Long-Term Gain/Loss | 0.00 | 0.00 | 3,661.89 |
| **Net Gain/Loss** | **0.00** | **6,340.09** | **3,661.89** |

This summary excludes transactions where cost basis information is not available.

## Client Service Information

**Your Investment Advisor:** ▮

ANTHONY SLOVICK
3450 CLARK ROAD
SARASOTA FL 34231

**Client Service Information**

**Service Hours:** Monday - Friday 09:00 a.m. - 05:00 p.m. (ET)
**Client Service Telephone Number:** (877) 703-9896
**Web Site:** WWW.TD.COM

## Your Account Information

**INVESTMENT OBJECTIVE**
Investment Objective:   INCOME - OLD
Risk Exposure:          LOW RISK
Please review your investment objective. If you wish to make a change or have any questions please contact your Investment Advisor.

**TAX LOT DEFAULT DISPOSITION METHOD**
Default Method for Mutual Funds:                              Average Cost (Using First In First Out)
Default Method for Stocks in a Dividend Reinvestment Plan:    First In First Out
Default Method for all Other Securities:                      First In First Out

**BOND AMORTIZATION ELECTIONS**
Amortize premium on taxable bonds based on Constant Yield Method:   Yes
Accrual market discount method for all other bond types:           Constant Yield Method
Include market discount in income annually:                        No

**ELECTRONIC DELIVERY**
Congratulations! All your documents are enrolled for electronic delivery.
Please log in to your account or contact your Investment Advisor to make any changes to your electronic delivery preferences.

**E-mail notifications are delivered to the following e-mail address(es):**



The above e-mail address is partially masked for your security.
Please log in to your account to review the full e-mail address.

Account Number: ▮3167


GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJS-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

November 1, 2024 - December 31, 2024
ROMAN CATHOLIC DIOCESE OF

## Portfolio Holdings

| Opening Date | Quantity | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS AND BANK DEPOSITS 70.00% of Portfolio** | | | | | | | | | |
| **Money Market** | | | | | | | | | |
| GOLDMAN SACHS FSQ GOVT CMS | | | | | | | | | |
| 11/01/24 | 497,816.4600 | N/A | 12/31/24 | 494,713.55 | 497,816.46 | 0.00 | 29,607.00 | 3.68% | 3.63% |
| **Total Money Market** | | | | $494,713.55 | $497,816.46 | $0.00 | $29,607.00 | | |
| **FDIC Eligible Bank Deposits** | | | | | | | | | |
| TD WEALTH BANK DEPOSIT SWP PRG | | | | | | | | | |
| 11/01/24 | | N/A | 12/31/24 | 0.00 | 0.00 | 0.00 | 411.03 | N/A | N/A |
| **Total FDIC Eligible Bank Deposits** | | | | $0.00 | $0.00 | $0.00 | $411.03 | | |
| **TOTAL CASH, MONEY FUNDS AND BANK DEPOSITS** | | | | $494,713.55 | $497,816.46 | $0.00 | $30,018.03 | | |

| Date Acquired | Quantity | Unit Cost | Current Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **FIXED INCOME 30.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | | | | |
| **U.S. Treasury Securities** | | | | | | | | | |
| UNITED STATES TREAS NTS 4.625% 09/30/28 B/E DTD 09/30/23 1ST | | | Security Identifier: ▇▇▇▇ | | | | | | |
| CPN DTE 03/31/24 CPN PMT SEMI ANNUAL ON MAR 31 AND SEP 30 | | | | | | | | | |
| Moody Rating Aaa | | | | | | | | | |
| 10/25/23 | 207,000.0000 | 99.1530 | 205,246.65 | 100.9220 | 208,908.54 | 3,661.89 | 2,419.74 | 9,573.75 | 4.58% |
| | | | Original Cost Basis: $205,246.65 | | | | | | |
| **Total U.S. Treasury Securities** | | | $205,246.65 | | $208,908.54 | $3,661.89 | $2,419.74 | $9,573.75 | |
| | 207,000.0000 | | | | | | | | |
| **TOTAL FIXED INCOME** | | | $205,246.65 | | $208,908.54 | $3,661.89 | $2,419.74 | $9,573.75 | |
| | 207,000.0000 | | | | | | | | |

| | Current Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | $703,063.11 | $706,725.00 | $3,661.89 | $2,419.74 | $39,591.78 |

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were identified as securities potentially subject to the cost basis reporting rules and may be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099B, the cost basis will not be reported to the IRS.

Account Number: ▇▇▇167


ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Portfolio Holdings *(continued)*

Cost Basis on fixed income securities may be adjusted for amortization, accretion, original issue discount adjustments, or principal paydowns. The calculation is based upon the taxpayer election, type of fixed income security, and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these attributes is changed, there may be a temporary incorrect adjusted cost basis reflected until the cost basis system is amended to reflect this change. These calculations will not be performed under certain circumstances, including those involving foreign bonds,  bonds sold short or bonds issued with less than one year to maturity. This information is meant as a general guide and you should consult your tax advisor in the preparation of your tax returns.

## Portfolio Holdings Disclosures

### Pricing
This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. In some cases the pricing vendor may provide prices quoted by a single broker or market maker. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked "N/A" and are omitted from the Total.
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE  STATEMENT DATE.

### Estimated Annual Figures
The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to   www.pershing.com/disclosures for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

### Reinvestment
The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your statement may have been reinvested. You will not receive confirmation of these reinvestments. Upon written request to your financial institution, information pertaining to these transactions, including the time of execution and the name of the person from whom your security was purchased, may be obtained. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow.

### Option Disclosure
Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you.  A summary of this information is available to you promptly upon your written request directed to your introducing firm.  In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation.  Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

### Foreign Currency Transactions
Pershing will execute foreign currency transactions as principal for your account.  Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise.  Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law.  Your financial organization may also increase the currency conversion rate.  This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit.  Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Account Number ███████8167      Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

November 1, 2024 - December 31, 2024
ROMAN CATHOLIC DIOCESE OF

## Portfolio Holdings Disclosures *(continued)*

### Proxy Vote
Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

### Variable Rate Securities
Interest rate data for certain complex and/or variable rate securities is provided to Pershing by third-party data service providers pursuant to contractual arrangements. Although we seek to use reliable sources of information, the accuracy, reliability, timeliness, and completeness of interest rate data may vary sometimes, particularly for complex and/or variable rate securities and those with limited or no secondary market. As a result, we can offer no assurance as to the accuracy, reliability, timeliness, or completeness of interest rate data for such securities. Pershing may also occasionally make interest rate updates and adjustments based on its reasonable efforts to obtain accurate, reliable, timely, and/or complete interest rate data from other data sources, but we can similarly provide no assurance that those rates or adjustments will be accurate, reliable, timely, or complete.

When updated interest rate data is received from a third-party data service provider or adjusted by Pershing, the updated data will be reflected in various sources where interest rate data is used or viewed, including both paper and electronic communications and data sources. Prior use or communication of interest rate-related data will not be revised. Since variable interest rates may be subject to change at any time and are only as accurate as the data received from third-party data service providers or otherwise obtained by Pershing, interest rate data should not be relied on for making investment, trading, or tax decisions. All interest rate data and other information derived from and/or calculated using interest rates are not warranted as to accuracy, reliability, timeliness, or completeness and are subject to change without notice. Pershing disclaims any responsibility or liability to the fullest extent permitted by applicable law for any loss or damage arising from any reliance on or use of the interest rate data or other information derived from and/or calculated using interest rates in any way. You should request a current valuation for your securities from your financial adviser or broker prior to making a financial decision or placing an order or requesting a transaction in these securities.

### Structured Products
Structured products in this section are complex products and may be subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk; limited or no appreciation; risks associated with the underlying reference asset(s); no periodic payments; call prior to maturity (a redemption could affect the yield represented); early redemption fees or other applicable fees; price volatility resulting from issuer's and/or guarantor's credit quality; lower interest rates and/or yield compared to conventional debt with a comparable maturity; unique tax implications; concentration risk of owning the related security; limited or no secondary market; restrictions on transferability; conflicts of interest; and limits on participation in appreciation of underlying asset(s). To review a complete list of risks, please refer to the offering documents for the structured product. For more information about the risks specific to your structured products, you should contact your financial institution or advisor. Certain structured products are designed to make periodic distributions to you and any such structured product distributions you receive will be listed in the Transactions section of your statement. Structured product distributions may be listed there as "Bond Interest Received"; however, this description is not intended to reflect a determination as to either the asset classification of the product or the U.S. tax treatment of such distributions.

**Account Number:** ████████8167


ASK ABOUT eDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Schedule of Realized Gains and Losses Year-to-Date

| Description | Date Disposed | Date Acquired | Designation | Disposition Method / Transaction | Quantity | Proceeds | Cost Basis | Realized Gain/Loss | Term |
|---|---|---|---|---|---|---|---|---|---|
| UNITED STS TREAS BIL 02/01/24 B/E DTD 08/03/23 <br> Security Identifier: ▮▮▮ | 02/01/24 | 08/03/23 | Noncovered* | First In First Out / REDEMPTION <br> Original Cost Basis: 76,928.01 | 79,000.0000 | 76,928.01 | 76,928.01 | 0.00 | ST |
| UNITED STS TREAS BIL 02/29/24 B/E DTD 08/31/23 <br> Security Identifier: ▮▮▮ | 02/29/24 | 09/01/23 | Noncovered* | First In First Out / REDEMPTION <br> Original Cost Basis: 250,396.12 | 257,000.0000 | 250,396.12 | 250,396.12 | 0.00 | ST |
| UNITED STATES TREAS 00% 04/04/24 B/E DTD 10/05/23 <br> Security Identifier: ▮▮▮ | 04/04/24 | 10/06/23 | Noncovered* | First In First Out / REDEMPTION <br> Original Cost Basis: 153,899.77 | 158,000.0000 | 153,899.77 | 153,899.77 | 0.00 | ST |
| UNITED STATES TREAS 00% 05/14/24 B/E DTD 01/16/24 <br> Security Identifier: ▮▮▮ | 05/14/24 | 02/14/24 | Noncovered* | First In First Out / REDEMPTION <br> Original Cost Basis: 299,168.76 | 303,000.0000 | 299,168.76 | 299,168.76 | 0.00 | ST |
| UNITED STS TREAS NTS 2/31/23 B/E DTD 12/31/21 <br> Security Identifier: ▮▮▮ | 01/02/24 | 03/03/23 | Covered | First In First Out / REDEMPTION <br> Adjustment: 6,340.09  Adjustment Type: R <br> Original Cost Basis: 174,659.91 | 181,000.0000 | 181,000.00 | 174,659.91 | 6,340.09 | ST |
| **Total Short Term** | | | | | | 961,392.66 | 955,052.57 | 6,340.09 | |
| **Total Short and Long Term** | | | | | | 961,392.66 | 955,052.57 | 6,340.09 | |

*Noncovered under the cost basis rules as defined below.*

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were identified as securities potentially subject to the cost basis reporting rules and may  be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.
Note:  In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099B, the cost basis will not be reported to the IRS.

This Schedule may not reflect all cost basis adjustments necessary for tax reporting purposes, especially for noncovered securities.  Adjustments to cost basis may have been made for prior income received and subsequently reclassified by the issuer as a return of capital.  In addition, corporate action events may require adjustments to your original cost basis.  Return of capital information and cost basis information, as it relates to corporate actions, has been obtained from sources we believe to be reliable.

Adjustments to cost basis can be made after year-end, in particular, for return of capital adjustments, but may also include adjustments for corporate action events. Therefore there may be differences in cost basis reflected on your monthly client brokerage statement at year end versus any subsequent reports, including your 1099-B or online displays you may have available to you.

When you report your cost basis on your tax return, it should be verified using all of your own records. In particular, there may be other adjustments which you need to make, but are not required to be made by Pershing as it relates to H.R. 1424. You should consult with your tax advisor in order to properly report your gain or loss for tax purposes. Pershing shall not be responsible for and makes no representations or warranties with respect to the accuracy of any information that you  report to the IRS or other taxing authorities, and, accordingly, disclaims any and all liability that may arise with respect to your use and reliance on the information provided herein for such reporting.

Cost Basis on fixed income securities may be adjusted for amortization, accretion, original issue discount adjustments, or principal paydowns. The calculation is based upon the taxpayer election, type of fixed income security, and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these attributes is changed, there may be a temporary incorrect adjusted cost basis reflected until the cost basis system is amended to reflect this change. These calculations will not be performed under certain circumstances, including those involving foreign bonds,  bonds sold short or bonds issued with less than one year to maturity. This information is meant as a general guide and you should consult your tax advisor in the preparation of your tax returns.

Account Number: ▮▮▮3167

GOPAPERLESS ⊘
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5 017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

November 1, 2024 - December 31, 2024
ROMAN CATHOLIC DIOCESE OF

## Schedule of Realized Gains and Losses Year-to-Date *(continued)*

**R** *Reportable Income - This adjustment is the deferred market discount on a disposed tax lot from the Original Settle Date.*

Please refer to the Your Account Information Section in your brokerage account statement for your account's existing tax-lot disposition method. The disposition method is the method which you have selected to use in the disposal of each tax lot of the securities held in your account. If you do not select a method, your account will be defaulted to First In, First Out (FIFO). Your account's selected tax lot method will be used to determine the cost basis for calculating gain and/or loss, unless another method was selected at the time of the security disposal, and this may be reported on the IRS Form 1099-B.

## Income and Expense Summary

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| | Taxable | Non Taxable | Taxable | Non Taxable |
| **Dividend Income** | | | | |
| Money Market | 3,102.91 | 0.00 | 29,607.00 | 0.00 |
| **Interest Income** | | | | |
| Bond Interest | 0.00 | 0.00 | 26,859.85 | 0.00 |
| FDIC Eligible Bank Deposits | 0.00 | 0.00 | 411.03 | 0.00 |
| **Total Income** | **$3,102.91** | **$0.00** | **$56,877.88** | **$0.00** |

## Activity Summary *(All amounts shown are in base currency)*

| | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
|---|---|---|---|---|---|---|
| **Securities** | | | | | | |
| Securities Bought | 0.00 | 0.00 | 0.00 | 0.00 | -299,168.76 | -299,168.76 |
| **Total Securities** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **-$299,168.76** | **-$299,168.76** |
| **Dividends and Interest** | **$3,102.91** | **$0.00** | **$3,102.91** | **$56,877.88** | **$0.00** | **$56,877.88** |
| **Distributions** | **$0.00** | **$0.00** | **$0.00** | **$961,392.66** | **$0.00** | **$961,392.66** |
| **Fees** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **-$50.00** | **-$50.00** |
| **Cash** | | | | | | |
| Withdrawals | 0.00 | 0.00 | 0.00 | 0.00 | -850,000.00 | -850,000.00 |
| Deposits | 0.00 | 0.00 | 0.00 | 525,000.00 | 0.00 | 525,000.00 |
| **Total Cash** | **$0.00** | **$0.00** | **$0.00** | **$525,000.00** | **-$850,000.00** | **-$325,000.00** |
| **FDIC Eligible Bank Deposits** | **$0.00** | **$0.00** | **$0.00** | **$1,146,812.91** | **-$1,043,048.23** | **$103,764.68** |
| **Money Market Funds** | **$0.00** | **-$3,102.91** | **-$3,102.91** | **$850,000.00** | **-$1,347,816.46** | **-$497,816.46** |

Account Number: ▮▮▮▮8167

GOPAPERLESS
ASK ABOUT eDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Activity Summary (continued)

| | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
|---|---|---|---|---|---|---|
| **Totals** | $3,102.91 | -$3,102.91 | $0.00 | $3,540,083.45 | -$3,540,083.45 | $0.00 |

## Transactions by Type of Activity

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| **Dividends and Interest** | | | | | | | |
| 11/29/24 | MONEY MARKET FUND INCOME RECEIVED ▆▆▆▆ | GOLDMAN SACHS FSQ | | | | 1,553.12 | USD |
| 12/31/24 | MONEY MARKET FUND INCOME RECEIVED ▆▆▆▆ | GOLDMAN SACHS FSQ | | | | 1,549.79 | USD |
| **Total Dividends and Interest - U.S. DOLLARS** | | | | | 0.00 | 3,102.91 | |
| **Money Market Funds** | | | | | | | |
| 11/29/24 | MONEY MARKET FUND REINVESTMENT ▆▆▆▆ | GOLDMAN SACHS FSQ INCOME REINVESTED | | | | -1,553.12 | USD |
| 12/31/24 | MONEY MARKET FUND REINVESTMENT ▆▆▆▆ | GOLDMAN SACHS FSQ INCOME REINVESTED | | | | -1,549.79 | USD |
| **Total Money Market Funds - U.S. DOLLARS** | | | | | 0.00 | -3,102.91 | |
| **Total Value of Transactions** | | | | | 0.00 | 0.00 | USD |

The price and quantity displayed may have been rounded.

