**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br>Roman Catholic Diocese of Burlington, Vermont,<br>　　　　Debtor(s) | Case# 24-10205-*hzc*<br>Chapter 11 |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 01/10/2025, I did cause a copy of the following document, described below.

- AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASE [ECF #152]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to Orkin Pest Control at 446 Avenue D Suite 20, Williston, VT 05495 and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 01/16/2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com