**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:
Roman Catholic Diocese of Burlington, Vermont,

Debtor(s)

Case# 24-10205-*hzc*

Chapter 11

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 01/13/2025, I did cause a copy of the following documents, described below.

- PUBLICATION NOTICE [Exhibit C to ECF #144]

- NOTICE OF THE TIME FOR TIMELY FILING PROOFS OF CLAIMS RELATING TO, OR ARISING FROM, SEXUAL ABUSE [ECF #145]

- NOTICE OF THE TIME FOR TIMELY FILING NON-SEXUAL ABUSE PROOFS OF CLAIMS [ECF #146]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A** and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 01/16/2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com

# **<u>Exhibit A</u>**

**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|
| Addison County Administrator | 7 Mahady Court | | | Middlebury | VT | 05753 |
| Addison County Attorney | Attn: Eva Vekos | 7 Mahady Court | | Middlebury | VT | 05753 |
| Addison County Sheriff | Attn: Michael Elmore | 35 Court Street | | Middlebury | VT | 05753 |
| Bennington County Administrator | 207 South Street | P.O. Box 4157 | | Bennington | VT | 05201 |
| Bennington County Attorney | Attn: Erica Marthage | 200 Veterans Memorial Drive | Suite 10 | Bennington | VT | 05201 |
| Bennington County Sheriff | Attn: James Gulley Jr. | 811 US RT 7S | | Bennington | VT | 05201 |
| Brattleboro Memorial Hospital | Attn: Media Coordinator | 17 Belmont Avenue | | Brattleboro | VT | 05301 |
| Brattleboro Retreat | Attn: Media Coordinator | Anna Marsh Lane | P.O. Box 803 | Brattleboro | VT | 05302 |
| Caledonia County Administrator | 1126 Main Street | | | St. Johnsbury | VT | 05819 |
| Caledonia County Attorney | Attn: Jessica Zaleski | 211 Eastern Avenue | Suite 102 | St. Johnsbury | VT | 05819-2734 |
| Caledonia County Sheriff | Attn: James Hemond | 970 Memorial Drive | | St. Johnsbury | VT | 05819 |
| Central Vermont Medical Center | Attn: Media Coordinator | P.O. Box 547 | | Barre | VT | 05641 |
| Chittenden County Attorney | Attn: Sarah George | 32 Cherry Street | Suite 305 | Burlington | VT | 05401 |
| Chittenden County Sheriff | Attn: Daniel Gamelin | 32 Cherry Street Suite 305 | | Burlington | VT | 05401 |
| Chittendon County Administrator | P.O. Box 187 | 175 Main Street | | Burlington | VT | 05402 |
| Copley Hospital | Attn: Media Coordinator | 528 Washington Highway | | Morrisville | VT | 05661 |
| Essex County Administrator | 75 Courthouse Drive | P.O. Box 75 | | Guildhall | VT | 05905 |
| Essex County Attorney | Attn: Vincent Illuzzi | 38 Water Street | P.O. Box 226 | Orleans | VT | 05860 |
| Essex County Sheriff | Attn: Trevor Colby | 91 Court House Drive | | Guildhall | VT | 05905 |
| Franklin County Administrator | P.O. Box 808 | 17 Church St. | | St. Albans | VT | 05478 |
| Franklin County Attorney | Attn: Bram Kranichfeld | 5 Lemnah Dr | | St. Albans | VT | 05478 |
| Franklin County Sheriff | Attn: John Grismore | 387 Lake Road | | St. Albans | VT | 05478 |
| Gifford Medical Center | Attn: Media Coordinator | 44 South Main Street | | Randolph | VT | 05701 |
| Grace Cottage Hospital | Attn: Media Coordinator | 185 Grafton Road (Route 35) | PO Box 216 | Townshend | VT | 05353 |
| Grand Isle County Administrator | Courthouse P.O. Box 7 | | | North Hero | VT | 05474 |
| Grand Isle County Attorney | Attn: Douglas DisSabito | 3677 U.S. Route 2 | P.O. Box 168 | North Hero | VT | 05474 |
| Grand Isle County Sheriff | Attn: Ray Allen | 10 Island Circle | | Grand Isle | VT | 05458 |
| Lamoille County Administrator | 154 Main Street | P.O. Box 490 | | Hyde Park | VT | 05655 |
| Lamoille County Attorney | Attn: Aliena Gerhard | 252 Main Street | P.O. Box 38 | Hyde Park | VT | 05655 |
| Lamoille County Sheriff | Attn: Roger Marcoux | 162 Commonwealth Ave | | Hyde Park | VT | 05655 |
| Mount Ascutney Hospital | Attn: Media Coordinator | 289 County Road | | Windsor | VT | 05089 |
| North Country Hospital | Attn: Media Coordinator | 189 Prouty Drive | | Newport | VT | 05855 |
| Northeastern Vermont Regional Hospital | Attn: Media Coordinator | 1315 Hospital Drive | | St. Johnsbury | VT | 05819 |
| Northwestern Medical Center | Attn: Media Coordinator | 133 Fairfield Street | | Saint Albans | VT | 05478 |
| Orange County Administrator | 5 Court Street RR 1 | Box 30 | | Chelsea | VT | 05038 |
| Orange County Attorney | Attn: Colin Seaman | 30 Upper Village Road | P.O. Box 116 | Chelsea | VT | 05038 |
| Orange County Sheriff | Attn: George Contois | 11 VT RT 113 | | Chelsea | VT | 05038 |
| Orleans County Administrator | 247 Main Street | | | Newport | VT | 05855 |
| Orleans County Attorney | Attn: Farzana Leyva | 5086 US Rte 5 | Suite 2 | Newport | VT | 05855 |
| Orleans County Attorney | Attn: Jennifer Harlow | 5578 RT 5 | | Derby | VT | 05829 |
| Porter Medical Center | Attn: Media Coordinator | 115 Porter Drive | | Middlebury | VT | 05753 |
| Rutland County Administrator | 83 Center Street | Suite 3 | | Rutland | VT | 05701 |
| Rutland County Attorney | Attn: Ian Sullivan | 400 Asa Bloomer State Office Building | | Rutland | VT | 05702 |
| Rutland County Sheriff | Attn: David Fox | 88 Grove Street | | Rutland | VT | 05701 |
| Rutland Regional Medical Center | Attn: Media Coordinator | 160 Allen Street | | Rutland | VT | 05701 |

# Exhibit A

Served Via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|
| Southwestern Vermont Medical Center | Attn: Media Coordinator | 100 Hospital Drive | | Bennington | VT | 05201 |
| Springfield Hospital | Attn: Media Coordinator | 25 Ridgewood Road | | Springfield | VT | 05156 |
| University of Vermont Medical Center | Attn: Media Coordinator | 111 Colchester Avenue | | Burlington | VT | 05401 |
| Vermont Attorney General's Office | Attn: Charity Clark | 109 State Street | | Montpelier | VT | 05609 |
| Vermont Dept. of Health | Barre Local Health Office | 5 Perry St., Suite 250 | | Barre | VT | 05641 |
| Vermont Dept. of Health | Bennington Local Health Office | 324 Main St., Suite 2 | | Bennington | VT | 05201 |
| Vermont Dept. of Health | Brattleboro Local Health Office | 232 Main St., Suite 3 | | Brattleboro | VT | 05301 |
| Vermont Dept. of Health | Burlington Local Health Office | 128 Lakeside Avenue | | Burlington | VT | 05401 |
| Vermont Dept. of Health | Middlebury Local Health Office | 156 So. Village Green, Suite 102 | | Middlebury | VT | 05753 |
| Vermont Dept. of Health | Morrisville Local Health Office | 63 Professional Drive, Suite #1 | | Morrisville | VT | 05661 |
| Vermont Dept. of Health | Newport Health Office | 100 Main St., Suite 220 | | Newport | VT | 05855 |
| Vermont Dept. of Health | Rutland Local Health Office | 300 Asa Bloomer State Office Building | 88 Merchants Row | Rutland | VT | 05701 |
| Vermont Dept. of Health | Springfield Local Health Office | 100 Mineral St., Suite 104 | | Springfield | VT | 05156 |
| Vermont Dept. of Health | St. Albans Local Health Office | 27 Federal St., Suite 201 | | St. Albans | VT | 05478 |
| Vermont Dept. of Health | St. Johnsbury Local Health Office | 107 Eastern Ave., Suite 9 | | St. Johnsbury | VT | 05819 |
| Vermont Dept. of Health | White River Junction Local Health Office | 118 Prospect St., Suite 300 | | White River Junction | VT | 05001 |
| Vermont Psychiatric Care Hospital | Attn: Media Coordinator | 350 Fisher Road | | Berlin | VT | 05602 |
| Washington County Administrator | 65 State Street | | | Montpelier | VT | 05602 |
| Washington County Attorney | Attn: Michelle Donnelly | 255 North Main Street | Suite 9 | Barre | VT | 05641 |
| Washington County Sheriff | Attn: Marc Poulin | 10 Elm Street | | Montpelier | VT | 05601 |
| White River Junction VA Medical Center | Attn: Media Coordinator | 163 Veterans Drive | | White River Junction | VT | 05001 |
| Windham County Administrator | P.O. Box 207 | | | Newfane | VT | 05345 |
| Windham County Attorney | Attn: Steven Brown | 100 Main Street | P.O. Box 785 | Brattleboro | VT | 05302 |
| Windham County Sheriff | Attn: Mark Anderson | 185 Old Ferry Road | | Brattleboro | VT | 05304 |
| Windsor County Administrator | 12 Green Wood | P.O. Box 458 | | Woodstock | VT | 05091 |
| Windsor County Attorney | Attn: Ward Goodenough | 5 South Main Street | Suite 208 | White River Junction | VT | 05001 |
| Windsor County Sheriff | Attn: Ryan Palmer | 62 Pleasant Street | | Woodstock | VT | 05091 |