UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In re:

    ROMAN CATHOLIC DIOCESE OF            Case No. 24-10205
    BURLINGTON VERMONT,                       Chapter 11

                           Debtor.
-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

    I hereby certify and declare under penalty of perjury that on **January 21, 2025**, I electronically filed the foregoing **Ex Parte Application of the Official Committee of Unsecured Creditors to Retain and Employ Berkeley Research Group, LLC As Financial Advisor Effective as of November 20, 2024; Declaration of Matthew K. Babcock in Support of Application of the Official Committee of Unsecured Creditors to Retain and Employ Berkeley Research Group, LLC as Financial Advisor Effective s of November 20, 2024 and Proposed Order Authorizing and Approving the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor Effective s of November 20, 2024** with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

    Samuel Andre on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
    sandre@fredlaw.com

    Jim Baillie on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
    jbaillie@fredlaw.com

    Elizabeth A. Glynn on behalf of Creditor TD Bank, N.A.
    eag@rsclaw.com, ccs@rsclaw.com

    Steven Robert Kinsella on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
    skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

    Celeste E. Laramie on behalf of Creditor Survivor Creditors
    claramie@gravelshea.com

    Paul A Levine on behalf of Creditor Committee Committee of Unsecured Creditors
    plevine@lemerygreisler.com, phartl@lemerygreisler.com

    Paul A Levine on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors
    plevine@lemerygreisler.com, phartl@lemerygreisler.com

    Brittany Mitchell Michael on behalf of Creditor Committee Committee of Unsecured Creditors
    bmichael@pszjlaw.com

    Katherine Nixon on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
    knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

    Raymond J Obuchowski on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
    ray@oeblaw.com, marie@oeblaw.com

Lisa M Penpraze on behalf of U.S. Trustee U S Trustee
lisa.penpraze@usdoj.gov

Antonin Robbason on behalf of Creditor TD Bank, N.A.
aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com

U S Trustee
ustpregion02.vt.ecf@usdoj.gov

Dated: January 21, 2025  /s/Patricia Hartl
Patricia Hartl