# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:
Roman Catholic Diocese of Burlington, Vermont,

Debtor(s)

Case# 24-10205-*hzc*

Chapter 11

## SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 01/15/2025, I did cause a copy of the following document, described below.

- NOTICE OF CHAPTER 11 BANKRUPTCY CASE [ECF #40]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A** and incorporated as if fully set forth herein.

DATED: 01/17/2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1912
TeamCDBV@stretto.com

# **<u>Exhibit A</u>**

**Exhibit A**

Served Via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bernard Gaudreau | 243 N Prospect St | | | Burlington | VT | 05401-1609 |
| Shoup Evers & Green | Attn: John Evers | 126 College St | Ste 410 | Burlington | VT | 05401-8456 |