UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205
Chapter 11

# UNITED STATES TRUSTEE'S STATEMENT OF NO OBJECTION

The United States Trustee has no objection to the following motions that are on the Court's hearing calendar for January 28, 2025:

1. Debtor's Employee Wages Motion (ECF 8);

2. Debtor's Bank Account Motion (ECF 9);

3. Debtor's Motion to Extend Exclusivity (ECF 154);

4. Debtor's Interim Compensation Procedures Motion (ECF 155);

5. Committee's *Ex Parte* Application to Employ Berkeley Research Group (ECF 170) (inclusive of 10-day notice of rate increase language as agreed to by Committee counsel, Paul A. Levine, Esq.).

Dated: January 27, 2025

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
FOR REGION 2

 */s/ Lisa M. Penpraze*
Lisa M. Penpraze
Assistant United States Trustee
Leo O'Brien Federal Building
Room 620
Albany, New York 12207
(518) 434-4553