# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

Filed & Entered
On Docket
01/28/2025

In re:

Roman Catholic Diocese of Burlington, Vermont,

              Debtor.

Case No.: Case No.: 24-10205-HZC

Chapter 11 Case

---

## ORDER EXTENDING EXCLUSIVE PERIODS UNDER 11 U.S.C. § 1121(d)

This matter came before the Court on the Motion for Entry of an Order Extending Exclusive Periods Under 11 U.S.C. § 1121(d) (doc. #154) (the "Motion") filed by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), the Affidavit of Bishop John J. McDermott (doc. # 13), and the statements of counsel and evidence adduced with respect to the Motion at the hearing on January 28, 2025 (the "Hearing"). The Court finds that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Motion was provided pursuant to Local Rule 9013-3; (v) notice of the Motion and the Hearing was sufficient under the circumstances; and (vi) there is good cause to waive the 14-day stay imposed by Bankruptcy Rule 6004(h) to the extent it is applicable. After due consideration, the Court finds that the relief, as requested in the Motion is in the best interests of the Diocese, its estate, and its creditors.  Therefore, for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.     The Motion is **GRANTED** as set forth in this Order. All terms not specifically defined herein have the meaning provided in the Motion.

2.      The exclusive period for the Diocese to file a plan of reorganization is extended through and including **July 28, 2025**.

3.      The exclusive period for the Diocese to solicit and obtain acceptances to such plan of reorganization is extended through and including **September 29, 2025**.

4.      The entry of this Order shall be without prejudice to the Diocese's right to request further extensions of the exclusivity periods or to seek other appropriate relief.

5.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6.      The Diocese is authorized to take any and all actions necessary to implement the provisions of this Order.

7.      To the extent Bankruptcy Rule 6004(h) applies, this Order is deemed effective and immediately enforceable upon its entry.

8.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and interpretation of this Order.

January 28, 2025
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge