**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
01/29/2025

| | |
|---|---|
| In re: ) | |
| ) | |
| ROMAN CATHOLIC DIOCESE ) | Case No. 24-10205 |
| OF BURLINGTON VERMONT, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## EXTENDED INTERIM ORDER AUTHORIZING THE DEBTOR TO PAY CERTAIN ACCRUED AND OUTSTANDING PENSION, BENEFITS, AND RELATED AMOUNTS FOR RETIRED PRIESTS IN THE ORDINARY COURSE AND SCHEDULING ORDER

This matter came before the Court upon consideration of the Emergency Motion and Memorandum for an Order (I) Authorizing the Debtor to Pay Accrued and Outstanding Prepetition Employee Compensation, Benefits, and Related Amounts and (II) Authorizing the Debtor to Maintain Existing Payroll Service (doc. # 8) (the "Motion") filed by Debtor on September 30, 2024. The Court granted interim relief on the Motion (doc. # 70) and subsequently bifurcated the Motion at the request of Debtor and the Official Committee of Unsecured Creditors (the "Committee") to specifically reserve a final determination on payment of pension, benefits, and related amounts for certain retired priests in the ordinary course. On December 17, 2024, the Court entered an interim order and set the Motion as to certain retired priests for Final Hearing on January 28, 2025 (doc. # 126). At the Final Hearing, Debtor and the Committee reported that while documents have been exchanged, they continue to disagree as to whether certain benefits and related amounts paid to credibly accused priests should be allowed. The parties desire to brief the issue, which has not been fully developed in the record before the Court. Based upon this request and with consideration of the record in this case, **IT IS HEREBY ORDERED**:

1

1. Debtor shall file with the Court a brief outlining and supporting its position that certain obligations owed to credibly accused priests should continue without interruption no later than **February 18, 2025** and shall serve a copy upon all parties in interest.

2. The Committee shall file its response outlining and supporting its position no later than **March 11, 2025** and shall serve a copy upon all parties in interest.

3. Should the Court deem a hearing necessary, further hearing on the Motion shall be conducted on **March 25, 2025** at **11:00 a.m.** at the Federal Building, 11 Elmwood Avenue, Room 200, Burlington, VT 05401.

4. Interim relief granted by this Court on December 17, 2024 (doc. # 126), is hereby extended until the Court issues a final determination on payment of pension, benefits, and related amounts for retired priests.

**SO ORDERED.**

January 29, 2025  
Burlington, Vermont

Heather Z. Cooper  
United States Bankruptcy Judge

2