**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

Filed & Entered
On Docket
01/28/2025

**FINAL ORDER (I) GRANTING EMERGENCY RELIEF; (II) AUTHORIZING CONTINUED USE OF EXISTING BUSINESS BOOKS, RECORDS, BANK ACCOUNTS, AND CHECK STOCK; (III) AUTHORIZING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS; (IV) AUTHORIZING ELECTRONIC FUNDS TRANSFERS AND AUTOMATED CLEARING HOUSE TRANSFERS; (V) AUTHORIZING MAINTENANCE OF INVESTMENT ACCOUNTS; AND (VI) GRANTING LIMITED RELIEF FROM THE REQUIREMENTS OF 11 U.S.C. § 345(b)**

This matter came before the Court on the Emergency Motion for Order (I) Authorizing Continued Use of Existing Business Books, Records, Bank Accounts, and Check Stock; (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers; and (III) Authorizing Electronic Funds Transfers and Automated Clearing House Transfers; (IV) Authorizing Maintenance of Investment Accounts; and (V) Granting Limited Relief from the Requirements of 11 U.S.C. § 345(b) (doc. # 9) (the "Motion") filed by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), the Affidavit of Bishop John J. McDermott (doc. # 13), the statements of counsel and evidence adduced with respect to the Motion at the emergency hearing on the interim relief sought in the Motion, the statements of counsel and supplemental evidence filed with the Court in anticipation of the Final Hearing before the Court on January 28, 2025 (the "Final Hearing"). The Court finds that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of

the Motion was provided; (v) notice of the Motion and the Final Hearing was sufficient under the circumstances; and (vi) there is good cause to waive the 14-day stay imposed by Bankruptcy Rule 6004(h) to the extent it is applicable. After due consideration, the Court finds that the relief, on a final basis, as requested in the Motion is in the best interests of the Diocese, its estate, and its creditors. Therefore, for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** on a final basis as set forth in this Final Order.

2. Pursuant to 11 U.S.C. §§ 105(a), 345(b), and 363(c), the Diocese is authorized, on a final basis, to:

    a. continue using its existing books and records and cash management system;

    b. designate, maintain, and continue to use, in the same manner with the same account numbers, the following bank accounts:

| Account No. | Account Type | Purpose |
| --- | --- | --- |
| *0976 | Checking Account | Lock Box Sweep Account |
| *9911 | Checking Account | Operating Account |

(collectively, the "Bank Accounts")

    c. use its existing check stock with a "debtor in possession" notation added to each check; and

    d. continue to make disbursements by electronic funds transfer or automatic clearinghouse transactions.

3. TD Bank (the "Bank") is authorized to continue to service and administer the Bank Accounts as accounts of the Diocese as a debtor in possession without interruption and in the usual and ordinary course. The Bank is authorized to service and administer the Bank Accounts in compliance with the requirements set forth in 11 U.S.C. § 345.

4. The Bank is authorized to receive, process, honor, and pay all checks and drafts drawn on the Bank Accounts after September 30, 2024 (the "Petition Date") by the holders or makers thereof; provided, however, that the Bank may not honor and pay any check drawn or used by the Diocese before the Petition Date, for which the Diocese has placed a stop payment in writing.

5. The Bank is further authorized to debit the Diocese's Bank Accounts in the ordinary course of business without need for further order of this Court for: (a) all checks, items, and other payment orders drawn on the Bank Accounts which are cashed at the Bank's counters or exchanged for cashier's checks by the payees thereof prior to the Bank's receipt of notice of filing of the petition; (b) all checks, automated clearing house entries, and other items deposited or credited to one of the Diocese's Bank Accounts with the Bank prior to filing of the petition which have been dishonored, reversed, or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent the Diocese was responsible for such items prior to filing of the petition; and (c) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to the Bank as service charges for the maintenance of the cash management system and Bank Accounts.

6. The Bank may rely on the representations of the Diocese with respect to whether any check, item, or other payment order drawn or issued by the Diocese prior to the Petition Date should be honored pursuant any order of this Court, and the Bank will not have any liability to any party for relying on such representations by the Diocese.

7. The Diocese is authorized to maintain the following investment accounts:

| Bank or Financial Institution | Account No. | Account Name | Purpose |
|---|---|---|---|
| Charles Schwab | *9336 | Roman Catholic Diocese of Burlington, Vermont, Inc. | Supporting Rice Memorial High School |
| Charles Schwab | *5777 | Roman Catholic Diocese of Burlington, Vermont, Inc. | CRUT to establish endowment fund for Rice Memorial High School |
| Charles Schwab | *9166 | Roman Catholic Diocese of Burlington, Vermont, Inc. | Stock donation account |
| TD Wealth | *1008 | Roman Catholic Diocese - PBF Retirement Plan - Main | Supporting care of elderly priests |

(collectively, the "Investment Accounts").

8. Cause exists to waive the requirements of 11 U.S.C. § 345(b) as to the Investment Accounts and, therefore, such requirements are waived. However, this Final Order does not make, and shall not be deemed to make, a determination regarding whether or to what extent the Investment Accounts are property of the Diocese's bankruptcy estate.

9. The Diocese is authorized to take all actions necessary to implement the provisions of this Final Order. The Diocese shall maintain accurate records of all transfers within the Bank Accounts and Investment Accounts so that all post-petition transfers and transactions shall be adequately and promptly documented in, and readily ascertainable from, its books and records.

10. To the extent Bankruptcy Rule 6004(h) applies, this Final Order is deemed effective and immediately enforceable upon its entry.

11. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and interpretation of this Final Order.

January 28, 2025  
Burlington, Vermont

_Heather Z. Cooper_  
Heather Z. Cooper  
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont

In re: Case No. 24-10205-hzc
Roman Catholic Diocese of Burlington, Ve
Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2 User: admin Page 1 of 2
Date Rcvd: Jan 28, 2025 Form ID: pdf710 Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Brittany M. Michael, Pachulski Stang Zeihl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| crcm | + | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC, 677 Broadway, 8th Floor Albany, NY 12207-2953 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Jan 28 2025 19:41:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Antonin Robbason | on behalf of Creditor TD Bank N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |

District/off: 0210-2 User: admin Page 2 of 2
Date Rcvd: Jan 28, 2025 Form ID: pdf710 Total Noticed: 5

Celeste E. Laramie
    on behalf of Creditor Survivor Creditors claramie@gravelshea.com

Elizabeth A. Glynn
    on behalf of Creditor TD Bank N.A. eag@rsclaw.com, ccs@rsclaw.com

Jim Baillie
    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont jbaillie@fredlaw.com

Katherine Nixon
    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Lisa M Penpraze
    on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Paul A Levine
    on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Paul A Levine
    on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Raymond J Obuchowski
    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com

Samuel Andre
    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com

Steven Robert Kinsella
    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

U S Trustee
    ustpregion02.vt.ecf@usdoj.gov

TOTAL: 13