# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

Filed & Entered
On Docket
01/28/2025

**FINAL ORDER (I) GRANTING SUPPLEMENTAL EMERGENCY RELIEF; (II) AUTHORIZING CONTINUED USE OF EXISTING BUSINESS BOOKS, RECORDS, BANK ACCOUNTS, AND CHECK STOCK; (III) AUTHORIZING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS; (IV) AUTHORIZING ELECTRONIC FUNDS TRANSFERS AND AUTOMATED CLEARING HOUSE TRANSFERS; (V) AUTHORIZING MAINTENANCE OF INVESTMENT ACCOUNTS; AND (VI) GRANTING LIMITED RELIEF FROM THE REQUIREMENTS OF 11 U.S.C. § 345(b)**

This matter came before the Court on the Emergency and Supplemental Motion and Memorandum for an Interim and Final Order (I) Authorizing Continued Use of Existing Business Books, Records, Bank Accounts, and Check Stock; (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers; and (III) Authorizing Electronic Funds Transfers and Automated Clearing House Transfers; (IV) Authorizing Maintenance of Investment Accounts; and (V) Granting Limited Relief from the Requirements of 11 U.S.C. § 345(b) (doc. # 55) (the "Supplemental Motion") filed by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), on behalf of Rice Memorial High School, the Catholic Center at the University of Vermont, the Mount St. Joseph Academy, the Christ the King School – Rutland, and the Good Shepherd Catholic School (collectively, the "Additional Entities"), the Affidavit of Bishop John J. McDermott (doc. #13), the statements of counsel and evidence adduced with respect to the Supplemental Motion at the emergency hearing on the interim relief sought in the Supplemental Motion, the statements of counsel and supplemental evidence filed with the Court in anticipation

of the Final Hearing before the Court on January 28, 2025 (the "Final Hearing"). The Court finds that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Supplemental Motion was provided; (v) notice of the Supplemental Motion and the Final Hearing was sufficient under the circumstances; and (vi) there is good cause to waive the 14-day stay imposed by Bankruptcy Rule 6004(h) to the extent it is applicable. After due consideration, the Court finds that the relief, on a final basis, as requested in the Supplemental Motion is in the best interests of the Diocese, its estate, and its creditors. Therefore, for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. The Supplemental Motion is **GRANTED** on a final basis as set forth in this Final Order.

2. Pursuant to 11 U.S.C. §§ 105(a), 345(b), and 363(c), the Additional Entities are authorized, on a final basis, to:

   a. continue using their existing books and records and cash management system;

   b. designate, maintain, and continue to use, in the same manner with the same account numbers, the following bank accounts:

| RICE MEMORIAL HIGH SCHOOL | | | | |
|---|---|---|---|---|
| **Bank** | **Account No.** | **Named Account Holder** | **Account Type** | **Purpose** |
| TD Bank | *5474 | Roman Catholic Diocese of Burlington, Vermont, Inc. d/b/a Rice Memorial High School | Checking | General operations |
| TD Bank | *1271 | Roman Catholic Diocese of Burlington, Vermont, Inc. d/b/a Rice Memorial High School | Checking | Lunch account (state regulated, separate account) |
| TD Bank | *1247 | Roman Catholic Diocese of Burlington, Vermont, Inc. d/b/a Rice Memorial High School | Checking | Student activities and clubs |

| RICE MEMORIAL HIGH SCHOOL | | | | |
|---|---|---|---|---|
| Bank | Account No. | Named Account Holder | Account Type | Purpose |
| TD Bank | *1255 | Roman Catholic Diocese of Burlington, Vermont, Inc. d/b/a Rice Memorial High School | Checking | Restricted scholarship funds |
| TD Bank | *4744 | Roman Catholic Diocese of Burlington, Vermont, Inc. d/b/a Rice Memorial High School | Checking | Tuition account for international students to send wire payments |

| THE CATHOLIC CENTER AT THE UNIVERSITY OF VERMONT | | | | |
|---|---|---|---|---|
| Bank | Account No. | Named Account Holder | Account Type | Purpose |
| TD Bank | *9245 | The Catholic Center at UVM | Checking | General operations |

| MOUNT ST. JOSEPH ACADEMY | | | | |
|---|---|---|---|---|
| Bank | Account No. | Named Account Holder | Account Type | Purpose |
| TD Bank | *8829 | Mount St. Joseph Academy | Checking | General operations |
| TD Bank | *8077 | Mount St. Joseph Academy | Checking | Alumni donations account |
| TD Bank | *8845 | Mount St. Joseph Academy | Checking | Tuition account for international students to send wire payments |
| TD Bank | *8326 | Mount St. Joseph Academy | Money Market Checking | Board designated funds |
| TD Bank | *8444 | Mount St. Joseph Academy | Scholarship Money Market Savings | Evelyn Gammons Costello Scholarship Account – financial assistance |
| Berkshire Bank | *5897 | Mount St. Joseph Academy | Money Market Checking | Scholarship funds for financial assistance |
| Berkshire Bank | *3830 | Francis A. Pete Riordan Scholarship MSJ | CD – Scholarships | Restricted scholarship funds |
| Berkshire Bank | *4580 | Mount St. Joseph Academy – The Davis Family Scholarship | CD – Scholarships | Restricted scholarship funds |

| CHRIST THE KING SCHOOL - RUTLAND |
|---|

| Bank | Account No. | Named Account Holder | Account Type | Purpose |
|---|---|---|---|---|
| TD Bank | *9831 | Christ The King School | Checking | General operations |
| TD Bank | *9360 | Christ The King School | Checking | Endowment fund – financial aid scholarships |

| GOOD SHEPHERD CATHOLIC SCHOOL | | | | |
|---|---|---|---|---|
| Bank | Account No. | Named Account Holder | Account Type | Purpose |
| Passumpsic | *1077 | Good Shepherd Catholic School | Checking | General operations |
| Passumpsic | *1072 | Good Shepherd Catholic School | Checking | Donations to school and used as savings account |
| Passumpsic | *2471 | Good Shepherd Catholic School | CD – Scholarships / Bequests | Restricted scholarship account |
| Union Bank | *3872 | Good Shepherd Catholic School | Checking | Donations to school and used as savings account |
| Community National Bank | *5837 | Good Shepherd Catholic School | CD – Scholarships / Bequests | Restricted to the school – Board designated for salary endowment |
| Live Oak Bank | *8160 | Good Shepherd Catholic School | Savings | Restricted scholarship funds and board designated funds restricted for capital improvements |

(collectively, the "Additional Bank Accounts")

    c.    use their existing check stock with a "debtor in possession" notation added to each check;

    d.    continue to make disbursements by electronic funds transfer or automatic clearinghouse transactions.

    3.    TD Bank, Berkshire Bank, Passumpsic Savings Bank, Union Bank, Community National Bank, and Live Oak Bank (the "Banks") are authorized to continue to service and administer the Additional Bank Accounts as accounts of the Additional Entities without interruption and in the usual and ordinary course. The Banks are authorized to service and

administer the Additional Bank Accounts in compliance with the requirements set forth in 11 U.S.C. § 345.

4. TD Bank and Passumpsic Savings Bank shall designate the Additional Bank Accounts, as applicable, as "debtor in possession" accounts and provide the Additional Entities with proof of the same. The Additional Entities shall in turn provide that proof to the Office of the United States Trustee (the "UST").

5. For the Additional Bank Accounts held at Union Bank, Community National Bank, and Live Oak Bank, the Additional Entities, as applicable, shall maintain a balance of less than the FDIC-insured limit of $250,000. The Additional Entities shall inform the UST if the balance of any of those accounts reaches or exceeds $250,000.

6. TD Bank is specifically authorized to either issue a credit card to the Diocese with a $10,000 limit, or allow the Diocese to continue to use the issued credit card with a $10,000 limit. TD Bank is further authorized to continue allowing the Additional Entities to use credit cards as follows: (a) Rice Memorial High School with a limit of $50,000; (b) The Catholic Center at the University of Vermont with a limit of $5,000; (c) Mount St. Joseph Academy with a limit of $5,000; and (d) Christ the King School – Rutland with a limit of $5,000.

7. The Banks are authorized to receive, process, honor, and pay any and all checks and drafts drawn on the Additional Bank Accounts after September 30, 2024 (the "Petition Date") by the holders or makers thereof; provided, however, that the Bank may not honor and pay any check drawn or used by the Additional Entities before the Petition Date, for which the Additional Entities have placed a stop payment in writing.

8. To the extent certain checks and transactions cleared after the Petition Date for prepetition expenses, and such checks or transactions were used by the Additional Entities for critical operating expenses, the Court authorizes the clearing of such checks or transactions.

9. The Banks are further authorized to debit the Additional Bank Accounts in the ordinary course of business without need for further order of this Court for: (a) all checks, items, and other payment orders drawn on the Additional Bank Accounts which are cashed at the Banks' counters or exchanged for cashier's checks by the payees thereof prior to the Banks' receipt of notice of filing of the petition; (b) all checks, automated clearing house entries, and other items deposited or credited to one of the Additional Bank Accounts with the Banks prior to filing of the petition which have been dishonored, reversed, or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent the Additional Entities were responsible for such items prior to filing of the petition; (c) the payment of the credit cards issued as described in the Additional Bank Accounts in the ordinary course of business and consistent with current operations; and (d) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to the Banks as service charges for the maintenance of the cash management system and Additional Bank Accounts.

10. The Banks may rely on the representations of the Additional Entities with respect to whether any check, item, or other payment order drawn or issued by the Additional Entities prior to the Petition Date should be honored pursuant to any order of this Court, and the Banks will not have any liability to any party for relying on such representations by the Additional Entities.

11. The Additional Entities are authorized to maintain the following investment accounts:

| Additional Entity | Bank or Financial Institution | Account No. | Account Name | Purpose |
|---|---|---|---|---|
| Rice Memorial High School | Charles Schwab | *9336 | Roman Catholic Diocese of Burlington, Vermont, Inc. | Supporting Rice Memorial High School – Pizzagalli Scholarship Fund |
| Rice Memorial High School | TD Wealth | *3167 | Roman Catholic Diocese of Burlington, Rice Memorial High School | Scholarship funds and Rice Teaching for Excellence and Student Life Funds |
| The Catholic Center at the University of Vermont | Raymond James | *7327 | Catholic Center at the University of Vermont | To support expansion and ongoing ministry at University of Vermont (capital campaign) |
| Mount St. Joseph Academy | Berkshire Bank | *8014 | Mount Saint Joseph Academy Endowment Fund | Scholarship funds for financial assistance |
| Christ the King School – Rutland | Ave Maria Mutual Funds | *0727 | Christ The King School | Scholarship funds for financial assistance |

(collectively, the "Additional Investment Accounts").

12.　Cause exists to waive the requirements of 11 U.S.C. § 345(b) as to the Additional Investment Accounts and, therefore, such requirements are waived. However, this Final Order does not make, and shall not be deemed to make, a determination regarding whether or to what extent the Additional Bank Accounts or the Additional Investment Accounts are property of the Diocese's bankruptcy estate.

13.　The Diocese and the Additional Entities are authorized to take all actions necessary to implement the provisions of this Final Order. The Additional Entities shall maintain accurate records of all transfers within the Additional Bank Accounts and Additional Investment Accounts

so that all post-petition transfers and transactions shall be adequately and promptly documented in, and readily ascertainable from, their books and records.

14. To the extent Bankruptcy Rule 6004(h) applies, this Final Order is deemed effective and immediately enforceable upon its entry.

15. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and interpretation of this Final Order.

January 28, 2025  
Burlington, Vermont

Heather Z. Cooper  
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont

In re: Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve

Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2 User: admin Page 1 of 2
Date Rcvd: Jan 28, 2025 Form ID: pdf710 Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Brittany M. Michael, Pachulski Stang Zeihl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| crcm | + | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC, 677 Broadway, 8th Floor Albany, NY 12207-2953 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Jan 28 2025 19:41:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Antonin Robbason | on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |

Celeste E. Laramie
on behalf of Creditor Survivor Creditors claramie@gravelshea.com

Elizabeth A. Glynn
on behalf of Creditor TD Bank N.A. eag@rsclaw.com, ccs@rsclaw.com

Jim Baillie
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont jbaillie@fredlaw.com

Katherine Nixon
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Lisa M Penpraze
on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Paul A Levine
on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Paul A Levine
on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Raymond J Obuchowski
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com

Samuel Andre
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com

Steven Robert Kinsella
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

U S Trustee
ustpregion02.vt.ecf@usdoj.gov

TOTAL: 13