**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
01/29/2025

| | |
|---|---|
| In re: ) | |
| ) | |
| ROMAN CATHOLIC DIOCESE ) | Case No. 24-10205 |
| OF BURLINGTON VERMONT, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## EXTENDED INTERIM ORDER AUTHORIZING THE DEBTOR TO PAY CERTAIN ACCRUED AND OUTSTANDING PENSION, BENEFITS, AND RELATED AMOUNTS FOR RETIRED PRIESTS IN THE ORDINARY COURSE AND SCHEDULING ORDER

This matter came before the Court upon consideration of the Emergency Motion and Memorandum for an Order (I) Authorizing the Debtor to Pay Accrued and Outstanding Prepetition Employee Compensation, Benefits, and Related Amounts and (II) Authorizing the Debtor to Maintain Existing Payroll Service (doc. # 8) (the "Motion") filed by Debtor on September 30, 2024. The Court granted interim relief on the Motion (doc. # 70) and subsequently bifurcated the Motion at the request of Debtor and the Official Committee of Unsecured Creditors (the "Committee") to specifically reserve a final determination on payment of pension, benefits, and related amounts for certain retired priests in the ordinary course. On December 17, 2024, the Court entered an interim order and set the Motion as to certain retired priests for Final Hearing on January 28, 2025 (doc. # 126). At the Final Hearing, Debtor and the Committee reported that while documents have been exchanged, they continue to disagree as to whether certain benefits and related amounts paid to credibly accused priests should be allowed. The parties desire to brief the issue, which has not been fully developed in the record before the Court. Based upon this request and with consideration of the record in this case, **IT IS HEREBY ORDERED**:

1

1. Debtor shall file with the Court a brief outlining and supporting its position that certain obligations owed to credibly accused priests should continue without interruption no later than **February 18, 2025** and shall serve a copy upon all parties in interest.

2. The Committee shall file its response outlining and supporting its position no later than **March 11, 2025** and shall serve a copy upon all parties in interest.

3. Should the Court deem a hearing necessary, further hearing on the Motion shall be conducted on **March 25, 2025** at **11:00 a.m.** at the Federal Building, 11 Elmwood Avenue, Room 200, Burlington, VT 05401.

4. Interim relief granted by this Court on December 17, 2024 (doc. # 126), is hereby extended until the Court issues a final determination on payment of pension, benefits, and related amounts for retired priests.

**SO ORDERED.**

January 29, 2025
Burlington, Vermont

*Heather Z. Cooper*
Heather Z. Cooper
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont

In re:  
Roman Catholic Diocese of Burlington, Ve  
    Debtor

Case No. 24-10205-hzc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0210-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 29, 2025     Form ID: pdf714     Total Noticed: 5

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Brittany M. Michael, Pachulski Stang Zeihl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| crcm | + | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC, 677 Broadway, 8th Floor Albany, NY 12207-2953 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Jan 29 2025 19:36:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

**Name**      **Email Address**

Antonin Robbason  
     on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com

Brittany Mitchell Michael  
     on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com

District/off: 0210-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 29, 2025 | Form ID: pdf714 | Total Noticed: 5

Celeste E. Laramie
    on behalf of Creditor Survivor Creditors claramie@gravelshea.com

Elizabeth A. Glynn
    on behalf of Creditor TD Bank N.A. eag@rsclaw.com, ccs@rsclaw.com

Jim Baillie
    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont jbaillie@fredlaw.com

Katherine Nixon
    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Lisa M Penpraze
    on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Paul A Levine
    on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Paul A Levine
    on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Raymond J Obuchowski
    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com

Samuel Andre
    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com

Steven Robert Kinsella
    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

U S Trustee
    ustpregion02.vt.ecf@usdoj.gov

TOTAL: 13