UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In re:

    ROMAN CATHOLIC DIOCESE OF           **Case No. 24-10205**
    BURLINGTON VERMONT,                     **Chapter 11**

                            Debtor.
-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

    I hereby certify and declare under penalty of perjury that on **February 3, 2025**, I electronically filed the foregoing **Supplemental Declaration of Matthew K. Babcock in Support of Application of the Official Committee of Unsecured Creditors to Retain and Employ Berkeley Research Gorup, LLC as Financial Advisor Effective as of November 20, 2024** with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

    Samuel Andre on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
    sandre@fredlaw.com

    Jim Baillie on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
    jbaillie@fredlaw.com

    Elizabeth A. Glynn on behalf of Creditor TD Bank, N.A.
    eag@rsclaw.com, ccs@rsclaw.com

    Steven Robert Kinsella on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
    skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

    Celeste E. Laramie on behalf of Creditor Survivor Creditors
    claramie@gravelshea.com

    Paul A Levine on behalf of Creditor Committee Committee of Unsecured Creditors
    plevine@lemerygreisler.com, phartl@lemerygreisler.com

    Paul A Levine on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors
    plevine@lemerygreisler.com, phartl@lemerygreisler.com

    Brittany Mitchell Michael on behalf of Creditor Committee Committee of Unsecured Creditors
    bmichael@pszjlaw.com

    Katherine Nixon on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
    knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

    Raymond J Obuchowski on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
    ray@oeblaw.com, marie@oeblaw.com

    Lisa M Penpraze on behalf of U.S. Trustee U S Trustee
    lisa.penpraze@usdoj.gov

Antonin Robbason on behalf of Creditor TD Bank, N.A.
aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com

U S Trustee
ustpregion02.vt.ecf@usdoj.gov

Dated: February 4, 2025            /s/Patricia Hartl
                                   Patricia Hartl