UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

--------------------------------------------------------------------

In re:

ROMAN CATHOLIC DIOCESE OF
BURLINGTON VERMONT,

Debtor.

Case No. 24-10205
Chapter 11

--------------------------------------------------------------------



Filed & Entered
On Docket
02/06/2025

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR *WITH MODIFICATION*

Upon consideration of the *Ex Parte Application of the Official Committee of Unsecured Creditors of the Debtor to Retain and Berkeley Research Group, LLC as Financial Advisors Effective as of November 20, 2024* (the "**Application**"),[4] pursuant to sections 327 and 1103(a) Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the District of Vermont (the "**Local Rules**"), for an order authorizing and approving the retention and employment of Berkeley Research Group, LLC ("**BRG**") as financial advisors for the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtor (the "**Debtor**") in this chapter 11 case; and upon consideration of the declaration of Matthew K. Babcock in support of the Application filed by the Committee; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Committee having provided adequate and appropriate notice of

---

[4] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The Committee is authorized to retain and employ BRG as financial advisors to the Committee **effective as of November 22, 2024** - the date upon which it began services. BRG may seek compensation for work performed and expenses incurred on and after November 22, 2024. Any compensation requested shall be subject to Court approval.

3. BRG shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's case as set forth in the Application and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of this Court.

4. The Committee and BRG are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. No fees will be paid to BRG including the use of any retainer received for post-petition services, without prior approval of the Court.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

7. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

February 6, 2025
Burlington, Vermont

_Heather Z. Cooper_
Heather Z. Cooper
United States Bankruptcy Judge