# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:
Roman Catholic Diocese of Burlington, Vermont,

Debtor(s)

Case# 24-10205-*hzc*

Chapter 11

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 01/31/2025, I did cause a copy of the following documents, described below.

- NOTICE OF THE TIME FOR TIMELY FILING NON-SEXUAL ABUSE PROOFS OF CLAIMS [ECF #146]

- AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASE [ECF #152]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A** and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 02/04/2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com

# **<u>Exhibit A</u>**

**Exhibit A**

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| ACcommunication Partners | PO Box 18-253 | | Wellesley Hills | MA | 02481 |
| Bonnyman, Edward | 34 Victory Dirve | | South Burlington | VT | 05403 |
| Bytes.co | 7 Kilburn St Suite 301 | | Burlington | VT | 05401 |
| Casella Waste | PO Box 1372 | | Williston | VT | 05495-1372 |
| Chris Fletcher LLC | 2335B RT 114 | | Norton | VT | 05907 |
| Consensus Cloud Solutions Canada, ULC | P. O. Box 512986 | | Los Angeles | CA | 90051-0986 |
| ExxonMobil - Wex | PO Box 6293 | | Carol Stream | IL | 60197-6293 |
| Flower, George | PO Box 24 | | Enosburg Fall | VT | 05450 |
| Follett Higher Education Gorup LLC | Store No 2378 MA Diocese of Burlington-24 | 3146 Solutions Center | Chicago | IL | 60677-3001 |
| From the Ground Up | 191 North Grove Street | | Rutland | VT | 05701 |
| Gauthier Trucking Company Inc | 5 Gauthier Drive | | Essex Jct | VT | 05452 |
| Henry Furman | PO Box 7 | | Fairfax | VT | 05454 |
| Life Safety Systems Inc | dba Reliant Electric Works | 89C Ethan Allen Drive | South Burlington | VT | 05403 |
| Pizzonia, Rev Domenico | PO Box 3 | | Undershill Center | VT | 05490-0003 |
| Pontifical College Josephinum | Josephinum Diaconate Institute | 7625 North High Street | Columbus | OH | 43235 |
| Power Sound of New England | 384 Harold Dow Hwy | Unit 28 | Eliot | ME | 03903 |
| Sharp, Jeffrey | 13 Ward Ter | | St Albans | VT | 05478-1634 |
| Sterling Volunteers | PO Box 9469 | | New York | NY | 10087-9469 |
| Tan Books | PO Box 269 | | Gastonia | NC | 28053 |
| The Radio North | 12 Gregory Drive, Suite 4 | | South Burlington | VT | 05403 |
| Vermont Elevator Inspections | PO Box 111 | | Northfield | VT | 05403 |
| WCAX | PO Box 14200 | | Tallahassee | FL | 32317-4200 |
| Yvon J. Royer | 3 St Peter Street | | Winooski | VT | 05404 |