UNITED STATES BANKRUPTCY COURT

DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Roman Catholic Diocese of Burlington, ) | Case No. 24-10205-*hzc* |
| Vermont[1] ) | *Chapter 11 Case* |
| Debtor in Possession ) | |

# CERTIFICATE OF SERVICE

I, Raymond J. Obuchowski, Esq., hereby certify that on February 6, 2025 copies of the:

- Application for Compensation of Obuchowski Law Office as Vermont/Local Counsel to the Debtor in Possession for Raymond J Obuchowski, Debtor's Attorney, Period: 9/30/2024 to 12/31/2024, Fees: $20,069.00, Expenses: $5,341.90. [ECF #194]
- Proposed Order [ECF #194-1]

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) generated in connection with the respective filings as follows:

> Samuel Andre on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
> sandre@fredlaw.com
>
> Jim Baillie on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
> jbaillie@fredlaw.com
>
> Elizabeth A. Glynn on behalf of Creditor TD Bank, N.A.
> eag@rsclaw.com, ccs@rsclaw.com
>
> Steven Robert Kinsella on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
> skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com
>
> Celeste E. Laramie on behalf of Creditor Survivor Creditors
> claramie@gravelshea.com

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Paul A Levine on behalf of Creditor Committee Committee of Unsecured Creditors
plevine@lemerygreisler.com, phartl@lemerygreisler.com

Paul A Levine on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors
plevine@lemerygreisler.com, phartl@lemerygreisler.com

Brittany Mitchell Michael on behalf of Creditor Committee Committee of Unsecured Creditors
bmichael@pszjlaw.com

Katherine Nixon on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Raymond J Obuchowski on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
ray@oeblaw.com, marie@oeblaw.com

Lisa M Penpraze on behalf of U.S. Trustee U S Trustee
lisa.penpraze@usdoj.gov

Antonin Robbason on behalf of Creditor TD Bank, N.A.
aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com

U S Trustee
ustpregion02.vt.ecf@usdoj.gov

and the following documents:

- Application for Compensation of Obuchowski Law Office as Vermont/Local Counsel to the Debtor in Possession for Raymond J Obuchowski, Debtor's Attorney, Period: 9/30/2024 to 12/31/2024, Fees: $20,069.00, Expenses: $5,341.90. [ECF #194]
- Proposed Order [ECF #194-1]

by copies sent by electronic mail for delivery on Friday, February 7, 2025 to those indicated and required pursuant to Order [ECF #180] as Notice Parties set below:

| Lorei Dawson | | 'ldawson@vermontcatholic.org' |
| Steven Robert Kinsella, Esq. | | skinsella@fredlaw.com |

| Brittany Mitchell Michael, Esq. | | bmichael@pszjlaw.com |
|---|---|---|
| Paul Levine, Esq. | | plevine@lemerygreisler.com |
| Lisa Penpraze, Esq. | | Penpraze, Lisa (USTP) <Lisa.Penpraze@usdoj.gov> |

DATED at Royalton, Vermont: Friday, February 7, 2025.

By: /s/Raymond J .Obuchowski
Raymond J. Obuchowski, Esq.
Obuchowski Law Office
PO Box 60
Bethel, Vermont   05031
802-234-6244
802-234-6245  *telefax*
ray@oeblaw.com