UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In re:

       ROMAN CATHOLIC DIOCESE OF          **Case No. 24-10205**
       BURLINGTON VERMONT,                   **Chapter 11**

                       Debtor.
-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on **February 7, 2025**, I electronically filed the **First Application for Interim Compensation and Reimbursement of Expenses of Lemery Greisler LLC as Local Counsel to the Official Committee of Unsecured Creditors with Exhibits and Proposed Order** with the Clerk of Bankruptcy Court using CM/ECF system which sent notification of such filings to all ECF participants.

Additionally, I served the same on **February 7, 2025**, on the following notice parties via email:

       Counsel for the Diocese, Fredrikson & Byron, P.A., Attn:  Steven R. Kinsella, Esq.
       skinsella@fredlaw.com

       Local Counsel for the Diocese, Obuchowski Law Office
       ray@oeblaw.com

       Counsel for the Committee, Pachulski Stang Ziehl & Jones, Attn:  Brittany Michael
       bmichael@pszjlaw.com

       Office of the U.S. Trustee, Attn:  Lisa Penpraze
       Lisa.Penpraze@usdoj.gov

And, I hereby certify and declare under penalty of perjury that on **February 7, 2025**, I mailed by the United States Postal Service the **First Application for Interim Compensation and Reimbursement of Expenses of Lemery Greisler LLC as Local Counsel to the Official Committee of Unsecured Creditors with Exhibits and Proposed Order** to the following notice party:

       The Diocese
       Attn:  Lorei Dawson
       55 Joy Drive
       South Burlington, VT  05403


Dated:  February 7, 2025                /s/Patricia Hartl
                                      Patricia Hartl