UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------
In re:

    ROMAN CATHOLIC DIOCESE OF                   **Case No. 24-10205**
    BURLINGTON VERMONT,                                **Chapter 11**

                         Debtor.
-----------------------------------------------------------------

## AMENDED CERTIFICATE OF SERVICE

      I hereby certify that on **February 7, 2025**, I electronically filed the **First Application for Interim Compensation and Reimbursement of Expenses of Lemery Greisler LLC as Local Counsel to the Official Committee of Unsecured Creditors with Exhibits and Proposed Order** with the Clerk of Bankruptcy Court using CM/ECF system which sent notification of such filings to all ECF participants.

      Additionally, I served the same on **February 7, 2025**, on the following notice parties via email:

      Counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.
      skinsella@fredlaw.com

      Local Counsel for the Diocese, Obuchowski Law Office
      ray@oeblaw.com

      Counsel for the Committee, Pachulski Stang Ziehl & Jones, Attn: Brittany Michael
      bmichael@pszjlaw.com

      Office of the U.S. Trustee, Attn: Lisa Penpraze
      Lisa.Penpraze@usdoj.gov

      And, I hereby certify and declare under penalty of perjury that on **February 7, 2025**, I mailed by the United States Postal Service the **First Application for Interim Compensation and Reimbursement of Expenses of Lemery Greisler LLC as Local Counsel to the Official Committee of Unsecured Creditors with Exhibits and Proposed Order** to the following notice party:

      The Diocese
      Attn: Lorei Dawson
      55 Joy Drive
      South Burlington, VT 05403


Dated: February 7, 2025                                                     /s/Patricia Hartl
                                                                               Patricia Hartl