Hearing Date: March 25, 2025
Time: 11:00 a.m.
Burlington

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

------------------------------------------------------------------

In re:                                                    **Chapter 11**

Roman Catholic Diocese of Burlington, Vermont,            **Case No. 24-10205-HZC**

                         Debtor.

------------------------------------------------------------------

### FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

This application (the "Application") is made by Pachulski Stang Ziehl & Jones LLP ("PSZJ"), attorneys for the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Diocese of Burlington, Vermont, the above-captioned debtor and debtor in possession (the "Debtor"). This Application covers the period from PSZJ's retention effective date of November 11, 2024 through December 31, 2024 (the "Application Period").

For the Application Period, PSZJ seeks an interim award of compensation for fees in the amount of $93,373.00[1] and reimbursement of expenses in the amount of $3,271.63. This

---

[1] Pursuant to the *Ex Parte Application of the Official Committee of Unsecured Creditors to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel Effective as of November 11, 2024* (the "Retention Application") [Docket No. 104], approved by order entered January 3, 2025 [Docket No. 151], PSZJ agreed to cap its attorney billing rate at $950 per hour for all attorneys whose customary billing rate exceeds $950 per hour. On the invoice that covers the period November 11, 2024 through November 30, 2024, PSZJ provided a courtesy discount of $13,413.00 (the "November 2024 Courtesy Discount") to its uncapped attorney billing rates to reduce each attorney's billing rate to the $950 capped rate. In the invoice that covers the period December 1, 2024 through December 31, 2024, PSZJ billed each attorney at the $950 capped rate. For this reason, fees during the Application Period, without the November 2024

Application is brought pursuant to the terms of the *Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* (the "Interim Compensation Order") [Docket No. 180].

## BACKGROUND

1.      On September 30, 2024, the Debtor commenced a voluntary case (the "Case") under chapter 11 of the Bankruptcy Code, 11 U.S.C. sec. 101 et seq. (the "Bankruptcy Code").

2.      On October 22, 2024, the United States Trustee (the "UST") appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee consists of five individuals who were sexually abused as minors by perpetrators for whom the Debtor was responsible. *See Appointment of Official Committee of Unsecured Creditors* [Docket No. 52].

3.      On or about November 11, 2024, the Committee retained PSZJ as its counsel. *See Order Granting Ex Parte Application of the Official Committee of Unsecured Creditors to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel Effective as of November 11, 2024* [Docket No. 151].

4.      This Application is PSZJ's first request for compensation in this Case. No retainer has been paid to PSZJ.

## SERVICES RENDERED

5.      During the Application Period, PSZJ provided counsel to the Committee on a variety of matters in the Case. PSZJ's complete and detailed time records for the Application Period are attached to this Application as **Exhibit A**.  Pursuant to the Interim Compensation

---

Courtesy Discount originally totaled $106,786.00; after applying the November 2024 Courtesy Discount, PSZJ's fees for the Application Period are $93,373.00.

Order, PSZJ attaches hereto as **Exhibit B** the cover sheet for this Application. Below are the various task codes into which PSZJ categorized its work.[2]

### Asset Analysis
### 8.80 Hours; $7,844.05

6.      Time billed to this category includes work regarding asset analysis and recovery issues. During the Application Period, PSZJ, among other things: (a) performed legal research; (b) analyzed the Debtor's Schedules of Assets and Statement of Financial Affairs; (c) conferred with the Committee's financial advisor, Berkeley Research Group, LLC ("BRG"), regarding Debtor's assets; and (d) prepared for the final first-day hearing.

### Avoidance Actions
### 0.40 Hours; $596.98

7.      Time billed to this category during the Application Period was minimal and included analysis of a fraudulent conveyance action.

### Bankruptcy Litigation
### 26.30 Hours; $20,370.11

8.      Time billed to this category includes work regarding bankruptcy court litigation. During the Application Period, PSZJ, among other things: (a) analyzed insurance and other fact-related discovery issues; (b) drafted a Federal Rule of Bankruptcy Procedure 2004 motion directed to the Debtor; (c) revised a draft confidentiality agreement provided by the Debtor; (d) analyzed a variety of the Debtor's policies and manuals; (e) reviewed Debtor financial information; (f) reviewed insurance-related information and first-day motion issues; (g) revised

---

[2] Because certain services rendered in this Case may have affected several categories, services pertaining to one category may occasionally be included in another category.

proposed final first-day orders; and (h) drafted a production log to track document production in the Case.

### Case Administration
### 19.10 Hours; $12,404.31

9.      Time billed to this category includes work regarding bankruptcy case administration issues.  During the Application Period, PSZJ, among other things: (a) conferred with Debtor's counsel and with local counsel regarding case issues; (b) conferred with Committee members and the U.S. Trustee regarding the section 341 meeting of creditors; (c) reviewed an order and emails regarding the case management conference; (d) regularly updated its memorandum of critical dates; and (e) regularly updated its contact list.

### Compensation of Professionals and Other Professional Compensation
### 1.00 Hours; $950.00

10.     Time billed to these two categories includes work relating to the compensation of professionals. This work during the Application Period was minimal and included (a) reviewing and responding to emails regarding pro hac vice motions (b) analyzing a draft compensation and exclusivity motion; and (c) reviewing a fee application filed by Debtor's counsel.

### Claims Administration and Objections
### 1.10 Hours; $914.24

11.     Time billed to this category includes work regarding claims administration. PSZJ performed minimal work during the Application Period, including (a) revising the bar date order and proposed claim form; and (b) reviewing a notice of outstanding issues regarding a proposed order on the claims bar date and forms.

### General Creditors' Committee
### 27.30 Hours; $25,035.96

12.     Time billed to this category includes work communicating with the Committee. During the Application Period, PSZJ, among other things: (a) attended meetings with the Committee regarding a variety of case issues; (b) drafted minutes of these meetings; (c) conferred with sexual abuse survivors' state court counsel regarding the Case; and (d) drafted Committee by-laws.

### Hearings
### 3.10 Hours; $3,118.15

13.     Time billed to this category relates to attending various hearings in the Case. During the Application Period, PSZJ prepared for and attended the first-day hearing and a status conference.

### Insurance Coverage and Insurance Issues
### 3.00 Hours; $3,569.62

14.     Time billed to these categories relates to work regarding insurance issues. During the Application Period, PSZJ: (a) reviewed insurance materials; (b) reviewed and conferred regarding a first-day insurance motion; and (c) analyzed avoidance actions.

### Retention of Professionals
### 5.80 Hours; $5,362.78

15.     Time billed to this category during the Application Period relates to work regarding the retention of PSZJ professionals.  During the Application Period, PSZJ, among other things: (a) reviewed the local bankruptcy rules relating to local counsel and pro hac vice retention; (b) researched and interviewed potential local counsel; (c) prepared PSZJ's Retention Application

and conferred with local counsel regarding the Retention Application; (d) and assisted local counsel with preparing pro hac vice applications.

### Retention of Professionals/Other
### 5.40 Hours; $5,274.30

16.     Time billed to this category relates to work regarding the retention of Committee professionals other than PSZJ. During the Application Period, PSZJ, among other things: (a) conferred with potential local counsel; (b) corresponded regarding PSZJ, BRG, and local counsel retention; and (c) assisted BRG with its preparation of its retention application.

### Travel
### 16.70 Hours; $7,932.50

17.     Time billed to this category during the Application Period reflects attorney non-working time incurred while traveling on Case matters.  Time in this category was billed at one-half of the billing attorney's $950 capped hourly rate.

### EXPENSES

18.     As set forth in the invoices annexed hereto as **Exhibit A**,  PSZJ has incurred $3,271.63 in reimbursable expenses on behalf of the Committee during the Application Period.

### ATTORNEYS, RATES, HOURS AND REASONABLENESS OF FEES

19.     PSZJ's attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees, and others in a wide variety of bankruptcy cases. Notably, attorneys at PSZJ have unique experience representing more committees of survivors of childhood sexual abuse in chapter 11 cases involving entities affiliated with the Roman Catholic Church than does any other law firm in the country, including creditors' committees in the following cases: Diocese of Spokane (Washington); Diocese of Davenport (Iowa); Diocese of San Diego (California – first

chapter 11 case); Diocese of Fairbanks (Alaska); Diocese of Wilmington (Delaware); Society of

Jesus, Oregon Province (a five state Province); Archdiocese of Milwaukee (Wisconsin); The

Christian Brothers' Institute; The Christian Brothers of Ireland, Inc.; the Diocese of Gallup (New

Mexico); the Roman Catholic Bishop of Helena (Montana); the Roman Catholic Bishop of

Stockton (California); the Roman Catholic Bishop of Great Falls-Billings (Montana); Roman

Catholic Church of the Archdiocese of Santa Fe (New Mexico); the Diocese of Rochester (New

York), the Diocese of Buffalo (New York); the Diocese of Rockville Centre (New York); the

Roman Catholic Diocese of Ogdensburg, New York; and the Roman Catholic Archbishop of San

Francisco (California). PSZJ also has represented committees comprised of, or including,

survivors of childhood sexual abuse and adult survivors of sexual abuse and harassment,

including those in the following chapter 11 cases: Boy Scouts of America; USA Gymnastics;

Madison Boys & Girls Club, Inc.; and The Weinstein Companies. This experience makes PSZJ

highly qualified to represent the Committee in this Case, and to maximize efficiency based on its

experience with Roman Catholic entities such as the Debtor.

20.    PSZJ maintains billing records that indicate the time spent and the nature of the

work performed, and expenses PSZJ incurs as part of the Case. These billing records, which

describe in detail the services rendered and expenses incurred by PSZJ during the Application

Period, are summarized in monthly PSZJ invoices. PSZJ's invoices for the Application Period are

attached at **Exhibit A**.

21.    Section 330 of the Bankruptcy Code prescribes the general standards for

determining the amount of compensation due to PSZJ in this Case:

> [R]easonable compensation for actual, necessary services rendered by
> such…attorney,…and by any paraprofessional persons employed…such

attorney…based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under this title…

22.     PSZJ submits that the total value of its services from November 11, 2024 to December 31, 2024, set forth above, represents reasonable compensation for professional services rendered based upon the time spent, and the nature, extent and value of such services, taking into account the cost of comparable services other than in a case under the Bankruptcy Code. PSZJ further submits that given the skill required of PSZJ to perform services involved; PSZJ's customary fees for such work; and PSZJ's experience, reputation and ability; the compensation sought in this Application is fair and reasonable. PSZJ has spent 118.00 hours on this case from its retention through December 31, 2024, in the amount of $93,373.00 in fees and $3,271.63 in expenses.

## **NOTICE**

23.     Pursuant to the Interim Compensation Order, the Application will be served upon the following: (i) (*by U.S. Mail*) the Diocese, Attn: Lorei Dawson, 55 Joy Drive, South Burlington, Vermont 05403; (ii) (*via email*) counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.; skinsella@fredlaw.com; (iii) (*via email*) local counsel for the Diocese, Obuchowski Law Office, Attn: Ray Obuchowski, Esq.: ray@oeblaw.com; and (iv) (*via email*) the Office of the UST, Attn: Lisa Penpraze, Esq.: Lisa.Penpraze@usdoj.gov.

[remainder of page left intentionally blank]

## CONCLUSION

Based upon the foregoing, PSZJ respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit C**, granting the Application and allowing interim compensation in the amount of $93,373.00 for services rendered and $3,271.63 in expenses advanced.

Date:  February 7, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Brittany M. Michael*
Gail S. Greenwood (admitted *pro hac vice* )
Brittany M. Michael (admitted *pro hac vice* )
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Email:  ggreenwood@pszjlaw.com
          bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

4906-3759-5670.3 18506.00002

## COMMITTEE CERTIFICATION FOR
## FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Daniel Stack, the Chair of the Official Committee of Unsecured Creditors ("Committee"), do hereby certify that I have reviewed the *FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES* and

Check one:

☒ I do not object to the allowance of the application and payment of fees and expenses in full as the services rendered and fees charged appear reasonable;

Or

☐ I object to the application and to payment of the fees and expenses in full in the amounts and for the reasons set forth below.

Dated: February 7, 2025                  */s/ Daniel Stack*
                                         Daniel Stack
                                         Chair of the Official Committee of
                                         Unsecured Creditors

**EXHIBIT A**



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Vermont O.C.C.

December 1, 2024
Invoice   143949
Client    18506.00002

RE:  Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2024

| | |
|---|---:|
| FEES | $69,398.00 |
| EXPENSES | $314.10 |
| COURTESY DISCOUNT | -$13,413.00 |
| **TOTAL CURRENT CHARGES** | **$56,299.10** |
| **TOTAL BALANCE DUE** | **$56,299.10** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:    2
Invoice 143949
December 1, 2024

---

Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| IAWN | Nasatir, Iain A.W. | Partner | 1,525.00 | 3.90 | $5,947.50 |
| IDS | Scharf, Ilan D. | Partner | 1,250.00 | 2.10 | $2,625.00 |
| JIS | Stang, James I. | Partner | 1,850.00 | 8.40 | $15,540.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 975.00 | 23.50 | $22,912.50 |
| GNB | Brown, Gillian N. | Counsel | 1,075.00 | 1.70 | $1,827.50 |
| GSG | Greenwood, Gail S. | Counsel | 1,195.00 | 8.90 | $10,635.50 |
| BDD | Dassa, Beth D. | Paralegal | 595.00 | 1.00 | $595.00 |
| NJH | Hall, Nathan J. | Paralegal | 545.00 | 16.50 | $8,992.50 |
| LAF | Forrester, Leslie A. | Library | 645.00 | 0.50 | $322.50 |
| | | | | 66.50 | $69,398.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Vermont O.C.C.

Client 18506.00002

Page:   3

Invoice 143949

December 1, 2024

---

Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 5.60 | $5,955.00 |
| AC | Avoidance Action Analysis | 0.40 | $740.00 |
| BL | Bankruptcy Litigation | 17.00 | $15,855.00 |
| CA | Case Administration | 10.80 | $7,811.00 |
| CO | Claims Administration and Objections | 0.80 | $780.00 |
| GC | General Creditors' Committee | 23.70 | $27,347.00 |
| HE | Hearings | 1.10 | $1,510.00 |
| II | Insurance Issues | 2.10 | $3,365.00 |
| RP | PSZJ Retention | 4.20 | $5,225.00 |
| RPO | Other Professional Retention | 0.80 | $810.00 |
| | | 66.50 | $69,398.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:    4
Invoice 143949
December 1, 2024

---

Summary of Expenses

| Description | Amount |
|---|---|
| Bloomberg | $40.00 |
| Lexis/Nexis- Legal Research | $223.90 |
| Pacer - Court Research | $50.20 |
| | $314.10 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:   5
Invoice 143949
December 1, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 11/15/2024 | LAF | AA | Legal research re: Rule 2004 papers in Vermont bankruptcy court. | 0.50 | 645.00 | $322.50 |
| 11/18/2024 | BMM | AA | Analyze publicly available information on the Diocese. | 1.20 | 975.00 | $1,170.00 |
| 11/20/2024 | GSG | AA | Review petition, first-day declaration, and pre-bankruptcy files. | 1.90 | 1,195.00 | $2,270.50 |
| 11/26/2024 | BMM | AA | Meeting with G. Greenwood and BRG regarding discovery and asset analysis. | 0.60 | 975.00 | $585.00 |
| 11/26/2024 | BMM | AA | Analyze schedules and SOFA. | 0.30 | 975.00 | $292.50 |
| 11/26/2024 | GSG | AA | Conference call with B. Michael, C. Tergevorkian, and M. Babcock re case status, timing, and documents. | 0.60 | 1,195.00 | $717.00 |
| 11/27/2024 | GSG | AA | Review schedules of assets and liabilities. | 0.50 | 1,195.00 | $597.50 |
| | | | | 5.60 | | $5,955.00 |
| **Avoidance Action Analysis** | | | | | | |
| 11/18/2024 | JIS | AC | Review docket of 2009 fraudulent conveyance action. | 0.20 | 1,850.00 | $370.00 |
| 11/18/2024 | JIS | AC | Review depositon exhibits regarding fraudulent conveyances. | 0.20 | 1,850.00 | $370.00 |
| | | | | 0.40 | | $740.00 |
| **Bankruptcy Litigation** | | | | | | |
| 11/11/2024 | BMM | BL | Analyze intial pleadings. | 0.30 | 975.00 | $292.50 |
| 11/13/2024 | JIS | BL | Call with B. Michael regarding case status, including insurance and discovery issues | 0.20 | 1,850.00 | $370.00 |
| 11/14/2024 | GSG | BL | Confer with B. Michael re preliminary strategy. | 0.40 | 1,195.00 | $478.00 |
| 11/15/2024 | GSG | BL | Review LBR re Rule 2004 exams and confer with L. Forrester re same. | 0.20 | 1,195.00 | $239.00 |
| 11/18/2024 | NJH | BL | Upload documents pulled from the Roman Catholic Diocese of Burlington website for analysis by attorneys. | 3.20 | 545.00 | $1,744.00 |
| 11/19/2024 | BMM | BL | Analyze initial pleadings. | 1.50 | 975.00 | $1,462.50 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Vermont O.C.C.

Client 18506.00002

Page:   6

Invoice 143949

December 1, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/2024 | BMM | BL | Review pre-bankruptcy documents from tort counsel. | 1.90 | 975.00 | $1,852.50 |
| 11/20/2024 | GSG | BL | Draft 2004 motion to Debtor. | 2.80 | 1,195.00 | $3,346.00 |
| 11/20/2024 | NJH | BL | Draft common interest and confidentiality agreement. | 1.70 | 545.00 | $926.50 |
| 11/20/2024 | NJH | BL | Upload Diocese transfer documents onto the database for analysis by attorneys. | 0.20 | 545.00 | $109.00 |
| 11/21/2024 | BMM | BL | Analyze state court documents. | 0.90 | 975.00 | $877.50 |
| 11/21/2024 | GSG | BL | Confer with B. Michael re document requests to Debtor. | 0.10 | 1,195.00 | $119.50 |
| 11/26/2024 | BMM | BL | Review draft confidentiality agreement from Debtor. | 0.50 | 975.00 | $487.50 |
| 11/27/2024 | BMM | BL | Analyze Diocese policies available online. | 0.70 | 975.00 | $682.50 |
| 11/27/2024 | GSG | BL | Review confidentiality agreement and email B. Michael re provisions requiring revisions/detail. | 0.80 | 1,195.00 | $956.00 |
| 11/30/2024 | GSG | BL | Draft/revise confidentiality agreement re confidentiality, challenges, and use of materials. | 1.60 | 1,195.00 | $1,912.00 |
| | | | | 17.00 | | $15,855.00 |

Case Administration

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/11/2024 | GNB | CA | Email N. Hall regarding initial projects upon PSZJ's selection as Committee counsel. | 0.10 | 1,075.00 | $107.50 |
| 11/12/2024 | BDD | CA | Review docket and revise critical dates memo re same (.70); emails G. Brown and N. Hall re same (.10). | 0.80 | 595.00 | $476.00 |
| 11/12/2024 | BDD | CA | Email N. Hall re contact list. | 0.10 | 595.00 | $59.50 |
| 11/12/2024 | GNB | CA | Call with N. Hall regarding local rules, critical dates memorandum, retention of PSZJ, and Committee contact list. | 0.20 | 1,075.00 | $215.00 |
| 11/12/2024 | NJH | CA | Draft critical dates memorandum. | 0.80 | 545.00 | $436.00 |
| 11/12/2024 | NJH | CA | Draft case contact spreadsheet. | 1.30 | 545.00 | $708.50 |
| 11/12/2024 | NJH | CA | Telephone conference with G. Brown to discuss case logistics. | 0.20 | 545.00 | $109.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:    7
Invoice 143949
December 1, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2024 | BDD | CA | Email N. Hall re critical dates memo. | 0.10 | 595.00 | $59.50 |
| 11/13/2024 | GNB | CA | Edit critical dates memorandum. | 0.20 | 1,075.00 | $215.00 |
| 11/13/2024 | NJH | CA | Check statutory law on critical dates memorandum. | 1.90 | 545.00 | $1,035.50 |
| 11/13/2024 | NJH | CA | Revise the contact list spreadsheet. | 1.30 | 545.00 | $708.50 |
| 11/14/2024 | GNB | CA | Edit critical dates calendar. | 0.10 | 1,075.00 | $107.50 |
| 11/15/2024 | BMM | CA | Prepare agenda for meeting with Debtor's counsel. | 0.20 | 975.00 | $195.00 |
| 11/15/2024 | JIS | CA | Initial call with Debtor. | 0.60 | 1,850.00 | $1,110.00 |
| 11/19/2024 | BMM | CA | Draft email to Debtor's counsel regarding first-day motions. | 0.80 | 975.00 | $780.00 |
| 11/20/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.30 | 975.00 | $292.50 |
| 11/21/2024 | BMM | CA | Review motion to continue hearing. | 0.20 | 975.00 | $195.00 |
| 11/22/2024 | NJH | CA | Revise the contacts list spreadsheet. | 0.10 | 545.00 | $54.50 |
| 11/22/2024 | NJH | CA | Draft critical dates memorandum. | 0.30 | 545.00 | $163.50 |
| 11/26/2024 | NJH | CA | Revise the contact list. | 0.40 | 545.00 | $218.00 |
| 11/26/2024 | NJH | CA | Revise the critical dates memorandum. | 0.10 | 545.00 | $54.50 |
| 11/27/2024 | BMM | CA | Call with S. Kinsella regarding ongoing case issues. | 0.30 | 975.00 | $292.50 |
| 11/27/2024 | NJH | CA | Draft critical dates memorandum. | 0.20 | 545.00 | $109.00 |
| 11/27/2024 | NJH | CA | Revise the contact list. | 0.20 | 545.00 | $109.00 |
| | | | | 10.80 | | $7,811.00 |

Claims Administration and Objections

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/19/2024 | BMM | CO | Revise bar date order, proposed claim form. | 0.80 | 975.00 | $780.00 |
| | | | | 0.80 | | $780.00 |

General Creditors' Committee

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/11/2024 | BMM | GC | Call with C. Laramie regarding Committee's decision to retain PSZJ. | 0.30 | 975.00 | $292.50 |
| 11/11/2024 | BMM | GC | Analyze next steps following retention by Committee. | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Vermont O.C.C.

Client 18506.00002

Page:   8

Invoice 143949

December 1, 2024

---

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/11/2024 | IDS | GC | Call with J. Arbour regarding case. | 1.00 | 1,250.00 | $1,250.00 |
| 11/12/2024 | BMM | GC | Call with tort counsel regarding ongoing case issues. | 1.50 | 975.00 | $1,462.50 |
| 11/12/2024 | IDS | GC | Attend (partial) introductory meeting with counsel. | 1.10 | 1,250.00 | $1,375.00 |
| 11/12/2024 | JIS | GC | Call with state court counsel regarding Committee organization and case background. | 1.50 | 1,850.00 | $2,775.00 |
| 11/13/2024 | BMM | GC | Prepare for meeting with the Committee. | 0.80 | 975.00 | $780.00 |
| 11/13/2024 | BMM | GC | Call with the Committee regarding ongoing case issues. | 1.50 | 975.00 | $1,462.50 |
| 11/13/2024 | BMM | GC | Call with J. Stang regarding Committee meeting. | 0.30 | 975.00 | $292.50 |
| 11/13/2024 | IAWN | GC | Telephone call with Committee. | 1.50 | 1,525.00 | $2,287.50 |
| 11/13/2024 | JIS | GC | Committee meeting. | 1.50 | 1,850.00 | $2,775.00 |
| 11/13/2024 | NJH | GC | Attend Committee meeting to take minutes. | 1.50 | 545.00 | $817.50 |
| 11/14/2024 | NJH | GC | Preparation of 341 meeting transcripts for review by the Committee. | 0.60 | 545.00 | $327.00 |
| 11/14/2024 | NJH | GC | Draft minutes from the 11/14/2024 Committee meeting. | 1.00 | 545.00 | $545.00 |
| 11/15/2024 | BMM | GC | Call with SCC regarding claims question. | 0.30 | 975.00 | $292.50 |
| 11/18/2024 | BMM | GC | Meeting with tort counsel regarding ongoing case issues. | 0.90 | 975.00 | $877.50 |
| 11/18/2024 | BMM | GC | Draft Committee bylaws. | 1.10 | 975.00 | $1,072.50 |
| 11/18/2024 | BMM | GC | Email Committee with meeting agenda and other ongoing issues. | 0.70 | 975.00 | $682.50 |
| 11/18/2024 | IAWN | GC | Write up analysis re first-day motion and declaration. | 0.80 | 1,525.00 | $1,220.00 |
| 11/18/2024 | JIS | GC | State court counsel call regarding case status. | 0.90 | 1,850.00 | $1,665.00 |
| 11/20/2024 | BMM | GC | Meeting with Committee regarding ongoing case issues (.9); prepare for same (.1). | 1.00 | 975.00 | $975.00 |
| 11/20/2024 | JIS | GC | Call with Debtor's counsel (partial) regarding case status. | 0.30 | 1,850.00 | $555.00 |
| 11/20/2024 | JIS | GC | Call with Committee (partial). | 0.80 | 1,850.00 | $1,480.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:   9
Invoice 143949
December 1, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/2024 | NJH | GC | Attend Committee meeting to take minutes. | 0.90 | 545.00 | $490.50 |
| 11/22/2024 | BMM | GC | Revise common interest agreement for tort counsel. | 0.60 | 975.00 | $585.00 |
| 11/26/2024 | BMM | GC | Draft email update to the Committee. | 0.30 | 975.00 | $292.50 |
| 11/26/2024 | NJH | GC | Draft minutes from the 11/20/2024 Committee meeting. | 0.60 | 545.00 | $327.00 |
|  |  |  |  | 23.70 |  | $27,347.00 |

Hearings

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11/26/2024 | BMM | HE | Participate in hearing regarding case status (.5); prepare for hearing (.1). | 0.60 | 975.00 | $585.00 |
| 11/26/2024 | JIS | HE | Attend continued first day and status conference hearing. | 0.50 | 1,850.00 | $925.00 |
|  |  |  |  | 1.10 |  | $1,510.00 |

Insurance Issues

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11/11/2024 | JIS | II | Call I. Scharf regarding insurance and avoidance actions. | 0.50 | 1,850.00 | $925.00 |
| 11/18/2024 | IAWN | II | Review first-day motion and declaration. | 1.40 | 1,525.00 | $2,135.00 |
| 11/19/2024 | IAWN | II | Review B. Michael email re insurance motion, comment re same. | 0.20 | 1,525.00 | $305.00 |
|  |  |  |  | 2.10 |  | $3,365.00 |

PSZJ Retention

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11/12/2024 | GNB | RP | Read Local Rules relating to local counsel and pro hac issues (.2); email PSZJ regarding issues relating to same (.3). | 0.50 | 1,075.00 | $537.50 |
| 11/18/2024 | BMM | RP | Interview potential local counsel. | 1.00 | 975.00 | $975.00 |
| 11/18/2024 | BMM | RP | Call with J. Stang regarding local counsel. | 0.20 | 975.00 | $195.00 |
| 11/18/2024 | GNB | RP | Revise template for pleadings. | 0.10 | 1,075.00 | $107.50 |
| 11/18/2024 | JIS | RP | Call with B. Michael and candidate for local counsel role. | 1.00 | 1,850.00 | $1,850.00 |
| 11/18/2024 | JIS | RP | Call with B. Michael regarding follow up on interview with local counsel candidate. | 0.20 | 1,850.00 | $370.00 |
| 11/19/2024 | BMM | RP | Call with local counsel candidates. | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Vermont O.C.C.

Client 18506.00002

Page:    10

Invoice 143949

December 1, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/2024 | BMM | RP | Research potential local counsels. | 0.40 | 975.00 | $390.00 |
| 11/22/2024 | BMM | RP | Call with local counsel candidate. | 0.30 | 975.00 | $292.50 |
| 11/27/2024 | GNB | RP | Email with PSZJ team regarding PSZJ retention details (.1); email Lemery Greisler regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| | | | | 4.20 | | $5,225.00 |

Other Professional Retention

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/15/2024 | GNB | RPO | Email with B. Michael regarding local counsel retention. | 0.10 | 1,075.00 | $107.50 |
| 11/18/2024 | BMM | RPO | Contact potential local counsel. | 0.50 | 975.00 | $487.50 |
| 11/21/2024 | GNB | RPO | Email PSZJ team regarding local counsel. | 0.10 | 1,075.00 | $107.50 |
| 11/27/2024 | GNB | RPO | Review P. Levine email regarding PSZJ, BRG, and Lemery Greisler retention issues. | 0.10 | 1,075.00 | $107.50 |
| | | | | 0.80 | | $810.00 |

TOTAL SERVICES FOR THIS MATTER:                    $69,398.00

Pachulski Stang Ziehl & Jones LLP

Diocese of Vermont O.C.C.

Client 18506.00002

Page:   11

Invoice 143949

December 1, 2024

---

Expenses

| | | | |
|---|---|---|---:|
| 11/05/2024 | LN | 18506.00001 Lexis Charges for 11-05-24 | 23.25 |
| 11/05/2024 | LN | 18506.00001 Lexis Charges for 11-05-24 | 91.47 |
| 11/12/2024 | LN | 18506.00001 Lexis Charges for 11-12-24 | 1.86 |
| 11/12/2024 | LN | 18506.00001 Lexis Charges for 11-12-24 | 13.06 |
| 11/13/2024 | LN | 18506.00002 Lexis Charges for 11-13-24 | 38.68 |
| 11/13/2024 | LN | 18506.00002 Lexis Charges for 11-13-24 | 29.86 |
| 11/15/2024 | LN | 18506.00002 Lexis Charges for 11-15-24 | 25.72 |
| 11/15/2024 | BB | 18506.00002 Bloomberg Charges through 11-15-24 | 10.00 |
| 11/15/2024 | BB | 18506.00002 Bloomberg Charges through 11-15-24 | 10.00 |
| 11/15/2024 | BB | 18506.00002 Bloomberg Charges through 11-15-24 | 20.00 |
| 11/30/2024 | PAC | Pacer - Court Research | 50.20 |

Total Expenses for this Matter                                  $314.10



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Vermont O.C.C.
-

December 31, 2024
Invoice    144567
Client    18506.00002

RE:   Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2024**

| | |
|---|---|
| FEES | $37,388.00 |
| EXPENSES | $2,957.53 |
| **TOTAL CURRENT CHARGES** | **$40,345.53** |
| **BALANCE FORWARD** | **$56,299.10** |
| **TOTAL BALANCE DUE** | **$96,644.63** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:   2
Invoice 144567
December 31, 2024

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| IAWN | Nasatir, Iain A.W. | Partner | 950.00 | 1.10 | $1,045.00 |
| JIS | Stang, James I. | Partner | 950.00 | 0.80 | $760.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 950.00 | 14.30 | $13,585.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 475.00 | 16.70 | $7,932.50 |
| GNB | Brown, Gillian N. | Counsel | 950.00 | 5.80 | $5,510.00 |
| GSG | Greenwood, Gail S. | Counsel | 950.00 | 3.90 | $3,705.00 |
| NJH | Hall, Nathan J. | Paralegal | 545.00 | 8.90 | $4,850.50 |
| | | | | 51.50 | $37,388.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:    3
Invoice 144567
December 31, 2024

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 3.20 | $3,040.00 |
| BL | Bankruptcy Litigation | 9.30 | $7,579.50 |
| CA | Case Administration | 8.30 | $6,103.00 |
| CO | Claims Administration and Objections | 0.30 | $285.00 |
| CP | PSZJ Compensation | 0.80 | $760.00 |
| CPO | Other Professional Compensation | 0.20 | $190.00 |
| GC | General Creditors' Committee | 3.60 | $2,974.50 |
| HE | Hearings | 2.00 | $1,900.00 |
| IC | Insurance Coverage | 0.90 | $855.00 |
| RP | PSZJ Retention | 5.00 | $4,669.00 |
| RPO | Other Professional Retention | 1.20 | $1,099.50 |
| TR | Travel | 16.70 | $7,932.50 |
| | | 51.50 | $37,388.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Vermont O.C.C.

Client 18506.00002

Page:    4

Invoice 144567

December 31, 2024

## Summary of Expenses

| Description | Amount |
|---|---:|
| Air Fare | $785.80 |
| Auto Travel Expense | $110.92 |
| Working Meals | $114.18 |
| Hotel Expense | $1,440.35 |
| Lexis/Nexis- Legal Research | $197.44 |
| Litigation Support Vendors | $241.94 |
| Pacer - Court Research | $66.90 |
| | $2,957.53 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Vermont O.C.C.

Client 18506.00002

Page:   5

Invoice 144567

December 31, 2024

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 12/13/2024 | IAWN | AA | Email B. Michael re reserve. | 0.20 | 950.00 | $190.00 |
| 12/16/2024 | JIS | AA | Call B. Michael regarding outcome of Section 341 meeting. | 0.30 | 950.00 | $285.00 |
| 12/17/2024 | BMM | AA | Prepare for final first day hearing. | 2.10 | 950.00 | $1,995.00 |
| 12/17/2024 | BMM | AA | Update J. Stang regarding hearing and next steps. | 0.50 | 950.00 | $475.00 |
| 12/20/2024 | GSG | AA | Emails re current status and disclosure of financial documents. | 0.10 | 950.00 | $95.00 |
|  |  |  | | **3.20** | | **$3,040.00** |
| **Bankruptcy Litigation** | | | | | | |
| 12/02/2024 | GSG | BL | Review LBR re motion and discovery practice. | 0.40 | 950.00 | $380.00 |
| 12/02/2024 | GSG | BL | Finalize comments to confidentiality agreement and email B. Michael re same. | 0.20 | 950.00 | $190.00 |
| 12/02/2024 | NJH | BL | Upload production documents received from Debtor onto review databases for analysis by attorneys. | 0.50 | 545.00 | $272.50 |
| 12/03/2024 | BMM | BL | Revise draft confidentiality agreement. | 0.30 | 950.00 | $285.00 |
| 12/03/2024 | GSG | BL | Review emails and Exhibit A to confidentiality agreement. | 0.20 | 950.00 | $190.00 |
| 12/03/2024 | NJH | BL | Upload files received from Horowitz Law onto review databases for analysis by attorneys. | 0.20 | 545.00 | $109.00 |
| 12/03/2024 | NJH | BL | Create spreadsheet with information mined from agreements submitted by the Committee and the Committee's counsel as requested by B. Michael. | 0.50 | 545.00 | $272.50 |
| 12/03/2024 | NJH | BL | Draft table of information mined from policies available on the Diocese website. | 0.60 | 545.00 | $327.00 |
| 12/09/2024 | GSG | BL | Review recent financials and status of Everlaw files. | 0.30 | 950.00 | $285.00 |
| 12/10/2024 | GSG | BL | Review local pleadings re 2004 exams. | 0.30 | 950.00 | $285.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:    6
Invoice 144567
December 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/10/2024 | GSG | BL | Revise/draft Motion, Notice, and Proposed Order re Rule 2004 exam. | 1.20 | 950.00 | $1,140.00 |
| 12/11/2024 | BMM | BL | Review information regarding SIR fund and first day motion. | 0.30 | 950.00 | $285.00 |
| 12/13/2024 | BMM | BL | Analyze, revise proposed final first day orders. | 1.10 | 950.00 | $1,045.00 |
| 12/18/2024 | BMM | BL | Revise 2004 Motion. | 0.40 | 950.00 | $380.00 |
| 12/18/2024 | GSG | BL | Review/pull document requests re 2004 exam. | 0.20 | 950.00 | $190.00 |
| 12/19/2024 | BMM | BL | Revise updated proposed orders. | 0.80 | 950.00 | $760.00 |
| 12/20/2024 | BMM | BL | Review emails from S. Kinsella regarding outstanding first day motion issues. | 0.50 | 950.00 | $475.00 |
| 12/23/2024 | NJH | BL | Upload production documents received from Debtor onto review databases for analysis by attorneys. | 0.30 | 545.00 | $163.50 |
| 12/23/2024 | NJH | BL | Draft production log. | 0.50 | 545.00 | $272.50 |
| 12/24/2024 | NJH | BL | Revise production log. | 0.10 | 545.00 | $54.50 |
| 12/30/2024 | NJH | BL | Upload Diocese of Burlington documents received from Gravel & Shea PC onto databases for analysis by attorneys. | 0.40 | 545.00 | $218.00 |
| | | | | **9.30** | | **$7,579.50** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/03/2024 | NJH | CA | Revise critical dates memorandum. | 0.40 | 545.00 | $218.00 |
| 12/04/2024 | BMM | CA | Call with UST regarding 341 meeting. | 0.30 | 950.00 | $285.00 |
| 12/04/2024 | NJH | CA | Assist Lemery Greisler with drafting PHV applications for J. Stang, B. Michael, and G. Greenwood. | 0.40 | 545.00 | $218.00 |
| 12/05/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.50 | 950.00 | $475.00 |
| 12/06/2024 | NJH | CA | Draft critical dates memorandum. | 0.50 | 545.00 | $272.50 |
| 12/09/2024 | BMM | CA | Call with P. Levine and G. Brown regarding retention and first day hearing. | 0.50 | 950.00 | $475.00 |
| 12/09/2024 | GNB | CA | Call with P. Levine and B. Michael regarding anticipated early case issues and next week's case management conference. | 0.50 | 950.00 | $475.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:   7
Invoice 144567
December 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/09/2024 | GNB | CA | Email N. Hall regarding edits to contact list for Committee. | 0.10 | 950.00 | $95.00 |
| 12/09/2024 | GNB | CA | Review order scheduling case management conference; email PSZJ team regarding same. | 0.10 | 950.00 | $95.00 |
| 12/09/2024 | GSG | CA | Review emails re case management conference and pro hac applications. | 0.10 | 950.00 | $95.00 |
| 12/10/2024 | GSG | CA | Review emails and proposed pleadings re pro hac vice applications. | 0.10 | 950.00 | $95.00 |
| 12/10/2024 | NJH | CA | Revise the case contact list. | 1.00 | 545.00 | $545.00 |
| 12/10/2024 | NJH | CA | Revise the critical dates memorandum. | 0.20 | 545.00 | $109.00 |
| 12/11/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.40 | 950.00 | $380.00 |
| 12/12/2024 | NJH | CA | Draft critical dates memorandum. | 0.30 | 545.00 | $163.50 |
| 12/13/2024 | NJH | CA | Revise the critical dates memorandum. | 0.10 | 545.00 | $54.50 |
| 12/19/2024 | BMM | CA | Call with G. Greenwood and G. Brown regarding open case issues. | 0.30 | 950.00 | $285.00 |
| 12/19/2024 | BMM | CA | Call with S. Kinsella regarding ongoing case issues. | 0.50 | 950.00 | $475.00 |
| 12/19/2024 | GSG | CA | Call with B. Michael and G. Brown re open issues. | 0.30 | 950.00 | $285.00 |
| 12/20/2024 | BMM | CA | Emails with Committee members and UST regarding 341 meeting. | 0.20 | 950.00 | $190.00 |
| 12/20/2024 | NJH | CA | Draft critical dates memorandum. | 1.00 | 545.00 | $545.00 |
| 12/25/2024 | NJH | CA | Draft critical dates memorandum. | 0.30 | 545.00 | $163.50 |
| 12/30/2024 | NJH | CA | Revise the critical dates memorandum. | 0.20 | 545.00 | $109.00 |
| | | | | **8.30** | | **$6,103.00** |

**Claims Administration and Objections**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/16/2024 | GSG | CO | Review Notice of Outstanding Issues re proposed orders on claims bar date and forms. | 0.30 | 950.00 | $285.00 |
| | | | | **0.30** | | **$285.00** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:   8
Invoice 144567
December 31, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **PSZJ Compensation** | | | | | | |
| 12/17/2024 | GSG | CP | Review/respond to emails re first day pleadings and pro hac motions. | 0.10 | 950.00 | $95.00 |
| 12/29/2024 | BMM | CP | Analyze draft compensation motion and exclusivity motion. | 0.70 | 950.00 | $665.00 |
| | | | | **0.80** | | **$760.00** |
| **Other Professional Compensation** | | | | | | |
| 12/02/2024 | BMM | CPO | Review Fredrikson fee application. | 0.20 | 950.00 | $190.00 |
| | | | | **0.20** | | **$190.00** |
| **General Creditors' Committee** | | | | | | |
| 12/02/2024 | BMM | GC | Call with SCC regarding ongoing case issues. | 0.70 | 950.00 | $665.00 |
| 12/04/2024 | BMM | GC | Call with Committee regarding ongoing case issues. | 0.50 | 950.00 | $475.00 |
| 12/04/2024 | NJH | GC | Attend Committee meeting to take minutes. | 0.60 | 545.00 | $327.00 |
| 12/05/2024 | JIS | GC | Call B. Michael regarding status conference issues for upcoming hearing. | 0.50 | 950.00 | $475.00 |
| 12/05/2024 | NJH | GC | Draft minutes from the 12/4/2024 Committee meeting. | 0.40 | 545.00 | $218.00 |
| 12/10/2024 | NJH | GC | Revise bylaws of the Committee. | 0.10 | 545.00 | $54.50 |
| 12/12/2024 | BMM | GC | Call with Committee member regarding ongoing case issues. | 0.30 | 950.00 | $285.00 |
| 12/19/2024 | BMM | GC | Emails with Committee members regarding meetings and continued 341. | 0.50 | 950.00 | $475.00 |
| | | | | **3.60** | | **$2,974.50** |
| **Hearings** | | | | | | |
| 12/17/2024 | BMM | HE | Participate in final hearing of first day motions. | 2.00 | 950.00 | $1,900.00 |
| | | | | **2.00** | | **$1,900.00** |
| **Insurance Coverage** | | | | | | |
| 12/12/2024 | IAWN | IC | Telephone call with B. Michael re status. | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:    9
Invoice 144567
December 31, 2024

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 12/12/2024 | IAWN | IC | Review insurance materials. | 0.70 | 950.00 | $665.00 |
| | | | | **0.90** | | **$855.00** |

**PSZJ Retention**

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 12/04/2024 | GNB | RP | Email with P. Levine and with N. Hall regarding employment applications for PSZJ and BRG, and PSZJ pro hac papers (.1) and email with G. Greenwood regarding same (.1). | 0.20 | 950.00 | $190.00 |
| 12/04/2024 | GSG | RP | Emails to/from G. Brown re pro hac vice applications. | 0.10 | 950.00 | $95.00 |
| 12/04/2024 | NJH | RP | Assist Lemery Greisler with drafting retention application for PSZJ. | 0.20 | 545.00 | $109.00 |
| 12/05/2024 | GNB | RP | Review email from P. Levine regarding open issues; email G. Greenwood and B. Michael regarding same. | 0.10 | 950.00 | $95.00 |
| 12/06/2024 | GNB | RP | Revise PSZJ's retention application (.4); revise, conform J. Stang's declaration in support thereof (.3). | 0.70 | 950.00 | $665.00 |
| 12/09/2024 | GNB | RP | Email with J. Mendez regarding PSZJ pro hac applications; email J. Stang regarding his pro hac application. | 0.10 | 950.00 | $95.00 |
| 12/09/2024 | GNB | RP | Revise PSZJ's retention application (.3); revise, conform J. Stang's declaration in support thereof (.5); revise, conform proposed order thereon (.1). | 0.90 | 950.00 | $855.00 |
| 12/10/2024 | GNB | RP | Edit PSZJ retention application (.4); edit, conform J. Stang's declaration in support thereof (.3); edit proposed order (.1). | 0.80 | 950.00 | $760.00 |
| 12/11/2024 | BMM | RP | Revise PSZJ retention application. | 0.40 | 950.00 | $380.00 |
| 12/11/2024 | GNB | RP | Email with PSZJ team regarding revisions to retention application. | 0.10 | 950.00 | $95.00 |
| 12/11/2024 | GNB | RP | Email LG regarding PSZJ retention application. | 0.10 | 950.00 | $95.00 |
| 12/12/2024 | BMM | RP | Emails with G. Brown, P. Levine, and D. Stack regarding retention papers. | 0.30 | 950.00 | $285.00 |
| 12/12/2024 | GNB | RP | Email with P. Levine regarding retention issues. | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:   10
Invoice 144567
December 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/12/2024 | GNB | RP | Call with J. Stang regarding PSZJ retention application (.1); revise retention application and J. Stang declaration in support of same (.1). | 0.20 | 950.00 | $190.00 |
| 12/12/2024 | GNB | RP | Email with Committee Chairperson re PSZJ retention agreement. | 0.10 | 950.00 | $95.00 |
| 12/12/2024 | GNB | RP | Finalize PSZJ retention application and associated papers for RG to file and serve. | 0.30 | 950.00 | $285.00 |
| 12/13/2024 | GNB | RP | Email J. Stang, G. Greenwood, and B. Michael regarding pro hac applications. | 0.10 | 950.00 | $95.00 |
| 12/17/2024 | GNB | RP | Email J. Stang regarding pro hac vice application; revise J. Stang declaration in connection with B. Michael email. | 0.10 | 950.00 | $95.00 |
| | | | | **5.00** | | **$4,669.00** |

**Other Professional Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/04/2024 | NJH | RPO | Assist Lemery Greisler with drafting retention application for BRG. | 0.10 | 545.00 | $54.50 |
| 12/05/2024 | GNB | RPO | Email with LG, BRG, and PSZJ regarding employment of BRG. | 0.10 | 950.00 | $95.00 |
| 12/09/2024 | GNB | RPO | Email BRG regarding retention application. | 0.10 | 950.00 | $95.00 |
| 12/09/2024 | GNB | RPO | Call with M. Babcock and C. Ter-Gevorkian regarding BRG retention application. | 0.40 | 950.00 | $380.00 |
| 12/09/2024 | GNB | RPO | Research information for BRG retention application (.2); email M. Babcock and C. Ter-Gevorkian regarding same for incorporation into retention application (.1). | 0.30 | 950.00 | $285.00 |
| 12/10/2024 | GNB | RPO | Email with LG regarding BRG retention application. | 0.10 | 950.00 | $95.00 |
| 12/18/2024 | GNB | RPO | Call with M. Babcock regarding BRG retention application. | 0.10 | 950.00 | $95.00 |
| | | | | **1.20** | | **$1,099.50** |

**Travel**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/16/2024 | BMM | TR | Travel to Burlington for the hearing. (Billed at 1/2 rate) | 8.70 | 475.00 | $4,132.50 |
| 12/17/2024 | BMM | TR | Travel home from hearing. (Billed at 1/2 rate) | 8.00 | 475.00 | $3,800.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Vermont O.C.C.

Client 18506.00002

|  | 16.70 | $7,932.50 |
|---|---|---|

**TOTAL SERVICES FOR THIS MATTER:**                    $37,388.00

Pachulski Stang Ziehl & Jones LLP
Diocese of Vermont O.C.C.
Client 18506.00002

Page:   12
Invoice 144567
December 31, 2024

---

**Expenses**

| | | | |
|---|---|---|---:|
| 12/03/2024 | LN | 18506.00002 Lexis Charges for 12-03-24 | 1.78 |
| 12/03/2024 | LN | 18506.00002 Lexis Charges for 12-03-24 | 12.43 |
| 12/03/2024 | LN | 18506.00002 Lexis Charges for 12-03-24 | 147.44 |
| 12/05/2024 | AF | Delta Airlines, full refundable coach airfare from MN/VT - 341 hearing, BMM | 765.95 |
| 12/06/2024 | HT | Hotel Vermont, 1 night, BMM | 209.04 |
| 12/10/2024 | LN | 18506.00002 Lexis Charges for 12-10-24 | 1.78 |
| 12/10/2024 | LN | 18506.00002 Lexis Charges for 12-10-24 | 5.33 |
| 12/16/2024 | BM | Leo's Coney Island, lunch, BMM | 16.95 |
| 12/16/2024 | AT | Taxi to hotel via USA Taxi Burlington VT, BMM | 31.00 |
| 12/16/2024 | AF | Wifi on Airplane, BMM | 9.95 |
| 12/17/2024 | BM | Grobbels at Detroit airport, working meal, BMM | 45.97 |
| 12/17/2024 | BM | Halvorson's Inc lunch after hearing, BMM | 51.26 |
| 12/17/2024 | AT | Airport parking re Metropolitan Airports Commission, BMM | 60.00 |
| 12/17/2024 | AT | Uber to airport, BMM | 19.92 |
| 12/17/2024 | AF | Wifi on flight via Wifi Onboard, BMM | 4.95 |
| 12/17/2024 | AF | Wifi on Flight via wifi onboard, BMM | 4.95 |
| 12/20/2024 | LN | 18506.00002 Lexis Charges for 12-20-24 | 1.78 |
| 12/20/2024 | LN | 18506.00002 Lexis Charges for 12-20-24 | 1.78 |
| 12/20/2024 | LN | 18506.00002 Lexis Charges for 12-20-24 | 25.12 |
| 12/28/2024 | HT | AirBnB, 4 nights, Burlington for Committee Chair attendance at hearing and meeting. | 1,231.31 |
| 12/31/2024 | OS | Everlaw, Inv. 137034 | 241.94 |
| 12/31/2024 | PAC | Pacer - Court Research | 66.90 |

**Total Expenses for this Matter**                    **$2,957.53**

Pachulski Stang Ziehl & Jones LLP

Diocese of Vermont O.C.C.

Client 18506.00002

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 12/31/2024**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 143949 | 11/30/2024 | $55,985.00 | $314.10 | $56,299.10 |

**Total Amount Due on Current and Prior Invoices:**          **$96,644.63**

**EXHIBIT B**

**EXHIBIT B**
**Cover Sheet for Interim Fee Application**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

| | |
|---|---|
| Roman Catholic Diocese of Burlington, Vermont, | Case No. 24-10205-HZC<br>Chapter 11 Case |

Debtor.

**NOTICE OF INTERIM FEE APPLICATION**

| | |
|---|---|
| Name of applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | November 11, 2024 |
| Period for which compensation and reimbursement is sought: | November 11, 2024 – December 31, 2024 |
| Amount of compensation sought as actual, reasonable and necessary: | $93,373.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $3,271.63 |

This is (a)n:      X   interim application      _____ final application

Summary of Monthly Fee Statements for compensation:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| N/A | N/A | N/A | N/A | N/A | N/A |

**Total:**

Summary of prior Interim Fee Applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| N/A | N/A | N/A | N/A | N/A | N/A |

**Total:**

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

-----------------------------------------------------------------

In re:                                                    **Chapter 11**

Roman Catholic Diocese of Burlington, Vermont,            **Case No. 24-10205-HZC**

                    Debtor.

-----------------------------------------------------------------

### ORDER GRANTING FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

   **UPON** the first interim application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors appointed in the bankruptcy case of the Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered from November 11, 2024 through December 31, 2024 (the "Interim Compensation Period") and upon a hearing having been held on March 25, 2025 with respect to the Application, and no opposition having been received to the Application, and upon the appearance of counsel, after due deliberation, it is hereby

   **ORDERED**, that the Application is GRANTED and the fees awarded herein are allowed pursuant to 11 U.S.C. §503(b)(2) and §507(a), and that PSZJ is awarded interim compensation in

the total amount of $93,373.00 for services rendered and $3,271.63 for expenses incurred during

the Interim Compensation Period; and it is further

      **ORDERED**, that the allowed fees and expenses shall be paid by the Debtor.


Dated: _____, 2025                    _____
      Burlington, Vermont                          Hon. Heather Z. Cooper
                                               U.S. Bankruptcy Court Judge