UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

-----------------------------------------------------------------

In re:                                                **Chapter 11**

Roman Catholic Diocese of Burlington, Vermont,        **Case No. 24-10205-HZC**

                        Debtor.

-----------------------------------------------------------------

## ORDER GRANTING FIRST INTERIM APPLICATION
## OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
## INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**UPON** the first interim application ("Application") for an award of interim compensation

and reimbursement of expenses on behalf of Pachulski Stang Ziehl & Jones LLP ("PSZJ"),

counsel for the Official Committee of Unsecured Creditors appointed in the bankruptcy case of

the Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered from

November 11, 2024 through December 31, 2024 (the "Interim Compensation Period") and upon a

hearing having been held on March 25, 2025 with respect to the Application, and no opposition

having been received to the Application, and upon the appearance of counsel, after due

deliberation, it is hereby

**ORDERED**, that the Application is GRANTED and the fees awarded herein are allowed

pursuant to 11 U.S.C. §503(b)(2) and §507(a), and that PSZJ is awarded interim compensation in

the total amount of $93,373.00 for services rendered and $3,271.63 for expenses incurred during

the Interim Compensation Period; and it is further

     **ORDERED**, that the allowed fees and expenses shall be paid by the Debtor.

Dated: _____, 2025
     Burlington, Vermont

                                        _____

                                        Hon. Heather Z. Cooper
                                        U.S. Bankruptcy Court Judge