UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

## THE DIOCESE'S STATEMENT REGARDING COUNSELS' FIRST INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES

I, Lorei Dawson, the Chief Financial Officer of the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), which is the Debtor in the above-captioned Chapter 11 case, have reviewed the first interim applications for allowance of fees and expenses of Fredrikson & Byron, P.A. ($194,070), Dinse P.C. ($10,611.00), and Obuchowski Law Office ($25,410.90). The Diocese has no objection to the applications and consents to payment of the fees and expenses as described therein.

Dated: February 7, 2025

_____
Lorei Dawson
Chief Financial Officer
Roman Catholic Diocese of Burlington, Vermont