UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------
In re:

    ROMAN CATHOLIC DIOCESE OF                    **Case No. 24-10205**
    BURLINGTON VERMONT,                               **Chapter 11**

                                 Debtor.
-----------------------------------------------------------------

## **CERTIFICATE OF SERVICE**

       I hereby certify that on **February 7, 2025**, I electronically filed the **First Interim Application of Pachulski Stang Ziehl & Jones LLP, Counsel to the Official Committee of Unsecured Creditors, for Interim Award of Compensation and Reimbursement of Expenses and Proposed Order** with the Clerk of Bankruptcy Court using CM/ECF system which sent notification of such filings to all ECF participants.

       Additionally, I served the same on **February 7, 2025**, on the following notice parties via email:

       Counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.
       skinsella@fredlaw.com

       Local Counsel for the Diocese, Obuchowski Law Office
       ray@oeblaw.com

       Paul A Levine on behalf of Creditor Committee Committee of Unsecured Creditors
       plevine@lemerygreisler.com, phartl@lemerygreisler.com

       Paul A Levine on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors
       plevine@lemerygreisler.com, phartl@lemerygreisler.com

       Counsel for the Committee, Pachulski Stang Ziehl & Jones, Attn: Brittany Michael
       bmichael@pszjlaw.com

       Office of the U.S. Trustee, Attn: Lisa Penpraze
       Lisa.Penpraze@usdoj.gov

       And, I hereby certify and declare under penalty of perjury that on **February 7, 2025**, I mailed by the United States Postal Service the **First Interim Application of Pachulski Stang Ziehl & Jones LLP, Counsel to the Official Committee of Unsecured Creditors, for Interim Award of Compensation and Reimbursement of Expenses and Proposed Order** to the following notice party:

       The Diocese
       Attn: Lorei Dawson
       55 Joy Drive
       South Burlington, VT  05403

Dated: February 7, 2025                                                    /s/Patricia Hartl
                                                                                     Patricia Hartl