## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| In re:<br><br>Roman Catholic Diocese of Burlington, Vermont,[1]<br><br>      Debtor. | Case No.: 24-10205-HZC<br>Chapter 11 Case |

### NOTICE OF HEARING ON FIRST INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES

**INTERIM APPLICATIONS FOR** allowance of fees and expenses for the period of September 30, 2024 through December 31, 2024 have been filed in the above-referenced case as follows:

1. Fredrikson & Byron, P.A., as Chapter 11 counsel to the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), seeking a total of $177,031.00 in fees and $17,039.00 in expenses (ECF No. 199);

2. Obuchowski Law Office, as local Chapter 11 counsel to the Diocese, seeking a total of $20,069.00 in fees and $5,341.60 in expenses (ECF No. 194);

3. Dinse P.C., as special counsel to the Diocese, seeking a total of $10,611.00 in fees (ECF No. 201);

4. Pachulski Stang Ziehl & Jones, as counsel to the Official Committee of Unsecured Creditors (the "Committee"), seeking a total of $93,373.00 in fees and $3,271.63 in expenses (ECF No. 202); and

5. Lemery Greisler LLC, as local counsel to the Committee, seeking a total of $9,760.00 in fees and $532.16 in expenses (ECF No. 196).

**IF YOU OPPOSE ANY OF THE APPLICATIONS**, you must file a written objection with the Clerk of Court specifying your opposition to the application, **on or before 4:00 P.M. (prevailing Eastern time) on March 18, 2025**. If you file a written objection, you must also serve

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

a copy of that written objection on the Diocese's attorneys, the United States trustee, and the Committee and its attorneys so that it is received on or before such date and time. Addresses for those parties are set forth below.

**IF A RESPONSE TO AN APPLICATION IS TIMELY FILED**, the Court will hold a hearing on the application and any response at **11:00 A.M. (prevailing Eastern time) on March 25, 2025** via Zoomgov and at the following location: Federal Building, 11 Elmwood Avenue, Room 200, Burlington, VT 05401, unless the Court deems no hearing is necessary and enters an order prior to the time set for hearing.

You may appear for the above-scheduled hearing (a) virtually by using the Zoomgov application on an electronic device; *or* (b) *if* you meet the criteria set forth in Standing Order # 22-01, including notifying opposing counsel and the courtroom deputy, you may appear in person at the location listed above. If you appear by Zoomgov, you must follow the process set forth in Standing Order # 22-01 and Appendix IX to the Court's Local Rules (both available on the Court's website), including requirements regarding use of both audio and video components. The courtroom deputy will send the Zoomgov link to all attorneys and *pro se* parties on the afternoon prior to the hearing. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at Jody_Kennedy@vtb.uscourts.gov or by telephone at (802) 657-6404.

**IF NO RESPONSE IS TIMELY FILED**, the Court may deem the applications unopposed and grant the applications without further hearing. Note: If an order has not been entered before the hearing date, the hearing shall proceed and the applicants must appear.

2

| | |
|---|---|
| Dated: February 7, 2025 | */s/ Steven R. Kinsella* |
| | Raymond J. Obuchowski |
| | **OBUCHOWSKI LAW OFFICE** |
| | 1542 Route 107, PO Box 60 |
| | Bethel, VT 05032 |
| | (802) 234-6244 |
| | ray@oeblaw.com |
| | |
| | James L. Baillie (*pro hac vice*) |
| | Steven R. Kinsella (*pro hac vice*) |
| | Samuel M. Andre (*pro hac vice*) |
| | Katherine A. Nixon (*pro hac vice*) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 60 South Sixth Street, Suite 1500 |
| | Minneapolis, MN 55402-4400 |
| | (612) 492-7000 |
| | jbaillie@fredlaw.com |
| | skinsella@fredlaw.com |
| | sandre@fredlaw.com |
| | knixon@fredlaw.com |
| | |
| | **ATTORNEYS FOR ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |

**SERVICE ADDRESSES**

| | | |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Fredrikson & Byron, P.A.<br>Attn: Steven R. Kinsella<br>60 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402<br>skinsella@fredlaw.com | United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | Creditors' Committee<br>c/o Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | Creditors' Committee<br>c/o Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

3