# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

         Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

---

## FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT FOR JANUARY 2025

---

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from January 1, 2025 to January 31, 2025 (the "Compensation Period") in the amount of $33,131.60 (80% of $41,414.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $955.44.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**,[2] show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

[2] Each of the invoices include a cover page including a calculation of the 80% amount owed. For the avoidance of doubt, the invoices include 100% of the time entries and expenses for the Compensation Period.

hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and

contemporaneously maintained time entries for each individual in increments of tenths (1/10) of

an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on February 21, 2025**

to object to the requested fees and expenses in accordance with the procedures in the Compensation

Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and

the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  February 7, 2025

/s/ *Steven R. Kinsella*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

# **EXHIBIT A**



**Invoice:** **1908078**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5000**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Case Administration**

Total for Current Legal Fees: $ 303.50

Total For Current Costs and Other Charges: $ 955.44

**Total For Current Invoice:** **$ 1,258.94**

**Your 80% Due:** **$ 1,198.24**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***



*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888523 | 43,312.28 | | 43,312.28 |
| 12/05/24 | 1895348 | 12,147.17 | | 12,147.17 |
| 01/06/25 | 1901844 | 8,114.32 | | 8,114.32 |
| **Total Prior Balance:** | | | | **$ 63,573.77** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 6, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1908078**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5000**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/06/25 | S. Stallings | Attention to finalizing and e-filing certificate of services prepared for serving orders and motions. | 0.30 | 70.50 |
| 01/06/25 | S. Kinsella | Review status of final orders on first day and supplemental motions. | 0.10 | 63.50 |
| 01/30/25 | S. Andre | Correspond with client regarding confidentiality agreement. | 0.10 | 56.50 |
| 01/31/25 | S. Andre | Correspondence regarding confidentiality agreements. | 0.20 | 113.00 |
| | **Current Legal Fees:** | | **0.70** | **$ 303.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.08 | 50.80 |
| Samuel M.  Andre | 565.00 | 0.24 | 135.60 |
| Shataia  Stallings | 235.00 | 0.24 | 56.40 |
| **Total** | | **0.56** | **$ 242.80** |

### Costs and Other Charges

| | Amount |
|---|--------|
| 01/07/25 Travel One (2001 Killebrew Drive, Suite 305 Bloomington MN 55425) - 3190914 - Airfare to attend 341 hearing 1.21.25 | 558.38 |
| 01/09/25 Federal Express | 47.84 |
| 01/21/25 Travel Steven R. Kinsella - Hotel - Lodging - Attend 341 hearing in Vermont | 227.37 |

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com



**Invoice:** **1908078**
**Invoice Date:** **February 6, 2025**
**Page:** **2**

| | | |
|---|---|---|
| 01/21/25 | Travel Steven R. Kinsella - Parking - Overnight parking at MSP Airport | 61.85 |
| | Litigation Support Services | 60.00 |

**Current Costs and Other Charges:**                                **$ 955.44**

### Invoice Totals

Total for Current Legal Fees:                                $ 303.50

Total For Current Costs and Other Charges:               $ 955.44

**Total For Current Invoice:**                              **$ 1,258.94**

**Your 80% Due:**                                       **$ 1,198.24**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** **1908023**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5001**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees: $ 1,773.00

**Total For Current Invoice:** **$ 1,773.00**

**Your 80% Due:** **$ 1,418.40**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*



*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888524 | 377.50 | | 377.50 |
| 12/05/24 | 1895349 | 7,660.50 | | 7,660.50 |
| 01/06/25 | 1901845 | 9,052.50 | | 9,052.50 |
| **Total Prior Balance:** | | | | **$ 17,090.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 6, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1908023** |
| **Invoice Date:** | **February 6, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5001** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/25 | S. Andre | Correspondence regarding trust documents. | 0.10 | 56.50 |
| 01/06/25 | S. Andre | Correspondence regarding trust and insurance documents. | 0.20 | 113.00 |
| 01/08/25 | S. Andre | Analyze receipt of demand for waiver of policy confidentiality. | 0.10 | 56.50 |
| 01/11/25 | Litigation Support Consulting | Unitize old scanned documents by logical documents breaks.  Email correspondence with legal team regarding missing pages citing examples of incomplete documents. | 1.30 | 403.00 |
| 01/16/25 | S. Andre | Meeting with S. Kinsella regarding insurance documents. | 0.40 | 226.00 |
| 01/21/25 | S. Andre | Analyze Priest Benefit Fund. | 0.80 | 452.00 |
| 01/23/25 | S. Kinsella | Analyze trust issue. | 0.20 | 127.00 |
| 01/23/25 | S. Andre | Research and analyze priest benefit fund and trust issues. | 0.50 | 282.50 |
| 01/28/25 | S. Andre | Correspondence regarding Diocese property values. | 0.10 | 56.50 |
| | **Current Legal Fees:** | | **3.70** | **$ 1,773.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 0.16 | 101.60 |
| Samuel M.  Andre | 565.00 | 1.76 | 994.40 |
| Litigation  Support Consulting | 310.00 | 1.04 | 322.40 |
| **Total** | | **2.96** | **$ 1,418.40** |

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484

USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | **1908023** |
| **Invoice Date:** | **February 6, 2025** |
| **Page:** | **2** |

## Invoice Totals

Total for Current Legal Fees:                                              $ 1,773.00

**Total For Current Invoice:**                                          **$ 1,773.00**

**Your 80% Due:**                                                      **$ 1,418.40**

# Fredrikson

**Invoice:** **1908025**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5003**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Assumption and Rejection of  Leases and Contracts**

Total for Current Legal Fees:                                          $ 254.00

**Total For Current Invoice:**                                    **$ 254.00**

**Your 80% Due:**                                                  **$ 203.20**

*Payment is due within 30 days from receipt of invoice*

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1908025**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5003**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|------:|-------:|
| 01/24/25 | S. Kinsella | Analyze potential lease. | 0.30 | 190.50 |
| 01/29/25 | S. Kinsella | Phone call with counsel regarding potential property lease. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **0.40** | **$ 254.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|----------:|------:|--------------:|
| Steven R.  Kinsella | 635.00 | 0.32 | 203.20 |
| **Total** | | **0.32** | **$ 203.20** |

### Invoice Totals

| | |
|---|---:|
| Total for Current Legal Fees: | $ 254.00 |
| **Total For Current Invoice:** | **$ 254.00** |
| **Your 80% Due:** | **$ 203.20** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1908027** |
| **Invoice Date:** | **February 6, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5006** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Business Operations**

| | |
|---|---|
| Total for Current Legal Fees: | $ 9,096.50 |
| **Total For Current Invoice:** | **$ 9,096.50** |
| **Your 80% Due:** | **$ 7,277.20** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***



*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1908027**
**Invoice Date:** **February 6, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888530 | 22,607.50 | | 22,607.50 |
| 12/05/24 | 1895350 | 1,427.50 | | 1,427.50 |
| 01/06/25 | 1901846 | 8,377.00 | | 8,377.00 |

**Total Prior Balance:** **$ 32,412.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 6, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1908027**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5006**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/06/25 | K. Nixon | Attention to email from H+D re: operation of certain investment accounts. | 0.10 | 48.50 |
| 01/09/25 | S. Kinsella | Communications with client regarding school expenses. | 0.10 | 63.50 |
| 01/10/25 | S. Kinsella | Communications with client regarding school expenses. | 0.10 | 63.50 |
| 01/13/25 | J. Baillie | Review emails and send email to N. Andresen regarding progress on ancillary trustee. | 0.70 | 682.50 |
| 01/13/25 | S. Kinsella | Communications with client and school creditors. | 0.40 | 254.00 |
| 01/14/25 | S. Kinsella | Communications with client regarding post-petition payments. | 0.20 | 127.00 |
| 01/15/25 | K. Nixon | Emails re: prepetition payments by schools. | 0.30 | 145.50 |
| 01/15/25 | S. Kinsella | Communications with client regarding school payment issues. | 0.20 | 127.00 |
| 01/16/25 | S. Kinsella | Provide instruction to client regarding school expenses (.2); review bank declarations (.3). | 0.50 | 317.50 |
| 01/17/25 | S. Kinsella | Communications with client regarding expense payments. | 0.10 | 63.50 |
| 01/20/25 | K. Nixon | Respond to inquiry from Rice principal re: meeting. | 0.10 | 48.50 |
| 01/21/25 | S. Kinsella | Communications with client regarding bank account issues. | 0.20 | 127.00 |
| 01/23/25 | S. Kinsella | Research pension plan issue and prepare response to Committee. | 2.30 | 1,460.50 |
| 01/24/25 | J. Baillie | Email from M. Warren regarding ancillary trustee. | 0.20 | 195.00 |
| 01/24/25 | S. Andre | Assist in preparation for final hearing on employee wage motion. | 1.70 | 960.50 |



| 01/24/25 | S. Kinsella | Prepare and send analysis regarding pension issue (.6); communications with client regarding post-petition payment issues (.2); communications with TD Bank and U.S. Trustee regarding bank account designations (.2). | 1.00 | 635.00 |
|---|---|---|---|---|
| 01/26/25 | S. Kinsella | Analyze pension plan issue. | 0.30 | 190.50 |
| 01/27/25 | K. Nixon | Attention to self-insurance claim issue. | 0.30 | 145.50 |
| 01/27/25 | S. Kinsella | Coordinate proposed order for bank account motions (.1); prepare for hearing on bank account motions and pension issue (.5). | 0.60 | 381.00 |
| 01/28/25 | K. Nixon | Meeting with Board of Rice High School re: effect of bankruptcy on operations. | 0.70 | 339.50 |
| 01/28/25 | S. Kinsella | Prepare for and participate in hearing on bank account, employee wage, compensation procedures, and exclusivity motions (1.4); communications with client following up after hearing (.4); phone call with local council regarding the same (.3). | 2.10 | 1,333.50 |
| 01/28/25 | S. Andre | Prepare briefing outline on priest benefit fund. | 0.20 | 113.00 |
| 01/29/25 | S. Kinsella | Prepare outline for pension issue briefing (.6); communications with client regarding school expenses (.2). | 0.80 | 508.00 |
| 01/29/25 | S. Andre | Analyze priest benefit fund issue. | 0.20 | 113.00 |
| 01/30/25 | S. Kinsella | Communications with client regarding school payments. | 0.20 | 127.00 |
| 01/31/25 | K. Nixon | Review misc. orders entered by the Court following January 28 hearing and email client re: the same. | 0.30 | 145.50 |
| 01/31/25 | S. Kinsella | Communications with client and school regarding school expenses. | 0.60 | 381.00 |
| | **Current Legal Fees:** | | **14.50** | **$ 9,096.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| James L.  Baillie | 975.00 | 0.72 | 702.00 |
| Steven R.  Kinsella | 635.00 | 7.76 | 4,927.60 |
| Samuel M.  Andre | 565.00 | 1.68 | 949.20 |
| Katherine  Nixon | 485.00 | 1.44 | 698.40 |
| **Total** | | **11.60** | **$ 7,277.20** |

# Fredrikson

**Invoice:** 1908027
**Invoice Date:** February 6, 2025
**Page:** 3

## Invoice Totals

Total for Current Legal Fees:                                    $ 9,096.50

**Total For Current Invoice:**                                  **$ 9,096.50**

**Your 80% Due:**                                              **$ 7,277.20**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| Invoice: | **1908031** |
|---|---|
| Invoice Date: | **February 6, 2025** |
| Client Number: | **098358** |
| Matter Number: | **098358.5007** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees: $ 6,435.50

**Total For Current Invoice:** **$ 6,435.50**

**Your 80% Due:** **$ 5,148.40**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*



*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|-------:|----------|------------:|
| 11/04/24 | 1888531 | 632.50 | | 632.50 |
| 01/06/25 | 1901847 | 5,915.00 | | 5,915.00 |
| **Total Prior Balance:** | | | | **$ 6,547.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 6, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1908031** |
| **Invoice Date:** | **February 6, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5007** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/25 | S. Stallings | Review court order regarding noticing procedures for proof of claim (.3); prepare list of TV stations in Vermont area for publication (.6). | 0.90 | 211.50 |
| 01/06/25 | S. Kinsella | Review and revise letters regarding claim notice. | 0.50 | 317.50 |
| 01/06/25 | S. Stallings | Attention to due diligence on locating contact information for all statement wide Hospitals in Vermont for noticing of sexual abuse claim procedures. | 0.90 | 211.50 |
| 01/06/25 | K. Nixon | Coordinate performance of misc. obligations under claim procedures order. | 3.00 | 1,455.00 |
| 01/07/25 | K. Nixon | Coordinate performance of misc. obligations under claim procedures order. | 0.10 | 48.50 |
| 01/07/25 | S. Kinsella | Review and revise letter to parishes required by claim deadline procedure (.3); communications with client regarding the same and general notice requirements (.3). | 0.60 | 381.00 |
| 01/08/25 | K. Nixon | Coordinate performance of misc. obligations under claim procedures order. | 2.00 | 970.00 |
| 01/08/25 | S. Kinsella | Review correspondence regarding claim deadlines (.2); coordinate service and publication of claims deadline (.3). | 0.50 | 317.50 |
| 01/09/25 | K. Nixon | Coordinate performance of misc. obligations under claim procedures order. | 0.30 | 145.50 |
| 01/10/25 | K. Nixon | Coordinate performance of misc. obligations under claim procedures order. | 0.30 | 145.50 |
| 01/10/25 | S. Kinsella | Review and revise communications regarding claim notice (.2); communications with client regarding the same (.2). | 0.40 | 254.00 |
| 01/13/25 | K. Nixon | Coordinate performance of misc. obligations under claim procedures order. | 1.80 | 873.00 |



Invoice:          **1908031**
Invoice Date:     **February 6, 2025**
Page:             **2**

| 01/13/25 | S. Kinsella | Provide instruction regarding notice of sexual abuse claim filing deadline. | 0.30 | 190.50 |
| 01/15/25 | S. Kinsella | Review documentation regarding notice publication. | 0.10 | 63.50 |
| 01/16/25 | K. Nixon | Emails to client and Stretto re: vendor withdrawal of proof of claim. | 0.20 | 97.00 |
| 01/16/25 | S. Kinsella | Review notice documents for sexual abuse claims. | 0.10 | 63.50 |
| 01/21/25 | S. Kinsella | Identify public claim notices for notice procedure confirmation. | 0.10 | 63.50 |
| 01/22/25 | K. Nixon | Attention to inquiry from Stretto re: claims register. | 0.10 | 48.50 |
| 01/23/25 | K. Nixon | Attention to inquiry from Franklin County Sheriff's Office re: claim forms. | 0.10 | 48.50 |
| 01/23/25 | S. Kinsella | Receive question regarding claim filing procedure. | 0.10 | 63.50 |
| 01/24/25 | K. Nixon | Attention to inquiry from Lamoille County re: claim forms. | 0.10 | 48.50 |
| 01/24/25 | S. Kinsella | Communications with Stretto regarding claims administration. | 0.10 | 63.50 |
| 01/27/25 | K. Nixon | Phone call with Diocese of Ogden and attention to emails from Stretto re: publications. | 0.30 | 145.50 |
| 01/31/25 | S. Kinsella | Communications with Stretto regarding claims register. | 0.10 | 63.50 |
| 01/31/25 | K. Nixon | Respond to emails from Stretto re: completion of first round of publication notice and display of claims register. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **13.30** | **$ 6,435.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
| --- | --- | --- | --- |
| Steven R.  Kinsella | 635.00 | 2.32 | 1,473.20 |
| Katherine  Nixon | 485.00 | 6.88 | 3,336.80 |
| Shataia  Stallings | 235.00 | 1.44 | 338.40 |
| **Total** | | **10.64** | **$ 5,148.40** |

## Invoice Totals

Total for Current Legal Fees:                                    $ 6,435.50

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1908031**
**Invoice Date:** **February 6, 2025**
**Page:** **3**

**Total For Current Invoice:** **$ 6,435.50**

**Your 80% Due:** **$ 5,148.40**

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484

USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** **1908033**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5010**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees:                                                                                                  $ 2,688.00

**Total For Current Invoice:**                                                                                       **$ 2,688.00**

**Your 80% Due:**                                                                                                        **$ 2,150.40**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*



*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | Invoice: | **1908033** |
| | | Invoice Date: | **February 6, 2025** |
| | | Page: | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888526 | 2,987.50 | | 2,987.50 |
| 12/05/24 | 1895351 | 4,680.50 | | 4,680.50 |
| 01/06/25 | 1901848 | 3,813.50 | | 3,813.50 |

**Total Prior Balance:** **$ 11,481.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 6, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1908033** |
| **Invoice Date:** | **February 6, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/06/24 | J. Baillie | Emails from T. McCormick regarding role with Diocese (.2) and email from S. Kinsella (.2). | 0.40 | 380.00 |
| 01/03/25 | S. Kinsella | Review and revise order for compensation procedures motion. | 0.30 | 190.50 |
| 01/03/25 | K. Nixon | Revise motion to establish interim compensation procedures. | 0.30 | 145.50 |
| 01/08/25 | S. Kinsella | Coordinate payment of Stretto invoice and communications with client regarding compensation procedures motion. | 0.10 | 63.50 |
| 01/09/25 | S. Kinsella | Coordinate compensation procedures. | 0.30 | 190.50 |
| 01/13/25 | K. Nixon | Email counsel for UST re: December 2024 LEDES data. | 0.10 | 48.50 |
| 01/14/25 | S. Kinsella | Communications with UST regarding fee application process. | 0.20 | 127.00 |
| 01/15/25 | S. Kinsella | Communications with U.S. Trustee regarding fee applications and LEDEs data. | 0.10 | 63.50 |
| 01/21/25 | S. Kinsella | Communications with noticing agent regarding payment procedures. | 0.10 | 63.50 |
| 01/28/25 | S. Kinsella | Analyze Local Rules and compensation procedures (.9); review proposed order and prepare schedule of monthly fee statements and fee application due dates (.3); phone call with local council regarding timing of fee applications (.2); communications with UST and other professionals regarding timing of first fee applications (.4). | 1.80 | 1,143.00 |
| 01/28/25 | K. Nixon | Strategize re: fee application preparation based on January 28 hearing and Court's forthcoming order. | 0.30 | 145.50 |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1908033**
**Invoice Date:** **February 6, 2025**
**Page:** **2**

| 01/29/25 | S. Kinsella | Communications with U.S. Trustee regarding fee application process (.1); provide instruction regarding fee application (.1). | 0.20 | 127.00 |
|---|---|---|---|---|
| | **Current Legal Fees:** | | **4.20** | **$ 2,688.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| James L.  Baillie | 950.00 | 0.32 | 304.00 |
| Steven R.  Kinsella | 635.00 | 2.48 | 1,574.80 |
| Katherine  Nixon | 485.00 | 0.56 | 271.60 |
| **Total** | | **3.36** | **$ 2,150.40** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,688.00 |
| **Total For Current Invoice:** | **$ 2,688.00** |
| **Your 80% Due:** | **$ 2,150.40** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1908035**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5013**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees: $ 9,515.50

**Total For Current Invoice:** **$ 9,515.50**

**Your 80% Due:** **$ 7,612.40**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***



*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1908035**
**Invoice Date:** **February 6, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888527 | 3,824.00 | | 3,824.00 |
| 12/05/24 | 1895352 | 10,496.00 | | 10,496.00 |
| 01/06/25 | 1901849 | 5,133.00 | | 5,133.00 |
| | **Total Prior Balance:** | | | **$ 19,453.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 6, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1908035**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5013**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/02/25 | K. Nixon | Attention to emails from Elks Lodge re: prepetition amounts owed by MSJ. | 0.30 | 145.50 |
| 01/02/25 | S. Kinsella | Communications with creditor of school entities. | 0.10 | 63.50 |
| 01/03/25 | S. Kinsella | Communications with creditor of school entities. | 0.10 | 63.50 |
| 01/04/25 | K. Nixon | Reply to email from Mountain Lake re: Rice prepetition invoice. | 0.10 | 48.50 |
| 01/06/25 | S. Kinsella | Coordinate 341 meeting and communications with client regarding the same. | 0.30 | 190.50 |
| 01/06/25 | K. Nixon | Reply to email from Mountain Lake re: Rice prepetition invoice. | 0.10 | 48.50 |
| 01/07/25 | S. Kinsella | Communications with client regarding 341 meeting. | 0.10 | 63.50 |
| 01/08/25 | S. Kinsella | Meeting with Committee and follow-up communications. | 0.70 | 444.50 |
| 01/09/25 | K. Nixon | Attention to client inquiry re: adding creditor to matrix (0.1); respond to email from Mountain Lake re: claim filing (0.1). | 0.20 | 97.00 |
| 01/10/25 | S. Andre | Prepare production of documents to UCC. | 0.10 | 56.50 |
| 01/13/25 | S. Andre | Correspondence regarding production of documents. | 0.10 | 56.50 |
| 01/14/25 | S. Andre | Analyze and prepare documents for production. | 0.30 | 169.50 |
| 01/14/25 | S. Kinsella | Communications with Committee counsel regarding trust funds. | 0.10 | 63.50 |
| 01/15/25 | S. Andre | Prepare and serve client documents on UCC. | 0.20 | 113.00 |
| 01/15/25 | S. Kinsella | Meeting with counsel for Committee and related follow up. | 0.60 | 381.00 |
| 01/16/25 | K. Nixon | Email committee counsel re: self insurance claim. | 0.10 | 48.50 |
| 01/20/25 | S. Andre | Prepare client documents for production to UCC. | 0.10 | 56.50 |

*Fredrikson & Byron, P.A.*
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| 01/21/25 | J. Baillie | Email S. Kinsella regarding Diocese's 341 meeting. | 0.10 | 97.50 |
| 01/21/25 | S. Kinsella | Communications with client regarding 341 meeting. | 0.30 | 190.50 |
| 01/22/25 | S. Kinsella | Prepare for and participate in 341 meeting (4.3); meeting with client after (1.1); follow up communications with client (.4). | 5.80 | 3,683.00 |
| 01/23/25 | K. Nixon | Attention to inquiry from potential claimant re: POC form. | 0.10 | 48.50 |
| 01/23/25 | S. Kinsella | Meeting with client and Committee FA (1.1); follow up communications with client regarding document production (.4). | 1.50 | 952.50 |
| 01/24/25 | S. Andre | Correspondence regarding client asset documentation. | 0.10 | 56.50 |
| 01/28/25 | S. Kinsella | Meeting with Rice Board regarding claims. | 1.20 | 762.00 |
| 01/29/25 | S. Kinsella | Prepare list of documents and information requested at 341 meeting and discuss the same with client. | 0.40 | 254.00 |
| 01/30/25 | S. Kinsella | Meeting with Committee counsel (.7); prepare and send documents in follow up (.5). | 1.20 | 762.00 |
| 01/30/25 | S. Andre | Correspondence with S. Kinsella and UCC regarding requested documents. | 0.30 | 169.50 |
| 01/30/25 | K. Nixon | Respond to email from Mountain Lake re: status of payment from Rice. | 0.10 | 48.50 |
| 01/31/25 | S. Kinsella | Communications with Committee counsel regarding school expenses. | 0.60 | 381.00 |
| | **Current Legal Fees:** | | **15.30** | **$ 9,515.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| James L.  Baillie | 975.00 | 0.08 | 78.00 |
| Steven R.  Kinsella | 635.00 | 10.40 | 6,604.00 |
| Samuel M.  Andre | 565.00 | 0.96 | 542.40 |
| Katherine  Nixon | 485.00 | 0.80 | 388.00 |
| **Total** | | **12.24** | **$ 7,612.40** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

**Fredrikson**

**Invoice:**          **1908035**
**Invoice Date:**     **February 6, 2025**
**Page:**             **3**

## Invoice Totals

Total for Current Legal Fees:                                              $ 9,515.50

**Total For Current Invoice:**                                            **$ 9,515.50**

**Your 80% Due:**                                                        **$ 7,612.40**



**Invoice:** 1908037
**Invoice Date:** February 6, 2025
**Client Number:** 098358
**Matter Number:** 098358.5014

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Non-Working Travel**

Total for Current Legal Fees:                                                    $ 8,445.50

**Total For Current Invoice:**                                                **$ 8,445.50**

**Your 80% Due:**                                                              **$ 6,756.40**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*



*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | Invoice: | **1908037** |
|---|---|---|
| | Invoice Date: | **February 6, 2025** |
| | Page: | |

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888528 | 2,213.75 | | 2,213.75 |
| 01/06/25 | 1901850 | 3,766.25 | | 3,766.25 |

**Total Prior Balance:** **$ 5,980.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 6, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1908037**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5014**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/21/25 | S. Kinsella | Travel to 341 meeting. | 7.00 | 4,445.00 |
| 01/22/25 | S. Kinsella | Travel from 341 meeting. | 6.30 | 4,000.50 |
| | **Current Legal Fees:** | | **13.30** | **$ 8,445.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 10.64 | 6,756.40 |
| **Total** | | **10.64** | **$ 6,756.40** |

### Invoice Totals

Total for Current Legal Fees:                              $ 8,445.50

**Total For Current Invoice:**                          **$ 8,445.50**

**Your 80% Due:**                                   **$ 6,756.40**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** **1908039**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5015**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees:                                                    $ 209.00

**Total For Current Invoice:**                                                **$ 209.00**

**Your 80% Due:**                                                            **$ 167.20**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*



*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| Invoice: | **1908039** |
| Invoice Date: | **February 6, 2025** |
| Page: | |

---

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 01/06/25 | 1901851 | 1,472.50 | | 1,472.50 |
| | **Total Prior Balance:** | | | **$ 1,472.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 6, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484

USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1908039**
**Invoice Date:** **February 6, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5015**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/03/25 | S. Kinsella | Review order for extension of exclusivity period. | 0.10 | 63.50 |
| 01/03/25 | K. Nixon | Revise motion to extend exclusivity and solicitation periods. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **0.40** | **$ 209.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.08 | 50.80 |
| Katherine  Nixon | 485.00 | 0.24 | 116.40 |
| **Total** | | **0.32** | **$ 167.20** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 209.00 |
| **Total For Current Invoice:** | **$ 209.00** |
| **Your 80% Due:** | **$ 167.20** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1908041** |
| **Invoice Date:** | **February 6, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5018** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Reporting**

Total for Current Legal Fees:                                   $ 2,694.00

**Total For Current Invoice:**                                **$ 2,694.00**

**Your 80% Due:**                                              **$ 2,155.20**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***



*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888529 | 10,896.00 | | 10,896.00 |
| 12/05/24 | 1895354 | 12,742.00 | | 12,742.00 |
| 01/06/25 | 1901852 | 252.00 | | 252.00 |
| **Total Prior Balance:** | | | | **$ 23,890.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 6, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**            **1908041**
**Invoice Date:**       **February 6, 2025**
**Client Number:**      **098358**
**Matter Number:**      **098358.5018**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/06/25 | K. Nixon | Follow-up emails re: investment account declarations and designation of DIP accounts. | 0.20 | 97.00 |
| 01/07/25 | K. Nixon | Emails to counsel for TD Bank and UST re: DIP designation. | 0.10 | 48.50 |
| 01/08/25 | K. Nixon | Email to counsel for UST re: DIP designation of certain accounts. | 0.10 | 48.50 |
| 01/09/25 | S. Kinsella | Meeting with client to prepare for 341 meeting. | 1.10 | 698.50 |
| 01/13/25 | K. Nixon | Follow-up emails re: investment account declarations and designation of DIP accounts. | 0.10 | 48.50 |
| 01/14/25 | K. Nixon | Email to client re: timing of December MOR. | 0.10 | 48.50 |
| 01/15/25 | K. Nixon | Revise declaration re: certain TD Wealth investment account and review revised declaration re: Raymond James investment account. | 0.60 | 291.00 |
| 01/16/25 | K. Nixon | Emails re: final investment account declaration, finalize the same, and prepare final orders. | 0.80 | 388.00 |
| 01/21/25 | K. Nixon | Follow up with counsel for UST re: review of investment declarations and entry of final orders (0.1); review and assist in finalizing December 2024 MOR (0.4). | 0.50 | 242.50 |
| 01/23/25 | S. Kinsella | Prepare list of documents from 341 meeting. | 0.30 | 190.50 |
| 01/24/25 | K. Nixon | Attention to emails and phone calls with counsel for TD Bank re: DIP designations and related issues. | 0.40 | 194.00 |
| 01/27/25 | K. Nixon | Follow up with other counsel re: final orders for maintenance of bank/investment accounts (0.1); finalize the same for filing and submit Word versions to Court staff (0.3). | 0.40 | 194.00 |
| 01/29/25 | S. Kinsella | Communications with client regarding potential schedule amendments. | 0.10 | 63.50 |



| | | |
|---|---|---|
| **Invoice:** | **1908041** | |
| **Invoice Date:** | **February 6, 2025** | |
| **Page:** | **2** | |

| 01/31/25 | S. Stallings | E-mail to L. Dawson regarding revised creditor list (.2); review revised creditor list and arrange to serve amended 341 notice and proof of claim forms to new parties (.4). | 0.60 | 141.00 |
|---|---|---|---|---|
| | **Current Legal Fees:** | | **5.40** | **$ 2,694.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R. Kinsella | 635.00 | 1.20 | 762.00 |
| Katherine Nixon | 485.00 | 2.64 | 1,280.40 |
| Shataia Stallings | 235.00 | 0.48 | 112.80 |
| **Total** | | **4.32** | **$ 2,155.20** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,694.00 |
| **Total For Current Invoice:** | **$ 2,694.00** |
| **Your 80% Due:** | **$ 2,155.20** |

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484

USA  /  China  /  Mexico  /  fredlaw.com

## CERTIFICATE OF SERVICE

I, Steven R. Kinsella, hereby certify that on February 7, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| **Via E-Mail** | **Via ECF** | **Via ECF** |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont Attn: Lorei Dawson 55 Joy Drive South Burlington, VT 05403 (e-mail address omitted) | United States Trustee Attn: Lisa M. Penpraze Leo O'Brien Federal Building Room 620 Albany, NY 12207 Lisa.Penpraze@usdoj.gov | Pachulski Stang Ziehl & Jones Attn: Brittany Mitchell Michael 780 Third Avenue 34th Floor New York, NY 10017 bmichael@pszjlaw.com |
| **Via ECF** Obuchowski Law Office Attn: Raymond J. Obuchowski 1542 Route 107 PO Box 60 Bethel, VT 05032 Ray@oeblaw.com | **Via ECF** Lemery Greisler LLC Attn: Paul A. Levine 677 Broadway, 8th Floor Albany, NY 12207 plevine@lemerygreisler.com | |