**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

| | |
|---|---|
| In re: | |
| Roman Catholic Diocese of Burlington, Vermont,[1] | Case No.: 24-10205-HZC<br>Chapter 11 Case |
| Debtor. | |

---

**DINSE P.C.'S MONTHLY FEE STATEMENT FOR JANUARY 2025**

---

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Dinse P.C. ("Dinse"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from January 1, 2025 to January 31, 2025 (the "Compensation Period") in the amount of $5,668.40 (80% of $7,085.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

Dinse's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on February 21, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Dinse will file a certificate of no objection with the Court and the Diocese will be authorized to pay Dinse the amounts described herein.

| | |
|---|---|
| Dated:  February 7, 2025 | /s/ *Nicole Andreson* |
| | Nicole Andreson |
| | **DINSE P.C.** |
| | P.O. Box 988 |
| | 209 Battery Street |
| | Burlington, VT 05402-0988 |
| | (802) 864-5751 |
| | nandreson@dinse.com |
| | |
| | **ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |

Prepared with assistance from:

| | |
|---|---|
| Dated:  February 7, 2025 | /s/ *Steven R. Kinsella* |
| | Raymond J. Obuchowski |
| | **OBUCHOWSKI LAW OFFICE** |
| | 1542 Route 107, PO Box 60 |
| | Bethel, VT 05032 |
| | (802) 234-6244 |
| | ray@oeblaw.com |
| | |
| | James L. Baillie (*pro hac vice*) |
| | Steven R. Kinsella (*pro hac vice*) |
| | Samuel M. Andre (*pro hac vice*) |
| | Katherine A. Nixon (*pro hac vice*) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 60 South Sixth Street, Suite 1500 |
| | Minneapolis, MN  55402-4400 |
| | (612) 492-7000 |
| | jbaillie@fredlaw.com |
| | skinsella@fredlaw.com |
| | sandre@fredlaw.com |
| | knixon@fredlaw.com |
| | |
| | **ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |

**EXHIBIT A**

Case 24-10205   Doc   208   Filed 02/07/25   Entered   02/07/25 13:54:30   Desc   Main Document   Page   3 of 8



209 Battery Street
PO Box 988
Burlington, VT 05402

Roman Catholic Diocese of Burlington
Rev. Msgr. John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---:|
| Invoice Date: | February 07, 2025 |
| Tax Invoice Num.: | 239707 |
| Matter Number: | 12530.0036 |

Client:     Roman Catholic Diocese
Matter:    Employment Matters

For professional services rendered through January 31, 2025

Currency: USD

| | |
|---|---:|
| Fees | 6,564.00 |
| **Amount Due - This Invoice** | **$6,564.00** |
| Past Due | 2,683.00 |
| **Total Amount Due** | **$9,247.00** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|---|---|---|
| Dinse P.C. |  | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |
| | Email ar@dinse.com with remittance information | Follow the link to "Pay Your Bill" |

| | | |
|---|---|---|
| Client: Roman Catholic Diocese | Invoice Date: | February 07, 2025 |
| Matter: Employment Matters | Tax Invoice Num.: | 239707 |
| | Matter Number: | 12530.0036 |

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/2025 | Lena M Capps | Continue to draft documents and conduct research associated with the same | 3.80 | 1,045.00 |
| 01/03/2025 | Lena M Capps | Continue to draft documents and conduct research associated with the same | 3.10 | 852.50 |
| 01/06/2025 | Amy M McLaughlin | Work on drafting documents | 2.00 | 810.00 |
| 01/10/2025 | Lena M Capps | Draft email to clients | 0.40 | 110.00 |
| 01/13/2025 | Lena M Capps | Attend conference with clients and continue to work on drafting updates | 1.70 | 467.50 |
| 01/21/2025 | Lena M Capps | Conduct research in connection with drafting documents | 2.30 | 632.50 |
| 01/23/2025 | Amy M McLaughlin | Review revised documents; legal research related to such policies | 2.30 | 931.50 |
| 01/24/2025 | Lena M Capps | Draft and revise documents | 2.00 | 550.00 |
| 01/24/2025 | Amy M McLaughlin | Meeting regarding revised documents | 0.50 | 202.50 |
| 01/27/2025 | Lena M Capps | Continue to draft documents and conduct research in connection with the same | 3.50 | 962.50 |
| **Total** | | | **21.60** | **$6,564.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Lena M Capps | Associate | 16.80 | 275.00 | 4,620.00 |
| Amy M McLaughlin | Partner | 4.80 | 405.00 | 1,944.00 |
| **Total** | | **21.60** | | **$6,564.00** |

**Year-to-Date**

| | This Invoice | Year-to-Date |
|---|---|---|
| Fees | $6,564.00 | $9,247.00 |
| Costs | $0.00 | $0.00 |
| Charges/Tax | $0.00 | $0.00 |
| **Total** | **$6,564.00** | **$9,247.00** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 2,683.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Total** | **$2,683.00** |



209 Battery Street
PO Box 988
Burlington, VT 05402

Roman Catholic Diocese of Burlington
Rev. Msgr. John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---:|
| Invoice Date: | February 07, 2025 |
| Tax Invoice Num.: | 239706 |
| Matter Number: | 12530.0049 |

| | |
|---|---|
| Client: | Roman Catholic Diocese |
| Matter: | Bankruptcy Action |

For professional services rendered through January 31, 2025

Currency: USD

| | |
|---|---:|
| Fees | 521.50 |
| **Amount Due - This Invoice** | **$521.50** |
| Past Due | 7,248.00 |
| **Total Amount Due** | **$7,769.50** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|:---:|:---:|:---:|
| Dinse P.C. |  | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |
| | Email ar@dinse.com with remittance information | Follow the link to "Pay Your Bill" |

| | | |
|---|---|---|
| Client: Roman Catholic Diocese | Invoice Date: | February 07, 2025 |
| Matter: Bankruptcy Action | Tax Invoice Num.: | 239706 |
| | Matter Number: | 12530.0049 |

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/2025 | Kendall A Hoechst | Correspond with Attorney McCormick regarding legal question | 0.10 | 34.50 |
| 01/14/2025 | Nicole Andreson | Analyze and respond to correspondence from Attorney Baille discussing trust documents | 0.10 | 42.50 |
| 01/14/2025 | Kendall A Hoechst | Analyze status of legal question | 0.10 | 34.50 |
| 01/14/2025 | Kendall A Hoechst | Analyze next steps regarding legal issue | 0.10 | 34.50 |
| 01/24/2025 | Margarita I Warren | Correspondence with bankruptcy counsel | 0.10 | 32.50 |
| 01/27/2025 | Mark A Langan | Work on drafting documents | 0.70 | 343.00 |
| **Total** | | | **1.20** | **$521.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kendall A Hoechst | Partner | 0.30 | 345.00 | 103.50 |
| Margarita I Warren | Partner | 0.10 | 325.00 | 32.50 |
| Mark A Langan | Partner | 0.70 | 490.00 | 343.00 |
| Nicole Andreson | Partner | 0.10 | 425.00 | 42.50 |
| **Total** | | **1.20** | | **$521.50** |

**Year-to-Date**

| | This Invoice | Year-to-Date |
|---|---|---|
| Fees | $521.50 | $7,769.50 |
| Costs | $0.00 | $0.00 |
| Charges/Tax | $0.00 | $0.00 |
| **Total** | **$521.50** | **$7,769.50** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 7,248.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | **$7,248.00** |

# CERTIFICATE OF SERVICE

I, Steven R. Kinsella, hereby certify that on February 7, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
| --- | --- | --- |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |