**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

| | |
|---|---|
| In re: | |
| Roman Catholic Diocese of Burlington, Vermont,[1] | Case No.: 24-10205-HZC<br>Chapter 11 Case |
| Debtor. | |

---

**OBUCHOWSKI LAW OFFICE'S MONTHLY FEE STATEMENT FOR JANUARY 2025**

---

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Obuchowski Law Office ("OLO"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from January 1, 2025 to January 31 2025 (the "Compensation Period") in the amount of $3,892.00 (80% of $4,865.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $110.40.

OLO's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or less (1/20).

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on February 24, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, OLO will file a certificate of no objection with the Court and the Diocese will be authorized to pay OLO the amounts described herein.

Dated:  February 10, 2025         /s/ *Raymond J. Obuchowski*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

**EXHIBIT A**

Obuchowski Law Office
PO Box 60, Route 107
Bethel, VT 05032

Invoice submitted to:

Roman Catholic Diocese of Burlington
55 Joy Drive
South Burlington, VT 05403

February 10, 2025
In Reference To:    Financial Counseling
Invoice #    34769

**Professional services**

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 1/6/2025 | RJO | Review of docket entries, pleadings, and update file with new filings during the week of 12/29 to 1/5 | | 0.30<br>350.00/hr | 105.00 |
|  | RJO | Review of docket entries, pleadings, and update file with ECF Docs from 12/17 hearing | | 0.10<br>350.00/hr | 35.00 |
|  | RJO | Follow up with Katherine Nixon on service of documents, and review of last weeks filings | | 0.15<br>350.00/hr | 52.50 |
|  | RJO | Review of docket entries, pleadings, and update file on COS, and update on Correspondence, and review of correspondence | | 0.25<br>350.00/hr | 87.50 |
| 1/7/2025 | RJO | Review of notices and Katherine's correspondence with Stretto on service on notices; review of correspondence on 341 date, and responses, update calendar | | 0.15<br>350.00/hr | 52.50 |
|  | RJO | Review of recent correspondence and update file on meeting for 341 mtg preparation | | 0.10<br>350.00/hr | 35.00 |
| 1/11/2025 | RJO | Review of BNC and Webmaster with pleadings and docket entries, profile and update file | | 0.20<br>350.00/hr | 70.00 |
| 1/13/2025 | RJO | Review of recent correspondence and update file and call with Katherine on status of notice and circulation - county | | 0.25<br>350.00/hr | 87.50 |
| 1/15/2025 | RJO | Review of corr. from Stretto (Alexa) on publication of ads, and review of tearsheets (esheet) | | 0.15<br>350.00/hr | 52.50 |
|  | RJO | Review of docket entries, pleadings, and update file on Pachulski notice of rate change | | 0.05<br>350.00/hr | 17.50 |
| 1/16/2025 | RJO | Review of docket entries, pleadings, and update file on Affidavit on accounts, | | 0.10<br>350.00/hr | 35.00 |
| 1/18/2025 | RJO | Follow up with Steve on Stretto bill and 341 meeting/attendance | | 0.20<br>350.00/hr | 70.00 |
|  | RJO | Review of recent correspondence and update file on tearsheets and publication from Stretto with copy from Kate | | 0.10<br>350.00/hr | 35.00 |
|  | RJO | Review of recent correspondence and update file on 341 conference; Stretto, MOR on accounts | | 0.20<br>350.00/hr | 70.00 |
| 1/22/2025 | RJO | Prepare for 341 with downloading all anticipated pleadings for review at meeting | | 0.25<br>350.00/hr | 87.50 |
|  | RJO | Travel to Burlington for 341 meeting (75 miles each way; 1.25 hours each way) | | 2.50<br>175.00/hr | 437.50 |
|  | RJO | Attendance at and examination of Debtor at First Meeting of Creditors (9-1:15pm) | | 4.25<br>350.00/hr | 1,487.50 |

*Page 4 of 7*

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 1/22/2025 | RJO | Review of reels from FB for advertising for SA survivors, and firm | 0.20 350.00/hr | 70.00 |
| 1/23/2025 | RJO | Review of recent correspondence and update file on mtg and correspondence on MOR, and service | 0.20 350.00/hr | 70.00 |
|  | RJO | Review of docket entries, pleadings, and update file on December MOR, and COS, and review | 0.10 350.00/hr | 35.00 |
|  | RJO | Review of Application for BRG and declaration | 0.10 350.00/hr | 35.00 |
|  | RJO | Review of parkmobile invoices, and update file for expense | 0.05 350.00/hr | 17.50 |
| 1/24/2025 | RJO | Call with Clerk, and follow up on hearings with Steve for 1/28 | 0.20 350.00/hr | 70.00 |
| 1/27/2025 | RJO | Follow up with Clerk on Zoom, and review on email; with conference on hearing and issues with Attorney Kinsella | 0.25 350.00/hr | 87.50 |
|  | RJO | Review of recent correspondence and update file on UST statement of no objection | 0.10 350.00/hr | 35.00 |
|  | RJO | Review of recent correspondence and update file on orders and issues for 1/28 hearing | 0.25 350.00/hr | 87.50 |
| 1/28/2025 | RJO | Update file with proposed final orders, and review | 0.05 350.00/hr | 17.50 |
|  | RJO | Review pleadings, and related docs and prepare for hearing | 0.25 350.00/hr | 87.50 |
|  | RJO | Hearing on Motions on Benefits, Interim Fee procedure; Bank accounts | 0.50 350.00/hr | 175.00 |
|  | RJO | Complete review of notes from 341 meeting on outstanding requests, and forward to Attorney Kinsella; and follow up on 341 audio file with UST | 0.50 350.00/hr | 175.00 |
|  | RJO | Conference with Kaveh Shahi on parishes, issues in bankruptcy case umbrella, and related issues on Rule 2004 examinations and direction case proceeds | 0.50 350.00/hr | 175.00 |
|  | RJO | Conference with Steve to review questions on parishes, and follow up on 341 meeting | 0.25 350.00/hr | 87.50 |
|  | RJO | Review of recent correspondence and update file from AUST Penpraze on audio on 341; review of JEFS | 0.20 350.00/hr | 70.00 |
| 1/29/2025 | RJO | Follow up with UST on Ledes, and application | 0.10 350.00/hr | 35.00 |
| 1/28/2025 | RJO | Follow up on JEFS link with AUST | 0.05 350.00/hr | 17.50 |
| 1/29/2025 | RJO | Review of docket entries, pleadings, and update file on 3/25 hearing on for Motion on Pension benefits | 0.10 350.00/hr | 35.00 |
| 1/31/2025 | RJO | Review of correspondence on 341 transcript and requests for the Bishop | 0.20 350.00/hr | 70.00 |
|  | RJO | Review of fee application correspondence with UST, and with Committee counsel, also Attorney Kinsella's email | 0.20 350.00/hr | 70.00 |
|  | RJO | Review issues as to LEDES billing, work with software EZ Billing, and commence converting slips and review for designation of tasks for preparation of first interim as to be filed by 2/7 | 1.50 350.00/hr | 525.00 |
|  |  | **For professional services rendered** | **15.15** | **$4,865.00** |

**Additional charges:**

|  |  |  | Qty/Price | Amount |
|---|---|---|---:|---:|
| 1/13/2025 | RJO | Download list of creditors, docket report and | 1<br>1.80 | 1.80 |
| 1/22/2025 | RJO | Travel to Burlington for 341 meeting (75 miles each way; 1.25 hours each way) | 150<br>0.67 | 100.50 |
|  | RJO | Parking charges for Burlington through Park Mobile (341 meeting) - $3.30 & $4.80 | 1<br>8.10 | 8.10 |

**Total costs** $110.40

**Total amount of this bill** $4,975.40

**Balance due** $4,975.40

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Raymond J. Obuchowski | 12.65 | 350.00 | $4,427.50 |
| Raymond J. Obuchowski | 2.50 | 175.00 | $437.50 |

# CERTIFICATE OF SERVICE

I, Raymond J. Obuchowski, hereby certify that on February 10, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
|---|---|---|
| **Via ECF**<br>James L. Baillie (*pro hac vice*)<br>Steven R. Kinsella (*pro hac vice*)<br>Samuel M. Andre (*pro hac vice*)<br>Katherine A. Nixon (*pro hac vice*)<br>**FREDRIKSON & BYRON, P.A.**<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-4400<br>(612) 492-7000<br>jbaillie@fredlaw.com<br>skinsella@fredlaw.com<br>sandre@fredlaw.com<br>knixon@fredlaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |