**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br>Roman Catholic Diocese of Burlington, Vermont,<br>Debtor(s) | Case# 24-10205-*hzc*<br>Chapter 11 |

**SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 02/05/2025, I did cause a copy of the following document, described below.

- NOTICE OF THE TIME FOR TIMELY FILING NON-SEXUAL ABUSE PROOFS OF CLAIMS [ECF #146]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to Green Mountain Power at PO Box 1325, Williston, VT 05495-1325.

Furthermore, on 02/05/2025, I did cause a copy of the following documents, described below.

- NOTICE OF THE TIME FOR TIMELY FILING PROOFS OF CLAIMS RELATING TO, OR ARISING FROM, SEXUAL ABUSE [EXHIBIT B TO ECF #144]

- CONFIDENTIAL SURVIVOR CLAIM FORM AND OPTIONAL SUPPLEMENT [EXHIBIT A TO ECF #144]

- EMERGENCY MOTION AND MEMORANDUM FOR ORDER (I) AUTHORIZING CONTINUED USE OF EXISTING BUSINESS BOOKS, RECORDS, BANK ACCOUNTS, AND CHECK STOCK; (II) AUTHORIZING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS; (III) AUTHORIZING ELECTRONIC FUNDS TRANSFERS AND AUTOMATED CLEARING HOUSE TRANSFERS; (IV) AUTHORIZING MAINTENANCE OF INVESTMENT ACCOUNTS; AND (V) GRANTING LIMITED RELIEF FROM THE REQUIREMENTS OF 11 U.S.C. § 345(b) [ECF #9]

- EMERGENCY AND SUPPLEMENTAL MOTION AND MEMORANDUM FOR AN INTERIM AND FINAL ORDER (I) AUTHORIZING CONTINUED USE OF EXISTING BUSINESS BOOKS, RECORDS, BANK ACCOUNTS, AND CHECK STOCK; (II) AUTHORIZING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS; (III) AUTHORIZING ELECTRONIC FUNDS TRANSFERS AND AUTOMATED CLEARING HOUSE TRANSFERS; (IV) AUTHORIZING MAINTENANCE OF INVESTMENT ACCOUNTS; AND (V) GRANTING LIMITED RELIEF FROM THE REQUIREMENTS OF 11 U.S.C. § 345(b) [ECF #55]

- EXTENDED INTERIM ORDER (I) GRANTING EMERGENCY RELIEF; (II) AUTHORIZING CONTINUED USE OF EXISTING BUSINESS BOOKS, RECORDS, BANK ACCOUNTS, AND CHECK STOCK; (III) AUTHORIZING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS; (IV) AUTHORIZING ELECTRONIC FUNDS TRANSFERS AND AUTOMATED CLEARING HOUSE TRANSFERS; (V) AUTHORIZING MAINTENANCE OF INVESTMENT ACCOUNTS; AND (VI) GRANTING LIMITED RELIEF FROM THE REQUIREMENTS OF 11 U.S.C. § 345 (b) [ECF #121]

- EXTENDED INTERIM ORDER (I) GRANTING EMERGENCY RELIEF; (II) AUTHORIZING CONTINUED USE OF EXISTING BUSINESS BOOKS, RECORDS, BANK ACCOUNTS, AND CHECK STOCK; (III) AUTHORIZING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS; (IV) AUTHORIZING ELECTRONIC FUNDS TRANSFERS AND AUTOMATED CLEARING HOUSE TRANSFERS; (V) AUTHORIZING MAINTENANCE OF INVESTMENT ACCOUNTS; AND (VI) GRANTING LIMITED RELIEF FROM THE REQUIREMENTS OF 11 U.S.C. § 345(b) [ECF #122]

- NOTICE OF FINAL HEARING ON PENDING MOTIONS [ECF #141]

to be served for delivery, pursuant USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to Shoup Evers & Green, Attn: John Evers at 126 College St, #430, Burlington, VT 05401-8456.

DATED: 02/07/2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com