UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------

In re:

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF BURLINGTON VERMONT, | **Case No. 24-10205**<br>**Chapter 11** |

Debtor.

-----------------------------------------------------------------

**AMENDED CERTIFICATE OF SERVICE**

    I hereby certify that on **February 18, 2025**, I electronically filed **Lemery Greisler LLC's Monthly Fee Statement for January, 2025** with the Clerk of Bankruptcy Court using CM/ECF system which sent notification of such filings to all ECF participants.

    Additionally, I served the same on **February 18, 2025**, on the following notice parties via email:

        Counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.
        skinsella@fredlaw.com

        Local Counsel for the Diocese, Obuchowski Law Office
        ray@oeblaw.com

        Counsel for the Committee, Pachulski Stang Ziehl & Jones, Attn: Brittany Michael
        bmichael@pszjlaw.com

        Office of the U.S. Trustee, Attn: Lisa Penpraze
        Lisa.Penpraze@usdoj.gov

    And, I hereby certify and declare under penalty of perjury that on **February 18, 2025**, I mailed by the United States Postal Service the **Lemery Greisler LLC's Monthly Fee Statement for January, 2025** to the following notice party:

        The Diocese
        Attn: Lorei Dawson
        55 Joy Drive
        South Burlington, VT 05403

Dated: February 19, 2025                        /s/Patricia Hartl
                                                               Patricia Hartl