UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------

In re:

    ROMAN CATHOLIC DIOCESE OF                     **Case No. 24-10205**
    BURLINGTON VERMONT,                                **Chapter 11**

                                Debtor.
-----------------------------------------------------------------

## AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on **February 18, 2025**, I electronically filed a **Notice of Adjustment of Lemery Greisler LLC Hourly Billing Rates** with the Clerk of Bankruptcy Court using CM/ECF system which sent notification of such filings to all ECF participants.

    Additionally, I served the same on **February 19, 2025**, on the following notice parties via email:

        Counsel for the Diocese, Fredrikson & Byron, P.A., Attn:  Steven R. Kinsella, Esq.
        skinsella@fredlaw.com

        Local Counsel for the Diocese, Obuchowski Law Office
        ray@oeblaw.com

        Counsel for the Committee, Pachulski Stang Ziehl & Jones, Attn:  Brittany Michael
        bmichael@pszjlaw.com

        Office of the U.S. Trustee, Attn:  Lisa Penpraze
        Lisa.Penpraze@usdoj.gov

    And, I hereby certify and declare under penalty of perjury that on **February 19, 2025**, I mailed by the United States Postal Service the **Notice of Adjustment of Lemery Greisler LLC Hourly Billing Rates** to the following notice party:

        The Diocese
        Attn:  Lorei Dawson
        55 Joy Drive
        South Burlington, VT  05403


Dated:  February 19, 2025                                    /s/Patricia Hartl
                                                                            Patricia Hartl