**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re: | |
| Roman Catholic Diocese of Burlington, Vermont, | Case No.: 24-10205-HZC<br>Chapter 11 Case |
| Debtor. | |

**CERTIFICATE OF NO OBJECTION REGARDING FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT FOR JANUARY 2025**

Pursuant to Paragraph 2(d) of the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), I, Steven R. Kinsella, a shareholder at Fredrikson & Byron, P.A. ("Fredrikson"), Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), hereby certify that no objections were filed or received regarding Fredrikson's monthly fee statement for January 2025. (ECF No. 207). Therefore, the Diocese is authorized to pay Fredrikson $33,131.60 (80% of $41,414.50) for services rendered and $955.44 for expenses incurred in January 2025 in accordance with the Compensation Order.

| | |
|---|---|
| Dated: February 25, 2025 | /s/ *Steven R. Kinsella* |

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**