# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington,                    Case# 24-10205-*hzc*
Vermont,                                                                      Chapter 11

                    Debtor(s)

## SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 02/19/2024, I did cause a copy of the following documents, described below.

- MOTION FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS AND MEMBERS OF OFFICIAL COMMITTEES [ECF #153]

- MOTION FOR ENTRY OF AN ORDER EXTENDING EXCLUSIVE PERIODS UNDER 11 U.S.C. § 1121(d) [ECF #154]

- NOTICE OF HEARING ON MOTIONS FOR ENTRY OF ORDERS ESTABLISHING COMPENSTAION PROCEDURES AND EXTENDING EXCLUSIVITY PERIODS [ECF #155]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to Green Mountain Power at PO Box 1325, Williston, VT 05495-1325.

DATED: 02/24/2025

                                        */s/ Keny Contreras*
                                        Keny Contreras
                                        STRETTO
                                        410 Exchange, Suite 100
                                        Irvine, CA 92602
                                        (714) 716-1916
                                        TeamCDBV@stretto.com