## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington,
Vermont,

Case# 24-10205-*hzc*

Chapter 11

Debtor(s)

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 03/03/2025, I did cause a copy of the following documents, described below.

- NOTICE OF THE TIME FOR TIMELY FILING NON-SEXUAL ABUSE PROOFS OF CLAIMS [ECF #146]

- AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASE [ECF #152]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to K D Associates Inc at 41 IDX Drive Suite 209, South Burlington, VT 05403-7757 and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 03/05/2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com