UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

---

In re:

Roman Catholic Diocese of Burlington, Vermont[1],

Debtor.

Chapter 11

Case No. 24-10205-HZC

---

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I, Sophia Lee, electronically filed the **First Monthly Fee Statement of Berkeley Research Group LLC, Financial Advisors to the Official Committee of Unsecured Creditors for the Period November 22, 2024 Through January 31, 2025 [Docket 228]** with the Clerk of Bankruptcy Court using CM/ECF system which sent notification of such filings to all ECF participants.

Additionally, I served the same on March 6, 2025, on the following notice parties via email:

Debtor Roman Catholic Diocese of Burlington, Vermont
Attn: Lorei Dawson(ldawson@vermontcatholic.org)

Counsel for the Debtor, Fredrikson & Byron, P.A.
Attn: Steven R. Kinsella, Esq. (skinsella@fredlaw.com)

Local counsel for the Debtor, Obuchowski Law Office
Attn: Ray Obuchowski, Esq. (ray@oeblaw.com)

Office of the UST
Attn: Lisa Penpraze, Esq. (lisa.penpraze@usdoj.gov)

Local counsel for the Committee, Lemery Greisler LLC
Attn: Paul A. Levine, Esq, (plevine@lemerygreisler.com)

Dated: March 6, 2025         /s/Sophia Lee
                              Sophia Lee

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.