**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br>Roman Catholic Diocese of Burlington, Vermont,<br>               Debtor(s) | Case# 24-10205-*hzc*<br>Chapter 11 |

**SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 03/05/2025, I did cause a copy of the following document, described below.

- NOTICE OF HEARING ON FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES [ECF #205]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to one (1) confidential party not included herein and incorporated as if fully set forth herein.

DATED: 03/06/2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com