UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------
In re:

    ROMAN CATHOLIC DIOCESE OF                **Case No. 24-10205**
    BURLINGTON VERMONT,                           **Chapter 11**

                         Debtor.
-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

       I hereby certify that on **March 11, 2025**, I electronically filed the **Response and Objection of The Official Committee Of Unsecured Creditors to the Debtor's Motion for an Order Authorizing the Payment of Pension Benefits to Credibly Accused Priests** Clerk of Bankruptcy Court using CM/ECF system which sent notification of such filings to all ECF participants.

       Additionally, I served the same on **March 11, 2025**, on the following notice parties via email:

    Lorei Dawson
    ldawson@vermontcatholic.org

    Counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.
    skinsella@fredlaw.com

    Local Counsel for the Diocese, Obuchowski Law Office
    ray@oeblaw.com

    Counsel for the Committee, Pachulski Stang Ziehl & Jones, Attn: Brittany Michael
    bmichael@pszjlaw.com

    Office of the U.S. Trustee, Attn: Lisa Penpraze
    Lisa.Penpraze@usdoj.gov


Dated: March 11, 2025                                           /s/Patricia Hartl
                                                                    Patricia Hartl