## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

     Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

## FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT
## FOR FEBRUARY 2025

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from February 1, 2025 to February 28, 2025 (the "Compensation Period") in the amount of $31,980.40 (80% of $39,975.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $6,678.08.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**,[2] show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

[2] Each of the invoices include a cover page including a calculation of the 80% amount owed. For the avoidance of doubt, the invoices include 100% of the time entries and expenses for the Compensation Period.

Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on March 26, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  March 12, 2025

/s/ *Steven R. Kinsella*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

**EXHIBIT A**



**Invoice:** 1914882
**Invoice Date:** March 10, 2025
**Client Number:** 098358
**Matter Number:** 098358.5000

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Case Administration**

| | |
|---|---|
| Total For Current Costs and Other Charges: | $ 6,678.08 |
| **Total For Current Invoice:** | **$ 6,678.08** |
| **Your 80% Due:** | **$ 5,342.47** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1914882**
**Invoice Date:** **March 10, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888523 | 43,312.28 | | 43,312.28 |
| 12/05/24 | 1895348 | 12,147.17 | | 12,147.17 |
| 01/06/25 | 1901844 | 8,114.32 | | 8,114.32 |
| 02/06/25 | 1908078 | 1,198.24 | | 1,198.24 |

**Total Prior Balance:** **$ 64,772.01**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 10, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1914882
**Invoice Date:** March 10, 2025
**Client Number:** 098358
**Matter Number:** 098358.5000

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 02/26/25 | Prof Serv First American Title Insurance Company (PO Box 677858 Dallas TX 75267-7858) - 1724-1724146797 - Title Search and Exam on various Diocese Properties | 6,445.00 |
| | Litigation Support Services | 210.00 |
| | Postage Charges | 23.08 |
| | **Current Costs and Other Charges:** | **$ 6,678.08** |

## Invoice Totals

| | |
|---|---|
| Total For Current Costs and Other Charges: | $ 6,678.08 |
| **Total For Current Invoice:** | **$ 6,678.08** |
| **Your 80% Due:** | **$ 5,342.47** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | 1914880 |
| **Invoice Date:** | March 10, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5006 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Business Operations**

| | |
|---|---|
| Total for Current Legal Fees: | $ 6,212.50 |
| **Total For Current Invoice:** | **$ 6,212.50** |
| **Your 80% Due:** | **$ 4,970.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▉▉▉▉▉

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1914880**
**Invoice Date:** **March 10, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888530 | 22,607.50 | | 22,607.50 |
| 12/05/24 | 1895350 | 1,427.50 | | 1,427.50 |
| 01/06/25 | 1901846 | 8,377.00 | | 8,377.00 |
| 02/06/25 | 1908027 | 7,277.20 | | 7,277.20 |

**Total Prior Balance:** **$ 39,689.20**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 10, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1914880**
**Invoice Date:** **March 10, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5006**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/05/25 | S. Kinsella | Review Committee information requests regarding school claims (.3); begin pulling together responsive information and coordinate with client regarding the same (.5). | 0.80 | 508.00 |
| 02/06/25 | S. Andre | Prepare analysis of school donation documents and correspond with client on same. | 0.50 | 282.50 |
| 02/06/25 | S. Kinsella | Communications with school and school creditors regarding potential claims (.6); phone call with local counsel regarding school counsel and related issues (.4); communications with client regarding the same (.2). | 1.20 | 762.00 |
| 02/07/25 | K. Nixon | Research notice requirements for critical vendors motion. | 0.30 | 145.50 |
| 02/07/25 | S. Kinsella | Communications with client regarding payment questions. | 0.10 | 63.50 |
| 02/10/25 | S. Kinsella | Continue to work on resolution of school claim issues. | 0.20 | 127.00 |
| 02/11/25 | S. Andre | Correspond with UCC regarding school payments. | 0.10 | 56.50 |
| 02/11/25 | S. Kinsella | Phone call and follow up communications with counsel for Rice High School. | 0.60 | 381.00 |
| 02/13/25 | S. Andre | Follow up with UCC on school expense issue. | 0.10 | 56.50 |
| 02/14/25 | S. Andre | Follow up with UCC regarding school expenditures. | 0.10 | 56.50 |
| 02/14/25 | S. Kinsella | Communications with client regarding postpetition expenses. | 0.10 | 63.50 |
| 02/18/25 | K. Nixon | Summarize status of claims notice process and procedures per request of UCC counsel. | 1.20 | 582.00 |
| 02/18/25 | S. Kinsella | Receive update regarding claim notice publications. | 0.10 | 63.50 |



**Invoice:** **1914880**
**Invoice Date:** **March 10, 2025**
**Page:** 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/19/25 | K. Nixon | Attention to inquiry from Rice vendor re: prepetition invoice. | 0.10 | 48.50 |
| 02/19/25 | S. Kinsella | Communications with client regarding school expenses. | 0.10 | 63.50 |
| 02/20/25 | S. Kinsella | Communications with potential school counsel (.2); communications with school officials regarding expenses (.4); communications with school creditors (.3). | 0.90 | 571.50 |
| 02/20/25 | K. Nixon | Attention to inquiries from Rice creditors re: payment of prepetition invoices. | 0.40 | 194.00 |
| 02/21/25 | S. Andre | Prepare claims confidentiality agreement. | 0.90 | 508.50 |
| 02/21/25 | S. Kinsella | Communications with counsel for school regarding school expense issue. | 0.20 | 127.00 |
| 02/24/25 | S. Kinsella | Communications with school counsel. | 0.10 | 63.50 |
| 02/25/25 | S. Kinsella | Phone call with Rice counsel (.5); advise client on post-petition expense (.2). | 0.70 | 444.50 |
| 02/26/25 | S. Andre | Correspondence with UCC regarding student lunch payments. | 0.10 | 56.50 |
| 02/26/25 | S. Kinsella | Communications with Committee counsel and client regarding school lunch expense. | 0.40 | 254.00 |
| 02/26/25 | K. Nixon | Email L. Dawson re: Rice lunch invoice. | 0.10 | 48.50 |
| 02/27/25 | S. Kinsella | Communications with Rice counsel. | 0.10 | 63.50 |
| 02/28/25 | S. Andre | Prepare production of documents to school counsel and correspondence on same. | 0.20 | 113.00 |
| 02/28/25 | S. Kinsella | Communications with school counsel regarding accounts and expenses. | 0.80 | 508.00 |
| | **Current Legal Fees:** | | **10.50** | **$ 6,212.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 5.12 | 3,251.20 |
| Samuel M.  Andre | 565.00 | 1.60 | 904.00 |
| Katherine  Nixon | 485.00 | 1.68 | 814.80 |
| **Total** | | **8.40** | **$ 4,970.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** **1914880**
**Invoice Date:** **March 10, 2025**
**Page:** **3**

## Invoice Totals

| | |
|---|---:|
| Total for Current Legal Fees: | $ 6,212.50 |
| **Total For Current Invoice:** | **$ 6,212.50** |
| **Your 80% Due:** | **$ 4,970.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | 1914868 |
| **Invoice Date:** | March 10, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5007 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Claims Administration and  Objections**

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,743.50 |
| **Total For Current Invoice:** | **$ 2,743.50** |
| **Your 80% Due:** | **$ 2,194.80** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888531 | 632.50 | | 632.50 |
| 01/06/25 | 1901847 | 5,915.00 | | 5,915.00 |
| 02/06/25 | 1908031 | 5,148.40 | | 5,148.40 |

**Total Prior Balance:** **$ 11,695.90**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 10, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** 1914868
**Invoice Date:** March 10, 2025
**Client Number:** 098358
**Matter Number:** 098358.5007

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/06/25 | S. Kinsella | Review claim publications. | 0.10 | 63.50 |
| 02/14/25 | S. Kinsella | Communications with client and noticing agent regarding sexual abuse claims. | 0.20 | 127.00 |
| 02/14/25 | K. Nixon | Attention to inquiry from client re: status of new claims. | 0.30 | 145.50 |
| 02/15/25 | K. Nixon | Email client re: submitted survivor claims. | 0.10 | 48.50 |
| 02/17/25 | S. Kinsella | Analyze filed claims. | 0.10 | 63.50 |
| 02/17/25 | K. Nixon | Respond to email from Bishop re: access to survivor POCs. | 0.10 | 48.50 |
| 02/18/25 | S. Kinsella | Consult with client regarding claims. | 0.40 | 254.00 |
| 02/18/25 | K. Nixon | Review claims and email from client re: the same. | 0.30 | 145.50 |
| 02/19/25 | S. Kinsella | Analyze claims. | 0.20 | 127.00 |
| 02/20/25 | S. Kinsella | Prepare procedure for claim review. | 0.20 | 127.00 |
| 02/20/25 | K. Nixon | Return phone call from neighboring Diocese re: notice received. | 0.10 | 48.50 |
| 02/21/25 | S. Kinsella | Review claim summary (.2); communications with litigation counsel regarding claim analysis (.3). | 0.50 | 317.50 |
| 02/21/25 | K. Nixon | Review confidential survivor claims. | 1.40 | 679.00 |
| 02/24/25 | S. Kinsella | Review claim notice publication evidence. | 0.10 | 63.50 |
| 02/24/25 | K. Nixon | Attention to email from Stretto re: second round of publication notice. | 0.10 | 48.50 |
| 02/28/25 | K. Nixon | Review confidential survivor claims. | 0.90 | 436.50 |
| | **Current Legal Fees:** | | **5.10** | **$ 2,743.50** |

# Fredrikson

**Invoice:** **1914868**
**Invoice Date:** **March 10, 2025**
**Page:** **2**

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 1.44 | 914.40 |
| Katherine  Nixon | 485.00 | 2.64 | 1,280.40 |
| **Total** | | **4.08** | **$ 2,194.80** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,743.50 |
| **Total For Current Invoice:** | **$ 2,743.50** |
| **Your 80% Due:** | **$ 2,194.80** |



| | |
|---|---|
| **Invoice:** | **1914870** |
| **Invoice Date:** | **March 10, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5009** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Employee Benefits and Pensions**

Total for Current Legal Fees:                                    $ 15,493.00

**Total For Current Invoice:**                                  **$ 15,493.00**

**Your 80% Due:**                                              **$ 12,394.40**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1914870** |
| **Invoice Date:** | **March 10, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5009** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/07/25 | S. Kinsella | Analyze priest pension issue. | 0.20 | 127.00 |
| 02/07/25 | S. Andre | Correspondence regarding priest benefit fund. | 0.20 | 113.00 |
| 02/07/25 | S. Andre | Correspondence regarding priest benefit fund. | 0.10 | 56.50 |
| 02/10/25 | L. Habein | Analyze pension benefit question. | 0.20 | 117.00 |
| 02/10/25 | S. Andre | Correspondence regarding priest benefit plan and analysis of same. | 0.30 | 169.50 |
| 02/10/25 | D. Linder | Review pension plan and related documentation regarding assignment of pension benefits (1.1); review and analyze application of Code and ERISA provisions to same (1.3); draft e-mail correspondence summarizing analysis (.3). | 2.70 | 2,403.00 |
| 02/10/25 | S. Kinsella | Begin outlining briefing on pension issue. | 0.20 | 127.00 |
| 02/11/25 | L. Habein | Analyze case law regarding discretion permitted under a non-ERISA plan. | 1.20 | 702.00 |
| 02/11/25 | S. Andre | Prepare briefing on priest benefit fund. | 0.10 | 56.50 |
| 02/11/25 | D. Linder | Consult regarding pension plan matters. | 0.20 | 178.00 |
| 02/11/25 | S. Kinsella | Analyze pension issue. | 0.10 | 63.50 |
| 02/12/25 | S. Kinsella | Research pension issue. | 0.20 | 127.00 |
| 02/12/25 | L. Habein | Research and analyze case law regarding ceasing retirement benefits to credibly accused priests (1.8); draft summary of case law and analysis (.6). | 2.40 | 1,404.00 |
| 02/13/25 | L. Habein | Draft analysis of case law regarding termination of accrued pension benefits (1.2); e-mail D. Linder responding to her questions regarding analysis (.2). | 1.40 | 819.00 |
| 02/13/25 | S. Andre | Prepare memorandum in support of ordinary course payments. | 3.40 | 1,921.00 |



**Invoice:** **1914870**
**Invoice Date:** **March 10, 2025**
**Page:** **2**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/13/25 | D. Linder | Review case law summary on pension matters and respond to e-mail correspondence regarding same. | 0.80 | 712.00 |
| 02/13/25 | S. Kinsella | Outline arguments for pension briefs. | 0.50 | 317.50 |
| 02/14/25 | S. Andre | Prepare memorandum in support of ordinary course payments. | 4.70 | 2,655.50 |
| 02/14/25 | S. Kinsella | Revise pension brief. | 1.30 | 825.50 |
| 02/17/25 | S. Andre | Prepare memorandum in support of ordinary course payments and correspondence with client on same. | 2.10 | 1,186.50 |
| 02/17/25 | S. Kinsella | Communications with client regarding pension brief. | 0.40 | 254.00 |
| 02/18/25 | S. Andre | Prepare memorandum in support of ordinary course payments and correspondence with client on same. | 1.30 | 734.50 |
| 02/18/25 | S. Kinsella | Finalize brief on pension issue. | 0.10 | 63.50 |
| 02/19/25 | S. Andre | Finalize and coordinate filing of affidavit. | 0.30 | 169.50 |
| 02/19/25 | S. Kinsella | Communications with local counsel regarding briefing and procedure for pension motion. | 0.30 | 190.50 |
| | **Current Legal Fees:** | | **24.70** | **$ 15,493.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Debra J.  Linder | 890.00 | 2.96 | 2,634.40 |
| Steven R.  Kinsella | 635.00 | 2.64 | 1,676.40 |
| Laura A.  Habein | 585.00 | 4.16 | 2,433.60 |
| Samuel M.  Andre | 565.00 | 10.00 | 5,650.00 |
| **Total** | | **19.76** | **$ 12,394.40** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 15,493.00 |
| **Total For Current Invoice:** | **$ 15,493.00** |
| **Your 80% Due:** | **$ 12,394.40** |

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com


# Fredrikson

| | |
|---|---|
| **Invoice:** | **1914874** |
| **Invoice Date:** | **March 10, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees:                                                    $ 7,453.00

**Total For Current Invoice:**                                                  **$ 7,453.00**

**Your 80% Due:**                                                                **$ 5,962.40**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**        **Online Payments:**        **Wire Instructions:**

Fredrikson & Byron P.A.        Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▓▓▓▓▓

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | Invoice: | **1914874** |
|---|---|---|
| | Invoice Date: | **March 10, 2025** |
| | Page: | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888526 | 2,987.50 | | 2,987.50 |
| 12/05/24 | 1895351 | 4,680.50 | | 4,680.50 |
| 01/06/25 | 1901848 | 3,813.50 | | 3,813.50 |
| 02/06/25 | 1908033 | 2,150.40 | | 2,150.40 |
| **Total Prior Balance:** | | | | **$ 13,631.90** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 10, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1914874** |
| **Invoice Date:** | **March 10, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/03/25 | S. Kinsella | Phone call with local counsel regarding LEDE data (.2); communications with litigation counsel regarding fee applications (.2). | 0.40 | 254.00 |
| 02/04/25 | S. Stallings | Analyze invoices and attention to finalizing Fredrikson's first fee application. | 0.70 | 164.50 |
| 02/04/25 | K. Nixon | Draft and revise Fredrikson's first interim fee application (2.3); review local counsel's first interim fee application (0.2). | 2.50 | 1,212.50 |
| 02/04/25 | S. Kinsella | Review and revise fee application (.4); communications with local counsel regarding the local counsel application (.5). | 0.50 | 317.50 |
| 02/05/25 | K. Nixon | Emails to local counsel and client re: draft fee application (0.2); phone call with local counsel re: compensation procedures (0.2); draft notice of interim fee applications for all applicants (0.3); revise Fredrikson's first interim fee application (0.2). | 0.90 | 436.50 |
| 02/05/25 | S. Kinsella | Review and revise application (.5); coordinate notice form with Diocese and Committee counsel (.1). | 0.60 | 381.00 |
| 02/06/25 | K. Nixon | Draft Dinse first fee application and emails to client, Dinse, and other counsel re: the same (2.0); draft January monthly fee statement (0.6); draft statement from client re: review of fee applications (0.2); phone call with local counsel re: filing of fee applications (0.2). | 3.00 | 1,455.00 |
| 02/06/25 | S. Kinsella | Coordinate fee application notice among professionals (.1); communications with special litigation counsel regarding invoices and fee application (.1); review special counsel application (.1). | 0.30 | 190.50 |

Fredrikson & Byron, P.A.
P.O. Box 1484  •  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  •  fredlaw.com



**Invoice:** 1914874
**Invoice Date:** March 10, 2025
**Page:** 2

| 02/07/25 | K. Nixon | Finalize first interim fee applications, January monthly fee statements, and notice of hearing and emails re: the same. | 3.00 | 1,455.00 |
| 02/07/25 | S. Kinsella | Final review and approval of fee applications and monthly reports (.3); coordinate filing of fee applications (.3); communications with UST, Committee counsel, and other estate professionals regarding the same (.3). | 0.90 | 571.50 |
| 02/10/25 | K. Nixon | Respond to email from local counsel re: January monthly staffing report. | 0.10 | 48.50 |
| 02/12/25 | K. Nixon | Review certificate of service re: notice of hearing re: first interim fee apps. | 0.20 | 97.00 |
| 02/21/25 | K. Nixon | Draft certificate of no objection for Fredrikson's January 2025 monthly fee statement. | 0.30 | 145.50 |
| 02/21/25 | S. Kinsella | Outline procedure for first monthly fee report for client. | 0.10 | 63.50 |
| 02/24/25 | K. Nixon | Draft certificate of no objection for Dinse's January 2025 monthly fee statement. | 0.30 | 145.50 |
| 02/24/25 | S. Kinsella | Coordinate with other estate professionals regarding first monthly fee statement. | 0.10 | 63.50 |
| 02/25/25 | K. Nixon | Finalize certificates of no objection and send filed copies to client and Dinse P.C. | 0.30 | 145.50 |
| 02/27/25 | K. Nixon | Meet with client re: compensation procedures. | 0.50 | 242.50 |
| 02/28/25 | S. Kinsella | Communications with client regarding payments for monthly fees per procedure. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **14.80** | **$ 7,453.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
| --- | --- | --- | --- |
| Steven R.  Kinsella | 635.00 | 2.40 | 1,524.00 |
| Katherine  Nixon | 485.00 | 8.88 | 4,306.80 |
| Shataia  Stallings | 235.00 | 0.56 | 131.60 |
| **Total** | | **11.84** | **$ 5,962.40** |

## Invoice Totals

| Total for Current Legal Fees: | $ 7,453.00 |
| --- | --- |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



Invoice: **1914874**
Invoice Date: **March 10, 2025**
Page: **3**

**Total For Current Invoice:** $ 7,453.00

**Your 80% Due:** $ 5,962.40

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1914876** |
| **Invoice Date:** | **March 10, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5013** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Meetings and Communications  with Creditors**

| | |
|---|---|
| Total for Current Legal Fees: | $ 7,528.00 |
| **Total For Current Invoice:** | **$ 7,528.00** |
| **Your 80% Due:** | **$ 6,022.40** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | |
|---|---|---|---|
| **Invoice:** | **1914876** | | |
| **Invoice Date:** | **March 10, 2025** | | |
| **Page:** | | | |

**Prior Balance Due Detail**

| <u>Date</u> | <u>Invoice Number</u> | <u>Amount</u> | <u>Payments</u> | <u>Balance Due</u> |
|---|---|---|---|---|
| 11/04/24 | 1888527 | 3,824.00 | | 3,824.00 |
| 12/05/24 | 1895352 | 10,496.00 | | 10,496.00 |
| 01/06/25 | 1901849 | 5,133.00 | | 5,133.00 |
| 02/06/25 | 1908035 | 7,612.40 | | 7,612.40 |

**Total Prior Balance:**                                    **$ 27,065.40**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 10, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | | | | |
|---|---|---|---|---|
| | | **Invoice:** | **1914876** | |
| | | **Invoice Date:** | **March 10, 2025** | |
| | | **Client Number:** | **098358** | |
| | | **Matter Number:** | **098358.5013** | |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/25 | S. Kinsella | Meeting with Committee counsel (.9); review document requests (.6). | 1.50 | 952.50 |
| 02/06/25 | S. Kinsella | Review discovery requests from the Committee (.2); communications with client regarding the requests (.4). | 0.60 | 381.00 |
| 02/07/25 | S. Kinsella | Communications with schools and school creditors regarding outstanding claims. | 0.40 | 254.00 |
| 02/10/25 | S. Kinsella | Phone call with counsel for VCCF regarding 341 document follow up. | 0.50 | 317.50 |
| 02/12/25 | S. Andre | Meeting with UCC regarding case. | 0.50 | 282.50 |
| 02/12/25 | S. Kinsella | Meeting with Committee counsel (.5); analyze document requests and begin working through them (1.1). | 1.60 | 1,016.00 |
| 02/13/25 | S. Kinsella | Communications with client regarding Committee document requests. | 0.20 | 127.00 |
| 02/13/25 | K. Nixon | Contact potential mediator after discussions with UCC. | 0.10 | 48.50 |
| 02/14/25 | S. Kinsella | Communications with client regarding Committee document requests. | 0.50 | 317.50 |
| 02/19/25 | S. Kinsella | Analyze Committee document requests. | 0.80 | 508.00 |
| 02/20/25 | S. Andre | Correspondence and meeting with UCC. | 0.60 | 339.00 |
| 02/20/25 | S. Kinsella | Meeting with Committee counsel (.4); review document requests and follow up communications with client (.5). | 0.90 | 571.50 |
| 02/21/25 | S. Kinsella | Coordinate response to Committee document requests. | 0.70 | 444.50 |
| 02/25/25 | S. Kinsella | Review documents in response to 341 requests. | 0.10 | 63.50 |



**Invoice:** **1914876**
**Invoice Date:** **March 10, 2025**
**Page:** **2**

| | | | | |
|---|---|---|---|---|
| 02/26/25 | S. Kinsella | Review and analyze updated Committee discovery requests (.7); phone call with counsel for parishes regarding the same (.5); communications with client regarding the same (.2). | 1.40 | 889.00 |
| 02/27/25 | S. Kinsella | Continue to analyze document requests and coordinate with client regarding the same. | 1.00 | 635.00 |
| 02/28/25 | S. Kinsella | Meeting with VCCF counsel regarding 341 follow up. | 0.60 | 381.00 |
| | **Current Legal Fees:** | | **12.00** | **$ 7,528.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R. Kinsella | 635.00 | 8.64 | 5,486.40 |
| Samuel M. Andre | 565.00 | 0.88 | 497.20 |
| Katherine Nixon | 485.00 | 0.08 | 38.80 |
| **Total** | | **9.60** | **$ 6,022.40** |

## Invoice Totals

Total for Current Legal Fees: $ 7,528.00

**Total For Current Invoice:** **$ 7,528.00**

**Your 80% Due:** **$ 6,022.40**



| | |
|---|---|
| **Invoice:** | **1914878** |
| **Invoice Date:** | **March 10, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5018** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Reporting**

| | |
|---|---|
| Total for Current Legal Fees: | $ 545.50 |
| **Total For Current Invoice:** | **$ 545.50** |
| **Your 80% Due:** | **$ 436.40** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1914878**
**Invoice Date:** **March 10, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 11/04/24 | 1888529 | 10,896.00 | | 10,896.00 |
| 12/05/24 | 1895354 | 12,742.00 | | 12,742.00 |
| 01/06/25 | 1901852 | 252.00 | | 252.00 |
| 02/06/25 | 1908041 | 2,155.20 | | 2,155.20 |

**Total Prior Balance:** **$ 26,045.20**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 10, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1914878**
**Invoice Date:** **March 10, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5018**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/20/25 | S. Kinsella | Provide instruction regarding MOR. | 0.10 | 63.50 |
| 02/20/25 | K. Nixon | Assist in preparation of January MOR. | 0.80 | 388.00 |
| 02/20/25 | S. Stallings | Attention to finalizing and e-filing January monthly operating report. | 0.40 | 94.00 |
| | **Current Legal Fees:** | | **1.30** | **$ 545.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.08 | 50.80 |
| Katherine  Nixon | 485.00 | 0.64 | 310.40 |
| Shataia  Stallings | 235.00 | 0.32 | 75.20 |
| **Total** | | **1.04** | **$ 436.40** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 545.50 |
| **Total For Current Invoice:** | **$ 545.50** |
| **Your 80% Due:** | **$ 436.40** |

## CERTIFICATE OF SERVICE

I, Steven R. Kinsella, hereby certify that on March 12, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
|---|---|---|
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

/s/ *Steven R. Kinsella*
Steven R. Kinsella