UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

---

In re:

    Roman Catholic Diocese of
    Burlington, Vermont,

                    Debtor.

**Chapter 11**
**Case No.: 24-10205-HZC**

---

### LEMERY GREISLER'S LLC'S MONTHLY FEE STATEMENT FOR FEBRUARY 2025

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursements of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Lemery Greisler LLC ("LG"), local counsel to Official Committee of Unsecured Creditors (the "Committee") files this monthly fee statement seeking compensation for reasonable and necessary services to the Committee for February 1 to February 28, 2025 (the "Compensation Period") in the amount of $1,204.40 (80% of $1,505.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $1.50.

LG's invoice for the Compensation Period, attached hereto as **Exhibit "A"**, show the individuals who provided services during the Compenstion Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; reasonably detailed break down of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or less (1/20).

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on March 28, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation

Order. If no objection is filed, LG will file a Certificate of No Objection with the Court and the Diocese will be authorized to pay LG the amounts described herein.

Dated: March 14, 2025

Respectfully submitted,

LEMERY GREISLER LLC

*/s/ Paul A. Levine*
Paul A. Levine, Esq.
*Local Counsel to the Official Committee of Unsecured Creditors*
677 Broadway, 8th Floor
Albany, New York 12207
(518) 433-8800

# EXHIBIT "A"

# Lemery Greisler LLC
60 Railroad Place
Suite 502
Saratoga Springs, NY 12866
(518) 581-8800
TIN #14-1811197

The Official Committee of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles  CA  90067

Attn: Brittany M. Michael

Roman Catholic Diocese of Burlington Vermont

Page: 1
March 14, 2025
**Account No:** 4490-001M
Statement No: 166667

*DRAFT STATEMENT*

**Previous Balance**                              $11,645.86

**Fees**

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 02/03/2025 | PAL | B160 | A103 | Draft/revise Lemery Greisler LLC First Interim Fee Application. | 470.00 | 1.20 | 564.00 |
| | PAL | B160 | A103 | Draft/revise finalize and file Supplements to BRG retention application. | 470.00 | 0.10 | 47.00 |
| | PAL | B160 | A103 | Draft/revise cover sheet for first interim fee application. | 470.00 | 0.20 | 94.00 |
| 02/06/2025 | PAL | B160 | A104 | Receive and review order authorizing BRG retention. | 470.00 | 0.10 | 47.00 |
| 02/07/2025 | PAL | B160 | A103 | Draft/revise finalize and expedite service and filing of Lemery Greisler LLC interim fee application. | 470.00 | 0.30 | 141.00 |
| | PAL | B160 | A103 | Draft/revise finalize and expedite service and filing of Pachulski interim fee application per its request. | 470.00 | 0.20 | 94.00 |
| 02/18/2025 | PAL | B160 | A103 | Draft/revise revise monthly fee statement for January 2025 and notice of Lemery Greisler LLC rate increase. | 470.00 | 0.30 | 141.00 |
| 02/23/2025 | PAL | B160 | A103 | Draft/revise assist PSZJ on its monthly fee statement for January, compare draft to others filed on docket and against interim compensation order procedures. | 470.00 | 0.20 | 94.00 |
| 02/26/2025 | PAL | B190 | A104 | Review/analyze draft Rule 2004 motion and instructions to prepare | | | |

|  | Rate | Hours |  |
|---|---|---|---|
| notice of motion and comments to PSZJ attorneys for revisions.. | 470.00 | 0.60 | 282.00 |
| **For Current Services Rendered** |  | 3.20 | 1,504.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Paul A. Levine | 3.20 | $470.00 | $1,504.00 |

**Expenses**

| 02/07/2025 | L190 | E108 | Postage -Albany. | 1.50 |
|---|---|---|---|---|
|  |  | **Total Expenses** |  | 1.50 |

*Total Current Work*  1,505.50

**Balance Due**  $13,151.36

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,505.50 | 11,645.86 | 0.00 | 0.00 | 0.00 | 0.00 |

Billing History

| Fees | Hours | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|---|
| 12,643.50 | 29.10 | 507.86 | 0.00 | 0.00 | 0.00 |

Task Code Summary

|  |  | Fees | Expenses |
|---|---|---|---|
| B160 | Fee/Employment Applications | 1222.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 282.00 | 0.00 |
| B100 | Administration |  | 0.00 |
|  |  | 1,504.00 | 0.00 |
| L190 | Other Case Assessment, Developement and Administration | 0.00 | 1.50 |
| L100 | Case Assessment, Development and Administration | 0.00 | 1.50 |