UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

---

In re:

ROMAN CATHOLIC DIOCESE OF
BURLINGTON VERMONT,

Debtor.

Case No. 24-10205
Chapter 11

Filed & Entered
On Docket
03/13/2025

---

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon consideration of the Ex Parte Motion [ECF 233] of Paul A. Levine, Esq., a member in good standing of the bar of the United States Bankruptcy Court for the District of Vermont, to admit James I. Stang as counsel pro hac vice to represent the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Burlington, Vermont, in the above-captioned case, and upon the accompanying declaration of James I. Stang, Esq.* (the "Applicant"), which certifies the Applicant's qualifications and compliance with the Local Rule requirements, including:

- the Applicant's membership in good standing with the Bar of the State of California and the United States District Courts for the Central, Northern, Southern, and Eastern Districts of California, and the Eastern District of Wisconsin;

- the Applicant's affirmation that he has read and understands the Local Rules of the United States Bankruptcy Court for the District of Vermont and the Local Rules of the United States District Court for the District of Vermont;

- the Applicant's designation of Paul A. Levine, Esq., as his agent for service of process and consent to this Court as the forum for resolution of any dispute related to his pro hac vice admission; and

- the Applicant's affirmation of his ongoing obligation to notify the Clerk of any changes to the facts stated in his motion and declaration,

- and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion to Admit James I. Stang as counsel pro hac vice is GRANTED.

2. James I. Stang is authorized to appear before this Court as counsel to the Official Committee of Unsecured Creditors in the above-captioned case.

3. James I. Stang shall comply with all rules of this Court, including the Local Rules of the United States Bankruptcy Court for the District of Vermont and the Local Rules of the United States District Court for the District of Vermont.

4. James I. Stang shall promptly notify the Clerk of any material changes to the representations made in his declaration, including any changes to his bar status or any disciplinary proceedings.

March 13, 2025
Burlington, Vermont.

Heather Z. Cooper
United States Bankruptcy Judge

*The Court deems the date of March 20, 2025 on Attorney Stang's declaration as a typographical error.

United States Bankruptcy Court
District of Vermont

In re:   Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2   User: admin   Page 1 of 2
Date Rcvd: Mar 13, 2025   Form ID: pdf613   Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4114 |
| aty | + | Obuchowski Law Office, PO Box 60, Bethel, VT 05032-0060 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Mar 13 2025 19:40:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| fa | | Berkeley Research Group LLC |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

**Name**      **Email Address**

Antonin Robbason

    on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com

Brittany Mitchell Michael
    on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com

Celeste E. Laramie
    on behalf of Creditor Survivor Creditors claramie@gravelshea.com

Elizabeth A. Glynn
    on behalf of Creditor TD Bank  N.A. eag@rsclaw.com, ccs@rsclaw.com

Jim Baillie
    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont jbaillie@fredlaw.com

Katherine Nixon
    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Lisa M Penpraze
    on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Paul A Levine
    on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com  phartl@lemerygreisler.com

Paul A Levine
    on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com  phartl@lemerygreisler.com

Raymond J Obuchowski
    on behalf of Attorney Obuchowski Law Office ray@oeblaw.com  marie@oeblaw.com

Raymond J Obuchowski
    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont ray@oeblaw.com, marie@oeblaw.com

Samuel Andre
    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont sandre@fredlaw.com

Steven Robert Kinsella
    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

U S Trustee
    ustpregion02.vt.ecf@usdoj.gov

TOTAL: 14