**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,<br><br>Debtor. | Chapter 11<br>Case No. 24-10205-HCZ |

**APPEARANCE AND REQUEST FOR NOTICE**

Please enter the appearance of the following on behalf of Rice Memorial High School:

Jeremy R. Fischer
**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, Maine 04101
(207) 772-1941
jfischer@dwmlaw.com

The undersigned hereby request copies of all notices, papers and orders required to be given or served in accordance with the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, electronically, telegram, telex or otherwise, filed by any party in the above-captioned proceeding.

Dated: March 18, 2025

*/s/ Jeremy R. Fischer*
Jeremy R. Fischer
**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, Maine 04101
(207) 772-1941
jfischer@dwmlaw.com

*Counsel to Rice Memorial High School*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing document via this Court's CM/ECF system on all parties requesting CM/ECF notice in this bankruptcy proceeding.

Dated: March 18, 2025                           */s/ Jeremy R. Fischer*