UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205
Chapter 11

### UNITED STATES TRUSTEE'S STATEMENT OF NO OBJECTION AND RESERVATION OF RIGHTS

The United States Trustee has no objection to the following fee applications currently scheduled for hearing on March 25, 2025:

1. ECF 194 – Obuchowski Law First Interim Fee Application;

2. ECF 196 – Lemery Greisler First Interim Fee Application;

3. ECF 202 – Pachulski First Interim Fee Application (with consensual reduction of $3,500);

4. ECF 226 – Unsecured Creditors Committee Motion for Rule 2004 Examination.

The United States Trustee reserves all rights with respect to ECF 199 (Frederickson & Byron First Interim Fee Application) and ECF 201 (Dinse P.C. First Interim Fee Application). Discussions with Frederickson and Dinse are continuing.

Dated: March 18, 2025

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
FOR REGION 2

 /s/ Lisa M. Penpraze
Lisa M. Penpraze
Assistant United States Trustee
Leo O'Brien Federal Building
Room 620
Albany, New York 12207
(518) 434-4553