# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

## ORDER GRANTING FIRST INTERIM APPLICATION OF DINSE P.C. FOR ALLOWANCE OF FEES AS SPECIAL COUNSEL FOR THE DIOCESE FROM SEPTEMBER 30, 2024 THROUGH DECEMBER 31, 2024

This case came before the Court on the First Interim Application of Dinse P.C. for Allowance of Fees as Special Counsel for the Diocese from September 30, 2024 through December 31, 2024 (doc. # 201) (the "Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation procedures. (doc. # 180)  After due consideration, the Court finds that the fees and expenses described in the Application are reasonable and constitute actual and necessary fees and expenses.

Therefore, for good cause shown, **IT IS HEREBY ORDERED:**

1.     Dinse P.C.'s fees incurred between September 30, 2024 and December 31, 2024 in the amount of $10,575.00 are allowed.

2 of 2

2.      Dinse P.C. is authorized to continue holding the balance of the Chapter 11 Retainer, in the amount of $40,860.00, for application against additional fees and expenses as allowed by this Court.

3.      The Diocese (as defined in the Application) is authorized to pay such allowed postpetition fees.

4.      Dinse P.C.'s fees allowed in this Order are granted administrative priority under 11 U.S.C. § 503(b).

March 25, 2025                              Heather Z. Cooper
Burlington, Vermont                        United States Bankruptcy Judge