# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| In re:<br><br>Roman Catholic Diocese of Burlington, Vermont,<br><br>Debtor. | Case No.: 24-10205-HZC<br>Chapter 11 Case |

Filed & Entered
On Docket
03/25/2025

**ORDER GRANTING FIRST INTERIM APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DIOCESE FROM SEPTEMBER 30, 2024 THROUGH DECEMBER 31, 2024**

This case came before the Court on the First Interim Application of Fredrikson & Byron, P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Diocese from September 30, 2024 through December 31, 2024 (doc. # 199) (the "Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation procedures. (doc. # 180) After due consideration, the Court finds that the fees and expenses described in the Application are reasonable and constitute actual and necessary fees and expenses. Therefore, for good cause shown, **IT IS HEREBY ORDERED:**

1. Fredrikson & Byron, P.A.'s unpaid fees incurred immediately prior to the Petition Date (as defined in the Application) in the amount of $14,547.50, and expenses in the amount of $5,646.73, for a total of $20,194.23, are allowed.

2. Fredrikson & Byron, P.A. is authorized to apply the Chapter 11 Retainer (as defined in the Application) to pay the prepetition fees and expenses allowed in this Order. Fredrikson & Byron, P.A. is authorized to hold the balance of the Chapter 11 Retainer, in the amount of $111,246.77, for application against additional fees and expenses as allowed by this Court.

3. Fredrikson & Byron, P.A.'s fees incurred between September 30, 2024 and December 31, 2024 in the amount of $159,418.15, and expenses in the amount of $11,392.27, for a total of $170,810.42, are allowed.

4. The Diocese (as defined in the Application) is authorized to pay such allowed postpetition fees and expenses.

5. Fredrikson & Byron, P.A.'s fees and expenses allowed in this Order are granted administrative priority under 11 U.S.C. § 503(b).

March 25, 2025  
Burlington, Vermont

_Heather Z. Cooper_  
Heather Z. Cooper  
United States Bankruptcy Judge