Filed & Entered
On Docket
03/25/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

IN RE:

Roman Catholic Diocese of Burlington, Vermont[1]

Debtor in Possession

Case No.  24-10205-*hzc*

*Chapter 11 Case*

## ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO VERMONT (LOCAL) ATTORNEY TO DEBTOR IN POSSESSION

**UPON CONSIDERATION** of the First Interim Application of Obuchowski Law Office, as Attorneys to the Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses, as dated February 4, 2025, such Application having been noticed with opportunity, and no objection having been filed, the matter having been noticed in accordance with Bankruptcy Rule 2002 and such fees and expenses appearing actual, necessary and such charges further appearing reasonable, and no adverse interest being present,

**IT IS ORDERED** that the First Interim Application for Compensation by Obuchowski Law Office as Vermont and Local counsel to the Debtor in Possession, and for reimbursement of expenses, is **APPROVED** and **ALLOWED**, under this Application for compensation and reimbursement of expenses in the amount of $25,410.90, representing $20,069.00 in fees and reimbursement of expenses in the amount $5,341.90, and,

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

**IT IS FURTHER ORDERED** that the Applicant, Obuchowski Law Office is **AUTHORIZED** to apply against the allowed fees and expenses the pre-petition retainer of $46,250.00 it is holding to pay the allowed fees and expenses.

March 25, 2025  
Burlington, Vermont.

/s/ Heather Z. Cooper  
Heather Z. Cooper  
United States Bankruptcy Judge