Filed & Entered
On Docket
03/25/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

---

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Chapter 11

Case No. 24-10205-HZC

---

### ORDER GRANTING FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**UPON** the first interim application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors appointed in the bankruptcy case of the Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered from November 11, 2024 through December 31, 2024 (the "Interim Compensation Period") and upon a hearing having been held on March 25, 2025 with respect to the Application, and no opposition having been received to the Application, and upon the appearance of counsel, after due deliberation, it is hereby

**ORDERED**, that the Application is GRANTED and the fees awarded herein are allowed pursuant to 11 U.S.C. §503(b)(2) and §507(a), and that PSZJ is awarded interim compensation in

the total amount of $93,373.00 for services rendered and $2,144.30 for expenses incurred during the Interim Compensation Period; and it is further

**ORDERED**, that the allowed fees and expenses shall be paid by the Debtor.

March 25, 2025  
Burlington, Vermont

*/s/ Heather Z. Cooper*  
Heather Z. Cooper  
United States Bankruptcy Judge