UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT

Filed & Entered
On Docket
03/26/2025

)
IN RE: )
)
ROMAN CATHOLIC DIOCESE OF BURLINGTON, ) Case No. 24-10205-HZC
VERMONT,[1] ) Chapter 11
)
Debtor. )
)

**ORDER GRANTING IN PART AND DENYING IN PART THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING AND DIRECTING THE PRODUCTION OF DOCUMENTS BY THE DEBTOR**

This matter coming before the Court on the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing and Directing the Production of Documents by the Debtor* (the "Motion") [ECF 226]. The Court reviewed and considered the Motion, accompanying papers, and objections thereto [ECF 241, 242, 244].[2] Each objection opposed the Motion to the extent it requests discovery related to entities distinct from the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"). On March 25, 2025, the Court conducted a hearing at which all parties were heard as to the Motion and various objections. For the reasons detailed on the record at the hearing, IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED** in part and **DENIED** in part.

2. Subject to the limitations set forth herein, the Committee is authorized to proceed with discovery pursuant to the Motion with respect to the Diocese and information pertaining to the Diocese. The Committee is authorized to seek the production of records described in Exhibit A-1 to the Motion from the Diocese directly on such date(s) as may be mutually agreed to by the parties. As set forth on the record during the March 25, 2025 hearing, the production may take place in phases.

3. Notwithstanding the foregoing, or anything in the Motion to the contrary, this Order does ***not*** authorize the Committee to proceed with discovery sought in the Motion

---

[1] The Diocese's address is 55 Joy Drive, South Burlington, VT 05403, and its EIN Number is 03-0180730.
[2] Objections filed by the Diocese, Rice Memorial, and the Vermont Catholic Community Foundation.

1

relating to information and/or documents belonging to any non-debtor third parties by and through the Diocese. Non-debtor third parties include, but are not limited to, Affiliates, Parishes and Diocese Enterprise Members as defined in the Motion. However, the Committee is not prohibited from taking separate action to seek discovery with respect to non-debtor third parties.

4. Subject to the limitations set forth herein, the Committee may, in its discretion, proceed with discovery from non-debtor third parties in accordance with Fed. Rule of Bankr. P. 9016, and subject to non-debtor third parties' protections afforded therein.

5. The foregoing is without prejudice to the assertion of any applicable privilege, provided that, if the Diocese withholds production of a document based on an asserted privilege it shall provide a privilege log setting forth a description (including date, author, and intended recipient) of the withheld document and the basis for the privilege asserted, including citation to any applicable rule.

6. Nothing contained herein shall prejudice the Committee's rights under Fed. Rule of Bankr. P. 2004 and other applicable laws to seek further document productions and written or oral examinations in connection with the case.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order, including but not limited to, any limitations contained herein.

March 26, 2025  
Burlington, Vermont

_Heather Z. Cooper_  
Heather Z. Cooper  
United States Bankruptcy Judge

2