# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington,
Vermont,

Case# 24-10205-*hzc*

Chapter 11

Debtor(s)

## AFFIDAVITS OF PUBLICATION

On December 30, 2024, the Court entered the Final Order (I) Establishing Deadlines for Filing Proofs of Claim; (II) Approving Sexual Abuse Proof of Claim Form; (III) Approving Form and Manner of Notice; and (IV) Approving Confidentiality Procedures [Docket No. 144] (the "Bar Date Order").

Between January 8, 2025 and March 14, 2025, twelve newspapers timely published the approved Publication Notice for the Bar Date Order, copies and corresponding affidavits of which are attached hereto as **Exhibit A** through **Exhibit Q**:

Exhibit A: USA Today National Edition (Publication Date: 01/08/2025)
Exhibit B: Burlington Free Press (Publication Date: 01/08/2025, 02/07/2025, 03/07/2025)
Exhibit C: Seven Days (Publication Date: 01/082025, 02/05/2025, 03/05/2025)
Exhibit D: Rutland Herald (Publication Date: 01/08/2025, 02/05/2025, 03/05/2025)
Exhibit E: Mountain Times (Publication Date: 1/8/2025, 2/5/2025, 3/5/2025)
Exhibit F: Caledonian Record (Publication Date: 1/8/2025, 2/5/2025, 3/5/2025)
Exhibit G: Addison County Independent (Publication Date: 1/9/2025, 2/6/2025, 3/6/2025)
Exhibit H: Sentinel-Times (Publication Date: 01/09/2025, 02/06/2025, 03/06/2025)
Exhibit I: Washington County Free Press (Publication Date: 01/10/2025, 02/07/2025, 03/07/2025)
Exhibit J: Lakes Region County Free Press (Publication Date: 01/10/2025, 02/07/2025, 03/07/2025)
Exhibit K: AJ/NE Sun (Publication Date: 1/11/2025, 2/8/2025, 3/8/2025)
Exhibit L: BG/NC Sun (Publication Date: 1/11/2025, 2/8/2025, 3/8/2025)
Exhibit M: TT Sun (Publication Date: 1/11/2025, 2/8/2025, 3/8/2025)
Exhibit N: VN Sun (Publication Date: 1/11/2025, 2/8/2025, 3/8/2025)
Exhibit O: The World Paper (Publication Date: 01/15/2025, 02/05/2025, 03/05/2025)
Exhibit P: The National Catholic Register (Publication Date: 01/26/2025, 02/23/205, 03/09/2025)
Exhibit Q: National Catholic Reporter (Publication Date: 01/31/2025, 02/28/2025, 03/14/2025)

DATED: 03/25/2025

*/s/ Gregory A. Lesage*
Gregory A. Lesage
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com

# Exhibit A



**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**
_____

Being duly sworn, Venus Osborne says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, January 8, 2025**, the following legal advertisement – **Roman Catholic Diocese of Burlington, Vermont** – was published in the national edition of **USA TODAY.**

_Venus Osborne_
_____
Principal Clerk of USA TODAY
January 8, 2025

# Military horse unit carries Jimmy Carter to Capitol

## Ceremony for former president is group's 1st mission since 2023 halt

**Tom Vanden Brook** USA TODAY

WASHINGTON – For the soldiers and horses carrying former President Jimmy Carter's casket to the Capitol, Tuesday was as high-profile and no-fail a mission as they get.

They carried the flag-draped casket in a dramatic procession to the U.S. Capitol, where the 39th president will lie in state until Thursday morning. As it departed the U.S. Navy Memorial, the caisson passed by crowds of onlookers braving the bitter cold to pay their respects. It was followed by members of the Carter family on foot.

The funeral procession was "designed to mirror Carter's inaugural parade where Carter and his family walked on foot from the U.S. Capitol to the White House on Jan. 20, 1977," according to the Joint Task Force–National Capital Region and The U.S. Army-Military District of Washington.

During Sunday's rehearsal to make sure everything went perfectly, the five soldiers and eight horses of the Army's Caisson Detachment halted, the U.S. Capitol about a mile away. Surprised spectators snapped photos as wind scythed down Independence Avenue in northwest Washington under a milky sun.

The soldiers muttered encouragement; their horses nickered. An honor guard loaded an empty coffin into the caisson, a ceremonial wagon designed a century ago to ferry artillery to the battlefront and the wounded and dead to the rear. The practice procession resumed, a rider in front took the lead. A riderless horse, with the traditional boots in the stirrups facing backward, brought up the rear.

"We are executing our flagship mission," said Lt. Col. Branden Quintana, commander of the Caisson Detachment, part of the Army's 3rd Infantry Regiment known as The Old Guard. "There's no better way for us to pay our respect and honor the former president. It's something we feel in the center of our heart, the pit of our stomach. This is the pinnacle."

Almost two years ago, that summit seemed inaccessible. The Army suspended the horse unit's operation in May 2023 following the deaths of two horses used to haul caissons in funerals at Arlington National Cemetery. Veterinarians and horse experts called for a total renovation of the program, "down to the studs," Quintana said.

USA TODAY had exclusive access to the stable, soldiers and horses as they practiced for Tuesday's procession. The soldiers, horse experts and veterinarians talked about their moment in the spotlight and the reforms needed to get there. It's their first mission since the suspension.

"We have the opportunity to do it on a national stage," Quintana said.

The caisson detachment at Fort Myer, adjacent to Arlington National Cemetery, assumed duty to escort funerals in 1948. It followed the tradition of using a caisson and three two-horse teams with three riders.

They performed stately, somber ceremonies for years at the cemetery: Handsome, dark and gray horses pulled a gleaming caisson, spit-and-polish soldiers with signa-



The U.S. Army's Caisson Detachment carries the casket of former President Jimmy Carter to lie in state at the U.S. Capitol in Washington on Tuesday. MARKO DJURICA/REUTERS

> "There's no better way for us to pay our respect and honor the former president. It's something we feel in the center of our heart, the pit of our stomach. This is the pinnacle."
>
> **Lt. Col. Branden Quintana**
> Commander of the Caisson Detachment

ture high-and-tight haircuts directing the operation.

Behind that scene, though, the unit had suffered from too much work, antiquated equipment and inadequate care for the horses. In 2022, the Army euthanized two horses, Mickey and Tony, after it was found that they had eaten sand or gravel that fouled their guts.

The Army suspended the caisson operation in 2023. The remaining horses retired to Florida.

### 'We're trying to protect the horses'

The Army hired highly qualified experts for advice that ranged from finding the right horses for caisson duty to designing the curriculum for soldiers who care for and ride them. Jim Westbrook, an expert on horse carriage and wagons, helps identify and buy new horses for the unit.

The horses are stabled at the NOVA Equestrian Center in the Virginia suburbs, a 40-acre facility with space and equipment necessary to keep them fit. Their turn-of-the-century stables at Fort Myer are also being renovated.

Each horse has a custom-fit saddle, scrapping the historic model used for 75 years. The Army also modified the wagon they haul, dropping as much as 1,400 pounds from the load.

Olympic equestrian gold medalist David O'Connor supervised the creation of a 12-week course to teach soldiers basic horsemanship. Paired with their horses, the soldiers then head to Ocala, Florida, for six weeks of intensive training for the caisson mission.

The standard of caring for horses has risen over time, and the Army had fallen behind, O'Connor said.

It takes expertise, time and money to catch up. It also requires athletic soldiers to ride, steer and understand them. Horses are social animals who relate to each other and their human handlers.

"We're trying to protect the horses and do the right thing," he said.

### 'Humbling' to escort a former president

On Sunday morning, before their practice run, the horses woke to a chilly morning at Fort Myer, where they stayed before the event. Steam puffed from the nostrils of Burns, a 10-year-old mustang from Nevada, as he stared out from his stall.

Some soldiers groomed their horses and applied shiny black polish to their hooves. Others swept wood shavings and manure. It felt calm, quiet, routine.

The soldiers and horses have been rehearsing for months, with bands playing and cannons firing to prepare them for the pomp and circumstance of a president's funeral, said Maj. Wes Strickland, a spokesman for the Old Guard.

Not every president requests horses for their funeral. John F. Kennedy did, and Black Jack, the riderless horse, vaulted the caisson unit into the public eye. George H.W. Bush did not. Ronald Reagan, a noted enthusiast did. That's the last time the caisson unit took part.

"We're under a microscope," said Lt. Col. Derrick Draper, deputy commander of the regiment. "People will be looking for the slightest flaw. And they should be. We hold ourselves to the highest standard."

On the route, the horses proceeded at the steady walking pace of a person. They stopped, they started, they turned in unison. They didn't flinch, O'Connor noted, when Pershing's Own, the Army's band, broke out "God Bless America."

Col. Clayton Chilcoat, an Army veterinarian, kept watch with first-aid kit in hand. He liked what he saw. A calm, quiet routine.

No surprise to Sgt. Shawn Tabor, who grew up around horses. He's been with the unit for seven years and has completed 550 caisson ceremonies.

"I love these horses," Tabor said. "It's very, very humbling to be part of burying a U.S. president. To be able to honor him and his family."

*Contributing: John Bacon and Jeanine Santucci*

---

# Biden tells New Orleans 'you are not alone' during visit after attack

**Joey Garrison** USA TODAY

President Joe Biden mourned with family members of victims and sat the nation stands with them during a stop Monday night in New Orleans five days after a man killed 14 people when he rammed a truck into pedestrians on bustling Bourbon Street early New Year's Day morning.

"I know events like this are hard. The shock and pain is still so very raw," Biden said at an interfaith prayer service at St. Louis Cathedral in New Orleans. "My wife Jill and I are here to stand with you, grieve with you, pray with you, let you know you are not alone. The rest of the nation is looking at you as well."

Biden, accompanied by first lady Jill Biden, sat on a front-row pew during the emotional service alongside Louisiana Gov. Jeff Landry and New Orleans Mayor LaToya Cantrell as leaders of different faiths delivered sermons and prayers for peace and healing. The president appeared to tear up at one point during the service.

Names of the 14 people killed in the attack were read aloud and a candle for each carried and placed on a table at the front of the sanctuary. The first couple, on behalf of the nation, then placed a candle at the center of the table.

"If there's one thing we know, New Orleans defines strength and resilience," Biden said. "You define it, whether it's in the form of this attack, or hurricanes or superstorms. This city and its people get back up. That's the spirit of America as well."

Ahead of the service, the Bidens met with families of victims, survivors of the attack, two injured police officers and other law enforcement personnel during a private gathering at the cathedral.

The Federal Bureau of Investigation has said 42-year-old Shamsud Din Jabbar, a U.S. military veteran from Houston, acted alone carrying out what the FBI has labeled a terrorist attack.

Jabbar posted five videos on social media expressing support for the Islamic State terrorist group ISIS

over the roughly hour and a half before the 3:15 a.m. CST attack, according to the FBI. An ISIS flag was found in the back of the truck. Jabbar placed two ice coolers with explosives along Bourbon Street, but the devices were not detonated.

Biden, who lost his first wife and daughter in a car crash five decades ago and his son Beau to brain cancer in 2015, referenced his own personal tragedies.

"It's not the same, but we know what it's like to lose a piece of our soul," Biden said. "The anger, the emptiness, the black hole that seems to be sucking you into your chest, the sense of loss, the questions of faith in your soul."

Shortly arriving in New Orleans, the Bidens stopped by the site of the attack on Bourbon Street and laid flowers at a shrine for victims.

They stood in silence, heads bowed, as the president gave a sign of the cross with his hand.

In his remarks at the cathedral, Biden listed off descriptions of some of those killed in the attack: students who dreamed on becoming engineers and nurses, a star athlete who worked on Wall Street, another who helped coach small children, a warehouse manager, a fan of bluegrass music, and a cook engaged to get married.

Biden said the nation also stands with the 35 people injured in the attack and thanked first responders for their bravery.

He said he has directed his administration to federal, state and local law enforcement to complete the investigation and provide any assistance that is needed.

"I know from some experience, it's hard," Biden said. "But I promise you, the day will come when the memory of your loved one – when you pass that park, open that closet door, smell that fragrance, just remember that laugh – will bring a smile to your lips before a tear to your eye.

"It will take time. But I promise you, I promise you, it will come," he added.

"My prayer is that that day comes sooner rather than later."



President Joe Biden and first lady Jill Biden place a candle during a service with people affected by the Jan. 1 attack, at St. Louis Cathedral in New Orleans. ROBERTO SCHMIDT/AFP VIA GETTY IMAGES

LEGAL NOTICE

**United States Bankruptcy Court for the District of Vermont**

In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://cases.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

# **Exhibit B**



PO Box 631210 Cincinnati, OH 45263-1210

## AFFIDAVIT OF PUBLICATION

STATE OF WISCONSIN, COUNTY OF BROWN

The Burlington Free Press, a newspaper published in the city of
Burlington, Chittenden County, State of Vermont, and personal
knowledge of the facts herein state and that the notice hereto
annexed was Published in said newspapers in the issue:

01/08/2025, 02/07/2025, 03/07/2025

and that the fees charged are legal.
Sworn to and subscribed before on 03/07/2025

Legal Clerk

Notary, State of WI, County of Brown

My commission expires

Order No:        10914208        # of Copies:
Customer No:     1120204         1
PO #:            R1020005

### THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

VICKY FELTY
Notary Public
State of Wisconsin

# United States Bankruptcy Court
## for the District of Vermont

### In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC

# Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025**.

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit **https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* **contact an attorney**

# Military horse unit carries Carter's casket

**Tom Vanden Brook**
USA TODAY

WASHINGTON – For the soldiers and horses carrying former President Jimmy Carter's casket to the U.S. Capitol on Tuesday was as high-profile and no-fail a mission as they get.

The five soldiers and eight horses of the Army's Caisson Detachment halted during Sunday's rehearsal, the U.S. Capitol about a mile away. Surprised spectators snapped photos as wind scythed down Independence Avenue in northwest Washington, D.C., under a milky sun.

The soldiers muttered encouragement; their horses nickered. An honor guard loaded an empty coffin into the caisson, a ceremonial wagon designed a century ago to ferry artillery to the battlefront and the wounded and dead to the rear. The practice procession resumed, a rider in front took the lead. A riderless horse, with boots in the stirrups facing backward, brought up the rear.

"We are executing our flagship mission," said Lt. Col. Branden Quintana, commander of the Caisson Detachment, part of the Army's 3rd Infantry Regiment known as The Old Guard. "There's no better way for us to pay our respect and honor the former president. It's something we feel in the center of our heart, the pit of our stomach. This is the pinnacle."

Almost two years ago, that summit seemed inaccessible. The Army suspended the horse unit's operation in May 2023 following the deaths of two horses used to haul caissons in funerals at Arlington National Cemetery. Veterinarians and horse experts called for a total renovation of the program, "down to the studs," Quintana said.

USA TODAY had exclusive access to the stable, soldiers and horses as they practiced for Tuesday's procession. The soldiers, horse experts and veterinarians talked about their moment in the spotlight and the reforms needed to get there. It's their first mission since the suspension.

"We have the opportunity to do it on a national stage," Quintana said.

The caisson detachment at Fort Myer, adjacent to Arlington National Cemetery, assumed duty to escort funerals in 1948. It followed the tradition of using a caisson and three two-horse teams with three riders.

They performed stately, somber ceremonies for years at the cemetery: Handsome, dark and gray horses pulled a gleaming caisson, spit-and-polish soldiers with signature high-and-tight haircuts directing the operation.

Behind that scene, though, the unit had suffered from too much work, antiquated equipment and inadequate care for the horses. In 2022, the Army euthanized two horses, Mickey and Tony, after it was found that they had eaten sand or gravel that fouled their guts.

The Army suspended the caisson operation in 2023. The remaining horses retired to Florida.



Members of the U.S. Army Caisson detachment prepare for former President Jimmy Carter to lie in state at the U.S. Capitol with a test run on Sunday.
MEGAN SMITH/USA TODAY

## 'We're trying to protect the horses and do the right thing'

The Army hired highly qualified experts for advice that ranged from finding the right horses for caisson duty to designing the curriculum for soldiers who care for and ride them. Jim Westbrook, an expert on horse carriage and wagons, helps identify and buy new horses for the unit.

The horses are stabled at the NOVA Equestrian Center in the Virginia suburbs, a 40-acre facility with space and equipment necessary to keep them fit. Their turn-of-the century stables at Fort Myer are also being renovated.

Each horse has a custom-fit saddle, scrapping the historic model used for 75 years. The Army also modified the wagon they haul, dropping as much as 1,400 pounds from the load.

Olympic equestrian gold medalist David O'Connor supervised the creation of a 12-week course to teach soldiers basic horsemanship. Paired with their horses, the soldiers then head to Ocala, Florida, for six weeks of intensive training for the caisson mission.

The standard of caring for horses has risen over time, and the Army had fallen behind, O'Connor said. It takes expertise, time and money to catch up. It also requires athletic soldiers to ride, steer and understand them. Horses are social animals who relate to each other and their human handlers.

"We're trying to protect the horses and do the right thing," he said.

## 'Humbling' to escort a former president

On Sunday morning, before their practice run, the horses woke to a chilly morning at Fort Myer, where they stayed before the event. Steam puffed from the nostrils of Burns, a 10-year-old mustang, as he stared out from his stall.

Some soldiers groomed their horses and applied shiny black polish to their hooves. Others swept wood shavings and manure. It felt calm, quiet, routine.

The soldiers and horses have been rehearsing for months, with bands playing and cannons firing to prepare them for the pomp and circumstance of a president's funeral, said Maj. Wes Strickland, spokesperson for the Old Guard.

Not every president requests horses for their funeral ceremony. John F. Kennedy did, and Black Jack, the riderless horse, vaulted the caisson unit into the public eye. George H. W. Bush did not. Ronald Reagan, a noted enthusiast did, and that's the last time the caisson unit took part.

"We're under a microscope," said Lt. Col. Derrick Draper, deputy commander of the regiment. "People will be looking for the slightest flaw. And they should be. We hold ourselves to the highest standard."

On the route, the horses proceeded at the steady walking pace of a person. They stopped, they started, they turned in unison. They didn't flinch, O'Connor noted, when Pershing's Own, the Army's band, broke out "God Bless America."

Col. Clayton Chilcoat, an Army veterinarian, kept watch with first-aid kit in hand. He liked what he saw. A calm, quiet routine.

No surprise to Sgt. Shawn Tabor, who grew up around horses. He's been with the unit for seven years and has completed 550 caisson ceremonies.

"I love these horses," Tabor said. "It's very, very humbling to be part of burying a U.S. president. To be able to honor him and his family."

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

# HISTORY IN THE MAKING

**Commemorate President Trump's historic second term** in a hardcover collector's book





**20% off** for a limited time

**$31.95** reg. $39.95
offer expires Feb. 16, 2025
books ship Feb. 28, 2025

Experience history in the making with "**Donald Trump: The Road to a Historic Second Term.**" This stunning 160-page hardcover volume captures the electrifying journey of President Trump's unprecedented return to the White House. From the campaign trail to the debates, multiple assassination attempts to Inauguration Day, every pivotal moment is immortalized in vivid detail and striking photography. Own a piece of American history — a collector's item to save for future generations. Order now and secure your front-row seat to one of the most remarkable political comebacks in U.S. history.

Pre-order online at

**Trump.PictorialBook.com**

USA TODAY

scan and save!






# Mexico deploys troops to US border

## Target weapons, drugs, illegal immigration

**Lauren Villagran**
USA TODAY

CIUDAD JUÁREZ, Mexico – When Mexico's president offered to send 10,000 troops to the U.S. border, it was an easy response to President Donald Trump's tariff threats.

Claudia Sheinbaum has more than 280,000 military troops at her disposal deployed around Mexico handling matters of public security, including drug trafficking and illegal migration – Trump's two big asks. And more than 32,000 Mexican National Guard troops were already deployed in immigration enforcement at Mexico's northern and southern borders.

When Trump ordered a 25% tariff to take effect Tuesday if Mexico didn't do something, Sheinbaum, a climate scientist, kept "a cool head," she said – a personal mantra. She had her predecessor's playbook, too: Sending in the National Guard had worked with Trump before.

Sheinbaum made an offer: to shift 3.5% of her troops to the northern border to do essentially what they were already doing.

More than 9,000 Army and National Guard troops were stationed at Mexico's northern border during the first half of last year, said Samuel Storr, a researcher with the Iberoamericana University's Citizen Security Program in Mexico City, which obtained deployment statistics through information requests.

By Tuesday afternoon, the Mexican government confirmed more than 7,000 troops were en route to 14 northern border cities from Tijuana on the west coast to Matamoros in the east, moved from southern and central states. At least 120 National Guard soldiers arrived Tuesday in Ciudad Juárez, across the Rio Grande from El Paso, Texas.

"We're starting today," said Jose Luis Santo, coordinator of the National Guard battalion stationed there. "We're here to reinforce the northern border with the goal of stopping the drug traf-



Members of Mexico's National Guard board a plane bound for the country's northern border as a long term agreement to maintain trade relations is developing between Mexico City and Washington, D.C. PAOLA CHIOMANTE/REUTERS

ficking from Mexico to the United States, principally fentanyl. This is the mission."

The latest National Guard deployment "will reinforce the troops already deployed at the border, with the goal of stopping the flow of fentanyl, other drugs and illegal immigration to the United States," Mexico's government said in a statement Tuesday. Troops will also work to intercept weapons trafficked illegally from the United States into Mexico, the government said.

The pause on tariffs is scheduled to last 30 days, and high-level representatives of the U.S. and Mexican governments are working to hammer out a lasting deal. Mexico, the United States' largest trading partner, is especially concerned with preserving its free trade relationship with its northern neighbor, which is essential to its economy.

Sheinbaum's move was eased by the fact that the National Guard's "mission is fluid," Storr said. "It gives the government the leeway to make these big announcements. It serves for a performative foreign policy."

Citing former President Andrés Manuel López Obrador's similar deal in 2019,

Stephanie Brewer, director for Mexico at the Washington Office on Latin America, said, "It's a pattern of issuing a threat and claiming a victory but it's unclear if anything changes."

The risk, she said, is that pulling troops to demonstrate a show of force at the U.S. border might have the opposite effect of Trump's stated goal: "Does it mean taking 10,000 troops potentially deployed elsewhere combating the flow of illicit drugs or migration?"

Perhaps, but Mexico's National Guard may be less valuable to internal missions, because it is less effective than other military branches at enforcement activities, Storr said. His research has found that National Guard troops detain fewer people, interdict fewer weapons and seize fewer drugs than other Mexican enforcement agencies.

Monday's announcement "doesn't signal any clear change – certainly not any clear improvement – and it comes at a time when Mexico has been engaged in a long-term crackdown," Brewer said.

The reality is that for more than a year, at the behest of the Biden administration, Mexico has been cracking

down on migration routes north, making it difficult or impossible for many migrants to get near the U.S. border.

Mexico's president says her government has also been working aggressively to interrupt the drug trade. In a lengthy post on X before the agreement with Trump, Sheinbaum said her administration has seized more than 40 tons of drugs, including 20 million doses of fentanyl, since she took office in October.

Drug seizures by U.S. Customs and Border Protection at the southern border rose in fiscal year 2024 to 275,000 pounds, up 14% from 241,000 pounds the prior year, although fentanyl seizures declined 21% over the same period. Fentanyl is most often trafficked over the U.S.-Mexico border by U.S. citizen drivers, according to a review of CBP news releases on drug seizures.

Looking at migration, on the U.S. side, Border Patrol's El Paso Sector covering West Texas and New Mexico is recording dozens – not thousands – of migrant encounters every day. On Monday, the agency recorded 99 encounters, down from a peak two years ago of around 2,700 per day, according to a city dashboard.

On the Mexican side, this industrial border city has been the crossing point for tens of thousands of migrants in recent years, including asylum-seekers and unaccompanied minors, as well as migrants aiming to evade U.S. border authorities with the help of a smuggler. But today, migrant shelters here are at roughly 35% of their capacity, said Juan Fierro, director of El Buen Samaritano shelter and a spokesperson for the local shelter network.

Most of the people waiting in shelters are asylum-seekers who spent months waiting to cross legally only to see their CBP One appointments canceled on Trump's inauguration day, Fierro said. His own shelter is hosting about 60 people from Venezuela, Colombia, Ecuador and Mexico, he said.

Some people are waiting to see if Trump will offer a new legal pathway to cross; others are evaluating whether they'll cross with a smuggler, he said.

*Contributing: Omar Ornelas, El Paso Times*

---

# Trump's plan for Gaza not like previous

## President seeks US-led rebuild of battered region

**Kim Hjelmgaard**
USA TODAY

President Donald Trump said he wants to see the Gaza Strip become the "Riviera of the Middle East" as part of a brazen proposal to transfer millions of Palestinians out of the war-shattered enclave and make it a U.S. territory.

Trump made the assertion during Israeli Prime Minister Benjamin Netanyahu's visit to the White House on Tuesday.

"We'll do a real job. Do something different," Trump said.

His remarks not only amount to the most radical U.S. policy shift on the Israeli-Palestinian conflict in recent history, the idea may also breach international law. U.S. partners and officials around the world have denounced it, and so have Palestinians.

### The US would 'take over' Gaza

Trump said the U.S. would "take over" Gaza and lead its reconstruction for the "long-term." He didn't say how this would happen, who specifically would pay for it, or under what legal authority it could take place. Gaza is still controlled by Hamas 16 months after it attacked Israel and Israel launched the war in Gaza.

The United States estimates that about 70% of Gaza's buildings and infrastructure have been destroyed in the war. Trump said the 1.8million Palestinians who still live in Gaza should move to neighboring countries with "humanitarian hearts" and "great wealth." He said the U.S. would level any remaining buildings and "create an economic development that will supply unlimited numbers of jobs and housing for the people of the area."

Trump did not rule out sending U.S. troops to Gaza.

### Trump's Gaza plan widely condemned

Hamas called the idea "absurd." The Palestinian Authority, which governs the West Bank, a separate Palestinian territory, said it "strongly rejected" Trump's proposal, adding that "legitimate Palestinian rights are not negotiable." Jordan and Egypt, two countries where Trump suggested Gazans could go, also said they opposed it.

Still, Trump said "everybody" he's spoken to "loves the idea of the United States owning that piece of land." He didn't name names, though on social media, Secretary of State Marco Rubio posted "Make Gaza beautiful again."

Meanwhile, senior officials from China to Russia called it a bad and unworkable idea. Turkey said it was "unacceptable." Saudi Arabia said it "rejected" the plan



President Donald laid out an alternate vision for Gaza with the U.S. taking charge of rebuilding, a move that reverse the country's historic stance on the region. LEAH MILLIS, REUTERS

outright and wouldn't consider establishing formal diplomatic ties with Israel if it went ahead. Britain said its "position is there must be a scenario where Palestinians are able to return home." France said the plan would destabilize the region.

In the U.S., Sen. Chris Murphy, D-Conn, said Trump had "totally lost it" and that a U.S. invasion of Gaza would lead to the slaughter of thousands of U.S. troops and decades of war in the Middle East.

"It's like a bad, sick joke," he said. Republican Sen. Lindsay Graham, a Trump ally, was lukewarm on the concept. "We'll see what our Arab friends say," he said. "I think most South Carolinians would not be excited about sending Americans to take over Gaza."

### No two-state, one-state 'or any other state' solution

Trump's idea appears to completely run counter to and wholly unravel the concept of the "two-state solution," which is the longtime U.S. and internationally backed formula for peace between Israel and the Palestinians.

A two-state solution is what Israel's current government opposes, is the idea that an independent Palestinian state in the West Bank and Gaza, with East Jerusalem as its capital, would exist alongside Israel.

Trump didn't give a clear answer when asked about it. "It doesn't mean anything about a two-state or one-state or any other state. It means that we want to have, we want to give people a chance at life," he said. "They have never had a chance at life because the Gaza Strip has been a hellhole for people living there. It's been horrible."

Rachel Brandenburg, a fellow at the Israel Policy Forum, a U.S.-based think tank that advocates for a two-state solution to the Israeli-Palestinian conflict, said the notion that the U.S. "would take over Gaza and transfer Palestinians off that piece of land is unrealistic, immoral and has no legal basis."

Amnesty International Executive Director Paul O'Brien said removing all Palestinians from Gaza is "tantamount to destroying them as a people."

Forcibly displacing civilians can constitute a war

crime and the issue is sensitive one among Palestinians. Many have long feared, amplified by the war in Gaza, that they could suffer from another "Nakba," when hundreds of thousands of Palestinians were dispossessed of their homes in a war in 1948 at the birth of Israel.

Sami Omar Zidan is a 36-year-old Gazan who left the territory first for Egypt, and now for Oman, last year after his home was destroyed. He is married, has a 5-year-old daughter and his wife is pregnant.

Zidan said in a WhatsApp message that while he was lucky to have escaped Gaza when he did, he has always wanted to return to the territory to rebuild his home, find work and start his life over again. Zidan is angry at the U.S. government for supplying Israel with weapons and for backing its leaders politically.

He called Trump a "businessman with a greedy heart" and believes he "only sees money and how to get it." He said it would not surprise him if Trump eventually seeks to control the West Bank as well.

On Tuesday, Trump said he would probably announce a position on Israeli sovereignty over the West Bank in the next month. "We haven't been taking the position on it yet," he said.

According to Puck News, it was former White House senior adviser Jared Kushner, who is married to Trump's daughter Ivanka and worked on Middle East policy in the first Trump administration, who was reportedly behind his father-in-law's plan.

Kushner helped craft his remarks. In fact, in February last year Kushner suggested in an interview that Israel should remove civilians out of Gaza while it "cleans up" the area.

**United States Bankruptcy Court for the District of Vermont**

In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC

**Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont**

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

# Von Trapp Brewing collaborating with Burlington Beer

**Beth McDermott**
AI-assisted reporter

STOWE — Von Trapp Brewing has announced a new collaboration beer with Burlington Beer Company. According to a community announcement, the beer, named Dortmunder Style Lager, is part of Von Trapp's Collab Series.

This Helles Export Lager is brewed with continental malts and noble hops. It features a bright golden color and is noted for its flavors of bread dough, honeysuckle and hay. The lager has a full body and firm bitterness, resulting in a well-rounded taste with a lightly mineral finish.

The collaboration will be celebrated from noon to 3 p.m. on March 8 at Burlington Beer Company in Burlington. The Collab Series, previously known as Stowe Style, has been a part of Von Trapp Brewing's offerings for several years. Each quarter, the series introduces a new beer created in partnership with another brewery. Past collaborators include Narragansett Beer, Brauerei Hofstetten, and Tröegs Independent Brewing.

Von Trapp Brewing is located at the von Trapp Family Lodge & Resort, a 2,600-acre property owned by the von Trapp family, who inspired "The Sound of Music." Established in 2010, the

brewery focuses on authentic Austrian-style lagers made with pure Vermont spring water sourced from the lodge.

Burlington Beer Company is an independent craft brewery known for its innovative beers and a menu that pairs well with its 40-plus brews on tap. The brewery emphasizes the importance of great food to enhance the beer experience.

*This story was created by reporter Beth McDermott, bmcdermott0@gannett.com, with the assistance of Artificial Intelligence (AI). Journalists were involved in every step of the information gathering, review, editing and publishing process. Learn more.*



New von Trapp Brewing collaboration beer. PROVIDED BY VON TRAPP BREWING

---

# Legislation

Continued from Page 1A

"The bill was introduced because drug prices in the US are much higher than in other comparable countries, because there are no regulations for price controls," Rawson and Binder wrote. "This has led to many Americans not being able to afford the prescription drugs that they need. For example, an analysis of data from a comparison of drug prices in Canada and New York in 2016 reported that 45 million Americans – about 18% of the adult population – did not fill a prescription because of cost."

While acknowledging that access to lower-price drugs would "improve the well-being of Americans without health insurance" Rawson and Binder wrote the act

was an "impractical way" to address the drug-pricing problem in the United States.

"First and foremost, drug manufacturers allot sales to a country by assessing the number of people who will take the drug each year based on past practice and a reasonable estimate of likely increases," Rawson and Binder wrote. "Manufacturers are unlikely to increase manufacturing capacity in Canada or to allocate more drugs to Canada from other countries when they know that the drugs will be redistributed to another market, especially a much larger and more lucrative one."

Rawson and Binder predicted that if legislation allowing Americans to buy Canadian drugs was implemented, it would result in increased drug shortages in Canada, and "cause substantial distress to Canadians."

"Canada's drug supply is not a long-term solution to America's homegrown drug-pricing problem," Rawson and Binder wrote. "Politicians in the US should directly

address the issue of how to achieve affordable drug access and not disrupt another country's health care system in an attempt to solve the problem."

Elisabeth St. Onge, a spokesperson for Welch, said in an email that the senator "is working to address drug shortages and shares the concerns of Vermonters who fear global shortages of the lifesaving prescription drugs they need."

*Contact Dan D'Ambrosio at 660-1841 or ddambrosio@freepressmedia.com. Follow him on Twitter @DanDambrosioVT.*



U.S. Sens. Bernie Sanders and Peter Welch during a March 18, 2024 press conference about federal funding. Both Welch and Sanders have pushed for legislation that would allow Americans to buy cheaper Canadian prescription drugs. MEGAN STEWART/BURLINGTON FREE PRESS

**United States Bankruptcy Court**
**for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont,**
**Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

---

PAID ADVERTISEMENT

# Finally... An Alternative to Adult Diapers for Men

## Stop spending a fortune on adult diapers.

Switch to Men's Liberty and pay little to no out-of-pocket cost** if you qualify for coverage through Medicare, most Medicaid plans, private insurance, workers compensation and VA/Tricare. This could save you thousands of dollars a year!

Call Today at no obligation and Receive a **FREE Week's Supply** with Your First Order!*

# 1-888-767-6615

**MensLiberty.com/paper**




MADE IN USA



| MEN'S LIBERTY | VS | ADULT DIAPERS |
|:---:|:---:|:---:|
| YES | Keeps you dry 24/7? | NO |
| YES | Directs urine away from the skin? | NO |
| YES | Reduces the risk of infections? | NO |
| YES | Invisible under clothing? | NO |
| YES | Covered by Medicare** | NO |

*30 days supply or more  ** Standard co-pays and deductibles apply

©2023 BioDerm, Inc. All rights reserved. BioDerm® and FreeDerm® are registered trademarks of BioDerm, Inc. Men's Liberty™, BioPlus+™, and KindKlamp™ are trademarks of BioDerm, Inc. Patents:https://bioderminc.com/patents/                                    LT 70100 B

# **Exhibit C**

## CERTIFICATE OF PUBLICATION

I, Marcy Stabile, hereby certify that (a) I am the Office Manager at *Seven Days,* and (b) that the advertisement titled "**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**" was published in:

*Seven Days* on the following dates: January 8, 2025, February 5, 2025 and March 5, 2025

March 10, 2025
(date)

X _Marcy M Stabile_
(Signature)

WEEK IN REVIEW

TIM NEWCOMB



are written by men. Why is that? Partly it is because critics and reviewers are predominantly men; two of the three reviewers in your article "Hibernation Syllabus" are men. But it's also because, while women read books by all genders and suggest them in equal proportions, men tend not to. Your column confirmed the research.

Bianca Stone recommended two books by men and two books by women. M.T. Anderson had a ratio of three books by men to one by a woman. And Ken Cadow recommended four books written by men. I was disappointed by this 3-to-1 ratio.

Do better, *Seven Days*! Do better, men! Your lack of willingness to read and review books by women contributes to a world where women's contributions are undervalued.

**Jeanie Phillips**
BURLINGTON

### TIME TO JOIN CANADA?
Thanks to *Seven Days* for its review of the possibilities for Vermont under King Trump ["Hanging in the Balance: Donald Trump's Return to the Presidency Could Disrupt the Way Many Vermonters Live," December 11]. One thing to consider is that since Vermont was the only state to go against him in the GOP primaries, King Donald might hold a special place in his heart for revenge against us.

With this in mind and the other projections of what an authoritarian regime under a man like this could do to us, I wonder if it is not a good time to reconsider joining Canada — that is, of course, if the Canadians will have us. It



makes sense. Canada is still a democracy, whereas we will become an authoritarian state as of January 20, having destroyed our own democracy from within. Canada is still a humane nation, whereas ours is not anymore.

Vermont is so closely connected with Canada culturally, economically and socially that we could almost be considered all but another Canadian province. So why not make it official and petition our Canadian sisters and brothers, their parliament, and their governor general to join them?

I realize, of course, that this is much easier said than done. It would be turning our backs on Vermont's role in American history, but it's rejected, anyway, on November 5, 2024.

I know that this is sheer fantasy, but it has merit considering what is coming at us for the next four years, if not longer.

**Walter Carpenter**
MONTPELIER

### NO DEMOCRACY ON CITY COUNCIL
[Re "Hanging in the Balance: Donald Trump's Return to the Presidency Could Disrupt the Way Many Vermonters Live," December 11]: As I read the article about how Donald Trump will disrupt many lives in Vermont once he becomes president again, I was reflecting on how it doesn't really matter if Trump is in office or not, because the Democrats on the Burlington City Council are doing plenty of disrupting on their own!

For the second time in a year, more than enough signatures were collected to put a measure on the ballot to let voters declare Burlington an "apartheid-free community." This was rejected by all the Democratic city councilors.

I went to the meeting and listened to how, once again, Zionism and Judaism were attempted to be linked. I even heard someone say out loud before the meeting that they wanted to get away from all the "Jew haters."

I was taken aback and did not respond because every time I am at marches, rallies, protests or conferences about standing in solidarity with the Palestinians who are experiencing genocide in which our government is complicit, I am always filled with love for all and I am often with people who are Jewish who realize "never again" applies to everyone.

Shame on the cowardly Democrats on the council who chose to act in a very undemocratic way. You all will be remembered in history as blocking the will of the people. Free Palestine!

**Sally Lincoln**
NORTH FERRISBURGH

### 'LINGUISTIC COMPROMISE'
I spoke at the December 16 city council meeting ["Burlington Council Blocks Pro-Palestine Item From Ballot," December 17, online]. Based on the continued frustration of those supporting a petition

FEEDBACK » P.19

## SAY SOMETHING!

*Seven Days* wants to publish your rants and raves. **Your feedback must...**
- be 250 words or fewer;
- respond to *Seven Days* content;
- include your full name, town and a daytime phone number.

*Seven Days* reserves the right to edit for accuracy, length and readability.

**Your submission options include:**
- sevendaysvt.com/feedback
- feedback@sevendaysvt.com
- *Seven Days*, P.O. Box 1164, Burlington, VT 05402-1164



The **Windjammer**
AND UPPER DECK PUB





1076 Williston Road, S. Burlington
862.6585 | WindjammerRestaurant.com

---

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit **https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

**Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont**

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit **https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* **contact an attorney**





Celebrating over 30 years supporting women entrepreneurs

**Mercy Connections**
Come as you are to get where you're going

# START UP
Online Business Planning Class

## Have a business idea?
*We've got you covered*

Start Up is an online, semester long, cohort-based business planning class that supports people identifying as women, female, non-binary or gender nonconforming. The deadline to apply is Feb. 15th!

"Start Up was where I first had the thought 'I can actually do this' and the program that showed me how to really believe it."
Rory Shamlian
Owner of Rory Pots

Contact Claire Wheeler to get started
cwheeler@mercyconnections.org | 802-846-7081
mercyconnections.org



# classes

THE FOLLOWING CLASS LISTINGS ARE PAID ADVERTISEMENTS. ANNOUNCE YOUR CLASS FOR AS LITTLE AS **$16.75/WEEK** (INCLUDES SIX PHOTOS AND UNLIMITED ADVERTISING ONLINE). SUBMIT YOUR CLASS AD AT **SEVENDAYSVT.COM/POSTCLASS.**

## aromatherapy

**PERFUME MAKING EVENT WITH BLOOM LAB:** Discover the art of botanical perfumery with Bloom. Enjoy a refreshing Stowe Cider drink while learning the basics of perfumery, exploring an all-natural scent wheel and blending your own custom of eau de parfum. You'll leave with one 1.7-ounce bottle of custom eau de parfum. Sun., Feb. 9, noon-2 p.m. Cost: $95. Location: Stowe Cider, 17 Town Farm Ln. Info: 355-3336, sevendaystickets.com.

## craft

**2025 CRAFT WORKSHOPS:** In addition to the regular chairmaking and jewelry workshops, this year we are hosting guest instructors who teach dry stone walling, natural dyes, broom making, Shaker boxes, plant pressing, basket weaving, bowl carving and more. Gift certificates available. Location: Handmade Charlotte. Info: 360-528-1952, ericannizzaro.com.

**VALENTINE'S DAY CARD WORKSHOP:** Not your typical make-your-own-Valentine's-Day-card workshop. Learn how to block print your own cards! Bring a 4-by-6-inch image or create one there. Cards for smashing the patriarchy are encouraged but not required. You'll leave with your block and printed cards. Sat., Feb. 8, 1-4 p.m. Cost: $55. Location: Standing Stone Wines, 33 Main St., Winooski. Info: 540-7160, sevendaystickets.com.

## culinary

**KIDS IN THE KITCHEN:** Got junior chefs at home? Let them flex their cooking skills. Taco Tuesday's class includes beef tacos, beans and rice, and tasty salsa, while Thursday's baking bonanza features apple turnovers, fudgy brownie cups, and one or two other delicious delights. Tue., Feb. 18, & Thu., Feb. 20, 9:30 a.m.-noon. Cost: $45 for a 2.5-hour class. Location: The Kitchen at Mission Farm, 367 Mission Farm Rd., Killington. Info: 265-1857, sevendaystickets.com.

**PUNNY VALENTINE'S DAY CLASS:** Have you ever wanted to learn the art of cookie decorating? In each class, we go through step-by-step how to decorate up to five cookies with three to four icing colors. Along the way you'll learn tips and tricks to make sure you will leave confident regardless of your skill level. Tue., Feb. 11, 6-8 p.m. Cost: $75. Location: Red Poppy Cakery, 1 Elm St., Waterbury Village Historic District. Info: 914-610-5275, sevendaystickets.com.

**VALENTINE'S COOKING CLASS:** Ditch the overpriced chocolates and flowers and do something different this Valentine's Day. Join us to create a fabulous meal, meet nice people and enjoy a fun night out. We'll cook, we'll laugh, we'll eat. Bring a friend, bring your mom or bring your favorite someone. Fri., Feb. 14, 6-9 p.m. Cost: $175. Location: The Kitchen at Mission Farm, 367 Mission Farm Rd., Killington. Info: 265-1857, sevendaystickets.com.

## language

**FRENCH + ART FOR KIDS: FRART AT WINGSPAN:** This February, Wingspan Studio School is offering two fun weeks of an art class with French, music and movement for ages 4 to 8. Madame Maggie leads kids through art, song and games in a real working atelier. Wed., Feb. 5 & 12, 3-4:30 p.m. Cost: $100. Location: Wingspan Studio School, 4A Howard St., Burlington. Info: 233-7676, maggiestandley@gmail.com, wingspanstudioeduc.com.



## martial arts

**AIKIDO: THE POWER OF HARMONY:** Cultivate core power, aerobic fitness and resiliency. The dynamic, circular movements emphasize throws, joint locks and the development of internal energy. Join our community and find resiliency, power and grace. Inclusive training, gender-neutral dressing room/bathrooms and a safe space for all. Visitors are always welcome to watch a class! Vermont's only intensive aikido programs. Membership rates incl. unlimited classes 6 days/week. Contact us for info about membership rates for adults, youths & families. Location: Aikido of Champlain Valley, 257 Pine St., Burlington. Info: Benjamin Pincus, 951-8900, bpincus@burlingtonaikido.org, burlingtonaikido.org.

# Head North!



Notre-Dame-de-Bon-Secours Chapel

Solstice Sauna

Skiing in the Laurentians

Find our stories about Québec for Vermont travelers at:

**sevendaysvt.com/quebec.**



# QUÉBEC GUIDE

SPONSORED BY:

bonjour **québec**

TOP PHOTO: COURTESY OF EVA BLUE/TOURISME MONTRÉAL



# SEVEN DAYS tickets



Find and purchase tickets for these and other classes at **sevendaystickets.com.**

= TICKETED CLASS

# FEED*back*

« P.21



## SPRING
# TREE SALES

### HOSTED BY VERMONT'S CONSERVATION DISTRICTS

Native and Naturalized
Trees & Shrubs • Fruit Trees
Berry Plants • Nut Trees
Seed Mixes • Wildlife Shelters
Live Trout & More!

### PICKUPS AVAILABLE IN

Highgate, Montgomery,
North Hero, Williston, Berlin,
Barton, Rutland, Poultney,
Middlebury, Putney

### MORE DETAILS AT:
### VACD.ORG/TREES



**United States Bankruptcy Court
for the District of Vermont**

**In re Roman Catholic Diocese
of Burlington, Vermont,
Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit
**vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/
dioceseofburlington**

*For U.S. Bankruptcy Court for the
District of Vermont information:* visit
**vtb.uscourts.gov**

*For advice about your rights:*
**contact an attorney**

## WORDS TO LIVE BY

I first met Frank Murray, whose recent obituary remembers his "commitment to justice," in 1976 [Life Lines, February 6]. Back then, he was state's attorney and we were writing a story for the *Vermont Times Journal* on crime in Chittenden County.

Here are a few of Frank's salient points. They are especially timely today:

1) Our No. 1 priority should be "protection of the public."

2) Way too often, the criminal justice system "fails to meet the needs of victims."

3) "Two-thirds of serious crimes are committed by just 6 percent of the population. Police, prosecutors and courts must work closely together to identify and deal with hard-core, habitual career offenders." Sorry to say, but these people most often "cannot be rehabilitated." Letting them go free without consequences is an "invitation to more crime and harm to innocent people."

4) To protect the community, these people "must be separated from society" during their peak criminal years.

There are lessons in Frank Murray's words that need to be relearned by his successors in our current criminal justice system.

**Jack Scully**
COLCHESTER

## H.74 HELPS SENIORS

Kudos to *Seven Days* writer Anne Wallace Allen for her article on the challenges retired seniors face in Vermont ["Green Mountain Stakes: Taxes and a High Cost of Living Make Vermont an Expensive Place to Grow Old," January 22]!

Allen mentioned legislation pending, and that is H.74, which over eight years would phase out Vermont's practice of taxing Social Security benefits as income in many tax brackets. (My hope is that it takes less than eight years and that income caps are raised to help even more seniors so I may be in the Land of the Living to see such tax benefits.)

Seniors have worked hard to support themselves, their families and their communities. Many senior homeowners still pay a disproportionate amount in Vermont education taxes – as in, way too much – generation after generation.

Plus, many seniors get slapped with Vermont tax penalties just as they are adjusting to retirement and the resulting lower income. There is no perfect tax formula to match a lowering income during the transition into retirement!

H.74 as drafted is not perfect, but it needs support by seniors and all of us. Please contact your representatives and urge them to support H.74. No one wants to be dependent on government programs. Montpelier needs to cut taxes and government spending and let us live within our means.

H.74 will help more Vermont seniors retire with dignity.

**Robert "Bob" Devost**
JERICHO



## IT'S A 'COUP'

[Re "Vermont Orgs Announce Layoffs, Cutbacks After Funding Freeze," January 31]: Elon Musk, a private, unelected individual enabled by President Donald Trump and his new Treasury Secretary Scott Bessent, now has access to private, privileged, sensitive information such as our Social Security checks, tax refunds and Medicare benefits. I not only share the concerns of other seniors and disabled individuals but I am also asking Vermont's U.S. senators, Bernie Sanders and Peter Welch, and Attorney General Charity Clark to commence a class-action lawsuit on our behalf against such blatant criminality, which disregards our laws and the separation of the different branches of our government. Musk is staging a coup, using similar tactics used by the autocratic Viktor Orbán of Hungary.

If we are to retain, let alone strengthen, our Democratic republic, then this cannot be tolerated nor be allowed to stand. A republic is for and by the people; it is not a monarchy or a dictatorship.

**Giovanna Lepore**
JERICHO

## WHAT THE WELCH?

U.S. Sen. Peter Welch recently told *Seven Days* that President Donald Trump believes chaos is an instrument of persuasion ["Vermont Officials Still Wary After Trump Cancels Funding Freeze," January 30]. At the time I am writing this, Welch was batting .500 in voting to confirm Trump's cabinet nominees.

For example, he voted to confirm Doug Burgum, a billionaire lackey of the oil industry, as secretary of the U.S. Department of the Interior, which Burgum's government sued at least five times during his tenure as governor of North Dakota to loosen public land use rules. Welch voted to confirm Sean Duffy, a former reality TV star, Fox News host and climate denialist, as transportation secretary.

More recently, Welch and every other Democrat on the Senate Committee on Agriculture, Nutrition & Forestry voted to advance the nomination of Brooke Rollins, the cofounder of the America First Policy Institute, as secretary of agriculture. Yes, Rollins grew up on a farm and got an agriculture degree, but she's also a known conspiracy theorist and fabulist, and she is yet another climate denialist with deep ties to the oil industry.

Trump and his associates have shown time and again they have no interest in governing, no regard for the public weal and no scruples whatsoever.

Please stop voting to place these foxes in the henhouse. Doing so only encourages further chaos.

**Erik Post**
ESSEX

# **Exhibit D**



# AFFIDAVIT OF PUBLICATION

The Rutland Herald, a daily newspaper of general circulation, published in Rutland, VT; that the publication, a copy of the attached document was published in the said newspaper on the following date(s):

**Published-Rutland Herald- 1/8, 2/5 & 3/5, 2025**

## Legal Notice

United States Bankruptcy Court for the District of Vermont
In re: Roman Catholic Diocese of Burlington, VT
Case No: 24-10205-HZC
Claims Notice for Survivors of Sexual Abuse and Others with
Claims Against the Roman Catholic Diocese of Burlington, VT

This instrument was acknowledged before me, *Becky Westcott* an employee of the *Rutland Herald* newspaper on _3/6/25_.

_____                    1570015891    01/31/2027
Signature of Notary                              Commision Exp. Date of Notary

                                                 *Becky Westcott*
                                                 Signature of Employee

┌─────────────────────────────┐
│ Notary Public of Vermont    │
│   Samantha Anne Cain        │
│ My Comm. Expires 01/31/2027 │
│        Commission           │
│     • No. 1570015891 •      │
└─────────────────────────────┘

Brunswick Publishing, LLC
77 Grove Street, Suite 102, Rutland, VT 05701
802-747-6121 or 800-244-2131
www.rutlandherald.com or www.timesargus.com

# RUTLAND HERALD MARKETPLACE

**ADVERTISING DEADLINES**
No paper on Monday
Tuesday-Friday 2 days prior to publication
Weekender (Sat.-Sun.) 3 days prior to publication
**Deadline 4:30 p.m.**
802.747.6121
www.rutlandherald.com/classifieds

**LEGALS • JOB MARKET • MERCHANDISE • PETS • AUCTIONS • REAL ESTATE • WHEELS • FOR SALE**

## UVM Morgan Horse Farm
## Full-Time Barn Manager Wanted

The UVM Morgan Horse Farm is looking to hire a full-time barn manager, (benefits eligible). The right candidate has 3+ years of equine management experience, stallion and young horse handling preferred.

Lead students through daily chores and complete general barn management tasks, including procuring supplies, documentation, and maintaining orderly environment. Help with promotional events. Help carry out equine breeding and neonatal program, and prepare horses for daily training.

Must be dependable, team-oriented, excellent attention to detail and communication skills. Will operate tractors and drive a loaded trailer.

To learn more or to apply, visit https://apptrkr.com/5881287 Posting #S5447PO, complete an application along with a resume. Position is open until filled.

The University of Vermont is an Equal Opportunity/Affirmative Action Employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, protected veteran status, or any category legally protected by federal or state law.

## Bridge

1/8/25

South dealer.
Neither side vulnerable.

NORTH
♠ J 10 8
♥ Q 10
♦ 9 8 5
♣ K Q 10 7 2

WEST
♠ 4 2
♥ K 9 7 4 2
♦ K 10 7 3 2
♣ 9

EAST
♠ A 7
♥ J 8 6 5 3
♦ Q 6
♣ A 8 4 3

SOUTH
♠ K Q 9 6 5 3
♥ A
♦ A J 4
♣ J 6 5

The bidding:

| South | West | North | East |
|---|---|---|---|
| 1 ♠ | Pass | 2 ♠ | Pass |
| 4 ♠ | | | |

Opening lead — nine of clubs.

**There are many** worthwhile conventions that enable a good defensive pair to score all the tricks to which they're entitled. Some players ignore these conventions, relying more on instinct than science, but this is a dangerous way to play the game.

**Take the present** deal, which features top-notch partnership defense. West leads a club, East winning dummy's queen with the ace. East, diagnosing the lead as a possible singleton, returns the three of clubs, ruffed by West with the deuce.

**East's return of** the three, rather than just any club, is conventional. It says that, as between hearts and diamonds, he would prefer that West lead the lower-ranking suit next. (Had East preferred a heart return, he would have led the eight of clubs to ask for the higher-ranking suit.)

**Accordingly, West leads** the diamond three to East's queen and South's ace. Declarer plays a trump to dummy's jack and East's ace, and now East has a genuine problem.

**If he thinks** West has another trump, East should return a club; but if he thinks West has no more trumps, his best chance is a diamond return. With only his own 13 cards to rely on, East might easily go wrong and hand South the contract. But another convention, the trump echo, comes to his rescue.

**West's ruff with** the two of spades, followed later by the play of the four, denies a holding of three trumps. If West had started with the 6-4-2, for example, he would have ruffed the club at trick two with the four and later played the deuce to indicate possession of a third trump.

**East therefore returns** a diamond at trick five, and four spades goes down two. With a club return, South makes the contract.

©2024 King Features Syndicate Inc.

## CRYPTOQUOTE

A X Y D L B A A X R
is L O N G F E L L O W

One letter stands for another. In this sample, A is used for the three L's, X for the two O's, etc. Single letters, apostrophes, the length and formation of the words are all hints. Each day the code letters are different.

**1-8**

X A Q G O E A X A F R A C K K G N
J F R F I H F Q X A F F Z Q K L M C D X F Q
I G Z D W, H O X C X ' W X A Z X
P Z D O Z Q L M C D J X A Z X Q Z X X K F W
G K J H G D F W. — P G A D N Z R F D J Z

**Yesterday's Cryptoquote:** LIFE WILL REWARD YOU, BUT NOT ALWAYS BY THE ROUTE YOU EXPECT. — EDNA RODRIGUEZ

## SUDOKU

WEDNESDAY, JANUARY 8, 2025

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | | | | 1 | | | 3 | |
| | | | | 4 | | | | 6 |
| 3 | | | | | | 8 | 7 | 9 |
| | | | | | | | 4 | |
| 1 | 5 | | | | | 9 | | |
| | 8 | | 2 | | | 7 | | |
| 4 | | | 5 | 3 | 8 | | | |
| | 7 | | | | | | | |
| | | | | 2 | | 1 | | 4 |

YESTERDAY SOLUTION

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | 1 | 9 | 7 | 4 | 5 | 8 | 3 | 2 |
| 7 | 2 | 5 | 8 | 9 | 3 | 6 | 1 | 4 |
| 8 | 4 | 3 | 1 | 2 | 6 | 5 | 9 | 7 |
| 2 | 5 | 8 | 6 | 3 | 4 | 9 | 7 | 1 |
| 1 | 3 | 6 | 9 | 7 | 2 | 4 | 8 | 5 |
| 4 | 9 | 7 | 5 | 1 | 8 | 3 | 2 | 6 |
| 3 | 6 | 4 | 2 | 8 | 1 | 7 | 5 | 9 |
| 5 | 7 | 1 | 3 | 6 | 9 | 2 | 4 | 8 |
| 9 | 8 | 2 | 4 | 5 | 7 | 1 | 6 | 3 |

**The rules of Sudoku are simple.** Enter digits from 1 to 9 into the blank spaces. Every row must contain one of each digit. So must every column, as must every 3x3 square. Each Sudoku has a unique solution that can bereached logically without guessing.

**The SuDoKu for Seniors project now offers free individualized advice.**

Mail, email or fax us a puzzle where you are stuck and a SuDoKu for Seniors volunteer will work it through with you.

Contact: John Hale 802-273-2293 or john@sudokuVT.com

SEARCH THE MARKET PLACE
in print, online & e-paper
www.rutlandherald.com

### RUTLAND TOWN VOTERS ANNUAL PRE-TOWN MEETING

Date: Tuesday, January 14, 2025
Place: Rutland Town School
Time: 7:00 PM
Please visit rutlandtown.com for meeting information

To discuss the proposed Town & School Budgets for 2025-2026

Town Budgets will start at 7:00 PM
&
School Budget will follow

SEE YOU THERE!
Members of the Rutland Town School & Select Board

EQUAL HOUSING OPPORTUNITY

All real estate advertising in this newspaper is subject to the Federal Fair Housing Law which makes it illegal to advertise "any preference limitation o discrimination based on race, color, religion, sex, handicap, familiar status, or national origin, or any intention to make any such preference, limitation or discrimination." This newspaper will not knowingly accept any advertising for real estate which is in violation of the law. Our readers are herby informed that all dwellings advertised in this newspaper are available on an equal opportunity basis. To complain of discrimination, call HUD Toll-free at 1-800-669-9770. For the Washington, DC area please call HUD at 426-3500. The Toll-free telephone number for the hearing impaired is 1-800-927-9275.

## HOCUS-FOCUS

BY HENRY BOLTINOFF

Find at least six differences in details between panels.

Differences: 1. Man's leg is moved. 2. Table leg is moved. 3. Window in door is different. 4. Lampshade is different. 5. Drawer handle is different. 6. Hair is different.

### H/W General 2010

**Lead Infant Teacher**: Sycamore Tree childcare center is seeking a reliable, honest individual to join our team. Must be a self starter and know the childcare division regulations for Vermont. We offer a generous benefit plan, paid time off and a very supportive team. It goes without saying that your Love for children should be evident in your smile, tone, and positive interactions with them. Please call Lynn at 1-802-373-8008 from 8am to 5pm and leave a voicemail please if I can't pick up. Only serious, seasoned individuals should apply.

**Dental Hygienist**. New Year, New Job! We'll pay you and treat you better! Positive, Optimistic, Team atmosphere. Work with people who care about each other. Send your resume and cover letter or questions to:dentalapptcoord@gmail.com https://www.woodstockdentistry.com

**Voity Electrical** seeking Master or Journeyman Electrician to join our team. The ideal candidate will have extensive experience in electrical installation, maintenance, and repair work. Requires attention to detail, strong problem-solving skills, and the ability to work both independently and as part of a team. Email righthand@voityelectrical.com

### Guns & Ammunition 2590

**GUNS - BUY, Sell, Trade Cragin's, State Street. 802-773-9781 or 802-558-2300.**

### Merchandise 2600

****DISCLAIMER****
**THE pricing of Classified Ads is based on number of words and duration of times running in the paper (i.e 4, 7, 10 days etc.) At the time the ad is placed, you the customer have the option of duration of runs. There will be NO refunds if the need to stop the ad prior to the duration of the ad.**

### Wood/Woodstoves 2710

**MIXED SEASONS** FIREWOOD: cut, split, and delivered. Call for price. 802-236-7915

### Miscellaneous 3000

**Muck Boot** Chore Mid Boots Men's size 10 NIB $100 203-560-0385

**Muck Boot** Men's Arctic Sport Men Size 11 NIB $125 203-560-0385

### Pets 4510

**CHIHUAHUA Teacup** pups: 8 Weeks, shots & dewormed. $750 518-760-2828

**CHIHUAHUA Teacup** pups: 8 Weeks, shots & dewormed. $650 518-760-2828

**Purebred chocolate lab** puppies, no papers, first shots & deworming done. Ready to go $650 802-989-0071

### Unfurnished Apartments for Rent 6510

**THE FUCCI** Company, Rutland's Rental Leader. 1, 2 and 3 Bedroom units from $750 to $2000. 802-773-9107. Visit us at: www.thefuccicompany.com

### Houses for Rent 6560

**POULTNEY, 1** Bedroom House for rent: stove, refrigerator, trash removal-washer & dryer. $975.00 plus security. 802-287-5549

**POULTNEY, 1** Bedroom House for rent: stove, refrigerator, trash removal-washer & dryer. $975.00 plus security. 802-287-5549

### Trucks for Sale 7020

**2024 FORD** Maverick FX4 4WD Beige Sunroof Tow $38,150, 1,600 miles 518-364-3786

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

***For more diocesan information:*** visit **vermontcatholic.org**

***For the bankruptcy docket:*** visit **https://case.stretto.com/dioceseofburlington**

***For U.S. Bankruptcy Court for the District of Vermont information:*** visit **vtb.uscourts.gov**

***For advice about your rights:*** **contact an attorney**

## WEDNESDAY DAYTIME 1/8/25

A = Comcast Rutland, Charter Barre, Comcast Montpelier/Berlin B=Dish C=DTV

| | A | B | C | 9 AM | 9:30 | 10 AM | 10:30 | 11 AM | 11:30 | 12 PM | 12:30 | 1 PM | 1:30 | 2 PM | 2:30 | 3 PM | 3:30 | 4 PM | 4:30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 WCAX | 3 | 3 | 3 | Sherri (CC) | | Deal (N) | | The Price Is Right (N) | | Channel3 | Young & Restless (N) | | Bold (N) | The Price Is Right (CC) | | Crime (N) | Investig. | News at Four (N) | |
| 6 WRGB | 6 | | | Kelly and Mark (N) | | Deal (N) | | The Price Is Right (N) | | News (N) | Young & Restless (N) | | Bold (N) | The Price Is Right (CC) | | Dr. Phil | | Jennifer Hudson (N) | |
| 5 WPTZ | 5 | 5 | 5 | Kelly and Mark (N) | | Today 3rd Hour (N) | | Today-Hoda (N) (CC) | | NBC5Ne.. | Jeopardy | NBC News Daily (N) | | Dateline | | Kelly Clarkson (CC) | | NBC5 News at 4 (N) | |
| 31 WNNE | 13 | 31 | 31 | Steve Wilkos Show | | Karamo (N) | | Maury | | Paternity | Paternity | Jennifer Hudson (N) | | Steve Wilkos Show | | Maury | | Karamo (N) | |
| 10 WTEN | 10 | | | News10 ABC (N) (CC) | | Sherri (N) (CC) | | The View (N) (CC) | | News10 at Noon (N) | | GMA3: What (N) | | General Hospital (N) | | JudgeJudy | JudgeJudy | News10 | News10 |
| 22 WVNY | 4 | 22 | 22 | Barrymore | Barrymore | Paid Prog. | Paid Prog. | The View (N) (CC) | | Hot Bench | Hot Bench | GMA3: What (N) | | General Hospital (N) | | The People's Court | | Judy | Judy |
| 44 WFFF | 7 | 44 | 44 | Judge Mathis (CC) | | GMFB: Overtime (N) (CC) | | | | Paid Prog. | Paid Prog. | Pictionary | Puzzler | Person | Flip Side | FamFeud | FamFeud | FamFeud | FamFeud |
| 17 WMHT | 2 | | | Tiger (N) | Rosie | Sesame St. | Work It | Donkey | Pink | Elinor | Nature Cat | Molly | Xavier | Lyla | Sesame St. | OddSquad | Wild Kratt | Roots (SP) | |
| 28 WVER | 22 | | | Tiger (N) | Rosie | Sesame St. | Work It | Donkey | Pink | Elinor | Nature Cat | Molly | Xavier | Christina | Key | Kevin | Sister Boniface | | Father |
| 33 WETK | 733 | 33 | 33 | Tiger (N) | Rosie | Sesame St. | Work It | Donkey | Pink | Elinor | Nature Cat | Molly | Xavier | Christina | Key | Kevin | Sister Boniface | | Father |
| A&E | 67 | 118 | 265 | Storage | Storage | Storage | Storage | Storage | Storage | Storage | Storage | Fugitives | Fugitives | Fugitives | Fugitives | Fugitives | Fugitives | Court Cam | Court Cam |
| FREE | 35 | 180 | 311 | The 700 Club (CC) | | 700 Club | Boy/World | Boy/World | Boy/World | Boy/World | Boy/World | Boy/World | Boy/World | Boy/World | ★★★ Frozen (PG) ('13) Kristen Bell. | | | | |
| FX | 34 | 136 | 248 | (7:00) ★★★ Nightmare Alley (R) | | | ★★ Where the Crawdads Sing (PG13) ('22) Daisy Edgar-Jones. | | | | | | ★★ A Man Called Otto (PG13) ('22) Tom Hanks. | | | | | Bohemian Rhapsody | |
| HALL | 42 | 185 | 312 | Gold Girls | Gold Girls | Gold Girls | Gold Girls | A Tail of Love ('22) Brittany Bristow. | | | | Falling for Vermont ('17) Julie Gonzalo. | | | | Heartland | | Heartland | |
| LIFE | 65 | 108 | 252 | The Closer | | The Closer | | Rizzoli "Sailor Man" | | Rizzoli & Isles | | Rizzoli & Isles | | Castle | | Castle | | Castle | |
| NWSN | | 239 | 307 | NewsNation Live (N) | | NewsNation Live (N) | | NewsNation Live (N) | | NewsNation (N) | | NewsNation (N) | | NewsNation (N) | | NewsNation (N) | | NewsNation (N) | |
| NICK | 38 | 170 | 299 | PAWPatrol | PAWPatrol | PAWPatrol | PAWPatrol | PAWPatrol | PAWPatrol | PAWPatrol | PAWPatrol | PAWPatrol | PAWPatrol | SpongeB.. | SpongeB.. | SpongeB.. | SpongeB.. | SpongeB.. | SpongeB.. |
| PARMT | 61 | 241 | 241 | Bar Rescue | | Bar Rescue | | Bar Rescue | | Bar Rescue | | Bar Rescue | | Bar Rescue | | Bar Rescue | | Two Men | Two Men |
| TBS | 62 | 139 | 247 | Sheldon | Sheldon | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Big Bang | Big Bang |
| TCM | 141 | 132 | 256 | 8:00 Trouble With Girls | | ★★ Double Trouble ('67) Elvis Presley. | | | | ★★ This Is Elvis (PG) ('81) David Scott. | | | | ★★ Speedway (G) ('68) Elvis Presley. | | | | ★★ Kissin' Cousins | |
| TLC | 49 | 183 | 280 | Bad Hair Day | | Dr. Pimple Popper | | Dr. Pimple Popper | | Dr. Pimple Popper | | Dr. Pimple Popper | | Stories ER "Hooked" | | Untold Stories of ER | | Untold Stories of ER | |
| TNT | 64 | 138 | 245 | Charmed | | Supernatural | | Supernatural | | Supernatural | | Supernat. "Lotus" | | Supernatural | | Supernatural | | Supernatural | |
| USA | 63 | 105 | 242 | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | |

## WEDNESDAY EVENING 1/8/25

A = Comcast Rutland, Charter Barre, Comcast Montpelier/Berlin B=Dish C=DTV

| | A | B | C | 5 PM | 5:30 | 6 PM | 6:30 | 7 PM | 7:30 | 8 PM | 8:30 | 9 PM | 9:30 | 10 PM | 10:30 | 11 PM | 11:30 | 12 AM | 12:30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 CBFT | | | | 4:00 On va.. | Silence | Téléjour. (N) | | Stat (N) (CC) | L'épicerie | Enfants de télé (N) | | Splendeur | Vestiaires | TJ (N) (En direct) | | Sports (N) /(:05) On va se le dire | | | Élément |
| 3 WCAX | 3 | 3 | 3 | Channel 3 | News (N) | Channel 3 New (N) | | CBS News | ET (N) | Price Is Right (N) | | Raid-Cage (N) (SP) | | Elsbeth | | Channel 3 | (:35) Colbert (N) | | Midnight |
| 4 WBZ | | | | News (N) | WBZ News | News (N) | CBS News | Wheel (N) | Jeopardy! | Price Is Right (N) | | Raid-Cage (N) (SP) | | Elsbeth | | News (N) | (:35) Colbert (N) | | Midnight |
| 6 WRGB | 6 | | | CBS 6 Ne.. | CBS 6 Ne.. | CBS 6 Ne.. | CBS News | CBS 6 Ne.. | FamFeud | Price Is Right (N) | | Raid-Cage (N) (SP) | | Elsbeth | | CBS 6 (N) | (:35) Colbert (N) | | Midnight |
| 5 WPTZ | 5 | 5 | 5 | NBC5Ne.. | NBC5Ne.. | NBC5Ne.. | NBC News | Jeopardy! | Wheel (N) | Chicago Med (N) | | Chicago Fire (N) | | Chicago P.D. (N) | | NBC5Ne.. | (:35) J. Fallon (N) | | :35 Meyers |
| 13 WNYT | | | | NewsCha | NewsCha | NewsCha | NBC News | ET (N) | Inside Ed. | Chicago Med (N) | | Chicago Fire (N) | | Chicago P.D. (N) | | NewsCha | (:35) J. Fallon (N) | | :35 Meyers |
| 31 WNNE | 13 | 31 | 31 | S. Wilkos (N) | | TMZ Live (N) (CC) | | TMZ (N) (CC) | True Crime | Penn & Teller | | Inside NFL Week 18 | | NBC5 (N) | Friends (CC) | TMZ (N) (CC) | Dish Nat. | True Crime | Chicago |
| 5 WCVB | | | | News (N) | | News (N) | WorldNe.. | News (N) | Chronicle | Shifting | Abbott | Jeopardy! (N) (SP) | | What Would (N) | | News (N) | (:35) J. Kimmel (N) | | Nightline |
| 8 WMTW | | | | MAINE'S TOTAL (N) | | MAINE'S | WorldNe.. | Wheel (N) | Jeopardy! | Shifting | Abbott | Jeopardy! (N) (SP) | | What Would (N) | | MAINE'S | (:35) J. Kimmel (N) | | Nightline |
| 9 WMUR | | | | News 9 at Five (N) (CC) | | News (N) | WorldNe.. | Chronicle | News (N) | Shifting | Abbott | Jeopardy! (N) (SP) | | What Would (N) | | News (N) | (:35) J. Kimmel (N) | | Nightline |
| 10 WTEN | 10 | | | News10 | News10 | News (N) | WorldNe.. | Wheel (N) | Jeopardy! | Shifting | Abbott | Jeopardy! (N) (SP) | | What Would (N) | | News (N) | (:35) J. Kimmel (N) | | Nightline |
| 22 WVNY | 4 | 22 | 22 | JudgeJudy | JudgeJudy | ABC22Ne.. | WorldNe.. | ABC22Ne.. | Inside Ed. | Shifting | Abbott | Jeopardy! (N) (SP) | | What Would (N) | | ABC22Ne.. | (:35) J. Kimmel (N) | | Nightline |
| 6 CBMT | | | | Living on (N) | | CBC News | Kim | Coronati.. | Feud (N) | Wild Cards (N) (SP) | | Allegiance | | The National (N) (CC) | | CBC News | Land | Coronati.. | Porter |
| 7 WHDH | | | | News (N) | News (N) | News (N) | News (N) | Inside Ed. | Extra (N) | FamFeud | FamFeud | 7 News at 9PM (N) (CC) | | 7 News at 10PM (N) | | News (N) | InsideEd. | (:05) Extra | Dateline |
| 7 CHLT | | | | TVA nouvelles (N) (CC) | | Nouvelles | Tricheur | Indéfen | Bloopers | Détective (N) (P) | | Passez au | À propos | Nouvelles | :35 Affaires | (:05) ★★★ En pleine tempête (PG13) ('18) | | | |
| 11 WENH | | | | Old House | America | PBS News Hour (N) | | Travel | Windows | Nature | | NOVA | | Secrets of the Dead | | Amanpour (N) | | Nature | |
| 52 WEKW | | | | Old House | America | PBS News Hour (N) | | Travel | Windows | Nature | | NOVA | | Secrets of the Dead | | Amanpour (N) | | Nature | |
| 12 CFCF | | | | CTV News | News (N) | CTV News (N) (Live) | | etalk (N) | Big Bang | Nightmar.. | Children | Celebrity Jeopardy! Max Greenfield | | | | CTV (N) | CTV News | BigBang | :35 Meyers |
| 23 WXXA | | | | Goldbergs | Mod Fam | JudgeJudy | News (N) | Judy | Judy | Special "Ocean Warfare; Survival" (N) (SP) | | | | News (N) | News (N) | Big Bang | Sheldon | Mod Fam | Goldbergs |
| 44 WFFF | 7 | 44 | 44 | Bob Heart | Bob Heart | Sheldon | Sheldon | Big Bang | Big Bang | Special "Ocean Warfare; Survival" (N) (SP) | | | | News at 10 (N) | | Conners | Conners | Last Man | Last Man |
| 17 WMHT | 2 | | | Investigates (SP) | | America | PBS News Hour (N) | | AHA | Nature | | NOVA | | Secrets of the Dead | | Amanpour (N) | | BBC News | AHA |
| 28 WVER | 22 | | | 4:30 Father | America | PBS News Hour (N) | | Context | Boondock | Nature | | NOVA | | Secrets of the Dead | | Amanpour (N) | | BBC News | Newsline |
| 33 WETK | 733 | 33 | 33 | 4:30 Father | America | PBS News Hour (N) | | Context | Boondock | Nature | | NOVA | | Secrets of the Dead | | Amanpour (N) | | BBC News | Newsline |
| 41 WVTA | | | | 4:30 Father | America | PBS News Hour (N) | | Context | Boondock | Nature | | NOVA | | Secrets of the Dead | | Amanpour (N) | | BBC News | Newsline |
| 57 WCFE | | | | My Grandp | | America | Context | PBS News Hour (N) | | Nature | | NOVA | | Secrets of the Dead | | BBC News | Amanpour (N) | | Nature (CC) |
| A&E | 67 | 118 | 265 | Court Cam | Court Cam | Court Cam | Court Cam | Court Cam | Court Cam | Court Cam | Court Cam | Court Cam | Court Cam | Ozark Law (N) (P) | | CourtCam | CourtCam | CourtCam | CourtCam |
| AMC | 68 | 131 | 254 | (3:00) Goodfellas | | ★★★ Zombieland (R) ('09) Woody Harrelson. | | | | ★★★ World War Z (PG13) ('13) Mireille Enos, Brad Pitt. | | | | | ★★★ I Am Legend (PG13) ('07) Will Smith. | | | | Hancock |
| ANPL | 55 | 184 | 282 | Extinct or Alive | | Extinct or Alive | | Extinct or Alive | | River Monsters | | River Monsters | | River Monsters | | River Monsters | | River Monsters | |
| CNN | 29 | 200 | 208 | Jake Tapper (N) (Live) | | Situation (N) (Live) | | OutFront (N) (Live) | | Cooper 360 (N) (Live) | | The Source (N) (Live) | | CNN (N) (Live) | | Laura (N) (Live) | | Cooper 360 | |
| CSPAN | 19 | 210 | 350 | (3:00) U.S. House of Representatives (N) (Live) (CC) | | | | | | Public Affairs Events | | | | | | | | Public Affairs | |
| DISC | 50 | 182 | 278 | Expedition | | Expedition | | Expedition | | Expedition | | Expedition | | Blind Frog Ran (N) | | Expedition X | | Expedition | |
| DISN | 40 | 172 | 290 | Bluey (CC) | Bluey (CC) | Bluey (CC) | Big City | Big City | Big City | Place | ZOMBIES | ZOMBIES | Kiff (CC) | Kiff (CC) | Hamster & | Raven | Raven | Bluey (CC) | Bluey (CC) |
| ESPN | 44 | 140 | 206 | Around | Pardon | SportCtr | NBA (N) | Basketball Toronto Raptors at New York Knicks (N) (Live) | | | | (:35) Basketball San Antonio Spurs at Milwaukee Bucks | | | | | | (:05) SportsCenter (N) | |
| ESPN2 | 45 | 143 | 209 | Inside (N) | NFL Live (N) (CC) | | Pardon | College Basketball Teams TBA (N) (Live) (CC) | | | | Basketball Arizona State at Kansas (N) (Live) | | | | SportCtr (N) (Live) | | NFL Live (CC) | |
| FNC | 27 | 205 | 360 | The Five (N) (Live) | | Bret Baier (N) (Live) | | Ingraham (N) (Live) | | Jesse (N) (Live) | | Hannity (N) (Live) | | Gutfeld! (N) | | Fox News (N) (Live) | | The Five | |
| FOOD | 53 | 110 | 231 | Grocery | | Grocery | | Grocery | | Grocery | | Grocery (N) | | Grocery | | Grocery | | Grocery | |
| FREE | 35 | 180 | 311 | ★★★ Frozen II (PG) ('19) Kristen Bell. | | | | (:05) ★★★ The Lion King (G) ('94) | | | | (:05) ★★ The Lion King II: Simba's Pride (G) | | | | The 700 Club (CC) | | Boy/World | Boy/World |
| FX | 34 | 136 | 248 | (4:00) ★★★ Bohemian Rhapsody (PG13) ('18) | | | | ★★ Whitney Houston: I Wanna Dance With Somebody ('22) | | | | | | ★★ Whitney Houston: I Wanna Dance With Somebody ('22) | | | | | |
| HALL | 42 | 185 | 312 | Heartland | | Love in Glacier National: A National Park Ro... | | | | Love of the Irish ('25) Shenae Grimes. | | | | Gold Girls | Gold Girls | Gold Girls | Gold Girls | Gold Girls | Gold Girls |
| HGTV | 54 | 112 | 229 | Home Town | | Home Town | | Caribbean | Caribbean | Caribbean | Caribbean | Caribbean | Caribbean | Hunters | Hunters | Hunters | Hunters | Caribbean | Caribbean |
| LIFE | 65 | 108 | 252 | Castle | | Castle | | Castle | | Castle | | Castle | | (:05) Castle | | (:05) Castle | | Castle | |
| MSNBC | 25 | 209 | 356 | (4:00) Deadline (N) | | Ari Melber (N) (Live) | | ReidOut (N) (Live) | | All In With (N) (Live) | | Wagner (N) (Live) | | Last Word (N) (Live) | | 11th Hour (N) (Live) | | Wagner | |
| NBCSB | 46 | | 630 | (2:00) Felger (N) (Live) | | Early (N) (Live) | | Early Edition (CC) | | Early Edition (CC) | | Quick | Quick | Boston (N) (Live) | | Boston Sports (CC) | | Boston Sports (CC) | |
| NESN | 47 | 434 | 628 | Boston | Rundown | A-10Hoops | UMass | Fame | PWHL Boston Fleet at Minnesota Frost (N) (Live) | | | | | My Story | My Story | The Tradition 2024 | | PWHL | |
| NICK | 38 | 170 | 299 | ★★★ Shrek 2 (PG) ('04) Mike Myers. | | | | Max (N) | Slimetime | Mod Fam | Mod Fam | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Friends (CC) | Big Bang | Big Bang |
| PARMT | 61 | 241 | 241 | Two Men | Two Men | Two Men | Two Men | Two Men | Two Men | ★★★ Top Gun (PG) ('86) Kelly McGillis, Tom Cruise. | | | | | ★★ Major League (R) ('89) Charlie Sheen, Tom Berenger. | | | | |
| TBS | 62 | 139 | 247 | Big Bang | Big Bang | Big Bang | Big Bang | Big Bang | Big Bang | All Elite Wrestling: Dynamite (N) (Live) (CC) | | | | Mod Fam | Mod Fam | Mod Fam | Mod Fam | Mod Fam | Mod Fam |
| TCM | 141 | 132 | 256 | (4:00) Kissin' Cousins | | ★★ It Happened at the World's Fair ('63) | | | | ★★ Jailhouse Rock ('57) | | | (:45) ★★ Viva Las Vegas ('64) | | | (:15) ★★★ Elvis: That's the Way It Is (PG) | | | |
| TLC | 49 | 183 | 280 | Sex "It Was a Doozy" | | Sex Sent Me | | Sex "Get a Room" | | My 600-Lb. Life "Krystal's Journey" (N) | | | | Too Large | | Too Large | | My 600-Lb. Life | |
| TNT | 64 | 138 | 245 | Supernatural | | Supernatural | | NHL on T.. | NHL Hockey Colorado Avalanche at Chicago Blackhawks | | | | | NHL Hockey Florida Panthers at Utah Hockey Club (N) (Live) | | | | | |
| USA | 63 | 105 | 242 | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | |
| NEWSN | | 239 | 307 | Elizabeth (N) (Live) | | The Hill (N) (Live) (CC) | | On Balance (N) (Live) | | Cuomo (N) (Live) (CC) | | Dan Abrams Live (N) | | Banfield (N) (Live) (CC) | | Cuomo (CC) | | Dan Abrams Live (CC) | |
| WPIX | | | | PIX11 News at 5 (N) | | PIX11Ne.. | PIX11Ne.. | Sports (N) | Big Bang | Penn & Teller | | Inside NFL Week 18 | | PIX11 News (N) | | Seinfeld | Seinfeld | Friends (CC) | Two Men |
| WSBK | | | | Neighbor | Neighbor | Seinfeld | Seinfeld | Big Bang | Big Bang | WBZ News 8p (N) (CC) | | 48 Hours | | Suits "Spain" (CC) | | Flip Side | Flip Side | Big Bang | Housewife |
| HBO | 201 | 300 | 501 | 3:00 Horizon: An Am... | | (:05) ★★ Godzilla x Kong: The New Empire | | | | Super/ Man: Christopher Reeve S... | | | (:50) Hard Knocks | | (:50) ★★★ Furiosa: A Mad Max Saga (R) ('24) | | | | |
| MAX | 270 | 310 | 515 | 4:35 It Comes at Night | | (:10) ★★ Immortals (R) ('11) Henry Cavill. | | | | ★★★ Ghost Dog: The Way of the Samurai | | | | (:55) American Renegades | | | (:45) ★★★ The Monster (R) ('16) | | |
| PARSHO | 221 | 318 | 545 | (4:35) ★★★★ Forrest Gump (PG13) ('94) | | | | ★★★ The Aviator (PG13) ('04) Cate Blanchett, Leonardo DiCaprio. | | | | | | ★★★ Flight (R) ('12) Denzel Washington. (P) | | | | | Movie |
| TMC | 231 | 327 | 553 | (3:45) The Infiltrator | | ★★★ Confessions of a Dangerous Mind (R) | | | | ★★ Rules of Engagement (R) ('00) | | | | (:10) ★★★ Coach Carter (PG13) ('05) Samuel L. Jackson. | | | | | Movie |

# RUTLAND HERALD
# MARKETPLACE

**ADVERTISING DEADLINES**
No paper on Monday
Tuesday-Friday 2 days prior to publication
Weekender (Sat.-Sun.) 3 days prior to publication
**Deadline 4:30 p.m.**
802.747.6121
www.rutlandherald.com/classifieds

*LEGALS • JOB MARKET • MERCHANDISE • PETS • AUCTIONS • REAL ESTATE • WHEELS • FOR SALE*



YOU ONLY NEED TO DO ONE THING TO ENJOY
ALL 30 RIGHTS IN THIS BOOK. BE HUMAN.
The right to education. The right to public assembly. The right to privacy. And there's
27 more where those came from. Get your free booklet today.

HumanRights.com
Let's better the world.

Vermont Superior Court    Probate Division
Rutland Unit    Case No. 24-PR-07712
83 Center Street
Rutland, VT 05701
802-775-0114
www.vermontjudiciary.org

In Re: D.D. (name change of minor)

**ORDER AND NOTICE OF HEARING FOR PUBLICAITON**

To SEAN DEPALMA

WHEREAS, a petition has been made to the Probate Court for the District of Rutland:

Petition to change the Name of a Minor, D.D., date of birth 12/30/2008

WHEREAS, the Court has assigned the 21st Day of February, 2025 at 9:00 a.m. at the Probate Court in Rutland, Vermont to hear and decide upon said petition, and ordered that notice thereof be given by publishing this notice in the Rutland Herald; a newspaper circulating in Rutland, VT. Service by publication to be complete at least 14 days prior to the assigned for hearing;

THEREFORE, you are hereby notified to appear remotely before said Court, at the time and place assigned, to make objections, if you have cause. This is the first action in this proceeding. If you wish to receive notice of future events in this matter you must formally enter your appearance with the Court.

Electronically signed on January 25, 2025 pursuant to V.R.E.F.9(d)

/s/
Karl C. Anderson
Probate Judge

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney



## Check out the Healthy Living Special Section

**Online at www.rutlandherald.com/healthyliving**

# RUTLAND HERALD
WINNER 2001 PULITZER PRIZE

Rutland Herald | 77 Grove Street, Suite 102, Rutland, VT | www.rutlandherald.com | 800-498-4296

Rutland County and Surrounding Areas

# PROS to KNOW

**Reach people in your community** looking for your business or service.

For info and rates **CALL 802-747-6121**

## ACCOUNTING



**Saint's Accounting**
*Let's Run the Numbers*
Samantha B. Marin, EA & Owner

Tax Preparation &
Small Business Solutions

Email for Tax and Accounting Inquiries
samantha@saintsaccounting.com

## BLINDS



**BUY MORE SAVE MORE SALE!**
1-4 **25% OFF**
5-9 **30% OFF**
10 + **35% OFF**

**BUDGET BLINDS**
Style and service for every budget.

CALL OR TEXT FOR DETAILS
*We are your local trusted resource*
**BUDGET BLINDS OF RUTLAND**
**802-417-0020** • budgetblinds.com
*OF EQUAL OR LESSER VALUE THROUGH 2/28/25.
EXCLUDES LUTRON SHUTTERS/DRAPES.*

## PAINTING

# JAMIE SANBORN
## QUALITY PAINTING LLC

• COMMERCIAL & RESIDENTIAL
• INTERIOR & EXTERIOR
• SHEETROCKING & TAPING

**802-345-5933**
RUTLAND, VT 05701



## GUTTERS



**Durable Home Products Inc.**

Serving the area since 1984
SEAMLESS ALUMINUM
GUTTER SYSTEMS
BLOWN CELLULOSE INSULATION

**ROGER STANLEY (802) 265-8697**
owner installed - on site construction
free estimates - custom colors available

## PAINTING



Call 24/7 365
**1-844-64-PAINT**

NAWBO

# BRUSHWORKS
## PAINTING

**Professional, commercial, and residential painting services**

MARY MCDONALD
**802-353-9091**   WEB - www.mybrushworks.com

## SPORTING GOODS



**GUNS / AMMO / FISHING FOR LESS**

Largest Ammo
Selection
in Southern VT
No Restrictions

BLACK DOG GUNS

TUES-FRI 12PM-6PM
SAT 10AM-4PM

233 SOUTH MAIN ST • RUTLAND, VT
**802-342-0187**   blackdogshootingsupplies.com

## Advertise here.
Contact Becky Westcott today to reserve your ad space!
802.774.3043 direct or customerservice@rutlandherald.com

# MARKETPLACE
## RUTLAND HERALD

**ADVERTISING DEADLINES**
No paper on Monday
Tuesday-Friday 2 days prior to publication
Weekender (Sat.-Sun.) 3 days prior to publication
**Deadline 4:30 p.m.**
802.747.6121
www.rutlandherald.com/classifieds

**LEGALS • JOB MARKET • MERCHANDISE • PETS • AUCTIONS • REAL ESTATE • WHEELS • FOR SALE**

## Looking for Love in All the Wrong Places?

**PETS**

ADORABLE PUGGLE.
2 years old. Looking for a loving home. Call Gina 555-0x12.

**Find your answers in the Rutland Herald Marketplace** - in print, online and e-paper!

Go to www.rutlandherald.com or call 802-747-6121.

### PUBLIC NOTICE

The Timmouth Zoning Board of Adjustment will hold a PUBLIC HEARING on Monday, March 24, 2025 at 7:00 PM at the Tinmouth Town Office to continue consideration of the following application:

24-07 Town of Tinmouth for a Conditional Use permit for an outdoor pavilion on the Town Green, at 573 Route 140.

This is a continuation of the October 1, 2024 Hearing – extended to allow the applicant an opportunity to satisfy the condition for approval.

Dated at Tinmouth, Vermont this 1st day of March, 2025.

Gail Fallar, Zoning Administrator

---

**United States Bankruptcy Court**
**for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont,**
**Case No. 24-10205-HZC**

### Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney



**Listening is a form of love.**

SOUND IT OUT   **Find ways to support your kids at** SoundItOutTogether.org   ad Council   pivotal



## Birthday announcements

**Share your best wishes, and make their special day extraordinary!**

**Starting at $14** per column inch

Place an announcement by contacting customer service at **802-747-6121** or customerservices@rutlandherald.com

**RUTLAND HERALD**

77 Grove Street, Suite 102, Rutland, VT | www.rutlandherald.com | 800-498-4296

## ADVERTISE TODAY!!!

### Rutland County and Surrounding Areas
# PROS *to* KNOW

**Reach people in your community** looking for your business or service.

For info and rates **CALL 802-747-6121**

---

**ACCOUNTING**



Saint's Accounting
*Let's Run the Numbers*
Samantha St. Marie, EA & Owner

Tax Preparation & Small Business Solutions

Email for Tax and Accounting Inquiries samantha@saintsaccounting.com

---

**BLINDS**

OUR BIGGEST EVENT OF THE YEAR!
**BUY 1, GET 1 FREE SALE!**

BUDGET BLINDS
Style and service for every budget.

CALL OR TEXT FOR DETAILS & to schedule a Free in Home or Business Consultation.
BUDGET BLINDS OF RUTLAND
802-477-0020 • budgetblinds.com
*OF EQUAL OR LESSER VALUE THROUGH 3/31/25.

---

**PAINTING**

# JAMIE SANBORN
## QUALITY PAINTING LLC

• COMMERCIAL & RESIDENTIAL
• INTERIOR & EXTERIOR
• SHEETROCKING & TAPING

**802-345-5933**
RUTLAND, VT 05701

---

**GUTTERS**



## Durable Home Products Inc.

Serving the area since 1984
SEAMLESS ALUMINUM GUTTER SYSTEMS
BLOWN CELLULOSE INSULATION

**ROGER STANLEY (802) 265-8697**
owner installed - on site construction
free estimates - custom colors available

---

**PAINTING**



Call 24/7 365
**1-844-64-PAINT**

NAWBO

## BRUSHWORKS PAINTING

**Professional, commercial, and residential painting services**

MARY McDONALD
**802-353-9091**   WEB - www.mybrushworks.com

---

**SPORTING GOODS**



**GUNS / AMMO / FISHING FOR LESS**

BLACK DOG GUNS

**Largest Ammo Selection in Southern VT No Restrictions**

TUES-FRI 12PM-6PM
SAT 10AM-4PM

233 SOUTH MAIN ST • RUTLAND, VT
802-342-0187   blackdogshootingsupplies.com

---

  

## Advertise here.

**Contact Becky Westcott today to reserve your ad space!**
802.774.3043 direct or customerservice@rutlandherald.com

# **Exhibit E**

## CERTIFICATE OF PUBLICATION

I, Lindsey Rogers, hereby certify that (a) I am an Advertising Representative at *The Mountain Times,* and (b) that the advertisement titled "**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**" was published in:

*The Mountain Times* on the following dates: January 8, 2025, February 5, 2025 and March 5, 2025

3/6/25
(date)

X _Lindsay Rogers_
(Signature)

# Classifieds

• 35

## Employment

**VERMONT CRAFT** IS hiring servers and food runners! We are located in the Mountain Green Resort

**(802) 267-4144**

## Real Estate

**KILLINGTON PICO REALTY** Offering professional buyer and seller representation in Killington and the surrounding communities since 2013. Looking to sell? With our unique marketing plan, your property will be promoted in print and online. Ready to buy? Our full-time Realtors have special training in buyer representation to ensure you have a positive buying experience. Call us today to learn more. 2814 Killington Road (next to Choices Restaurant). 802-422-3600 www.KillingtonPicoRealty.com

**KILLINGTON VALLEY REAL ESTATE** Specializing in the Killington region for Sales and Listings for Homes, Condos,Land, Commercial as well as Winter seasonal rentals. Call, email or stop in. We are the red farmhouse located next to the Wobbly Barn. PO Box 236, 2281 Killington Rd, Killington. 802-422-3610, bret@killingtonvalleyrealestate.com

**KW VERMONT LUXURY (KELLER WILLIAMS REALTY).** Specializing in listing and selling Homes, Investment Properties, Condos, Land, and Commercial Properties in the Killington, Okemo and Woodstock Areas. Our Killington office is located at 1995 US Route 4, Killington. Contact us anytime for all of your real estate needs. Free Market Consultations. Marni@PeakPropertyRealEstate.com or 802-353-1604.

**PRESTIGE REAL ESTATE OF KILLINGTON,** 2922 Killington Rd., Killington. We're different. We only deal with Killington real estate, the town we love and call home. We concentrate on only one thing: property sales. And we do it well. Our focus allows us to spend more time understanding your needs — either as a buyer or as a seller of Killington VT real estate. Specializing in the listing & sales of Killington Condos, Homes, & Land. Call 802-422-3923. prestigekillington.com.

**PUBLISHER'S NOTICE:** All real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise "any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status or national origin, or intention to make any such preference, limitation or discrimination." This newspaper will not knowingly accept any advertising for real estate which is in violation of the law. All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis.

**SKI COUNTRY REAL ESTATE** 335 Killington Rd., Killington. 802-775-5111. SkiCountryRealEstate.com — 9 agents servicing: Killington, Bridgewater, Mendon, Pittsfield, Plymouth, Stockbridge, Woodstock areas.Sales & Winter Seasonal Rentals. Open Monday-Saturday: 10 am – 4 pm. Sunday by **appointment.**

**VERMONT REAL ESTATE COMPANY.** Our goal is to cultivate a culture where agents are always prompt, honest, reliable, and professional. We value the relationships we build and view every home sale as a step towards a deeper relationship with our clients. We pride ourselves on our commitment to a higher standard, with a mission to raise the bar of the expected level of service. Tucker Adirondack Lange. 303-818-8069 or email tucker@vtreco.com.

**WHITE CAP REALTY** is an Equal Housing Opportunity real estate brokerage. We are wholly independent and practice across the State of Vermont. Please find us at www.realwhitecap.com

## Services

**BEAUREGARD PAINTING,** 30 years experience. 802-436-1337.

**ELECTRICIAN FOR HIRE.** Contracting or service. Call Jim at Leighton's Light and Power 802-356-2407

**MOUNTAIN BREEZE PROPERTY MANAGEMENT, LLC** specializing in home caretaking, housekeeping and grocery service. 802-770-4129. mountainbreezepropertymanagement.com.

## Wanted

**BUDTENDERS WANTED** at a new cannabis store in Central Vermont. (Killington, Bridgewater, Woodstock environs). Are you passionate about cannabis and excited to be part of an emerging industry? A new retail cannabis store is seeking enthusiastic and knowledgeable Budtenders to join our team! What we're looking for are friendly and customer-focused individuals with a passion for cannabis. Strong communications skills and a willingness to learn. Prior retail or cannabis experience is a plus, but not required. Ability to work flexible hours, including weekends. Applicants must be at least 21 years old and eligible to work in the U.S. What we offer are competitive wages. We value your skills and dedication. Room to grow with opportunities for advancement. A fun and supportive environment. Work in a space where community and curiosity thrive. To apply, send your resume and a brief cover letter telling us why you're excited to join the team. Send resume to tracy@woollymammothcannabis.com. Applications are accepted on a rolling basis.

## For Rent

**KILLINGTON OFFICE SPACE!** 300 square feet of dedicated office space, plus bathroom, kitchen, and storage for rent. Office is on the second floor of the Mountain Times newspaper building located at 5465 U.S Route 4 on the flats (next to Dream Maker Bakery — an extra perk of having your office here). Quiet, professional working environment must be maintained. Willing to renovate to reflect the needs of your business. Some office furniture can be provided. Option for premium signage on Route 4 available to help promote your business. If interested, please email jason@mountaintimes.info or call the office at 422-2399.

**LONG TERM RENTAL AVAILABLE** February 1, 2025 in Fox Hollow Village. 3 bedrooms, 3 full bathrooms. Entirely remodeled. Brand new kitchen, appliances and bathrooms. Beautifully renovated unit. No pets. No smoking. Call 954-483-9618 for more information.

**STORAGE UNIT RENTALS AVAILABLE!** 5'X10' and 10'X20' $75.00- $150.00 per month. Garage Bay For Rent $2,500.00 per month plus heat. 125 Valley View Drive, Mendon 802-855-8113 paquetteproperty management.com.



## LISA'S WEDDING VACATION CHILDCARE LLC

**Genuine Care for Your Child, Guaranteed Event & Vacation Childcare, Qualified Helpers for Large Groups**

*Serving all of Vermont 10 years experience*

Lisa Hard 802-558-3278
lisaseventcare.com | leese1124@gmail.com

**Parker Water Wells**

WATER WELLS
PUMPS
COMPLETE WATER SYSTEMS
HYDRO FRACKING
GEOTHERMAL

East Poultney, VT 05741
**802-287-4016**
**parkerwaterwells.com**

**United States Bankruptcy Court for the District of Vermont**
**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney



THE EMPORIUM

**(802) 775-2552**
**www.EMPORIUMVT.com**
**RUTLAND, VT**

PREMIUM CIGARS · LOOSE TOBACCO · ROLLING SUPPLIES · HOOKAH · SHISHA · E-LIQUIDS · NIC SALTS · VAPES · COILS · POD MODS · BOX MODS · TANKS · PAPERS · CONES · WRAPS · SEEDS · GRINDERS · TRAYS · BAGS · STORAGE · HAND PIPES · WATER PIPES · BONGS · GLASS & SMOKING ACCESSORIES · LIGHTERS · TORCHES · 510 BATTERIES · DAB RIGS · E-NAILS · VAPORIZERS · INCENSE · CANDLES · TAPESTRIES · APPAREL · GIFTS · AND SO MUCH MORE



GET PUBLISHED

Email us: **editor@mountaintimes.info**

# *Classifieds*

• 35

## Employment

**VERMONT CRAFT** is hiring servers and food runners! We are located in the Mountain Green Resort

**(802) 267-4144**

## For Sale

**150 ACRES** on Walker Hill Road, Bridgewater, VT. Off grid camp with propane heat and generator. Two brooks, water falls, views of Killington and Pico and other mountains. Has great timber on it, not logged in over 50 years. Log buyer has looked it over, all tools and equipment included. Asking $880,000. Call Doug: 802-457-3577

## Real Estate

**BARNARD INN RESTAURANT & TAVERN** mls# 4882340. Residential/ Commercial Vermont. Safe, Cool, Green, Beautiful Call John 802-457-1515

**KILLINGTON PICO REALTY** Offering professional buyer and seller representation in Killington and the surrounding communities since 2013. Looking to sell? With our unique marketing plan, your property will be promoted in print and online. Ready to buy? Our full-time Realtors have special training in buyer representation to ensure you have a positive buying experience. Call us today to learn more. 2814 Killington Road (next to Choices Restaurant). 802-422-3600 www.KillingtonPicoRealty.com

**KILLINGTON VALLEY REAL ESTATE** Specializing in the Killington region for Sales and Listings for Homes, Condos,Land, Commercial as well as Winter seasonal rentals. Call, email or stop in. We are the red farmhouse located next to the Wobbly Barn. PO Box 236, 2281 Killington Rd, Killington. 802-422-3610, bret@killingtonvalleyrealestate.com

**KW VERMONT LUXURY (KELLER WILLIAMS REALTY)**. Specializing in listing and selling Homes, Investment Properties, Condos, Land, and Commercial Properties in the Killington, Okemo and Woodstock Areas. Our Killington office is located at 1995 US Route 4, Killington. Contact us anytime for all of your real estate needs. Free Market Consultations. Marni@PeakPropertyRealEstate.com or 802-353-1604.

**PRESTIGE REAL ESTATE OF KILLINGTON**, 2922 Killington Rd., Killington. We're different. We only deal with Killington real estate, the town we love and call home. We concentrate on only one thing: property sales. And we do it well. Our focus allows us to spend more time understanding your needs — either as a buyer or as a seller of Killington VT real estate. Specializing in the listing & sales of Killington Condos, Homes, & Land. Call 802-422-3923. prestigekillington.com.

**PUBLISHER'S NOTICE:** All real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise "any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status or national origin, or intention to make any such preference, limitation or discrimination." This newspaper will not knowingly accept any advertising for real estate which is in violation of the law. All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis.

**SKI COUNTRY REAL ESTATE** 335 Killington Rd., Killington. 802-775-5111. SkiCountryRealEstate.com — 9 agents servicing: Killington, Bridgewater, Mendon, Pittsfield, Plymouth, Stockbridge, Woodstock areas.Sales & Winter Seasonal Rentals. Open Monday-Saturday: 10 am — 4 pm. Sunday by appointment.

**VERMONT REAL ESTATE COMPANY.** Our goal is to cultivate a culture where agents are always prompt, honest, reliable, and professional. We value the relationships we build and view every home sale as a step towards a deeper relationship with our clients. We pride ourselves on our commitment to a higher standard, with a mission to raise the bar of the expected level of service. Tucker Adirondack Lange. 303-818-8069 or email tucker@vtreco.com.

## Services

**BEAUREGARD PAINTING,** 30 years experience. 802-436-1337.

**ELECTRICIAN FOR HIRE.** Contracting or service. Call Jim at Leighton's Light and Power 802-356-2407

**MOUNTAIN BREEZE PROPERTY MANAGEMENT, LLC** specializing in home caretaking, housekeeping and grocery service. 802-770-4129. mountainbreezepropertymanagement.com.

## For Rent

**KILLINGTON OFFICE SPACE!** 300 square feet of dedicated office space, plus bathroom, kitchen, and storage for rent. Office is on the second floor of the Mountain Times newspaper building located at 5465 U.S Route 4 on the flats (next to Dream Maker Bakery — an extra perk of having your office here). Quiet, professional working environment must be maintained. Willing to renovate to reflect the needs of your business. Some office furniture can be provided. Option for premium signage on Route 4 available to help promote your business. If interested, please email jason@mountaintimes.info or call the office at 422-2399.



**RMG Stone Products Inc.**

Natural Stone

Quarried and Manufactured in Vermont

802-468-5636   RMGttIiisstone.com   thinstone@irmsstone.com



Eat Drink Shop Local



SPOTTED DOG
HANDYMAN SERVICES
HOME IMPROVEMENTS

**Professional Handyman Services**

General Maintenance · Painting · Drywall
Plumbing · Electrical · Fencing · More

Andrew Lenius, Owner | (802) 242-1600
andrew@sdhi-llc.com | Sdhi-llc.com



**BUDGET BLINDS**
Style and service for every budget.

**"Buy More Save more Sale!"**
1-4  25% OFF
5-9 30% OFF
10 OR MORE 35% OFF

Call or text for details
802-417-0020

WE BRING THE SHOWROOM TO YOU!
·Blinds ·Drapes ·Shutters ·Shades ·Home Automation



We are your local trusted resource


Heat Pump **Cleaning**

Valcour Enterprises LLC
Specializing in cleaning, servicing and maintaining heat pumps for clean and healthy air quality.

Eric Valcour-Owner
135 Lorem Lane, Killington, VT | 802-246-7430

**FOR SALE**
**mls# 4882340**

**Barnard Inn Restaurant & Tavern**
Residential/ Commercial Vermont
Safe, Cool, Green, Beautiful
Call John 802-457-1515

**United States Bankruptcy Court
for the District of Vermont**
In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

**Claims Notice for Survivors of
Sexual Abuse and Others With
Claims Against the Roman Catholic
Diocese of Burlington, Vermont**

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit
**vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont
information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contain attorney

The Mountain Times • March 5-11, 2025                                    SERVICE DIRECTORY • 47

## ← The Outside Story
from page 40

95% mortality for brown marmorated stink bugs (*Halyomorpha halys*). The emerald ash borer, on the other hand, has shown the ability to better withstand colder conditions through a process called phenotypic plasticity, which allows them to adapt to colder conditions without necessarily undergoing genetic changes; their bodies adjust to produce more antifreeze-like compounds to tolerate lower temperatures. While a polar vortex event in 2019 caused significant mortality of EAB in the Midwest, many survived, and populations have rebounded.

The polar vortex can have a significant impact on hemlock woolly adelgid, or HWA (*Adelges tsugae*). (HWA). However, its effectiveness in controlling the invasive pest depends on how extreme and long-lasting the cold temperatures are and when they occur. Research shows that significant mortality occurs when temperatures drop below -20°F or when there are prolonged subzero temperatures. Sustained cold winters are more effective than a single extreme event for slowing HWA expansion. However, cold snaps that occur in early spring — when HWA are laying eggs—can contribute to high mortality. Polar vortexes may also have an impact on HWA predator populations, such as beetles in the *Laricobius genus*, which are susceptible to extreme cold and feed on HWA in late winter.

While deep cold events can slow the spread of some pests, other invasives that are adapted to extreme conditions may thrive. Even after a polar vortex kills a large portion of the population, surviving individuals may be more resilient, meaning future generations could withstand colder temperatures.

As winters become more variable, invasive species will continue spreading into northern regions that were previously too cold for them to survive. The polar vortex can provide relief by knocking back certain invasives, though native species may suffer at times as well.

With milder winters but increases in abrupt temperature swings, it is important to continue to pay attention to how polar vortexes impact ecosystems and individual species, as we will see more periods of sudden extreme cold in the coming years. While cold temperatures have recently let up, we will continue to see the impacts shaping plant and pest communities in the coming months.

*Jen Weimer is a forest health expert, photographer, and writer living in the forests of New Hampshire. Illustration by Adelaide Murphy Tyrol. The Outside Story is assigned and edited by Northern Woodlands magazine and sponsored by the Wellborn Ecology Fund of New Hampshire Charitable Foundation: nhcf.org.*



## ← Movie Diary:
from page 40

However, as time went on, several of our friends started raving about this Japanese restaurant. Finally, one couple convinced us to go, promising to ease us into the raw fish experience.

The California roll and the avocado roll were great places to start; one had crab-meat (which wasn't raw) and the other had no meat. Those two selections won me over. I was absolutely taken in by the flavors but when they added in the edamame, miso soup, and hot sake, I was an instant convert. Soon, the Japanese restaurant was our go-to restaurant of choice.



My wife was the first one to get really daring and before long the sashimi was her favorite item to order. Knowing that I couldn't appear wimpish next to her adventurous selections, I soon began to develop my own taste for a slab of raw fish.

Nowadays, I would rarely order a California roll – a sure sign of a sushi neophyte. I love to try crazy concoctions that involve a multitude of flavors, and I can be easily swayed to taste-test even the most bizarre sea creatures.

My son just traveled to Japan, and while he was a sushi lover prior to the trip, he came home an absolute connoisseur of the delicacy. And while I thought I knew a lot about Eastern fare, he's made me realize that without immersion into the actual culture, you'll never really understand the art of Japanese cuisine.

Sunday night saw a little film called "Anora" take away the win for Best Picture. And since I had not seen it, I decided that instant immersion was required.

"Anora," written, directed, and edited by Sean Baker, is a dark comedy about a young Brooklyn sex worker who is propositioned by the son of a Russian oligarch. What follows is a wild ride of sex, drugs, and mayhem.

The first 45 minutes of "Anora" is about as erotically charged as a film can be (don't watch this with your mother). However, things really take off when the story becomes fully formed and the drama takes over from the sex.

Is "Anora" deserving of the Best Picture Oscar? It's certainly a good film with great acting and direction. I don't think I would have pegged it for the top honor had I seen it blind, but I was pleasantly surprised with the quality of what I watched.

A raw "B+" for "Anora," now available to stream on Amazon Prime.

*Got a question or comment for Dom? You can email him at moviediary@att.net.*



GOT N̶EWS?

Email us: editor@mountaintimes.info

**United States Bankruptcy Court**
**for the District of Vermont**
**In re Roman Catholic Diocese of Burlington, Vermont,**
**Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit **https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney



**VISION BUILDERS**
Custom Homes & Renovations

Free Estimates | Fully Insured | All Calls Returned

- Preventative Maintenance
- Siding
- Decks
- Framing
- Structural Repairs

Eric Schambach | (802) 342-6026 | visionbuildersvt.com



BUDGET BLINDS
Style and service for every budget.

BUY ONE GET ONE FREE SALE!
OUR BIGGEST EVENT OF THE YEAR!

802-417-0020
*Call or Text for details and to schedule a FREE in Home or Business Consultation.*

We are your local trusted resource



**Heat Pump Cleaning**

**Valcour Enterprises LLC**
Specializing in cleaning, servicing, and maintaining heat pumps for clean and healthy air quality.

Eric Valcour-Owner
valcourent@gmail.com | 802-246-7430



SINCE 1875

*Clifford Funeral Home*
2 Washington Street • Rutland, VT 05701
(802) 773-3010
Gary H. Clifford • James J. Clifford

# **Exhibit F**



*Established 1837*

I, Susan Donna, advertising accounts receivable of the
Caledonian-Record, a newspaper published daily at
St. Johnsbury, Vermont do hereby declare that the
advertisement of:

Catholic Diocese / Miller Advert

appeared in the Caledonian-Record on the following date(s):

January 8, February 5, March 5, 2025

as appears in our office files and that the advertisement was
correctly inserted as to space and position.

Size of advertisement    2 column x 4 inches

*Susan J. Donna*
advertising accounts receivable

*[signature]*
witness

*[signature]*
witness

190 FEDERAL ST.
POST OFFICE BOX 8
ST. JOHNSBURY,
VERMONT 05819-0008
1-802-748-8121
Vt./N.H. 1-800-523-6397
Fax 1-802-748-1613
http://www.caledonian-record.com
news@caledonian-record.com

Branch Office:
263 Main Street
Littleton, New Hampshire 03561
1-603-444-7141
Fax 1-603-444-1383

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC**

# Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney

# Report: Vermont Secures Two Of Top Five Safest Cities In U.S.

A new report from WalletHub has ranked South Burlington, Vermont, as the safest city in the United States for 2024. The city rose from third place in 2023 to claim the top spot, thanks to its exceptional performance in key areas such as crime rates, financial security, and natural disaster risk.

The report, which evaluates 182 U.S. cities, relies on 41 metrics across three main categories: home and community safety, natural disaster risk, and financial stability. Factors such as violent crime rates, mass shootings, unemployment, and climate vulnerability contribute to the rankings.

Vermont made a strong showing in the 2024 report, with its largest city, Burlington, also landing in the top five at fourth place. The state's low crime rates and minimal exposure to natural disasters underscore its reputation for safety and quality of life.

Globally, the U.S. ranked 132nd in safety out of 163 countries, according to the 2024 Global Peace Index. Iceland ranked first as the safest country, while Yemen was last.

WalletHub's report highlights notable disparities in safety across



Pedestrians walk down Church Street in Burlington, Vt., Wednesday, March 11, 2020. (AP Photo/Charles Krupa)

regions, with smaller cities and towns often outpacing larger metropolitan areas. The rankings reflect a mix of urban planning, economic resilience, and proactive disaster preparedness.

Below are the top 20 safest cities in the U.S., as ranked by WalletHub for 2024:

1. South Burlington, Vermont
2. Casper, Wyoming
3. Warwick, Rhode Island
4. Burlington, Vermont
5. Boise, Idaho
6. Yonkers, New York
7. Cedar Rapids, Iowa
8. Columbia, Maryland
9. Portland, Maine
10. Virginia Beach, Virginia
11. Irvine, California
12. Fargo, North Dakota
13. Chesapeake, Virginia
14. Missoula, Montana
15. Nashua, New Hampshire
16. Juneau, Alaska
17. Vancouver, Washington
18. Honolulu, Hawaii
19. Madison, Wisconsin
20. Huntsville, Alabama

*Read the report: https://wallethub.com/edu/safest-cities-in-america/41926*

## Letters

Continued from Page A4

and microphone.

With this simple set up, one is silenced in grief and horror. The program states with deep gratitude to: St. Andrews Episcopal Church, Universalist Unitarian Church, Jay Craven, Patrice McDonough, the entire crew who went far and beyond the call to make this happen, and most of all to Yasser, Nada, Yssef, Mohmmed and Maria for their courage and will to survive.

Madeleine Winfield
St. Johnsbury, Vt.

### US Chamber, Oil Industry Sue Vermont, What Huzpah!

**To the Editor:**

The Caledonian-Record, on Jan. 4 and 5, the Weekender, on page A2, featured this story. It says, "the top oil and gas industry trade group are suing Vermont over its new law requiring that fossil fuel companies pay a share of the damage caused over several decades by climate change. It's a polluter-pays model affecting companies engaged in the trade or business of extracting fossil fuel or refining crude oil attributable to more than 1 billion metric tons of greenhouse gas emissions during the period (Jan. 1, 1995 to Dec. 31, 2024).

The biggest emitters of green house gases between 2000 and 2018 would be subjected to the fines. I repeat. What hutzpah? "The funds could be used by the state for such things as improving stormwater drainage systems; upgrading roads, bridges and railroads; relocating, elevating or retrofitting sewage treatment plants; and making energy efficient weatherization upgrades to public and private buildings. It's modeled after the federal Superfund pollution clean up program. This all sounds pretty resonable, sane and justified. And thank you again, all parties responsible for this clearifying report, namely, The Caledonan, and the Associated Press.

Madeleine Winfield
St. Johnsbury, Vt.

### Leap of Faith

**To the Editor:**

With the Trump administration soon to be in full swing, there is a chance to shut down the rapidly expanding cult of Transgenderism where the idea of being born in the wrong sexual body is worshiped. If one believes themselves to have been born in the wrong sexual body, well, that implies that there is a supernatural 'you' that was meant to be a certain sex but there was a sex switch somewhere between the body and the birth canal. This 'gendered spirit' idea is why the transgender movement is actually a quasi religion, similar to other religions that posit a spirit world and supernatural presences. And like Christianity, where the human sacrifice of Jesus is a core belief, within Transgenderism there is also human sacrifice, with doctors cast as priests, except in the sacred rituals of Transgenderism, children are sterilized, their breasts can be cut off, and their genitals can be mutilated.

I agree with the opinion that 'gender affirming' care leans heavily on the placebo effect. As others have noted (Clayton, A, Annals of Sexual Behavior, vol. 52, 483-494 (2023). https://doi.org/10.1007/s10508.022-02472-8), I suspect this quackery will go down in medical history with other 'expert approved' practices such as the overprescribing of narcotics based on a 'pain affirming' approach to patient care (thus causing the opioid crisis); putting babies to bed face down (thus causing tens of thousands of infant SIDS deaths); and lobotomies.

Transgenderism is a cult, and the adverse effects of its associated medical quackery are sterility, sexual dysfunction, and lifelong medicalization. One correctly should wonder: "Can a pre-teen girl, perhaps alienated from the 'girly girl' stereotype, can she really understand the consequences of being sterilized for the rest of her life?" It is an incredibly misguided leap of faith to believe she can.

Support a Federal ban on all sex change treatments for minors, as well as a ban on any taxpayer funding of the cathedral-like hospitals and priest-like doctors who butcher children and offer innocent blood to a hypothetical gendered god. Children and parents caught up in this cult need deprogramming, not pills or surgery, and certainly not bogus blessings and promises of gender paradise.

Michael Scanlon
Littleton, N. H.

### Debt Hole!

**To the Editor:**

The United States ran up more than \$30.5 trillion in federal deficits between 1998 and 2024, and the national debt, which exceeds \$36 trillion, is costing Americans \$1.8 billion per day (\$1,800,000,000) in interest payments. Dollars held in 1998 have been devalued to 51 cents today.

"We don't have a trillion-dollar debt because we haven't taxed enough; we have a trillion dollar debt because we spend too much." (Ronald Reagan). The big spenders in Washington must realize that when you are in a hole...stop digging, reduce debt, prioritize spending and restore fiscal sanity in our country.

Frank Mazur
South Burlington, Vt.

### The Untold Story Of Siting Rules

**To the Editor:**

New Hampshire's Department of Environmental Services (DES) has the responsibility to balance the interests of landfill developers and the public. But the agency, under the thumb of outgoing Governor Sununu, has leaned heavily in favor of the solid waste industry for years, and the New Hampshire legislature has too often gone along.

DES' new landfill siting rules were approved at the December 19th JLCAR (Joint Legislative Committee on Administrative Rules) hearing. DES provided JL-CAR with just enough half-truths that it was able to ram home a version of the rules that was heavily influenced by landfill developers.

The stink from that hearing hasn't abated. The written testimony in advance of the hearing consisted of virtually unanimous objection from scientists, and crickets from the industry. As for the hearing, the 15-20 people who showed up to provide testimony opposed to DES' rules were denied an opportunity to testify by an administrative maneuver engineered by two of the ten JLCAR members.

Given everything we now know about the risks of PFAS contamination from landfills, including the contamination of public water supplies near Pease, the hundreds of incidents of leachate mismanagement at Casella's NCES landfill in Bethlehem, and Casella's hubris in trying to push through permit applications to build a brand new mega-landfill (the GSL project), it's appalling that DES' new rules make it easier for landfill developers to build landfills wherever they want.

The most egregious thing DES did was to weaken the hydraulic conductivity standard compared to its original proposal. The industry lobbied DES to make the change, arguing that the stronger standard would make siting landfills harder.

DES caved, despite overwhelming evidence that the weaker standard dramatically increased the risk of landfill contamination, and with no countervailing evidence that a stronger standard would prevent siting new landfills.

So now we're stuck. DES' standard is far weaker than the standard used in both Maine and Vermont. Moreover, it is weaker than all US states that have such standards, as well as many foreign countries, including countries with extremely lax environmental rules such as India.

DES is required by administrative rules, enforced by JLCAR, to make decisions on the merits of the available evidence. In weakening the conductivity standard, DES offered assertions to JLCAR but provided no evidence that the conductivity standard weakening was based on merit. In fact the evidence presented to JLCAR seems to confirm that DES reverse-engineered the standard, so that permits for Casella's GSL project could be greenlighted:

DES argued that the old rules did not have a hydraulic conductivity standard, so the new rules are ipso facto more protective. That deflies logic given that the standard is set so low that it virtually provides a permission structure for landfills to be sited in highly permeable soil.

DES disowned a DES-sponsored soil permeability map that showed some 85% of the state has more suitable soils for landfill siting than the GSL site. But having disowned the map, DES produced no data or evidence of any kind regarding the distribution of soil permeability in New Hampshire.

In DES' own words: "NHDES staff asked other concerned members of the regulated community to provide information and documents to demonstrate ...foreclosing... the siting of any new landfill or the expansion of any existing landfill, but the department did not receive any supporting documentation." (emphasis added)

On the same subject, in DES' own words: "Other commenters including several industry representatives commented that the initial values...would make it very difficult to site new landfills or to expand the existing landfills in the state. One industry representative referenced a statewide study that had been conducted for a private client that they claim showed this result. The representative was unwilling to share the document." (emphasis added)

With JLCAR's acceptance of DES' Section 800 rules revisions, DES may have won a pyrrhic victory. Outgoing Governor Sununu is just about the last public official to think GSL is a good idea, and he will be remembered by many as a cheerleader for unneeded large engineering projects, including the albatross that is the Seabrook nuclear plant, and the ill-conceived Northern Pass transmission project. With the inauguration of Governor-elect Ayotte in a few days, DES will be under new management. She has said that under her watch New Hampshire will modernize its landfill management practices, will not become the solid waste dump for all of New England, and that the GSL project will not happen.

In addition, given the heightened awareness in the New Hampshire legislature of the dangers from landfills, as well as heightened awareness that DES historically has not done nearly enough to faithfully fulfill its mission to protect public health and welfare, there is hope that through new legislation and tougher oversight, DES will be encouraged (or maybe forced) to re-focus on its mission.

Eliot Wessler
Whitefield, N. H.

### New Year Resolution of Kindness

**To the Editor:**

New Year's resolution anyone? How about one with multiple benefits for our health, our planet, and the animals? Eating more veggies, fruits, legumes, grains, and nuts helps us stay healthier, reduce global warming, and stop animal suffering. It requires no exertion or deprivation. And it saves money too!

The abundant nutrients and vitamins in plant foods keep us in top health, while their fiber keeps us regular. Plant foods don't do drugs, antibiotics, hormones, cholesterol, or saturated fats. Concerned about ultra-processed foods? Then you certainly don't want your food processed through an animal's digestive tract.

Best of all, plant-based eating is supported by your local supermarket, which offers a rich variety of plant meats, cheeses, and ice creams in their frozen food section, as well as a wide selection of nut and grain milks. Same goes for your favorite family restaurant and nearly every fast-food franchise.

There is more food for thought at: https://www.nytimes.com/2023/11/15/well/eat/plant-based-diet-nuts-beans-grains.html, https://www.forksoverknives.com/, and http://www.bitesizevegan.org/

Bon appetit!
Claude Runger
Concord, Vt.

### Town of Littleton

Vacancies for the Elected Positions Available for March 11, 2025.1st day to sign up is January 22, 2025 and last day is January 31,2025.

Board of Selectmen
1 (3 Year Term)

Board of Selectmen
1 (3 Year Term)

Board of Selectmen
1 (1 Year Term)

Town Clerk
(3 Year Term)

Library Trustees
1 (3 Year Term)
1 (3 Year Term)
1 (3 Year Term)

Parks & Recreation Commission
1 (3 Year Term)

Trustees of the Trust Funds
1 (3 Year Term)

Town Treasurer
1 (3 Year Term)

## NOTICE TO THE VOTERS OF LANDAFF SCHOOL DISTRICT

The Landaff School District operates under the non-partisan ballot system for the election of school officials: Board Member for 3-year term, Moderator for 1-year term, Clerk for 1-year term, and Treasurer for 1-year term.

The School District Clerk will prepare the ballots and all candidates for office shall file their declarations of candidacy or petitions of nomination with the School District Clerk between the dates of January 22, 2025 – January 31, 2025.

To request a candidacy form please contact Karen Watson, Administrative Assistant, White Mountains School Administrative Unit #35, 760 Main Street, Franconia, New Hampshire, 603-444-3925 Ext 303, k.watson@sau35.org.

Jennifer L. Cartwright, Clerk
Landaff School District

## NOTICE TO THE VOTERS OF SCHOOL ADMINISTRATIVE UNIT #35 SCHOOL DISTRICTS OF BETHLEHEM, LAFAYETTE, LANDAFF, LISBON AND PROFILE
### "DEADLINE FOR PETITIONS OF SPECIAL ARTICLES FOR THE WARRANT"

In accordance with RSA 197:6, Upon the written application of 25 or more voters or 2 percent of the voters of the school district, whichever is less, although in no event shall fewer than 10 registered voters be sufficient, presented to the school board or one of them not later than 30 days before the date prescribed for the school district meeting or the second Tuesday in March, whichever is earlier, the school board shall insert in the school district warrant for such meeting the petitioned article with only such minor textual changes as may be required. No article may be inserted after posting of said warrant. Corrections to petitioned warrant articles shall not in any way change the intended effect of the article as presented in the original petition. The right to have an article inserted in the warrant conferred by this section shall not be invalidated by the provisions of RSA 32.

The deadlines for these petitions are as follows:
Bethlehem: February 7, 2025
Lafayette: February 7, 2025
Landaff: February 7, 2025
Lisbon: February 7, 2025
Profile: February 7, 2025

To be delivered to Karen Watson, 760 Main St., Franconia, NH no later than 3:00 PM on Friday, February 7, 2025.

## NOTICE TO THE VOTERS OF BETHLEHEM SCHOOL DISTRICT

The Bethlehem School District operates under the non-partisan ballot system for the election of school officials: Moderator for 1-year term, Clerk for 1-year term, Treasurer for 1-year term, and one School Board Member for 3-year term.

The School District Clerk will prepare the ballots and all candidates for office shall file their declarations of candidacy or petitions of nomination with the School District Clerk between the dates of January 29, 2025 – February 7, 2025.

To request a candidacy form please contact Karen Watson at White Mountains School Administrative Unit #35, 760 Main Street, Franconia, New Hampshire, 603-444-3925 Ext 303, k.watson@sau35.org

Tana LeClair , Clerk
Bethlehem School District

**United States Bankruptcy Court for the District of Vermont**
In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

## TOWN OF ST. JOHNSBURY PUBLIC NOTICE
### DEVELOPMENT REVIEW BOARD TOWN OF ST. JOHNSBURY, VT

The St. Johnsbury Development Review Board hereby gives notice of a public hearing to be held on Thursday, January 23, 2025 at 1:00 pm. The public hearing will be in-person and will be held in the Welcome Center, Pomerleau Building, 51 Depot Square. There will be a Zoom option.

The following items of business will be considered:
1. Approval of minutes.
2. New business.
Application for Site Plan Review for structure at 130 Cross Avenue (parcel 504015) Zoning ID # 2024-095
3. Old business.
4. Other business.
5. Participation in the proceeding is a prerequisite to the right to take any subsequent appeal.
6. Information concerning this hearing may be obtained from Matthew Walsh, Zoning officer, at 802-748-3926, extension 3, or by email at mwalsh@stjvt.com. By Matthew Walsh, zoning officer, St. Johnsbury, VT

Zoom Information:
Join Zoom Meeting
https://us02web.zoom.us/j/84051273427?pwd=zhqfZA3j5WB0im6hB5Z59VWwXClC1.1
Meeting ID: 840 5127 3427
Passcode: 638125

# Barnet Select Board Approves 2025 Budget For Town Vote

**BY ROBERT BLECHL**
Staff Writer

The Barnet Select Board voted 3-0 to approve the March town vote for the 2025 municipal budget, which they say they are happy with given the repairs needed from the historic July 2024 floods and a few inescapable budgetary increases.

The town is looking at a total proposed budget of $1.728 million, an increase just shy of $84,000, or nearly 5.01 percent, above 2024's budget of $1.645 million.

The increase includes roughly $25,000 in town staff pay raises, as board members discussed during their Jan. 27 regularly scheduled meeting.

"Honestly, that's not bad," Select Board co-chairman Ben Gates said of the overall budget picture. "I think we were pretty conservative, I think we cut in some places we could cut."

Along with some inflationary factors still in play, employee health insurance is a big driver in the budget increase.

Considering the past year and just the health insurance alone, the budget came in about as well as it could have, said board co-chair Dylan Ford.

"You can't anticipate a flood and how it turns out," she said.

Before the flood, the town had had a healthy undesignated fund balance, but all cash reserves had to be used to address the damage.

Theoretically, if there had been no flood, the town could have again not raised taxes, said Gates.

As the town meeting nears, Barnet is also seeking flood damage reimbursement from entities such as the Federal Emergency Management Agency. The town's reporting for FEMA remains ongoing.

Reimbursement money, though, can sometimes take a while before a town receives it.

Town clerk Benjamin Heisholt said he doesn't yet know what the total reimbursement number will be.

"We're supposed to get everything at the maximum amount," he said.

For the town report, Ford suggested that the board include a recognition for departing employees, among them Shirley Warden, Barnet's longtime zoning administrative officer, who is set to retire in 2025.

The annual town vote is scheduled for 10 a.m. March 4 at the Barnet School.

In total, the warrant has 23 articles.

Meanwhile, progress on the renovated town hall building continues to advance.

A punch list walk-through on Jan. 27 went well, reported Gates.

"We found some things that needed attention, but nothing major," he said.

The fire suppression system in the vault was expected to be wired last week.

"That's pretty much it," said Gates.

Some temperature-related jobs, such as caulking the storm windows, will have to wait until spring.

# Letters

Continued from Page A4

you might exert your influence and also serve as examples to us about the importance of speaking up to protect ourselves and our communities.

I have begun to connect the dots about one reason that the new administration is pushing these draconian program cuts and these tariffs. It seems that money saved by cheating us is "needed" to pay for President Trump's plan to extend the $4 trillion in tax cuts for the ultra-wealthy established in 2017 and due to expire after 2025 – with six-figure cuts to the top 0.1% of earners, that is, including themselves. They are also "needed" to fund the dramatic increase in immigrant detention and deportation across the U.S. and the creation of a migrant incarceration facility in Guantanamo Bay, Cuba for some 30,000 individuals. I shudder at the human suffering that will result for these men, women, and children; for their families; for their communities. We will feel the burn too, as we lose their valuable contributions to our work force and communities, and with the pruning back of the essential services for which our hard-earned tax dollars were intended.

I must also ask you to speak up about the power that our new president has put in the hands of Elon Musk. Mr. Musk is not an elected official, nor is he an appointee confirmed by the Senate. But he poured $270 million into Donald Trump's campaign (Business Insider, December 7, 2024), and for that he has been handed the control of the $6 trillion U.S. Treasury payment system (which includes, for example, our Social Security earnings and benefits; our tax refunds; our bank accounts into which federal funds are deposited). He has fired highly respected civil servants without due process. And, through the work of six 18-24-year-old engineers, he has breached the USAID computers and seized control of sensitive government data, imperiling U.S. intelligence systems.

Please speak up, please act, please lead.

Catherine Miles Grant
St Johnsbury, Vt.
Governor Phil Scott – 802-828-3333
Senator Scott Beck — sbeck@leg.state.vt.us – 802-274-0201

Representative Scott Campbell – scampbell@leg.state.vt.us – 802-595-5580
Representative Deborah "Debbie" Dolgin — ddolgin@leg.state.vt.us – 802-828-2228

## Republican Leaders Must Speak Up

**To the Editor:**

In his first two weeks, Trump has done everything possible to make it clear that the country has made a bad mistake. He has not been able to go a single day without some egregious, insulting attack on individuals, entire groups of people, and even allied countries. He happily announces termination of long-established federal policies and signs executive orders to carry out the notorious Project 2025.

The leader of the party that once prided itself on "law and order" has put hundreds of criminals back on the streets, including some convicted and sentenced to many years in prison for violent crimes and even sedition. Now he wants to persecute those who investigated him in any of his major lawsuits and convictions and also to free all those in the FBI who played any role in investigating the J6ers.

The leader of the party that once prided itself on free trade has imposed huge tariffs on our closest neighbors and allies. Tariffs on Mexico's produce will raise grocery prices, while tariffs on Canada's oil will raise energy prices. Didn't he campaign on reducing, not increasing inflation?

The leader of the party whose Tea Party enthusiasts proudly carried a copy of the Constitution in their pockets has issued orders to end the birthright citizenship enshrined in the constitution. He and his pals, including the man who may be the world's only trillionaire, threaten to fund primary opponents for any senator or representative who fails to support any of his nominees or his proposals.

The leader of the party that once proclaimed its belief in "liberty and justice for all" immediately ordered government agencies to not to enhance, but to stop all efforts that have been established by Congress and federal agencies to ensure that all people have equal liberties and justice.

The leader of the party that campaigned on creating a more efficient government has nominated multiple people who lack the basic skills, experience, and character to lead any federal agency. A Fox News Host with questionable morals and no experience managing any large organization is now the Secretary of Defense. A vaccine-denier with no experience with Medicare and no interest in science-based health research is nominated to head the Department of Health and Services. He wants a conspiracy theorist, con-man, 2020 election denier to lead the FBI.

This all needs to end. And this will be a test for the GOP, which now controls all three branches of the federal government. The country needs a few Republicans in Congress, a couple of Republican appointees in the Supreme Court, and a few Republican governors to stand up for the Constitution, the power of Congress, and the rule of law. Republicans in the Senate failed to impeach Trump when they had the chance, but now they can redeem themselves. Governors and other Republican leaders support Trump's campaign and supported the lies and distortions that helped him secure a narrow victory last fall, but now, in the face of what is getting worse each day, they can redeem themselves. The Supreme Court, which unleashed the likes of Musk with its misguided decision in Citizens United and encouraged Trump's excesses with their declaration of presidential immunity, can redeem themselves by standing firm when fundamental Constitutional issues like birthright citizenship and separation of powers are brought to them. The country needs Republican leaders to stand up to Trump's nominees, to support legal cases against his worst executive orders, and to refuse to pass his Project 2025 legislative program.

I believe that with strong public support, a half dozen or more Republicans in each house will find the courage to do what they know is right. Republican governors can stand up for continuing federal support for schools, roads, and health car. So, I am asking anyone with any ties to any Republican politician to urge them to stand up to Trump, to vote against unqualified nominees in the Senate, to vote against massive tax breaks for Elon Musk, and to condemn Trump's tariffs and his other misguided policies that will increase rather than decrease inflation.

Carl D. Martland
Sugar Hill, N. H.

# Roper

Continued from Page A4

"With each of these," Naser concluded, "you can say cha ching in your head because it adds money to the cost of construction." A lot of money.

It was at this point (and other points similar) we can see committee chair Alison Clarkson (D-Windsor) sticking her fingers in her ears and belting out a chorus of "Lalalalalalalalala!" Well, not really, but metaphorically speaking. The exchange between her and Naser went like this:

**CLARKSON:** *Yeah. So, however, what we don't see is the savings as a result of the homeowner going forward. I mean, I think that's some I mean, yes. When you ask which house would — where would you rather live?... But the objective and the reasons we've supported a lot of the work that's added to these costs in the hope of, a, reducing our emissions, and, b, reducing costs in the future for our residents.* [Note which is A and which is B priority.]

**NASER:** *So, there is savings on the utility front, but they pale in comparison to the add for the first cost of construction. We're seeing big adds, thirty to forty thousand per unit. And, I mean, how many years does it take in utility bill savings to pay off thirty to forty thousand? A couple lifetimes, probably.*

The upshot here is that Clarkson and her "ideological commitment" to net-zero emissions are killing normal people with a poisonous brand of kindness that ignores the "mundane reality" of affordability. By mandating that every car produced be a Cadillac doesn't result in everybody driving a Cadillac, it results in only those who can afford Cadillacs get to drive cars. Or, in this case, live in houses. See Vermont's skyrocketing homelessness statistics (we are now 4th in the nation).

And not all of the mandates result in any sort of savings at all. Senator Tom Chittenden (D-Chittenden) recounted a story about a builder he knows who is being forced to put in an "indoor, electric bike charging room" at a cost of, according to him, a half a million dollars that will never return a dime of savings. If anything, just a bigger electric bill.

Naser highlighted this other mundane reality,

*We are at a competitive disadvantage with our neighboring states. I would say, on average, I get a get a phone call once a month from a new developer that is looking to build housing in Vermont. And they reach out to me. And they reach out. They're excited. They have funding. They're ready to build. They're looking at land to buy until they hear what the cost of construction is and what the permit time timeline is. And then they're out of Vermont. No matter how much I plead with them to build housing in Vermont, they move on to the next state where they can build. In New Hampshire. They can build in Maine for cheaper and get the same rents or higher rents than they are here in Vermont. So, we really have to look at reducing cost. Permit timeline, I didn't talk about it much during this presentation, but that needs some advances. There has been some*

*Act250 advances. It's still not going far enough, and I haven't seen an appreciable difference yet in that.*

But it's not just the big wig investors who want to go north to business in Vermont, it's also the construction workers who want no part of dealing with our politics. Naser shared statistics showing that since the pandemic, New Hampshire has grown its construction labor force by over 11 percent, and Maine has grown its by over 8 percent. The national average is around 9 percent. Vermont: 1.3 percent. This despite the average salary for a construction worker in Vermont being $31.70 an hour, versus $30.78 in Maine and $28.56 in New Hampshire.

In other words, Vermont is offering construction workers a roughly ten percent raise to come here instead of New Hampshire, and the answer is a collective, yeah, ummm, no thanks. That is how toxic Vermont's Progressive brand and economic policies are to working people. We can't just pay them more to come here because it still isn't worth it.

Chair Clarkson pressed Erik Hoekstra on this labor point as well, and got an answer she clearly didn't like, but is again illustrative of Teixeira's point.

**HOEKSTRA:** *The way we do that [attract more labor] is by removing barriers to create new housing, to create the opportunities for people in the workforce to live here. We aren't gonna do it throwing money at education. I'm sorry, but we're not. What we have to do is we have people that want to work and can't afford to live here. And so, if we can remove the barriers and actually create opportunities for people to live here, those things will over time improve. We're a very small state with limited resources. We ain't gonna throw money at this problem and fix it. What we have to do is remove the regulatory barriers that exist. That's the only tool we have as a tiny state like Vermont. We can certainly encourage the federal government to create programs that support what we're trying to do here and what the whole country needs, but there is very little we can do in Vermont with dollars. We need to remove the barriers.*

**CLARKSON:** *I think there I disagree with you. I think there's lots we can do in terms of growing our workforce, and we have a lot of young people now who are very excited about earning serious money and staying in Vermont and working in an industry that actually supports them with a first class paycheck.*

**HOEKSTRA:** *I don't think the*

*demographic data supports that assertion....*

It doesn't. But Clarkson doesn't care that it doesn't. She remains wedded to her ideological commitments over Vermonters' mundane realities. And until she and those like her in leadership positions are gone, we will continue to suffer the consequences.

*Rob Roper is a freelance writer with 20 years of experience in Vermont politics including three years service as chair of the Vermont Republican Party and nine years as President of the Ethan Allen Institute, Vermont's free market think tank. Thanks to golddendomevt.com for its transcript service, which contributed to this story.*

---

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont,**
**Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney

---

## LITTLETON PLANNING BOARD

LITTLETON COMMUNITY CENTER • HEALD ROOM
120 MAIN STREET • LITTLETON, NH 03561
TUESDAY, FEBRUARY 18, 2025 • 5:30PM

**Great River Hydro, LLC - Owner & Applicant - PB25-04** – Request for a 2-lot subdivision of 2839 St. Johnsbury Road, Map 30 Lot 1, in the Commercial 3 zone.

Any person with a disability who wishes to attend this meeting and needs to be provided a reasonable accommodation in order to participate, please call the Planning & Zoning Office (603) 575-9176, at least 4 days in advance so arrangements can be made. Copies of application is available at the Planning & Zoning Office or by emailing jray@townoflittleton.org.

MORE THAN ONE SELECTMAN MAY BE PRESENT

---

## NOTICE
### TO THE VOTERS OF
### THE LISBON REGIONAL SCHOOL DISTRICT

The 2025-2026 preliminary budget presented by the Board of Education of the Lisbon Regional School District at Lisbon Regional School Board

at 7:00 PM has been **changed to Wednesday, February 12, 2024.**

## ADVERTISEMENT FOR BIDS TOWN OF SUTTON, VT BRIDGE 8

TOWN OF SUTTON is requesting Bids to install a precast replacement bridge on Fiddlehead Lane (Bridge 8).
Sealed Bids for the construction of the Project will be received at the **Sutton Town Office** located at **167 Underpass Road, Sutton, VT**, until close of business or at the Selectboard meeting located at 691 Burke Road, **February 27th, 2024 at 6:00 PM** local time. At that time the Bids received will be **"publicly"** opened and read.

## NOTICE
### TO THE VOTERS OF
### BETHLEHEM SCHOOL DISTRICT

The Board of Education of the Bethlehem School District will present to the public the 2025-2026 preliminary budget at the Bethlehem Elementary School

on Tuesday, February 18, 2025 at 5:30 PM.
School Board Meeting to follow.

---

## NOTICE
### TO THE VOTERS OF
### LAFAYETTE REGIONAL SCHOOL DISTRICT
### 2025-2026 BUDGET HEARING MEETING

The Board of Education of the Lafayette Regional School District will present to the public the 2025-2026 preliminary budget at the Lafayette Regional School on Thursday, February 13, 2025 at 5:00 PM. The School Board Meeting will follow after the Budget Hearing Meeting.

## NOTICE
### TO THE VOTERS OF
### LANDAFF SCHOOL DISTRICT
### SCHOOL DISTRICT BUDGET HEARING

The Board of Education of the Landaff School District will present to the public the preliminary budget for the 2025-2026 school year on Monday, February 10, 2025 at 7:00 PM. The School Board meeting is at 5:30 P.M. These meetings will be held at the Landaff Town Hall.

## ADVERTISEMENT FOR BIDS TOWN OF SUTTON, VT BRIDGE 8

TOWN OF SUTTON is requesting Bids to install a precast replacement bridge on Fiddlehead Lane (Bridge 8).
Sealed Bids for the construction of the Project will be received at the **Sutton Town Office** located at **167 Underpass Road, Sutton, VT**, until close of business or at the Selectboard meeting located at 691 Burke Road, **February 27th, 2024 at 6:00 PM** local time. At that time the Bids received will be **"publicly"** opened and read.

# Cooking Program Teaches Middle School Students Community Service and Life Skills

NEWPORT — Green Mountain Farm-to-School (GMFTS) has launched a new cooking program that engages sixth-eighth graders in community service, gleaning and hands-on learning. The program prepares meals for seniors and community members facing food insecurity, donating 20-30 meals each week to local food shelves and senior centers in Vermont's Northeast Kingdom.

Inspired by community-based models like the Recipe for Human Connection program at Hazen Union School in Hardwick, and the Afterschool Cooking Club at Newark Elementary, the GMFTS program is unique in its focus on locally gleaned produce. In partnership with Salvation Farms, students work with surplus vegetables that might otherwise go to waste, incorporating them into weekly recipes. The program also includes a gleaning field trip, where students assist at local farms and reflect on how to maximize the use of gleaned produce.

Led by GMFTS Food Access Coordinator Hilary Rosa, the program is designed to teach essential life skills such as knife safety, cooking techniques and food budgeting. Students also explore the broader cultural and social significance of food. At the end of the program, participants receive a personal recipe book, a Certificate of Community Service, and a small stipend.

Supported by two-year funding from the Vermont Agency of Agriculture, Food & Markets, the program has been implemented at three schools so far: Orleans, Brighton and Troy. To date, the program has donated over 460 meals to local community organizations:

• Spring 2024: Orleans Elementary students donated 160 meals to the Orleans Food Shelf.

• Fall 2024: Brighton Elementary students donated 132 meals to seniors at Sunrise Manor in Island Pond.

• Winter 2025: Troy School students donated 174 meals to community members through revitalizing Troy, a new initiative engaging local teens in community-building activities.

One student participating in the program at Troy School said "I didn't expect the class to be like this — I don't know what I expected, but this is actually super cool!" and later asked, "Can we use tofu again?!"

With 23 students having participated so far, the program has received positive feedback and will be expanded to two additional Northeast Kingdom K-8 schools in the 2025-2026 school year. GMFTS is still searching for a catchy title for the program and is open to suggestions.

Green Mountain Farm-to-School (GMFTS) is a nonprofit organization based in Newport that strengthens the local food system by promoting positive economic and educational relationships between schools, farms, and communities in the Northeast Kingdom and throughout Vermont. GMFTS distributes local food, provides nutrition and food system education, and increases food security through their farm-to-school program, regional food hub, mobile summer meal service, and other food access initiatives. For more information, visit gmfts.org or call 802-334-2044.


*Students at Brighton Elementary School package meals for senior citizens at Sunrise Manor in Island Pond.*

## TOWN OF DANVILLE ORDINANCE NOTICE OF ADOPTION

### CODE OF ETHICS INVESTIGATION AND ENFORCEMENT ORDINANCE

On 2-20-25, the Danville Selectboard, adopted Code of Ethics Investigation and Enforcement Ordinance. This notice is published pursuant to 24 V.S.A. § 1972 to inform the public and of the citizens' right to petition for a vote to disapprove these amendments.

The full text of the Ordinance may be examined at the Danville Town office at 36 Route 2 West, Danville, Vermont and may be examined during regular office hours, 8am – 4pm or on line at https://danvillevt.gov/wp-content/uploads/2025/03/Code-of-Ethics-Investigation-and-Enforcement-Ordinance-021725.pdf

**CITIZENS' RIGHT TO PETITION FOR VOTE**

Title 24 V.S.A. § 1973 grants citizens the right to petition for a vote at a special or annual Town Meeting to disapprove ordinance amendments adopted by the Selectboard. To exercise this right, citizens must present to the Selectboard or the Town Clerk a petition for a vote on the question of disapproving the amendments signed by not less than five percent (5%) of the Town's qualified voters.

The petition must be presented within forty-four (44) days following the date of the adoption of the amendments. Unless a petition requesting a vote is filed pursuant to 24 V.S.A. § 1973, the adopted Code of Ethics Investigation and Enforcement Ordinance shall become effective sixty (60) days from the date of said adoption (4-21-25). Additional information pertaining to the Ordinance may be obtained by contacting adeprospero@danvillevt.gov or by calling 802-684-3352 during regular office hours.

**https://danvillevt.gov**

## REQUEST FOR PROPOSALS
### Lakeview Elementary
## BATHROOM INSTALLATION/ REMODEL

Mountain View Union Elementary School District is seeking proposals from qualified contractors for remodeling and bathroom installation at Lakeview Elementary School in Greensboro. Bids are due April 4, 2025, with construction taking place summer 2025.

The full RFP is available at **www.ossu.org/requests-for-proposals**

You can also scan the QR code below or contact:

**JOE HOUSTON, DIRECTOR OF OPERATIONS**
**(802) 472-2934**
jhouston@ossu.org

## MOUNTAIN VIEW UNION
ELEMENTARY SCHOOL DISTRICT

### United States Bankruptcy Court for the District of Vermont
In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

## PUBLIC HEARING NOTICE
## VIRTUAL PUBLIC HEARING
### Disaster Recovery Funding (CDBG-DR)

The State of Vermont's Department of Housing and Community Development (DHCD) will be holding a virtual/in-person public hearing to get input from Vermont residents before submitting its U.S. Department of Housing and Urban Development (HUD) Community Block Grant Disaster Recovery CDBG-DR Action Plan for 2025.

The Public Hearing will be held on Thursday, March 20, 2025, from 6 p.m.- 7:30 p.m. The in-person location will be at the Montpelier Senior Activity Center Community Room, 58 Barre Street, Montpelier.

To participate electronically, go to the Departments Website https://accd.vermont.gov/community-development/funding-incentives/disaster-recovery and access the link below for the TEAMS meeting:
**Join the meeting now**
Meeting ID: 213 649 989 25
Passcode: CE9YG9df

The purpose of the hearing is to listen to residents' views that were impacted by the June 2023 floods to help determine the state's unmet needs for planning, housing, infrastructure, economic revitalization, and public service from the flooding.

The Vermont 2025 DRAFT HUD CDBG-DR Action Plan outlines priorities for the use of over $67 million in federal funds provided to the State for the Community Development Block Grant- Disaster Recovery (CDBG-DR) funds which are aimed to primarily support low- and moderate-income households. HUD has determined that over $54 million is to serve communities in Lamoille and Washington counties. The Plan also serves as Vermont's application to HUD to gain access to these funds. The goals of the Plan are to provide decent affordable housing, assure a suitable living environment, and expand economic opportunity for Vermont's citizens.

Accommodations for persons with disabilities and interpreters to meet the needs of non-English speaking persons will be made available upon request. Requests for accommodations should be directed to:

Cindy Blondin at (802) 828-5219 or emailed Cindy.Blondin@vermont.gov by Noon on Wednesday, March 12, 2025.

For the hearing impaired please call (TTY#) 1-800-253-0191.

More information is available on the Department's website at https://accd.vermont.gov/community-development/funding-incentives/disaster-recovery

More information is available on the Department's website at http://accd.vermont.gov/housing.

## NOTICE

### *OFFICE SCHEDULE CHANGES*
### VISITS BY APPOINTMENT ONLY

Until further notice, the Town Office for the Town of Burke will be providing in-person services BY APPOINTMENT ONLY. The public may call **(802) 467-3717** to schedule an appointment for services, including accessing the land records of the Town, during regular business hours Monday – Friday 8am – 4pm. Town officials and employees aim to accommodate requests for services as quickly and efficiently as possible and appreciate your patience and understanding.

Town officials have observed delay and disruption to Town employees' ability to perform their duties in a timely manner because of unscheduled visits from members of the public who are requesting time, attention, and services. This modification in service delivery will stay in place for at least 60 days and will be revisited at that time to determine whether it should continue.

*Linda Hackett-Corey, Town Clerk*

*Cathi Foeley, Town Treasurer*

**February 20, 2025**
Dated

**Call 802-467-3717 or 802-467-8409 for an appointment**

## NOTICE
## TO THE VOTERS OF
## LANDAFF SCHOOL DISTRICT

**The Landaff School District Annual Meeting will be held on Monday, March 10, 2025 at the Landaff Town Hall at 7:00 P.M.**
**Doors open at 6:45 P.M.**
### STATE OF NEW HAMPSHIRE
### SCHOOL WARRANT ARTICLES

To the inhabitants of the Landaff School District, in the Town of Landaff, qualified to vote in District affairs:
You are hereby notified to meet at the Town Hall in Landaff on Monday, March 10, 2025 at 7:00 P.M. (doors open at 6:45 P.M) to act upon the following subjects:

**ARTICLE 01:** To hear the reports of Agents, Committees, or Officers heretofore chosen and pass any vote relating thereto.

**ARTICLE 02:** To see if the Landaff School District will vote to raise and appropriate the amount of the sum of $1,279,490 One Million, Two Hundred Seventy-Nine Thousand, Four Hundred Ninety Dollars ($1,279,490.00) for the support of schools, for the payment of salaries for school district officials and agents, and for the payment for the statutory obligations of the district. This article does not include appropriations contained in special or individual articles addressed separately. (Majority vote required)

Recommended by the Landaff School Board

**ARTICLE 03:** To see if the voters of the Landaff School District will vote to create a committee to study options for the long term planning of the Landaff School District.

The committee will consist of:
- One School Board member, appointed by the board
- One member of the school budget committee, appointed by the committee
- A minimum of four at-large members representing the Landaff taxpayers with a maximum of seven, appointed by town moderator
- SAU 35 central office staff, as needed

Interested at-large committee members must submit their name in writing to the moderator by 5pm on March 28, 2025. The moderator will present at-large appointments that represent all stakeholder perspectives in Landaff at the April school board meeting, and the representatives of the school board and budget committee will be announced by the respective groups. The appointed school board member will call the first committee meeting within thirty days of their appointment, at which time a chair will be chosen who will then be responsible for overseeing the committee. All meetings will be open to the public.

The mandate of the committee will be to study the tax impact of the following four options:
1. Continue the current system and operate the Landaff Blue School as a PK-4 school, with voucher options for grades 5-12.
2. Discontinue operation of the Landaff Blue School and offer school choice to all resident students in grades K-12.
3. Join the Lisbon Regional School District with all resident students attending Lisbon Regional, and operating the Landaff Blue School as a district wide preschool.
4. Any other viable alternatives identified by the committee

The committee will present the findings of their study to the taxpayers at the January 2026 School Board Meeting/Budget Hearing. Based on their findings, the committee will make a recommendation to the School Board to place an article on the 2026 school warrant. In the event of a tie for a recommendation, the moderator will cast the deciding vote.
There will be no funds raised for this warrant article

Article Submitted by Petition

**ARTICLE 04:** To see if the residents of Landaff will vote to expand school choice to all students in Landaff School District, starting with Kindergarten.

Article Submitted by Petition

**ARTICLE 05:** To transact any other business that may come legally before this meeting.

### LANDAFF SCHOOL DISTRICT WARRANT
### STATE OF NEW HAMPSHIRE
### ELECTIONS OF OFFICIALS

To the inhabitants of the Landaff School District, in the Town of Landaff, qualified to vote in District affairs:
You are hereby notified to meet at the Town Hall in Landaff on Tuesday, March 11, 2025 at 11:00 A.M. TO 7:00 P.M. o'clock in the evening to vote for District Officials:

**ARTICLE 1:** To choose all necessary Officers for the School District for the ensuing year: one (1) school board member from the Town of Landaff for a term of three (3) years.

LANDAFF SCHOOL BOARD
Matt Copithorne, Chairperson
John Barth, Vice Chairperson
Michelle Beaudin

# **Exhibit G**

ADDISON  COUNTY

# INDEPENDENT

Serving Addison County, Vt., Since 1946

# Proof of Publication Affidavit

| Newspaper Name | Run Dates | Details |
|---|---|---|
| *Addison County Independent*<br>58 Maple Street<br>Middlebury, VT 05753<br>Addison County | 01/09/25,<br>02/06/25 &<br>03/06/25 | Section: ROP<br>Ad Size: 2 col. wide by 4" tall (3.81"x4")<br>Miller Insert Order Number: R1020012 |

I hereby affirm that the public notice referenced above was published as requested.

*Jenna Hunsinger*          (Signature)

**Jenna Hunsinger, Director of Advertising**
*802-388-4944 ext. 114*
*jennah@addisonindependent.com*

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont
information:* visit **vtb.uscourts.gov**

*For advice about your rights:* **contact an attorney**

# J-term

*(Continued from Page 1A)*
course.

Jack brings to the class more than two decades of experience designing costumes for actors. Through the years, she's also researched the history of fashion and different time periods, a tool she uses in her work as a costume designer and also in leading courses on related topics.

This is Jack's third year teaching at Middlebury. She noted some of her predecessors noticed there were historic garments included in the college's costume collection. The items were too fragile to be used on stage and have been stored into a separate stock known as the Middlebury College Antique Clothing Collection.

Jack noted much of the collection has never been documented. Throughout the course, students will work with Jack and Gross to identify, number and preserve items in the collection so they can more easily be used for education.

"We have different ways to show these garments for the historic value that they have and how looking at them you can really see them as a reflection of the times in which they were created," she explained. "You get to see something that's just a little bit more personal than you would see in a written text or a letter from the period…It's a very empathetic way to look at history."

## HISTORIC CLOTHING

The antique clothing collection is full of history to explore, including 400-500 garments dating from around 1840 through 1929.

"We have a really specific time period, which is also really interesting because it's a time of great transition — late Victorian through the 1920s," Jack said.

The collection also includes menswear from the 1930s, kimonos from Japan and different kinds of skirt supports.

"From the 1840s to the 1880s



SUMMER JACK, LEFT, and Charlene Gross are leading a Middlebury College J-term course called "Middlebury's Historic Clothing Collection: Conservation, Documentation, and Interpretation Practicum."

*Independent photo/Marin Howell*

(skirt supports) take a very drastic change from being a cage crinoline with those big hoop skirts like in 'Gone with the Wind,' to these more bustle cages, which just move all of that volume to the back because having it all the way around you was a little limiting," Jack said. "We have great examples of both of these that through the Industrial Revolution were being produced in a mass amount, but they're made with new materials like steel."

A couple of garments in the collection have the name "Brainerd," inscribed in them. Ezra Brainerd served as Middlebury College's eighth president from 1885 to 1908. She had several daughters, Jack noted.

"I am so anxious to figure out who I can contact to figure out more information about who might have worn them," Jack said of the items.

She said the class will include some detective work, as much of the collection has been donated to the

> *"You get to see something that's just a little bit more personal than you would see in a written text or a letter from the period…It's a very empathetic way to look at history."*
> *— Summer Jack*

college by people in the community, and there's not a lot of information on the origin of the garments.

Students will work with Jack and Gross to find more information on pieces in the collection.

"You just never know what people are going to find because Vermont has so much history all around us all the time, and I'm just super curious where some of these things came from and how we ended up getting them," Jack said.

Students will also explore different aspects of clothing across disciplines. For example, Jack said students will hear from assistant professor of biology Greg Pask about different insect challenges that can arise with the stock and how to contain them, as well as from a chemistry professor to explore how dyeing works and look at textiles under a microscope.

The class will also put together an exhibit with some of the pieces in the Johnson Memorial Building's gallery.

"We're kind of encouraged to make (J-term) a time to test out new ideas for classes," Jack said. "I'm really enjoying that prompt and trying to find a way to make this class into something that's pretty unusual."

On Tuesday, students were conducting burn tests on a pile of assorted textiles, which can help identify fabrics as various fibers respond differently to a flame.

Middlebury College first year Lily Jensen was among the students gathered in class that day.

"I've always been very interested in fashion and costumes, and I did some work at the costume vault at my high school," Jensen said. "I just thought it would be really



THE MIDDLEBURY COLLEGE Antique Clothing Collection includes more than 400 pieces of antique garments and accessories, such as those shown here. Students in a Winter Term course on the historic clothing collection will work to research and document items in the stock.

*Photo courtesy of Summer Jack*

# Students take a spin at DJ'ing

**By MARIN HOWELL**

MIDDLEBURY — Middlebury College students get to try some things that are a little different come January. At the end of one unusual courses offered this Winter Term, students will be required to dress the part of a disc jockey, work a working DJ rig, and get some bodies swaying to the music in a real dance party.

The course "Culture & Craft of DJing," in which Swift House Inn co-owner Serena Kim brings decades of experience as a DJ to the classroom and shares it with a handful of Middlebury students.

A pioneering female DJ, Kim DJ'd at New York City nightclub Tunnel in the early 2000s, held residency at Manhattan nightclub Veruka, and DJ'd a Yankees' World Series victory party. She's also brought her skills to events around Addison County and currently plays sets at the Swift House Inn's Fancy Fridays weekly lounge night.

This is Kim's first time teaching a Winter Term course at the college. She said she was encouraged to submit a proposal for teaching a J-term course after meeting American Studies professor Rachael Joo at a Lunar New Year celebration at Town Hall Theater last February.

"As a former music journalist, I collect lots of music history and culture books and I bought even more to read and remind myself of the foundations," Kim said of her work developing the course. "I watched tons of instructional YouTube videos as well as Questlove's MasterClass on DJing."

She said the most important texts that inspired her course development were "Last Night a DJ Saved My Life" by Frank Brewster, "Rock the Dancefloor" by Phil Morse, and "Can't Stop Won't Stop" by Jeff Chang.

"Although I already knew how to DJ, these things helped me articulate a lesson plan and made me a better DJ," Kim said.

Students in the course are diving into the biographies of influential DJs.

"The birth of hip hop is often credited to three influential DJs:



SERENA KIM, WHO has decades of experience playing music in dance halls, is teaching a Middlebury College J-term course on the craft of DJing. She is seen here playing tunes at Foodaroo in 2023.

*Independent file photo/Steve James*

Kool Herc, who brought the sound system from his native Jamaica to neighborhood parties in the Bronx; Afrika Bambaataa, whose vast record collection informed the song selection of this emerging genre; and Grandmaster Flash, who pioneered the use of two turntables and a mixer to isolate and repeat a rhythmic break for breakdancers to continue their dancing," Kim said.

She pointed to other influential DJs in different genres, including King Tubby (dancehall), Larry Levan (disco) and Frankie Knuckles (house).

Students will also learn about the technical aspects of DJing.

"Dancing to the beat is an essential aspect of DJing, so students will concentrate on counting to four and learning how most songs are organized in groups of four beats," Kim said. "They will be asked to practice mixing and DJ for the class every day while other students count. If all goes well, students will learn

how to beat match, loop, scratch, and produce their own mashups."

The course will also explore the psychology of the dance floor, including crowd dynamics and performance strategies.

"The dance floor is a bit like a living breathing organism," Kim explained. "It's sad when nobody dances even if the DJ is trying their best by spinning bangers. One enthusiastic and brave dancer can ignite movement on the dance floor."

She noted that the energy of the dance floor can mount depending on the songs a DJ plays.

"When they don't like your song choice, they stop dancing and go to the bar or take a bathroom break. The ideal for the DJ is if you can read their minds and predict what they want to listen to before they know it. Then they can't resist leaving the dance floor," Kim said. "If you make the transitions smooth and on beat, they're already dancing to the next song before they know it. The great house and disco dancers used to communicate subtle messages to the dance floor through their music."

The course will culminate with students organizing a party as a DJ event. Kim said the plan is to host the party from 1-4 p.m. at the Grille in McCullough Hall on Wednesday, Jan. 29, though details still need to be finalized.

"Another skill that students are learning in class is how to promote their events and how to generate fun," she said. "We'll be making flyers and spreading the word in both analog and digital ways."

As the class gets underway, Kim said she's excited by the idea of "giving 24 students the skills to become DJs and spreading this important culture."

"Throughout history, dance scenes centered around DJs have been important forms of social resistance for marginalized groups. I like the idea of using dance culture as another arsenal in the fight for social justice," she said. "I'm also looking forward to learning new songs and discovering new artists from the students themselves. I think learning goes both ways."

interesting to explore the ways that history and fashion and costume intersect."

Throughout the course, Jensen and fellow students will update and expand the collection's online database. Jack noted that her goal is to have all the garments at least documented by the end of the course.

She said she's looking for a way to

make the garments more accessible. She also hopes the course will encourage an appreciation for the quality of the historic garments that's enabled them to last this long.

"Thinking about the economic, fast-fashion problem that we have today and how these historic garments are made of quality materials and how we can go back to having the same ideas that they

had in the Victorian times, of 'I'm going to take this one thing, and I'm going to save it by changing the sleeves and making it new again,'" Jack said. "Finding a way for them to use that in their fashion personal choices maybe can be something that my students think about more, having seen these garments and how they've been reworked and redone and handsewn and patched."

# ACSD board

*(Continued from Page 1A)*

On March 4, three Middlebury seats — held by incumbents James "Chip" Malcolm, Steve Orzech and Brian Bauer — will be in play. Also on the ballot will be Ripton's seat, held by Joanna Doria, and the Weybridge seat, held by Jamie McCallum.

All five seats are for a term of three years, and all members are voted at-large — meaning that voters in all seven towns weigh in on who they want to fill each seat.

Candidates have until Monday, Jan. 27, to file their nomination papers to get on the Town Meeting Day election ballot.

The *Independent* has confirmed

that Malcolm and Doria won't seek reelection.

**Malcolm,** a retired physician, will be leaving the board after 23 years of service to the Middlebury-area public school system.

He was first elected to the former Union District #3 board in 1985, serving for 15 years (six as chair). That tenure coincided with construction of MUMS and a major renovation of MUHS.

Malcolm returned to the board in 2016, when the seven towns merged governance through Vermont's Act 46 to become the ACSD, with a single governing board presiding over a single preK-12 budget.

"I have very much enjoyed my

participation, but it is time to pass the duties and responsibilities on to new people," said Malcolm. "I am confident that there are pragmatic, openminded, dedicated individuals who will step forward. The upcoming years will require school board members to work to determine the structure and curriculum of public education in Addison County. This is a daunting challenge."

**Doria** will leave the board after a single, eventful term. In addition to influencing districtwide budget, policy and strategic planning decisions, Doria has been front and center in ongoing board discussions about the tiny Ripton Elementary

School. It's a school struggling to remain viable in the face of a K-5 enrollment of just 38 students this year — a number pegged to decline to 28 by this fall, barring an infusion of more children.

Ripton in January of 2022 voted to withdraw from the ACSD, in hopes of running its own preK-12 system (as the town of Lincoln has since done). But the town voted to rejoin ACSD in September 2022 when it encountered hurdles in its independence effort.

Doria, in an email exchange, said she's pleased longtime Ripton Elementary advocate Steve Cash has agreed to run for the town's lone ACSD seat.

"There are many moving pieces from the local to the state level," she said of the challenges of being a school board member. "The education landscape in Vermont is surely to shift in the coming years. Although I am tremendously grateful for the experience and connections I have gained over the last three years on the merged board, I was never really cut out for it. I look forward to staying involved and helping in other ways."

## THREE SEEK RE-ELECTION

While Malcolm and Doria are moving on, Bauer, McCallum and Orzech confirmed they'll seek new three-year terms.

**Bauer** was elected unopposed in 2022. He's a retired educator, who taught physical and life sciences to Middlebury-area middle schoolers for 32 years. He believes his experience in education — which includes a B.S. in Education from the University of Illinois, an M.S. in Education from Antioch College, and a Certificate in Education and Business Administration from the University of Vermont — gives him proper perspective to help guide ACSD for another three years.

He currently serves ACSD children as a school bus driver for sporting events and other *(See Seek re-election, Page 16A)*

**United States Bankruptcy Court for the District of Vermont**
In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

## Orwell, VT Homeowner Recommends Bristol Electronics

When I made the decision to install solar panels to power my small farm and residence, there was no doubt that I would turn to Bristol Electronics for help. Having worked with Chris and her team for satellite television service, I was confident that the same professionalism, expertise, quality workmanship, competitive price structure, prompt and courteous service, and continued support would be forthcoming. Such was the case and I couldn't be more satisfied with the result.

*Kent Anderson – Orwell, VT*

**BRISTOL ELECTRONICS**

802 . 453 . 2500
BristolElectronicsVT.com

FREE SITE EVALUATIONS

# Middlebury man cited for DUI

MIDDLEBURY — Middlebury police cited Charles J. Ouellette, 31, of Middlebury for driving under the influence, following a stop on North Branch Road on Jan. 31. Police said they measured Ouellette's blood-alcohol content at 0.222%; the legal limit for driving is 0.08

In other action last week, Middlebury police:

• Checked on the welfare of a local man who had shown signs of mental health challenges on Jan. 27.

• Assisted Vermont State Police with an agitated man at a traffic stop on Cady Road on Jan. 27.

• Checked on the welfare of a homeless man tenting off Merchants Row on Jan. 27.

• Cited Tyler D. Baker, 28, for driving under the influence and driving with a criminally suspended license on Court Street on Jan. 28.

• Helped a person contact a local family member on Jan. 28.

• Responded to a report of a person allegedly driving erratically on Route 7 South on Jan. 28.

• Spoke with Jackson Lane residents on Jan. 28 about a recent fight between four neighborhood dogs.

• Served court diversion paperwork on Jan. 28 on a person who had allegedly tried to steal $400 of merchandise from a Court Street store.

• Helped Middlebury Regional EMS (MREMS) with a drunken man on Main Street. Police said MREMS took the man to Porter Hospital.

• Responded on Jan. 28 to a two-vehicle crash on Route 7 South that resulted in one driver being taken to Porter Hospital for

## Middlebury
### Police Log

treatment of non-life-threatening injuries.

• Responded — with MREMS and firefighters — to a two-vehicle crash on Jan. 28 on Seminary Street that resulted in a person being injured.

• Helped a stranded driver on Route 7 North on Jan. 29.

• Offered the assistance of the department's police dog, Guinness, to another department on connection with a potential illegal drugs case on Jan. 29.

• Enforced Middlebury's overnight winter parking ban in the downtown area on Jan. 29, and again on the 31st.

• Cited Tanya M Brace, 35, of Leicester for driving with a suspended license on Route 7 South on Jan. 30

• Received word on Jan. 30 that an Exchange Street storage locker had recently been broken into.

• Checked on the welfare of some Washington Street residents on Jan. 30.

• Cited Pierre A. Laroche, 32, of Salisbury for allegedly violating a restraining order in the Jackson Lane area on Jan. 30.

• Euthanized a sick bear found in the Otter Creek off Creek Road on Jan. 30.

• Checked on the welfare of a person in the Court Street area on Jan. 30.

• Received a report at around 7:26 p.m. on Jan. 31 that a pickup truck driver had driven off the roadway at the intersection of North Pleasant Street and Court

Square, striking (and knocking over) a lamp post. Police said the driver didn't report the collision.

• Received a report on Jan. 31 that someone had rifled through vehicles parked in the Ossie Road area of East Middlebury. Police reported the culprit stole items from at least one vehicle.

• Responded to a report of a U-Haul truck striking a gas pump at a North Pleasant Street filling station on Jan. 31.

• Assisted a local resident with a credit card fraud case on Court Street on Jan. 31.

• Checked the welfare of a man living in a tent off Merchants Row during frigid temperatures on Jan. 31 and Feb. 2.

• Gave a courtesy ride to a stranded patien who had been discharged from Porter Hospital on Feb. 1.

• Responded to a parking complaint from a business owner on College Street on Feb. 1.

• Prevented the fraudulent use of a credit card at a Washington Street business on Feb. 1.

• Responded to a reported traffic hazard at the intersection of Exchange Street and Route 7 on Feb. 1.

• Reunited a local family with their lost pet on Feb. 1.

• Allowed a stranded woman, who had been discharged from Porter Hospital without transportation at 3 a.m. on Feb. 1, to sleep the remainder of the night on a cot in the Middlebury PD lobby during a snowstorm.

• Assisted MREMS in responding to a report of a man having a medical crisis on Danyow Drive on Feb. 2.

• Assisted MREMS at a medical call on Grand View Road on Feb. 2.



**Oopsy**

WORKERS TEND TO an overturned milk tanker in the Maplefields gas station parking lot off Route 22A in Shoreham on Monday morning. The tank, which was not attached to a truck, somehow overturned on Sunday and it couldn't me removed until Monday.

*Independent photo/Sean Dougherty*

# Police respond to fight over extension cord

VERGENNES — On Jan. 30 Vergennes police responded to a reported fight between two construction crews at the downtown Vergennes Green construction site

Police said they learned workers were arguing about who owned an extension cord, but all involved in the dispute were gone when authorities arrived. Police added that once they talked to those involved, accounts of the incident conflicted, and no one was hurt.

Police notified the project superintendent so that he and the construction companies could sort things out.

Between Jan. 27 and Feb. 2, Vergennes police also conducted 11 cruiser patrols and four traffic stops, dealt with two 911 hangup calls and one false alarm, processed three fingerprint requests for employment or school volunteerism, and:

On Jan. 27:

• At the city station helped Vermont State Police by having a city Drug Evaluation Expert test a DUI-Drugs suspect. The DRE ruled the driver was impaired.

• Investigated a report of a suspicious person in Hillside Acres.

On Jan. 28:

• Checked the welfare of an Armory Lane resident after a Meals on Wheels driver reported they did not answer the door. Police learned the resident was at an appointment.

• Referred a Vergennes Union High/Middle School truancy report to the Department For Children and Families and the state's attorney's office.

• Took a call from a Ferrisburgh

## Vergennes
### Police Log

resident about what appeared to be a spam caller posing as a federal investigator. Police said the caller to the station had not revealed any personal information.

• Helped a law enforcement agency execute a search warrant in the Orwell area.

On Jan. 29:

• Took a report of a minor car accident in a Panton Road parking lot.

• Heard from a teacher concerning a Facebook post containing "false accusations and aggressive language" directed at the teacher, making the educator concerned for their safety. Police said they did not identify any "direct threats," but "recognized the teacher's concerns." Police said they contacted the individual responsible for the post, who said they had already addressed concerns with the school and had agreed to delete the post. Police said the teacher was "satisfied with the resolution."

On Jan. 30:

• Began investigating a report of a man impersonating a federal officer at Shaw's Supermarket.

• Responded to a single-car crash on Green Street. Police found the car unoccupied and spoke to the driver by phone and were told there were no injuries and the snowy

road had caused the accident. The vehicle was towed.

• Calmed a divorcing couple who were arguing at a First Street home. Police advised them to separate when they were sparring, including for that evening, and said one of them found a different place to stay for the night.

On Jan. 31:

• Received a complaint about traffic congestion on East Street during Vergennes Union Elementary School dismissal. Police said they would discuss the issue with school officials so they can address it with parents.

• Took a complaint from a Comfort Hill resident that cars are speeding on that road. The caller reported one license plate, and police warned that driver.

On Feb. 1:

• Backed up VSP at a Route 7 traffic stop when the occupants became argumentative.

• On that evening and on the next day enforced the city's winter parking ban after the alert system was activated. Three vehicles were towed on Feb. 1.

On Feb. 2:

• Took a report from a Hillside Acres resident that she believed she was being followed; she provided a photo of a truck. Police said an investigation is ongoing.

• On Panton Road spoke to a Girl Scouts meeting to help them achieve a badge.

• Checked the welfare of a Hillside Acres resident, who said she was fine.

# Vermont State Police Log

ADDISON COUNTY — A woman who drove off the road in Monkton, and hid in a nearby unoccupied vehicle when Vermont State Police showed up this past Friday evening, netted more than a half-dozen criminal citations.

Troopers responded to Hollow Road in for a reported stolen vehicle at around 7:15 p.m. on Jan. 31. Police located the stolen vehicle off the roadway and then found and identified the operator of the vehicle, 37-year-old Sara A. Whritenour. Troopers discovered that Whritenour's license was criminally suspended and she was required to have an ignition interlock device in any vehicle she drove.

While speaking to Whritenour, the officer observed several indicators of impairment.

Ultimately police arrested Whritenour and cited her for aggravated driving without the vehicle owner's consent; driving under the influence, second offense; leaving the scene of an accident; driving with a criminally suspended license; failing to comply with vehicle ignition interlock restrictions; and unlawful trespass.

While searching Whritenour, the trooper found cocaine on her person, so Whritenour was also charged with possession of cocaine.

She is due to answer the charges in Addison County Superior Court,

criminal division, on April 7.

In other recent activity, state police:

• On Jan. 27 at about 2:25 p.m. observed a motor vehicle violation on Route 7 near West Salisbury Road in Salisbury and pulled the car over. Police eventually cited the driver, as Pierre LaRoche, 33, of Salisbury, for driving under the influence of drugs, and for careless and negligent driving.

Troopers were assisted by Vergennes police.

• On Jan. 28 shortly before 6 p.m. stopped a car driven by Richard Bodington, 29, of Hinesburg on Route 7 in New Haven. Police cited Bodington for driving with a criminally suspended license.



**LIMITED TIME**

## Flood Recovery Up to $29,500 Back

For homeowners, renters, businesses, and rental property owners rebuilding from 2023 and/or 2024 flooding events.*

**Efficiency Vermont**

efficiencyvermont.com/floodrebate

(888) 921-5990

### Income-eligible homeowners and renters:

✔ Up to $10,000 for qualifying heat pumps, wood stoves, furnaces, boilers, water heaters, and appliances

✔ Up to $10,000 back on electric panel upgrades

✔ Up to $9,500 back on weatherization projects

✔ Zero-interest financing up to $30,000

### Businesses:

✔ Up to $16,000 for kitchen, HVAC, and refrigeration equipment (on top of standard rebates)

✔ Technical assistance

### Rental Property Owners (with rental units at or below rent limit guidelines)

✔ Up to $10,000 per rental unit on appliances, in-unit equipment, and central heating systems

✔ Up to $4,500 for heat pump water heaters

✔ Technical assistance

**Learn more at efficiencyvermont.com/floodrebate**

*Funding is subject to availability and eligibility. For the most up to date rebate information visit efficiencyvermont.com/floodrebate.

BATTELL HOSE COMPANY
Originally Organized, 1880
Middlebury Fire Department • founded by Battell Hose Company

### Fire Extinguisher Sales and Service

**by Marble Valley Fire**

*at Cole's Flowers New Location!*

**Cole's Flowers**

18 Creek Rd Unit A, Middlebury

802-388-4003 • Monday - Friday 8:30-5:30

**United States Bankruptcy Court for the District of Vermont**

In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 1, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

PAGE 6B — Addison Independent, Thursday, March 6, 2025

## Lincoln

Have a news tip? Call Dawn Mikkelsen at 453-7029

### NEWS

LINCOLN — The library's community room display for March is "Lincoln's Lincoln: A Revolutionary Hero and the Sword that Made America" by Lucinda Cockrell. The exhibit, by the Lincoln Historical Society, will highlight the 1780 charter of Lincoln, Vt., and how the town came to be named for Revolutionary War Major General Benjamin Lincoln. Visitors to the exhibit will witness the scope of American independence through one of George Washington's most trusted commanders, from the events leading up to the Revolutionary War through the Battles of Bennington, Saratoga, Charleston, and Yorktown.

The exhibit is part of the commemoration of the 250th anniversary of the signing of the Declaration of Independence promoted by Vermont's 250th Anniversary Commission and funded by a Vermont 250th community grant.

While you're at the library, check out the display case where Mike Dever's turned bowls and vases are available for viewing this month.

There will be an author talk with Ellie Bryant on Friday, March 14, at 4 p.m. at the library. Ellie will talk about her book "Willie, Run Running Queen," the true tale of notorious prohibition bootlegger Willie Carter Sharpe. During prohibition she rises from poverty to the heights of fame and fortune in the moonshine business. In spite of her high-speed truck driving, the law catches up to her and she is brought to testify in the Great Moonshine Conspiracy Trial of 1934.

Ellie will also share the story of how she came to write this book and give ideas to help you start your own story.

Until next time … If Not Now, When? No One But Ourselves Can Free Our Minds.





**Addison County Parent/Child Center**

info@addisoncountypcc.org • addisoncountypcc.org
388-3171

• Community Playgroups
• Parent Education Classes
• Home Visits
• Pregnancy Prevention Programs
• Parent Training & Child Center

*Helping Young Families*
*Get The Right Start*

---

### MIDDLEBURY LIONS CLUB CASH CALENDAR WINNERS

January & February 2025

Katie & Chuck Welch, Craig Dupoise, Debe Fitzpatrick, Harry Curth, Michael, Martin, & Joyce Middleton, Robert Cook, Brandi Leno, Stacy Hotte, Christine Pouliot, Hudson Tilford, Aaron Todd, Skip Patterson, Kayla Stickelman, David LaRose, Dan James, Amanda Freeman, Kevin Irish, Michael Booska, Jeremy W. Rathbun, David Kent, Jason Covey, Frank & Vicki Loven, Curtis Esden, Tessy Ryan, James Lawrence, Shane McGrath, Jack Tynan, Debbie Bashaw, Marc Tabah, John MacIntyre, Angie Coyne, Heidi Huestis, Jerry & Yvette Wright, Kevin Newton, Joe & Heather Quesnel, Barry White, Jill Fraga, Patrick Denton, Samantha Turner, Marc Tabah, Diane Shortsleeve, Thomas Fuller, Diane Shortsleeve, Kristen Leavstrom, Jenn Morin, Lisa Denton, Lori Counter, Katie Shimel, Jamie Lathrop, Hudson Tilford, Tom Ball, Jeffery Mayo, Reese Wisners, Dalton Wilkey, Tammy Nadeau, David Broughton, Robert Rivet, Dave & Nancy Goddette, Chantal Bowen

*Check winning amounts at MiddleburyLions.org!*

---

United States Bankruptcy Court for the District of Vermont
In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

**Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont**

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

---

### Reader Comments

**Here's what one reader has to say about us!**

A subscriber from Middlebury writes:

"Thank you for all your hard work to keep independent journalism alive. Our community is enriched by your coverage and all you provide."

*Quotes are taken from reader comments submitted with subscription renewals.*



ADDISON COUNTY
**INDEPENDENT**

---



# community calendar

### mar 6 THURSDAY

**Twist O' Wool Guild meeting in Middlebury.** Thursday, March 6, 7 p.m., American Legion, 49 Wilson Rd. Come and show off your projects and learn a new skill. All are welcome.

**Grassland birds of Vermont in Ferrisburgh.** Thursday, March 6, 7 p.m., Ferrisburgh Town Office, 3279 Route 7. Join the Ferrisburgh Conservation Commission for a talk by Vermont Center for Ecostudies' Grassland Bird Biologist Kevin Tolan, who will discuss the past, present, and future of grassland bird habitats.

**Pollinator Pathways talk in Monkton.** Thursday, March 6, 7-8:30 p.m., Russell Memorial Library, 92 Monkton Ridge. Learn about Monkton's Pollinator Pathways when expert gardeners Debra Sprague, Stephanie Hyatt and Julie Parker-Dickerson explain what the pathway is and how to increase pollination in your own backyard, along with plant selection and maintenance.

### mar 7 FRIDAY

**Lenten fish dinner in Vergennes.** Friday, March 7, 5-6:30 p.m., St. Peter's Parish Hall, South Maple Street. This Knights of Columbus event will include a menu of beer battered haddock, zesty wedges, coleslaw, mixed vegetables, roll & butter, chocolate chip brownie. $15 adults $7 children 6-12 (cash or checks). For take-out reservations call 802-877-3352 (Parish Hall) and leave a message with your name, phone number and number of dinners, and please speak slowly. This dinner repeats March 21, and April 4.

### mar 8 SATURDAY

**Emergency preparedness presentation in Vergennes.** Saturday, March 8, 10 a.m.-2 p.m., Bixby Library, 258 Main St. Experts will be on hand to guide Vermonters through VT-ALERT and the CARE Registry — two vital tools that can help keep us informed and safe in case of an emergency. More information at www.bixby.org.

**Legislative luncheon in Middlebury.** Saturday, March 8, 10:30 a.m., Middlebury American Legion, 49 Wilson Rd. Join Addison County Farm Bureau for a meal with your neighbors, a chance to connect with your local legislators, and an opportunity to learn more about the ongoing topics in Montpelier. Invited guest Anson Tebbetts, Vermont Secretary of Agriculture, Food and Markets. Make a donation for lunch at noon; RSVP to Bill Scott at wjscottjr@comcast.net so they can get a headcount for food.

**Town-wide chili fest and sugar on snow party in Starksboro.** Saturday, March 8, 11 a.m.-2 p.m., Starksboro Meeting House and Robinson Elementary School, Route 116. Celebrate Starksboro with chili and sugar on snow, and bring your photos for Starksboro Historical Society's Community Photo Scanning Day Games and toys kit on loan from Middlebury's Sheldon Museum. Have fun with parlor games played by 18th and 19th century children with rings, graces, hoops, marbles and other games. Parking is in the school lot off Parsonage Road.

**National Women's Day gathering/rally/march in Middlebury.** Saturday, March 8, noon-2 p.m., Middlebury Green. Share poems, personal stories, words of wisdom, and music. We will exit the green around 1:30 to march the downtown loop then disperse. Bring your signs and your voices. This is a standing/walking event and will occur rain or shine. This event will be posted on The Women's March website as well as the national historable website.

**Queer hangout in Middlebury.** Saturday, March 8, 3-5 p.m., Juice Amour, Merchants Row. In this time of uncertainty and division, we are looking to foster a space where Vermont LGBTQ+ folks can connect in a safe environment. Community is vital during these times. Join us. All are welcome, snacks and drinks available, activities and games provided. Bring a friend. Eat, play games and socialize at your own pace.

**Corned beer and cabbage supper in Vergennes.** Saturday, March 8, 5-6 p.m., Vergennes United Methodist Church, Main St., across from the Opera House. Menu includes corned beef, cabbage, carrots, potato, onion, roll and dessert. $12. Takeout only. Preorder only at 802- 877-3150 before 7 p.m. Thursday, March 6.

**Bingo in Vergennes.** Saturday, March 8, 5 p.m., St Peter's Parish Hall, 85 S. Maple St. Doors open at 5 p.m. and games start at 6 p.m. A family friendly event. All cash prizes, 50/50 raffle. Refreshments sold. Sponsored by the St. Peter's Historic Preservation Committee to benefit the ongoing restoration efforts for the bell tower and the church.

**Willowell Boogie Benefit in Bristol.** Saturday, March 8, 6 p.m., Holley Hall, 1 South St. The Willowell Foundation's annual benefit dance and silent auction features a cash bar, and the Almendros, a popular Addison County band whose infectious repertoire ranges from rock, country and blues to reggae, ska, calypso and African styles. Tickets are $10 at the door, children free. Proceeds support the Willowell's scholarship fund, which helps children access local nature-based programming and education.

### mar 9 SUNDAY

**Breakfast buffet in Vergennes.** Sunday, March 9, 8-10 a.m., St. Peter's Parish Hall. Omelets to order, scrambled eggs, French toast, bacon, sausage, fruit, plain and blueberry pancakes, maple syrup, sausage gravy on biscuits, corn bread, home fries, mini muffins, juice, milk, and coffee. $13 adults. $8 children 8 to 12 years. No cap/cool on families. Sponsor: Vergennes Council Knights of Columbus.

**Douglas Brooks, boatbuilder in Ferrisburgh.** Monday, March 9, 2 p.m., Ferrisburgh Town Hall, 3279 Route 7. While stories of Vermont naval history and commercial shipping have been well documented, the traditions of small boat building from throughout our state have remained untold. The bulk of our historic boat building traditions involves Vermonters building their own boats, whether for pleasure or commercial use. The historical record illuminating this subject resides today mostly in family stories and photo collections. In this slide presentation, Douglas Brooks shares his research on these traditions, and his work in recreating some of these historic vessels.

**Meet Your Neighbors in East Middlebury.** Sunday, March 9, 2-4 p.m., Sarah Partridge Community House, East Main St. Join the East Middlebury Historical Society for punch and cookies and an opportunity to chat with your neighbors.

### mar 11 TUESDAY

**"Gardening with Climate Change" in Middlebury.** Tuesday, March 11, 1 p.m., the Residence at Otter Creek, 50 Lodge Rd. As our climate continues to change, we expect our summers to be hotter and drier. Quickly falling rain can cause damaging runoff rather than slowly soaking into the soil. Join Sarah Salantino of Full Circle Gardens in Essex for this Middlebury Garden Club program to explore ways we can prepare for droughts. Her talk will give you water-wise ideas, practices, and perennial varieties to keep your gardens gorgeous under drier conditions. Free and open to the public.

**Resist, Renew, Explore: How to Think About Human Writing and Learning in the Age of AI in Middlebury.** Tuesday, March 11, 4:30 p.m., Dana Auditorium, 356 College St. Author and writing teacher John Warner will explore the differences between "simple generation" and writing; the experience of thinking, feeling, and communicating and provide a framework that moves beyond policing student behavior in order to privilege student engagement and increase educational rigor. This event is hosted at Middlebury College and open to the public. RSVP at https://forms.gle/tC3dx1vVSNXkmmhJ9.

**10 Million Names Project" virtual presentation.** Tuesday, March 11, 6-7 p.m., Zoom. Rokeby Museum is supporting the recently launched 10 Million Names Project by American Ancestors and its partners. The project works to connect the family stories of the descendants of the 10 million men, women and children of African descent who were enslaved in the U.S. prior to emancipation and to restore their names to history. Join Rokeby for a virtual presentation by researcher Cynthia Evans on to learn more about the scope of this project, the objectives, and methodology used in researching this history. Free. Register at www. rokeby.org.

### mar 12 WEDNESDAY

**"Beekeeping in Addison County, Yesterday and Today" in New Haven.** Wednesday, March 12, 7 p.m., New Haven Town Hall, 78 North St. The latest talks in the New Haven Armchair Naturalist series. Kirk Webster of Champlain Valley Bees and Queens will discuss why Addison County is



## *A bee-breeder's perspective*

KIRK WEBSTER OF Champlain Valley Bees and Queens will discuss why Addison County is an ideal location for pollinators yet is constantly changing due to increased pressure on the landscape in his presentation, "Beekeeping in Addison County, Yesterday and Today," Wednesday, March 12, at 7 p.m., at New Haven Town Hall, 78 North St.

*Photo courtesy of Marianne Eaton*

an ideal location for pollinators yet is constantly changing due to increased pressure on the landscape. Webster raises bees and queen bees to sell. With the loss of colonies due to mites and pesticides, he is breeding hardier stock to combat both these problems.

### mar 14 FRIDAY

**Lenten fish fry in Bristol.** Friday, March 14, 5-7 p.m., St. Ambrose Parish, 11 School St. Menu includes all-you-can-eat fried or baked haddock, French fries, cole slaw, dinner roll, beverage and dessert. Adults $17/children 9 and under $9/immediate family of 5 $50. More info call 802-453-2488.

**Pi Day in Shoreham.** Friday, March 14, 5-7 p.m., Shoreham Congregational Church, School Rd. Celebrate the arrival of spring by coming to Pi Day. You can buy a slice of pie for $4, or add a scoop of ice cream for another $1. Beverages (coffee, tea, cocoa, or water) are free. There will also be a special raffle for a pie a month for 6 months. Raffle tickets are $5 each or 3 tickets for $10. The winner will be drawn that evening, but you do not need to be present to win.

### mar 15 SATURDAY

**American Legion birthday party in Vergennes.** Saturday, March 15, 7-10 p.m., American Legion Post 14, Armory Ln. DJ Jam Man will spin the tunes in honor of the American Legion's 106th Birthday and St. Patrick's Day! Cash bar, light snacks, Open to the public. Admission by donation.

### mar 16 SUNDAY

**"Four Hebrew Prophets: Amos" lecture in Middlebury.** Sunday, March 16, noon, St. Stephen's Church, 3 Main St. In the first lecture in a four-part series on four biblical books, Shalom Goldman, Professor of Religion at Middlebury College, explore the historical and cultural context of these Old Testament figures and delve into the timeless relevance of their messages. Free and open to the public. Come early for refreshments. Series continues March 23.

BE SURE TO CHECK OUT OUR

CALENDAR **ONLINE**

addisonindependent.com

# **Exhibit H**




P.O. Box 330
Granville, New York 12832

**Affidavit of Publication**

Ad ID# 89351

State of New York
County of Washington

The undersigned is an authorized designee of Mark Vinciguerra, publisher of the **Sentinel-Times,** a weekly newspaper published in New York. The notice, of which the annexed is a true copy, was published in the said newspapers in the Full Run zone on the following days:

Publication Dates: **January 9, 2025, February 6, 2025 and March 6, 2025.**

NYVT Media, LLC., Classifieds Sales Representative

*Carrie L. Reed*

Printed Name: Carrie L. Reed

Authorized Designee of NYVT Media, LLC., Classifieds Sales Representative

Sworn to before me this ___17th___ day of March, 2025

Notary Public

ELLEN L. HENEGHAN
Notary Public, State of New York
Registration No. 01HE6173671
Qualified in Washington County
Commission Expires Sept. 4, 20 27

**United States Bankruptcy Court
for the District of Vermont**

**In re Roman Catholic Diocese
of Burlington, Vermont,
Case No. 24-10205-HZC**

# Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by <u>April 4, 2025</u>.

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit **https://case.stretto.com/ dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* **contact an attorney**

**SENTINEL-TIMES**



# Attention Current Clients!
## *Avoid the rush! Submit Early!*
## Please submit all 2024 paperwork as soon as possible!

**hollister.cpa**
**518-499-2072**

**29 HOLLISTER ROAD, WHITEHALL, NY 12887**

*Mary P. Hollister*
CPA, PC

Washington County **BEST** of **2024** WINNER

## Teen gives out stockings to seniors

**By Brett Porter**
*NYVT Media*

The Slate Valley Center had a surprise visitor just a few days before Christmas. Olivia Coolidge, 16, visited a handful of nursing homes, including Granville's Slate Valley Center to give out stockings to all the residents.

In total, Coolidge collected enough supplies to fill 88 stockings, one for every resident.

"I just wanted to do something nice and be of some sort of help to the older members of the community," she said. "A lot of senior citizens get forgotten about this time of year. They have needs too."

Alarmingly, per the National Center for Health Statistics, roughly 60 percent of nursing home residents never have visitors, on top of the 50 percent that don't have any close relatives. For some of these residents at Slate Valley, Olivia Coolidge could have been their only visitor for the entire year.

It takes a lot of work for Coolidge to assemble these stockings, between fundraising efforts and the act of actually putting them together.

"It takes about half an hour to put one stocking together on average," Coolidge said. "There were a handful of late nights along the way."

At the rate of 30 minutes to assem-


Photo by Brett Porter
**Olivia Coolidge, right, stands with Slate Valley Center recreation director Bailey Greenough.**

ble a single stocking multiplied by the 88 Slate Valley residents, Coolidge put some 44 hours of her time into this endeavor, notwithstanding her fundraising efforts or the time it took for her to give them out.

In a statement, Jeff Jacomowitz, Slate Valley's director of corporate communications, said: "What Olivia has done and continues to do for so many people is unbelievable. Our residents love when she comes and we hope to see her again very soon."

### Correction

In our recent story concerning the Granville RERC website, we mentioned the total cost to be $12,000. That was in error and we apologize. The total cost was $6,000.

The website is up and running and the RERC committee is looking for submissions such as events, organizations and such. Please send to DiscoverGranvilleNY.com


NYVT Media file photo
**The Village of Whitehall's pump station.**

## State of Emergency continues

Mayor Francis Putorti is reminding residents the State of Emergency as it concerns the village's drinking water supply remains in effect.

Water levels at Pine Lake in the Town of Dresden, the source of the village's water supply, remain below the maximum height of the intake pipe. Residents are still asked to conserve water and restrictions on it use remain in effect.

**The village has issued the following guidelines:**

• Showers and water usage appliances are permitted under limited use.

• Please limit the length of showers and avoid filling bathtubs and sinks.

• Run dishwashers and washing machines with full loads.

• Hydronic heaters may be used but please monitor for leaks.

• If your pipes are prone to freezing, please take steps to winterize or insulate the pipes as continuous water running is not allowed.

A major water leak and the

extremely dry conditions are blamed for the water supply deficit. The leak has since been repaired.

The village will provide further updates as needed. Residents may visit the village website at www. whitehallny.org for more information.

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit **https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney



**DUSTY DOLLAR**

**THRIFT SHOPE**

**We are restocked with more merchandise!**

**Clothes, Purses, Home Decor, Sports Cards & More**

*you never know what you'll find*

126 Main St., Whitehall NY • 518-307-8140
Open 11-4 Thurs, Fri, Sat, Sun



*Heritage Manor* **REALTY**

**Robert Tressler**
NY Licensed Broker

Email: hmrealty@aol.com
Office: 518-642-3664 | Cell: 518-636-8598

**221 County Route 28**
**Granville, NY 12832**

www.nyvtmedia.com

## SENTINEL-TIMES

Thursday, February 6, 2025 | **3**

# Whitehall celebrates resurgent Main Street

**By EJ Conzola II**
*NYVT Media*

WHITEHALL – The Chamber of Commerce celebrated the recent resurgence of business along the village's historical Main Street on Sunday, Feb. 2, with ceremonies highlighting a few of the newer additions to the thoroughfare.

The Chamber held ribbon-cuttings at two of those additions – Studio 110 hair and tanning salon and the Dusty Dollar thrift store. Both businesses have been open for several months, but they represent the continued revival of Main Street, said Chamber vice president Dana Grant.

"There's a lot of things going on along Main Street," Grant said, noting that in addition to the newer businesses, others that have been there a while have made improvements and expanded services. He also pointed out that a new residence fronting on the street has been built near the Champlain Canal.

The corridor, which runs from the Champs Campground and RV Resort and its adjoining restaurant at the northern end of Main Street to the Amtrak terminal next to the Whitehall American Legion, encompasses a mix of businesses.

Among the others highlighted by the chamber on Sunday were the Bottom's Up Bar & Grill, which opened about a year ago, and Creative D-SIGNS and Concepts, which creates custom-made signs and banners and sells retro advertising items and sasquatch-related paraphernalia.

Several storefronts along the street remain vacant, but Grant pointed out that two of those buildings are now under contract.

"It's great to see more nice things happening," he said.

"It's exciting to have a business back in town," agreed Amanda Raymond, a stylist at Studio 110. "We need it."

Other buildings on the street, including the former Historic Grounds coffeehouse and the former Community Bank building at the corner of Main and Saunders streets, have been purchased by Bigfoot Ventures LLC, an international conglomerate with offices in New York City. That company has not yet done anything with the properties and has not told locals what their plans are for Whitehall, but Grant said he is hopeful they intend to be part of the Main Street renaissance.

The owners of the businesses celebrated Sunday – and others – have made commitments to reviving the Main Street corridor, he said.

Studio 110 is located next door to the Main Street Laundromat, which has been a staple on Main Street for decades but recently underwent extensive remodeling and upgrading. Both spaces were recently purchased by Eric Mattison, who said he was pleased to see the resurgence taking place not only at his businesses, but all along the street.

The businesses not only provide services for the community, they pro-



Photo by EJ Conzola II

The Whitehall Chamber of Commerce celebrated the recent resurgence of the village's Main Street business district with a pair of ribbon-cutting ceremonies on Sunday, Feb. 2. One of those ceremonies was held at the Studio 110 hair and tanning salon. Pictured, from left, are Randy Lambert of the Whitehall Improvement Network, Sarah Fitzpatrick and Lauren Scott of the chamber, Eric Mattison, the owner of Studio 110 and the adjoining Main Street Laundromat, Studio 110 stylist Amanda Raymond and chamber Vice President Dana Grant.

vide jobs as well, Mattison said. The salon has three stylists and is looking to add a barber, he noted.

Mattison said he is also exploring locating other businesses on the second floor of the building.

Belinda Crandall, who owns the Dusty Dollar along with her husband, Kim, said she too would like to expand her store, which is currently packed with items ranging from used clothes to home décor to toys and games. The store's inventory comes from abandoned storage units that the couple purchase, so something new hits the shelf frequently, she said.

Many items remain in storage units the Crandalls lease because there is simply not enough room in her current space to display them, she said.

Belinda Crandall said she and her husband – who live in Glans Falls - are so happy with the reception they have received they are looking into moving to Whitehall.

"I like the Whitehall community," she said. "I think they're really sweet."

Troy Rollins, one of the owners of Freakopolis Geekery, said he too is pleased with the reception his store has received from Whitehall. The Geekery, which sells comic books, trading cards and role-playing games and accessories, is the longest continually owned business on the street, celebrating its ninth year in 2025.

Rollins said he opened his store in 2016 in the hope that it would encourage others to do the same. "We need to plant the flag and hope it's still alive," he said of his decision to open the niche store on Main Street.

So far, the gamble has paid off, and Rollins said he hopes the same will happen to his new neighbors. However, he admitted to a bit of a selfish motive for his desire to see the other succeed.

The new businesses will help draw more people to Main Street, some of whom will stop in his store as well, he said. He noted that customers at the laundromat visit his store to play one of his two classic pinball machines while they wait for their laundry, bringing traffic into his store it otherwise not see.

**United States Bankruptcy Court for the District of Vermont**

In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney




**IT'S TIME TO ORDER VALENTINE'S FLOWERS!**

ORDER TODAY! CALL 518-642-9696

or ORDER ONLINE www.FloristatMandys.com

**Mandy's Spring NURSERY**

**LOCAL DELIVERY & PICK-UP AVAILABLE**

**WIN A $50 GIFT CARD FOR A DATE NIGHT**

Spend $75+ on an arrangement to be automatically entered in our raffle for a $50 gift card to a local restaurant. For every additional $10 you spend, you'll get an extra entry. Drawing will be held on Valentine's Day at 6pm.

www.nyvtmedia.com

**SENTINEL-TIMES**

Thursday, March 6, 2025 | **3**

# Telescope Casual Furniture, Inc. announces five officer promotions, strengthening leadership for continued growth

GRANVILLE –Telescope Casual Furniture's Board of Directors is proud to announce five key officer promotions, recognizing the dedication, leadership, and expertise of these outstanding individuals.

Chris Lavin, a 24-year veteran of the company, has been promoted to Vice President of Innovation & Plant Management. Chris began his career in the machine shop, the metal department and served the role of R&D lead before advancing to Plant Manager, where he played a crucial role in optimizing operations and driving innovation. His experience and commitment make him a perfect fit for this new role.

Matt Pisani has been promoted to Vice President of Sales after serving as National Sales Manager for the past 10 years. His impact on the company's growth has been instrumental, making him one of the fastest-growing officers in company history. Matt's ability to inspire his team and execute strategic initiatives has been nothing short of remarkable. We are confident he will continue to thrive in his new leadership position.

In addition, three of the company's current Vice Presidents have been elevated to Senior Vice President roles in recognition of their decades of service and leadership:

• Robin Dodge, 47 years of service – Senior Vice President

• Rick Doyle, 38 years of service – Senior Vice President/Controller

• Chris Ettori, 30 years of service -Senior Vice President/ Manufacturing

"These promotions reflect the unwavering commitment and talent of our leadership team," said Telescope Casual's CEO & Chairwoman, Kathy Juckett. "Each of these individuals has played a significant role in shaping our company's success, and I have no doubt they will continue to drive innovation, efficiency, and growth in their new roles."

Telescope Casual Furniture looks forward to the continued success of these newly appointed officers as they lead the company into its next chapter of excellence.

# Whitehall seeks grant to repay water loan

**By EJ Conzola II**
*NYVT Media*

WHITEHALL – Now that village officials have received a $1.58 million no-interest loan to help cover the costs of the recent water emergency, they have turned their attention to another problem – how to repay the loan within its deadline.

The Village Board voted Feb. 26 to accept the terms of the loan from the state Environmental Facilities Corporation that include a requirement the money be repaid within a year. There are no provisions in the current village budget to repay the funds and while the 2025-26 budget has not yet been finalized, factoring in the repayment cannot be done without a massive – and unacceptable - increase in taxes, Mayor Francis "Fra" Putorti has said.

Given the village's financial situation, officials must find "an alternative way to pay that money back," village attorney Matt Fuller told board members.

Fuller acknowledged there is risk in accepting the loan because of the repayment deadline but added he is "fairly confident" the village will be able to find the money through grant programs offered by the state and federal governments.

The board has authorized Bob Murray of LaBella Associates, the consultant working with the village on multiple grant and loan applications, to pursue a $1 million emergency grant through the U.S. Department of Agriculture's Rural Development program. The RD grant application should be filed with the federal government in the next few weeks, Murray said.

Securing a grant to repay the EFC loan would be the best outcome for the village, as that money would not have to be repaid, Murray noted.

The village has already run up nearly $200,000 in contractor bills related to the water emergency, which left water customers without service for several days in December. The board voted Wednesday to pay about $33,000 of that total – a total that continues to grow as other bills, including a $2,100-a-month charge for the pump that is currently making sure water from the Pine Lake reservoir reaches the village water treatment plant roughly 2.5 miles away.

A drop in the water level in the reservoir led to insufficient pressure to drive water to the treatment plant, causing the December emergency. With the pump in place and the water level in the lake stable, water is continuing to flow, water treatment plant operator Charles Austin told the board.

Austin noted that a recent water line break in the village caused the pressure serving water customers to drop, but quick work by the village public works department to repair the leak prevented any serious disruption in water service.

The two storage tanks that hold the treated water before it enters the distribution system remain at about 80% capacity, Austin added.

The emergency declared Dec. 8 remains in effect, as do conservation measures enacted as part of the declaration.

Money received from the EFC loan that is not used to pay for the emergency-related bills can be applied to addressing several demands from the state Department of Health to repair what the state described as "significant deficiencies" in the system, officials have said.

A Jan. 13 letter from DOH lists 12 actions the village must address in a corrective action plan, including installing a way to control and monitor water flow from the reservoir, drafting an emergency response plan to address future system problems and a "vulnerability assessment" to identify potential future problems, identifying and repairing all leaks in the distribution system and "(D)evelopment of a comprehensive capital improvement program to address aging infrastructure and target components of the system that are in need of maintenance, replacement of upgrades."

The letter does not specifically say the village must develop a secondary water source, but that requirement has been the subject of weekly discussions with DOH and is implied in the letter, Fuller has said.

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit **https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* **contact an attorney**



**Edward Jones**   > edwardjones.com | Member SIPC



You deserve a financial advisor who listens.
We offer in-person guidance.



**Claudia L Cedrone**
Financial Advisor
85 Quaker St
Granville, NY 12832
518-642-6356

MKT-5894O-A-A1  AECSPAD  24529929

# Exhibit I




P.O. Box 330
Granville, New York 12832

**Affidavit of Publication**

Ad ID# 89351

State of New York
County of Washington

The undersigned is an authorized designee of Mark Vinciguerra, publisher of the **Washington County Free Press,** a weekly newspaper published in New York. The notice, of which the annexed is a true copy, was published in the said newspapers in the Full Run zone on the following days:

Publication Dates: **January 10, 2025, February 7, 2025 and March 7, 2025.**

NYVT Media, LLC., Classifieds Sales Representative

*Carrie L Reed*

Printed Name: Carrie L. Reed

Authorized Designee of NYVT Media, LLC., Classifieds Sales Representative

Sworn to before me this 14ᵗʰ day of March, 2025

Notary Public

ELLEN L. HENEGHAN
Notary Public, State of New York
Registration No. 01HE6173671
Qualified in Washington County
Commission Expires Sept. 4, 20 27

**United States Bankruptcy Court
for the District of Vermont**

**In re Roman Catholic Diocese
of Burlington, Vermont,
Case No. 24-10205-HZC**

# Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by <u>April 4, 2025</u>.

*For more diocesan information:*
visit **vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/
dioceseofburlington**

*For U.S. Bankruptcy Court for the
District of Vermont information:*
visit **vtb.uscourts.gov**

*For advice about your rights:*
**contact an attorney**

**WASHINGTON COUNTY FREEPRESS** | WWW.NYVTMEDIA.COM                                                                     Friday, January 9, 2025 | **3**

# Collins seeks Stefanik's seat, again


Photo courtesy of Paula Collins
**Democratic Congressional candidate Paula Collins**

Another candidate has tossed her proverbial hat into the political ring to replace Republican Rep. Elise Stefanik when she steps down to become United Nations ambassador. This time, the hat comes from the other side of the political aisle.

The name is a familiar one: Democrat Paula Collins was Stefanik's opposition during the November elections. Collins lost that contest by a nearly two-to-one margin. She feels her chances are better this time around against a Republican opponent not yet entrenched in office.

When Stefanik resigns her seat, which is expected after she is confirmed for the U.N. post by the U.S. senate, it requires a special election be held within 80 to 90 days of the date of the resignation.

There are no primaries this time around. Instead, the 15 county party chairs will gather to pick a candidate. Collins has indicated she is in the process of talking to all these party chairs.

# Saratoga Racers pull away to beat Bennington

The Saratoga Racers bounced back after having their five-game winning streak snapped at Buffalo last week, pulling away from the Bennington Martens for a 135-120 victory Sunday at Saratoga Central Catholic. The Racers, who are ranked 22nd in the ABA Power Rankings, hope to move up this week with the thrilling win over their local rival.

The largest crowd of the season on "Hometown Heroes" and "Ballston Spa Scotties" night was treated to a highly intense, hard-fought battle. Racers owner Keith Harrington worked for the Martens for three seasons and several players followed him over from Bennington when he announced the new ABA franchise in the Spa City.

"I have so much respect for Shawn Pratt, Regina Mason and the Martens organization," Harrington said. "They taught me the ropes of the ABA and we talk every week. We battle inside the lines but are friends after the final buzzer."

Racers' coach Bob Catherwood agreed. "The game was what basketball games should always be like," Catherwood said. "I want to compliment the Martens on being a class program. Good players, but even better people."

The game was tight throughout. Every time Saratoga moved in front by double-digits Bennington found the answer.

The Racers led 36-30 after a quarter, but the Martens pulled even 66-66 at the half. The teams played evenly in the third quarter with the contest tied 99-99 heading to the final stanza.

With the game tied 107-107 with just over seven minutes to play, John Ryals nailed a deep trey for the Racers. Ryals' shot sparked a 12-2 run as Saratoga went up 119-109 and pulled away from there.

Ryals had a huge game for Saratoga, netting 46 points and 20 boards for a double-double. Sharpshooter RJ Rosa poured in 38 points with 11 boards and six assists. Tobias Holmes contributed 17 points and seven assists for the Racers, while Shaheem Sanders chipped in 16 points and 11 rebounds.

Tyler Mitchell led the Martens with 28 points. Juwan Malone added 21, Lavon Long 20, Jahmr Jordan 17, and Jevon Taylor 11.

"This game made us work on every play and should help both of us going forward," Catherwood added. "Mutual respect from guys who know each other and compete as hard as they can."

Saratoga improved to 8-3 with the win. Bennington fell to 4-6.

The Racers return home on Jan. 18 and 19 for the "Martin Luther King Weekend Classic." when they host number 2 Buffalo and Rochester.

Saratoga is also co-hosting the "518 King of the Court 1v1 Tournament" with the 518 Ballers on Monday, Jan.20, Martin Luther King Day. Players can register at https://www.518ballers.com/

---

## New York State Police

### Dec. 26

**6:26 p.m.** – Troopers conducted a vehicle stop on Bridge Street in Fort Edward. The driver, identified as 31-year-old Elizabeth M. Beckett of Schenectady, was found not to have a valid driver's license. The passenger, Taylor Ruddy, 23, of Middle Grove, allegedly provided State Police with a false identification.

A further investigation discovered multiple controlled substances within the vehicle, including felony weight narcotics.

Both were arrested with Ruddy being positively identified and found to have multiple active warrants for her arrest. Ruddy was also charged with criminal possession of a controlled substance in the 3rd, 4th, 5th and 7th degrees.

Beckett faces the same charges along with aggravated unlicensed operation of a motor vehicle in the 3rd degree and other vehicle and traffic law violations.

Both were ordered held in the Washington County Correctional Facility pending further court action.


**TRACTORS • EQUIPMENT**
**Moore's Corners, Inc.**
KIOTI SALES & SERVICE HUSQVARNA
Jct. Routes 22 & 149, Granville, NY
**518-642-1720**
www.moorescorners.com


**SRN**
TRUCKING & EXCAVATING
Gravel, Sand, Topsoil, Stone, Driveways, Lot Clearing, Full Site Work, Foundations, Septic, Drainage, and more
**SCOTT NOWAKOWSKI**
**Greenwich, NY 518-338-5677**


**SNELL SEPTIC SERVICE**
**Septic System Pump-out, Inspection, Installation & Repair, Portable Toilet Rentals**
A Division of SCI, Snell Construction Inc.
**(518) 692-7477**
**(518) 238-8521**
*Family Owned and Operated Since 1960.*

**Got news? Let us know!**
Send your items to news@nyvtmedia.com
DEADLINE IS THURSDAY AT 5 PM
FOR PUBLICATION THE FOLLOWING WEEK

**We invite you to visit**
VERMONT'S LARGEST FLOORING STORE

**BENNINGTON HOUSE OF TILE AND CARPET**
TILE • CARPET
HARDWOOD • VINYL
**SHOP LOCAL** f
1267 Harwood Hill Rd., Bennington, VT
**benningtontile.com 802-442-2494**


**52nd Anniversary Special!**
• 5 LBS GROUND BEEF
• 4 LB EYE ROUND ROAST
• 4 LB BONELESS PORK BUTT
• 7-8 LBS ROASTING CHICKEN
• 3 LBS STEW BEEF
• 3 LBS MEATLOAF MIX
• BAG OF POTATO CHUNKS OR FRENCH FRIES
**ALL FOR $149.95**
**Nessle Bros. Meats, Inc.**
2835 County Route 74, Greenwich NY 12834
**(518) 692-9366**
OPEN 8AM TO 5PM Monday - Saturday
Visit us at: www.nesslebrothersmeats.com

**United States Bankruptcy Court for the District of Vermont**
**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

### Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney



# Local history book to be addressed

FORT EDWARD - Washington County Historical Society's Local History Book Club will meet from 12:30 to 1:30 p.m. on Wednesday, Feb. 12 at the historical society headquarters, the Wing-Northup House, 167 Broadway, Fort Edward.

Historical society membership is not required for the book club.

Attendees will discuss "The Autobiography of an American Family" by Edith Hay Wyckoff. Ten generations of the Northup family are chronicled from 1788 in Rhode Island through their residence in Washington County. It includes the story of the rescue of Solomon Northup from slavery on a plantation near New Orleans through the efforts of Sandy Hill attorney Henry B. Northup. Solomon was

returned to his wife and children in Glens Falls in 1853.

Edith Wyckoff was a newspaper reporter and editor. The 242-page book, published by the society in 2000, is available at the Washington County Historical Society book shop.

Future sessions of the club will include books about the larger Adirondack area as well as works by local authors. Upcoming topics include William Miller and the origin of the Seventh Day Adventists in Hampton; local area Freemasonry during and after the Revolution; and the early life of Chester Arthur, 21st President.

For more information, email Connie Harris Farrington at conniean-dlee@roadrunner.com.



# FLEA MARKET

## SATURDAY FEBRUARY 15

### 9AM - 3PM

NO DOOR CHARGE

## MULTIPLE VENDORS

## BAKE SALE

## LUNCH AVAILABLE FOR PURCHASE

**AMERICAN LEGION POST #278**
6 Clancy St · Schuylerville, NY, 12871

United States Bankruptcy Court for the District of Vermont

In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC

**Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont**

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by <u>April 4, 2025.</u>

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit **https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney



# Valentine's Special

- 2 DELMONICO STEAKS
- 2 BONELESS CHICKEN BREASTS
- 2 BONELESS PORK CHOPS
- 1 LB OF BACON

**ALL FOR $52.50**

## Nessle Bros. Meats, Inc.
2835 County Route 74, Greenwich NY 12834
**(518) 692-9366**
OPEN 8AM TO 5PM Monday - Saturday
Visit us at: www.nesslebrothersmeats.com

# IT'S TIME TO ORDER VALENTINE'S FLOWERS!

## ORDER TODAY! CALL 518-642-9696

or ORDER ONLINE www.FloristatMandys.com





**MANDY'S SPRING NURSERY**

## LOCAL DELIVERY & PICK-UP AVAILABLE

## WIN A $50 GIFT CARD FOR A DATE NIGHT

Spend $75+ on an arrangement to be automatically entered in our raffle for a $50 gift card to a local restaurant. For every additional $10 you spend, you'll get an extra entry. Drawing will be held on Valentine's Day at 6pm.



# PIZZA WORLD

## BIG GAME SPECIALS!

### SUNDAY FEBRUARY 9, 2025

24-Cut Cheese* & 50 Wings.............. $62.95
12-Cut Cheese* & 20 Wings.............. $30.95
12-Cut Cheese* & 50 Wings.............. $56.00
100 Wings............................................ $85

*Order ahead or on Sunday, Feb 9th.*
*TOPPINGS ARE EXTRA.

## DELIVERY FROM 4 TO CLOSE

## 518-854-9988
### ROUTE 22 · SALEM, NY
www.pizzaworldsalem.com

**WASHINGTON COUNTY FREEPRESS** | WWW.NYVTMEDIA.COM                                              Friday, March 7, 2025 | **3**

# 'Time Served' will go on despite prison's closure

**By Brett Porter**
*NYVT Media*

COMSTOCK - "The little house across from the big house" has come under new ownership.

Time Served, a bar-restaurant nestled opposite the now defunct Great Meadow Correctional Facility, is now in the hands of Lily Roberts, the granddaughter of Lorraine and Rich Straub, who owned and operated the watering hole since 2009.

"When I got off the bus I would always help out. It was a fun experience as a kid," she said.

Roberts has a background in culinary, something she's done since graduating high school nine years ago. In the past she had a stint learning with the Culinary Institute of America, later moving on to run food trucks.

"With more experience under my belt now, I believe I'm ready to take over the business," she said.

Being located right across from the former maximum-security prison, the clientele once consisted primarily of corrections officers. Since the Nov. 6 closing of Great Meadow, Roberts will be tasked with trying to draw new faces that aren't across Route 22, which she doesn't find to be an issue.

"We've always been associated as being a guards' bar when in reality our true patrons were all pool players," she said. "With the prison closing, I think we might be able to separate better and get new clientele in

the door which proved hard in the past."

Just the same as any other business under new ownership, it can be hard to speculate in the long term when everything seems to ride on the success of the short term. Roberts said she hopes the future holds more opportunities and expanded services.

"In a year we hope to offer catering and banquets, as well as beer on tap," she said. "We hope to see Time Served become a destination spot for both locals and travelers."


*Photo provided*
**Lily Roberts with Chef Speckham of the Culinary Institute of America**

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit **https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney



# MINI STOCK-UP *Special!*

- ◆ 4 LBS BEEF PATTIES
- ◆ 4 LBS GROUND BEEF
- ◆ 4 LBS PORK CHOPS
- ◆ 3 LBS BONELESS CHICKEN BREASTS
- ◆ 2 LBS BACON
- ◆ 3 LBS MEATLOAF MIX
- ◆ 4 LBS BREAKFAST OR ITALIAN SAUSAGE

**ALL FOR $129⁹⁵**

**Nessle Bros. Meats, Inc.**
2835 County Route 74, Greenwich NY 12834
**(518) 692-9366**
OPEN 8AM TO 5PM Monday - Saturday
Visit us at: **www.nesslebrothersmeats.com**



Join us for the Battenkill Country Club's 100th Anniversary Season!

Enjoy unlimited golf all season and bonus 18-hole guest passes in March Only!

**Membership Dues**

( ) Single ........................................ $ 775  ($750 cash/check)
( ) Couple (Same Household) .............. $ 1190  ($1150 cash/check)
( ) Family (Same Household- up to 2 adults + juniors) ... $ 1290  ($1250 cash/check)
( ) Young Exec (Age 23-30 on 4/1/25) ... $ 515  ($500 cash/check)
( ) Junior (Age 22 or younger on 4/1/25) ... $ 285  ($275 cash/check)

# of guest passes included: Single- 4, Couple- 5, Family- 6, Young Exec- 3, Junior- 2

Last Name_____ First Name_____

Spouse Name (for Couple or Family memberships)_____

Children Names & Ages (for Family memberships)_____

Date of Birth (for Junior & Young Exec memberships) _ _ / _ _ / _ _ _ _

Mailing Address_____

City_____ State____ Zip____

Phone_____ E-Mail (to receive member updates)____

This ad or the form on battenkillcc.com/members can be mailed to P.O. Box 127 Greenwich, NY 12834.
Checks can be made out to Battenkill Country Club, Inc. For credit card payments (higher dues):
Circle One: Mastercard  Visa  Discover      Expiration Date _ _ _ / _ _ _
Credit Card#(16 digits) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CVV Code:  a 3-digit # on the back of card _ _ _ _ _
Credit Card billing street address or box # address:

**P.O. Box 127
Greenwich, NY 12834
518-692-9179
www.battenkillcc.com**



**JK Adams KITCHEN STORE** EST. 1944

# 2 EVENTS!
*This Month*

## WÜSTHOF
# KNIFE DAY
**Friday, March 7th  11-4pm**
JOIN US FOR A KNIFE DEMO
Stop in and enter to win a Wustof Knife & JK Adams cutting board on March 7 when joining our mailing list!
**15% off & more specials!**

*Enter to win*

**SALE**
# CABIN FEVER *Factory Sale!*
**MARCH 14-16TH!**

ALL FACTORY SECONDS, OVERSTOCKS & DISCONTINUED BOARDS
UP TO **60% OFF!**

JK ADAMS KITCHEN STORE
**1430 ROUTE 30, DORSET, VT**          **JKADAMS.COM**

# Exhibit J




P.O. Box 330
Granville, New York 12832

**Affidavit of Publication**

Ad ID# 89351

State of New York
County of Washington

The undersigned is an authorized designee of Mark Vinciguerra, publisher of the **Lakes Region County Free Press,** a weekly newspaper published in New York. The notice, of which the annexed is a true copy, was published in the said newspapers in the Full Run zone on the following days:

Publication Dates: **January 10, 2025, February 7, 2025 and March 7, 2025.**

NYVT Media, LLC., Classifieds Sales Representative

*Carrie L. Reed*

Printed Name: Carrie L. Reed

Authorized Designee of NYVT Media, LLC., Classifieds Sales Representative

Sworn to before me this __14th__ day of March, 2025

*Ellen L. Heneghan*

Notary Public

ELLEN L. HENEGHAN
Notary Public, State of New York
Registration No. 01HE6173671
Qualified in Washington County
Commission Expires Sept. 4, 2027

**United States Bankruptcy Court
for the District of Vermont**

**In re Roman Catholic Diocese
of Burlington, Vermont,
Case No. 24-10205-HZC**

# Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by <u>April 4, 2025</u>.

*For more diocesan information:*
visit **vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/
dioceseofburlington**

*For U.S. Bankruptcy Court for the
District of Vermont information:*
visit **vtb.uscourts.gov**

*For advice about your rights:*
**contact an attorney**

www.nyvtmedia.com                    Lakes Region FreePress                    Friday, January 10, 2025 | **3**

# Chaffee annual photo exhibit starts Jan. 24

**By Catherine M. Oliverio**
*NYVT Media*

RUTLAND – The Chaffee Art Center has announced its 17th annual photo contest with the theme, "FACES in Harmony." This new exhibit will be displayed Jan. 24 through Feb. 28.

Most preferred photos can be of humans, pets, animals and so forth, reflecting and supporting the theme. Other creative photos could be found in nature, such as the knots of a tree, a face in a cloud, rock formations, etc. Photos must not be staged or altered by any image editing software. Resizing and cropping is acceptable.



The Chaffee welcomes amateur photographers of all ages. New this year is a professional category. There is no fee for amateurs. For the professional category, Chaffee members are also free. There is a fee of $5 per entry for professional photographers.

The deadline is Jan. 10. Photos must be 8" x 10" and taken by the individual submitting the official entry form. The photos should be mounted and framed, that is, unless marked Not for Sale on the application.

All amateur photos will be listed for sale at $40 with 50% of the sale paid to the photographer. Professionals receive 60% of the sale price.

Submission is limited to three pieces per person. It is suggested to put photos in order of preference since there is limited space and no guarantee all will be hung. Number one photos will be given first preference.

The contest organizers reserve the right to select photos for entry. Attach an entry slip to each photo with full name, age, title, email and phone number.

Important dates to keep in mind: submission drop-off is Jan. 17 from noon to 4 p.m. and Jan. 18 from 11 a.m. to 2 p.m. The exhibit opening and the public voting begins Jan. 24. Artwork pick-up is Feb. 28 from 11 a.m. to 4 p.m. Any photos not sold or remaining must be picked up no later than Feb. 28, or they will become the property of Chaffee Art Center.

The awards that will be presented will be for 1st and 2nd Overall. A People's Choice award in each category will be voted on by the public until Feb. 28. The categories include youth 12 and under, teen 13-18, adult 18+, and the new professional category.

Submission drop-off or mail to Chaffee Art Center, 16 South Main St., Rutland, VT 05701 For information, call 802-775-0356 or visit website www.chaffeeartcenter.org. Inquiries or to get a form emailed: info@chaffeeartcenter.org

While viewing the "FACES in Harmony" exhibit, visitors may enjoy the surroundings in and out of the Chaffee Art Center Queen Anne Victorian Mansion built by George Thrall Chaffee, which was completed in 1895. The home was referred to as "Sunny Gables" by the Chaffee Family. The interior has distinctive features and elaborate floors, moldings and floor plans.

"The Rutland Area Art Association, a 501(c)(3) non-profit, was founded in 1961 to promote the arts within Rutland County. It does business as the Chaffee Art Center and is financed by donations, memberships, exhibit sponsors and commissions on exhibit art sales.

True to the spirit of its founders, the Chaffee Art Center continues to preserve a unique part of Rutland's history while providing a critical resource for visual arts and art education in Central Vermont.  Further success depends upon the sustained involvement and support of the community it serves.

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit **https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney

**SEPTIC PUMPING**
**& Portable Toilets**
**DORAN BROS. INC.**
Fair Haven, VT   **1-800-735-4724**



**POULTNEY HOUSE OF PIZZA**

**245 Main Street, Poultney, VT**

Pizza • Calzones • Lasagna Dinners • Salads • Burgers • Subs Gyros • Wraps • Appetizers

**802 -287-9439**
**802-287-5891**



**WATER WELLS • PUMPS WATER SYSTEMS HYDRO FRACKING • GEOTHERMAL**

**802-287-4016**
**parkerwaterwells.com**




**OPEN**
**MONDAY-FRIDAY**
**10AM-6PM**
**SATURDAY**
**10AM-2PM**

**CASTLETON PET SUPPLY**

**THE LARGEST PET STORE IN THE LAKES REGION!**

CastletonPetSupply.com • 802-265-2227
700 Route 4A West Castleton, VT 05735

**Town of CASTLETON VERMONT**

**NOTICE OF PLANNING COMMISSION PUBLIC HEARING**

Place:   Castleton Fire Station Community Room
Date:    Jan. 14, 2025
Time:    6:30 PM

Join Zoom Meeting
https://us02web.zoom.us/j/81414526980
Meeting ID: 814 1452 6980

1)   The purpose of the hearing is to amend and replace the Town of Castleton's Zoning Bylaws with Unified Development Regulations Bylaws that will incorporate  zoning, subdivision regulations, and flood hazard overlay district regulations.

2)   The geographic areas affected are all in the Town of Castleton

3)   Town of Castleton Zoning Bylaws – Table of Contents:
Article I: Enactment, Objectives, Purpose and Scope
Article II: Establishment of Zoning Districts and Zoning Map
Article III: Table of Uses
Article IV: Uses Permitted Subject to Conditions
Article V: Lot Size, Setbacks, Yards
Article VI: Parking and Loading
Article VII: Nonconforming Uses/ Nonconforming Structures
Article VIII: Site Plan Approval
Article IX: Definitions
Article X: General Regulations
Article XI: Administration and Enforcement
Article XII: Development Review Board
Article XIII: Planning Commission
Article XIV: Other Provisions
Article XV: Flood Hazard Areas and River Corridors

4)   The full text of the Proposed Unified Development Regulations Bylaws can be reviewed at the Town of Castleton's Town Office and on the town's website https://www.castletonvermont.org/planning-commission

## Campus Honors

The following students graduated from Vermont State University:

Hayley Sirjane of Bomoseen
Brittany Griffis of Fair Haven
Dominic Posch of Fair Haven
Dakota Heuckeroth of Poultney
Anita Williams of Poultney
Tylik Epps of Poultney
Ron Lacoste of Wells
Megan Ezzo of West Haven

The following students have been named to the Dean's List at Vermont State University:

Donovin Andronaco of Benson
Owen Doran of Benson
Hayley Dubois of Benson
Dean Dugan of Benson
Tegan Hoard of Benson
Kirsten Parker of Bomoseen
Kerrigan Allen of Castleton
Helen Culpo of Castleton
Sammie Hayward of Castleton
Porsche Kelley of Castleton
Alexis Martindale of Castleton
Kaylo Stevenson of Castleton
Joe Vyvial of Castleton
Rehanna Alger of Fair Haven
Gabe Bache of Fair Haven
Gabe Buxton of Fair Haven
Ashley Carvey of Fair Haven
Chris Colton of Fair Haven
Chelsea Coombs of Fair Haven
Z Eaton of Fair Haven
Stacey Grau of Fair Haven
Ethan Haggerty of Fair Haven
Emilee Higgins of Fair Haven
Brian Lenox of Fair Haven
Adams Williams of Fair Haven
Royal Wood of Fair Haven

Gabby Blanchard of Middletown Springs
Tmara Sabotka of Middletown Springs
Bruce Waite of Pawlet
Ryan Alt of Poultney
Dominique Cave of Poultney
Georgia Donaldson of Poultney
Addison Howard of Poultney
Emily Lightfoot of Poultney
Kris Littlewood of Poultney
Kassidy Mack of Poultney
Lucas Milazzo of Poultney
Jacquelyn Oberg of Poultney
Richard Parker of Poultney
Faith Wagner of Poultney
Laura Winter of Poultney
Gia Baczkowski of Wells
Ron Lacoste of Wells
Paige Torres of Wells
Austin Bruno of West Haven
Abigail Wentz of West Haven
Chedva Gordon of West Pawlet

The following students have been named to the President's List at Vermont State University:

Vivian Ladabouche of Bomoseen
Lindsey Lynch of Bomoseen
Sharon Asolmia Aganah of Castleton
Benjamin Boggio of Castleton
Reilly Marsden of Castleton
Nicole Pelton of Castleton
Erica Porter of Castleton
Jack Spaulding of Castleton
Zenon Stevenson of Castleton
Corey Urich of Castleton
Siera Vanzandt of Castleton
Madison Charlton of Fair Haven

Holly Gannon of Fair Haven
Nancy Huebel of Fair Haven
Leila MacKenzie of Fair Haven
Emma Parker of Fair Haven
Alana Williams of Fair Haven
Amber Baptie of Poultney
Shawn Clark of Poultney
Abby Hunter of Poultney
Sierra McDermott of Poultney
Anita Williams of Poultney
Emma Ezzo of West Haven
Megan Ezzo of West Haven
Shterna Gordon of West Pawlet
Yosef Gordon of West Pawlet

The following students have been named to the Dean's List at the University of New England:

Paige Pauquette of Wells

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

**Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont**

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit **https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney



**POULTNEY HOUSE OF PIZZA**

245 Main Street, Poultney, VT

Pizza • Calzones • Lasagna
Dinners • Salads • Burgers • Subs
Gyros • Wraps • Appetizers

802 -287-9439
802-287-5891



**CASTLETON PET SUPPLY**

Yummy All Natural Treats
**10% OFF**
For Your Good Cats & Dogs
OPEN M-F 10A-6P • SAT 10A-2P

CastletonPetSupply.com • 802-265-2227
700 Route 4A West Castleton, VT 05735

**Parker Water Wells**

WATER WELLS • PUMPS
WATER SYSTEMS
HYDRO FRACKING • GEOTHERMAL

802-287-4016
parkerwaterwells.com



**SAM'S U-SAVE FUELS**
Your Locally Owned Heating Oil Dealer

Propane
Kerosene at the Pump
24 Hour Burner Service
Heating Installation
24 Hour Emergency Delivery
Automatic Fuel Delivery

**PROPANE!**

PRE-BUY & BUDGET CONTRACT PLANS NOW AVAILABLE

Courteous & Prompt Delivery • "Competitive Prices"
**802-265-3608**
352 Rte 4A, Fair Haven VT
samsusavefuel.com




**IT'S TIME TO ORDER VALENTINE'S FLOWERS!**

ORDER TODAY! CALL 518-642-9696
or ORDER ONLINE www.FloristatMandys.com

**MANDY'S SPRING NURSERY**

LOCAL DELIVERY & PICK-UP AVAILABLE

**WIN A $50 GIFT CARD FOR A DATE NIGHT**

Spend $75+ on an arrangement to be automatically entered in our raffle for a $50 gift card to a local restaurant. For every additional $10 you spend, you'll get an extra entry. Drawing will be held on Valentine's Day at 6pm.

# Celebrate St. Patrick's Day at library March 13

**By Catherine M. Oliverio**
*NYVT Media*

FAIR HAVEN – Friends of the Fair Haven Free Library is hosting a St. Patrick's Day celebration with the J.P. Murphy Band on March 13 from 6:30 to 8 p.m. Best to come early to this free show since the library will be jam-packed. All are welcome.

J.P. Murphy Band plays Celtic Irish song, music and stories. The library promises there will be lots of singing, clapping and, who knows, possibly dancing.

"We hope you come down and join us," said co-president Terri Demasi. "The J.P. Murphy Band has played the summer concert series in the park. It's a great group, so you'll have an enjoyable night."

Co-presidents Demasi and Dani Roberts share the responsibilities of the Friends of the Fair Haven Free Library with 27 years of



**The J.P. Murphy Band**

Picture Provided

events other than during the COVID pandemic.

The Friends receive donations from monthly book sales with the proceeds providing free programs for the public.

After the show complimentary punch and cookies will be provided.

The Fair Haven Free Library is located at 107 North Main St., Fair Haven, Vermont. For more information call the library at 802-265-8011 during operating hours 3-7 p.m. Monday and Wednesday, 8:30 a.m. to 4:30 p.m. Tuesday and Friday and Saturday 9 a.m. to 1 p.m.

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit **https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney



## POULTNEY HOUSE OF PIZZA

**245 Main Street, Poultney, VT**

Pizza · Calzones · Lasagna
Dinners · Salads · Burgers · Subs
Gyros · Wraps · Appetizers

**802 -287-9439
802-287-5891** 



## BIG BUCK CONTEST WINNER

**Congratulations to Jason Mach on winning the Lakes Region Free Press/NYVT Media Big Buck Contest!**

Mach's buck was reported in Middletown Springs, at Crossman's General Store, weighing in at 201 pounds, 10 points, harvested in Mount Holly, VT .

Mach won a $100 gift certificate from Sam's U-save Fuels and a $100 Gift Certificate from Pro-Cycle, along with a $50 gift certificate from Liberty Guns and Ammo.

Thanks to all for entering.





## 2 EVENTS!
*This Month*

JK Adams KITCHEN STORE — EST 1944



### WÜSTHOF KNIFE DAY
**Friday, March 7th   11-4pm**
JOIN US FOR A KNIFE DEMO
Stop in and enter to win a Wustof Knife & JK Adams cutting board on March 7 when joining our mailing list!
**15% off & more specials!**

*Enter to win*



SALE

## CABIN FEVER *Factory Sale!*

**MARCH 14-16TH!**

ALL FACTORY SECONDS, OVERSTOCKS & DISCONTINUED BOARDS

## UP TO 60% OFF!

JK ADAMS KITCHEN STORE
**1430 ROUTE 30, DORSET, VT**   JKADAMS.COM



Parker Water Wells

**WATER WELLS · PUMPS
WATER SYSTEMS
HYDRO FRACKING · GEOTHERMAL**

**802-287-4016**
parkerwaterwells.com

# **Exhibit K**

AFFIDAVIT OF PUBLICATION
State of New York
County of Warren    }SS.:


Ashley Alexander being duly sworn that she resides in the
Town of Keeseville, County of Clinton, New York and that she
is the Agent of the ADK JRNL/ NEWS ENT SUN
a weekly newspaper published at Warrensburg in the
County of Warren, and that the notice, a printed copy of
which is hereto attached, was printed in said
ADK JRNL/ NEWS ENT SUN
on the following dates:

01/11/2025  02/08/2025  03/08/2025


Signed this 10th  day of March     , 2025

_____
                                        Agent


Sworn to before me this 10th  day of March     , 2025

_____
                                  Notary Public


Gayle M Alexander
Notary Public, State of New York
No. 01AL4977709
Qualified in Essex County

Commission Expires 02/11/2027
342338

**United States Bankruptcy Court
for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC**

# Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* **contact an attorney**

Published by Denton Publications, Inc.                    www.suncommunitynews.com                    AJ/NE Sun | January 11, 2025 • 5

# Bolton girls dominating this season

BY THOM RANDALL

**BOLTON LANDING** | Having compiled a 5-1 record as of Jan. 4, the Bolton Central Girls Basketball team has been cruising through the first third of their 2024-25 season.

This week, the Eagles were ranked 14th in the state for Class D.

Armed with solid skills, hard-working players, and savvy coaching, the Eagles have demonstrated effective, talented teamwork.

During the holiday week, Bolton defeated North Warren 57-22 on Dec. 27, a week after overpowering Newcomb 61-21.

The Eagles started the season Dec. 11 by beating Keene 51-25, then conquering Lake Placid 58-22 two days later.

They subsequently lost to Ticonderoga 40-54 on Dec. 16, but rallied 48 hours later by vanquishing Johnsburg 78-13.

The Eagles are led in scoring this season by two skilled multi-sport athletes, Jadynn Egloff and Maille Kelley, both juniors, who have respectively scored 21.5 and 14.5 points per game. They are followed by Ella Hens with 8.2 points per game and Thea Kennedy with 5.3 points.

Two seasons ago, Egloff was named to the Class D All-State team as a freshman. Additionally, she was an MVAC All-Star for both 2023-24 and 2022-23. In the latter



PHOTO BY JILL LOBDELL
Bolton Central junior Jadynn Egloff is leading her basketball team as top scorer with 21.5 points per game for 2024-25. Egloff has been named to the state All-Star team twice, -- as both a freshman and a sophomore. Also, she is a two-time MVAC All-Star, and was named the conference's MVP for 2022-23.

season, she was named the conference's MVP. Also, Kelley achieved All-Star status last season.

As of Jan. 4, Egloff was ranked the No. 9th high scorer in New York State by MaxPreps.

Although the Eagles have experienced substantial success so far in 2024-25, the Eagles are now facing challenges ahead as they finish the first half of the season: they were scheduled to play conference opponent Schroon Lake (4-1) on Jan. 8, Crown Point on Dec. 10, and Seton Catholic on Dec. 13. ■

# Jbg.-Minerva's historic defeat of Wbg. 65-38

BY THOM RANDALL

**WARRENSBURG** | With a strong team effort powered by three returning starters, the Johnsburg-Minerva Boys Basketball Team defeated Warrensburg 65-38.

The victory was not only Johnsburg-Minerva's first win of the season, but it was the first win over Warrensburg in recent decades, if not throughout recorded history, by either school participating in the merger.

After a 14-10 first quarter, the Irish Jags' lead expanded throughout the game's remainder, particularly in the second and fourth quarters.

Johnsburg Minerva's coach Aaron Chambers said his team employed "tough defense and balanced scoring from its starters" to earn the win.

Sophomore forward/center Nick Sauer-Jones led the scoring with 23 points and 15 rebounds,

followed by senior forward Eli Morin with 14 points and 10 rebounds, junior guard Minseo Ko with 12 points and two rebounds, and senior guard Brayden Poirier with 11 points and seven rebounds.

Freshman guard Liam McKinney contributed three points and four rebounds, while junior guard/forward Xavier Cole added two points.

Johnsburg's defense was scrappy, as Sauer-Jones blocked four shots while Ko executed six steals; McKinney tallied four steals; and Poirier, Morin and Sauer-Jones contributed a total of four more. McKinney and Ko lead the team in assists.

Poirier scored three shots from behind the arc, while Ko and McKinney sank one each.

For the Burghers, the team's sole returner junior Owen Jones scored 17 points, followed by classmates Kameron Schwarz with seven points and Silas Tucker with six. Contributing four points apiece were juniors Simon Tyrell and Drezden Russell. ■

# Miner, Potter take 1st at Qby. tourney

BY THOM RANDALL

**QUEENSBURY** | Several Warrensburg-Lake George wrestlers made their presence known at the highly competitive Queensbury Holiday Tournament held Dec. 28.

Glenn Potter and Ben Miner were named champions of their weight classes, while others on their team fared well.

To earn the title, Miner won all five of his matches in the 160-pound weight class, and Potter won his two matches by pinning both of his opponents

in the 285-pound class.

Cameron Hunt-Allen placed second in the 215-pound class and Ethan York was 2-3 for the day, wrestling at 116 pounds.

Landon Duers tallied a 2-3 record for the day and placed fifth at 131 pounds.

SEE **WRESTLING**, A7



HOME IMPROVEMENT



County Floors
FAMILY OWNED    FOR OVER 30 YEARS
Fully Insured
References Available
Sales, Installation, Sanding & Finishing
Visit our Saratoga showroom by appointment
or our website at www.countyfloors.com
(518) 587-9321
343994



TWO TWINS
CONSTRUCTION
• Foundations • New Construction • Remodels
• Porches • Decks • Siding • Roofing
• Electrical & Plumbing
518-744-6032 ◆ 518-623-2332
www.twotwinsconstructionllc.com



the 32nd annual
Join the Celebration!
YANKEE SPORTSMAN'S CLASSIC
Hunting, Fishing, & Outdoor Show
Over 130 Exhibitors, Free Seminars & Attractions
JAN 17 - 19  2025
Friday 12-6, Saturday 9-6, Sunday 9-4
Adults: $13 to Attend All 3 Days!  Children: $5 - Children Under 3 Free
Robert E. Miller Expo Center, Fairgrounds, Essex Junction, VT
For more information, call
802-238-7501 or visit
www.yankeeclassic.net



Yeah, we print that!
It's funny how many think we just report the news and print newspapers.

Truth is,
The Sun can design, print and even ship your custom order to you, for a fraction of what others will charge.

THE SUN
suncommunitynews.com

United States Bankruptcy Court
for the District of Vermont
In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney
342338



Congratulations to
Grayson S. of Ticonderoga!
Winner of Sun Community News & Printing's
THE SUN
Kids' Christmas Scavenger Hunt GIVEAWAY!
342188

Published by Denton Publications, Inc.
www.suncommunitynews.com
**AJ/NE Sun | February 8, 2025 • 7**

CONT FROM **CARNIVAL**, A1

Although the race was traditionally held on the frozen surface of Lake George until recent warmer years, this last weekend, the race was held in Lake George Battlefield Park because event planners were worried about the combined weight of hundreds of spectators — although the lake is covered with five inches of ice.

Only six teams competed, despite a generous prize of $2,000. Event organizer Nancy Nichols said that cold, snowy weather derailed several teams' plans to participate.

The winner of the race was a team that called themselves "HRP," an acronym that remained unknown to race officials. In second place were the perennial champions TGIPD, or "Thank God It's a Perfect Day" — a group of Lake George High School alumni who were four-time race champions through last year.

In third place was a team sponsored by the Lake George Beach Club. An encore outhouse race, again with a $2,000 cash award, is to be held Saturday, Feb. 15, presumably atop the ice.

Dozens of people lined up to taste chili samplings from area restaurants in a culinary competition. The samplings of 18 varieties of chili were provided for a modest cash donation. The event was held off the lakeside walkway in the basement of The Lagoon Tavern in the Village Mall.

The chili contest's winner was the Lake George Holiday Inn, with Chef Brad preparing his version of chili featuring pulled pork.

On Saturday, Feb. 8, a barbecue cookoff contest with samplings will be held.

Nichols said the Raptor Show held Feb. 2 at the Lake George Marriott Courtyard was popular with its live birds of prey. A representative of wildlifeinstitute.org described the birds' behavior, habitat, and the need for environmental conservation for the creatures to survive. This free show is to be repeated Feb. 22 at 10 a.m.

Over last weekend, the Marriott Courtyard also hosted bounce houses and other attractions for children in their lobby.

## THE FRIGID FUN CONTINUES

This coming weekend, Saturday, Feb. 8 and Feb. 9, the car ice races featuring custom vehicles and vintage sports cars are scheduled, but the lake ice must be 12 inches thick to accommodate the event.

Although the lake ice was only five inches thick on Jan. 29, temperatures have since plummeted, prompting Nichols to predict that the required 12 inches of ice would form, so the two days of races could be held. On Friday, Feb. 7, check the Adirondack Motor Enthusiast Club's webpage: icerace.com/schedule/ to see if the races will indeed occur. The car ice races are also to be held atop Lake George on Feb. 22 and Feb. 23.

**On Saturdays through February, the carnival offers:**

• **Make Your Own Tie-Dye Shirt in the Snow;**


A participant in Lake George Winter Carnival emerges from the basement of The Lagoon Tavern Feb. 1 with 18 samplings of gourmet chili crafted by area restaurant chefs for the festival's annual chili cookoff. This Saturday, a barbecue cookoff will be featured.    TIM WEATHERWAX

• hot chocolate and free s'mores at 5:30 p.m.; and

• fireworks at 7 p.m.

**On both Saturdays and Sundays, there are:**

• horse-drawn wagon rides for a fee;

• the entertaining Dogs Got Talent Show, open to all canine companions, 2:30 p.m.;

• the public Polar Plunge event;

and

• an array of both indoor and outdoor children's activities.

**Each Sunday from Feb. 2 through March 2, activities include:**

• Paint & Sip champagne at 10 a.m. at Lake George Holiday Inn;

• karaoke sing-alongs noon to 2 p.m.;

• Make Your Own Sundaes at noon;

• a keg toss competition at 3:30 p.m.; and

• a skillet toss contest at 4 p.m.

The latter four events are held in Shepard Park.

In addition to skating on the lake on weekends if ice thickness permits, every day through February skating is also available on artificial ice in the village's new rink in the Beach Road public parking lot, where skates can be rented for a modest charge. ∎

---

CONT FROM **HAJOS**, A6

Hajos said," I am truly honored and humbled to be chosen to lead the Association over the next year." He also spoke about "the challenges and changes the County highway community has faced and I am reminded of the resilience, adaptability and leadership of those who have taken on these roles."

In his role as NYSCHSA President, Hajos serves as a leading voice advocating for highway department priorities, growing membership, and providing resources to peers across the state.

"Whether it's advocating for funding, fostering change, or strengthening our partnership at every level of government, I see this Presidency as an opportunity to ensure our voices are heard and that NYSCHSA remains on the forefront of progress" Hajos explained.

NYSCHSA is a non-profit organization whose county superintendents, public works commissioners and affiliate members have been gathering for over 100 years to share knowledge and experience, and to build professional networks and relationships.

CONT FROM **MOVIES**, A3

"At its heart, our mission is to increase access to the arts and entertainment," explained Indian Lake Theater Board President Brian Krzykowski. "Waiving the cost of admission for kids will help make the movies a more affordable option for families."

Currently, this is only a pilot program for the month of February and the free admission program applies to all regular movies. Children must be with at least one paying adult (someone ages 18 and older). If it is well-received, theater leadership may consider extending the program and/or offering it at certain times during the year. In addition, the theater seeks to support the economic vitality of the Central Adirondacks and expects that the free ticket program will entice individuals and families to visit Indian Lake and support our neighboring businesses.

All shows will start at 7 p.m. with the exception of the Sunday matinee at 2 p.m. Tickets and concessions are available on the Indian Lake Theater website at www.indianlaketheater.org or in person at the theater. ∎

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

342338



## DENTAL Insurance

Physicians Mutual Insurance Company

A less expensive way to help get the dental care you deserve!

**FREE Information Kit**

CALL NOW! **1-855-225-1434**

✔ Get help paying dental bills and keep more money in your pocket
✔ This is real dental insurance – NOT just a discount plan
✔ You can get coverage before your next checkup

Don't wait! Call now and we'll rush you a FREE Information Kit with all the details.

**1-855-225-1434**
www.dental50plus.com/nypress

Product not available in all states. Includes the Participating (in GA: Designated) Providers and Preventive Benefits Rider. Acceptance guaranteed for one insurance policy/certificate of this type. Contact us for complete details about this insurance solicitation. This specific offer is not available in CO, NY; call 1-800-969-4781 or respond for similar offer. Certificate C250A (ID: C250E; PA: C250Q); Insurance Policy P150 (GA: P150GA; NY: P150NY; OK: P150OK; TN: P150TN). Rider kinds B438, B439 (GA: B439B).
6255I9

BIG WIRELESS COVERAGE, WITHOUT BIG WIRELESS COST.

Plans start at just $20/month.

Switch & Save Today
**844-919-1682**

**Consumer Cellular**



**Make the smart and ONLY CHOICE when tackling your roof!**

Before        After

MADE IN THE U.S.A.
Expires 4/30/2025

**LIMITED TIME OFFER! SAVE!**

**UP TO 50% OFF INSTALLATION**

Erie HOME.

**FREE ESTIMATE 1.855.492.6084**

New orders only. Does not include material costs. Cannot be combined with any other offer. Minimum purchase required. Other restrictions may apply. This is an advertisement placed on behalf of Erie Construction Mid-West, Inc ("Erie"). Offer terms and conditions may apply and the offer may not available in your area. If you call the number provided, you consent to being contacted by telephone, SMS text message, email, pre-recorded messages by Erie or its affiliates and service providers using automated technologies notwithstanding if you are on a DO NOT CALL list or register. Please review our Privacy Policy and Terms of Use on homeservicescompliance.com. All rights reserved. License numbers available at eriehome.com/erie-licenses/
342200



SAVE ON YOUR

# Travel Plans!

Up to **75%**
more than **500 Airlines**
and **300,000 Hotels** across the world!

Let us do the research for you for free... we'll save you time and money

*Spend your travel dollars when you get there not getting there!*

We're not allowed to publish fares online so call for the best rates now
**877-988-7277**

335944

Case 24-10205    Doc      255    Filed 03/27/25    Entered    03/27/25 11:05:57
Desc        Main Document                Page        61 of 94

4 • March 8, 2025 | AJ/NE Sun                    www.suncommunitynews.com                    Published by Denton Publications, Inc.

# Sports

## Bolton ends 21-year championship drought

BY RICKY ST. CLAIR

**PLATTSBURGH** | Bolton left no doubt.

The Eagles earned their long-awaited championship with a commanding 60-27 win over Schroon Lake/Newcomb on Saturday, March 1 at Clinton Community College.

It marked their first Section VII Class D boys basketball title since 2004.

Bolton's defense allowed only nine baskets, and it held the Wild Huskies to four and three points in the second and fourth quarters, respectively.

No. 10-ranked Schroon Lake/Newcomb uncharacteristically converted only two 3-pointers.

"Maybe when the light shines the brightest, we show up," Eagles head coach Cody Kober said. "Maybe we could say that. Every game, we show up with that defensive intensity.

"I know when we played them earlier in the year, they had 11 threes, so we were gonna focus on that, and we ultimately changed a few things. We

were fighting underscreens earlier in the season. We decided to fight over them this time, and just really make their guards work, so I think the boys doing that game plan right from the tip, that certainly helped us out."

No. 5-ranked Bolton raced out to an 8-0 lead thanks to five points from Sullivan Eager and three from Liam Foy.

Jace Hubert scored six of his 12 points in the second quarter, and the Eagles outscored the Wild Huskies 16-4 in the frame to build a 33-12 lead.

"We came out fired up, took our warmup seriously, and then we just got hot right out of the gate," Eager said.

Jaxon Egloff and Hubert accounted for all 12 of Bolton's points in the third, when Bolton led by as much as 24 points.

The Eagles (21-1) showed off their depth late. Four players — Egloff (15), Eager (14), Foy (13) and Hubert (12) — ended up in double figures.

Egloff was named Bolton's Player of the Game by event organizers. The sophomore already went over the

1,000-point mark earlier this season.

"My first couple years, it was really me and Jace who were the two scorers on the team, and we were very young," Egloff said. "So it's great having these other guys stepping up. Being able to dish to them, that lets us score more points and beat all these teams."

Schroon Lake/Newcomb (19-4) standout Austin Hartwell scored eight of his team-high 13 points during the third quarter. He was held scoreless beyond the 3-point line.

"We play them in the spring and summer, so we know what can happen when he gets hot," Kober said. "We really put an emphasis on, you know, if he has to score, make it a difficult shot for him. Don't let him spot up and shoot those threes.

"Credit to him for having a great career. I know he scored over 1,000 points, and he earned those, so certainly something that we had to look for."

The Eagles advanced to the state playoffs, where they will face Section



JOEY LAFRANCA/SECTION VII

Jaxon Egloff (2) was named Bolton's Player of the Game by event organizers. The sophomore scored a team-high 15 points.

X champion Harrisville at 6 p.m. on March 12 at SUNY Potsdam.

Harrisville outlasted fourth-seeded Hermon-DeKalb, a surprise winner over top-seeded Chateaugay in the semifinals, 47-31.

"You just got to know that these boys are like a family," Kober said.

"Bolton is such a tight-knit community. We're graduating 10 seniors this year in the whole school, and we have modified, JV and varsity programs.

"We've been pushing it since they were in the younger grades, and it's just really great to see them acting like a family now, and we can put it on a bigger scale." ∎

## COUGARS DEFEAT MAPLE HILL, ADVANCE TO SECTION II SEMIFINAL

BY THOM RANDALL

**TROY** | Team synergy and tenacity propelled North Warren to a victory over 2023-24 champions Maple Hill in a quarterfinal playoff game held Feb. 28 at Hudson Valley Community College.

Semaj Cuyler scored a game-high 29 points, and junior guard Coleman Swartz contributed eight points in the victory that advanced the Cougars to a Section II Class C semifinal versus No. 1 state-ranked Berne-Knox-Westerlo (BKW) set for 6:30 p.m. March 3.



MARK MOREHOUSE PHOTOGRAPHY

North Warren athletes Tyler Hitchcock (right foreground) and Wyatt Jennings (center rear) tie up Schoharie opponents during the Feb. 25 Section II Class C opener that the Cougars won 82-65. North Warren's success in their playoff campaign has depended on a tenacious full-team effort.



MARK MOREHOUSE PHOTOGRAPHY

North Warren's top scorer freshman Semaj Cuyler goes airborne to dunk the ball during a recent playoff game. Semaj repeated the feat in the Feb. 28 Section II Class C quarterfinal showdown versus Maple Hill that North Warren won 54-49, powered by Cuyler's 29 points.

Six-feet-four Semaj prompted cheers from the crowd when he made a dramatic dunk midway in the game. Also, he scored eight vital points in the final quarter.

Senior defensive weapon Elijah Horge contained Maple Hill high scorer Nick Novak to 15 points, guarding him over the length of the

court. On offense, Horge provided four points.

"It was a tough, gritty game against Maple Hill, and we definitely had to grind it out to defeat them," North Warren coach James Cuyler said, adding that the lead changed hands often.

"It was a back-and-forth battle."

Stepping up their game for this showdown were freshman Brodie Rooker and recent junior-varsity draftee Chase Scheidegger. Three of Rooker's 11 points were scored on a shot from the front corner of the court, and this fourth-quarter basket was vital to the Cougars' winning margin, coach Cuyler said.

"Brodie hit a tough, important shot," he said. "Rooker and Chase are demonstrating their heart, and they will have to bring it to the upcoming playoff games — I'm asking them to do a lot, but I know they are capable of doing it."

Top rebounders in the Maple Hill game were Semaj Cuyler, senior Wyatt Jennings, Scheidegger and junior A.J. Masiello.

North Warren, the reigning state Class D champions, face a substantial challenge

in BKW which was undefeated as of March 2.

"They are long, scrappy, share the ball well, and can do it all," Cuyler said.

He added that he expected a large crowd of spectators — not only North Warren's loyal, enthusiastic fans, but a similar turnout for BKW.



COURTESY PHOTO

North Warren guard Wyatt Jennings inbounds a pass to defensive guru Elijah Horge during the Feb. 28 Section II Class C quarterfinal game that the Cougars won 54-49.

"It will be a good, fun atmosphere, and hopefully we can get the win," he said. ∎

## CHAZY STUNS BOLTON TO REACH CLASS D FINAL

BY RICKY ST. CLAIR

**BOLTON LANDING** | The Chazy girls basketball team sent shockwaves across the state on Tuesday, Feb. 25.

Chazy stunned No. 7-ranked Bolton, 39-33, to reach the Section VII Class D championship for a third consecutive season.

Bolton had won 18 consecutive games and defeated Chazy during their regular-season meeting by 31 points.

Chazy (13-8) took advantage of a fast start and built 10-1 and 16-7 leads after the first and second quarters, respectively.

Bolton pulled within striking distance late, but Chazy was able to hold strong.

Carly LaPierre anchored Chazy with a game-high 18 points, and Kaelyn Dunbar (9) and Stephanie Barriere (8) combined for 17.

Bolton (20-2) was held to its second-lowest scoring output of the season at 33 points.

"Picked the worst time of the year to have our worst game of the year, and they played really well and were well-coached," Bolton head coach Luke Schweickert said.

Jadynn Egloff led the Bolton attack with 17 points, and Maille Kelley also finished in double figures with 12.

Bolton finished as the Mountain and Valley Athletic Conference Division II champion. ∎



United States Bankruptcy Court
for the District of Vermont

In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

**Claims Notice for Survivors of
Sexual Abuse and Others With
Claims Against the Roman Catholic
Diocese of Burlington, Vermont**

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont
information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

342338

SAVING A LIFE
EVERY 11 MINUTES!

*I'm never*
alone
Life Alert® is always
here for me.
One touch of a button
sends help fast, 24/7.

Batteries Never Need Charging

**Life Alert**

For a FREE brochure call:
**1-800-404-9776**

346481



Promote your
business for less
with **greater results**, with The Sun

THE SUN

Susan Zacharenko
MARKETING SPECIALIST

susan@suncommunitynews.com        341400

342335

# **Exhibit L**

AFFIDAVIT OF PUBLICATION
State of New York
County of Clinton   }SS.:


Ashley Alexander being duly sworn that she resides in the
Town of Keeseville, County of Clinton, New York and that she
is the Agent of the BURGH/ N COUNTRYMAN SUN
a weekly newspaper published at Plattsburgh in the
County of Clinton, and that the notice, a printed copy of
which is hereto attached, was printed in said
BURGH/ N COUNTRYMAN SUN
on the following dates:

01/11/2025  02/08/2025  03/08/2025


Signed this 10th  day of March    , 2025

_____
                                        Agent


Sworn to before me this 10th  day of March    , 2025

_____
                            Notary Public


Gayle M Alexander
Notary Public, State of New York
No. 01AL4977709
Qualified in Essex County

Commission Expires 02/11/2027
342338

**United States Bankruptcy Court
for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025**.

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont
information:* visit **vtb.uscourts.gov**

*For advice about your rights:* **contact an attorney**

Published by Denton Publications, Inc. www.suncommunitynews.com BG/NC Sun | January 11, 2025 • 5

# State awards $51M for home purchase, rehab

### North Country housing nonprofits received significant funding

**ALBANY** | Governor Kathy Hochul has announced that 1,060 households will benefit from $51 million in grants to support affordable homeownership. The awards will help low- and moderate-income families make repairs, accessibility modifications or safety upgrades to their homes, replace manufactured homes, and provide down payment assistance for first-time buyers. The Dec. 27 announcement complements the Governor's $25 billion comprehensive Housing Plan, which is on track to create and preserve 100,000 affordable homes statewide.

"This investment will make the dream of homeownership attainable and manageable for more than 1,000 households, allowing families and individuals across New York to live safely and affordably in homes of their own," Gov. Hochul said. "My administration is committed to increasing affordability for families and putting every tool at our disposal to work to address our housing crisis."

The grants — administered by New York State Homes and Community Renewal's Office of Community Renewal — were awarded to nonprofit organizations and localities to help preserve affordable housing, support veterans and older New Yorkers, increase access to homeownership, and strengthen local economies.

### NORTH COUNTRY AWARDS

**CDBG,** Essex Co. Single and Multi-Unit Housing Rehabilitation (1-4-unit buildings), $700,000

**Access to Home,** Friends of the North Country Inc. Accessibility Modifications, $150,000

**MMHR** Friends of the North Country, Inc. Mobile & Manufactured Home Replacement, $500,000

**HOME** Friends Housing Rehabilitation, $300,000

**MMHR** Housing Assistance Program of Essex Co., Inc. Mobile & Manufactured Home Replacement, $465,000

**HOME** Housing Assistance Program of Essex Co., Inc. Homebuyer Down Payment Assistance, $649,000

**HOME** Pride of Ticonderoga, Inc. (DBA North Country Rural Development Commission, NRDC) Housing Rehabilitation, $500,000

**HOME** Pride of Ticonderoga, Inc. Manufactured Housing Replacement, $1,180,000

**CDBG** Town of Chesterfield. Single Unit Housing Rehabilitation, $377,600

**CDBG** Town of Jay. Single Unit Housing Rehabilitation, $300,000

**CDBG** Town of Moriah. Single Unit Housing Rehabilitation, $472,000

The awards are made through state and federally funded programs, including NYS HOME, NYS Community Development Block Grant, Access to Home, Access to Home for Heroes, Access to Home for Medicaid, Mobile and Manufactured Home Replacement, and RESTORE. Each program accepts applications in an annual competitive funding round.

**NYS HOME Program** funds can be used to acquire and/or rehabilitate single-family housing, provide down payment assistance, replace dilapidated mobile and manufactured homes as well as provide tenant based rental assistance to households with incomes at or below 80 percent of Area Median Income.

**NYS Community Development Block Grant Program (CDBG)** provides federal funds to help localities with projects that improve communities and benefit their residents. Housing grants can be used to rehabilitate owner-occupied or renter-occupied homes, down payment assistance for low- and moderate-income first-time homebuyers, and private water/wastewater system assistance for low- and moderate-income homeowners.

SEE **HOUSING**, A7



January 2023 January 2024
May 2024 August 2024

NRDC FACEBOOK
NRDC/Pride of Ticonderoga, Inc., received RESTORE, CDBG and HOME grants, enabling it to continue its work in the Ticonderoga area.



## County Floors
*FAMILY OWNED FOR OVER 30 YEARS*

Fully Insured
References Available

**Sales, Installation, Sanding & Finishing**

Visit our Saratoga showroom by appointment
or our website at **www.countyfloors.com**
**(518) 587-9321**

---

*The Area's Largest Selection of Serta Mattresses!*

Serta



**America's MATTRESS®**

Save on iComfort mattresses with feel-good breathable comfort layers, that offer cooling, support and pressure relief!

Mon.-Fri. 10-5 • Weekends by appt.
23 Weed Street, Plattsburgh, NY
Near Georgia Pacific - Exit 38 South, left on Boynton Ave., cross railroad tracks, right on Weed St.
518-566-9950 • www.americasmattress.com

---



FOSTER PARENTS ARE NEEDED IN YOUR AREA
Become a Foster Parent with Together For Youth!

Call today to learn more:
(518) 907-8000

SCAN HERE

---



BOAT HOUSE ROW

Saturday, Jan. 18 @ 7pm

STRAND CENTER
FOR THE ARTS

(518) 563-1604
StrandCenter.org

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

**Francis "Frank" Rock**
— will be —
**90 on January 19th**

Please flood him with cards at
**8032 US Route 9,
Elizabethtown, NY 12932**



the **32nd annual**

Join the Celebration!

## YANKEE SPORTSMAN'S CLASSIC

### Hunting, Fishing, & Outdoor Show

Over 130 Exhibitors, Free Seminars & Attractions

# JAN 17 - 19 2025

**Friday 12-6, Saturday 9-6, Sunday 9-4**

Adults: $13 to Attend All 3 Days! Children: $5 - Children Under 3 Free

**Robert E. Miller Expo Center, Fairgrounds, Essex Junction, VT**

For more information, call
802-238-7501 or visit **www.yankeeclassic.net**

2 • February 8, 2025 | BG/NC Sun          www.suncommunitynews.com                                    Published by Denton Publications, Inc.

**ONLINE ONLY**
*THIS WEEK AT*

suncommunitynews.com

- Regional blood drives held through February
- Chateaugay woman sentenced to prison for local drug crimes
- CCHA fills Feb. schedule with Plattsburgh history
- SUNY Plattsburgh's Life Long Learning Series begins
- CCC welcomes Olympic torchbearer alum for special presentation
- Recent rash of prison exposures prompt calls for action
- North Country Chamber: U.S. tariffs on Canada are binationally harmful
- State observes Firefighter Cancer Awareness Month with legislation
- First annual Vintage Snowmobile Races launch in Malone
- Union: Specialized DEC, State Park units remain critically understaffed
- Fort Ti's Living History continues with "His Majesty's Garrison"
- State continues to monitor avian flu
- State Park attendance hits record high
- Direct File helps New Yorkers file taxes easily
- Consumer Protection warns of Super Bowl ticket scams
- N.Y. makes higher ed more affordable
- DMV warns public of 'crash for cash' scams
- DMV vigilant about recovering stolen cars and parts

**THE SUN**
suncommunitynews.com

# PEACEFUL PATHWAYS: MENTAL HEALTH COUNSELING PRACTICE OPENS IN PLATTSBURGH

'Change starts with you.'

BY KIM DEDAM

PLATTSBURGH | Support for mental health care has a new resource here with the addition of Peaceful Pathways Mental Health Counseling Services PLLC. Founded by Licensed Mental Health Counselor (LMHC) Takia Feliciano, the counseling practice takes a peaceful, balanced path to well-being.

"Our work is centered on promoting peace to one's spirit, peace also symbolizes balance," Feliciano said in an interview with The Sun. "Balance finds the place where one's mind, body and spirit are all on the same page. And the pathway leads the way to ease overall.

"Everyone has a particular life journey and calling," she said. "We take a holistic approach to mental health care with a more collaborative effort, recognizing how different types of wellness work together."



Takia Feliciano, LMHC-D CASAC, clinical director, Peaceful Pathways Mental Health Counseling Services PLLC

Efforts can include nutrition support and referral for medical care and outreach for school and family resources.

"We are offering the community a practice that strives to empower everyday people to tell their story and understand themselves to make a meaningful difference in their life," she said.

Sessions can involve individual, family or group therapy, based on need.

"We can reach children, especially



PEACEFUL PATHWAYS
MENTAL HEALTH COUNSELING SERVICES

PHOTOS BY JASON WYSON

teens, by doing a lot of preventive work and working with their supports to create a pathway of healing and a pattern to break family dysfunction cycles."

Connecting with youth has long been part of Feliciano's focus, having worked as a traveling school-based mental health therapist. She also maintains a Credential in Alcohol and Substance Abuse Counseling (CASAC), a separate step in licensure.

"I decided to have both because at times they go hand-in-hand," she said. "This allows for a trauma-informed approach to mental health care."

Care at Peaceful Pathways offers people a way to explore, heal and grow.

"We use cognitive behavior therapy to talk through thinking styles that can create anxiety and fuel depression," Feliciano said. "We support care through grief and loss, divorce or

partner separation, and attachment styles. Many times, people have issues with relationship related to an unseen attachment style they learned as a child."

Peaceful Pathways offers a safe space to understand unresolved childhood wounds, and how these affect relationship and unhealthy ways of coping, she said.

Counseling for mental well-being can also include culturally sensitive; person-centered and psycho-dynamic therapy. The new practice offers care for a reach and range of challenges, including trauma, obsessive-compulsive disorder (OCD) and management, self-esteem, self-harm, life transitions, social anxiety, mood disorders and substance abuse, among many other challenges.

**STRENGTHEN COMMUNITY**

Mental health support is foundational in a strong community, Feliciano said.

"There is a growing call in society for mental health support. Our efforts strive to break the stigma of mental health care, helping people truly realize that mental health well-being is non-discriminatory. Challenges can impact anyone of any socio-economic status, race, gender, education level or age. Our practice is focused across the lifespan. From children to older adults, we offer a safe haven of peace for anyone and everyone."

Feliciano chose to become a mental health counselor to provide community with resources she said she felt her family needed growing up in New York City.

"There was a lot of trauma, poverty and substance abuse issues, living in a culture where you felt you couldn't have a voice. People around me weren't at peace within themselves, and I wanted to help other people break their particular cycles.

SEE **COUNSELING**, A4

---

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

342338

# ORTHODOX CHRISTIAN WORSHIP SERVICES
## IN PLATTSBURGH

**Divine Liturgy**
**Saturday, February 15th, 2025**
**10:00am**

**Services at the United Methodist Church**
**127 Beekman St., Plattsburgh**

For more information call Fr. Terenti at 518-369-2430
or email: 1954tlw@gmail.com

*All are welcome!*
*Please join our growing congregation!*

343692

---



## Rambach's Valentine's Day Celebration

Heart-Shaped Cheesecake
with Fresh Strawberries
Heart-Shaped
Cakes and Cookies
Valentine Cupcakes
Chocolate Dipped
Strawberries

## RAMBACH'S
### BAKERY & FUDGE
**Hours: Tuesday– Saturday, 6AM - 3PM**

65 So. Peru St. • Plattsburgh • (518) 563-1721

343721

# Valentine's Day Special

## JUMBO THREE SHRIMP COCKTAIL
## WHOLE MAINE LOBSTER
## W/ TWO SIDES

### $32.00 Per Person

*No Reservations Accepted*
*Gift Certificates Available*



1785 Military Turnpike
Plattsburgh, NY 12901

**518-LOB-STER (562-7837)**

Fax: 518-562-2899

343322

Published by Denton Publications, Inc.  www.suncommunitynews.com  BG/NC Sun | March 8, 2025 • 5

**CONT FROM SHAMROCK RUN,** A1

The Shamrock Shuffle is a 2-loop race that creates a flat, fast route. The first 50 finishers, age 21 and older, will receive a free beer courtesy of Valcour Brewing. Prizes will be awarded to top three male and female finishers.

Senecal described the annual Shamrock Shuffle as a fun way for the community to support initiatives that make a meaningful difference in patients' lives. Proceeds from previous Shuffles have helped to support the Adult Inpatient Mental Health Unit, The Foundation's Travel Fund, CVPH Cardiology and bassinets for the Women and Children's Center.

"We are fortunate to be part of a community that believes in helping others and comes together (at events like this) to make a difference in lives of their friends and neighbors," said CVPH Associate Vice President of Philanthropy Kerry Haley.

For more information call at 518-314-3359 or email msenecal@cvph.org. Learn more about the Foundation at UVMHealth.org/CVPHFoundation. ∎



PHOTO PROVIDED

Proceeds from previous Shuffles have helped to support the Adult Inpatient Mental Health Unit, The Foundation's Travel Fund, CVPH Cardiology and bassinets for the Women and Children's Center.



*Amazing*

HAIRCARE

34 Skyway Plaza • Plattsburgh, NY

TODAY IS
YOUR LUCKY DAY!
$75 FOR $65
SPIRAL PERM SPECIAL $125
(expires 3/31/25)

- Call Debbie at (518) 561-3205 -

**United States Bankruptcy Court
for the District of Vermont
In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC**

### Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney

*The Area's Largest Selection of Serta Mattresses!*

Serta


**America's MATTRESS**

Save on iComfort mattresses with feel-good breathable comfort layers, that offer cooling, support and pressure relief!

Mon.-Fri. 10-5 • Weekends by appt.
23 Weed Street, Plattsburgh, NY
Near Georgia Pacific - Exit 38 South, left on Boynton Ave., cross railroad tracks, right on Weed St.
518-566-9950 • www.americasmattress.com



Parker Family Maple Farm
www.parkerfamilymaple.com

ADULTS - $16
KIDS (6-10) -$10
(5 & UNDER FREE!)

ALL-YOU-CAN-EAT BREAKFAST!

1043 SLOSSON RD.
WEST CHAZY, NY

518-493-4761

EVERY WEEKEND IN MARCH
8AM - 1PM

*FOR FULL DETAILS CHECK OUR FACEBOOK PAGE AND WEBSITE EVENTS PAGE

**Need a website?**
We can design, host, and optimize your site for SEO.

THE SUN
suncommunitynews.agency



HOT CROSS BUNS Now til Easter

Luck of the Irish
Balloon Bust

SATURDAY & SUNDAY
MARCH 15 & 16

Spend $5 Bust a Balloon • Win A Prize!

Hours: 6 am to 3 pm

RAMBACH'S BAKERY & FUDGE
65 SO. PERU ST., PLATTSBURGH • (518) 563-1721

# Exhibit M

AFFIDAVIT OF PUBLICATION
State of New York
County of Essex    }SS.:


Ashley Alexander being duly sworn that she resides in the
Town of Keeseville, County of Clinton, New York and that she
is the Agent of the TT SUN
a weekly newspaper published at Ticonderoga in the
County of Essex, and that the notice, a printed copy of
which is hereto attached, was printed in said
TT SUN
on the following dates:

01/11/2025  02/08/2025  03/08/2025


Signed this 10th  day of March     , 2025

_____
                                    Agent


Sworn to before me this 10th  day of March    , 2025

_____
                        Notary Public


Gayle M Alexander
Notary Public, State of New York
No. 01AL4977709
Qualified in Essex County

Commission Expires 02/11/2027
342338

**United States Bankruptcy Court
for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* **contact an attorney**

2 • January 11, 2025 | TT Sun   www.suncommunitynews.com   Published by Denton Publications, Inc.

**ONLINE ONLY**
**THIS WEEK AT**

suncommunitynews.com

- Stewart's Shops raises $1.75M+ for children's charities

- State's new Wellness Challenge launches New Year's Day

- Flood warnings issued for northern N.Y.

- Peter Bauer steps down after 35 years with Protect the Adirondacks

- BoatUS offers free boating safety course

- Workers' comp. and Paid Family Leave benefits go up Jan. 1

- Hochul highlights highway, bridge improvements made in 2024

- Nearly $6.5B in food assistance delivered in N.Y. in 2024

- State cannabis industry hits historic milestone

- Gillibrand announces assignment to Appropriations Committee

- $32M boosts NYSDOT's greenhouse gas reduction efforts

- Hochul recaps strides made for New Yorkers in 2024



**THE SUN**

suncommunitynews.com

**CONT FROM TRAGEDY,** A1

On Friday, Jan. 17, the Knights of Columbus will host a Chicken BBQ fundraiser at their 103 Montcalm St. location to help alleviate the financial strain the family now faces.

"The Whitfords (Jim and Katie, along with their children) have been great friends of mine and my husband for many years," said Jami Dedrick, event organizer. "To see these people go through something so unfortunate and devastating is heartbreaking. We

had to do something to try and lessen the pain. With the family having very little, to any, insurance money, I knew this was going to be a time where

Ticonderoga (and surrounding communities) do what they do best- come together for each other."

Doors will open at noon on the 17th for the basket raffle, with eat-in and take-out kicking off at 5 p.m., as well as the cash bar. From 6 p.m. to 9 p.m., there will be live music featuring the local band Hodgepodge.

To reserve tickets, please call the K of C at 518-585-6520. There is a $20 donation per ticket.

For those who can't make the BBQ but would like to contribute, the following evening on Saturday, Jan. 18 Ledge Hill Brewery will host the Chrissie Romano Band, with musicians Ken and Chrissie

contributing their pay to the Whitfords and Ledge Hill will be donating ten percent of the evening's beer sales as well. There will also be a donation box out.

"I'm personally humbled by the generosity that people show when tragedy strikes- it is times like these that a sense of human decency restores faith in humanity," Dedrick noted. "My

father-in-law, Bob Dedrick, many years ago, came up with the slogan, "It's a great day to be a Sentinel." He hit the nail on the head with that, it truly is a great day every day to be a sentinel."

A GoFundMe has also been organized by Chandler Whitford and may be accessed at https://gofund.me/fa7e84c1. ∎



PHOTO COURTESY OF KODY WHITFORD

The Dec. 30 fire destroyed everything the Whitfords owned, and also claimed the lives of their three precious cats.

# Great Camp Santanoni continues Winter Weekends

**NEWCOMB** | The Adirondack Architectural Heritage (AARCH) and Discover Newcomb, NY, will continue its popular free Winter Weekends at Great Camp Santanoni in Newcomb.

For three weekends the public will get a rare opportunity to enter the Camp's buildings and take short interpretive tours with Adirondack Architectural Heritage volunteers. The 10-mile round-trip follows gently rolling terrain and takes skiers and snowshoers past the Santanoni Farm and through the Forest Preserve on a wide, old road untouched by vehicles.

The Artist's Studio, a stone building near the Main Lodge on the shores of Newcomb Lake, will be open as a warming hut. While there, enjoy free coffee, tea, or hot chocolate by the woodstove. Snowshoes provided by the Adirondack Interpretive Center (AIC) will be available to borrow at the trailhead if needed. Visitors are also encouraged to take the half-mile trail that connects the Santanoni Road to the Adirondack Interpretive Center's 3.6-mile trail system. The Center's buildings will be open during these weekends.

Winter Weekends is hosted by the



CAMP SANTANONI FACEBOOK

Camp Santanoni's three Winter Weekends offer a rare opportunity to see the Camp's buildings from the inside, as well as tour the property on skis or snowshoes.

Adirondack Architectural Heritage, NYS Department of Environmental Conservation (DEC), the Town of Newcomb, and the Adirondack Interpretive Center.

Because backcountry winter conditions can change quickly, come prepared with extra warm clothing and adequate supplies for your trip.

Camp Santanoni is located at 58 Newcomb Drive. The three Winter Weekends are Jan. 18-20, Feb. 15-17, and March 15-16 from 10 a.m. to 3 p.m.. ∎

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

342338



HAPPY NEW YEAR!

*Dear Friends of the North Country SPCA,*
We, the Staff, the Board, and of course ALL THE CATS AND DOGS thank you for your wonderfully generous support and commitment to the shelter.
This past year, many animals found loving forever homes. You made that possible! THANK YOU.

NORTH COUNTRY SPCA

NORTH COUNTRY SPCA P.O. Box 55, Elizabethtown NY 12932
Phone: 518-873-5000 Website: www.ncspca.org

342345



**THE SUN**

**Our Upcoming**
**SPECIAL SECTIONS**

**February 2025**

| | |
|---|---|
| February 1: | Find The Snowball Contest |
| February 1: | Valentine's Day |
| February 1: | Heart Month |
| February 8: | Valentine's Day |
| February 15: | Families First Guide |
| February 15: | Senior Life - Clinton County |
| February 22: | Ti End of Winter Carnival |
| Date TBD: | Hague Winter Weekend, Hague Fishing Tournament, Chazy Winterfest, Lewis Fish Fry, Mid Winter Adventures |

**TO PARTICIPATE, ASK YOUR MARKETING SPECIALIST!**
Email: susan@suncommunitynews.com
or Call: (518) 585-9173

341979

Published by Denton Publications, Inc.    www.suncommunitynews.com

TT Sun | **February 8, 2025 • 7**

## CONT FROM ANCA, A1

In September 2024, ANCA was awarded a United States Department of Agriculture Rural Business Development Grant (RBDG) to support a series of educational programs for small businesses and entrepreneurs in the Adirondack North Country. These programs were developed in partnership with the Ticonderoga Area Chamber of Commerce (TACC) and the Saranac Lake Area Chamber of Commerce (SLACC).

ANCA Small Business Program Director Lauren Richard said the impetus for the educational series was her team's assessment of gaps in technical assistance observed through their ongoing work with small businesses. "During and following the pandemic, we have gained so much insight about the technical services small businesses really want and need," she said. "Feedback about ANCA programming over the last several years, as well as collaborations with regional partners and service providers who work closely with local businesses, have given us a strong understanding of where entrepreneurs can really use more support."

ANCA staff identified five key areas that continue to challenge business owners in the rural North Country and lack adequate funding support among ANCA's network of partner organizations. These areas of focus include: membership-based businesses, digital empowerment and marketing, value-added food businesses and agriculture, leadership development and strategic planning, and improving workplaces through an equity lens.

"We are thrilled to be working with our partners at ANCA

to implement outstanding programs through this joint USDA Rural Business Development Grant," said Matthew Courtright, TACC President and CEO. "As TACC remains focused on business support, programs, services, and development, strong partnerships and collaboration will be key. We would like to thank the team at ANCA for their leadership, assistance, and continued partnership. Continued great things are ahead."

To increase access to their 2025 programs, the partners will offer a hybrid format for many workshops and one-on-one follow-up with participants for some programs. Several learning and networking opportunities supported by the RBDG are set for February through May 2025.

An eight-week food business lab course for individuals interested in establishing value-added food and farm businesses will begin on Tuesday, Feb. 4, with content provided by the Hannah Grimes Center for Entrepreneurship. In March, ANCA and TACC will host a three-part series on strategic planning and leadership development for businesses and entrepreneurs followed by another three-part series on digital empowerment and marketing for businesses.

Spring programming will culminate with ANCA's signature



PHOTO PROVIDED
In October, ANCA and SLACC hosted a "Mastering Membership Growth" workshop for membership-based businesses.

Small Communities. Big Opportunities. business conference, which will be held jointly for the first time with ANCA's annual Clean Energy Conference. The joint conference, scheduled for April 30 to May 2, 2025, will present a variety of opportunities for entrepreneurs to learn from and connect with fellow North Country business owners, community leaders, and other stakeholders who are invested in strengthening the region's entrepreneurial economy through collaborative, action-oriented initiatives.

The 2025 slate of programming follows two successful RBDG-supported events in fall 2024. In October, ANCA and SLACC hosted a day-long Mastering Membership Growth: Strategies for Attracting, Retaining, and Thriving workshop for membership-based businesses and nonprofits. The workshop was led by Mindy Audlin, a mission-driven leadership trainer and community engagement expert, and included hands-on activities and group discussions to provide participants with strategies to grow membership support around their mission. Participants left with an actionable Membership Growth Plan, as well as tools, insights and a step-by-step guide on how to sustain and grow membership over time.

In November, ANCA hosted a Creating Inclusive Workplaces panel discussion as part of its Adirondack Diversity Initiative Symposium at Paul Smith's College. Led by TACC President and CEO Matthew Courtright, panelists covered topics including steps their organizations have taken to embrace diversity and inclusion, how those efforts have affected employees at their organization, and what processes are in place to assess the status of these efforts.

More information on ANCA's small business programming and other events can be found at Adirondack.org/events. ∎

## CONT FROM BUDGET, A6

Hochul included $290 million for improvements to the criminal justice system with funding for law enforcement and district attorneys. The Executive Budget allocates $35 million to protect at-risk sites from hate crimes through the Securing Communities Against Hate

Crimes initiative and $13 million would establish a new State Crime Analysis and Joint Special Operations Command Headquarters (CA-JSOC).

A $30 million investment would support volunteer fire departments and emergency medical services (EMS).

Hochul wants to provide $2.5 million for Mobile Medication Units in rural areas to help address the opioid crisis.

The Executive Budget has to blend with spending plans being developed by state legislature. New York's final budget deadline for fiscal year 2025-26 is April 1. ∎

### NORTH COUNTRY RESPONSE

Assemblyman Billy Jones said that, while the proposed Executive Budget is a daunting number, the governor included important funding that will benefit the North Country.

"This is very early in the State Budget process as the Executive was just proposed and we will be working through the legislative process in the next several weeks. A $100 million increase to CHIPS aid will help our local governments maintain and repair roads, which is needed across the region," Jones said.

"And $100 million for the construction of new childcare facilities will also be instrumental in addressing the needs of childcare deserts like the North Country. A nearly $10 million increase to the volunteer fire department capital fund will also provide local fire departments with the opportunity to make necessary improvements. Our fire departments in the North Country are in need of more equipment and capital upgrades, and I will fight for more funding for them.

"Over the next few weeks, I will also continue to push for important funding for agriculture, seniors, school districts, and local governments that I have secured previously in the final budgets."

State Senator Dan Stec said middle-class tax cuts and child tax credit are being slow-rolled, with a two-year phase-in for each.

"These inadequate proposals do not come close to meeting the immediate needs of our residents and do little to address the immediate and ongoing affordability crises we face. Instead of gimmick checks and an insulting 0.2 percent tax cut for families, there must be substantive tax relief and state government needs to rein in its out-of-control, rampant spending."

Clinton County Legislative Chairman Mark Henry said they are reviewing details in the governor's budget.

"We will continue to work closely with our state representatives and stakeholders to thoroughly examine the details and advocate for policies that provide meaningful tax relief and reduce already burdensome property taxes."

At the North Country Chamber of Commerce, President Garry Douglas said every State budget is a massive, complex document which everyone will find items to both agree and disagree with. He highlighted Hochul's sustained commitment to the Olympic Regional Development Authority (ORDA), which includes $110 million with $85 million for Olympic sport venues and facilities.

"This demonstrates the governor's support for our region's special place in world sports, her understanding that capital investments must be continuous and, I believe, her well-justified confidence in the ORDA team led by Ashley Walden," Douglas said. "We also welcome ... fresh commitments to affordable access to child care and housing, which continue to be priorities for employers across our region."

#### IN-HOME SERVICES FOR ELDERS

AARP New York State Director Beth Finkel said the Executive Budget plan contains good news for older New Yorkers and family caregivers.

"She recognizes the urgent need for better fiscal support of the services that enhance the lives of the state's rapidly aging population," Finkel said. "By proposing to increase funding

by $45 million for non-medical in-home services provided through the State Office for the Aging, the Governor is making a commitment to older adults who deserve the assistance they require to age safely and with dignity in their own homes, where they prefer to be.

"We're pleased to see the Governor is aiming to protect the financial security of older adults by allowing banks and financial institutions to place a hold on a suspicious transaction if they suspect financial exploitation. Older adults are uniquely vulnerable to financial exploitation and these measures will ensure older New Yorkers are able to safeguard their hard-earned assets," Finkel said.

#### FARM-TO-SCHOOL

The American Farmland Trust was encouraged by Hochul's continued support for farm-to-school initiatives, including funding the 30 percent Farm to School Reimbursement Incentive Program at $10 million and Farm to School Grants at $1.5 million.

"However, the 30 percent reimbursement program remains inaccessible for most School Food Authorities (SFAs) across the state, with only 7 percent of total state SFAs having participated in this program since 2018," AFT said.

In a recent AFT and National Farm to School Network research report, over 70 percent of School Food Authorities surveyed indicated they would purchase more local foods from New York farmers, producers, food hubs, and distributors if breakfast was included in the program.

The complete budget book is available to download: governor.ny.gov ∎

United States Bankruptcy Court
for the District of Vermont
In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

342338

## DENTAL Insurance

Physicians Mutual Insurance Company

A less expensive way to help
get the dental care you deserve!

**FREE**
Information Kit

CALL
NOW!  **1-855-225-1434**

☑ Get help paying dental bills and keep more money in your pocket
☑ This is real dental insurance — NOT just a discount plan
☑ You can get coverage before your next checkup

**1-855-225-1434**
Visit us online at
www.dental50plus.com/nypress

**Don't wait! Call now and we'll rush you a FREE Information Kit with all the details.**

Product not available in all states. Includes the Participating (in GA: Designated) Providers and Preventive Benefits. Acceptance guaranteed for one insurance policy/certificate of this type. Contact us for complete details about this insurance solicitation including costs and limitations. This specific offer is not available in CO, NY; call 1-888-799-4433 or respond for similar offer in your state. Certificate C250A (ID: C250E; PA: C250Q); Insurance Policy P150 (GA: P150GA; NY: P150NY; OK: P150OK; TN: P150TN). Rider kinds B438/B439. 6347

## SAVE ON YOUR
## Travel Plans!

Up to 75%
more than 500 Airlines
and 300,000 Hotels across the world!

Let us do the research for you for free... we'll save you  time and money

*Spend your travel dollars where you get there not getting there!*

We're not allowed to publish fares
online so call for the best rates now  **877-988-7277**

332646

## Make the smart and *ONLY CHOICE* when tackling your roof!

Before    After

**LIMITED TIME OFFER! SAVE!**

**UP TO 50% OFF INSTALLATION**



ERIEHOME.

**FREE ESTIMATE**
**1.855.492.6084**

MADE IN THE U.S.A.

New orders only. Does not include material costs. Cannot be combined with any other offer. Minimum purchase required. Other restrictions may apply. This is an advertisement placed on behalf of Erie Construction Mid-West, Inc ("Erie"). Offer terms and conditions may apply and the offer may not available in your area. If you call the number provided, you consent to being contacted by telephone, SMS text message, email, pre-recorded messages by Erie or its affiliates and service providers using automated technologies notwithstanding if you are on a DO NOT CALL list or register. Please review our Privacy Policy and Terms of Use on homeservicescompliance.com. All rights reserved. License numbers available at erieHome.com/erie-licenses/  342260

## BIG WIRELESS COVERAGE, WITHOUT BIG WIRELESS COST.

Plans start at just $20/month.

Switch & Save Today
**844-919-1682**

Consumer Cellular

332474





Published by Denton Publications, Inc.
www.suncommunitynews.com
TT Sun | March 8, 2025 • 3

**CONT FROM SUNDERLAND, A1**

Sunderland's parents, both school teachers, grew up in the North Country. Hospitality was in the family blood, with Sunderland's grandfather working at the Lake Placid Club, and her father having been employed at the original Brown Swan Club back in the day. Sunderland's parents decided they wanted to own their own place nestled in the Adirondacks, and after viewing a few locations, they discovered the beautiful spot on Paradox that they purchased in 1950. The heart of the property sold for $13,000 three-quarters of a century ago, the small group of cabins having originally catered to hunters and fishermen.

"When we first went up there there was an ice house with blocks of ice," Sunderland recalled.

The Sunderlands began renovation work right away, enlisting the aid of friends to modernize and add indoor plumbing to the accommodations. With full kitchens and enlarged porches, each cabin is intentionally unique. All comfortable and modern, the Sunderlands have made sure to retain a balance so that they still feel rustic and with Adirondack flair, the type of character and charm their guests seek out when coming to the area.

"Paradox Lake is beautiful," Sunderland said. "I know I am biased, but our place on the lake is particularly beautiful."

It's no wonder she feels that way. As the morning sun greets the surface of Paradox Lake, Sunderland walks out to the peninsula (known affectionately as "the point"), where in the springtime Lady Slippers adorn the path. The panoramic view of the lake stretches out ahead during all seasons of the year, and at nighttime, with the lack of light pollution offering a front row seat to the stars, constellations, and heaven above.

"There is always a family of loons that nest nearby and bring their babies into the cove- I think the loons feel it is a safe spot," Sunderland revealed. "We see the loons when they are little and fluffy and on their parents' backs, and we get to witness their parents teaching them to fish."

And because the cabins were constructed decades and another lifetime ago, they were free of current zoning codes, which means that many of them are so close to the lake that guests can cast fishing lines right off the decks. One of the decks looks straight down into the lake, so much so that the family of loons swimming under the water is visible. If ever there was an Adirondack paradise, Sunderland Cottages is it.

"I think our guests seek out and relish that type of environment," Sunderland noted. "People can be as social or as solitary as they want to be, there is plenty of room for both. We always feel like the place selects the people, the people who love it there keep coming back, the place draws them in."

Included in a stay at the cabins are use of the grounds, kayaks and paddleboards and canoes and row boats provided on the house. There are no hidden fees, the price of booking straightforward and fair, as it has been for over half a century. Some cabins have exceptionally large porches and decks, providing an ideal space for guests to gather and socialize, extended families and groups of friends able to mingle and relish their time on the lake. One of the cottages even has a wheelchair ramp and wide doorways, allowing people with disability or the elderly to still have the opportunity for a comfortable stay. Sunderland said they are welcoming and inclusive of all: people of color, diverse





PHOTOS COURTESY OF SUNDERLAND COTTAGES

religions, LGBTQIA, etc.

"Some people have met here and keep coming back after 30 years, they will reserve at the same time," said Sunderland. "We are in the third generation of people bringing their grandchildren to stay. Guests who had honeymoons here 40 years ago return because they want to see if the place is still here and they say it is just as beautiful as it was. We have the kind of longevity where people remember us for special times that happened here."

Seventy-five years of continuity- even during the pandemic- hasn't been without its challenges. There is the constant upkeep of the cabins and property, keeping everything clean and maintained. Sunderland and her sister are by no means young, but they nevertheless are completely hands-on in their management responsibilities.

"Our challenges in the last couple of years are that we are facing a lot of competition from Airbnb kinds of places, people who come and build a palace on Paradox and rent it most of the time," Sunderland explained. "They don't have the same kinds of requirements that we have from the Department of Health, we have unannounced inspections and have to be ready and have everything in place just the way they want it. We have to be constantly vigilant.

That vigilance carries over into also desiring to be good stewards of the environment, protection of the natural beauty of the property at the forefront of Sunderlands' minds.

"I have developed a pollinator garden and grow vegetables and flowers," Sunderland said. "We are careful about light pollution and don't have bright lights at night. We have on-site composting and ask guests to divide recyclables. We use green cleaning products. We don't allow motor boats; even though Paradox doesn't disallow, we don't allow them because we like the quiet lake and no oil on the top of it."

Sunderland also has concern that the current political climate may have ripple effects this upcoming visitor season.

"We have in the past had a lot of Canadian visitors and I think them being discouraged from coming down will affect the entire Adirondack region and beyond," she said. "I see that as a challenge coming on."

For Sunderland, the best part of the journey has been mixing work with her personal life. Celebrating the highs, working through the lows, and frequent meetings throughout the seasons have resulted in her family relationships having becoming deeper, richer, and more intertwined.







"Paradox Lake is beautiful," Toni Sunderland said. "I know I am biased, but our place on the lake is particularly beautiful."

"I think of the property as being priceless," Sunderland said.

Sunderland and Lakeside Cottages is open mid-June through October. To experience the property firsthand, please call 518-502-9896, or email sunderlandcottages@gmail.com. Follow their Facebook for updates at facebook.com/adirondacklakesidecottages. ■



**Knights of Columbus St. Patrick's Celebration**

**Corned Beef Sandwiches**
**Thurs. March 14**
Open at 11am, serving at 12pm.
Sandwich served with Fries and Cole Slaw • $15 per meal.
Reservations not required. Sit-Down or Take-Out.

**Irishman of the Year Dinner**
*Rollin Slattery*
**Sat. March 15, 2025**
$15 per person. Reservations Recommended.
4:30pm    Doors Open
6:00pm    Corned Beef, Potatoes & Cabbage Dinner
7:00pm    Roast of Irishman of the Year
          Music by Dan Rabideau

WE ACCEPT    518-585-6520
             TiKnights333@gmail.com
             103 Montcalm St, Ticonderoga NY

---

Make the smart and *ONLY CHOICE* when tackling your roof!

Before    After

**LIMITED TIME OFFER! SAVE!**

**UP TO 50% OFF INSTALLATION**

ERIEHOME.    FREE ESTIMATE
             1.855.492.6084
             Expires 4/30/2025

---

**Paper & Pencil RESTAURANT**

The Flavors of *Ireland* all weekend, Fri. 3/14 - Mon. 3/17

Irish Soup, Mini Cottage Pies, House Brined Corned beef with cabbage, Guiness Mac and Cheese, and Bailey's Pots De Crème for dessert

PaperandPencilrestaurant.com
Phone: 518-503-5275
117 Burgoyne Road
Ticonderoga, NY

---

**United States Bankruptcy Court for the District of Vermont**
**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

**Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont**

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

---

**PICTURE PERFECT, NOW**

WAIT UNTIL «« YOU TASTE IT

OMAHA STEAKS

**GET 8 FREE BURGERS** A $22 value

**Butcher's Classic Pack** SAVE 57%
4  Butcher's Cut Filet Mignons (5 oz.)
4  Air-Chilled Boneless Chicken Breasts (5 oz.)
4  PureGround™ Filet Mignon Burgers (6 oz.)
4  Gourmet Jumbo Franks (3 oz.)
4  Individual Scalloped Potatoes (3.8 oz.)
4  Caramel Apple Tartlets (4 oz.)
1  Omaha Steaks Seasoning (3 oz.)
8  FREE Omaha Steaks Burgers (4 oz.)

78237XDS    separately $300.93
$129.99    SPECIAL INTRODUCTORY PRICE

**ORDER NOW!**    OmahaSteaks.com/ClassicPack7199 | 1.833.897.4133
                  Ask for your FREE burgers with offer 78237XDS

# **Exhibit N**

AFFIDAVIT OF PUBLICATION
State of New York
County of Essex    }SS.:


Ashley Alexander being duly sworn that she resides in the
Town of Keeseville, County of Clinton, New York and that she
is the Agent of the VALLEY NEWS SUN
a weekly newspaper published at Elizabethtown in the
County of Essex, and that the notice, a printed copy of
which is hereto attached, was printed in said
VALLEY NEWS SUN
on the following dates:

01/11/2025  02/08/2025  03/08/2025


Signed this 10th  day of March     , 2025

_____
                                     Agent


Sworn to before me this 10th  day of March     , 2025

_____
                            Notary Public


Gayle M Alexander
Notary Public, State of New York
No. 01AL4977709
Qualified in Essex County

Commission Expires 02/11/2027
342338

**United States Bankruptcy Court
for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit **vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont
information:* visit **vtb.uscourts.gov**

*For advice about your rights:* **contact an attorney**

Published by Denton Publications, Inc.    www.suncommunitynews.com    VN Sun | January 11, 2025 • 5

CONT FROM **HORSES,** A1

"Changing lives for the better is really our compass, that includes the animals in our care and the people who find joy in spending time with them," revealed co-owner and co-founder, Nancy Van Wie. "In 22 years, the stories of personal healing are countless. Imagine a world filled with kindness and compassion for others; that is what we are trying to live and model, we can be the change we want to see. It starts with us."

Crane Mountain Valley Horse Rescue (CMVHR) is an award-winning not-for-profit organization for equine rescue and rehabilitation. Amongst its many notable awards, the rescue received the Platinum Seal of Transparency from Candid. That distinguished recognition placed the rescue among the top tier of charitable organizations nationwide for their commitment to openness and integrity.

"We are very proud of that," Van Wie noted.

When she was three years old, Van Wie received a gift that would reveal her life's passion and set the trajectory for her life. Gingo, a pony so loyal that his unconditional love rescued Van



Nancy Van Wie and Buck, who was rescued from slaughter and found his calling as an effective therapy horse.



2022

2024

Bailey's before and after journey. She had been locked away, standing in her own urine and feces for six years and was grossly underweight.

Wie from many tough times growing up, would spend 24 years by her side until cancer took him.

"Since he passed away, I have been paying it forward by rescuing horses in need," Van Wie explained.

When Van Wie met Eddie Mrozik 25 years ago, she found not only her future husband but



Nancy Van Wie and pretty little Opal at an event.

a true kindred spirit who shared her lifelong love of horses and had also devoted his life to saving the majestic animals. Together, they set out to be a savior to those without a voice. Yet for every victory, they realized there were other souls slipping through the cracks; 50,000-100,000 are commercially slaughtered each year, with many more dying inhumanely from abuse, neglect or the lack of knowledge to properly care for the animals.

In May of 2003, the duo officially established Crane Mountain Valley Horse Rescue, Inc. as a 501(c)(3). As a certified humane agency, CMVHR partners with law enforcement for cruelty or neglect situations.

"Law enforcement requires a human agency to respond and a veterinarian, and when horses are determined they should be removed from a property, they are placed in our custody until court cases play out and we testify on behalf of the horses," Van Wie explained.

The largest case the rescue participated in occurred in 2013. Partnering with Essex County, 41 horses were seized, 10 of them pregnant. That number was so large that the Essex County Fairground had to be used, with volunteers and massive community support. The worst cases went directly to CMVHR. In the subsequent years since the rescue was established, a day

PHOTOS PROVIDED

Eddie Mrozik and Mommy, a female horse who came in with 40 other horses, including her foal George, from a neglect case. Mommy was described as one of the most fragile cases from the seizure.

to trauma," Van Wie said. "In most cases, we don't know what the horse has been through in their previous life so it takes time to figure out what their triggers are and how best to regain their trust in humans. It's a lot easier to put weight on a horse than fix an emotional wound."

Horses are not merely beasts of burden or barnyard animals. Their intelligence and intuition have been revered for centuries- they can feel your heartbeat from five feet away, and establish lifelong bonds with each other, and with their human counterparts.

"One of the challenges is horses have their own language of communication with each other, whether pining ears at each other to say get out of my space or whether it's scratching each other's backs or standing next to each other when one is sick," Van Wie revealed. "Eddie and I spend a lot of time watching them and observing how they tell each other when they don't feel well, how they tell each other when they are annoyed. We try to use their own body language to guide them and give them direction as opposed to expecting them to understand what we want."

SEE **HORSES,** A6

hasn't gone by where an animal wasn't in need.

"Some of the horses require physical rehabilitation, other times it is emotional rehabilitation due



# NORTH COUNTRY living magazine

## Spring Photography Contest

**Have a great spring scenic photograph?**
If so, we may publish it in our next edition of *North Country Living Magazine* and maybe even use it on the cover! Specifically, we are interested in photo submissions that depict the spectacular outdoor scenery of the Upstate New York/Addison County, VT region. Each entrant is invited to submit up to six of their favorite spring outdoor scenic photos, each labeled with the photographer's name and numbered 1 to 6. Photographs may include flora, fauna, landscapes, close-ups or panoramic views. People and/or animals can be included in the photo but should not be the subject of the shot.

We are looking for high resolution photo submissions of 300 dpi or higher in .jpeg format. The more vibrant the colors, the better. Judging will be done by our editors taking into consideration exposure, focal point, color and contrast as well as subject matter. **The deadline for submissions is February 9, 2025 and winners will be announced in our next edition of North Country Living Magazine.**

All entries should be submitted by email to Susan Zacharenko at susan@suncommunitynews.com. Questions may be directed to (518) 585-9173 ext. 117.

**Note:** By entering this competition, entrants agree that *North Country Living* has permission to publish submitted photographs in print, in special promotions and online with credit to the photographer. All photos must be taken in the Upstate New York/Addison Couny, VT region.

341982



Get the Sun Community News

**News app**

THE SUN

Scan this QR code with your phone or tablet.

Download on the App Store

Google play

279240



**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vth.uscourts.gov

*For advice about your rights:* contact an attorney

322338



# PRECISION TREE SERVICE
# (518) 942-6545

279240



*The Area's Largest Selection of Serta Mattresses!*

Serta

**America's MATTRESS**

Save on iComfort mattresses with feel-good breathable comfort layers, that offer cooling, support and pressure relief!

Mon.-Fri. 10-5 • Weekends by appt.
23 Weed Street, Plattsburgh, NY
*Near Georgia Pacific - Exit 38 South, left on Boynton Ave., cross railroad tracks, right on Weed St.*
518-566-9950 • www.americasmattress.com

342159



# County Floors
*FAMILY OWNED    FOR OVER 30 YEARS*

Fully Insured
References Available

**Sales, Installation, Sanding & Finishing**

Visit our Saratoga showroom by appointment
or our website at **www.countyfloors.com**
**(518) 587-9321**

341984

# NEED FOR SCHOOL BUS DRIVERS CONTINUES

## DMV's "Under the Hood" waiver extended

**ONLINE ONLY**
*THIS WEEK AT*

suncommunitynews.com

• Regional blood drives held through February

• Mercy Care to host technology assistance workshop

• Abracadabra the 45th Empire State Games are underway

• Vermontville man mourned after Route 3 crash

• Snowmobile crash claims the life of N.J. man

• Recent rash of prison exposures prompt calls for action

• North Country Chamber: U.S. tariffs on Canada are binationally harmful

• State observes Firefighter Cancer Awareness Month with legislation

• First annual Vintage Snowmobile Races launch in Malone

• Union: Specialized DEC, State Park units remain critically understaffed

• Fort Ti's Living History continues with "His Majesty's Garrison"

• State continues to monitor avian flu

• State Park attendance hits record high

• Direct File helps New Yorkers file taxes easily

• Consumer Protection warns of Super Bowl ticket scams

• N.Y. makes higher ed more affordable

• DMV warns public of 'crash for cash' scams

• DMV vigilant about recovering stolen cars and parts



THE SUN
suncommunitynews.com



As the need for more school bus drivers continues, the State is still offering "Under the Hood" exemptions, meaning prospective drivers don't have to undergo the pre-trip engine inspection part of the road test.

NY.GOV

**ALBANY** | As the need for school bus drivers across the country, including in New York, persists, the New York State Department of Motor Vehicles is reminding prospective school bus drivers about efforts designed to remove barriers to becoming a certified bus driver.

A waiver from the Federal Motor Carrier Safety Administration (FMCSA) known as the "Under-the-Hood" exemption allows only Commercial Driver License (CDL) applicants planning to become school bus drivers to skip the pre-trip engine inspection portion of their road test. The exemption is aimed at helping districts in states across the country hire more bus drivers without sacrificing safety, as all other existing school bus inspection and maintenance standards continue to apply.

During their road tests, applicants must still perform the remaining elements of the Commercial Driver License vehicle inspection skills test.

"By continuing to offer the Under-the-Hood exemption, we're paving the way for more people to get behind the wheel of a school bus, where drivers are needed to perform a critical service in our communities," said DMV Commissioner Mark J.F. Schroeder, who also chairs the Governor's Traffic Safety Committee. "What makes school bus drivers so irreplaceable is their ability to get our kids back and forth to school safely, not their ability to replace a crankshaft."

DMV first implemented the exemption in January 2024 in support of Gov. Kathy Hochul's initiative to address the school bus driver shortage. Now that the waiver has been extended, DMV will continue to offer it through Nov. 28, 2026, when the waiver is expected to expire.

In addition to offering the waiver, DMV has significantly expanded access to CDL road tests statewide by partnering with third parties to offer these tests rather than requiring applicants to take their skills tests at a DMV site. DMV has also worked with county-run DMV offices around the state to expand capacity for written commercial learner permit exams.

Despite these efforts, the need for bus drivers remains. In August 2022, nearly three-quarters of school district superintendents who responded to a New York State School Boards Association survey anticipated having bus driver staffing shortages that year. Districts still face a shortage, according to the New York School Bus Contactors Association.

"The driver shortage continues to be an issue for our members, with the impact varying by contractor. While we haven't yet reached pre-COVID number of drivers, we are making progress, thanks in part to initiatives like the S-1 Under-the-Hood exemption," said Paul Quinn Mori, Vice President of the New York School Bus Contractors Association. "For many potential drivers, the time spent under the hood can be stressful. The S-1 exemption allows these candidates to focus more on safe driving practices."

The Under-the-Hood waiver applies to new CDL applicants or applicants who previously held, but no longer hold, a CDL and want the School Bus (S) and Passenger (P) endorsements. Applicants who have a current CDL are not eligible for this exemption.

CDL applicants who want the exemption must take the "Limited School Bus" road test.

The exemption requires the CDL Intrastate Only (K) restriction and the CDL School Bus Only (S1) restriction to be applied.

Applicants who choose to get the exemption must pass the "Limited School Bus" road test and visit a DMV office on or before November 28, 2026, to amend their license to a CDL..

Visit the DMV's website for more information, including a list of steps to get a School Bus Only CDL.

For more information about the DMV, visit dmv.ny.gov. ∎

**Daily briefings**

Latest headlines delivered straight to your inbox.



THE SUN
suncommunitynews.com



FRIDAY FEBRUARY 14 - DINNER SERVED FROM 5PM TO 9PM

**VALENTINE'S DAY**
**DEER'S HEAD INN**

ROMANTIC DRINKS          FEATURE ENTREES

TUNA CRUDO              CAST-IRON PORK LOIN
BEEF TENDERLOIN         CITRUS SALAD

WHOLE FISH FOR TWO

**RESERVE NOW !**

518 873 6514   7552 COURT ST  ELIZABETHTOWN
THEDEERSHEAD.COM

343553

**What's Happening at the E' town Social Center?**

**Swing dance**
**Felting**
**Yoga**
**Knitting**
**Senior Circle**
**Book Sculpture Art Class**
**Chronic Disease Mgmt Class**

(518) 873-6408
elizabethtownsocialcenter.com

343448



**NEW YORK HOMEOWNERS:**

• Need a NEW ROOF and HELP PAYING for it?
  *Any leaking, visible damage, or roof age qualifies!*
• Money flying out of old, drafty WINDOWS?
  *You may qualify for new energy efficient windows!*

**NEW 2025 FUNDING PROGRAMS AVAILABLE NOW!**

**888-849-9991**
or visit NyProgramFunding.com



*Enrollment is only open during a limited time. Programs, appointments, and installations are on a first come, first serve basis in your area.*

**HELP IS AVAILABLE EVEN IF YOU COULD PAY CASH**

*Approved applications will have the work completed by a quality repair crew provided by HOMEOWNER FUNDING. Not affiliated with State or Gov Programs. License NY:RC-81-53279*

343415

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

**Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont**

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

342338



PICTURE PERFECT, NOW

WAIT UNTIL YOU TASTE IT

**OMAHA STEAKS**

GET 8 FREE BURGERS
A $22 value!

**Butcher's Classic Pack** SAVE 57%
4 Butcher's Cut Filet Mignons (5 oz.)
4 Air-Chilled Boneless Chicken Breasts (5 oz.)
4 PureGround™ Filet Mignon Burgers (6 oz.)
4 Gourmet Jumbo Franks (3 oz.)
4 Individual Scalloped Potatoes (3.8 oz.)
4 Caramel Apple Tartlets (4 oz.)
1 Omaha Steaks Seasoning (3 oz.)
**8 FREE** Omaha Steaks Burgers (4 oz.)

78237XDS    separately $339.93
SPECIAL INTRODUCTORY PRICE

**$129.99**

Scan Now To Order

ORDER NOW!    OmahaSteaks.com/ClassicPack7199  1.833.897.4133
Ask for your FREE burgers with offer 78237XDS

Savings shown over aggregated single item base price. 8 free 4 oz. burgers will be sent to each shipping address that includes 78237. Limit 2. Standard S&H added per address. While supplies last. Items may be substituted due to inventory limitations. Some products may not be available for sale in your area. Sales are subject to OmahaSteaks.com/terms-of-use. Expires 12/31/25. 24M7165 | Omaha Steaks, LLC

**United States Bankruptcy Court**
for the District of Vermont

In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney

342338


PICTURE PERFECT, NOW
**WAIT UNTIL YOU TASTE IT**
GET 8 FREE BURGERS
A $23* value!

OMAHA STEAKS
SINCE 1917

**Butcher's Classic Pack**  SAVE 57%
4 Butcher's Cut Filet Mignons (5 oz.)
4 Air-Chilled Boneless Chicken Breasts (5 oz.)
4 PureGround™ Filet Mignon Burgers (6 oz.)
4 Gourmet Jumbo Franks (3 oz.)
4 Individual Scalloped Potatoes (3.8 oz.)
4 Caramel Apple Tartlets (4 oz.)
1 Omaha Steaks Seasoning (3 oz.)
8 FREE Omaha Steaks Burgers (4 oz.)

78237XDS
SPECIAL INTRODUCTORY PRICE
$199.99 $129.99

ORDER NOW!
OmahaSteaks.com/ClassicPack7199 | 1.833.897.4133
Ask for your FREE burgers with offer 78237XDS


SAVING A LIFE EVERY 11 MINUTES!
I'm never **alone**
Life Alert® is always here for me.
One touch of a button sends help fast, 24/7.
Batteries Never Need Charging.
**Life Alert**
For a FREE brochure call:
1-800-404-9776


**Call today and receive a FREE SHOWER PACKAGE PLUS $1600 OFF**
SAFE STEP WALK-IN TUB
1-855-916-5473

FINANCING AVAILABLE WITH APPROVED CREDIT
323782


Realtors / For Sale By Owner
**REAL ESTATE**
Call for info   (518) 873-6368
Let our directory help you sell!


## FEATURED PROPERTY


$699,000
MLS #202041

**JAY, NY • 12 Bear Run Way**

Beautifully built home on 5.43 acres. All custom cabinetry. Easy to maintain tile floors throughout with in-floor radiant heat that keeps you warm and cozy during the winter months. Mini split air conditioners for those hot summer days. The kitchen is state of the art with top of the line Miele appliances. You'll enjoy cooking on this six burner gas stove. Enjoy the convenience of the beer and wine fridge, deep stainless steel sink, dishwasher and cleverly hidden side by side refrigerator. The kitchen is complete with a huge island and granite countertop! Gorgeous open floor plan with vaulted ceilings and views for days from the living room sofa. 3 large bedrooms and 2 carefully appointed bathrooms, all on one level.

The Primary bathroom features a large walk in shower and a big walk in closet. You'll also find a mud room with the clothes washer, dryer, extra freezer and boiler room with extra storage. Unbelievable outside covered patio. Perfect for grilling or just hanging out. The floor is designed to be heated with a heat exchange in the boiler room. Perfect spot to relax any time of day and watch the wildlife or take in a beautiful sunset. You'll be impressed with the size of the back yard, which has nice mountain views. This is a meticulously, no expense spared build home by some of the area's best contractors, craftsmen and custom cabinet makers. This lifestyle can be yours!

VENTURE NORTH ASSOCIATES

John LaSelva,
Listing Agent
(518) 524-2421
lsre2007@gmail.com

www.AdkLiving.net


Be prepared before the next power outage.
**It's not just a generator. It's a power move.™**
Receive a free 5–year warranty with qualifying purchase* – valued at $535.
Call 877–516–1160 to schedule your free quote!
*Terms and Conditions apply
GENERAC

Heritage Properties of the Adirondacks, LLC


**CUTE VILLAGE RANCH HOUSE!**
WILLSBORO, NY • $179,000 • MLS#202682
883 MT VIEW DR: 3BR/1BA well maintained home in quiet neighborhood on 6/10 of an ac. Newer appliances, masonry fireplace, hardwood flooring, new propane hot water boiler. On village water & sewer. Move in ready!
Lauren Murphy, Licensed Real Estate Broker
(518) 963-7876 • 7 School St., Essex NY 12936
ESSEXREALESTATE@WESTELCOM.COM

Heritage Properties of the Adirondacks, LLC

**ATTN CONSERVATION BUYERS!**
WESTPORT, NY • $119,000 • MLS#203948
E54ERMAN RD: Beautiful, secluded 40 ac parcel of land near Champlain! Currently contained by private foundation, property is mix of pasture & forest land set on rolling terrain. Property will convey w/one building right, thru a conservation easement.
Lauren Murphy, Licensed Real Estate Broker
(518) 963-7876 • 7 School St., Essex NY 12936
ESSEXREALESTATE@WESTELCOM.COM

RE/MAX North Country

**UNIQUE WATERFRONT PROPERTY**
TUPPER LAKE, NY • $1,200,000 • MLS#203957
1616 RTE 30: 20-unit property on 7ac w/beach frontage, boat launch area & direct access to Tupper Lake. Incl. main house, duplex, several cabins, heated swimming pool. Multiple income opportunities!
Nicholas Boyea, Licensed Real Estate Salesperson
Cell/Text (518) 481-7593 • Office: (518) 563-1200
NICK@THEKIRAWITHERWAXTEAM.COM

Real Broker NY, LLC


**MOVE IN READY!**
MORRISONVILLE, NY • $315,000 • MLS#203974
338 RAND HILL RD: 3BR/1BA meticulously maintained home offering comfort & convenience! New furnace. Private backyard oasis incl. hot tub & above ground pool!
Michelle C. Fowler, Real Estate Associate Broker
Cell: (518) 726-6665 • 477 Madison Ave. Sixth Floor, New York, New York


*Explore the possibilities every week in*
**THE SUN**
COMMUNITY NEWS & PRINTING
Published by Denton Publications, Inc.

Ridgeline Realty Group


**FLEXIBLE LIVING SPACES! SHARED BEACH CLOSEBY!**
PLATTSBURGH, NY • $199,900 • MLS#203954
1134 CUMBERLAND HEAD RD: Expansive 2,920 sq. ft. home offers 7 bedrooms/possibility for 8th) & 3 full baths. Large kitchen w/ built in wall oven. Town water but has separate drilled well.
Amy Provost, Real Estate Broker • Office: (518) 564-0206
(518) 569-5347 • Email: amyprovostrealtor@gmail.com
RIDGELINE-REALTY.COM
342739


**LOCAL EVENTS & ACTIVITIES**
at suncommunitynews.com
**THE SUN**
COMMUNITY NEWS & PRINTING
Published by Denton Publications, Inc.


Seeley Office Systems
**"Locally Run Since 1981"**
COPIERS - PRODUCTION PRINT - PRINT MANAGEMENT
WWW.SEELEYOFFICE.COM

Tim Seeley, Jr.
tseeleyjr@seeleyoffice.com
518-744-0087

# Exhibit O

## CERTIFICATE OF PUBLICATION

I, Deborah Phillips, hereby certify that (a) I am an Advertising Representative at *The World Paper,* and (b) that the advertisement titled "**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**" was published in:

*The World Paper* on the following dates: January 15, 2025, February 5, 2025 and March 5, 2025

3/5/25

(date)

X   Deborah Phillips

(Signature)

**United States Bankruptcy Court
for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit
**vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont
information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney



## Capital City Concerts presents "CULOMBA"

Capital City Concerts presents "CULOMBA" Color and Joy for a Winter Afternoon - on Saturday afternoon January 25 at 3PM at the Unitarian Church of Montpelier - a family concert with pay-as-you-can unticketed admission.

Experience a musical journey as Culomba, a professional vocal ensemble, brings their rich harmonies and eclectic folk traditions to life through music spanning American folk, Georgian, Corsican, Balkan, and the Renaissance period.

Capital City Concerts founder and artistic director Karen Kevra explained her thinking for programming Culomba. "Capital City Concerts' bailiwick is Classical chamber music but occasionally we widen the scope. The members of Culomba are consummate musicians with training at top music conservatories in the US and abroad who have wide-ranging musical tastes. These musicians travel and embed themselves in communities, where they eat, sleep, sing, and live for periods of time. Other vocal ensembles sing music from folk traditions, but Culomba lives it!"

Culomba's musicians Sophie Michaux, Adam Jacob Simon, Lysander Jaffe, Lexi Ugelow, and Daniel Fridley deliver colorful, meticulous, and uplifting performances, weaving together fascinating stories, and a relaxed stage presence that draws the audience in. This pay-as-you-can unticketed performance is a chance to immerse yourself in the rich world of close harmony singing. To learn more, go to www.capitalcityconcerts.org

Capital City Concerts season sponsors are Bill Herbst, Registered Representative with Equity Services, Inc., Community National Bank, the Montpelier Community Fund, Kwasnik Family Dental, Janel Johnson/Coldwell Banker Classic Properties, the Vermont Community Foundation, and with media support from Vermont Public Radio.

• • •

## Vermont State Scholastic Chess Championships

The 38th Annual Vermont State Scholastic Chess Championships will be held on Saturday, March 29, 2025 at Lamoille Union High School, 736 VT-15, Hyde Park, VT 05655. This is the selection tournament for Vermont's nominees to the national Denker, Haring, Barber and Rockefeller Invitationals. This tournament is open to Vermont students in grades K-12. Participants must be VT residents or be enrolled in a VT public or private school. VT resident home school students are eligible. Chessboards, pieces, and clocks will be provided. No prior tournament experience necessary. High School and 8th Grade sections will be USCF rated. K-7 Grade sections will be unrated. Individual and team prizes will be awarded. All players must pre-register for the event. No walk-ins allowed. Registration closes on March 23rd. Registration may close prior to March 23rd due to space limitations. Online registration only, no entries will be accepted via mail or email. Complete rules and registration information can be found at https://vermontchess.org/.

---

## PUZZLES ON PAGE 18-19

### EVEN EXCHANGE

1. Lender, Leader
2. Amble, Ample
3. Marvin, Margin
4. Prone, Prong
5. Major, Mayor
6. Career, Careeen
7. Ellis, Elvis
8. Scram, Scrap
9. Globe, Glove
10. Cooper, Cooler

### GO FIGURE



|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 3 | + | 7 | - | 9 | = | 1 |
| + |   | + |   | + |   |   |
| 2 | + | 8 | + | 4 | = | 14 |
| - |   | + |   | = |   |   |
| 1 | + | 6 | + | 5 | = | 12 |
| = |   | = |   | = |   |   |
|   | 5 | 90 |   | 65 |   |   |

### STICKERS

The answer is 2) P - 649.

### CRYPTO QUIP

What teal-colored barrier might some police be wrapping around a crime scene? Cordon blue.

### SNOWFLAKES



### MAGIC MAZE
MAKEUP TERMS

### SUDOKU

| 9 | 6 | 5 | 2 | 3 | 1 | 4 | 8 | 7 |
| 2 | 4 | 3 | 7 | 9 | 8 | 5 | 6 | 1 |
| 1 | 8 | 7 | 6 | 4 | 5 | 9 | 3 | 2 |
| 8 | 5 | 2 | 1 | 7 | 4 | 3 | 9 | 6 |
| 7 | 9 | 4 | 8 | 6 | 3 | 1 | 2 | 5 |
| 3 | 1 | 6 | 9 | 5 | 2 | 7 | 4 | 8 |
| 6 | 3 | 1 | 4 | 2 | 7 | 8 | 5 | 9 |
| 5 | 7 | 9 | 3 | 8 | 6 | 2 | 1 | 4 |
| 4 | 2 | 8 | 5 | 1 | 9 | 6 | 7 | 3 |

### FEAR KNOT



### SUPER CROSSWORD

---

# ART EXHIBITS

**ADAMANT**- **Layers** at Adamant Co-op Gallery, 1313 Haggett Road. Jan 15 - Feb 15. Eight artists consider the concept of layers through painting, photography, collage, assemblage, essay, cut paper, papier-mâché, and video. Co-op hours: 8-6 on weekdays, 9-3 on Saturdays, 10-1 on Sundays. Opening reception Saturday, Jan 18, 1-3 p.m. 802-223-5760, adamantcoop@gmail.com.

**BARRE**- **Artists Showcase** – At the Rainbow Bridge Community Center. Various artists display their work for sale and to just enjoy. Many styles to see. Always looking for more artists. Always changing pieces. 81 N. Main St., Suite 2 Barre, VT. Hours and info at rainbowbridgevt.org.

**Susi Ryan** at Espresso Bueno, Jan. 6 to Feb. 12. 'Textural Terrain'. Wool and the wet felting technique are used to explore abstract physical and emotional landscapes. 248 N. Main St. Info, events@espressobueno.com.

**BERLIN**- **Art As Ministry** Arthur Zorn's exhibition will feature abstract art in a variety of sizes. At the First Congregational Church, 1808 Scott Hill Road. The exhibition may be viewed Sundays 9:00 a.m. - 1:00 p.m. and by appointment June September 14 - October 30. Contact person: Arthur Zorn, 802 522 7649 vermontartmusic@gmail.com.

**MONTPELIER**- **Celebrating 49 Years of the Art Resource Association!** The Vermont State Curator's Office presents Celebrating 49 Years!, a members exhibition of the Art Resource Association (ARA) at the State House Cafeteria Gallery from April 30 – May 31. All are welcome to join Art Resource Association members as they head into their next half century. Over 30 member artists will be exhibiting in a variety of creative disciplines. Hours: Mondays through Fridays 8:00AM - 4:00PM, Saturdays from 11:00 a.m. to 3:00 p.m. Free and open to the public.

**For the Love of Vermont: The Lyman Orton Collection** displayed at the Vermont History Museum at 109 State Street from July 3 through the end of this year. It is a selection from the largest private collection of 20th century artwork by Vermont artists, collected over the past 45 years by Lyman Orton, best known as the proprietor of The Vermont Country Store.

**Vermont Female Farmers** Photographs by Juan Carlos González on exhibit at the Vermont State House Card Room and Cafeteria Gallery from August 19 – October 30.

**Movement** by Janet Van Fleet Fleet's work uses materials that have had a previous life – found objects, reclaimed wood, and bits of metal – cobbled together with wood, wire, and screws.

**10x10 Members Exhibition**, T.W. Wood Members will be featured in the Contemporary Hall. This exhibit of 10"x10" paintings, prints, drawings, photography, and two dimensional mixed media will showcase members' talents as an expression of gratitude for continued support. **New to the WPA Room** a new curation of art. Featuring several paintings that have not been exhibited at the gallery for years. John Lillie's "Dorset Winter No. 2" and Clay Barlett's "English Coast" are prominently featured in the new exhibit. At the T.W. Wood Gallery. November 26 - January 28, 2025.

**Black & Bloom** A group exhibition showcasing the work of twelve contemporary artists, each of whom has created a striking floral still life painting in grayscale. The exhibition is on view from December 6 through January 17. At the Hexum Gallery, 16 State St.

**Diane Sophrin, Chaos and Catharsis: Works on a Continuum**. Diane Sophrin's mixed-media collages of torn paper reflect the fragmentation and reconstruction of the post-WWII era and today: repairing the world. January 3 - February 2, 2025. Gallery hours Friday 4-7 p.m., Saturday and Sunday 11-5 p.m. Artist talk Saturday January 18, 2-4 p.m. The Front, 6 Barre Street.

**Blue Alchemy - At the Waters Edge Cyanotypes by Renée Greenlee** These cyanotypes are made with the water from the Winooski River following the recent floods, the Lake Champlain basin to the Atlantic Ocean watershed and beyond. This insightful exhibition is on view from January 8 - March 31, 2025, with an Free and open to the public. At the Vermont Supreme Court Gallery, 111 State Street.

**Carrie Caouette-De Lallo's Thresholds: Bearing Witness to Chelsea, Vermont's Past** on exhibit at the Vermont State House Cafeteria Gallery from now - January 31 with an artist reception January 16, from 3:00 - 5:00 p.m.

**WAITSFIELD**- **Abstract^2** Mad River Valley Arts (Mad Arts) presents Lisa Dimondstein, Julie Parker and Sandra Shenk in Abstract^2. These three women photographers are dedicated to radicalizing the photo as image. January 3 - February 28, 2025 with a reception held on January 18, 5-7 p.m. Open hours are from Tues-Sat, 1-5 p.m. At Mad Arts, 5031 Main St., Unit 2.

**ALDRICH**
**PUBLIC LIBRARY**

6 Washington Street
Barre, VT 05641
Phone: (802) 476-7550
www.aldrichpubliclibrary.org

Join us for free pizza and casual conversation on February 11th, 5-7 p.m. at the Aldrich Library in Barre. The Barre River Access Master Plan project is an effort to map out different types of access to offer something for everyone—whether you want to relax, learn, or explore along the rivers. To better understand how people relate to our rivers we would like to hear your river story.

RSVP not required but appreciated. If you can't attend the event, you can still share your story, images, or art on an online form https://forms.gle/yVW2eKCYHtNEFxzq9.



**RIVER STORIES**
BARRE RIVER ACCESS MASTER PLAN STORY CIRCLE

Share your local river story!

Pizza will be provided!

February 11th
5-7 PM
Aldrich Public Library
(Milne Room)
6 Washington St
Barre, VT

RSVP not required but appreciated barreciryrivers@gmail.com



. . .

**JAQUITH Public Library**

122 School St. Room #2  Marshfield, VT
802-426-3581

**Saturday February 15, 2 p.m.**

Bach Flower Essences and Well-Being

Bach Flower Essences are a set of 38 tinctures made from common flowers that are used to balance mental or emotional states that can exacerbate physical health problems or impede healing.

Learn more about them, and make your own personal remedy to take home along with some Rescue Remedy.

Presented by Anne Miller

Please pre-register at jaquithpubliclibrary@gmail.com or 802-426-3581.

**Friday February 21, 6 p.m.**

Jaquith Public Library's Annual Invitational Group Art Show Opening Reception

Join us in a celebration of Marshfield's local art scene with local artists Sarah Albert, Jenni Bee, Barbara Bendix, Ed Epstein, Diane Fitch, Maggie Neale, Viiu Niiler, Margaret Pulaski, Helen Rabin, Frederick Rudi, Merry Kelb Schmidt, David Smith and Janet Van Vleet.

Refreshments will be served.

The exhibit may be viewed during regular library hours from now until April 20th.

Information at jaquithpubliclibrary@gmail.com or 802-426-3581.

*Kellogg-Hubbard Library News*
*Montpelier*

**Kellogg Hubbard Library (Hayes Room)**
**135 Main St. in Montpelier**

**Panel Presentation and Discussion: Phone- and Social Media-Free School Day**

6:30 p.m. on Monday Feb. 10, 2025

Several VT middle and high schools have adopted policies this year that make the school day truly free of cell phones and social media. Find out how it's been going and hear about local and statewide efforts to allow all of VT K-12 students access this benefit. We'll have a panel discussion with advocates that include educators, medical and mental health practitioners, and parents. We'll answer questions and help you find out how you can provide much-needed citizen advocacy. Free. Lite refreshments provided.

*a place to connect, inspire and learn*
**Waterbury PUBLIC LIBRARY**

28 N Main St., Waterbury, VT 05676
(802) 244-7036

**Artist Meet & Greet**

The natural beauty of Vermont inspired theater artist, V Monte, to create a series of landscape studies to capture and retain the infinite beauty found throughout the state.

The Waterbury Public Library is currently exhibiting her work through the end of February in their café on the first floor. On Monday, February 17th, Monte will be giving a talk on her process and the inspiration behind the creation of her oil landscapes. The Meet & Greet is from 6:30 - 7:45 in the Library's café with the talk at 7 p.m. Refreshments will be served.

Currently based out of Central Vermont, Monte has only recently returned to the canvas, having spent decades as a theatrical director/designer, with credits throughout the United States, Off-Broadway, and in international venues. She holds a BA from Stetson University in Fine Art, as well as an MA from the Royal Conservatoire of Scotland in Directing for Classical and Contemporary Text. Her primary body of work features a mix of plein air impressionist and tonalist influences.

## ART EXHIBITS

**ADAMANT- Layers** at Adamant Co-op Gallery, 1313 Haggett Road. Jan 15 - Feb 15. Eight artists consider the concept of layers through painting, photography, collage, assemblage, essay, cut paper, papier-mâché, and video. Co-op hours: 8-6 on weekdays, 9-3 on Saturdays, 10-1 on Sundays. Info: adamantcoop@gmail.com.

**BARRE- Artists Showcase** – At the Rainbow Bridge Community Center. Various artists display their work for sale and to just enjoy. Many styles to see. Always looking for more artists. Always changing pieces. 81 N. Main St., Suite 2 Barre, VT. Hours and info at rainbowbridgevt.org.

**Susi Ryan** at Espresso Bueno, Jan. 6 to Feb. 12. 'Textural Terrain': Wool and the wet felting technique are used to explore abstract physical and emotional landscapes. 248 N. Main St. Info, events@espressobueno.com.

**MONTPELIER- Diane Sophrin, Chaos and Catharsis: Works on a Continuum**. Diane Sophrin's mixed-media collages of torn paper reflect the fragmentation and reconstruction of the post-WWII era and today: repairing the world. January 3 - February 2, 2025. Gallery hours Friday 4-7 p.m., Saturday and Sunday 11-5 p.m. The Front, 6 Barre Street.

**Blue Alchemy - At the Waters Edge Cyanotypes by Renée Greenlee** These cyanotypes are made with the water from the Winooski River following the recent floods, the Lake Champlain basin to the Atlantic Ocean watershed and beyond. This insightful exhibition is on view from January 8 - March 31, 2025, with an Free and open to the public. At the Vermont Supreme Court Gallery, 111 State Street.

**Artisans Hand's Winter Sale** Our highly anticipated seconds

and rare treasures sale is taking place from January 31 - February 9. This is a great opportunity to add to your art collection or start stashing away gifts for later this year. New items will be put out daily during the sale, so come early and often. 89 Main St.

**Montpelier High School Art and Poetry** This semester, students enrolled in the Creative Writing class at Montpelier High School have been crafting poetry and recently collaborated with the Portfolio Art class in an engaging Ekphrastic Poetry project. January 29 - March 25, 2025. Art Walk Reception Friday, February 7, from 5-7:30 p.m. At The T.W. Wood Gallery, 46 Barre St. Info: twwoodgallery.org.

**Alchemy of a Slow Revolution**, Hawley Hussey, a New York artist and educator working at the intersection of visual art, the written word, and performance, will present her latest exhibit in the Nuquist Gallery. At The T.W. Wood Gallery, 46 Barre St. Info: twwoodgallery.org. January 30 - March 25.

**Show 65** A show by the members of The Front Gallery. There are many paintings, a wood hooked rug piece, and other works in a range of contemporary styles. A few of the 23 artists are Hasso Ewing, Chip Haggerty, James Secor, Elisabeth Mazzilli. Kathy Stark, and Diane Sophrin. Gallery hours February 7-23 on Fridays 4-7 p.m., Saturday and Sunday 11-5. p.m. The Front, 6 Barre Street.

**WAITSFIELD- Abstract^2** Mad River Valley Arts (Mad Arts) presents Lisa Dimondstein, Julie Parker and Sandra Sheeh in Abstract^2. These three women photographers are dedicated to radicalizing the photo as image. January 3 - February 28, 2025. Open hours are from Tues-Sat, 1-5 p.m. At Mad Arts, 5031 Main St., Unit 2.

---

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or a Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit
**vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney

---

## PUZZLES ON PAGE 18 & 19

### EVEN EXCHANGE

1. Frock, Flock
2. Casper, Camper
3. Raven, Haven
4. Brando, Brandy
5. Poach, Perch
6. Brink, Brick
7. Halter, Halter
8. Draft, Drift
9. Coward, Howard
10. Greet, Green

### GO FIGURE



### STICKLERS

REFLET is the odd word out.
It means iridescence.

### CRYPTO QUIP

As homework, I'm supposed to read this book by writer Dahl in one day. Time to hit the Roald!

### SNOWFLAKES



### MAGIC MAZE
BRUSH



### SUDOKU

| 3 | 4 | 6 | 8 | 7 | 2 | 9 | 5 | 1 |
| 9 | 5 | 8 | 1 | 4 | 3 | 3 | 2 | 7 |
| 2 | 7 | 1 | 5 | 9 | 3 | 8 | 4 | 6 |
| 8 | 3 | 4 | 7 | 2 | 9 | 1 | 6 | 5 |
| 1 | 6 | 2 | 4 | 5 | 8 | 7 | 9 | 3 |
| 7 | 9 | 5 | 6 | 3 | 1 | 2 | 8 | 4 |
| 6 | 8 | 3 | 2 | 4 | 7 | 5 | 1 | 9 |
| 4 | 2 | 7 | 9 | 1 | 5 | 6 | 3 | 8 |
| 5 | 1 | 9 | 3 | 8 | 6 | 4 | 7 | 2 |

### FEAR KNOT

| W | A | R | E | | |
| S | C | A | L | E | |
| A | T | O | N | E | D |
| A | | | | | |
| S | E | R | E | | |
| N | E | U | T | E | R |

### SUPER CROSSWORD

| S | C | U | B | A | | S | T | A | G | E | | B | E | A | M | | T | M | E | N |
| N | E | N | E | S | | H | A | L | A | L | | E | L | B | E | | E | R | M | A |
| O | P | E | R | E | | O | L | L | I | E | | A | M | E | N | | E | S | P | Y |
| W | H | A | T | C | O | O | K | I | N | G | P | R | O | D | U | C | T | O | O |
| | | | | I | E | R | | C | T | S | | I | E | D | S | | O | H | A | R | E |
| N | U | T | L | E | T | | S | N | A | R | E | | B | I | V | | S | I | N |
| S | H | Y | P | E | O | P | L | E | C | O | N | S | O | M | E | T | H | A | T |
| | C | A | T | C | L | A | W | | T | S | A | R | I | N | A | |
| N | O | A | H | | T | U | L | S | A | | W | E | T | | R | I | P | S |
| A | S | S | E | S | S | | M | O | O | L | A | H | | A | A | A | | L | E | A |
| M | A | K | E | S | T | H | E | M | M | O | R | E | O | U | T | G | O | I | N | G |
| E | K | E | | W | O | O | | S | E | N | T | R | A | | E | S | P | A | N | A |
| D | A | W | G | | M | A | T | S | | G | R | E | T | A | | E | D | E | N | |
| | | | P | L | A | T | E | A | U | | O | B | E | R | L | I | N | |
| A | N | D | S | O | C | I | A | L | L | Y | C | O | N | F | I | D | E | N | T |
| P | O | I | | S | H | E | | S | N | A | K | Y | | L | A | R | I | A | T |
| T | E | X | T | R | O | V | E | R | S | I | O | N | | L | O | I | V | E | O | I | L |
| N | A | I | R | | P | I | T | A | | T | H | A | W | S | | E | C | L | A | T |
| U | R | D | U | | A | N | O | N | | U | N | T | I | E | | S | H | A | M | E |
| S | T | E | M | | L | E | N | S | | P | O | E | T | S | | T | O | S | I | R |

# Kellogg-Hubbard Library Welcomes Ferene Paris, Artist-in-Residence

The Kellogg-Hubbard Library welcomes Ferene Paris as Artist-in-Residence for the month of March. Paris, a Vermont-based artist and storyteller and the founder of All Heart Inspirations, has developed a three-part intergenerational series in collaboration with Library programming staff. *Just Like A Book, More Than My Cover* invites participants aged ten to 100 to explore self-identity, artistic expression, and personal narratives, fostering welcoming spaces that celebrate diverse experiences.

*Just Like a Book, More Than My Cover* is designed to be inclusive and accessible, with no cost to participants, who are welcome to attend any session or all three. This series offers a rare opportunity to engage in meaningful exploration of self-identity through art, storytelling, and community connection. Offering a platform for shared stories and creative expression, the series aims to foster empathy, understanding, and celebration of the unique narratives that make up our community.

"It's an honor to have a residency here, as libraries are the heart of a community and aspire to be open to all people," said Paris. "I'm excited to invite community members to slow down as we practice authenticity, empathy, and curiosity through shared narratives and lived experiences."

The series begins on Monday, March 3 with Session 1: Discovering Self-Identity Through Culture and Conversation. Over Haitian drinks and snacks, participants will be invited to explore the power of embracing authenticity through shared stories and reflections. Session 2: Creating Personal Narratives Through Art is an interactive workshop on Monday, March 10, where attendees will craft their own book covers while

gaining a deeper understanding of how narratives connect and shape us. *Just Like a Book, More Than My Cover* will culminate with a dynamic community Story Slam on Friday, March 21, which Paris will emcee with warmth and curiosity.

"In an increasingly divided society, I believe there is nothing more important than the opportunity to come together, share stories, and break bread," said Kellogg-Hubbard Library Executive Director Daniel Groberg. "We are grateful to Ferene for sharing this experience with our community."

Visit kellogghubbard.org/just for more information about the program and to register in advance; RSVPs are preferred but not required.

*Just Like a Book, More Than My Cover* is made possible by the Vermont Community Foundation's Arts & Social Cohesion Grant.

**About Ferene Paris**

Ferene Paris, founder of All Heart Inspirations, is a Vermont-based artist dedicated to creating spaces for authentic self-expression and connection. Known for her warmth and engaging style, Ferene invites participants to explore their stories and identities with curiosity and compassion. Her work emphasizes the importance of embracing authenticity and celebrating our lived experiences.

**About the Kellogg-Hubbard Library**

The Kellogg-Hubbard Library is a nonprofit public library serving 18,000 residents across six towns in central Vermont. The library's mission is to empower community members to become lifelong learners. KHL is among the busiest libraries in Vermont and has operated continuously since 1895. Learn more at www.kellogghubbard.org.

* * *

United States Bankruptcy Court
for the District of Vermont

In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit
**vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/dioceseofburlington**

*For U.S. Bankruptcy Court for the District of Vermont information:* visit **vtb.uscourts.gov**

*For advice about your rights:* contact an attorney

## PUZZLES ON PAGE 26

### EVEN EXCHANGE

1. Giant, Gant
2. Sydney, Sidney
3. Expel, Excel
4. Walter, Walter
5. Month, Mouth
6. Portal, Mortal
7. Chart, Chant
8. Swept, Slept
9. Loyal, Royal
10. Better, Bitter

### GO FIGURE



### STICKLERS

Adding RAM to each word forms a new word in each case.

### CRYPTO QUIP

When you're an expert in coining adages, what could you say you specialize in? Maxim-izing.

### MAGIC MAZE

LIGHT —

### SNOWFLAKES



### FEAR KNOT



### SUDOKU

### SUPER CROSSWORD

---

### Montpelier Senior Activity Center

58 Barre Street, Montpelier, VT
802-223-2518
www.montpelier-vt.org/297/
Montpelier-Senior-Activity-Center

**Wednesday, March 5, 2025, 1:30-3 p.m.**
Central Vermont OLLI, Downstreet Housing
Angie Harbin, Executive Director, Downstreet Housing & Community Development, will outline local affordable housing needs and the vital role Downstreet plays, with ideas for future projects.
Series description and registration https://learn.uvm.edu/olli/centralvt. Questions? 802-223-5886.

**Wednesday, March 12, 2025, 1:30-3 p.m.**
Central Vermont OLLI, Bill Torrey's Cutting Remarks
Five-time MOTH story slam winner Bill Torrey will return us to 60s Vermont. A 40-year career logger, Torrey will describe the dangerous challenges of logging for a living in Vermont forests.

**Wednesday, March 12, 2025, 1:30-3 p.m.**
Central Senior Activity Center, 58 Barre St.
Series description and registration https://learn.uvm.edu/olli/centralvt. Questions? 802-223-5886.

**Wednesday, March 19, 2025, 1:30-3 p.m.**
Central VT OLLI, Refugee Resettlement
UVM Professor Dr. Pablo Bose, migration scholar and urban geographer, will describe how the U.S. Refugee Program has brought new vitality to our communities, schools, and industries since 2005. He'll examine barriers to US resettlement with changing federal policies.
Series description and registration https://learn.uvm.edu/olli/centralvt. Questions? 802-223-5886.

**Wednesday, March 26, 2025, 1:30-3 p.m.**
Central VT OLLI, Community News
Talented UVM student reporters create a central wire-service for local news, with ready-for-republishing stories. They gain valuable work experience and fill gaps for local media. Richard Watts, Director, UVM Center for Community News, will explain how it works.
Series description and registration https://learn.uvm.edu/olli/centralvt. Questions? 802-223-5886.

* * *

---

*a place to connect, inspire and learn*

Waterbury PUBLIC LIBRARY  28 N Main St., Waterbury, VT 05676
(802) 244-7036

### Celtic Songs, Stories & History

Jeff Snow, singer-songwriter, composer, multi-instrumentalist, storyteller and Celtic historian is back from his travels and giving a farewell concert for the Waterbury Public Library before his retirement. Jeff has visited the library before with a delightful Christmas concert and is back with more stories, more songs, and more fun! Combining instruments of the autoharp, bouzouki, guitar and Bodhran with song and storytelling, Jeff engages his audience in history and sing-along.

From the haunting melodies of Scotland to the foot-stomping tunes of Ireland, audiences find tears mixed with laughter. Some tunes will be familiar, some will be brand-new, and all will be entertaining. Jeff combines his music with his love of the history of the Celtic Isles, where much of the history was preserved in song. "Celtic Songs, Stories & History" takes place in the Steele Community Room on Friday, March 7th from 6:30 to 8 p.m. This program is for the whole family. Delectable refreshments provided by the Friends of the Waterbury Public Library.

This concert is made possible by the generosity of the Friends of the Library. Along with their support in bringing talented artists to our area, the Friends are involved with book sales and contributions to the library's digital services, Books for Babies program, the Children's Garden and Word Garden and the various passes to area museums.

* * *

## Regional 4-H Dairy Quiz Bowl Held In Lyndonville

Lyndon Town School in Lyndonville served as the site for the 2025 Northeast Region 4-H Dairy Quiz Bowl, which attracted 28 participants, ages 5 to 18.

4-H dairy members from clubs in Caledonia, Essex, Lamoille and Orleans Counties were eligible to participate in the February 22 event, which included a written exam and several fast-paced buzzer rounds of questions. Although a separate competition was offered for 4-H'ers enrolled in the goat project, this year only Addalyn Fuller, a 4-H Cloverbud from Lunenburg, took part in that contest, earning a participation ribbon.

Placements for the dairy cow contests, based on combined scores from the exam and buzzer rounds, were as follows:

**Seniors (14-18):** Sloan Nelson (first) and Eva Bury (second), both from Derby; Dawson Michaud, East Hardwick (third); Emma Pothier, Newport Center (fourth); Emmeline Paquet (fifth) and Madalyn Perry (sixth), both from East Montpelier; Scott Patoine, Hardwick (seventh); Reegan Kelley, Derby (eighth); Steven Werner, East Hardwick (ninth). The quiz bowl moderator for this division was Jared Birch, Coventry. Liviya Russo, Lunenburg, kept score.

**12- and 13-year-olds:** CJ McNeely, Lunenburg (first); Katelyn Sibley, East Montpelier (second); Mya Marquis, Newport Center (third); Hadley Michaud, East Hardwick

(fourth). Leslie Michaud, East Hardwick, served as the moderator and scorekeeper.

**10- and 11-year-olds:** Madison Fuller, Lunenburg (first); Eli Lidback, Westmore (second); Harlow Converse, Derby (third); Emerson Fournier, Sutton (fourth). Maddie Nadeau (fifth) and Holly Converse (scorekeeper), both from Derby, ran the competition for this age group.

**8- and 9-year-olds:** Hannah Birch, Derby (first); Piper Fournier, Sutton (second); Jasper Paquet, East Montpelier (third); Leland Eaton, Lunenburg (fourth); Scarlett Perry, East Montpelier (fifth); Jerzie Newland, Sutton (sixth). Joanna Lidback, Westmore, was the moderator while Jessica Newland, Sutton, kept score.

**4-H Cloverbuds:** Ida Birch and Brody Daigle, both from Derby; John Jenkins Jr., Troy; and Ella Paquet, East Montpelier. The moderator was Sarah Birch, Derby. Scorekeeper was Kellie Jenkins, Troy, although this contest was just for fun so no placements were awarded.

For information about the 4-H dairy program in Essex and Orleans Counties, contact University of Vermont 4-H Educator Lindy Birch at melinda.birch@uvm.edu or (802) 656-7572. For Caledonia and Lamoille Counties, contact 4-H Educator Holly Ferris at holly.ferris@uvm.edu or (802) 656-7562.

# **<u>Exhibit P</u>**

## <u>CERTIFICATE OF PUBLICATION</u>

I, Amy Hodges, being duly sworn, hereby certify that (a) I am an **Advertising Representative** at the National Catholic Register*, and (b) that the advertisement titled **"In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC"** was published in:

*National Catholic Register* in the **January 26, 2025, February 23, 2025 & March 9, 2025** issues

Executed on ___03/10/2025_____ at _Birmingham, AL_____

                       (date)                                (city, state)

X _____

     (Signature)

4



"PRAY, HOPE & DON'T WORRY"
- St. Pio
*Catholic information & inspiration*

Mail a return self-addressed stamped envelope (SASE) to receive 12 various two-sided cards (2"x 3 ½") and a flyer with over 200 titles plus instructions for requesting cards. Many of the cards have both text and colored pictures on the front and easily fit into a wallet or pocket. Keep, share, or use them to evangelize.

Free Religious Cards
Box 783, Enfield, CT 06083
*NO Donations*



# NATIONAL CATHOLIC REGISTER
America's most complete Catholic news source
*A Service of EWTN*

**Register ads get reults.**
800-356-9916
advertising@ewtn.com

------

QUALITY CATHOLIC BOOKS, FILMS & MORE!

www.ignatius.com
1-800-651-1531

ignatius press

------

Request Gregorian Masses for Souls in Purgatory!
Missionaries of the Holy Family
(888) 484-9945 • www.msf-america.org
*Please watch our 2-minute Vocation Video:*
tiny.cc/HolyFamilyMSF

------


EWTN
News

Want to make a difference using your God-given talent?
We have positions available.

www.NCRegister.com/jobs

United States Bankruptcy Court for the District of Vermont
In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney



MONKS EXPAND. The Benedictine monks pray together and work; the construction of their new abbey is underway.
Simon Abikar; courtesy of the abbey

# 'Christian Audacity': Abbey in France Signals Benedictine Builders' Return

BY SOLÈNE TADIÉ
EUROPE CORRESPONDENT

The Catholic Church's loss of ground seems to have relatively spared monastic life in France. Better still, the country seems to be giving birth to a gradual return of monk-builders, to the point of reviving nostalgic memories of the days of King St. Louis.

After the resurrection of the historic Cistercian barn at Boulaur (southwest France) and the expansion of La Lucerne Abbey in Normandy, it is now the turn of the Benedictine Abbey of Sainte-Marie de la Garde, daughter community of Sainte-Madeleine du Barroux, located in the Diocese of Agen, in southwest France, to embark on a vast and audacious enlargement project.

This initiative undertaken by the Benedictine monks is part of a civilizational reconstruction effort, following a classical architectural model of Romanesque and Cluniac inspiration, destined to stand the test of time.

The first phase of this "Great Hope Project," launched in May 2023, includes the construction of a cloister, bell tower and living quarters for the monks.

It will then extend to the construction of an abbey church and crypt, a hotel complex, a conference hall and an infirmary.

This particularly ambitious project for a new "abbey for the 21st century" nevertheless represents a major financial challenge.

## Growing Vocations

Unlike many communities in the rest of Europe, the monks of Le Barroux and their affiliated community of Sainte-Marie de la Garde seem to be weathering the storm of de-Christianization.

Back in 2001, the growing number of monks at Le Barroux Abbey (in the Var region, in southeast France) prompted part of the community to move to the Diocese of Agen to accommodate new vocations and the growing number of faithful.

Founded in 1970 by Dom Gérard Calvet, the Abbey of Saint-Madeleine du Barroux celebrates the traditional Latin Mass. The liturgical services, sung entirely in Gregorian, have recently been made accessible to the general public via the Neumz app.

"There were around 65 of us at Le Barroux at the time, and just as when the bees in a hive are too numerous, and the queen flies off to found a new hive, eight brothers were sent to establish a new foundation elsewhere," Brother Ambroise, prior of the Sainte-Marie de la Garde community, told the Register.

The move came about providentially, in his view, as the shepherd of Agen at the time, Bishop Jean-Charles Descubes, was keen to enrich it with the presence of a contemplative community and did everything in his power to facilitate their arrival.

## Property Acquisition

With no old abbey or priory available in the region, the brothers had to acquire a classic property, restoring the preexisting outbuildings and transforming an old sheepfold into a chapel.

The priory became an abbey in 2021, the year in which the community elected its first abbot, Dom Marc Guillot.

The structure, which until now could accommodate around 20 to 25 monks, will soon be too small, as the community already has 19 members, whose average age is 47, and vocations are progressing at a steady rate of one or two a year.

"But our first priority is to welcome the faithful to Mass, as the chapel can only hold a little under a hundred, which is insufficient on Sundays and feast days, especially during the summer months, when we are obliged to install a screen outside so that everyone can follow," Brother Ambroise continued. "We knew from the outset that we would one day have to build our own abbey, but we didn't see that as an obstacle."

## $6 Million Needed

The work, which began in May 2023, currently concerns the three main wings of the large cloister, the refectory, bell tower, library, the chapter house and cells.

A fourth wing will be built in the second phase, due to start in 2027, which will also include an abbey church and crypt.

Then, in the 2030s, will come the hotel, kitchen, visiting rooms, porter's lodge and, finally, the infirmary.

The whole project, which relies entirely on private sponsorship — France's 1905 secular law prohibits public funding of religious projects — is currently estimated to cost some 25 million euros. The community now estimates that it is just under $6 million short of the almost $10 million needed to complete phase one.

While various fundraising platforms already mobilized to support their initiative, the monks are relying on the expertise and international network of their patronage director, Gen. Stéphane Abrial, former chief of staff of the French Air Force and previous commander of Allied Command Transformation in the U.S. and one of the two NATO strategic commands.

"It is certainly an ambitious project, but one that remains reasonable," Brother Ambroise commented, "because we know that monasteries will be called upon to play an ever-greater role in future times, and it is up to us to show a thoroughly Christian boldness to rekindle hope in hearts. ...

"We have no pretensions but immense conviction!"

## Rebuilding a Civilization

For him, the fundamental aspect of this building project is his community's desire to remind the world of God's primacy over all the ephemeral dimensions of human life, by anchoring it in a timeless heritage.

And to ensure that this heritage is passed on to future generations, as a silent witness to God's greatness and beauty, the entire complex will be built in the millennia-old spirit of European monastic architecture, in freestone with granite foundations, in a sustainable and environmentally friendly approach.

At the same time, the community is considering developing a number of social activities and initiatives, particularly in the field of training, to support local populations who, far from major urban centers, suffer from precarious economic conditions and struggle to provide a sustainable future for their families.

This is the perfect recipe for turning the site into a "spiritual beacon," according to Brother XVI's famous expression.

In fact, families are already flocking to buy houses in the surrounding area, confident that the abbey's outreach will be felt throughout the neighborhood. It is also an opportunity for them to reach out to all those far away from the faith, touched by this initiative that bears witness to the long French tradition of monk-builders — that culminated with Cluny, the most powerful abbey in medieval Christendom — and to a great confidence in the future.

As to whether the moral collapse of the West could give birth to a return to the monastic golden age once initiated by St. Benedict, and which counterbalanced the decay of the Roman Empire, Brother Ambroise posited that Christians must already act as if this were the case. "At a time when everything is crumbling, when everything is being called into question, when we are giving in to pessimism by settling for a poor liturgy on the pretext of not putting ourselves forward, an abbey coming out of the ground sends the strong message that everything is still possible," he concluded. "In this sense, our project is part of a profoundly civilizational approach."

**LEARN MORE**
*To support the project, visit https://www.la-garde.org/.*



CALL US TO REQUEST A FREE PROPOSAL
1-888-996-1212
littleflower.org/specialgifts

## Secure Your Future
with a Gift Annuity through the Society of the Little Flower.

- A $5,000 charitable gift annuity provides an 80-year-old individual with annual payments of $410
- Little Flower gift annuities provide fixed payments for life
- Payments are primarily tax-free through life expectancy
- Age 70 ½+: IRA assets can be used to fund a gift annuity
*(Call us for the special rules)*

Your gift helps those in need through Carmelite ministries and the education of seminarians

**Sample One Life Rates\***

| Age | 70 | 75 | 80 | 85 | 90 |
|---|---|---|---|---|---|
| Rate | 6.3% | 7.1% | 8.2% | 9.8% | 11.7% |

*\*Rates are subject to change • Minimum age 60 • FL residents only*
*Please call our office to learn the rates for two-life gift annuities.*

**Excellent Rates, Terrific Mission**

✝ Society of the Little Flower •1313 N. Frontage Rd. • Darien, IL • 60561



## HELP US REACH MORE OF THE FAITHFUL!

With the National Catholic Register's multiple copy discount program

Now you can affordably help your fellow parishioners learn about the events of our time without the Secular Media bias to aid them in living their faith consistent with the teachings of the Church. Help spread the Truth while blessing other Catholics in this quick and easy manner.

**Order 6 or more copies and get each issue for just $1.50.**
**That's a 50% savings off the cover price!**

Call us today at (800) 781-0382
or email us at Register@kable.com

# NATIONAL CATHOLIC REGISTER
READ FAITHFULLY
A service of EWTN News

4

# WORLD



"PRAY, HOPE & DON'T WORRY"
-St. Pio
Catholic information & inspiration

Mail a return self-addressed stamped envelope (SASE) to receive 12 various two-sided cards (3"x 3 ½") and a flyer with over 265 titles plus instructions for requesting cards. Many of the cards have both text and colored pictures on the front and easily fit into a wallet or pocket. Keep, share, or give them to evangelize.

Free Religious Cards
Box 783, Enfield, CT 06083
NO Donations



Make holy all the things!
www.ChurchPOP.com

Follow us on Facebook!
www.facebook.com/NCRegister



NATIONAL CATHOLIC REGISTER
America's most complete Catholic news source
A Service of EWTN

Register ads
get results.
800-356-9916
advertising@ewtn.com

Want to make a difference using
your God-given talent?
We have positions available.
www.NCRegister.com/jobs
EWTN

United States Bankruptcy Court for the District of Vermont
In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

**Claims Notice for Survivors of Sexual**
**Abuse and Others With Claims Against**
**the Roman Catholic Diocese**
**of Burlington, Vermont**

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocese information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont
information:* visit vtb.uscourts.gov

*For advice about your rights:* contact an attorney



CUSTOM STATUES
OF THE SACRED

One-of-a-kind sacred masterpieces.
Bronze, marble, or fiberglass
Affordable, with prompt delivery.

Gregory P. Cave,
President
Cave Co.

814-456-5663
info@churchgoods.net
www.churchgoods.net



SYVERSEN TOURING CATHOLIC PILGRIMAGES

2025 Jubilee
Pilgrimage to Italy
September 1st - 10th, 2025
$3995 from New York
Rome * Assisi * San Giovanni

2025 Madeira Island,
Fatima & Lisbon
October 6th - 15th, 2025
$3995 from Newark
Fr. Chris Gaffrey, OFM

1-800-334-5425
www.syversentouring.com



AALP
ALTUM L'ALTO PILGRIMAGES

Open-Enrollment & Custom Trips

ADVENTUREPILGRIMAGES.COM



# Ceasefire Brings Hope to Lives Connected to Holy Land Tourism

BY MICHELE CHABIN
MIDDLE EAST CORRESPONDENT

JERUSALEM — For the first time since the Oct. 7, 2023, Hamas attack and Israel's multi-front war against Hamas, Hezbollah, Iran and the Houthis, there is hope that pilgrims will return to the Holy Land.

This is welcome news for Christians who have been dreaming of visiting the Holy Land and for tour operators specializing in Holy Land pilgrimages.

"I'm receiving many inquiries from people asking, 'When can we come to Israel?'" said Bishop Attilio Nostro of Mileto-Nicotera-Tropea, Italy, who recently toured Israel and met with local Church officials as part of an Italian Catholic delegation sponsored by the Israel Ministry of Tourism.

"I think this is the right time for pilgrims to return, especially during this Jubilee Year, which is dedicated to hope," Bishop Nostro said.

Thanks to the ceasefires between Israel and Hamas in Gaza and Israel and Hezbollah in Lebanon, rockets are no longer threatening Israel's airspace. As a result, many European countries have lifted their travel advisories to Israel, and several European airlines have just resumed, or have promised to resume, flights to and from Tel Aviv in the coming weeks and months.

British Airways announced it will begin flights on April 5, starting with one flight per day. Lufthansa has already renewed service to Tel Aviv.

In the U.S., Delta is now accepting reservations for flights beginning April 1, and United Airlines just announced that it will return to Israel on March 15. There was no word from American Airlines at press time.

"Every airline will be keen to


PLACE OF PILGRIMAGE. Top, the Via Dolorosa; above, guide Hani Khashram gives a past tour. Shutterstock and courtesy of Hani Khashram

return to the market as soon as possible while complying with the necessary [travel] advisories," John Grant, a partner at analytics company Midas Aviation, told Euronews.

By mid-May, there could be more than 1,200 flights per week to Israel, the news agency said, citing data from OAG, a global travel data provider.

The Feb. 1 return of daily flights from Rome should be a game changer for pilgrims flying from Italy, according to Catholics involved in pilgrimages. The resumption of flights comes on the heels of the Italian government's decision to remove its travel advisory to Israel.

Until the recent ceasefires were implemented, pilgrims were "afraid to visit due to what they were seeing on the TV news," said Father Marco Castellazzi, director general of CNPI, a central body organizing pilgrim tourism from across Italy under the auspices of the Vatican.

Now things are looking brighter.

Father Danilo D'Alessandro, an Italian priest who has been leading tours to Israel for 18 years, had hoped to bring a group last September, but it was canceled largely due to the inability to obtain travel insurance. Few insurance companies have been prepared to cover a trip or flight that could be canceled at any time due to rocket fire.

"A lot of people are ready to come back because they have a special feeling for the Holy Land," Father D'Alessandro said. "Many are repeat customers. They try to come every year, to visit the holy sites and walk where Jesus walked. When I arrive back in Italy, I will talk about the people we met. It is very important to talk about life here."

Elisa Leopold Moed, CEO of Travelujah, a company that specializes in faith-based tours originating in North America, said she has recently seen a "significant increase" in the desire of church groups to return to Israel.

"People are hungry to come. Just in the last month, the number of inquiries and bookings has gone up," she said. Since it takes time for groups to sign up participants, find affordable airline tickets and accommodations, and organize a tour, most of Moed's bookings are for the fall of 2025 and throughout 2026.

However, very small groups and individuals should have no trouble finding seats, especially now that so many airlines are flying.

Moed, whose business declined 90% during the hostilities, said Christians seem to be yearning to return. Many of her clients are pastors who have a deep connection to Israel and the Holy Land.

"The bigger issue that has been limiting tourism to Israel is the fact that the availability of flights has been very limited," she said. With little-to-no competition, it was difficult to find a New York-to-Tel Aviv flight for under $2,000, and sometimes much more.

"Church groups typically want to book as a group," Moed explained. "They want a block of seats that are on reserve 60 days before, at a certain rate. There was a very big bottleneck, but that is changing."

The resumption of nonstop flights from the U.S. and Europe "opens up a world of opportunities," she said.

One pastor told Moed that he had signed up 30 people in three days for a pilgrimage.

"That gave me optimism. People seem hungry to come here, to reaffirm their faith and to strengthen their connection to the Holy Land and the Jewish people. At the same time, she is a realist," she said. "This is the Middle East, and we always have to remember things can change very quickly."

## Vance

CONTINUING PAGE 2 STORY

cerns, for instance, is about consumer fraud. That's a valid reason to worry about 'safety.' But the problem is much worse if a peer nation is 6 months ahead of the US on AI."

The vice president then ended his tweet with an indication that he thinks the topic deserves a deeper treatment. "Again, I'll try to say more," he said.

Vance's response is yet another indication of his burgeoning reputation as a smooth-operating social-media user, a status that the vice president has earned for what *Politico* described in a Feb. 10 piece as his "norm-breaking approach to political communication."

The vice president's reply is also an indication that Vance, who became Catholic in 2019 under the tutelage of East Coast Dominican public intellectual Father Thomas Joseph White of the *Lamp*, pays attention to niche conversations within Catholic media in a way that seems unprecedented for such a high-ranking U.S. politician.

And while one user initially described the Register journalist's post, which speculated about a "right-wing religious populist vs. tech-bro libertarian" conflict within the White House, as "gibberish," Vance's response indicates that he

not only understood the critique, but took it seriously enough to offer a substantive reply.

Vance's social-media engagement with a Catholic journalist's niche post also comes at a time when the vice president is in hot water with Church authorities, including with the Pope himself, for the administration's rhetoric on immigration.

In an astonishingly direct Feb. 11 letter condemning the Trump administration's "mass deportation" plans, Pope Francis also took aim at Vance's usage of a theological concept called the *ordo amoris* to justify the U.S. government's prioritization of its own citizens before foreigners.

On Jan. 30, Vance suggested (in a post on X, of course) that the concept, which was developed by St. Augustine and St. Thomas Aquinas, supported the idea that one ought to first love those to whom they have God-given responsibilities, like one's family or fellow citizens.

Pope Francis retorted in his letter that "the true *ordo amoris*" needed to be grounded in the Parable of the Good Samaritan, "that is, by meditating on the love that builds a fraternity open to all, without exception."

"Christian love is not a concentric expansion of interests that little by little extend to other persons and groups," wrote the Pope, who did

not name Vance directly.

In previous weeks, U.S. bishops have pushed back against the vice president's assertion that they engaged in federally funded refugee and migration programs, in part, to boost their financial "bottom line."

"That's just scurrilous," said Cardinal Timothy Dolan, the archbishop of New York, in response.

"It's very nasty, and it's not true."

To this point, Vance has not directly addressed these criticisms regarding his immigration rhetoric from some of the Catholic Church's highest authorities.

But his recent engagement with a Catholic journalist's low-visibility post about his views on AI and how they relate to his "religious populist" reputation indicates that he is likely paying close attention to conversations among the Catholic chattering class — and eager to weigh in when he deems it appropriate.

In Paris, Vance warned that excessive regulation could cripple growth in the AI industry, a sector that he framed as poised to offer unprecedented job growth. He also criticized foreign governments for "tightening the screws" on U.S. tech companies and pledged that America would continue to be a leader in AI innovation.

The Vatican, meanwhile, has struck a posture towards AI that could be described as open, but deeply cautious.

This has included a January document from the Dicastery for the Doctrine of the Faith, *Antiqua et Nova*, which is dedicated to the relationship between AI and human intelligence.

And Pope Francis sent a message to the same Paris summit where Vance made his speech, reiterating his call for adequate "safeguards" of AI in order to protect against its potentially harmful effects.

"I therefore appreciate the efforts under way to embark with courage and determination upon a political process aimed at defending humanity from a use of artificial intelligence that could 'limit our worldview to realities expressible in numbers and enclosed in predetermined categories, thereby excluding the contribution of other forms of truth and imposing uniform anthropological, socio-economic and cultural models,'" the Pope said to the Paris summit's attendees, which included tech CEOs and heads of state.

Vance did not address some of Church leadership's concerns with AI in his recent social-media reply, other than to say that the risks associated with the technology were overstated or unavoidable.

But given the vice president's promise to address the topic more fully, a response addressing those concerns should be expected.

# WORLD



"PRAY, HOPE & DON'T WORRY"
— St. Pio
Catholic information & inspiration

Mail a return self-addressed stamped envelope (SASE) to receive 12 various two-sided cards (3"x 3 ½") and a flyer with over 265 titles plus instructions for requesting cards. Many of the cards have both front and colored pictures on the front and easily fit into a wallet or pocket. Keep, share, or use them to evangelize.

Free Religious Cards
Box 783, Enfield, CT 06083
NO Donations



ChurchPOP
Make holy all the things!
www.ChurchPOP.com

Follow us on Facebook!
www.facebook.com/NCRegister

EWTN
News

Want to make a difference using
your God-given talent?
We have positions available.
www.NCRegister.com/jobs

NATIONAL CATHOLIC
REGISTER
America's most complete Catholic news source
A Service of EWTN

Register ads
get results.
800-356-9916
advertising@ewtn.com

QUALITY CATHOLIC
Books, Videos, Audio, Art, Religious Education
Bibles, Study Bibles, Children's Bibles, Conversion Stories, Apologetics,
Marian Apparitions & Devotions, Evangelization, Popes, Saints, and more!

ignatius press
www.ignatius.com
1-800-651-1531

We'd like to introduce you to millions of
committed Catholics worldwide. Advertising
in our print and digital publications can
showcase your products and services to the
world's largest Catholic buying audience.

www.EWTNAdvertising.Com

United States Bankruptcy Court for the District of Vermont
In re Roman Catholic Diocese of Burlington, Vermont,
Case No. 24-10205-HZC

Claims Notice for Survivors of Sexual
Abuse and Others With Claims Against
the Roman Catholic Diocese
of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit vermontcatholic.org

*For the bankruptcy docket:* visit
https://cases.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit vtbuscourts.gov

*For advice about your rights:* contact an attorney

SYVERSEN TOURING CATHOLIC PILGRIMAGES



2025 Jubilee
Pilgrimage to Italy

September 1st - 10th, 2025
$3995 from New York
Rome * Assisi * San Giovanni

2025 Madeira Island,
Fatima & Lisbon

October 6th - 15th, 2025
$3975 from Newark
Fr. Chris Gaffrey, OFM

1-800-334-5425
www.syversentouring.com



AALP
ALTUM L'ALTO PILGRIMAGES

Open-Enrollment & Custom Trips

ADVENTUREPILGRIMAGES.COM

## 'Fraternity and Friendly Rivalry'

### 17th-Annual European Futsal Championship of Catholic Priests Sees Polish Team Prevail

BY SOLÈNE TADIÉ
EUROPE CORRESPONDENT



FOR THE WIN! Futsal players compete in the 17th-annual European Futsal Competition. *Courtesy of András Király*

Kisvárda, HUNGARY — The small, peaceful town of Kisvárda, in eastern Hungary, has just been the scene of an international sporting event that its inhabitants won't soon forget.

Nearly 200 Catholic priests from all over Europe competed in national teams in a great soccer tournament, Feb. 10-14, attracting large crowds of supporters. The games were more precisely futsal, and indoor variation of soccer played with five players per side.

Fifteen countries were represented at this annual European championship event now in its 17th year, which was won hands down by the Polish team in an atmosphere of fraternity and friendly rivalry.

The participants saw it as a privileged opportunity to consolidate the bonds of solidarity that unite them in these difficult times for priests on the de-Christianized Old Continent and to more easily touch the hearts of young people thirsting for meaning and role models.

At the request of the Auxiliary Bishop László Kiss-Rigó of Szeged-Csanád, the Greek-Catholic community was entrusted with the official organization of this international competition. The auxiliary bishop is also the former goalkeeper of the Hungarian national team.

"We saw it as a great opportunity to make our community better known," Greek Catholic Archbishop Fülöp Kocsis said. "We strived to make the games and ceremonies as professional as possible to offer priests and supporters an unforgettable experience."

Kisvárda is located in the Diocese of Debrecen, seat of the Greek Catholic Church in Hungary, which numbers some 200,000 faithful. The Greek Catholic Church's colors and traditions shone through during the competitions, which were attended by several Hungarian officials and Church leaders, including apostolic nuncio Archbishop Michael Banach.

Launched in Austria in 2003 on the initiative of a group of Croatian priests, the tournament was initially conceived as a friendly competition designed to bring together priests from across Europe. Over the years, it has grown into a significant annual event, offering not only a platform for showcasing athletic talent but also an opportunity to strengthen the positive image of the Catholic Church. Beyond the matches, the program included daily Masses, prayer times and cultural activities, providing a holistic experience for all participants.

This year's tournament featured teams from Albania, Austria, Bosnia and Herzegovina, Belarus, Croatia, Czech Republic, Italy, Kazakhstan, Kosovo, Poland, Portugal, Romania, Slovakia and Slovenia. Among the players was Father Bonifacio Sarte Lopez, goalkeeper for the Vatican soccer team at the "Clericus Cup" world championship held semi-annually in Rome.

For the ninth time since the championship's launch, the title went to Poland, which beat Slovakia 4-0 in the final. Croatia, participating as defending champions, took third place, while Hungary, hosting the tournament for the second time, came in fourth. The matches were held at the City Sports Hall and the Szent László Catholic High School in Kisvárda.

"This championship is more than just a sporting event; it's a celebration of our shared faith and the joy of community," said Hungarian Greek Catholic priest Daniel Kocsis, a former professional football player who gave up his career to embrace the priesthood. "Through football, we find common ground, we build friendships, and exchange pastoral experiences that enrich our spiritual lives," Father Kocsis added.

His words echoed those of Archbishop Banach who, in his homily for the opening Mass Feb. 10, highlighted that this event is not only about the love of movement and sport, but also about the desire of priests from different countries and cultures to know each other's issues, challenges and joys and to share their pastoral experiences.

"The many times of prayer and recollection that punctuated these days together gave full meaning to the games, whose ultimate aim is for everyone to leave strengthened in their faith and ministry," Archbishop Kocsis said.

To this end, the participants also gathered Feb. 12 at the nearby sanctuary of Máriapócs, home to an icon of the Weeping Madonna, where local Greek Catholic Bishop Ábel Szocska celebrated Mass. They also visited the world's first Greek-Catholic Museum, as well as St. Nicholas Cathedral in Nyíregyháza.

By improvising as footballers for the duration of their stay, the priests were also able to enjoy some welcome moments of lightheartedness at a time when their spirits are often shaken by the vocation crisis in Europe and the various scandals targeting the Church.

For Father Michael Semmelmayer from Austria, these shared moments were also an opportunity to give the many young priests participating for the first time a strong sense of belonging to a community that transcends borders. "In football, as in faith, we learn to support one another, respect our differences and work as a team," he said, adding that he was struck by the general elation in the whole city of Kisvárda.

Indeed, the matches attracted large crowds of supporters of all ages and backgrounds, with more than 1,500 people attending Hungary's semifinal match on the evening of Feb. 13, while thousands from all over Europe followed the competitions live on social networks.

It was on this dimension of the evangelizing power of sport that Hungarian Prime Minister Viktor Orbán focused his letter to the participants, read out at the awards ceremony. "I once asked a missionary what was the easiest way to lead children to Christ; he answered:

Throw a ball among them, and you will see that after playing a few matches with them, you can talk to them about God," he wrote. "Because football, like the gospel, is for everyone; a common denominator that can unite the most diverse people and nations."

Reflecting on the deeper meaning of such an event, Father Semmelmayer noted the positive impact that the "priest championship" can have in the world. "It is particularly important nowadays that the world sees that priests are 'normal' people who play football and have fun."

This point of view is shared by Father Kocsis, who considers that "a priest playing soccer or doing any kind of sport is always 'curious' enough to attract attention and convey a strong message."

"Whenever a priest comes out of his church, of his school, where normally priests are, to go down on the field, they show in a concrete way that they fully belong to their community," he continued. "These moments of shared joy were very strong and will remain forever with all those who attended."

Next year's championship will take place in Poland, at a date and venue yet to be confirmed. In the meantime, the priest footballers will be able to rest and draw inspiration from cherished memories and strengthened ties with other participants.

"What happened here in Kisvárda, in this small town in Hungary, is totally unique," Archbishop Kocsis concluded. "It is my deep hope that this event will have sown fruitful and lasting seeds in people's hearts and that it will be able to influence, if only in a small way, the state of faith in Europe."

## Recalling the 2015 Hostage Crisis of Khabur


COMMENTARY

They came before dawn, under the cover of darkness. Overpowering and killing three village guards, they took hundreds of captives — men, women and children, from the elderly to the very young. Then they looted homes and shops before reducing the village churches to rubble with high explosives.

This was the start of one of history's saddest, strangest, least-known hostage crises, which began 10 years

ALBERTO FERNANDEZ

ago on Feb. 23, 2015. The setting was war-torn northeast Syria. Within the territory controlled by Kurdish fighters was a string of Assyrian Christian farming villages along the Khabur River. These Assyrians had arrived in French Mandate Syria as refugees in the 1930s. Before that, they had been driven from their Anatolian mountain homeland by the Ottoman Turks during the First World War, found temporary refuge in Iran, moved to Iraq, and then fled from massacres carried out by Iraqi nationalist troops.

These Christians were members of the Assyrian Church of the East, an ancient Church that flourished under the Persian Empire and has a rich spiritual and cultural history. The Assyrian Church has been in fruitful dialogue with the Catholic Church for decades and in 1994 signed a common Christological declaration. Members of the Assyrian Church can receive Holy Communion in the Chaldean Catholic Church (in communion with

Rome) and vice versa, if no other options are available. Only last year, Pope Francis included the Assyrian mystic and theologian St. Isaac of Nineveh in the Roman Martyrology.

The Khabur raid on the Assyrians was carried out by the Islamic State, the Salafi-Jihadist terror group that had seized vast territories in Syria and Iraq. It was a time of extreme violence inflicted on the region's Christians by the group.

Less than two weeks before the attack on the Assyrians, the Islamic State had staged the grotesque slaughter of 21 Christians — the Coptic Martyrs of Libya — on a beach at Sirte. Two months later, in April 2015, Islamic State propagandists released another horrific video, this one featuring the massacre of 30 Ethiopian Christians, also in Libya.

The Assyrian hostages, 226 of them, were taken to ISIS-controlled territory nearby. They were harassed and repeatedly pressured to convert to Islam, but were otherwise relatively unharmed. It seems that, possibly, one of them converted.

Contact was made through local Arab tribes. The terrorist group, which over the years had targeted and killed hundreds, if not thousands, of Christians, offered to release the hostages in exchange for ransom. Media reports cited demands of $50,000 per person or a total of $11 million. What actually transpired remains unknown and will likely never be fully revealed.

At the time, countries like France, Italy and Spain secured the release of hostages from terror groups, including ISIS, that had demanded ransom payments. All three countries denied that any payments were paid. The

practice is illegal in many countries and remains a contentious issue among terrorism experts. Israel, in contrast, has negotiated hostage exchanges, at times releasing convicted terrorists and killers for its captives, including women and children.

Whatever the details, the effort to secure the release of Assyrian hostages was slow and arduous, led by the local Bishop Mar Afram Athneil. The Assyrian diaspora — a relatively small, poor Church of working-class parishioners scattered across the globe — mobilized to do what it could.

During the crisis, Australian-Assyrian academic Nicholas al-Jeloo gave a lecture at a local church, appealing for contributions. More than 500 people donated something that night. Two of the captives were his cousins. With such a small community of Assyrian Christians remaining, everyone knew someone connected in some way with the hostages — whether as relatives, friends or acquaintances of extended families.

On March 1, 2015, 19 hostages were released. On March 3, four more were freed, including a 6-year-old girl, Mariana Mirza. On May 26, two ladies in their 80s were also released. Then, on Aug. 12, 22 more hostages — 14 of them women — were set free.

Evidently dissatisfied with the pace of the exchanges, on Sept. 23, the terrorist group executed three hostages — Dr. Abdelmasih Enwiya, Assur Rustam Abraham and Bassam Issa Michael — and released a gruesome video of their murder on the Muslim Feast of the Sacrifice, Eid al-

Adha. A month later, 37 hostages, most of them elderly, were freed. In December 2015, 50 more were released, including 25 on Christmas Day.

On Feb. 22, 2016, one year after the kidnapping, most of the remaining hostages were released. On March 28, 2016, the last captive, an Assyrian girl named Miriam David Talya, was freed. The group had set aside some young women to be forcibly married to ISIS fighters; one of them was taken away and never found but all the others were eventually released.

The price was steep — not so much in whatever may have exchanged hands, but in lives lost, the psychological trauma endured by the survivors, and the destruction of entire communities. At the start of the Syrian Civil War, the Khabur villages were home to 20,000 Assyrian Christians; today, only a few hundred remain. The villages are now either abandoned or occupied by Kurdish refugees displaced by fighting elsewhere in Syria.

Nearly all of these Assyrians have fled the country. Many have resettled in Australia, Germany or Sweden, while others have found refuge in Norway, Austria, Belgium, Russia, the United States, Canada and New Zealand.

A decade later, al-Jeloo asks, "What could I say about such a tragedy?" Five hostages were lost — three of them murdered — but 221 were saved, plucked from the raging fire. It remains both a profound tragedy and an agonizing triumph.

*Alberto M. Fernandez is a former U.S. diplomat and a contributor at EWTN News.*

# **Exhibit Q**

NATIONAL CATHOLIC

# REPORTER

NCRonline.org                    THE INDEPENDENT NEWS SOURCE

**VERIFICATION OF PUBLICATION**

STATE OF        ___ Missouri _____

COUNTY OF      ___ Jackson _____

Being duly sworn, _Walter Reiter_____ says that s/he is the ____CFO_____ (job title) of
*National Catholic Reporter,* and is duly authorized by the *National Catholic Reporter* to make this
affidavit, and is fully acquainted with the facts stated herein: the following legal advertisement – **In re:
Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC** was published in the national
edition of the *National Catholic Reporter* in the following issues:

**January 31, February 28, & March 14, 2025**

_____ (Signature)

National Catholic Reporter

_____ March 14, 2025 _____ (Date)

## —Cover Story - Pope Francis' new autobiography

## 'The reality is, quite simply, that I am old,' Francis writes

Continued from Page 1

"Melancholy has always been a companion in my life," the pope writes in the text. But it is more than just melancholia that comes through: The book is peppered with stories of regret and humiliation from Jorge Mario Bergoglio's childhood onwards.

Many of the incidents are seemingly minor: ignoring a visit from a housemaid who had cared for his family when he was younger; shying away from taking a photo with his dying father; avoiding visiting a dying priest with whom he was close.

"If I consider what is the greatest gift that I desire from the Lord, and have experienced, it is the gift of shame," he admits.

Since the earliest days of his papacy, Francis has frequently insisted that "God never tires of forgiving." After reading his memoir, one senses that the pope himself is just as much the intended recipient of that message as anyone else.

**2. Francis is most emotional when reckoning with the devastation of war.**

During a visit to Rome's Piazza di Spagna in 2022, Francis cried when discussing the suffering of Ukrainians following Russia's invasion.

And almost every incident recounted in this memoir when the pope is moved to tears involves a moment when the pope is reminded of the horrors of war: his 2014 visit to Redipuglia military cemetery to commemorate those lost in World War I, a 2017 visit to the American cemetery at Nettuno, Italy, and a 2023 meeting with victims of the protracted war in the eastern region of the Democratic Republic of Congo.

"War is folly!" the pope laments

> **"There is no such thing as a god of war: Anyone who makes war is evil. God is peace."**

as he recalls the tears he has shed over war. "There is no such thing as a god of war: Anyone who makes war is evil. God is peace."

**3. Francis' attention to the peripheries predates his papacy.**

The pope has made no secrets about his regular meetings with transgender people at the Vatican or his frequent encounters with the poor and homeless. And even if he bristles at the notion of being characterized as a street priest — and suggests he is unworthy of the title — Francis' attention to society's most marginalized shine through in this book, even from his earliest days as a minister.

No story captures this better than a memory of two "high-class" prostitutes whom he had known for ages. Upon becoming an auxiliary bishop of Buenos Aires, one of them asked him to hear confessions and celebrate Mass for a group of her friends.

The future pope obliged and the two remained in touch until she died.

"I was very fond of her," he writes. "Even now, I don't forget to pray for her on the day of her death."

**4. Francis issues strong statements on clergy abuse, LGBTQ Catholics and women's ministries.**

The pope's memoir avoids getting into specifics of some of the hot-button issues that have frequently surfaced during his papacy, but when he does venture there, he doesn't mince words.

On clergy sex abuse, the pope briefly mentions the saga of ex-Cardinal Theodore McCarrick, the former archbishop of Washington, D.C., who was revealed to be a serial abuser. "In



Pope Francis gives his blessing to visitors gathered in St. Peter's Square to pray the Angelus on the feast of the Baptism of the Lord at the Vatican on Jan. 12.
—CNS/Vatican Media

the justified anger of the people, the Church sees the reflection of God's anger, betrayed and besmirched by these dishonest priests," he writes. "Victims must know that the pope is on their side. And on this he will not take even one step back."

On LGBTQ issues, the pope condemns the criminalization of homosexuality in some 60 countries around the globe.

"Homosexuality is not a crime, it is a human fact, and the Church and Christians cannot remain indifferent in the face of this criminal injustice, nor can they respond fainthheartedly," the pope states.

On women's ministries, the pope reiterates the synod's statement that access to the female diaconate remains open to further study and that women should be involved in the training of the church's future priests.

**5. Francis stops short of offering an assessment of the resistance to his reforms.**

Late into the memoir the pope mentions a large white box he was presented by Pope Benedict

XVI soon after becoming pope. Inside the box: details of Vatican corruption and abuse.

While Francis acknowledges that the Roman Curia, the Vatican's central administration, is resistant to change, little is revealed about how he has sought to reform the recalcitrant institution. Hints are dropped about the Vatican's shameful financial investments in a failed London property deal or the blowback he has received from elevating women to top positions of power in the Vatican.

While Hope may be rich in memories from his childhood that shaped the future pope, it is light on revelations about the pontificate itself.

Despite advanced age and limited mobility, Francis insists in the memoir that his overall health is fine and that he intends to press on.

"The reality is, quite simply, that I am old," writes Francis, before adding: "The Church is governed using the head and the heart, not the legs."

*{Christopher White is NCR's Vatican correspondent.}*

*The National Catholic Reporter's Rome Bureau is made possible in part by the generosity of Joan and Bob McGrath.*

---

## — Bankruptcy settlement

## 'This is strictly an economic issue for them' said one survivor

Continued from Page 5

plaintiff attorneys' relentless focus on litigation," a spokesman for the Rockville Centre Diocese said in response, "sadly putting more money into the hands of lawyers, and less into those of survivors."

### — Moved by 'horrors'

In an open letter posted to the diocese's web site in December and addressed to "All Survivors of Sexual Abuse," Bishop John Barres of Rockville Centre thanked survivors "for coming forward, for the ways in which you carry your crosses, and for working for justice and the protection of children."

Barres said he has met with and personally apologized to abuse survivors. "I am deeply moved by the accounts of trauma and the fact that these horrors were perpetrated by those

who should have been leading others to Christ," he wrote. He also offered a further apology: "I am truly sorry for the evil done to you. I am sorry for the failures of the Church and her leaders in addressing these horrors."

The letter also referenced reforms the diocese announced in 2003, the same year a grand jury in Long Island's Suffolk County issued a scathing report detailing sexual abuse by priests and a culture of "secrecy and obfuscation" within the diocese. The grand jury did not issue indictments, citing the statute of limitations on criminal sexual abuse charges, but concluded that diocesan officials had used "deception and intimidation to prevent victims from seeking legal solutions to their problems."

"The Diocese made a commitment in 2003, and we continue to devote ourselves to the protection of children as part of the Church's mission," Barres wrote.

"Strict protocols, zero tolerance for abuse, careful screening, and training have all become the norm for those in ministry, employees and volunteers. We will not grow lax in these commitments and will remain vigilant."

D'Amico, who lives in Colorado and has become an advocate for other victims, said he wishes the bankruptcy agreement included an independent oversight body to monitor the diocese's abuse prevention measures. He also wishes money had been set aside to help abuse victims continue to work through their traumatic experiences in therapeutic settings.

"I think it's an ongoing struggle for everyone," he said.

D'Amico said has " no relationship with the Roman Catholic Church." The priest he said assaulted him, Soave, died in 1999.

D'Amico said he anticipates receiving between $100,000 and $600,000. He said he will use some of his settlement money to contribute to an organization that promotes healing from childhood sexual abuse.

**United States Bankruptcy Court
for the District of Vermont**

**In re Roman Catholic Diocese
of Burlington, Vermont,**

**Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit
**vermontcatholic.org**

*For the bankruptcy docket:* visit
**https://case.stretto.com/
dioceseofburlington**

*For U.S. Bankruptcy Court for the
District of Vermont information:* visit
**vtb.uscourts.gov**

*For advice about your rights:*
**contact an attorney**

6 / **News** /

NATIONAL CATHOLIC REPORTER
February 28-March 13, 2025



Sean Callahan, president and CEO of Catholic Relief Services, visits southern Gaza Jan. 23, 2024. CRS is bracing for massive cuts because of draconian reductions in U.S. foreign assistance ordered by the Trump administration, according to a Feb. 3, 2025, internal email from Callahan.
—CNS/Robert Duncan

# Cover Story – Catholic Relief Services

## A blanket freeze, even for a short period of time, means staff will have to be let go, programs will get interrupted and supply chains will be disrupted

*Continued from Page 1*

National Catholic Reporter.

CRS at its headquarters in Baltimore did not respond to requests for comment. The U.S. bishops' conference, which created the organization 82 years ago, also did not respond to a request for comment.

Retired Tucson, Arizona, Bishop Gerald Kicanas, a former board chairman of Catholic Relief Services, said eliminating USAID would be a huge mistake. "These are desperate people, living in desperate situations, struggling day by day, hour by hour," Kicanas told NCR.

The cuts would amount to one of the biggest blows ever to CRS, a relief group founded in 1943 by Catholic bishops in the United States to serve World War II survivors in Europe. CRS reaches more than 200 million people in 121 countries on five continents, according to its website.

Callahan said that CRS has already received notifications that some projects for which it is subrecipient have already been terminated and that more are coming.

The staffing cuts and cost-saving measures would be across the board, impacting all divisions and departments of CRS, Callahan said. Temporary furloughs would not be enough to avoid staff cuts, he added.

The cuts will be devastating, said Stephen Colecchi, director of the Office of International Justice and Peace for the U.S. Conference of Catholic Bishops from 2004 to 2018.

"To target this tiny portion of the federal budget in such a haphazard and irresponsible way is



A boy is seen in a file photo with relief goods at a U.S. Agency for International Development (USAID) distribution center in Gaza City. The future of USAID has been called into question amid reports President Donald Trump had agreed to "shut down" the agency, which could have dramatic impacts on the poor and the groups assisting them.
—OSV News/Catholic Relief Services/Shareef Sarhan

going to cost people's lives and livelihoods," Colecchi said. "It is not a thoughtful or humane way to go about treating programs that help the poorest of the poor all over the world."

CRS is holding an emergency briefing Feb. 6 on the foreign aid freeze.

USAID has been an early core target of President Donald Trump's efforts to curtail government spending, led by billionaire Elon Musk who is heading the newly created Department of Government Efficiency, an extragovernmental operation that has been empowered in the administration. Secretary of State Marco Rubio said he is now running US-AID. While independently created by Congress, it is a part of the State Department.

Democrats in Congress have challenged the legality of the attempts to slash USAID funding or shutter the office entirely.

Compared to other federal departments, USAID's share of the budget is a sliver. In fiscal year 2023, the U.S. allocated $916 billion for defense, or 3.4% of gross domestic product. The Defense Department requested $849.8 billion for fiscal year 2025.

"If you want to review a program, you don't simply freeze it in place, especially when local people are relying on it for life-saving and life-changing programs," Colecchi said. "What you do is a systematic review for effectiveness and then you decide which programs are to continue and which programs are to sunset."

"A blanket freeze, even for a short period of time, means staff will have to be let go, programs will get interrupted and supply

chains will be disrupted," Colecchi added.

"It will really tarnish the reputation of our nation, which has always had a good reputation in the area of humanitarian assistance."

Over a nine-year period — from the 2013 to 2022 fiscal years — Catholic Relief Services received $4.6 billion in funding from USAID, primarily for disaster assistance, according to an August 2024 report by the Congressional Research Service, a branch of the Library of Congress.

Church and faith-based organizations received less than 6% of USAID funding for nonprofit organizations, with more than half of those funds going to Catholic Relief Services, according to the Congressional Research Service.

Among the programs and services provided by CRS: water and sanitation, education, agriculture, health, microfinancing, climate change resilience, as well as justice and peace-building programs in addition to emergency and disaster assistance.

"CRS is the Gospel at work and reflects the best of American values," John Carr, former executive director of the U.S. Conference of Catholic Bishops' Department of Justice, Peace and Human Development, told NCR.

CRS had 7,000 employees worldwide as of 2018 when it marked its 75th anniversary.

Kicanas, CRS board chairman from 2010 to 2013, said that CRS is trusted around the world. Pulling back programs that support starving and suffering people will have serious ramifications.

"So it's not like a short freeze won't be insignificant," Kicanas said. "It will be very significant for countless numbers of people in countries around the world."

Kicanas said the Trump administration may not "understand the unintended consequences of what a freeze will do, and the impact it will have."

*(Brian Roewe is NCR environment correspondent and Brian Fraga is an NCR staff reporter.)*



**On the web**
This story appears in the Trump's Second Term feature series
NCRonline.org/feature-series/trumps-second-term/stories.

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont**

**Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit
vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit
vtb.uscourts.gov

*For advice about your rights:*
contact an attorney



A worker with Jesuit Refugee Service seen in a 2023 photo offers physical therapy to a woman in Renk, South Sudan, as part of the response to the conflict in Sudan. A pause on U.S. foreign aid is affecting critical programs carried out by nongovernmental organizations like JRS.
—OSV News/Courtesy JRS

## —Cover Story - Refugee contracts

# The US government has stiffed the bishops on $13 million

Continued from Page 1

his wife were not going to kick a family "out on the streets."

"It's a refugee family. They just arrived in the United States a few months ago. They don't have any assets," said Crosmer, who added that the family was able to find other sources of assistance to pay February's rent. But whether they will be able to pay rent in the coming months remains to be seen.

In court documents, attorneys for the bishops' conference said the contract termination is an example of the Trump administration's refusal, based on a policy disagreement, to spend funds appropriated by Congress for the purpose of finding homes and jobs for refugees in the country legally.

The termination notice — saying that the bishops' work "no longer effectuates agency priorities" — and the bishops' response were filed in advance of a Friday hearing in the U.S. District Court in Washington, D.C., where the conference is asking a judge to halt the government's suspension of the program.

U.S. District Judge Trevor McFadden on Feb. 28 heard arguments on the bishops' request that the government halt its actions to pause and cut funds, but McFadden did not immediately rule on the motion. The judge requested additional filings in response to the Feb. 26 State Department letters.

"We are preparing the requested briefing, which will be filed with the court next week," Chieko Noguchi, a spokeswoman for the U.S. Conference of Catholic Bishops, told NCR on Feb. 28.

Jesuit Refugee Service was notified Feb. 26 about the termi-

> **"** If government funding can disappear on a dime, it does not make sense for us to keep this program running."
>
> **Jason Brown**

nated funds. They were among approximately 10,000 contracts and grants the Trump administration moved to cancel through the State Department and the U.S. Agency for International Development, known as USAID. Overall, the administration said it is ending nearly $60 billion in foreign aid contracts, including more than nine out of 10 of those arranged through USAID.

President Donald Trump has framed his slashing of foreign aid as a means to address fraud and rein in government spending. The U.S. spends roughly $40 billion on foreign assistance, or less than 1% of the total federal budget.

The canceled agreements will severely impact Jesuit Refugee Services' work in five countries: Chad, Ethiopia, Iraq, Thailand and Uganda.

More than 76,500 people, the majority in Chad and Iraq, will be affected by the loss of U.S. funding for those programs, provided through the State Department's Bureau of Population, Refugees and Migration, the Catholic humanitarian group said.

"I can't believe, as a human being and as a Christian, that the people who are taking these actions are fully considering the unintended consequences here," said Bridget Cusick, communications director for Jesuit Refugee Service USA.

The impacted programs provide:

• education to refugee children in Chad;

• protections and foster care for unaccompanied children in Ethiopia;

• medicine and food for displaced people in Iraq;

• medical and housing assistance in Thailand;

• medical and food assistance in Uganda.

About 400 refugee children in Ethiopia were being assisted by Jesuit Refugee Service's child protection program. That work is expected to continue "in dramatically reduced fashion" for the next two months through private donor sources, Cusick said.

"These children are at greater risk of being trafficked, being forced into child labor and all these terrible things that people say they care about," Cusick said. "But these are things that are really going to happen, and that's why it's just very, very hard for us to understand."

Five funding deals were canceled despite Jesuit Refugee Service applying for a waiver under the State Department's exemption for lifesaving work. The remaining four agreements, for providing aid in Colombia, India, South Africa and South Sudan, are suspended under the pause.

Jesuit Refugee Service had been bracing for significant impacts since late January when Trump signed an executive order freezing all foreign aid for 90 days.

At the time, JRS USA said it needed $1.25 million to continue its programs during the freeze. It estimated about 105,000 people would suffer from the aid pause, and another 400,000 people would be indirectly harmed.

Already, Jesuit Refugee Service has laid off 400 of its 11,000 staff across 58 countries due to the president's funding freeze.

"We're just really trying to work through how we can save as many of these programs and continue to help the people they were benefiting," Cusick said.

On Jan. 24, the bishops' conference received a letter from the U.S. State Department's Bureau of Population, Refugees and Migration notifying it that its refugee resettlement contracts were "im-

mediately suspended" pending a 90-day review of foreign assistance programs.

The bishops' conference filed a federal lawsuit on Feb. 18, saying the aid pause harmed newly arrived refugees and was a blow to the conference, the largest nongovernmental program to resettle refugees legally in the United States.

In its Feb. 26 letter, the State Department said the refugee resettlement contracts with the bishops' conference were "immediately terminated" as of Feb. 27. The State Department's letter ordered the conference to "stop all work" on the program and not to incur any new costs.

Attorneys for the bishops' conference wrote in their Feb. 27 filing that the funding suspension "continues to inflict irreparable harm."

Fifty of the conference's staff members — more than half of its resettlement staff — have been laid off and more employees are at risk of losing their jobs, the bishops' lawsuit said.

"Refugees may lose access to shelter, food, urgent medical care, English-language learning, job-training, and other services during their first days in the country," the Feb. 18 lawsuit states.

Catholic Charities agencies in Virginia, Missouri and Texas said they have been forced to lay off staff and begin shutting down their refugee programs, the heads of those agencies said in declarations.

Since 1980, the U.S. bishops conference has helped resettle more than 930,000 refugees under the government program.

El Paso Bishop Mark Seitz said the conference's "deeply held religious beliefs" motivated it to operate the country's largest refugee resettlement agency.

"Our refugee resettlement efforts are an expression of the Gospel's mandates to 'love thy neighbor' and 'welcome the stranger,' and are core to the USCCB's mission," Seitz said in a document supporting the lawsuit.

*(Brian Fraga is an NCR staff reporter and Brian Roewe is NCR environment correspondent.)*

**United States Bankruptcy Court for the District of Vermont**

**In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205-HZC**

## Claims Notice for Survivors of Sexual Abuse and Others With Claims Against the Roman Catholic Diocese of Burlington, Vermont

If you were sexually abused by any person connected with the Diocese, a Catholic parish, or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by **April 4, 2025.**

*For more diocesan information:* visit
vermontcatholic.org

*For the bankruptcy docket:* visit
https://case.stretto.com/
dioceseofburlington

*For U.S. Bankruptcy Court for the District of Vermont information:* visit
vtb.uscourts.gov

*For advice about your rights:*
contact an attorney