Filed & Entered
On Docket
03/25/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Roman Catholic Diocese of Burlington, ) | Case No. 24-10205-*hzc* |
| Vermont[1] ) | *Chapter 11 Case* |
| Debtor in Possession ) | |

## ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO VERMONT (LOCAL) ATTORNEY TO DEBTOR IN POSSESSION

**UPON CONSIDERATION** of the First Interim Application of Obuchowski Law Office, as Attorneys to the Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses, as dated February 4, 2025, such Application having been noticed with opportunity, and no objection having been filed, the matter having been noticed in accordance with Bankruptcy Rule 2002 and such fees and expenses appearing actual, necessary and such charges further appearing reasonable, and no adverse interest being present,

**IT IS ORDERED** that the First Interim Application for Compensation by Obuchowski Law Office as Vermont and Local counsel to the Debtor in Possession, and for reimbursement of expenses, is **APPROVED** and **ALLOWED**, under this Application for compensation and reimbursement of expenses in the amount of $25,410.90, representing $20,069.00 in fees and reimbursement of expenses in the amount $5,341.90, and,

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

      **IT IS FURTHER ORDERED** that the Applicant, Obuchowski Law Office is **AUTHORIZED** to apply against the allowed fees and expenses the pre-petition retainer of $46,250.00 it is holding to pay the allowed fees and expenses.

March 25, 2025  
Burlington, Vermont.

                                              */s/ Heather Z. Cooper*  
                                              Heather Z. Cooper  
                                              United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont

In re:   Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2    User: admin    Page 1 of 2
Date Rcvd: Mar 25, 2025    Form ID: pdf629    Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4114 |
| aty | + | Obuchowski Law Office, PO Box 60, Bethel, VT 05032-0060 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Mar 25 2025 19:35:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| fa | | Berkeley Research Group LLC |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2025      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:

**Name**      **Email Address**

Andre Denis Bouffard

| | | |
|---|---|---|
| District/off: 0210-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 25, 2025 | Form ID: pdf629 | Total Noticed: 5 |

| | |
|---|---|
| | on behalf of Interested Party Vermont Catholic Community Foundation Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | on behalf of Creditor TD Bank N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| Elizabeth A. Glynn | on behalf of Creditor TD Bank N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Jeremy R. Fischer | on behalf of Interested Party Rice Memorial High School jfischer@dwmlaw.com mveilleux@dwmlaw.com |
| Jim Baillie | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont jbaillie@fredlaw.com |
| Katherine Nixon | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Lisa M Penpraze | on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov |
| Paul A Levine | on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com |
| Paul A Levine | on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com |
| Raymond J Obuchowski | on behalf of Attorney Obuchowski Law Office ray@oeblaw.com marie@oeblaw.com |
| Raymond J Obuchowski | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com |
| Samuel Andre | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com |
| Steven Robert Kinsella | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| U S Trustee | ustpregion02.vt.ecf@usdoj.gov |

TOTAL: 16