Filed & Entered
On Docket
03/26/2025

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

IN RE: )
)
ROMAN CATHOLIC DIOCESE OF BURLINGTON, ) Case No. 24-10205-HZC
VERMONT,[1] ) Chapter 11
)
Debtor. )
)

**ORDER GRANTING IN PART AND DENYING IN PART THE MOTION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004
AUTHORIZING AND DIRECTING THE PRODUCTION OF
DOCUMENTS BY THE DEBTOR**

This matter coming before the Court on the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing and Directing the Production of Documents by the Debtor* (the "Motion") [ECF 226]. The Court reviewed and considered the Motion, accompanying papers, and objections thereto [ECF 241, 242, 244].[2] Each objection opposed the Motion to the extent it requests discovery related to entities distinct from the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"). On March 25, 2025, the Court conducted a hearing at which all parties were heard as to the Motion and various objections. For the reasons detailed on the record at the hearing, IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED** in part and **DENIED** in part.

2. Subject to the limitations set forth herein, the Committee is authorized to proceed with discovery pursuant to the Motion with respect to the Diocese and information pertaining to the Diocese. The Committee is authorized to seek the production of records described in Exhibit A-1 to the Motion from the Diocese directly on such date(s) as may be mutually agreed to by the parties. As set forth on the record during the March 25, 2025 hearing, the production may take place in phases.

3. Notwithstanding the foregoing, or anything in the Motion to the contrary, this Order does ***not*** authorize the Committee to proceed with discovery sought in the Motion

---

[1] The Diocese's address is 55 Joy Drive, South Burlington, VT 05403, and its EIN Number is 03-0180730.
[2] Objections filed by the Diocese, Rice Memorial, and the Vermont Catholic Community Foundation.

1

relating to information and/or documents belonging to any non-debtor third parties by and through the Diocese. Non-debtor third parties include, but are not limited to, Affiliates, Parishes and Diocese Enterprise Members as defined in the Motion. However, the Committee is not prohibited from taking separate action to seek discovery with respect to non-debtor third parties.

4. Subject to the limitations set forth herein, the Committee may, in its discretion, proceed with discovery from non-debtor third parties in accordance with Fed. Rule of Bankr. P. 9016, and subject to non-debtor third parties' protections afforded therein.

5. The foregoing is without prejudice to the assertion of any applicable privilege, provided that, if the Diocese withholds production of a document based on an asserted privilege it shall provide a privilege log setting forth a description (including date, author, and intended recipient) of the withheld document and the basis for the privilege asserted, including citation to any applicable rule.

6. Nothing contained herein shall prejudice the Committee's rights under Fed. Rule of Bankr. P. 2004 and other applicable laws to seek further document productions and written or oral examinations in connection with the case.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order, including but not limited to, any limitations contained herein.

March 26, 2025  
Burlington, Vermont

Heather Z. Cooper  
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont

In re:  Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0210-2     User: admin     Page 1 of 2
Date Rcvd: Mar 26, 2025     Form ID: pdf681     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4114 |
| aty | + | Obuchowski Law Office, PO Box 60, Bethel, VT 05032-0060 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Mar 26 2025 19:40:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| fa | | Berkeley Research Group LLC |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

**Name**     **Email Address**

Andre Denis Bouffard

| | |
|---|---|
| | on behalf of Interested Party Vermont Catholic Community Foundation Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | |
| | on behalf of Creditor TD Bank N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | |
| | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Celeste E. Laramie | |
| | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| Elizabeth A. Glynn | |
| | on behalf of Creditor TD Bank N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Jeremy R. Fischer | |
| | on behalf of Interested Party Rice Memorial High School jfischer@dwmlaw.com mveilleux@dwmlaw.com |
| Jim Baillie | |
| | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont jbaillie@fredlaw.com |
| Katherine Nixon | |
| | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Lisa M Penpraze | |
| | on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov |
| Paul A Levine | |
| | on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com |
| Paul A Levine | |
| | on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com |
| Raymond J Obuchowski | |
| | on behalf of Attorney Obuchowski Law Office ray@oeblaw.com marie@oeblaw.com |
| Raymond J Obuchowski | |
| | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com |
| Samuel Andre | |
| | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com |
| Steven Robert Kinsella | |
| | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| U S Trustee | |
| | ustpregion02.vt.ecf@usdoj.gov |

TOTAL: 16