UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

-----------------------------------------------------------------

In re:                                                                                    Chapter 11

Roman Catholic Diocese of Burlington, Vermont[1],        Case No. 24-10205-HZC

Debtor.

-----------------------------------------------------------------

# FIRST MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees,* entered on January 29, 2025 [Dkt. No. 180] (the "Interim Compensation Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), attorneys for the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Diocese of Burlington, Vermont, the above-captioned debtor and debtor in possession (the "Diocese"), hereby submits this monthly fee statement (the "Monthly Statement") seeking compensation for reasonable and necessary services from January 1, 2025 to January 31, 2025 (the "Compensation Period") in the amount of $84,988.00 (80% of $106,235.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $6,809.25 (100% of expenses). PSZJ reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

PSZJ's invoice for the Compensation Period, attached hereto as **Exhibit A**, shows the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or less.

Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the undersigned counsel for the Committee and all persons identified below, by **April 14 20, 2025 at 4:00 p.m.** (the "Objection Deadline"), setting forth the nature of the objection, and the amount of fees or expenses at issue. If no objection is filed, PSZJ will file a certificate of no objection with the Court, and the Diocese will be authorized to pay PSZJ the amounts set forth in this Monthly Statement.

Also pursuant to the Interim Compensation Order, the Monthly Statement will be served upon the following: (i) (*via email*) Lorei Dawson, CFO of the Debtor (ldawson@vermontcatholic.org); (ii) (*via email*) counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.; skinsella@fredlaw.com; (iii) (*via email*) local counsel for the Diocese, Obuchowski Law Office, Attn: Ray Obuchowski, Esq.: ray@oeblaw.com; (iv) (*via*

[remainder of page left intentionally blank]

*email*) the Office of the UST, Attn: Lisa Penpraze, Esq.: Lisa.Penpraze@usdoj.gov; and (v) (*via email*) local counsel for the Committee, Lemery Greisler LLC, Attn: Paul A. Levine, Esq,: plevine@lemerygreisler.com.

Date: March 31, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Brittany M. Michael*
Brittany M. Michael (admitted *pro hac vice*)
Gail S. Greenwood (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**EXHIBIT A**



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Vermont O.C.C.
-

January 31, 2025
Invoice    145032
Client     18506.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2025

| | |
|---|---:|
| FEES | $106,235.00 |
| EXPENSES | $6,809.25 |
| **TOTAL CURRENT CHARGES** | **$113,044.25** |
| **BALANCE FORWARD** | **$96,644.63** |
| **TOTAL BALANCE DUE** | **$209,688.88** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
Diocese of Vermont O.C.C.  Invoice 145032
Client 18506.00002  January 31, 2025

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany Mitchell | Partner | 950.00 | 42.90 | $40,755.00 |
| BMM | Michael, Brittany Mitchell | Partner | 475.00 | 17.70 | $8,407.50 |
| IAWN | Nasatir, Iain A.W. | Partner | 950.00 | 11.30 | $10,735.00 |
| JIS | Stang, James I. | Partner | 950.00 | 7.40 | $7,030.00 |
| GNB | Brown, Gillian N. | Counsel | 950.00 | 1.10 | $1,045.00 |
| GSG | Greenwood, Gail S. | Counsel | 950.00 | 32.10 | $30,495.00 |
| MLC | Cohen, Michael L. | Counsel | 950.00 | 4.60 | $4,370.00 |
| BDD | Dassa, Beth D. | Paralegal | 625.00 | 0.20 | $125.00 |
| NJH | Hall, Nathan J. | Paralegal | 595.00 | 5.50 | $3,272.50 |
|  |  |  |  | 122.80 | $106,235.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Vermont O.C.C.  
Client 18506.00002

Page: 3  
Invoice 145032  
January 31, 2025

---

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis and Recovery | 29.10 | $27,645.00 |
| BL | Bankruptcy Litigation | 34.50 | $32,207.00 |
| CA | Case Administration | 5.30 | $3,757.00 |
| CO | Claims Administration and Objections | 0.60 | $570.00 |
| CP | PSZJ Compensation | 0.70 | $600.00 |
| GC | General Creditors' Committee | 27.10 | $25,638.50 |
| HE | Hearings | 4.10 | $3,895.00 |
| IC | Insurance Coverage | 2.20 | $2,090.00 |
| RPO | Other Professional Retention | 1.50 | $1,425.00 |
| TR | Travel | 17.70 | $8,407.50 |
| | | 122.80 | $106,235.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 4
Diocese of Vermont O.C.C.  Invoice 145032
Client 18506.00002  January 31, 2025

## Summary of Expenses

| Description | Amount |
| --- | ---: |
| Air Fare | $1,593.95 |
| Auto Travel Expense | $557.25 |
| Working Meals | $439.39 |
| Federal Express | $80.14 |
| Hotel Expense | $2,595.92 |
| Litigation Support Vendors | $250.00 |
| Pacer - Court Research | $51.50 |
| Reproduction Expense | $28.10 |
| Transcript | $1,213.00 |
| | $6,809.25 |

Pachulski Stang Ziehl & Jones LLP    Page:    5
Diocese of Vermont O.C.C.    Invoice 145032
Client 18506.00002    January 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 01/14/2025 | BMM | AA | Analyze documents related to the priest retirement fund. | 0.40 | 950.00 | $380.00 |
| 01/14/2025 | BMM | AA | Prepare outline for 341 meeting. | 2.30 | 950.00 | $2,185.00 |
| 01/16/2025 | BMM | AA | Prepare outline for 341 meeting. | 1.90 | 950.00 | $1,805.00 |
| 01/16/2025 | BMM | AA | Prepare outline for 341 meeting. | 1.30 | 950.00 | $1,235.00 |
| 01/16/2025 | GSG | AA | Review BRG email and documents re 341 hearing. | 0.20 | 950.00 | $190.00 |
| 01/17/2025 | BMM | AA | Call with UST regarding 341 meeting. | 0.60 | 950.00 | $570.00 |
| 01/17/2025 | BMM | AA | Call with PSZJ team regarding in person meeting and 341. | 1.00 | 950.00 | $950.00 |
| 01/20/2025 | BMM | AA | Prepare for 341 meeting. | 1.30 | 950.00 | $1,235.00 |
| 01/21/2025 | BMM | AA | Prepare for 341 meeting. | 2.00 | 950.00 | $1,900.00 |
| 01/21/2025 | GSG | AA | Review Debtor documents re cemeteries and rules and regulations. | 1.60 | 950.00 | $1,520.00 |
| 01/21/2025 | GSG | AA | Review Debtor website re child protection policies, oversight, and goal of bankruptcy. | 0.80 | 950.00 | $760.00 |
| 01/21/2025 | JIS | AA | Review questions for first meeting of creditors. | 0.90 | 950.00 | $855.00 |
| 01/22/2025 | BMM | AA | Prepare for 341 meeting. | 1.00 | 950.00 | $950.00 |
| 01/22/2025 | GSG | AA | Review timeline and McDermott affidavit re key events. | 0.60 | 950.00 | $570.00 |
| 01/23/2025 | BMM | AA | Call with J. Stang regarding 341 meeting and Committee meeting. | 0.40 | 950.00 | $380.00 |
| 01/23/2025 | GSG | AA | Confer with B. Michael re documents and 341 transcript. | 0.20 | 950.00 | $190.00 |
| 01/23/2025 | JIS | AA | Call with B. Michael regarding first meeting of creditors. | 0.30 | 950.00 | $285.00 |
| 01/24/2025 | GSG | AA | Review affidavit re fraudulent transfer issues (.3) and confer with B. Michael re same (.1). | 0.40 | 950.00 | $380.00 |
| 01/27/2025 | GSG | AA | Review 341 transcript (1/22) re diocese operations and finances. | 2.10 | 950.00 | $1,995.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Vermont O.C.C.  
Client 18506.00002

Page: 6  
Invoice 145032  
January 31, 2025

|   |   |   |   |   | Hours | Rate | Amount |
|---|---|---|---|---|---:|---:|---:|
| 01/27/2025 | GSG | AA | Review selected documents from database re annual reports and bylaws. | | 1.30 | 950.00 | $1,235.00 |
| 01/28/2025 | GSG | AA | Review 341 transcript re diocese operations, finances, and document requests. | | 3.60 | 950.00 | $3,420.00 |
| 01/28/2025 | JIS | AA | Review case law regarding vested rights issue. | | 0.80 | 950.00 | $760.00 |
| 01/29/2025 | GSG | AA | Review PBF trust and plan documents. | | 0.80 | 950.00 | $760.00 |
| 01/29/2025 | GSG | AA | Review supplemental McDermott affidavit re school affiliates. | | 0.60 | 950.00 | $570.00 |
| 01/29/2025 | GSG | AA | Begin draft objection to PBF funding of credibly accused priests. | | 0.30 | 950.00 | $285.00 |
| 01/29/2025 | GSG | AA | Review database re credibly accused priests: Hood and Milanese. | | 0.50 | 950.00 | $475.00 |
| 01/31/2025 | BMM | AA | Analyze Rice fundraising documents and requested payment schedule. | | 0.90 | 950.00 | $855.00 |
| 01/31/2025 | BMM | AA | Call with G. Greenwood regarding retirement benefits and other case issues. | | 0.50 | 950.00 | $475.00 |
| 01/31/2025 | GSG | AA | Call with B. Michael re priest benefits and objection. | | 0.50 | 950.00 | $475.00 |
| | | | | | **29.10** | | **$27,645.00** |

**Bankruptcy Litigation**

| | | | | | | | |
|---|---|---|---|---|---:|---:|---:|
| 01/02/2025 | GSG | BL | Draft/revise document requests re 2004 exam. | | 6.50 | 950.00 | $6,175.00 |
| 01/08/2025 | GSG | BL | Review 2004 requests and email B. Michael re same. | | 0.40 | 950.00 | $380.00 |
| 01/10/2025 | BMM | BL | Revise 2004 discovery requests. | | 1.50 | 950.00 | $1,425.00 |
| 01/13/2025 | BMM | BL | Meeting with G. Greenwood and BRG regarding discovery. | | 0.60 | 950.00 | $570.00 |
| 01/13/2025 | GSG | BL | Call with BRG and B. Michael re 2004 document requests and financials. | | 0.60 | 950.00 | $570.00 |
| 01/13/2025 | IAWN | BL | Review discovery (1.4) and make comments (.3). | | 1.70 | 950.00 | $1,615.00 |
| 01/16/2025 | GSG | BL | Review BRG comments re document requests. | | 0.30 | 950.00 | $285.00 |
| 01/16/2025 | IAWN | BL | Exchange emails with PSZJ team re discovery to Debtor. | | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 7
Diocese of Vermont O.C.C.  Invoice 145032
Client 18506.00002  January 31, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/17/2025 | GSG | BL | Emails re 2004 document requests. | 0.10 | 950.00 | $95.00 |
| 01/17/2025 | GSG | BL | Conference with B. Michael, J. Stang, M. Cohen and I. Nasatir re document requests and insurance issues. | 0.90 | 950.00 | $855.00 |
| 01/17/2025 | GSG | BL | Brief research re 2004 exam discovery formats and protocol. | 0.70 | 950.00 | $665.00 |
| 01/17/2025 | IAWN | BL | Review discovery requests. | 0.80 | 950.00 | $760.00 |
| 01/17/2025 | IAWN | BL | Telephone conference with team re discovery. | 1.20 | 950.00 | $1,140.00 |
| 01/17/2025 | IAWN | BL | Exchange emails with PSZJ team re discovery. | 0.20 | 950.00 | $190.00 |
| 01/17/2025 | MLC | BL | Review draft document requests to diocese (.4); review I. Nasatir comments re same (.1); propose revisions to draft document requests (.4); draft additional proposed document requests (1.1); prepare e-mail to B. Michael et al. re draft document requests (.1). | 2.10 | 950.00 | $1,995.00 |
| 01/17/2025 | MLC | BL | Zoom conference with I. Nasatir and J. Stang re draft document requests. | 0.40 | 950.00 | $380.00 |
| 01/17/2025 | MLC | BL | Review I. Nasatir e-mail re discovery. | 0.10 | 950.00 | $95.00 |
| 01/17/2025 | MLC | BL | Review G. Greenwood e-mails re discovery. | 0.10 | 950.00 | $95.00 |
| 01/17/2025 | MLC | BL | Prepare e-mail to PSZJ re discovery. | 0.20 | 950.00 | $190.00 |
| 01/17/2025 | NJH | BL | Upload production documents received from Debtor onto review databases for analysis by attorneys. | 0.10 | 595.00 | $59.50 |
| 01/17/2025 | NJH | BL | Revise the production log. | 0.20 | 595.00 | $119.00 |
| 01/18/2025 | BMM | BL | Revise 2004 document requests. | 0.60 | 950.00 | $570.00 |
| 01/20/2025 | IAWN | BL | Revise discovery requests. | 0.20 | 950.00 | $190.00 |
| 01/20/2025 | IAWN | BL | Review file (.2) and respond to B. Michael re changes to discovery requests (.1). | 0.30 | 950.00 | $285.00 |
| 01/21/2025 | GSG | BL | Draft/revise 2004 document requests re definitions, dates, and consistency. | 2.60 | 950.00 | $2,470.00 |
| 01/21/2025 | IAWN | BL | Review document production on Everlaw. | 0.60 | 950.00 | $570.00 |
| 01/21/2025 | IAWN | BL | Exchange emails with PSZJ team re Everlaw. | 0.10 | 950.00 | $95.00 |
| 01/21/2025 | NJH | BL | Upload documents received from Shoup Evers & Green, PLLC for analysis by attorneys. | 0.20 | 595.00 | $119.00 |

Pachulski Stang Ziehl & Jones LLP                                                        Page:    8
Diocese of Vermont O.C.C.                                                                Invoice 145032
Client 18506.00002                                                                       January 31, 2025

|            |      |    |                                                                                     | Hours | Rate   | Amount     |
|------------|------|----|-------------------------------------------------------------------------------------|-------|--------|------------|
| 01/21/2025 | NJH  | BL | Upload production documents received from Debtor onto review databases for analysis by attorneys. | 0.50  | 595.00 | $297.50    |
| 01/22/2025 | GSG  | BL | Revise 2004 motion re additional documents.                                         | 0.30  | 950.00 | $285.00    |
| 01/23/2025 | GSG  | BL | Call with Debtor's CFO, Bishop, and BRG re document productions.                    | 1.00  | 950.00 | $950.00    |
| 01/23/2025 | NJH  | BL | Revise the production log.                                                          | 0.60  | 595.00 | $357.00    |
| 01/27/2025 | IAWN | BL | Review Everlaw insurance document production.                                       | 2.80  | 950.00 | $2,660.00  |
| 01/28/2025 | GSG  | BL | Draft/revise document requests re VCCF and cemeteries and redline same.             | 2.30  | 950.00 | $2,185.00  |
| 01/28/2025 | GSG  | BL | Email BRG re document requests.                                                     | 0.20  | 950.00 | $190.00    |
| 01/29/2025 | GSG  | BL | Review first day pleadings re payment of accused priests and benefits and review orders re procedural status. | 1.00  | 950.00 | $950.00    |
| 01/30/2025 | IAWN | BL | Review Everlaw documents.                                                           | 0.30  | 950.00 | $285.00    |
| 01/31/2025 | BMM  | BL | Revise 2004 requests.                                                               | 1.90  | 950.00 | $1,805.00  |
| 01/31/2025 | GSG  | BL | Emails re 2004 exam of auditors.                                                    | 0.10  | 950.00 | $95.00     |
|            |      |    |                                                                                     | 34.50 |        | $32,207.00 |

**Case Administration**

|            |     |    |                                                          | Hours | Rate   | Amount    |
|------------|-----|----|----------------------------------------------------------|-------|--------|-----------|
| 01/03/2025 | NJH | CA | Draft critical dates memorandum.                         | 1.20  | 595.00 | $714.00   |
| 01/08/2025 | BMM | CA | Meeting with Debtor's counsel regarding ongoing case issues. | 0.50  | 950.00 | $475.00   |
| 01/10/2025 | NJH | CA | Draft critical dates memorandum.                         | 1.30  | 595.00 | $773.50   |
| 01/14/2025 | GSG | CA | Emails to/from G. Brown re service issues.               | 0.10  | 950.00 | $95.00    |
| 01/15/2025 | BMM | CA | Meeting with S. Kinsella regarding ongoing case issues.  | 0.30  | 950.00 | $285.00   |
| 01/16/2025 | GSG | CA | Review hearing procedures and local forms.               | 0.50  | 950.00 | $475.00   |
| 01/16/2025 | GSG | CA | Review and confirm certificate of service form and format for current pleadings. | 0.30  | 950.00 | $285.00   |
| 01/21/2025 | NJH | CA | Draft critical dates memorandum.                         | 0.80  | 595.00 | $476.00   |
| 01/27/2025 | NJH | CA | Draft critical dates memorandum.                         | 0.30  | 595.00 | $178.50   |
|            |     |    |                                                          | 5.30  |        | $3,757.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Vermont O.C.C.  
Client 18506.00002

Page: 9  
Invoice 145032  
January 31, 2025

### Claims Administration and Objections

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/23/2025 | BMM | CO | Call with K. O'Connor regarding claims deadline. | 0.60 | 950.00 | $570.00 |
| | | | | **0.60** | | **$570.00** |

### PSZJ Compensation

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2025 | GNB | CP | Draft notice of PSZJ hourly rate adjustment. | 0.10 | 950.00 | $95.00 |
| 01/11/2025 | BMM | CP | Review notice of 2025 rates. | 0.10 | 950.00 | $95.00 |
| 01/13/2025 | GNB | CP | Email with B. Michael re PSZJ notice of hourly fees for 2025. | 0.10 | 950.00 | $95.00 |
| 01/28/2025 | GNB | CP | Email with B. Michael regarding PSZJ interim fee application; email with BRG regarding its interim fee application and regarding BRG supplement for retention; review emails from S. Kinsella and from L. Penpraze regarding fee applications. | 0.10 | 950.00 | $95.00 |
| 01/28/2025 | GSG | CP | Review emails re fees and interim fee applications. | 0.10 | 950.00 | $95.00 |
| 01/29/2025 | BDD | CP | Emails G. Brown re PSZJ first interim fee application. | 0.20 | 625.00 | $125.00 |
| | | | | **0.70** | | **$600.00** |

### General Creditors' Committee

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/07/2025 | BMM | GC | Emails with Committee and counsel regarding upcoming in-person meeting. | 0.20 | 950.00 | $190.00 |
| 01/07/2025 | BMM | GC | Emails with non-Committee counsel regarding bar date order. | 0.40 | 950.00 | $380.00 |
| 01/08/2025 | BMM | GC | Meeting with the Committee regarding ongoing case issues. | 0.30 | 950.00 | $285.00 |
| 01/08/2025 | NJH | GC | Attend Committee meeting to take minutes. | 0.30 | 595.00 | $178.50 |
| 01/11/2025 | BMM | GC | Preparations for in-person Committee meeting. | 0.50 | 950.00 | $475.00 |
| 01/14/2025 | BMM | GC | Prepare materials for in-person Committee meeting. | 2.20 | 950.00 | $2,090.00 |
| 01/15/2025 | BMM | GC | Prepare materials for in-person meeting. | 0.70 | 950.00 | $665.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Vermont O.C.C.  
Client 18506.00002

Page: 10  
Invoice 145032  
January 31, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/16/2025 | BMM | GC | Prepare materials for in-person Committee meeting. | 0.90 | 950.00 | $855.00 |
| 01/17/2025 | BMM | GC | Prepare materials for in-person Committee meeting. | 0.40 | 950.00 | $380.00 |
| 01/17/2025 | BMM | GC | Prepare materials for in-person meeting. | 0.70 | 950.00 | $665.00 |
| 01/17/2025 | BMM | GC | Send information regarding in person meeting and 341 to Committee. | 0.40 | 950.00 | $380.00 |
| 01/17/2025 | MLC | GC | Participate in Zoom conference with B. Michael, J. Stang, I. Nasatir and G. Greenwood to discuss meeting with clients. | 1.00 | 950.00 | $950.00 |
| 01/20/2025 | BMM | GC | Call with BRG regarding in-person meeting. | 0.40 | 950.00 | $380.00 |
| 01/21/2025 | BMM | GC | Prepare for in-person Committee meeting. | 2.30 | 950.00 | $2,185.00 |
| 01/21/2025 | BMM | GC | In-person Committee meeting. | 7.50 | 950.00 | $7,125.00 |
| 01/21/2025 | GSG | GC | Attend Committee meeting for introductions re PSZJ team. | 0.60 | 950.00 | $570.00 |
| 01/21/2025 | IAWN | GC | Telephone call with Committee (partial). | 0.70 | 950.00 | $665.00 |
| 01/21/2025 | JIS | GC | Attend Committee meeting. | 3.20 | 950.00 | $3,040.00 |
| 01/21/2025 | JIS | GC | Continued attendance at Committee meeting. | 2.00 | 950.00 | $1,900.00 |
| 01/21/2025 | MLC | GC | Participate in Zoom meeting with PSZJ and clients. | 0.70 | 950.00 | $665.00 |
| 01/22/2025 | BMM | GC | Post-341 meeting with SCC and Committee members. | 1.30 | 950.00 | $1,235.00 |
| 01/31/2025 | BMM | GC | Call with survivor regarding claims deadline. | 0.20 | 950.00 | $190.00 |
| 01/31/2025 | BMM | GC | Draft agenda for upcoming meetings. | 0.20 | 950.00 | $190.00 |
| | | | | **27.10** | | **$25,638.50** |

**Hearings**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/22/2025 | BMM | HE | Participate in continued 341 meeting. | 3.90 | 950.00 | $3,705.00 |
| 01/22/2025 | JIS | HE | Partial attendance at 341 meeting of creditors. | 0.20 | 950.00 | $190.00 |
| | | | | **4.10** | | **$3,895.00** |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/17/2025 | IAWN | IC | Research and analyze case law re indemnity. | 1.00 | 950.00 | $950.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Vermont O.C.C.  
Client 18506.00002

Page: 11  
Invoice 145032  
January 31, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/23/2025 | IAWN | IC | Exchange emails with PSZJ team re insurance document production. | 0.10 | 950.00 | $95.00 |
| 01/29/2025 | IAWN | IC | Review and analyze buyback agreement. | 1.00 | 950.00 | $950.00 |
| 01/30/2025 | IAWN | IC | Exchange emails with Bates re insurance documents. | 0.10 | 950.00 | $95.00 |
|  |  |  |  | **2.20** |  | **$2,090.00** |

**Other Professional Retention**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/07/2025 | GNB | RPO | Edit revised draft of BRG retention application (.3) and declaration in support and proposed order thereon (.1); email BRG regarding additional issues for retention application (.1). | 0.50 | 950.00 | $475.00 |
| 01/08/2025 | GNB | RPO | Email with M. Babcock regarding revisions to BRG retention application. | 0.10 | 950.00 | $95.00 |
| 01/16/2025 | GNB | RPO | Email LG regarding BRG's employment application. | 0.10 | 950.00 | $95.00 |
| 01/30/2025 | GNB | RPO | Email with P. Levine regarding information on BRG fees and work per Court request. | 0.10 | 950.00 | $95.00 |
| 01/31/2025 | BMM | RPO | Analyze issues related to BRG's retention (with P. Levine in part). | 0.70 | 950.00 | $665.00 |
|  |  |  |  | **1.50** |  | **$1,425.00** |

**Travel**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/20/2025 | BMM | TR | Travel to Burlington for in-person meeting. (Billed at 1/2 normal rate) | 9.00 | 475.00 | $4,275.00 |
| 01/22/2025 | BMM | TR | Travel home from 341/Committee meeting. (Billed at 1/2 normal rate) | 8.70 | 475.00 | $4,132.50 |
|  |  |  |  | **17.70** |  | **$8,407.50** |

**TOTAL SERVICES FOR THIS MATTER:** $106,235.00

Pachulski Stang Ziehl & Jones LLP  
Diocese of Vermont O.C.C.  
Client 18506.00002  

Page: 12  
Invoice 145032  
January 31, 2025  

---

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/02/2025 | AF | Flight Insurance, Tkt 72994579900854, Orange County to Burlington, D.S. - Committee member | 807.57 |
| 01/02/2025 | AT | Car rental - 4 days, D.S. - Committee member | 301.26 |
| 01/03/2025 | AF | Delta Airlines,0062294391682, COACH FARE for flight for in-person meeting and 341 meeting (1/20-1/22), BMM | 786.38 |
| 01/14/2025 | RE | COPY ( 17 @0.10 PER PG) | 1.70 |
| 01/15/2025 | FE | 18506.00002 FedEx Charges for 01-15-25 | 30.73 |
| 01/16/2025 | RE | COPY ( 27 @0.10 PER PG) | 2.70 |
| 01/16/2025 | TR | Electronic transcription of 27 pages from MP3 file of 341 hearing for Brittany M. Michael, JGW | 30.00 |
| 01/17/2025 | FE | 18506.00002 FedEx Charges for 01-17-25 | 49.41 |
| 01/20/2025 | BM | Chili's working lunch at Detroit airport, BMM | 15.76 |
| 01/20/2025 | BM | Uber Eats working meal, BMM | 46.80 |
| 01/20/2025 | AT | Taxi to hotel, Ninco Taxi Burlington Vt, BMM | 28.38 |
| 01/20/2025 | AT | Uber taxi to airport, BMM | 124.17 |
| 01/20/2025 | BM | Water at airport from Hudson, BMM | 3.49 |
| 01/21/2025 | BM | Dinner for SCC, Committee Chair, and B. Michael at FarmhouseTG.com, BMM | 168.42 |
| 01/22/2025 | BM | Dinner at Leo's Coney Island for B. Michael and J. Arbor (Horowitz Law) at Burlington Airport, BMM | 52.25 |
| 01/22/2025 | BM | Lunch at The Grey Jay for SCC, Committee Chair, and B. Michael, BMM | 152.67 |
| 01/22/2025 | HT | 2.5 nights at Hotel Burlington for in-person meeting, hearing, BMM | 578.84 |
| 01/22/2025 | AT | Uber to Burlington Airport, BMM | 22.98 |
| 01/22/2025 | AT | Uber home from Burlington Minneapolis Airport, BMM | 80.46 |
| 01/23/2025 | RE | COPY ( 41 @0.10 PER PG) | 4.10 |
| 01/23/2025 | TR | J&J Court Transcribers, Inv. 2025-00093 | 234.00 |
| 01/24/2025 | HT | Conference Room rental and food for in-person Committee meeting at Hotel Vermont, BMM | 2,017.08 |
| 01/27/2025 | TR | J&J Court Transcribers, Inv. 2025-00128 | 949.00 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 13 |
| Diocese of Vermont O.C.C. | | | Invoice 145032 |
| Client 18506.00002 | | | January 31, 2025 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/27/2025 | RE | COPY ( 131 @0.10 PER PG) | 13.10 |
| 01/28/2025 | RE | COPY ( 31 @0.10 PER PG) | 3.10 |
| 01/28/2025 | RE | COPY ( 34 @0.10 PER PG) | 3.40 |
| 01/31/2025 | OS | Everlaw, Inv. 140609, NJH | 250.00 |
| 01/31/2025 | PAC | Pacer - Court Research | 51.50 |

**Total Expenses for this Matter**     **$6,809.25**

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 14 |
| Diocese of Vermont O.C.C. | Invoice 145032 |
| Client 18506.00002 | January 31, 2025 |

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 01/31/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 143949 | 11/30/2024 | $55,985.00 | $314.10 | $56,299.10 |
| 144567 | 12/31/2024 | $37,388.00 | $2,957.53 | $40,345.53 |

**Total Amount Due on Current and Prior Invoices:**                                                      **$209,688.88**