UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

-----------------------------------------------------------------

In re:                                                                     Chapter 11

Roman Catholic Diocese of Burlington, Vermont[1],     Case No. 24-10205-HZC

Debtor.

-----------------------------------------------------------------

**SECOND MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees,* entered on January 29, 2025 [Dkt. No. 180] (the "Interim Compensation Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), attorneys for the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Diocese of Burlington, Vermont, the above-captioned debtor and debtor in possession (the "Diocese"), hereby submits this monthly fee statement (the "Monthly Statement") seeking compensation for reasonable and necessary services from February 1, 2025 to February 28, 2025 (the "Compensation Period") in the amount of $28,528.00 (80% of $35,660.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $819.02 (100% of expenses). PSZJ reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

PSZJ's invoice for the Compensation Period, attached hereto as **Exhibit A**, shows the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or less.

Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the undersigned counsel for the Committee and all persons identified below, by **April 14, 2025 at 4:00 p.m.** (the "Objection Deadline"), setting forth the nature of the objection, and the amount of fees or expenses at issue. If no objection is filed, PSZJ will file a certificate of no objection with the Court, and the Diocese will be authorized to pay PSZJ the amounts set forth in this Monthly Statement.

Also pursuant to the Interim Compensation Order, the Monthly Statement will be served upon the following: (i) (*via email*) Lorei Dawson, CFO of the Debtor (ldawson@vermontcatholic.org); (ii) (*via email*) counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.; skinsella@fredlaw.com; (iii) (*via email*) local counsel for the Diocese, Obuchowski Law Office, Attn: Ray Obuchowski, Esq.: ray@oeblaw.com; (iv) (*via*

[remainder of page left intentionally blank]

*email*) the Office of the UST, Attn: Lisa Penpraze, Esq.: Lisa.Penpraze@usdoj.gov; and (v) (*via email*) local counsel for the Committee, Lemery Greisler LLC, Attn: Paul A. Levine, Esq,: plevine@lemerygreisler.com.

| | |
|---|---|
| Date:  March 31, 2025 | Respectfully submitted,<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Brittany M. Michael*<br>Brittany M. Michael (admitted *pro hac vice* )<br>Gail S. Greenwood (admitted *pro hac vice* )<br>780 Third Avenue, 34th Floor<br>New York, NY  10017<br>Telephone:  (212) 561-7700<br>Email:  bmichael@pszjlaw.com<br>           ggreenwood@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

# EXHIBIT A



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Vermont O.C.C.
-

February 28, 2025
Invoice    145790
Client    18506.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2025

| | |
|---|---:|
| FEES | $35,660.00 |
| EXPENSES | $819.02 |
| **TOTAL CURRENT CHARGES** | **$36,479.02** |
| **BALANCE FORWARD** | **$209,688.88** |
| **TOTAL BALANCE DUE** | **$246,167.90** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
Diocese of Vermont O.C.C.  Invoice 145790
Client 18506.00002  February 28, 2025

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany Mitchell | Partner | 950.00 | 5.30 | $5,035.00 |
| JIS | Stang, James I. | Partner | 950.00 | 0.20 | $190.00 |
| GNB | Brown, Gillian N. | Counsel | 950.00 | 3.10 | $2,945.00 |
| GSG | Greenwood, Gail S. | Counsel | 950.00 | 18.80 | $17,860.00 |
| BDD | Dassa, Beth D. | Paralegal | 625.00 | 11.60 | $7,250.00 |
| HRD | Daniels, Hope R. | Paralegal | 595.00 | 0.20 | $119.00 |
| NJH | Hall, Nathan J. | Paralegal | 595.00 | 3.80 | $2,261.00 |
|   |   |   |   | 43.00 | $35,660.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 3
Diocese of Vermont O.C.C.  Invoice 145790
Client 18506.00002  February 28, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis and Recovery | 4.40 | $4,180.00 |
| BL | Bankruptcy Litigation | 0.80 | $547.00 |
| CA | Case Administration | 3.50 | $2,189.00 |
| CP | PSZJ Compensation | 14.20 | $9,714.00 |
| CPO | Other Professional Compensation | 0.70 | $600.00 |
| EB | Employee Benefits/Pensions and KEIP/KERP | 18.40 | $17,480.00 |
| GC | General Creditors' Committee | 1.00 | $950.00 |
| | | 43.00 | $35,660.00 |

Pachulski Stang Ziehl & Jones LLP                                                    Page:  4
Diocese of Vermont O.C.C.                                                            Invoice 145790
Client 18506.00002                                                                   February 28, 2025

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Lexis/Nexis- Legal Research | $486.22 |
| Litigation Support Vendors | $250.00 |
| Pacer - Court Research | $82.80 |
| | $819.02 |

Pachulski Stang Ziehl & Jones LLP  Page: 5
Diocese of Vermont O.C.C.  Invoice 145790
Client 18506.00002  February 28, 2025

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

**Asset Analysis and Recovery**

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2025 | BMM | AA | Revise Rule 2004 requests with BRG's edits. | 0.30 | 950.00 | $285.00 |
| 02/20/2025 | BMM | AA | Call with G. Greenwood and BRG regarding priority discovery requests. | 0.50 | 950.00 | $475.00 |
| 02/20/2025 | GSG | AA | Conference with M. Babcock, C. Tergevorkian, and B. Michael re document analysis. | 0.50 | 950.00 | $475.00 |
| 02/20/2025 | GSG | AA | Review/revise Rule 2004 document requests re phased production. | 0.40 | 950.00 | $380.00 |
| 02/21/2025 | GSG | AA | Revise Rule 2004 motion re phasing, documents. | 0.90 | 950.00 | $855.00 |
| 02/25/2025 | BMM | AA | Revise Rule 2004 motion exhibit. | 1.00 | 950.00 | $950.00 |
| 02/25/2025 | BMM | AA | Analyze school lunch payments, other Rice bank account issues. | 0.70 | 950.00 | $665.00 |
| 02/26/2025 | GSG | AA | Review emails to/from local counsel and revised Rule 2004 document requests. | 0.10 | 950.00 | $95.00 |
|  |  |  |  | **4.40** |  | **$4,180.00** |

**Bankruptcy Litigation**

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2025 | NJH | BL | Upload onto Everlaw documents received from the Assistant United States Trustee for analysis by attorneys. | 0.30 | 595.00 | $178.50 |
| 02/10/2025 | NJH | BL | Upload VFFC annual reports onto Everlaw for analysis by attorneys. | 0.30 | 595.00 | $178.50 |
| 02/13/2025 | JIS | BL | Call with B. Michael regarding case status. | 0.10 | 950.00 | $95.00 |
| 02/28/2025 | JIS | BL | Status call with PSZJ. | 0.10 | 950.00 | $95.00 |
|  |  |  |  | **0.80** |  | **$547.00** |

**Case Administration**

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2025 | NJH | CA | Draft critical dates memorandum. | 0.90 | 595.00 | $535.50 |
| 02/04/2025 | NJH | CA | Revise critical dates memorandum. | 0.10 | 595.00 | $59.50 |
| 02/10/2025 | NJH | CA | Draft critical dates memorandum. | 1.10 | 595.00 | $654.50 |
| 02/14/2025 | NJH | CA | Draft critical dates memorandum. | 0.30 | 595.00 | $178.50 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Vermont O.C.C.  
Client 18506.00002

Page: 6  
Invoice 145790  
February 28, 2025

|            |     |    |                                                                 | Hours | Rate   | Amount     |
|------------|-----|----|-----------------------------------------------------------------|-------|--------|------------|
| 02/20/2025 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues.       | 0.30  | 950.00 | $285.00    |
| 02/24/2025 | NJH | CA | Draft critical dates memorandum.                                | 0.40  | 595.00 | $238.00    |
| 02/28/2025 | NJH | CA | Revise critical dates memorandum.                               | 0.40  | 595.00 | $238.00    |
|            |     |    |                                                                 | **3.50** |        | **$2,189.00** |

**PSZJ Compensation**

|            |     |    |                                                                                                                                                                                 | Hours | Rate   | Amount    |
|------------|-----|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-----------|
| 02/03/2025 | BDD | CP | Email Accounting re PSZJ 1st interim fee application.                                                                                                                           | 0.10  | 625.00 | $62.50    |
| 02/03/2025 | BDD | CP | Begin drafting PSZJ's 1st interim fee application.                                                                                                                              | 3.20  | 625.00 | $2,000.00 |
| 02/03/2025 | GNB | CP | Calls with B. Dassa regarding interim fee application (.1); email with B. Dassa regarding interim compensation procedures and brief review of interim compensation order (.1). | 0.20  | 950.00 | $190.00   |
| 02/04/2025 | BDD | CP | Email B. Michael re PSZJ 1st interim fee application.                                                                                                                           | 0.10  | 625.00 | $62.50    |
| 02/04/2025 | BDD | CP | Continue drafting PSZJ's 1st interim fee application (4.70) and email G. Brown re same (.10).                                                                                   | 4.80  | 625.00 | $3,000.00 |
| 02/04/2025 | GNB | CP | Email with C. Curts regarding revision to LEDES file for November 2024 bill.                                                                                                    | 0.10  | 950.00 | $95.00    |
| 02/04/2025 | GNB | CP | Email PSZJ team regarding interim and monthly fee issues, LEDES files, and Committee communications regarding fees.                                                             | 0.10  | 950.00 | $95.00    |
| 02/05/2025 | BDD | CP | Continue drafting PSZJ 1st interim fee application (2.8) and emails to (.2) and calls with G. Brown re same (.1).                                                               | 3.10  | 625.00 | $1,937.50 |
| 02/05/2025 | GNB | CP | Email with B. Michael regarding PSZJ first interim fee application; email with L. Penpraze regarding PSZJ LEDES files for first interim fee period.                             | 0.10  | 950.00 | $95.00    |
| 02/05/2025 | GNB | CP | Email with B. Michael regarding fee applications, notice of same, service by Stretto.                                                                                           | 0.10  | 950.00 | $95.00    |
| 02/05/2025 | GNB | CP | Call with B. Dassa regarding edits to PSZJ first interim fee application.                                                                                                       | 0.10  | 950.00 | $95.00    |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Vermont O.C.C.  
Client 18506.00002

Page: 7  
Invoice 145790  
February 28, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/05/2025 | GNB | CP | Email with PSZJ team regarding compensation issues, Debtor's notice of hearing suggestions (.2); review interim compensation order in connection with same (.2). | 0.40 | 950.00 | $380.00 |
| 02/06/2025 | BDD | CP | Email G. Brown re PSZJ 1st interim fee application. | 0.10 | 625.00 | $62.50 |
| 02/06/2025 | GNB | CP | Email with Committee Chair regarding approval of PSZJ first interim fee application; email with P. Levine regarding same. | 0.10 | 950.00 | $95.00 |
| 02/06/2025 | GNB | CP | Finalize PSZJ first interim fee application. | 0.80 | 950.00 | $760.00 |
| 02/07/2025 | GNB | CP | Provide edits to Debtor's omnibus notice of hearing on first interim fee application (.15); email with P. Levine regarding hearing date (.05). | 0.20 | 950.00 | $190.00 |
| 02/11/2025 | GNB | CP | Email with H. Daniels regarding monthly fee statements; email with BRG regarding same. | 0.10 | 950.00 | $95.00 |
| 02/12/2025 | GNB | CP | Review H. Daniels' draft template for monthly fee statements along with applicable LBRs, interim compensation order. | 0.20 | 950.00 | $190.00 |
| 02/23/2025 | GNB | CP | Email with LG regarding monthly fee statement template; revise monthly fee statement. | 0.10 | 950.00 | $95.00 |
| 02/26/2025 | HRD | CP | Finalize PSZJ January monthly fee statement. | 0.20 | 595.00 | $119.00 |
|  |  |  |  | **14.20** |  | **$9,714.00** |

**Other Professional Compensation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/04/2025 | GNB | CPO | Email with LG regarding interim fee applications and monthly fee statements for all Committee professionals. | 0.10 | 950.00 | $95.00 |
| 02/05/2025 | BDD | CPO | Review interim compensation procedures order (.10) and email G. Brown re same (.10). | 0.20 | 625.00 | $125.00 |
| 02/06/2025 | GNB | CPO | Email BRG regarding monthly and interim fee applications. | 0.10 | 950.00 | $95.00 |
| 02/14/2025 | GNB | CPO | Revise monthly fee statement template. | 0.10 | 950.00 | $95.00 |
| 02/21/2025 | GNB | CPO | Email with M. Kuhn regarding monthly fee application; email LG regarding same. | 0.10 | 950.00 | $95.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 8
Diocese of Vermont O.C.C.  Invoice 145790
Client 18506.00002  February 28, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/23/2025 | GNB | CPO | Email LG and BRG regarding monthly fee statements. | 0.10 | 950.00 | $95.00 |
|  |  |  |  | **0.70** |  | **$600.00** |

**Employee Benefits/Pensions and KEIP/KERP**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/24/2025 | GSG | EB | Review Debtor's brief re pension benefits, governing portions of benefit plan. | 0.90 | 950.00 | $855.00 |
| 02/24/2025 | GSG | EB | Research cases re 363 benefits and standards re ordinary course and business judgment, and notes re same. | 3.10 | 950.00 | $2,945.00 |
| 02/24/2025 | GSG | EB | Review pleadings re benefit motion, procedural posture. | 1.10 | 950.00 | $1,045.00 |
| 02/25/2025 | GSG | EB | Draft objection to accused priest pension payments. | 8.10 | 950.00 | $7,695.00 |
| 02/26/2025 | GSG | EB | Brief research re retiree benefits under the Bankruptcy Code. | 0.60 | 950.00 | $570.00 |
| 02/26/2025 | GSG | EB | Draft/revise objection to wage order/priest benefits. | 2.90 | 950.00 | $2,755.00 |
| 02/26/2025 | GSG | EB | Email B. Michael re objection to priest benefits and open issues. | 0.20 | 950.00 | $190.00 |
| 02/28/2025 | BMM | EB | Analyze Debtor's brief on retirement benefits (.4) and draft response (1.1). | 1.50 | 950.00 | $1,425.00 |
|  |  |  |  | **18.40** |  | **$17,480.00** |

**General Creditors' Committee**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2025 | BMM | GC | Call with SCC regarding ongoing case issues. | 0.50 | 950.00 | $475.00 |
| 02/23/2025 | BMM | GC | Respond to state court counsel questions regarding claims form. | 0.10 | 950.00 | $95.00 |
| 02/24/2025 | BMM | GC | Draft email to Committee regarding case update. | 0.40 | 950.00 | $380.00 |
|  |  |  |  | **1.00** |  | **$950.00** |

**TOTAL SERVICES FOR THIS MATTER:** $35,660.00

Pachulski Stang Ziehl & Jones LLP  
Diocese of Vermont O.C.C.  
Client 18506.00002

Page: 9  
Invoice 145790  
February 28, 2025

---

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/29/2025 | LN | 18506.00002 Lexis Charges for 01-29-25 | 1.53 |
| 01/29/2025 | LN | 18506.00002 Lexis Charges for 01-29-25 | 68.91 |
| 01/29/2025 | LN | 18506.00002 Lexis Charges for 01-29-25 | 16.84 |
| 01/29/2025 | LN | 18506.00002 Lexis Charges for 01-29-25 | 194.92 |
| 02/11/2025 | LN | 18506.00002 Lexis Charges for 02-11-25 | 1.70 |
| 02/11/2025 | LN | 18506.00002 Lexis Charges for 02-11-25 | 10.19 |
| 02/11/2025 | LN | 18506.00002 Lexis Charges for 02-11-25 | 3.40 |
| 02/11/2025 | LN | 18506.00002 Lexis Charges for 02-11-25 | 72.06 |
| 02/12/2025 | LN | 18506.00002 Lexis Charges for 02-12-25 | 8.49 |
| 02/12/2025 | LN | 18506.00002 Lexis Charges for 02-12-25 | 1.70 |
| 02/12/2025 | LN | 18506.00002 Lexis Charges for 02-12-25 | 72.06 |
| 02/13/2025 | LN | 18506.00002 Lexis Charges for 02-13-25 | 11.89 |
| 02/25/2025 | LN | 18506.00002 Lexis Charges for 02-25-25 | 22.53 |
| 02/28/2025 | OS | Everlaw, Inv. 144213 | 250.00 |
| 02/28/2025 | PAC | Pacer - Court Research | 82.80 |

**Total Expenses for this Matter** **$819.02**