UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

-------------------------------------------------------------------

In re:                                                          **Chapter 11**

Roman Catholic Diocese of Burlington, Vermont[1],              **Case No. 24-10205-HZC**

Debtor.

-------------------------------------------------------------------

**FIRST MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees,* entered on January 29, 2025 [Dkt. No. 180] (the "Interim Compensation Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), attorneys for the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Diocese of Burlington, Vermont, the above-captioned debtor and debtor in possession (the "Diocese"), hereby submits this monthly fee statement (the "Monthly Statement") seeking compensation for reasonable and necessary services from January 1, 2025 to January 31, 2025 (the "Compensation Period") in the amount of $84,988.00 (80% of $106,235.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $6,809.25 (100% of expenses). PSZJ reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

PSZJ's invoice for the Compensation Period, attached hereto as **Exhibit A**, shows the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or less.

Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the undersigned counsel for the Committee and all persons identified below, by **April 14, 2025 at 4:00 p.m.** (the "Objection Deadline"), setting forth the nature of the objection, and the amount of fees or expenses at issue. If no objection is filed, PSZJ will file a certificate of no objection with the Court, and the Diocese will be authorized to pay PSZJ the amounts set forth in this Monthly Statement.

Also pursuant to the Interim Compensation Order, the Monthly Statement will be served upon the following: (i) (*via email*) Lorei Dawson, CFO of the Debtor (ldawson@vermontcatholic.org); (ii) (*via email*) counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.; skinsella@fredlaw.com; (iii) (*via email*) local counsel for the Diocese, Obuchowski Law Office, Attn: Ray Obuchowski, Esq.: ray@oeblaw.com; (iv) (*via*

[remainder of page left intentionally blank]

*email*) the Office of the UST, Attn: Lisa Penpraze, Esq.: Lisa.Penpraze@usdoj.gov; and (v) (*via*

*email*) local counsel for the Committee, Lemery Greisler LLC, Attn: Paul A. Levine, Esq,:

plevine@lemerygreisler.com.

Date:  April 1, 2025                    Respectfully submitted,

                                        **PACHULSKI STANG ZIEHL & JONES LLP**

                                        */s/ Brittany M. Michael*
                                        Brittany M. Michael (admitted *pro hac vice* )
                                        Gail S. Greenwood (admitted *pro hac vice* )
                                        780 Third Avenue, 34th Floor
                                        New York, NY  10017
                                        Telephone:  (212) 561-7700
                                        Email:  bmichael@pszjlaw.com
                                               ggreenwood@pszjlaw.com

                                        *Counsel to the Official Committee of Unsecured*
                                        *Creditors*