UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

------------------------------------------------------------------

In re:                                                  **Chapter 11**

Roman Catholic Diocese of Burlington, Vermont[1],       **Case No. 24-10205-HZC**

                          Debtor.

------------------------------------------------------------------

### CERTIFICATE OF SERVICE

     I hereby certify that on March 31, 2025, I electronically filed the following documents using CM/ECF system which sent notification of such filings to all ECF participants:

- Application for Compensation First Monthly Fee Statement Of Pachulski Stang Ziehl & Jones LLP, Counsel To The Official Committee Of Unsecured Creditors, For The Period January 1, 2025 Through January 31, 2025 for Committee of Unsecured Creditors, Creditor Comm. Aty, Period: 1/1/2025 to 1/31/2025, Fees: $84,988.00, Expenses: $6,809.25. Filed by Committee of Unsecured Creditors. (Michael, Brittany) (Entered: 03/31/2025) [Dkt. No. 262)

- Application for Compensation Second Monthly Fee Statement Of Pachulski Stang Ziehl & Jones LLP, Counsel To The Official Committee Of Unsecured Creditors, For The Period February 1, 2025 Through February 28, 2025 for Committee of Unsecured Creditors, Creditor Comm. Aty, Period: 2/1/2025 to 2/28/2025, Fees: $28,528.00, Expenses: $819.02. Filed by Committee of Unsecured Creditors. Objections due by 4/14/2025. (Michael, Brittany) (Entered: 03/31/2025) [Dkt. No. 265]

- Second Application for Compensation Second Monthly Fee Statement Of Berkeley Research Group LLC, Financial Advisors To The Official Committee Of Unsecured Creditors For The Period February 1, 2025 Through February 28, 2025 for Berkeley Research Group LLC, Other Professional, Period: 2/1/2025 to 2/28/2025, Fees: $20,381.81, Expenses: $0.00. Filed by Berkeley Research Group LLC. Objections due by 4/14/2025. (Michael, Brittany) (Entered: 03/31/2025) [Dkt. 266]

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Additionally, I hereby certify that on April 1, 2025, I electronically filed the following documents using CM/ECF system which sent notification of such filings to all ECF participants:

- SUPPLEMENT to Application for Compensation First Monthly Fee Statement Of Pachulski Stang Ziehl & Jones LLP, Counsel To The Official Committee Of Unsecured Creditors, For The Period January 1, 2025 Through January 31, 2025 for Committee of Unsecured Creditors, Creditor Comm. Aty, Period: 1/1/2025 to 1/31/2025, Fees: $84,988.00, Expenses: $6,809.25. [Dkt. No. 268]

I served each of the above-referenced documents on April 1, 2025 on the following notice parties via email:

Lorei Dawson , CFO of the Debtor
ldawson@vermontcatholic.org

Counsel for the Diocese,
Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.
skinsella@fredlaw.com

Local Counsel for the Diocese, Obuchowski Law Office
ray@oeblaw.com

Office of the U.S. Trustee, Attn: Lisa Penpraze
Lisa.Penpraze@usdoj.gov

Lemery Greisler LLC, Attn: Paul A. Levine, Esq.
plevine@lemerygreisler.com

Date:  April 1, 2025                    */s/ Janice G. Washington*