**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>Roman Catholic Diocese of Burlington, Vermont,[1]<br><br>Debtor. | Case No.: 24-10205-HZC<br>Chapter 11 Case |

**OBUCHOWSKI LAW OFFICE'S MONTHLY FEE STATEMENT**
**FOR MARCH 2025**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Obuchowski Law Office ("OLO"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from March 1, 2025 to March 31, 2025 (the "Compensation Period") in the amount of $1,484.00 (80% of $1,855.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

OLO's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or less (1/20).

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on April 21, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, OLO will file a certificate of no objection with the Court and the Diocese will be authorized to pay OLO the amounts described herein.

Dated:  April 7, 2025

/s/ *Raymond J. Obuchowski*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

**EXHIBIT A**

Obuchowski Law Office
PO Box 60, Route 107
Bethel, VT 05032

Invoice submitted to:

Roman Catholic Diocese of Burlington
55 Joy Drive
South Burlington, VT 05403

April 7, 2025

In Reference To:     Financial Counseling
Invoice #    34769

**Professional services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/2/2025 | RJO | Review of recent correspondence and review of on service of paper fee applications | 0.10<br>350.00/hr | 35.00 |
| 3/3/2025 | RJO | Review of docket entries, pleadings, on Fee Application on no objection for Lemery | 0.10<br>350.00/hr | 35.00 |
| 3/4/2025 | RJO | Review of Motion to Examine, and COS, with Statement of No objection | 0.20<br>350.00/hr | 70.00 |
| 3/5/2025 | RJO | Review of request on hearing issues and follow up with Jody on whether in person appearance necessary | 0.20<br>350.00/hr | 70.00 |
|  | RJO | Review of recent correspondence from Ms. Dawson and response on payment | 0.10<br>350.00/hr | 35.00 |
|  | RJO | Review of recent correspondence on Motion to examine and follow up on hearing by Zoom | 0.15<br>350.00/hr | 52.50 |
| 3/6/2025 | RJO | Review of docket entries, pleadings, and on COS on ECF# 152 | 0.05<br>350.00/hr | 17.50 |
|  | RJO | Review of recent correspondence regarding on Rice | 0.05<br>350.00/hr | 17.50 |
| 3/7/2025 | RJO | Call with Clerk on docketing on monthly statements after and with review of UST email on method | 0.25<br>350.00/hr | 87.50 |
| 3/9/2025 | RJO | Review of docket entries, pleadings, on BRG Application and COSs | 0.10<br>350.00/hr | 35.00 |
| 3/11/2025 | RJO | Review objection to motion for benefits on accused priests and , cos | 0.15<br>350.00/hr | 52.50 |
|  | RJO | Review of recent correspondence on South Burlington water bills and follow up with Attorney Kinsella on status and response | 0.10<br>350.00/hr | 35.00 |
|  | RJO | Review of email from UST Penpraze and prepare response | 0.15<br>350.00/hr | 52.50 |
|  | RJO | Call with Attorney Kinsella on South Burlington water, and follow up for preparation for 3/25 hearings, and issues on pension, and hearing issues. | 0.20<br>350.00/hr | 70.00 |
|  | RJO | Review of docket entries, pleadings on Motion to Appear Pro Hac Vice for James Stang | 0.10<br>350.00/hr | 35.00 |
| 3/12/2025 | RJO | Return call to Teri Corsones on notices | 0.10<br>350.00/hr | 35.00 |
| 3/13/2025 | RJO | Review of article and opinion in Albany case on RFS for cases and follow up to Attorney Kinsella | 0.20<br>350.00/hr | 70.00 |

*Page 4 of 6*

|            |     |                                                                                                                                                   | Hrs/Rate        | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 3/13/2025  | RJO | Review of SB water response from Attorney Nixon, prepare and send correspondence to Attorney O'Neil with Proof of claim and schedules, bar date order and follow up for his for claim | 0.30 350.00/hr  | 105.00   |
|            | RJO | Review of correspondence and review for upcoming hearing appearances                                                                              | 0.10 350.00/hr  | 35.00    |
|            | RJO | Review of recent correspondence on mediation article on Albany Diocese                                                                            | 0.10 350.00/hr  | 35.00    |
|            | RJO | Review of response from Attorney McNeil                                                                                                           | 0.05 350.00/hr  | 17.50    |
|            | RJO | Review of recent correspondence from Attorney O'Neil and Kinsella on SB water and mediation                                                       | 0.05 350.00/hr  | 17.50    |
| 3/19/2025  | RJO | Review of docket entries, pleadings, and Lemery Feb Statement                                                                                     | 0.10 350.00/hr  | 35.00    |
|            | RJO | Review of docket entries, pleadings, on Order Stang BNC                                                                                           | 0.05 350.00/hr  | 17.50    |
| 3/22/2025  | RJO | Review of docket entries, pleadings, and review of 2004 objections and responses, UST statement of no objection                                   | 0.20 350.00/hr  | 70.00    |
| 3/25/2025  | RJO | Review of docket entries, pleadings, on review of Feb MOR                                                                                         | 0.10 350.00/hr  | 35.00    |
|            | RJO | Review of docket entries, Affidavit pleadings, and on COS.                                                                                        | 0.10 350.00/hr  | 35.00    |
|            | RJO | Update and review of pleadings for fee affidavit                                                                                                  | 0.10 350.00/hr  | 35.00    |
|            | RJO | Review of recent correspondence on fee certification of no objection                                                                              | 0.10 350.00/hr  | 35.00    |
|            | RJO | Court hearing on Motion on payment of benefits, fee applications, and Rule 2004 examination                                                       | 1.25 350.00/hr  | 437.50   |
|            | RJO | Conference call with Attorney Andre regarding: benefits issues, and status of claim as administrative expense, with post hearing follow up        | 0.15 350.00/hr  | 52.50    |
| 3/26/2025  | RJO | Review of 2004 Order, and correspondence on returned mail from BNC, for update or addressing address issue.                                       | 0.10 350.00/hr  | 35.00    |
| 3/28/2025  | RJO | Review of docket entries, pleadings on Orders BNC on compensation                                                                                 | 0.10 350.00/hr  | 35.00    |
| 3/29/2025  | RJO | Review of docket entries, pleadings, on order on 2004 BNC                                                                                         | 0.05 350.00/hr  | 17.50    |

**For professional services rendered**         5.30     $1,855.00

**Balance due**                                          $1,855.00

## Attorney Summary

| Name                  | Hours | Rate   | Amount    |
|-----------------------|-------|--------|-----------|
| Raymond J. Obuchowski | 5.30  | 350.00 | $1,855.00 |

## CERTIFICATE OF SERVICE

I, Raymond J. Obuchowski, hereby certify that on April 7, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| | | |
|---|---|---|
| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
| **Via ECF**<br>James L. Baillie (*pro hac vice*)<br>Steven R. Kinsella (*pro hac vice*)<br>Samuel M. Andre (*pro hac vice*)<br>Katherine A. Nixon (*pro hac vice*)<br>**FREDRIKSON & BYRON, P.A.**<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN  55402-4400<br>(612) 492-7000<br>jbaillie@fredlaw.com<br>skinsella@fredlaw.com<br>sandre@fredlaw.com<br>knixon@fredlaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |