# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:  
Roman Catholic Diocese of

Case# 24-10205-*hzc*

Burlington, Vermont,

Debtor(s)

Chapter 11

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 03/31/2025, I did cause a copy of the following documents, described below.

- NOTICE OF THE TIME FOR TIMELY FILING PROOFS OF CLAIMS RELATING TO, OR ARISING FROM, SEXUAL ABUSE [EXHIBIT B TO ECF #144]

- CONFIDENTIAL SURVIVOR CLAIM FORM AND OPTIONAL SUPPLEMENT [EXHIBIT A TO ECF #144]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon on one (1) confidential party not included herein and incorporated as if fully set forth herein.

Furthermore, on 04/02/2025, I did cause a copy of the following documents, described below.

- NOTICE OF THE TIME FOR TIMELY FILING NON-SEXUAL ABUSE PROOFS OF CLAIMS [ECF #146]

- OFFICIAL FORM 410

- AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASE [ECF #152]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A** and incorporated as if fully set forth herein.

Furthermore, on 04/04/2025, I did cause a copy of the following documents, described below.

- NOTICE OF THE TIME FOR TIMELY FILING NON-SEXUAL ABUSE PROOFS OF CLAIMS [ECF #146]

- OFFICIAL FORM 410

- AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASE [ECF #152]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on Kyle and Michell Wheel at 41 Dunbar Drive, Essex Jct., Vermont 05452.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 04/04/2025                                    */s/ Alexa Westmoreland*
                                                     Alexa Westmoreland
                                                     STRETTO
                                                     410 Exchange, Suite 100
                                                     Irvine, CA 92602
                                                     TeamCDBV@stretto.com

# **<u>Exhibit A</u>**

Case 24-10205   Doc   274   Filed 04/07/25   Entered   04/07/25 16:48:27   Desc   Main Document   Page   3 of 4

**Exhibit A**

Served Via First-Class Mail

| Name | Address 1 | City | State | Zip |
|---|---|---|---|---|
| Franciscan Sisters of the Eucharist | 405 Allen Avenue | Meriden | CT | 06451 |
| Joe Patrnchak | 32 Lakewood Drive | Killington | VT | 05751 |
| St. John the Evangelist Church | 206 Vine Street | Northfield | VT | 05663 |