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| **Sweep Money Market Fund** | | | | |
| **GOLDMAN SACHS FSQ GOVT CMS** | | | | |
| Current Yield: 3.63%  Activity Ending: 12/31/24 | | | | |
| 11/01/24 | Opening Balance | | 494,713.55 | 494,713.55 |
| 11/29/24 | Deposit | INCOME REINVEST | 1,553.12 | 496,266.67 |
| 12/31/24 | Deposit | INCOME REINVEST | 1,549.79 | 497,816.46 |
| 12/31/24 | **Closing Balance** | | | $497,816.46 |
| **Total All Money Market Funds** | | | | $497,816.46 |

Account Number: ▆▆▆▆3167    GOPAPERLESS  ASK ABOUT EDELIVERY    Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE    Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

November 1, 2024 - December 31, 2024
ROMAN CATHOLIC DIOCESE OF

## Messages

The Estimated Annual Income, Estimated Yield and Accrued Interest columns in your Portfolio Holdings section will not display values for variable rate securities. The optional Estimated Annual Income and Accrued Interest fields in the Portfolio at a Glance section of your statement will not include values for these securities.

Although a money market mutual fund (money fund) seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money fund. Shares of a money fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information. Pursuant to SEC Rule 10b-10(b)(1) confirmations are not sent for purchases into money funds processed on the sweep platform. Pursuant to applicable regulation, account statements will be produced monthly or quarterly. Balances in Federal Deposit Insurance Corporation (FDIC)-insured bank deposit sweep products are not protected by Securities Investor Protection Corporation (SIPC).

**Go Paperless by Selecting eDelivery**

Eliminate paper and save natural resources with digital adoption. Electronic delivery (eDelivery) is faster, convenient and more secure. We offer eDelivery for account statements, prospectus documents, proxy or shareholder communications, tax documents, trade confirmations and more.

To enroll, log in to your brokerage account and look for the one-click eDelivery pop-up or simply select 'Go Paperless' at the top of any page and follow the on-screen prompts to set-up your preferences. Enrollment can be activated as quickly as the day you register, and you will be notified when documents are available in an online, password-protected portal.

Contact your financial professional if you have any questions about any of our digital tools.

## Important Information and Disclosures

The Role of Pershing
- **Pershing LLC, member FINRA, NYSE, carries your account as clearing broker pursuant to a clearing agreement with your financial institution.** Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.
- Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.
- Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.
- Inquiries concerning the positions and balances in your account may be directed to the **Pershing Customer Service Department at (201) 413-3333.** All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.
- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the

Account Number: ▮▮▮3167





Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Important Information and Disclosures *(continued)*

### The Role of Pershing *(continued)*

Disclosure Statement, please contact your financial institution.

- Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/about/strength-and-stability.
- This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly, but no later than ten days after receipt of this statement, to your financial organization and Pershing. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.
- Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.** Errors and Omissions excepted.

### Important Arbitration Disclosures

- All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.
- Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.
- The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.
- The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.
- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.
- The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this agreement.

### Important Arbitration Agreement

Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action, who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until; (I) the class certification is denied; (II) the class is decertified; or (III) the client is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein. The laws of the State of New York govern.

Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**

Account Number: ███3167

 GOPAPERLESS ASK ABOUT EDELIVERY



Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon). Pershing LLC, member FINRA, NYSE, SIPC

**TERMS AND CONDITIONS**

**GENERAL INFORMATION**

- WHENEVER YOU ARE INDEBTED TO PERSHING LLC ("BNY PERSHING") FOR ANY AMOUNT, ALL SECURITIES HELD BY IT FOR YOU IN ANY ACCOUNT IN WHICH YOU HAVE ANY INTEREST SHALL SECURE ALL YOUR LIABILITIES TO BNY PERSHING, AND BNY PERSHING MAY IN ITS DISCRETION AT ANY TIME, WITHOUT TENDER, DEMAND OR NOTICE TO YOU, CLOSE OR REDUCE ANY OR ALL OF YOUR ACCOUNTS BY PUBLIC OR PRIVATE SALE OR PURCHASE OR BOTH OF ALL OR ANY SECURITIES CARRIED IN SUCH ACCOUNTS; ANY BALANCE REMAINING DUE BNY PERSHING TO BE PROMPTLY PAID BY YOU.
- WHENEVER YOU ARE INDEBTED TO BNY PERSHING FOR ANY AMOUNT, ALL SECURITIES CARRIED FOR YOUR ACCOUNT ARE OR MAY BE, WITHOUT FURTHER NOTICE TO YOU, LOANED OR PLEDGED BY BNY PERSHING, EITHER SEPARATELY OR UNDER CIRCUMSTANCES WHICH WILL PERMIT THE COMMINGLING THEREOF, WITH OTHER SECURITIES FOR ANY AMOUNT LESS THAN, EQUAL TO OR GREATER THAN YOUR LIABILITIES TO BNY PERSHING, BUT NOT UNDER CIRCUMSTANCES FOR AN AMOUNT PROHIBITED BY LAW.
- BNY PERSHING MAY TRADE FOR ITS OWN ACCOUNT AS A MARKET MAKER, SPECIALIST, ODD LOT DEALER, BLOCK POSITIONER, ARBITRAGEUR, OR INVESTOR. CONSEQUENTLY, AT THE TIME OF ANY TRANSACTION YOU MAY MAKE, BNY PERSHING MAY HAVE A POSITION IN SUCH SECURITIES, WHICH POSITION MAY BE PARTIALLY OR COMPLETELY HEDGED.
- IF AVERAGE PRICE TRANSACTION IS INDICATED ON THE FRONT OF THIS STATEMENT YOUR FINANCIAL INSTITUTION OR BNY PERSHING MAY HAVE ACTED AS PRINCIPAL, AGENT, OR BOTH. DETAILS AVAILABLE UPON REQUEST.
- A FINANCIAL STATEMENT OF BNY PERSHING IS AVAILABLE FOR YOUR PERSONAL INSPECTION AT BNY PERSHING'S OFFICES. A COPY OF IT WILL BE MAILED UPON YOUR WRITTEN REQUEST OR YOU CAN VIEW IT ONLINE AT www.bny.com/pershing.
- FOR BUSINESS CONTINUITY AND ADDITIONAL DISCLOSURES: www.bny.com/pershing/us/en/disclosures.html
- THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

**TRANSACTIONS**

- ALL ORDERS AND TRANSACTIONS SHALL BE SOLELY FOR YOUR ACCOUNT AND RISK SHALL BE SUBJECT TO THE CONSTITUTION, RULES, REGULATIONS, CUSTOMS, USAGES, RULINGS AND INTERPRETATIONS OF THE EXCHANGE OR MARKET AND THE CLEARING FACILITY, IF ANY, WHERE THE TRANSACTIONS ARE EXECUTED AND/OR SETTLED, OR IF APPLICABLE, OF THE FINANCIAL INDUSTRY REGULATORY AUTHORITY AND TO ALL APPLICABLE LAWS AND REGULATIONS.
- TITLE TO SECURITIES SOLD TO YOU, WHERE BNY PERSHING HAS ACTED AS PRINCIPAL, SHALL REMAIN WITH BNY PERSHING UNTIL THE ENTIRE PURCHASE PRICE IS RECEIVED OR UNTIL THE SETTLEMENT DATE, WHICHEVER IS LATER.
- YOU MAY HAVE RECEIVED CONFIRMATIONS FOR TRANSACTIONS WHICH DO NOT APPEAR ON YOUR STATEMENT. IF SO, THE TRANSACTIONS WILL APPEAR ON YOUR NEXT PERIODIC STATEMENT. SUCH TRANSACTIONS MUST BE CONSIDERED BY YOU WHEN COMPUTING THE VALUE OF YOUR ACCOUNT. THIS IS ESPECIALLY TRUE IF YOU HAVE WRITTEN OPTIONS WHICH HAVE BEEN EXERCISED.

**FREE CREDIT BALANCES:** ANY FREE CREDIT BALANCE CARRIED FOR YOUR ACCOUNT REPRESENTS FUNDS PAYABLE UPON DEMAND WHICH, ALTHOUGH PROPERLY ACCOUNTED FOR ON BNY PERSHING'S BOOKS OF RECORD, ARE NOT SEGREGATED AND MAY BE USED IN THE CONDUCT OF ITS BUSINESS.

**DEBIT BALANCES:** INTEREST CHARGED ON DEBIT BALANCES IN YOUR ACCOUNT APPEARS ON THE STATEMENT. THE RATE OF INTEREST AND PERIOD COVERED ARE INDICATED. THE RATE MAY CHANGE FROM TIME TO TIME DUE TO FLUCTUATIONS IN MONEY RATES OR OTHER REASONS. INTEREST IS COMPUTED AS DESCRIBED IN MATERIAL PREVIOUSLY FURNISHED TO YOU. PLEASE CONTACT YOUR FINANCIAL INSTITUTION IF YOU DESIRE ADDITIONAL COPIES.

**MARGIN INFORMATION:** IF YOU MAINTAIN A MARGIN ACCOUNT, THIS IS A COMBINED STATEMENT OF YOUR GENERAL ACCOUNT AND A SPECIAL MEMORANDUM ACCOUNT MAINTAINED FOR YOU UNDER REGULATION T OF THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. THE PERMANENT RECORD OF THE SEPARATE ACCOUNT AS REQUIRED BY REGULATION T IS AVAILABLE FOR YOUR INSPECTION UPON REQUEST.

**TAX INFORMATION**

- AFTER YEAR END, BNY PERSHING IS REQUIRED TO PROVIDE TAX INFORMATION TO THE INTERNAL REVENUE SERVICE AND OTHER GOVERNMENTAL AUTHORITIES. AT THAT TIME BNY PERSHING WILL PROVIDE THAT INFORMATION ON THE ANNUAL TAX INFORMATION STATEMENT TO YOU; USE THAT STATEMENT TO PREPARE YOUR TAX FILINGS. THE TAX STATEMENT ALSO INCLUDES OTHER USEFUL INFORMATION TO ASSIST IN ACCUMULATING THE DATA TO PREPARE YOUR TAX RETURNS.
- DIVIDENDS, INTEREST AND OTHER DISTRIBUTIONS SHOWN ON THIS STATEMENT WERE CLASSIFIED AS TAXABLE OR NONTAXABLE BASED ON CERTAIN INFORMATION KNOWN AS OF THE DISTRIBUTION DATE. THIS CLASSIFICATION IS SUBJECT TO CHANGE AND IS SOLELY INTENDED FOR USE AS GENERAL INFORMATION.

- BNY PERSHING DOES NOT PROVIDE TAX, INVESTMENT OR LEGAL ADVISORY SERVICES AND NO ONE ASSOCIATED WITH BNY PERSHING IS AUTHORIZED TO RENDER SUCH ADVICE. DO NOT RELY UPON ANY SUCH ADVICE, IF GIVEN. INVESTORS ARE ENCOURAGED TO CONSULT THEIR TAX ADVISORS TO DETERMINE THE APPROPRIATE TAX TREATMENT OF THEIR BUSINESS.

**PAYMENT FOR ORDER FLOW AND ORDER ROUTING POLICY DISCLOSURES (REGULATION NMS – RULE 607 (A) (1) – (2))**

BNY PERSHING SENDS EQUITY AND OPTION ORDERS TO EXCHANGES, OR BROKER–DEALERS AS MARKET MAKERS OR AUTOMATED TRADING SYSTEMS (ATSS). CERTAIN OF THESE VENUES PROVIDE PAYMENTS TO BNY PERSHING OR CHARGE ACCESS FEES TO BNY PERSHING DEPENDING UPON THE CHARACTERISTICS OF THE ORDER AND ANY SUBSEQUENT EXECUTION. THE DETAILS OF THESE PAYMENTS AND FEES ARE AVAILABLE UPON WRITTEN REQUEST. COMPENSATION IS GENERALLY IN THE FORM OF A PER SHARE OR PER OPTION CONTRACT CASH PAYMENT. IN ADDITION, BNY PERSHING EXECUTES CERTAIN TRANSACTIONS IN EQUITY PREFERRED SECURITIES AND FRACTIONAL SHARES AS PRINCIPAL. BNY PERSHING ALSO ROUTES CERTAIN EQUITY ORDERS TO ITS AFFILIATE, BNY MELLON CAPITAL MARKETS, LLC, FOR EXECUTION AS PRINCIPAL.

**BEST EXECUTION:** NOTWITHSTANDING THE PREVIOUS PARAGRAPH REGARDING PAYMENT FOR ORDER FLOW, BNY PERSHING SELECTS CERTAIN MARKET CENTERS TO PROVIDE EXECUTION OF OVER-THE-COUNTER AND EXCHANGE-LISTED SECURITIES TRANSACTIONS WHICH AGREE TO ACCEPT ORDERS, TRANSMITTED ELECTRONICALLY UP TO A SPECIFIED SIZE, AND TO EXECUTE THEM AT OR BETTER THAN THE NATIONAL BEST BID OR OFFER (NBBO). IN CERTAIN SECURITIES THAT ARE NOT ELECTRONICALLY QUOTED, BNY PERSHING DIRECTLY CONTACTS MARKET CENTERS TO OBTAIN AN EXECUTION. THE DESIGNATED MARKET CENTERS TO WHICH ORDERS ARE AUTOMATICALLY ROUTED ARE SELECTED BASED ON THE CONSISTENT HIGH QUALITY OF THEIR EXECUTIONS AND THEIR ABILITY TO PROVIDE OPPORTUNITIES FOR EXECUTIONS AT PRICES SUPERIOR TO THE NBBO. BNY PERSHING ALSO REGULARLY REVIEWS REPORTS FOR QUALITY OF EXECUTION PURPOSES.

IF ANY OF THE ABOVE TERMS AND CONDITIONS ARE UNACCEPTABLE TO YOU, PLEASE NOTIFY BNY PERSHING IMMEDIATELY IN WRITING BY CERTIFIED MAIL TO ONE PERSHING PLAZA, JERSEY CITY, NJ 07399, ATTN: LEGAL DEPT

Account Number: ▇▇167



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

| SECURITIES AND INVESTMENTS | | |
|---|---|---|
| NOT FDIC INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |

## Private Client Services
## Investment Management

ROMAN CATHOLIC DIOCESE OF
BURLINGTON
RICE MEMORIAL HIGH SCHOOL
C/O GUY SCHEIWILLER
55 JOY DR
S BURLINGTON VT 05403-6999

October 1, 2024 - October 31, 2024
Account Number: ████3167

**Your Investment Advisor:**
ANTHONY SLOVICK

### Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| **BEGINNING ACCOUNT VALUE** | $707,981.87 | $987,980.69 |
| Net Cash Deposits and Withdrawals | 0.00 | -325,000.00 |
| **Adjusted Previous Account Value** | 707,981.87 | 662,980.69 |
| Dividends, Interest and Other Income | 1,672.20 | 53,774.97 |
| Fees | 0.00 | -50.00 |
| **Net Change in Portfolio¹** | -4,576.77 | -11,628.36 |
| **ENDING ACCOUNT VALUE** | **$705,077.30** | **$705,077.30** |
| Accrued Interest | $815.35 | |
| **Account Value with Accrued Interest** | **$705,892.65** | |
| Estimated Annual Income | $36,488.87 | |

¹ *Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.*

### Asset Summary



| Percent | Asset Type | Last Period | This Period |
|---|---|---|---|
| 70% | Cash, Money Funds, and Bank Deposits | 493,041.35 | 494,713.55 |
| 30% | Fixed Income | 214,940.52 | 210,363.75 |
| **100%** | **Account Total (Pie Chart)** | **$707,981.87** | **$705,077.30** |
| | Please review your allocation periodically with your Investment Advisor. | | |

GOPAPERLESS
ASK ABOUT eDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Additional Information

| Description | This Period | Year-to-Date |
|---|---|---|
| Securities Bought and Sold | $0.00 | -$299,168.76 |
| Principal Payments | $0.00 | $961,392.66 |

## Summary of Gains and Losses

| | Realized This Period | Realized Year-to-Date | Unrealized |
|---|---|---|---|
| Short-Term Gain/Loss | 0.00 | 6,340.09 | 0.00 |
| Long-Term Gain/Loss | 0.00 | 0.00 | 5,117.10 |
| **Net Gain/Loss** | **0.00** | **6,340.09** | **5,117.10** |

This summary excludes transactions where cost basis information is not available.

## Client Service Information

**Your Investment Advisor:** ▮

ANTHONY SLOVICK
3450 CLARK ROAD
SARASOTA FL 34231

**Client Service Information**

**Service Hours:** Monday - Friday 09:00 a.m. - 05:00 p.m. (ET)
**Client Service Telephone Number:** (877) 703-9896
**Web Site:** WWW.TD.COM

## Your Account Information

**INVESTMENT OBJECTIVE**
Investment Objective:   INCOME - OLD
Risk Exposure:               LOW RISK
Please review your investment objective. If you wish to make a change or have any questions please contact your Investment Advisor.

**TAX LOT DEFAULT DISPOSITION METHOD**
Default Method for Mutual Funds:                                                   Average Cost (Using First In First Out)
Default Method for Stocks in a Dividend Reinvestment Plan:       First In First Out
Default Method for all Other Securities:                                          First In First Out

**BOND AMORTIZATION ELECTIONS**
Amortize premium on taxable bonds based on Constant Yield Method:       Yes
Accrual market discount method for all other bond types:                        Constant Yield Method
Include market discount in income annually:                                            No

**ELECTRONIC DELIVERY**
Congratulations! All your documents are enrolled for electronic delivery.
Please log in to your account or contact your Investment Advisor to make any changes to your electronic delivery preferences.

**E-mail notifications are delivered to the following e-mail address(es):**

The above e-mail address is partially masked for your security.
Please log in to your account to review the full e-mail address.

Account Number ▮▮▮3167



Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

October 1, 2024 - October 31, 2024
ROMAN CATHOLIC DIOCESE OF

## Portfolio Holdings

| Opening Date | Quantity | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS AND BANK DEPOSITS 70.00% of Portfolio** | | | | | | | | | |
| **Cash Balance** | | | | 4,786.88 | 0.00 | | | | |
| **Money Market** | | | | | | | | | |
| GOLDMAN SACHS FSQ GOVT CMS | | | | | | | | | |
| 10/01/24 | 494,713.5500 | N/A | 10/31/24 | 488,254.47 | 494,713.55 | 0.00 | 26,504.09 | 3.99% | 3.98% |
| **Total Money Market** | | | | $488,254.47 | $494,713.55 | $0.00 | $26,504.09 | | |
| **FDIC Eligible Bank Deposits** | | | | | | | | | |
| TD WEALTH BANK DEPOSIT SWP PRG | | | | | | | | | |
| 10/01/24 | | N/A | 10/31/24 | 0.00 | 0.00 | 0.00 | 411.03 | N/A | N/A |
| **Total FDIC Eligible Bank Deposits** | | | | $0.00 | $0.00 | $0.00 | $411.03 | | |
| **TOTAL CASH, MONEY FUNDS AND BANK DEPOSITS** | | | | $493,041.35 | $494,713.55 | $0.00 | $26,915.12 | | |

| Date Acquired | Quantity | Unit Cost | Current Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **FIXED INCOME 30.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | | | | |
| **U.S. Treasury Securities** | | | | | | | | | |
| UNITED STATES TREAS NTS 4.625% 09/30/28 B/E DTD 09/30/23 1ST | | | | Security Identifier: ▮ | | | | | |
| CPN DTE 03/31/24 CPN PMT SEMI ANNUAL ON MAR 31 AND SEP 30 | | | | | | | | | |
| Moody Rating Aaa | | | | | | | | | |
| 10/25/23 | 207,000.0000 | 99.1530 | 205,246.65 | 101.6250 | 210,363.75 | 5,117.10 | 815.35 | 9,573.75 | 4.55% |
| | | | Original Cost Basis: $205,246.65 | | | | | | |
| **Total U.S. Treasury Securities** | 207,000.0000 | | $205,246.65 | | $210,363.75 | $5,117.10 | $815.35 | $9,573.75 | |
| **TOTAL FIXED INCOME** | 207,000.0000 | | $205,246.65 | | $210,363.75 | $5,117.10 | $815.35 | $9,573.75 | |

| | Current Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | $699,960.20 | $705,077.30 | $5,117.10 | $815.35 | $36,488.87 |

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were identified as securities potentially subject to the cost basis reporting rules and may be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099B, the cost basis will not be reported to the IRS.

Account Number: ▮▮▮▮8167



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Portfolio Holdings *(continued)*

Cost Basis on fixed income securities may be adjusted for amortization, accretion, original issue discount adjustments, or principal paydowns. The calculation is based upon the taxpayer election, type of fixed income security, and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these attributes is changed, there may be a temporary incorrect adjusted cost basis reflected until the cost basis system is amended to reflect this change. These calculations will not be performed under certain circumstances, including those involving foreign bonds,  bonds sold short or bonds issued with less than one year to maturity. This information is meant as a general guide and you should consult your tax advisor in the preparation of your tax returns.

## Portfolio Holdings Disclosures

### Pricing
This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. In some cases the pricing vendor may provide prices quoted by a single broker or market maker. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked "N/A" and are omitted from the Total.
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE  STATEMENT DATE.

### Estimated Annual Figures
The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to   www.pershing.com/disclosures for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

### Reinvestment
The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your statement may have been reinvested. You will not receive confirmation of these reinvestments. Upon written request to your financial institution, information pertaining to these transactions, including the time of execution and the name of the person from whom your security was purchased, may be obtained. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow.

### Option Disclosure
Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you.  A summary of this information is available to you promptly upon your written request directed to your introducing firm.  In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation.  Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

### Foreign Currency Transactions
Pershing will execute foreign currency transactions as principal for your account.  Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise.  Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law.  Your financial organization may also increase the currency conversion rate.  This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit.  Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Account Number: ▇▇▇3167      GOPAPERLESS⊘
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5 017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

October 1, 2024 - October 31, 2024
ROMAN CATHOLIC DIOCESE OF

## Portfolio Holdings Disclosures *(continued)*

### Proxy Vote
Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

### Variable Rate Securities
Interest rate data for certain complex and/or variable rate securities is provided to Pershing by third-party data service providers pursuant to contractual arrangements. Although we seek to use reliable sources of information, the accuracy, reliability, timeliness, and completeness of interest rate data may vary sometimes, particularly for complex and/or variable rate securities and those with limited or no secondary market. As a result, we can offer no assurance as to the accuracy, reliability, timeliness, or completeness of interest rate data for such securities. Pershing may also occasionally make interest rate updates and adjustments based on its reasonable efforts to obtain accurate, reliable, timely, and/or complete interest rate data from other data sources, but we can similarly provide no assurance that those rates or adjustments will be accurate, reliable, timely, or complete.

When updated interest rate data is received from a third-party data service provider or adjusted by Pershing, the updated data will be reflected in various sources where interest rate data is used or viewed, including both paper and electronic communications and data sources. Prior use or communication of interest rate-related data will not be revised. Since variable interest rates may be subject to change at any time and are only as accurate as the data received from third-party data service providers or otherwise obtained by Pershing, interest rate data should not be relied on for making investment, trading, or tax decisions. All interest rate data and other information derived from and/or calculated using interest rates are not warranted as to accuracy, reliability, timeliness, or completeness and are subject to change without notice. Pershing disclaims any responsibility or liability to the fullest extent permitted by applicable law for any loss or damage arising from any reliance on or use of the interest rate data or other information derived from and/or calculated using interest rates in any way. You should request a current valuation for your securities from your financial adviser or broker prior to making a financial decision or placing an order or requesting a transaction in these securities.

### Structured Products
Structured products in this section are complex products and may be subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk; limited or no appreciation; risks associated with the underlying reference asset(s); no periodic payments; call prior to maturity (a redemption could affect the yield represented); early redemption fees or other applicable fees; price volatility resulting from issuer's and/or guarantor's credit quality; lower interest rates and/or yield compared to conventional debt with a comparable maturity; unique tax implications; concentration risk of owning the related security; limited or no secondary market; restrictions on transferability; conflicts of interest; and limits on participation in appreciation of underlying asset(s). To review a complete list of risks, please refer to the offering documents for the structured product. For more information about the risks specific to your structured products, you should contact your financial institution or advisor. Certain structured products are designed to make periodic distributions to you and any such structured product distributions you receive will be listed in the Transactions section of your statement. Structured product distributions may be listed there as "Bond Interest Received"; however, this description is not intended to reflect a determination as to either the asset classification of the product or the U.S. tax treatment of such distributions.

## Income and Expense Summary

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| | Taxable | Non Taxable | Taxable | Non Taxable |
| **Dividend Income** | | | | |
| Money Market | 1,672.20 | 0.00 | 26,504.09 | 0.00 |

Page 5 of 9




Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon).
Pershing LLC, member FINRA, NYSE, SIPC

## Income and Expense Summary *(continued)*

|  | Current Period | | Year-to-Date | |
| --- | --- | --- | --- | --- |
|  | Taxable | Non Taxable | Taxable | Non Taxable |
| **Interest Income** | | | | |
| Bond Interest | 0.00 | 0.00 | 26,859.85 | 0.00 |
| FDIC Eligible Bank Deposits | 0.00 | 0.00 | 411.03 | 0.00 |
| **Total Income** | **$1,672.20** | **$0.00** | **$53,774.97** | **$0.00** |

## Activity Summary *(All amounts shown are in base currency)*

|  | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
| --- | --- | --- | --- | --- | --- | --- |
| **Securities** | | | | | | |
| Securities Bought | 0.00 | 0.00 | 0.00 | 0.00 | -299,168.76 | -299,168.76 |
| **Total Securities** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **-$299,168.76** | **-$299,168.76** |
| **Dividends and Interest** | **$1,672.20** | **$0.00** | **$1,672.20** | **$53,774.97** | **$0.00** | **$53,774.97** |
| **Distributions** | **$0.00** | **$0.00** | **$0.00** | **$961,392.66** | **$0.00** | **$961,392.66** |
| **Fees** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **-$50.00** | **-$50.00** |
| **Cash** | | | | | | |
| Withdrawals | 0.00 | 0.00 | 0.00 | 0.00 | -850,000.00 | -850,000.00 |
| Deposits | 0.00 | 0.00 | 0.00 | 525,000.00 | 0.00 | 525,000.00 |
| **Total Cash** | **$0.00** | **$0.00** | **$0.00** | **$525,000.00** | **-$850,000.00** | **-$325,000.00** |
| **FDIC Eligible Bank Deposits** | **$0.00** | **$0.00** | **$0.00** | **$1,146,812.91** | **-$1,043,048.23** | **$103,764.68** |
| **Money Market Funds** | **$0.00** | **-$6,459.08** | **-$6,459.08** | **$850,000.00** | **-$1,344,713.55** | **-$494,713.55** |
| **Totals** | **$1,672.20** | **-$6,459.08** | **-$4,786.88** | **$3,536,980.54** | **-$3,536,980.54** | **$0.00** |

## Transactions by Type of Activity

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Dividends and Interest** | | | | | | | |
| 10/31/24 | MONEY MARKET FUND INCOME RECEIVED | GOLDMAN SACHS FSQ | | | | 1,672.20 | USD |
| **Total Dividends and Interest - U.S. DOLLARS** | | | | | 0.00 | 1,672.20 | |

Account Number: ▮▮▮167


GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5 017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

October 1, 2024 - October 31, 2024
ROMAN CATHOLIC DIOCESE OF

## Transactions by Type of Activity *(continued)*

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| **Money Market Funds** | | | | | | | |
| 10/01/24 | MONEY FUND PURCHASE | GOLDMAN SACHS FSQ GOVERNMENT CMS | | | | -4,786.88 | USD |
| 10/31/24 | MONEY MARKET FUND REINVESTMENT | GOLDMAN SACHS FSQ INCOME REINVESTED | | | | -1,672.20 | USD |
| **Total Money Market Funds - U.S. DOLLARS** | | | | | 0.00 | -6,459.08 | |
| **Total Value of Transactions** | | | | | 0.00 | -4,786.88 | USD |

The price and quantity displayed may have been rounded.

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| **Sweep Money Market Fund** | | | | |
| **GOLDMAN SACHS FSQ GOVT CMS** | | | | |
| Current Yield: 3.98%  Activity Ending: 10/31/24 | | | | |
| 10/01/24 | Opening Balance | | 488,254.47 | 488,254.47 |
| 10/01/24 | Deposit | MONEY FUND PURCHASE | 4,786.88 | 493,041.35 |
| 10/31/24 | Deposit | INCOME REINVEST | 1,672.20 | 494,713.55 |
| 10/31/24 | **Closing Balance** | | | $494,713.55 |
| **Total All Money Market Funds** | | | | $494,713.55 |

## Messages

The Estimated Annual Income, Estimated Yield and Accrued Interest columns in your Portfolio Holdings section will not display values for variable rate securities. The optional Estimated Annual Income and Accrued Interest fields in the Portfolio at a Glance section of your statement will not include values for these securities.

Although a money market mutual fund (money fund) seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money fund.  Shares of a money fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information. Pursuant to SEC Rule 10b-10(b)(1) confirmations are not sent for purchases into money funds processed on the sweep platform. Pursuant to applicable regulation, account statements will be produced monthly or quarterly.  Balances in Federal Deposit Insurance Corporation (FDIC)-insured bank deposit sweep products are not protected by Securities Investor Protection Corporation (SIPC).

Account Number: ██████167



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



## Messages (continued)

**Go Paperless by Selecting eDelivery**

Eliminate paper and save natural resources with digital adoption. Electronic delivery (eDelivery) is faster, convenient and more secure. We offer eDelivery for account statements, prospectus documents, proxy or shareholder communications, tax documents, trade confirmations and more.

To enroll, log in to your brokerage account and look for the one-click eDelivery pop-up or simply select 'Go Paperless' at the top of any page and follow the on-screen prompts to set-up your preferences. Enrollment can be activated as quickly as the day you register, and you will be notified when documents are available in an online, password-protected portal.

Contact your financial professional if you have any questions about any of our digital tools.

## Important Information and Disclosures

The Role of Pershing
- **Pershing LLC, member FINRA, NYSE, carries your account as clearing broker pursuant to a clearing agreement with your financial institution.** Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.
- Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.
- Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and, in general, for the ongoing relationship that it has with you.
- Inquiries concerning the positions and balances in your account may be directed to the **Pershing Customer Service Department at (201) 413-3333.** All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.
- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.
- Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/about/strength-and-stability.
- This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly, but no later than ten days after receipt of this statement, to your financial organization and Pershing. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.
- Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.** Errors and Omissions excepted.

Important Arbitration Disclosures
- All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.
- Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.
- The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.

Account Number: ████3167

GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJS-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

October 1, 2024 - October 31, 2024
ROMAN CATHOLIC DIOCESE OF

## Important Information and Disclosures *(continued)*

### Important Arbitration Disclosures *(continued)*

- The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.
- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.
- The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this agreement.

### Important Arbitration Agreement

Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action, who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until; (I) the class certification is denied; (II) the class is decertified; or (III) the client is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein. The laws of the State of New York govern.

Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**

Account Number        3167

GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

**TD** **TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

| SECURITIES AND INVESTMENTS | | |
|---|---|---|
| NOT FDIC INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |

## Private Client Services
## Investment Management

ROMAN CATHOLIC DIOCESE OF
BURLINGTON
RICE MEMORIAL HIGH SCHOOL
C/O GUY SCHEIWILLER
55 JOY DR
S BURLINGTON VT 05403-6999

July 1, 2024 - September 30, 2024
Account Number: ●●●●3167

**Your Investment Advisor:**
ANTHONY SLOVICK

### Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| **BEGINNING ACCOUNT VALUE** | $1,286,007.21 | $987,980.69 |
| Net Cash Deposits and Withdrawals | -600,000.00 | -325,000.00 |
| **Adjusted Previous Account Value** | 686,007.21 | 662,980.69 |
| Dividends, Interest and Other Income | 15,893.00 | 52,102.77 |
| Fees | 0.00 | -50.00 |
| **Net Change in Portfolio¹** | 6,081.66 | -7,051.59 |
| **ENDING ACCOUNT VALUE** | **$707,981.87** | **$707,981.87** |
| Accrued Interest | $0.00 | |
| **Account Value with Accrued Interest** | $707,981.87 | |
| Estimated Annual Income | $34,816.67 | |

¹ *Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.*

### Asset Summary



| Percent | Asset Type | Last Period | This Period |
|---|---|---|---|
| 70% | Cash, Money Funds, and Bank Deposits | 1,077,148.35 | 493,041.35 |
| 30% | Fixed Income | 208,858.86 | 214,940.52 |
| **100%** | **Account Total (Pie Chart)** | **$1,286,007.21** | **$707,981.87** |
| | Please review your allocation periodically with your Investment Advisor. | | |

GOPAPERLESS
ASK ABOUT eDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Additional Information

| Description | This Period | Year-to-Date |
|---|---|---|
| Securities Bought and Sold | $0.00 | -$299,168.76 |
| Principal Payments | $0.00 | $961,392.66 |

## Summary of Gains and Losses

| | Realized This Period | Realized Year-to-Date | Unrealized |
|---|---|---|---|
| Short-Term Gain/Loss | 0.00 | 6,340.09 | 9,693.87 |
| **Net Gain/Loss** | **0.00** | **6,340.09** | **9,693.87** |

This summary excludes transactions where cost basis information is not available.

## Client Service Information

**Your Investment Advisor:** ▮

ANTHONY SLOVICK
3450 CLARK ROAD
SARASOTA FL 34231

**Client Service Information**

**Service Hours:** Monday - Friday 09:00 a.m. - 05:00 p.m. (ET)
**Client Service Telephone Number:** (877) 703-9896
**Web Site:** WWW.TD.COM

## Your Account Information

**INVESTMENT OBJECTIVE**
Investment Objective:   INCOME
Risk Exposure:          LOW RISK
Please review your investment objective. If you wish to make a change or have any questions please contact your Investment Advisor.

**TAX LOT DEFAULT DISPOSITION METHOD**
Default Method for Mutual Funds:                          Average Cost (Using First In First Out)
Default Method for Stocks in a Dividend Reinvestment Plan:   First In First Out
Default Method for all Other Securities:                  First In First Out

**BOND AMORTIZATION ELECTIONS**
Amortize premium on taxable bonds based on Constant Yield Method:   Yes
Accrual market discount method for all other bond types:           Constant Yield Method
Include market discount in income annually:                        No

**ELECTRONIC DELIVERY**
Congratulations! All your documents are enrolled for electronic delivery.
Please log in to your account or contact your Investment Advisor to make any changes to your electronic delivery preferences.

**E-mail notifications are delivered to the following e-mail address(es):**

The above e-mail address is partially masked for your security. Please log in to your account to review the full e-mail address.

Account Number: ▮▮▮167





Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5 017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

July 1, 2024 - September 30, 2024
ROMAN CATHOLIC DIOCESE OF

## Portfolio Holdings

| Opening Date | Quantity | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS AND BANK DEPOSITS 70.00% of Portfolio** | | | | | | | | | |
| **Cash Balance** | | | | 0.00 | 4,786.88 | | | | |
| **Money Market** | | | | | | | | | |
| GOLDMAN SACHS FSQ GOVT CMS | | | | | | | | | |
| 06/29/24 | 488,254.4700 | N/A | 09/30/24 | 1,077,148.35 | 488,254.47 | 0.00 | 24,831.89 | 4.27% | 4.04% |
| **Total Money Market** | | | | $1,077,148.35 | $488,254.47 | $0.00 | $24,831.89 | | |
| **FDIC Eligible Bank Deposits** | | | | | | | | | |
| TD WEALTH BANK DEPOSIT SWP PRG | | | | | | | | | |
| 06/29/24 | | N/A | 09/30/24 | 0.00 | 0.00 | 0.00 | 411.03 | N/A | N/A |
| **Total FDIC Eligible Bank Deposits** | | | | $0.00 | $0.00 | $0.00 | $411.03 | | |
| **TOTAL CASH, MONEY FUNDS AND BANK DEPOSITS** | | | | $1,077,148.35 | $493,041.35 | $0.00 | $25,242.92 | | |

| Date Acquired | Quantity | Unit Cost | Current Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **FIXED INCOME 30.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | | | | |
| **U.S. Treasury Securities** | | | | | | | | | |
| UNITED STATES TREAS NTS 4.625% 09/30/28 B/E DTD 09/30/23 1ST | | | | Security Identifier ▇▇▇▇▇▇ | | | | | |
| CPN DTE 03/31/24 CPN PMT SEMI ANNUAL ON MAR 31 AND SEP 30 | | | | | | | | | |
| Moody Rating Aaa | | | | | | | | | |
| 10/25/23 | 207,000.0000 | 99.1530 | 205,246.65 | 103.8360 | 214,940.52 | 9,693.87 | 0.00 | 9,573.75 | 4.45% |
| | | | Original Cost Basis: $205,246.65 | | | | | | |
| **Total U.S. Treasury Securities** | | | $205,246.65 | | $214,940.52 | $9,693.87 | $0.00 | $9,573.75 | |
| | 207,000.0000 | | | | | | | | |
| **TOTAL FIXED INCOME** | | | $205,246.65 | | $214,940.52 | $9,693.87 | $0.00 | $9,573.75 | |
| | 207,000.0000 | | | | | | | | |

| | Current Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | $698,288.00 | $707,981.87 | $9,693.87 | $0.00 | $34,816.67 |

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were identified as securities potentially subject to the cost basis reporting rules and may be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099B, the cost basis will not be reported to the IRS.

Account Number: ▇▇▇▇3167

 GOPAPERLESS
ASK ABOUT eDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Portfolio Holdings *(continued)*

Cost Basis on fixed income securities may be adjusted for amortization, accretion, original issue discount adjustments, or principal paydowns. The calculation is based upon the taxpayer election, type of fixed income security, and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these attributes is changed, there may be a temporary incorrect adjusted cost basis reflected until the cost basis system is amended to reflect this change. These calculations will not be performed under certain circumstances, including those involving foreign bonds, bonds sold short or bonds issued with less than one year to maturity. This information is meant as a general guide and you should consult your tax advisor in the preparation of your tax returns.

## Portfolio Holdings Disclosures

### Pricing
This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. In some cases the pricing vendor may provide prices quoted by a single broker or market maker. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked "N/A" and are omitted from the Total.
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE STATEMENT DATE.

### Estimated Annual Figures
The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to   www.pershing.com/disclosures for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

### Reinvestment
The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your statement may have been reinvested. You will not receive confirmation of these reinvestments. Upon written request to your financial institution, information pertaining to these transactions, including the time of execution and the name of the person from whom your security was purchased, may be obtained. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow.

### Option Disclosure
Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you.  A summary of this information is available to you promptly upon your written request directed to your introducing firm.  In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation.  Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

### Foreign Currency Transactions
Pershing will execute foreign currency transactions as principal for your account.  Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise.  Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law.  Your financial organization may also increase the currency conversion rate.  This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit.  Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Account Number ████3167



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5 017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

July 1, 2024 - September 30, 2024
ROMAN CATHOLIC DIOCESE OF

## Portfolio Holdings Disclosures *(continued)*

### Proxy Vote
Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

### Variable Rate Securities
Interest rate data for certain complex and/or variable rate securities is provided to Pershing by third-party data service providers pursuant to contractual arrangements. Although we seek to use reliable sources of information, the accuracy, reliability, timeliness, and completeness of interest rate data may vary sometimes, particularly for complex and/or variable rate securities and those with limited or no secondary market. As a result, we can offer no assurance as to the accuracy, reliability, timeliness, or completeness of interest rate data for such securities. Pershing may also occasionally make interest rate updates and adjustments based on its reasonable efforts to obtain accurate, reliable, timely, and/or complete interest rate data from other data sources, but we can similarly provide no assurance that those rates or adjustments will be accurate, reliable, timely, or complete.

When updated interest rate data is received from a third-party data service provider or adjusted by Pershing, the updated data will be reflected in various sources where interest rate data is used or viewed, including both paper and electronic communications and data sources. Prior use or communication of interest rate-related data will not be revised. Since variable interest rates may be subject to change at any time and are only as accurate as the data received from third-party data service providers or otherwise obtained by Pershing, interest rate data should not be relied on for making investment, trading, or tax decisions. All interest rate data and other information derived from and/or calculated using interest rates are not warranted as to accuracy, reliability, timeliness, or completeness and are subject to change without notice. Pershing disclaims any responsibility or liability to the fullest extent permitted by applicable law for any loss or damage arising from any reliance on or use of the interest rate data or other information derived from and/or calculated using interest rates in any way. You should request a current valuation for your securities from your financial adviser or broker prior to making a financial decision or placing an order or requesting a transaction in these securities.

### Structured Products
Structured products in this section are complex products and may be subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk; limited or no appreciation; risks associated with the underlying reference asset(s); no periodic payments; call prior to maturity (a redemption could affect the yield represented); early redemption fees or other applicable fees; price volatility resulting from issuer's and/or guarantor's credit quality; lower interest rates and/or yield compared to conventional debt with a comparable maturity; unique tax implications; concentration risk of owning the related security; limited or no secondary market; restrictions on transferability; conflicts of interest; and limits on participation in appreciation of underlying asset(s). To review a complete list of risks, please refer to the offering documents for the structured product. For more information about the risks specific to your structured products, you should contact your financial institution or advisor. Certain structured products are designed to make periodic distributions to you and any such structured product distributions you receive will be listed in the Transactions section of your statement. Structured product distributions may be listed there as "Bond Interest Received"; however, this description is not intended to reflect a determination as to either the asset classification of the product or the U.S. tax treatment of such distributions.

## Income and Expense Summary

|  | Current Period | | Year-to-Date | |
|  | Taxable | Non Taxable | Taxable | Non Taxable |
| --- | --- | --- | --- | --- |
| **Dividend Income** | | | | |
| Money Market | 11,106.12 | 0.00 | 24,831.89 | 0.00 |

Account Number ████████8167       Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE   Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC

## Income and Expense Summary *(continued)*

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| | Taxable | Non Taxable | Taxable | Non Taxable |
| **Interest Income** | | | | |
| Bond Interest | 4,786.88 | 0.00 | 26,859.85 | 0.00 |
| FDIC Eligible Bank Deposits | 0.00 | 0.00 | 411.03 | 0.00 |
| **Total Income** | **$15,893.00** | **$0.00** | **$52,102.77** | **$0.00** |

## Activity Summary *(All amounts shown are in base currency)*

| | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
|---|---|---|---|---|---|---|
| **Securities** | | | | | | |
| Securities Bought | 0.00 | 0.00 | 0.00 | 0.00 | -299,168.76 | -299,168.76 |
| **Total Securities** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **-$299,168.76** | **-$299,168.76** |
| **Dividends and Interest** | **$15,893.00** | **$0.00** | **$15,893.00** | **$52,102.77** | **$0.00** | **$52,102.77** |
| **Distributions** | **$0.00** | **$0.00** | **$0.00** | **$961,392.66** | **$0.00** | **$961,392.66** |
| **Fees** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **-$50.00** | **-$50.00** |
| **Cash** | | | | | | |
| Withdrawals | 0.00 | -600,000.00 | -600,000.00 | 0.00 | -850,000.00 | -850,000.00 |
| Deposits | 0.00 | 0.00 | 0.00 | 525,000.00 | 0.00 | 525,000.00 |
| **Total Cash** | **$0.00** | **-$600,000.00** | **-$600,000.00** | **$525,000.00** | **-$850,000.00** | **-$325,000.00** |
| **FDIC Eligible Bank Deposits** | **$0.00** | **$0.00** | **$0.00** | **$1,146,812.91** | **-$1,043,048.23** | **$103,764.68** |
| **Money Market Funds** | **$600,000.00** | **-$11,106.12** | **$588,893.88** | **$850,000.00** | **-$1,338,254.47** | **-$488,254.47** |
| **Totals** | **$615,893.00** | **-$611,106.12** | **$4,786.88** | **$3,535,308.34** | **-$3,530,521.46** | **$4,786.88** |

## Transactions by Type of Activity

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| **Dividends and Interest** | | | | | | | |
| 07/31/24 | MONEY MARKET FUND INCOME RECEIVED ▮▮▮ | GOLDMAN SACHS FSQ | | | | 4,029.65 | USD |
| 08/30/24 | MONEY MARKET FUND INCOME RECEIVED ▮▮▮ | GOLDMAN SACHS FSQ | | | | 4,030.74 | USD |

Account Number: ▮▮▮8167

GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5 017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

July 1, 2024 - September 30, 2024
ROMAN CATHOLIC DIOCESE OF

## Transactions by Type of Activity *(continued)*

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| **Dividends and Interest** *(continued)* | | | | | | | |
| 09/30/24 | MONEY MARKET FUND INCOME RECEIVED | GOLDMAN SACHS FSQ | | | | 3,045.73 | USD |
| 09/30/24 | BOND INTEREST RECEIVED | 207000 UNITED STATES TREAS NTS 4.625% 09/30/28 B/E DTD 09/30/23 RD 09/27 PD 09/30/24 | | | | 4,786.88 | USD |
| **Total Dividends and Interest - U.S. DOLLARS** | | | | | 0.00 | 15,893.00 | |
| **Cash Withdrawals and Deposits** | | | | | | | |
| 09/20/24 | ELECTRONIC TRANSACTION | SEND TO BANK FOR ACH ACH TD BANK NA | | | | -600,000.00 | USD |
| **Total Cash Withdrawals and Deposits - U.S. DOLLARS** | | | | | 0.00 | -600,000.00 | |
| **Money Market Funds** | | | | | | | |
| 07/31/24 | MONEY MARKET FUND REINVESTMENT | GOLDMAN SACHS FSQ INCOME REINVESTED | | | | -4,029.65 | USD |
| 08/30/24 | MONEY MARKET FUND REINVESTMENT | GOLDMAN SACHS FSQ INCOME REINVESTED | | | | -4,030.74 | USD |
| 09/20/24 | MONEY FUND REDEMPTION | GOLDMAN SACHS FSQ GOVERNMENT CMS | | | | 600,000.00 | USD |
| 09/30/24 | MONEY MARKET FUND REINVESTMENT | GOLDMAN SACHS FSQ INCOME REINVESTED | | | | -3,045.73 | USD |
| **Total Money Market Funds - U.S. DOLLARS** | | | | | 0.00 | 588,893.88 | |
| **Total Value of Transactions** | | | | | 0.00 | 4,786.88 | USD |

The price and quantity displayed may have been rounded.

Account Number: ████3167



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Balance |
|------|---------------|-------------|-------:|--------:|
| **Sweep Money Market Fund** | | | | |
| **GOLDMAN SACHS FSQ GOVT CMS** | | | | |
| Current Yield: 4.04%  Activity Ending: 09/30/24 | | | | |
| 06/29/24 | Opening Balance | | 1,077,148.35 | 1,077,148.35 |
| 07/31/24 | Deposit | INCOME REINVEST | 4,029.65 | 1,081,178.00 |
| 08/30/24 | Deposit | INCOME REINVEST | 4,030.74 | 1,085,208.74 |
| 09/20/24 | Withdrawal | MONEY FUND REDEMPTION | -600,000.00 | 485,208.74 |
| 09/30/24 | Deposit | INCOME REINVEST | 3,045.73 | 488,254.47 |
| 09/30/24 | **Closing Balance** | | | **$488,254.47** |
| **Total All Money Market Funds** | | | | **$488,254.47** |

## Messages

Pursuant to the Securities Exchange Act of 1934, Pershing LLC (Pershing), a BNY Mellon company, provides individual investors with certain financial information on a semi-annual basis. Pershing's June Statement of Financial Condition is now available. On June 30, 2024, Pershing's net capital of $2.6 billion was 17.09% of aggregate debit balances and exceeded the minimum requirements by $2.3 billion.

Pershing is also required to provide the most recent financial information as of this statement mailing. In accordance with this requirement, note that on July 31, 2024, Pershing's net capital of $2.6 billion was 17.18% of aggregate debit balances and exceeded the minimum requirement by $2.3 billion. A copy of the June 30, 2024, Statement of Financial Condition is available at www.pershing.com/us/en/statement-of-financial-condition.html. You may also request a free, printed copy by calling (888) 860-8510 or (201) 413-3333, option 1.

The Estimated Annual Income, Estimated Yield and Accrued Interest columns in your Portfolio Holdings section will not display values for variable rate securities. The optional Estimated Annual Income and Accrued Interest fields in the Portfolio at a Glance section of your statement will not include values for these securities.

Although a money market mutual fund (money fund) seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money fund.  Shares of a money fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information. Pursuant to SEC Rule 10b-10(b)(1) confirmations are not sent for purchases into money funds processed on the sweep platform. Pursuant to applicable regulation, account statements will be produced monthly or quarterly.  Balances in Federal Deposit Insurance Corporation (FDIC)-insured bank deposit sweep products are not protected by Securities Investor Protection Corporation (SIPC).

**Go Paperless by Selecting eDelivery**

Eliminate paper and save natural resources with digital adoption. Electronic delivery (eDelivery) is faster, convenient and more secure. We offer eDelivery for account statements, prospectus documents, proxy or shareholder communications, tax documents, trade confirmations and more.

To enroll, log in to your brokerage account and look for the one-click eDelivery pop-up or simply select 'Go Paperless' at the top of any page and follow the on-screen prompts to set-up your preferences. Enrollment can be activated as quickly as the day you register, and you will be notified when documents are available in an online, password-protected portal.

Account Number: ███████3167



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

July 1, 2024 - September 30, 2024
ROMAN CATHOLIC DIOCESE OF

## Messages *(continued)*

Contact your financial professional if you have any questions about any of our digital tools.

## Important Information and Disclosures

The Role of Pershing
- **Pershing LLC, member FINRA, NYSE, carries your account as clearing broker pursuant to a clearing agreement with your financial institution.** Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.
- Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.
- Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.
- Inquiries concerning the positions and balances in your account may be directed to the **Pershing Customer Service Department at (201) 413-3333.** All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.
- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.
- Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/about/strength-and-stability.
- This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly, but no later than ten days after receipt of this statement, to your financial organization and Pershing. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.
- Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.** Errors and Omissions excepted.

Important Arbitration Disclosures
- All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.
- Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.
- The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.
- The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.
- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.
- The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this agreement.





Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Important Information and Disclosures *(continued)*

### Important Arbitration Agreement

Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action, who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until; (I) the class certification is denied; (II) the class is decertified; or (III) the client is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein. The laws of the State of New York govern.

Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**

Account Number: ████167
████



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

**TERMS AND CONDITIONS**

**TRANSACTIONS**

- ALL ORDERS AND TRANSACTIONS SHALL BE SOLELY FOR YOUR ACCOUNT AND RISK SHALL BE SUBJECT TO THE CONSTITUTION, RULES, REGULATIONS, CUSTOMS, USAGES, RULINGS AND INTERPRETATIONS OF THE EXCHANGE OR MARKET AND THE CLEARING FACILITY, IF ANY, WHERE THE TRANSACTIONS ARE EXECUTED AND/OR SETTLED, OR IF APPLICABLE, OF THE FINANCIAL INDUSTRY REGULATORY AUTHORITY AND TO ALL APPLICABLE LAWS AND REGULATIONS.
- TITLE TO SECURITIES SOLD TO YOU, WHERE PERSHING HAS ACTED AS PRINCIPAL, SHALL REMAIN WITH PERSHING UNTIL THE ENTIRE PURCHASE PRICE IS RECEIVED OR UNTIL THE SETTLEMENT DATE, WHICHEVER IS LATER.
- YOU MAY HAVE RECEIVED CONFIRMATIONS FOR TRANSACTIONS WHICH DO NOT APPEAR ON YOUR STATEMENT. IF SO, THE TRANSACTIONS WILL APPEAR ON YOUR NEXT PERIODIC STATEMENT. SUCH TRANSACTIONS MUST BE CONSIDERED BY YOU WHEN COMPUTING THE VALUE OF YOUR ACCOUNT. THIS IS ESPECIALLY TRUE IF YOU HAVE WRITTEN OPTIONS WHICH HAVE BEEN EXERCISED.

**FREE CREDIT BALANCES:** ANY FREE CREDIT BALANCE CARRIED FOR YOUR ACCOUNT REPRESENTS FUNDS PAYABLE UPON DEMAND WHICH, ALTHOUGH PROPERLY ACCOUNTED FOR ON PERSHING'S BOOKS OF RECORD, ARE NOT SEGREGATED AND MAY BE USED IN THE CONDUCT OF ITS BUSINESS.

**DEBIT BALANCES:** INTEREST CHARGED ON DEBIT BALANCES IN YOUR ACCOUNT APPEARS ON THE STATEMENT. THE RATE OF INTEREST AND PERIOD COVERED ARE INDICATED. THE RATE MAY CHANGE FROM TIME TO TIME DUE TO FLUCTUATIONS IN MONEY RATES OR OTHER REASONS. INTEREST IS COMPUTED AS DESCRIBED IN MATERIAL PREVIOUSLY FURNISHED TO YOU. PLEASE CONTACT YOUR FINANCIAL INSTITUTION IF YOU DESIRE ADDITIONAL COPIES.

**MARGIN INFORMATION:** IF YOU MAINTAIN A MARGIN ACCOUNT, THIS IS A COMBINED STATEMENT OF YOUR GENERAL ACCOUNT AND A SPECIAL MEMORANDUM ACCOUNT MAINTAINED FOR YOU UNDER REGULATION T OF THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. THE PERMANENT RECORD OF THE SEPARATE ACCOUNT AS REQUIRED BY REGULATION T IS AVAILABLE FOR YOUR INSPECTION UPON REQUEST.

**TAX INFORMATION**

- AFTER YEAR END, PERSHING IS REQUIRED TO PROVIDE TAX INFORMATION TO THE INTERNAL REVENUE SERVICE AND OTHER GOVERNMENTAL AUTHORITIES. AT THAT TIME PERSHING WILL PROVIDE THAT INFORMATION ON THE ANNUAL TAX INFORMATION STATEMENT TO YOU; USE THAT STATEMENT TO PREPARE YOUR TAX FILINGS. THE TAX STATEMENT ALSO INCLUDES OTHER USEFUL INFORMATION TO ASSIST IN ACCUMULATING THE DATA TO PREPARE YOUR TAX RETURNS.
- DIVIDENDS, INTEREST AND OTHER DISTRIBUTIONS SHOWN ON THIS STATEMENT WERE CLASSIFIED AS TAXABLE OR NONTAXABLE BASED ON CERTAIN INFORMATION KNOWN AS OF THE DISTRIBUTION DATE. THIS CLASSIFICATION IS SUBJECT TO CHANGE AND IS SOLELY INTENDED FOR USE AS GENERAL INFORMATION.
- PERSHING DOES NOT PROVIDE TAX, INVESTMENT OR LEGAL ADVISORY SERVICES AND NO ONE ASSOCIATED WITH PERSHING IS AUTHORIZED TO RENDER SUCH ADVICE. DO NOT RELY UPON ANY SUCH ADVICE, IF GIVEN. INVESTORS ARE ENCOURAGED TO CONSULT THEIR TAX ADVISORS TO DETERMINE THE APPROPRIATE TAX TREATMENT OF THEIR BUSINESS.

**GENERAL INFORMATION**

- WHENEVER YOU ARE INDEBTED TO PERSHING LLC ("PERSHING") FOR ANY AMOUNT, ALL SECURITIES HELD BY IT FOR YOU IN ANY ACCOUNT IN WHICH YOU HAVE ANY INTEREST SHALL SECURE ALL YOUR LIABILITIES TO PERSHING, AND PERSHING MAY IN ITS DISCRETION AT ANY TIME, WITHOUT TENDER, DEMAND OR NOTICE TO YOU, CLOSE OR REDUCE ANY OR ALL OF YOUR ACCOUNTS BY PUBLIC OR PRIVATE SALE OR PURCHASE OR BOTH OF ALL OR ANY SECURITIES CARRIED IN SUCH ACCOUNTS; ANY BALANCE REMAINING DUE PERSHING TO BE PROMPTLY PAID BY YOU.
- WHENEVER YOU ARE INDEBTED TO PERSHING FOR ANY AMOUNT, ALL SECURITIES CARRIED FOR YOUR ACCOUNT ARE OR MAY BE, WITHOUT FURTHER NOTICE TO YOU, LOANED OR PLEDGED BY PERSHING, EITHER SEPARATELY OR UNDER CIRCUMSTANCES WHICH WILL PERMIT THE COMMINGLING THEREOF,

WITH OTHER SECURITIES FOR ANY AMOUNT LESS THAN, EQUAL TO OR GREATER THAN YOUR LIABILITIES TO PERSHING, BUT NOT UNDER CIRCUMSTANCES FOR AN AMOUNT PROHIBITED BY LAW.

- PERSHING MAY TRADE FOR ITS OWN ACCOUNT AS A MARKET MAKER, SPECIALIST, ODD LOT DEALER, BLOCK POSITIONER, ARBITRAGEUR OR INVESTOR. CONSEQUENTLY, AT THE TIME OF ANY TRANSACTION YOU MAY MAKE, PERSHING MAY HAVE A POSITION IN SUCH SECURITIES, WHICH POSITION MAY BE PARTIALLY OR COMPLETELY HEDGED.
- IF AVERAGE PRICE TRANSACTION IS INDICATED ON THE FRONT OF THIS STATEMENT YOUR FINANCIAL INSTITUTION OR PERSHING MAY HAVE ACTED AS PRINCIPAL, AGENT OR BOTH. DETAILS AVAILABLE UPON REQUEST.
- A FINANCIAL STATEMENT OF PERSHING IS AVAILABLE FOR YOUR PERSONAL INSPECTION AT PERSHING'S OFFICES. A COPY OF IT WILL BE MAILED UPON YOUR WRITTEN REQUEST OR YOU CAN VIEW IT ONLINE AT WWW.PERSHING.COM.
- FOR BUSINESS CONTINUITY AND ADDITIONAL DISCLOSURES: WWW.PERSHING.COM/us/en/disclosures.html
- THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

**PAYMENT FOR ORDER FLOW AND ORDER ROUTING POLICY DISCLOSURES (REGULATION NMS – RULE 607 (A) (1) - (2))**

PERSHING SENDS EQUITY AND OPTION ORDERS TO EXCHANGES, OR BROKER-DEALERS AS MARKET MAKERS OR AUTOMATED TRADING SYSTEMS (ATSS). CERTAIN OF THESE VENUES PROVIDE PAYMENTS TO PERSHING OR CHARGE ACCESS FEES TO PERSHING DEPENDING UPON THE CHARACTERISTICS OF THE ORDER AND ANY SUBSEQUENT EXECUTION. THE DETAILS OF THESE PAYMENTS AND FEES ARE AVAILABLE UPON WRITTEN REQUEST. COMPENSATION IS GENERALLY IN THE FORM OF A PER SHARE OR PER OPTION CONTRACT CASH PAYMENT. IN ADDITION, PERSHING EXECUTES CERTAIN TRANSACTIONS IN EQUITY PREFERRED SECURITIES AND FRACTIONAL SHARES AS PRINCIPAL. PERSHING ALSO ROUTES CERTAIN EQUITY ORDERS TO ITS AFFILIATE, BNY MELLON CAPITAL MARKETS, LLC, FOR EXECUTION AS PRINCIPAL.

**BEST EXECUTION:** NOTWITHSTANDING THE PREVIOUS PARAGRAPH REGARDING PAYMENT FOR ORDER FLOW, PERSHING SELECTS CERTAIN MARKET CENTERS TO PROVIDE EXECUTION OF OVER-THE-COUNTER AND EXCHANGE-LISTED SECURITIES TRANSACTIONS WHICH AGREE TO ACCEPT ORDERS, TRANSMITTED ELECTRONICALLY UP TO A SPECIFIED SIZE, AND TO EXECUTE THEM AT OR BETTER THAN THE NATIONAL BEST BID OR OFFER (NBBO). IN CERTAIN SECURITIES THAT ARE NOT ELECTRONICALLY QUOTED, PERSHING DIRECTLY CONTACTS MARKET CENTERS TO OBTAIN AN EXECUTION. THE DESIGNATED MARKET CENTERS TO WHICH ORDERS ARE AUTOMATICALLY ROUTED ARE SELECTED BASED ON THE CONSISTENT HIGH QUALITY OF THEIR EXECUTIONS AND THEIR ABILITY TO PROVIDE OPPORTUNITIES FOR EXECUTIONS AT PRICES SUPERIOIR TO THE NBBO. PERSHING ALSO REGULARLY REVIEWS REPORTS FOR QUALITY OF EXECUTION PURPOSES.

IF ANY OF THE ABOVE TERMS AND CONDITIONS ARE UNACCEPTABLE TO YOU, PLEASE NOTIFY PERSHING IMMEDIATELY IN WRITING BY CERTIFIED MAIL TO ONE PERSHING PLAZA, JERSEY CITY, NJ 07399, ATTN: LEGAL DEPT

Account Number: ████3167

GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

| SECURITIES AND INVESTMENTS | | |
|---|---|---|
| NOT FDIC INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |

# Private Client Services
# Investment Management

ROMAN CATHOLIC DIOCESE OF
BURLINGTON
RICE MEMORIAL HIGH SCHOOL
C/O GUY SCHEIWILLER
55 JOY DR
S BURLINGTON VT 05403-6999

June 1, 2024 - June 30, 2024
Account Number: ████3167

**Your Investment Advisor:**
ANTHONY SLOVICK

## Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| **BEGINNING ACCOUNT VALUE** | $1,529,940.39 | $987,980.69 |
| Net Cash Deposits and Withdrawals | -250,000.00 | 275,000.00 |
| **Adjusted Previous Account Value** | 1,279,940.39 | 1,262,980.69 |
| Dividends, Interest and Other Income | 4,491.55 | 36,209.77 |
| Fees | 0.00 | -50.00 |
| **Net Change in Portfolio¹** | 1,575.27 | -13,133.25 |
| **ENDING ACCOUNT VALUE** | $1,286,007.21 | $1,286,007.21 |
| Accrued Interest | $2,380.36 | |
| **Account Value with Accrued Interest** | $1,288,387.57 | |
| Estimated Annual Income | $23,710.55 | |

¹ *Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.*

## Asset Summary

| | Percent | Asset Type | Last Period | This Period |
|---|---|---|---|---|
| 🟩 | 84% | Cash, Money Funds, and Bank Deposits | 1,322,656.80 | 1,077,148.35 |
| 🟨 | 16% | Fixed Income | 207,283.59 | 208,858.86 |
| | **100%** | **Account Total (Pie Chart)** | **$1,529,940.39** | **$1,286,007.21** |
| | | Please review your allocation periodically with your Investment Advisor. | | |

GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Additional Information

| Description | This Period | Year-to-Date |
|---|---|---|
| Securities Bought and Sold | $0.00 | -$299,168.76 |
| Principal Payments | $0.00 | $961,392.66 |

## Summary of Gains and Losses

| | Realized This Period | Realized Year-to-Date | Unrealized |
|---|---|---|---|
| Short-Term Gain/Loss | 0.00 | 6,340.09 | 3,612.21 |
| **Net Gain/Loss** | **0.00** | **6,340.09** | **3,612.21** |

This summary excludes transactions where cost basis information is not available.

## Client Service Information

**Your Investment Advisor:** ■
ANTHONY SLOVICK
3450 CLARK ROAD
SARASOTA FL 34231

**Client Service Information**
**Service Hours:** Monday - Friday 09:00 a.m. - 05:00 p.m. (ET)
**Client Service Telephone Number:** (877) 703-9896
**Web Site:** WWW.TD.COM

## Your Account Information

**INVESTMENT OBJECTIVE**
Investment Objective:   INCOME
Risk Exposure:   LOW RISK
Please review your investment objective. If you wish to make a change or have any questions please contact your Investment Advisor.

**TAX LOT DEFAULT DISPOSITION METHOD**
Default Method for Mutual Funds:   Average Cost (Using First In First Out)
Default Method for Stocks in a Dividend Reinvestment Plan:   First In First Out
Default Method for all Other Securities:   First In First Out
**BOND AMORTIZATION ELECTIONS**
Amortize premium on taxable bonds based on Constant Yield Method:   Yes
Accrual market discount method for all other bond types:   Constant Yield Method
Include market discount in income annually:   No

**ELECTRONIC DELIVERY**
Congratulations! All your documents are enrolled for electronic delivery.
Please log in to your account or contact your Investment Advisor to make any changes to your electronic delivery preferences.

**E-mail notifications are delivered to the following e-mail address(es):**

The above e-mail address is partially masked for your security. Please log in to your account to review the full e-mail address.

Account Number: ■8167



Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJS-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

June 1, 2024 - June 30, 2024
ROMAN CATHOLIC DIOCESE OF

## Portfolio Holdings

| Opening Date | Quantity | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS AND BANK DEPOSITS 84.00% of Portfolio** | | | | | | | | | |
| **Money Market** | | | | | | | | | |
| GOLDMAN SACHS FSQ GOVT CMS | | | | | | | | | |
| 06/01/24 | 1,077,148.3500 | N/A | 06/28/24 | 1,322,656.80 | 1,077,148.35 | 0.00 | 13,725.77 | 4.41% | 4.41% |
| **Total Money Market** | | | | $1,322,656.80 | $1,077,148.35 | $0.00 | $13,725.77 | | |
| | | | | | | | | | |
| **FDIC Eligible Bank Deposits** | | | | | | | | | |
| TD WEALTH BANK DEPOSIT SWP PRG | | | | | | | | | |
| 06/01/24 | | N/A | 06/28/24 | 0.00 | 0.00 | 0.00 | 411.03 | N/A | N/A |
| **Total FDIC Eligible Bank Deposits** | | | | $0.00 | $0.00 | $0.00 | $411.03 | | |
| | | | | | | | | | |
| **TOTAL CASH, MONEY FUNDS AND BANK DEPOSITS** | | | | $1,322,656.80 | $1,077,148.35 | $0.00 | $14,136.80 | | |

| Date Acquired | Quantity | Unit Cost | Current Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **FIXED INCOME 16.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | | | | |
| **U.S. Treasury Securities** | | | | | | | | | |
| UNITED STATES TREAS NTS 4.625% 09/30/28 B/E DTD 09/30/23 1ST | | | | Security Identifier: ▮ | | | | | |
| CPN DTE 03/31/24 CPN PMT SEMI ANNUAL ON MAR 31 AND SEP 30 | | | | | | | | | |
| Moody Rating Aaa | | | | | | | | | |
| 10/25/23 | 207,000.0000 | 99.1530 | 205,246.65 | 100.8980 | 208,858.86 | 3,612.21 | 2,380.36 | 9,573.75 | 4.58% |
| | | | Original Cost Basis: $205,246.65 | | | | | | |
| **Total U.S. Treasury Securities** | | | $205,246.65 | | $208,858.86 | $3,612.21 | $2,380.36 | $9,573.75 | |
| | 207,000.0000 | | | | | | | | |
| | | | | | | | | | |
| **TOTAL FIXED INCOME** | | | $205,246.65 | | $208,858.86 | $3,612.21 | $2,380.36 | $9,573.75 | |
| | 207,000.0000 | | | | | | | | |

| | Current Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | $1,282,395.00 | $1,286,007.21 | $3,612.21 | $2,380.36 | $23,710.55 |

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were identified as securities potentially subject to the cost basis reporting rules and may be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099B, the cost basis will not be reported to the IRS.

Account Number: ▮3167



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Portfolio Holdings *(continued)*

Cost Basis on fixed income securities may be adjusted for amortization, accretion, original issue discount adjustments, or principal paydowns. The calculation is based upon the taxpayer election, type of fixed income security, and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these attributes is changed, there may be a temporary incorrect adjusted cost basis reflected until the cost basis system is amended to reflect this change. These calculations will not be performed under certain circumstances, including those involving foreign bonds,  bonds sold short or bonds issued with less than one year to maturity. This information is meant as a general guide and you should consult your tax advisor in the preparation of your tax returns.

## Portfolio Holdings Disclosures

### Pricing
This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. In some cases the pricing vendor may provide prices quoted by a single broker or market maker. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked "N/A" and are omitted from the Total.
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE  STATEMENT DATE.

### Estimated Annual Figures
The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to   www.pershing.com/disclosures for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

### Reinvestment
The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your statement may have been reinvested. You will not receive confirmation of these reinvestments. Upon written request to your financial institution, information pertaining to these transactions, including the time of execution and the name of the person from whom your security was purchased, may be obtained. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow.

### Option Disclosure
Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you.  A summary of this information is available to you promptly upon your written request directed to your introducing firm.  In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation.  Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

### Foreign Currency Transactions
Pershing will execute foreign currency transactions as principal for your account.  Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise.  Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law.  Your financial organization may also increase the currency conversion rate.  This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit.  Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Account Number: ███████167





Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

June 1, 2024 - June 30, 2024
ROMAN CATHOLIC DIOCESE OF

## Portfolio Holdings Disclosures *(continued)*

### Proxy Vote
Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

### Variable Rate Securities
Interest rate data for certain complex and/or variable rate securities is provided to Pershing by third-party data service providers pursuant to contractual arrangements. Although we seek to use reliable sources of information, the accuracy, reliability, timeliness, and completeness of interest rate data may vary sometimes, particularly for complex and/or variable rate securities and those with limited or no secondary market. As a result, we can offer no assurance as to the accuracy, reliability, timeliness, or completeness of interest rate data for such securities. Pershing may also occasionally make interest rate updates and adjustments based on its reasonable efforts to obtain accurate, reliable, timely, and/or complete interest rate data from other data sources, but we can similarly provide no assurance that those rates or adjustments will be accurate, reliable, timely, or complete.

When updated interest rate data is received from a third-party data service provider or adjusted by Pershing, the updated data will be reflected in various sources where interest rate data is used or viewed, including both paper and electronic communications and data sources. Prior use or communication of interest rate-related data will not be revised. Since variable interest rates may be subject to change at any time and are only as accurate as the data received from third-party data service providers or otherwise obtained by Pershing, interest rate data should not be relied on for making investment, trading, or tax decisions. All interest rate data and other information derived from and/or calculated using interest rates are not warranted as to accuracy, reliability, timeliness, or completeness and are subject to change without notice. Pershing disclaims any responsibility or liability to the fullest extent permitted by applicable law for any loss or damage arising from any reliance on or use of the interest rate data or other information derived from and/or calculated using interest rates in any way. You should request a current valuation for your securities from your financial adviser or broker prior to making a financial decision or placing an order or requesting a transaction in these securities.

### Structured Products
Structured products in this section are complex products and may be subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk; limited or no appreciation; risks associated with the underlying reference asset(s); no periodic payments; call prior to maturity (a redemption could affect the yield represented); early redemption fees or other applicable fees; price volatility resulting from issuer's and/or guarantor's credit quality; lower interest rates and/or yield compared to conventional debt with a comparable maturity; unique tax implications; concentration risk of owning the related security; limited or no secondary market; restrictions on transferability; conflicts of interest; and limits on participation in appreciation of underlying asset(s). To review a complete list of risks, please refer to the offering documents for the structured product. For more information about the risks specific to your structured products, you should contact your financial institution or advisor. Certain structured products are designed to make periodic distributions to you and any such structured product distributions you receive will be listed in the Transactions section of your statement. Structured product distributions may be listed there as "Bond Interest Received"; however, this description is not intended to reflect a determination as to either the asset classification of the product or the U.S. tax treatment of such distributions.

## Income and Expense Summary

|  | Current Period | | Year-to-Date | |
|  | Taxable | Non Taxable | Taxable | Non Taxable |
| --- | --- | --- | --- | --- |
| **Dividend Income** | | | | |
| Money Market | 4,491.55 | 0.00 | 13,725.77 | 0.00 |

Account Number: ████████3167





Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Income and Expense Summary *(continued)*

| | Current Period | | Year-to-Date | |
| --- | --- | --- | --- | --- |
| | Taxable | Non Taxable | Taxable | Non Taxable |
| **Interest Income** | | | | |
| Bond Interest | 0.00 | 0.00 | 22,072.97 | 0.00 |
| FDIC Eligible Bank Deposits | 0.00 | 0.00 | 411.03 | 0.00 |
| **Total Income** | **$4,491.55** | **$0.00** | **$36,209.77** | **$0.00** |

## Activity Summary *(All amounts shown are in base currency)*

| | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
| --- | --- | --- | --- | --- | --- | --- |
| **Securities** | | | | | | |
| Securities Bought | 0.00 | 0.00 | 0.00 | 0.00 | -299,168.76 | -299,168.76 |
| **Total Securities** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **-$299,168.76** | **-$299,168.76** |
| **Dividends and Interest** | **$4,491.55** | **$0.00** | **$4,491.55** | **$36,209.77** | **$0.00** | **$36,209.77** |
| **Distributions** | **$0.00** | **$0.00** | **$0.00** | **$961,392.66** | **$0.00** | **$961,392.66** |
| **Fees** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **-$50.00** | **-$50.00** |
| **Cash** | | | | | | |
| Withdrawals | 0.00 | -250,000.00 | -250,000.00 | 0.00 | -250,000.00 | -250,000.00 |
| Deposits | 0.00 | 0.00 | 0.00 | 525,000.00 | 0.00 | 525,000.00 |
| **Total Cash** | **$0.00** | **-$250,000.00** | **-$250,000.00** | **$525,000.00** | **-$250,000.00** | **$275,000.00** |
| **FDIC Eligible Bank Deposits** | **$0.00** | **$0.00** | **$0.00** | **$1,146,812.91** | **-$1,043,048.23** | **$103,764.68** |
| **Money Market Funds** | **$250,000.00** | **-$4,491.55** | **$245,508.45** | **$250,000.00** | **-$1,327,148.35** | **-$1,077,148.35** |
| **Totals** | **$254,491.55** | **-$254,491.55** | **$0.00** | **$2,919,415.34** | **-$2,919,415.34** | **$0.00** |

## Transactions by Type of Activity

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Dividends and Interest** | | | | | | | |
| 06/28/24 | MONEY MARKET FUND INCOME RECEIVED | GOLDMAN SACHS FSQ | | | | 4,491.55 | USD |
| **Total Dividends and Interest - U.S. DOLLARS** | | | | | 0.00 | 4,491.55 | |

Account Number: ███3167   GOPAPERLESS⊘   ASK ABOUT EDELIVERY   Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE   Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJS-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

June 1, 2024 - June 30, 2024
ROMAN CATHOLIC DIOCESE OF

## Transactions by Type of Activity *(continued)*

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| **Cash Withdrawals and Deposits** | | | | | | | |
| 06/21/24 | ELECTRONIC TRANSACTION | SEND TO BANK FOR ACH ACH TD BANK NA | | | | -250,000.00 | USD |
| **Total Cash Withdrawals and Deposits - U.S. DOLLARS** | | | | | 0.00 | -250,000.00 | |
| **Money Market Funds** | | | | | | | |
| 06/21/24 | MONEY FUND REDEMPTION | GOLDMAN SACHS FSQ GOVERNMENT CMS | | | | 250,000.00 | USD |
| 06/28/24 | MONEY MARKET FUND REINVESTMENT | GOLDMAN SACHS FSQ INCOME REINVESTED | | | | -4,491.55 | USD |
| **Total Money Market Funds - U.S. DOLLARS** | | | | | 0.00 | 245,508.45 | |
| **Total Value of Transactions** | | | | | 0.00 | 0.00 | USD |

The price and quantity displayed may have been rounded.

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| **Sweep Money Market Fund** | | | | |
| **GOLDMAN SACHS FSQ GOVT CMS** | | | | |
| Current Yield: 4.41% Activity Ending: 06/28/24 | | | | |
| 06/01/24 | Opening Balance | | | 1,322,656.80 |
| 06/21/24 | Withdrawal | MONEY FUND REDEMPTION | -250,000.00 | 1,072,656.80 |
| 06/28/24 | Deposit | INCOME REINVEST | 4,491.55 | 1,077,148.35 |
| 06/28/24 | **Closing Balance** | | | $1,077,148.35 |
| **Total All Money Market Funds** | | | | $1,077,148.35 |

## Messages

**Transition to Trade Date plus One (T1) Settlements**
*The U.S. will adopt a shortened settlement timeframe beginning with trade date May 28, 2024, for equities, corporate, municipal bonds and unit investment trusts. Moving from a T2 to a T1*

Account Number          8167




Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Messages *(continued)*

*settlement cycle will provide faster access to sale proceeds, but it also means that funds will be due on purchase transactions earlier.*

Although a money market mutual fund (money fund) seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money fund.  Shares of a money fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information. Pursuant to SEC Rule 10b-10(b)(1) confirmations are not sent for purchases into money funds processed on the sweep platform. Pursuant to applicable regulation, account statements will be produced monthly or quarterly.  Balances in Federal Deposit Insurance Corporation (FDIC)-insured bank deposit sweep products are not protected by Securities Investor Protection Corporation (SIPC).

The Estimated Annual Income, Estimated Yield and Accrued Interest columns in your Portfolio Holdings section will not display values for variable rate securities. The optional Estimated Annual Income and Accrued Interest fields in the Portfolio at a Glance section of your statement will not include values for these securities.

**Go Paperless by Selecting eDelivery**

Eliminate paper and save natural resources with digital adoption. Electronic delivery (eDelivery) is faster, convenient and more secure. We offer eDelivery for account statements, prospectus documents, proxy or shareholder communications, tax documents, trade confirmations and more.

To enroll, log in to your brokerage account and look for the one-click eDelivery pop-up or simply select 'Go Paperless' at the top of any page and follow the on-screen prompts to set-up your preferences. Enrollment can be activated as quickly as the day you register, and you will be notified when documents are available in an online, password-protected portal.

Contact your financial professional if you have any questions about any of our digital tools.

At  TD Private Client Wealth, LLC ("TDPCW"), we value your relationship  and are committed to ensuring you are provided with timely updates and your  account information is accurate and up to date. Registered Representatives  ("RRs") and individuals associated with TDPCW may only contact you  via a TD issued email address ending in @td.com or through a TD issued phone  number.  Please note if you are contacted  via any other methods, including through social media, do not respond in any  manner, please reach out to your Advisor or visit your local TD Store location  for further discussion.

**PERSHING LLC ANNUAL DISCLOSURE OF IMPORTANT INFORMATION**

Pershing LLC (Pershing), as the custodian for your accounts, is required to disclose certain information to you on an annual basis. This document contains those disclosures.

MONEY FUND AND BANK DEPOSIT PROGRAM FEES AND REVENUE SHARING

Money fund and bank deposit sweep product processing fees and revenue sharing arrangements are a source of revenue for Pershing and, where applicable, a source of revenue for your firm. For the money funds supported on its sweep platform available to all clients, Pershing receives remuneration paid out of the total operating expenses of the fund, some of which include SEC Rule 12b-1 fees. If your firm selects a sweep product available to all clients that pays Pershing remuneration, in most cases a portion of the fees Pershing receives from money fund and bank deposit sweep product providers will be shared with your firm. In addition, Pershing receives fees for providing access to its platform from money funds and bank deposit sweep product providers. In most cases, these fees are paid based on assets in the products. In certain circumstances, Pershing shares these fees with your firm. Some firms have unique sweep products, where Pershing does not receive fees from the sweep product provider. When Pershing receives fees, a portion is applied against costs associated with providing services, including maintaining cash sweep systems, sub-accounting, dividend and interest calculations, posting, reconciliation, client statement preparation and distribution, tax statement preparation and distribution, marketing and distribution related support and other services. For a listing of money funds and bank deposit products that pay Pershing revenue-sharing and processing fees, refer to www.pershing.com/disclosures.

FEES RECEIVED BY AFFILIATES

Account Number ▆▆▆▆3167




Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

June 1, 2024 - June 30, 2024
ROMAN CATHOLIC DIOCESE OF

## Messages *(continued)*

The Dreyfus money funds supported as sweep options by Pershing, which may be offered to you by your firm, are managed by Dreyfus Cash Investment Strategies, a division of BNY Mellon Investment Adviser, Inc. (BNYMIA) and distributed through Dreyfus Cash Solutions, a division of BNY Mellon Securities Corporation (BNYMSC). BNYMSC and BNYMIA are affiliates of Pershing and BNYMSC receives compensation for delivering services to the Dreyfus money funds. The Dreyfus Insured Deposits products, are bank deposit sweep products that automatically deposit swept funds into FDIC member participating banks (Program Banks), where swept balances receive pass through FDIC insurance coverage through those Program Banks. The Dreyfus Insured Deposits products are supported by Pershing, and may be offered to you by your firm, operate through a private labelling arrangement with Dreyfus Cash Solutions. Pershing has appointed Dreyfus Cash Solutions to provide certain services with respect to the operation of the Dreyfus Insured Deposits products. The Bank of New York Mellon is a state-chartered bank and BNY Mellon, National Association (BNY Mellon, N.A.) is a national banking association, both of which may act as Program Banks by participating in the bank deposit sweep products that Pershing supports on its sweep platform. BNYMSC is a registered investment adviser and broker-dealer, and a subsidiary of BNYMIA. Pershing, Pershing Advisor Solutions, BNYMSC, BNYMIA, The Bank of New York Mellon and BNY Mellon, N.A. are BNY Mellon companies. BNY Mellon is the corporate brand for The Bank of New York Mellon Corporation. Pershing, Pershing Advisor Solutions and BNYMSC earn fees (which may or may not be account- based) based on the amount of money in the Dreyfus Money Funds and Dreyfus Insured Deposits products. Depending on the specific terms of the products offered, Pershing and Pershing Advisor Solutions may earn a higher fee on balances in any of the bank deposit sweep products supported on the platform than in other sweep products, such as money funds. Based on the agreement between Pershing and your firm, Pershing, in its sole discretion, will share a portion of the fees it earns from the support of these sweep products with your firm, in which case your firm would earn fees on balances in these products, which may be higher than fees earned on other money market products. The Bank of New York Mellon and BNY Mellon, N.A may participate in bank deposit sweep products that Pershing supports on its sweep platform. If they participate, the Bank of New York Mellon and BNY Mellon, N.A. will realize an economic benefit from balances received through the bank deposit sweep products on the Pershing platform. The Program Banks, including the Bank of New York Mellon and BNY Mellon, N.A., do not have a duty to offer the highest rates available or rates that are comparable to money funds or those offered by other depository institutions.

SPONSORSHIP FEES

Third-party product and service providers (e.g., mutual fund companies, annuity companies, ETF providers, money market fund companies, money managers, technology and business solution providers) offer marketing support in the form of sponsorship fee payments to Pershing (or third parties at Pershing's direction) in connection with educational conferences, events, seminars and workshops for broker-dealers or advisers. These payments can include the expenses of educational materials or other conference-related expenses.

ADDITIONAL INFORMATION

Further detailed information regarding a number of the above topics can be found on our website at www.pershing.com/disclosures

**PERSHING LLC ANNUAL DISCLOSURE OF IMPORTANT INFORMATION**

Pershing LLC (Pershing), as the custodian for your accounts, is required to disclose certain information to you on an annual basis. This document contains those disclosures.

PERSHING'S IMPARTIAL LOTTERY PROCESS: PARTIAL CALLS

Information about Pershing's impartial lottery process can be found at www.pershing.com/disclosures. A printed copy of this information is available by calling (888) 367-2563, option 3 then option 5.

When a security is subject to a partial redemption, Pershing has procedures to treat you fairly. When an issuer initiates a partial call of securities, the depository holding such securities (typically, the Depository Trust and Clearing Corporation, or DTCC) conducts an impartial, computerized lottery using an incremental random number technique to determine the allocation of called securities to participants for which it holds securities on deposit (including Pershing). Because DTCC's lottery is random and impartial, participants may or may not receive an allocation of securities selected for redemption

Account Number: ▮▮▮▮3167



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Messages (continued)

Pershing conducts a similar, computer- generated random lottery. The lottery determines the accounts that will be selected and the number of securities in the account that will be redeemed. Allocations are based on the number of trading units held in the account. The probability of any trading unit held by an account being selected as called in a partial call is proportional to the total   number of trading units held through Pershing.

Once the lottery is complete, Pershing notifies your firm which accounts have received an allocation. Securities registered in the client's name, either in transit or held in custody, are excluded from the Pershing lottery process.

Pershing initiates the lottery process by identifying the accounts holding the called security, the total par value of the called securities held, and the trading unit of the security.

For example (unit of trade = $25,000):

| Client Account | Par Value | Number of Trading Units |
|---|---|---|
|  | $100,000 | 4 |
|  | $75,000 | 3 |
|  | $150,000 | 6 |
|  | $50,000 | 2 |
|  | $25,000 | 1 |
|  | $25,000 | 1 |
|  | $75,000 | 3 |

In brief, the allocation process involves the following steps:
- The number of trading units held in each account is identified.
- A sequential number is assigned to each trading unit (e.g., account EDR-567433 would be assigned six numbers).
- A random number is generated that will result in one of these trading units being the first unit in the selection process.
- Thereafter, the trading units participating in the allocation are based on an incremental random number technique until the number of trading units allocated to Pershing is exhausted.
- Additional Information
- The allocation of called securities is not made on a pro- rata basis. Therefore, it is possible that a client may receive a full or partial redemption of shares held. Conversely, it is also possible that a client may not have any securities selected for redemption.
- When a partial call is deemed favorable to the holders of the called security, Pershing will exclude certain accounts from the lottery. Excluded accounts will include Pershing's proprietary and employee accounts, as well as proprietary and employee accounts of your firm (if Pershing carries and clears those accounts). No allocation will be made to these proprietary and employee accounts until all other client positions at Pershing in such securities have been called. When a partial call is deemed unfavorable to holders of the called security, Pershing will not exclude any accounts from the lottery.
- If the partial call is made at a price above the current market price as captured in Pershing's price reporting system, Pershing will generally categorize the partial call as one that is favorable to the holders of such security. If the partial call is made at a price that is equal to or below the current market price of the security as captured in Pershing's price reporting system, Pershing will generally categorize that call as one that is unfavorable to holders of the security.
- Clients have the right to withdraw uncalled, fully paid securities from Pershing at any time prior to the cut-off date and time established by the issuer, transfer agent and/or depository with respect to the partial call. Clients also have the right to withdraw excess margin securities, provided that the client account is not subject to restriction under

Account Number ████8167

GOPAPERLESS
ASK ABOUT EDELIVERY



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5 017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

June 1, 2024 - June 30, 2024
ROMAN CATHOLIC DIOCESE OF

---

## Messages *(continued)*

Regulation T or that such withdrawal will not cause an under-margined condition.
- Impartial lottery is conducted based on settled positions as of the close of business the day prior to the publication date.


OTHER SOURCES OF REVENUE TO PERSHING

As a custodian, Pershing receives compensation from third parties for the services it provides to support certain products, including but not limited to, mutual funds, 529 plans, money funds, bank deposit sweep products, annuities, alternative investments, and ETFs.

CREDIT INTEREST AND CHECK DISBURSEMENTS

Under certain conditions, Pershing earns revenue based on free credit balances in client accounts. A small number of firms share in a portion of that revenue. In situations where you request a check disbursement from your account, Pershing will continue to earn revenue based on the amount of the check from the date that it is disbursed until its final settlement and payment. Free credit balances in your account are for investment purposes. If you currently maintain free credit balances in your account solely for the purpose of receiving credit interest and have no intention of investing the funds in the future, contact your firm to discuss your investment options.

MUTUAL FUND FEES AND REVENUE SHARING

Pershing provides operational services to mutual fund companies and receives fees for those services. These fees are paid to Pershing for its work on behalf of the funds, such as dividend calculations and posting, accounting, reconciliation, client confirmation and statement preparation   and mailing, and tax statement preparation and mailing.

Where applicable, Pershing facilitates payments of SEC Rule 12b-1 fees received from mutual funds and paid to you or your firm. In limited circumstances, pursuant to agreements with certain firms, Pershing retains a portion of those fees.

Pershing offers a mutual fund no-transaction-fee program called FundVest® and Offshore Flex (for non-US clients). Pershing receives fees from mutual funds that participate in FundVest and Offshore Flex. There are some firms that choose to participate in this program and have agreements with Pershing to share in the fees received by Pershing.

These fees are considered revenue sharing and are a source of revenue for Pershing and, where applicable, a source of revenue for your firm. These fees create an incentive for Pershing to support these products on its platform.

**PERSHING LLC ANNUAL DISCLOSURE OF IMPORTANT INFORMATION**

Pershing LLC (Pershing), as the custodian for your accounts, is required to disclose certain information to you on an annual basis. This document contains those disclosures.

<u>TRADING ACTIVITY DISCLOSURES</u>

CASH BALANCE/"FLOAT" DISCLOSURE

Pershing obtains a financial benefit attributable to the cash balances in any account (including Employee Retirement Income Security Act accounts that are held by Pershing).

Account Number:        8167

 ASK ABOUT EDELIVERY



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Messages *(continued)*

Pershing's financial benefit is in the form of either interest on such balances and/or reductions in expenses that Pershing would otherwise pay to such banks. These cash balances result from: (1) cash awaiting investment; or (2) cash pending distribution. With respect to cash awaiting investment (e.g., new contributions), Pershing obtains such financial benefit until the funds are automatically invested into a money market fund or bank deposit sweep product ("Sweep Product") or are used for other purposes, such as to purchase securities. If an account agreement provides for the automatic investment into a Sweep Product, such investment will take place on the day after the receipt of cash (and the financial benefit will be one day), unless timely instructions are received to manually purchase the Sweep Product on the same day that cash is received, which may be accommodated in certain cases. If the account agreement does not provide for automatic investment into a Sweep Product, no automatic investment will occur until the day after the appropriate instructions are added to your account by your firm. When Pershing receives a request for a distribution by check, the account is charged (debited) on the date the check is written. Pershing mails disbursement checks on the same day that they are written. Pershing may obtain the financial benefit described above from the date the check is written until the date the check is presented for payment, the timing of which is beyond Pershing's control. When a distribution is requested using an Automated Clearing House instruction, Pershing receives a one-day financial benefit in connection with the distribution. If the distribution is made using the Federal Reserve wire system, Pershing receives no financial benefit in connection with the distribution.

FOREIGN CURRENCY TRANSACTIONS

Pershing will execute foreign currency transactions as principal for your account. Pershing's compensation for such transactions is based on the difference between the prevailing Foreign Exchange Interbank market and the rate applied at the time of the trade. Each currency conversion rate applied by Pershing will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Some firms increase or decrease the currency conversion rate you are charged by Pershing and such increase or decrease in the rate results in compensation to your firm. Conversion rates may differ from rates in effect on the date a dividend, interest payment or corporate action is credited or declared. Unless you instruct your firm otherwise, Pershing automatically converts foreign currency to or from U.S. dollars for dividends, interest and corporate actions.

STOP ORDER ELECTION/TRIGGER

Equity odd-lot sales count toward consolidated and participant exchange volumes, but do not update the last-sale, open, close, high, or low price. Since odd-lot executions are not last-sale eligible, they will not trigger non-directed stop, stop-limit or trailing-stop orders routed to Pershing for execution.

CONFIRMATION OF EXECUTIONS AND/OR CANCELLATIONS

Confirmations of executions and/or cancellation requests may be delayed, erroneous (e.g., due to computer system issues) or subject to further edits including cancellation by a market center. A customer is bound by the conditions of the actual order execution if consistent with the customer's order instructions. Further, requests to cancel an order are not guaranteed, and will only be cancelled if received and applied to the still unexecuted order at the relevant market center. Customers may not assume that any order has been executed or cancelled until the customer has received a transaction or cancellation confirmation from Pershing. Even in the event such execution or cancellation is reported to a customer, any reporting or posting errors, including errors in reporting or posting execution prices or cancellations, may be corrected to reflect what actually occurred in the marketplace. Note that during market hours, it is rarely possible to cancel a market order or a marketable limit order as such orders are subject to immediate execution.

Account Number ███3167



GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**TD Wealth**
TD Private Client Wealth LLC
Mail Code NJ5-017-185
PO Box 4007
Cherry Hill, NJ 08003
1-877-703-9896

June 1, 2024 - June 30, 2024
ROMAN CATHOLIC DIOCESE OF

## Important Information and Disclosures

**The Role of Pershing**

- **Pershing LLC, member FINRA, NYSE, carries your account as clearing broker pursuant to a clearing agreement with your financial institution.** Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.
- Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.
- Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.
- Inquiries concerning the positions and balances in your account may be directed to the **Pershing Customer Service Department at (201) 413-3333.** All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.
- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.
- Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/about/strength-and-stability.
- This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly, but no later than ten days after receipt of this statement, to your financial organization and Pershing. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.
- Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.** Errors and Omissions excepted.

**Important Arbitration Disclosures**

- All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.
- Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.
- The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.
- The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.
- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.
- The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this agreement.

**Important Arbitration Agreement**

Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action, who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until; (I) the class certification is denied; (II) the class is decertified; or (III) the client is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein. The laws of the State of New York govern.

Account Number          ███3167


ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Important Information and Disclosures *(continued)*

Important Arbitration Agreement *(continued)*

Pershing's contact information is as follows:  **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**

Account Number: ████3167



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

**TERMS AND CONDITIONS**

**TRANSACTIONS**

- ALL ORDERS AND TRANSACTIONS SHALL BE SOLELY FOR YOUR ACCOUNT AND RISK SHALL BE SUBJECT TO THE CONSTITUTION, RULES, REGULATIONS, CUSTOMS, USAGES, RULINGS AND INTERPRETATIONS OF THE EXCHANGE OR MARKET AND THE CLEARING FACILITY, IF ANY, WHERE THE TRANSACTIONS ARE EXECUTED AND/OR SETTLED, OR IF APPLICABLE, OF THE FINANCIAL INDUSTRY REGULATORY AUTHORITY AND TO ALL APPLICABLE LAWS AND REGULATIONS.
- TITLE TO SECURITIES SOLD TO YOU, WHERE PERSHING HAS ACTED AS PRINCIPAL, SHALL REMAIN WITH PERSHING UNTIL THE ENTIRE PURCHASE PRICE IS RECEIVED OR UNTIL THE SETTLEMENT DATE, WHICHEVER IS LATER.
- YOU MAY HAVE RECEIVED CONFIRMATIONS FOR TRANSACTIONS WHICH DO NOT APPEAR ON YOUR STATEMENT. IF SO, THE TRANSACTIONS WILL APPEAR ON YOUR NEXT PERIODIC STATEMENT. SUCH TRANSACTIONS MUST BE CONSIDERED BY YOU WHEN COMPUTING THE VALUE OF YOUR ACCOUNT. THIS IS ESPECIALLY TRUE IF YOU HAVE WRITTEN OPTIONS WHICH HAVE BEEN EXERCISED.

**FREE CREDIT BALANCES:** ANY FREE CREDIT BALANCE CARRIED FOR YOUR ACCOUNT REPRESENTS FUNDS PAYABLE UPON DEMAND WHICH, ALTHOUGH PROPERLY ACCOUNTED FOR ON PERSHING'S BOOKS OF RECORD, ARE NOT SEGREGATED AND MAY BE USED IN THE CONDUCT OF ITS BUSINESS.

**DEBIT BALANCES:** INTEREST CHARGED ON DEBIT BALANCES IN YOUR ACCOUNT APPEARS ON THE STATEMENT. THE RATE OF INTEREST AND PERIOD COVERED ARE INDICATED. THE RATE MAY CHANGE FROM TIME TO TIME DUE TO FLUCTUATIONS IN MONEY RATES OR OTHER REASONS. INTEREST IS COMPUTED AS DESCRIBED IN MATERIAL PREVIOUSLY FURNISHED TO YOU. PLEASE CONTACT YOUR FINANCIAL INSTITUTION IF YOU DESIRE ADDITIONAL COPIES.

**MARGIN INFORMATION:** IF YOU MAINTAIN A MARGIN ACCOUNT, THIS IS A COMBINED STATEMENT OF YOUR GENERAL ACCOUNT AND A SPECIAL MEMORANDUM ACCOUNT MAINTAINED FOR YOU UNDER REGULATION T OF THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. THE PERMANENT RECORD OF THE SEPARATE ACCOUNT AS REQUIRED BY REGULATION T IS AVAILABLE FOR YOUR INSPECTION UPON REQUEST.

**TAX INFORMATION**

- AFTER YEAR END, PERSHING IS REQUIRED TO PROVIDE TAX INFORMATION TO THE INTERNAL REVENUE SERVICE AND OTHER GOVERNMENTAL AUTHORITIES. AT THAT TIME PERSHING WILL PROVIDE THAT INFORMATION ON THE ANNUAL TAX INFORMATION STATEMENT TO YOU; USE THAT STATEMENT TO PREPARE YOUR TAX FILINGS. THE TAX STATEMENT ALSO INCLUDES OTHER USEFUL INFORMATION TO ASSIST IN ACCUMULATING THE DATA TO PREPARE YOUR TAX RETURNS.
- DIVIDENDS, INTEREST AND OTHER DISTRIBUTIONS SHOWN ON THIS STATEMENT WERE CLASSIFIED AS TAXABLE OR NONTAXABLE BASED ON CERTAIN INFORMATION KNOWN AS OF THE DISTRIBUTION DATE. THIS CLASSIFICATION IS SUBJECT TO CHANGE AND IS SOLELY INTENDED FOR USE AS GENERAL INFORMATION.
- PERSHING DOES NOT PROVIDE TAX, INVESTMENT OR LEGAL ADVISORY SERVICES AND NO ONE ASSOCIATED WITH PERSHING IS AUTHORIZED TO RENDER SUCH ADVICE. DO NOT RELY UPON ANY SUCH ADVICE, IF GIVEN. INVESTORS ARE ENCOURAGED TO CONSULT THEIR TAX ADVISORS TO DETERMINE THE APPROPRIATE TAX TREATMENT OF THEIR BUSINESS.

**GENERAL INFORMATION**

- WHENEVER YOU ARE INDEBTED TO PERSHING LLC ("PERSHING") FOR ANY AMOUNT, ALL SECURITIES HELD BY IT FOR YOU IN ANY ACCOUNT IN WHICH YOU HAVE ANY INTEREST SHALL SECURE ALL YOUR LIABILITIES TO PERSHING, AND PERSHING MAY IN ITS DISCRETION AT ANY TIME, WITHOUT TENDER, DEMAND OR NOTICE TO YOU, CLOSE OR REDUCE ANY OR ALL OF YOUR ACCOUNTS BY PUBLIC OR PRIVATE SALE OR PURCHASE OR BOTH OF ALL OR ANY SECURITIES CARRIED IN SUCH ACCOUNTS; ANY BALANCE REMAINING DUE PERSHING TO BE PROMPTLY PAID BY YOU.
- WHENEVER YOU ARE INDEBTED TO PERSHING FOR ANY AMOUNT, ALL SECURITIES CARRIED FOR YOUR ACCOUNT ARE OR MAY BE, WITHOUT FURTHER NOTICE TO YOU, LOANED OR PLEDGED BY PERSHING, EITHER SEPARATELY OR UNDER CIRCUMSTANCES WHICH WILL PERMIT THE COMMINGLING THEREOF,

WITH OTHER SECURITIES FOR ANY AMOUNT LESS THAN, EQUAL TO OR GREATER THAN YOUR LIABILITIES TO PERSHING, BUT NOT UNDER CIRCUMSTANCES FOR AN AMOUNT PROHIBITED BY LAW.
- PERSHING MAY TRADE FOR ITS OWN ACCOUNT AS A MARKET MAKER, SPECIALIST, ODD LOT DEALER, BLOCK POSITIONER, ARBITRAGEUR OR INVESTOR. CONSEQUENTLY, AT THE TIME OF ANY TRANSACTION YOU MAY MAKE, PERSHING MAY HAVE A POSITION IN SUCH SECURITIES, WHICH POSITION MAY BE PARTIALLY OR COMPLETELY HEDGED.
- IF AVERAGE PRICE TRANSACTION IS INDICATED ON THE FRONT OF THIS STATEMENT YOUR FINANCIAL INSTITUTION OR PERSHING MAY HAVE ACTED AS PRINCIPAL, AGENT OR BOTH. DETAILS AVAILABLE UPON REQUEST.
- A FINANCIAL STATEMENT OF PERSHING IS AVAILABLE FOR YOUR PERSONAL INSPECTION AT PERSHING'S OFFICES. A COPY OF IT WILL BE MAILED UPON YOUR WRITTEN REQUEST OR YOU CAN VIEW IT ONLINE AT WWW.PERSHING.COM.
- FOR BUSINESS CONTINUITY AND ADDITIONAL DISCLOSURES: WWW.PERSHING.COM/us/en/disclosures.html
- THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

**PAYMENT FOR ORDER FLOW AND ORDER ROUTING POLICY DISCLOSURES (REGULATION NMS – RULE 607 (A) (1) - (2))**

PERSHING SENDS EQUITY AND OPTION ORDERS TO EXCHANGES, OR BROKER-DEALERS AS MARKET MAKERS OR AUTOMATED TRADING SYSTEMS (ATSS). CERTAIN OF THESE VENUES PROVIDE PAYMENTS TO PERSHING OR CHARGE ACCESS FEES TO PERSHING DEPENDING UPON THE CHARACTERISTICS OF THE ORDER AND ANY SUBSEQUENT EXECUTION. THE DETAILS OF THESE PAYMENTS AND FEES ARE AVAILABLE UPON WRITTEN REQUEST. COMPENSATION IS GENERALLY IN THE FORM OF A PER SHARE OR PER OPTION CONTRACT CASH PAYMENT. IN ADDITION, PERSHING EXECUTES CERTAIN TRANSACTIONS IN EQUITY PREFERRED SECURITIES AND FRACTIONAL SHARES AS PRINCIPAL. PERSHING ALSO ROUTES CERTAIN EQUITY ORDERS TO ITS AFFILIATE, BNY MELLON CAPITAL MARKETS, LLC, FOR EXECUTION AS PRINCIPAL.

**BEST EXECUTION:** NOTWITHSTANDING THE PREVIOUS PARAGRAPH REGARDING PAYMENT FOR ORDER FLOW, PERSHING SELECTS CERTAIN MARKET CENTERS TO PROVIDE EXECUTION OF OVER-THE-COUNTER AND EXCHANGE-LISTED SECURITIES TRANSACTIONS WHICH AGREE TO ACCEPT ORDERS, TRANSMITTED ELECTRONICALLY UP TO A SPECIFIED SIZE, AND TO EXECUTE THEM AT OR BETTER THAN THE NATIONAL BEST BID OR OFFER (NBBO). IN CERTAIN SECURITIES THAT ARE NOT ELECTRONICALLY QUOTED, PERSHING DIRECTLY CONTACTS MARKET CENTERS TO OBTAIN AN EXECUTION. THE DESIGNATED MARKET CENTERS TO WHICH ORDERS ARE AUTOMATICALLY ROUTED ARE SELECTED BASED ON THE CONSISTENT HIGH QUALITY OF THEIR EXECUTIONS AND THEIR ABILITY TO PROVIDE OPPORTUNITIES FOR EXECUTIONS AT PRICES SUPERIOIR TO THE NBBO. PERSHING ALSO REGULARLY REVIEWS REPORTS FOR QUALITY OF EXECUTION PURPOSES.

---

IF ANY OF THE ABOVE TERMS AND CONDITIONS ARE UNACCEPTABLE TO YOU, PLEASE NOTIFY PERSHING IMMEDIATELY IN WRITING BY CERTIFIED MAIL TO ONE PERSHING PLAZA, JERSEY CITY, NJ 07399, ATTN: LEGAL DEPT

**Account Number:** ██████3167



GOPAPERLESS
ASK ABOUT eDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC