# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROMAN CATHOLIC DIOCESE OF BURLINGTON, ) | Case No. 24-10205-HZC |
| VERMONT,[1] ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## ORDER GRANTING MOTION TO SCHEDULE A STATUS CONFERENCE FOR THE PRESENTATION OF SURVIVOR STATEMENTS

Upon consideration of the *Motion to Schedule a Status conference for the Presentation of Survivor Statements* (the "Motion") filed by the Official Committee of Unsecured Creditors ("Committee"), the absence of opposition by The Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), all pleadings and arguments at the hearing, the Court having found that notice of the Motion was appropriate under the circumstances, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. The Court will hold two, two-hour status conferences (collectively, the "Survivor Statement Sessions"), one in person in Courtroom _____, at _____ and one via Zoom at _____.

3. The sole purpose of the Survivor Statement Sessions is to increase survivor engagement and understanding in this chapter 11 case; no statements of any party in interest at the Survivor Statement Sessions will be considered as evidence in any matter or proceeding in this case or as part of the official record in this case.

---

[1] The Diocese's address is 55 Joy Drive, South Burlington, VT 05403, and its EIN Number is 03-0180730.

{LG 00849135 1 }4928-5255-8644.1 18506.00002

4. The Survivor Statement Sessions will not be transcribed by a court reporter. The Court will make an audio recording of the Survivor Statement Sessions, which is standard protocol for the Court and necessary for the Court to preside over such sessions, but the recordings of the Survivor Statement Sessions will not be released or transcribed without further Order of the Court, after notice and hearing, and only if and to the extent mandated by law or consented to by the parties.

5. If any survivor who filed a proof of claim in the Debtor's bankruptcy would like the opportunity to make a statement, the survivor (a "Speaker") should contact counsel to the Official Committee of Unsecured Creditors (Brittany Michael at bmichael@pszjlaw.com) as soon as possible, and include the Speaker's contact information. Please note it may not be possible to accommodate every request.

6. The Committee shall select the Speakers and, at least two business days in advance of each Survivor Statement Session, counsel for the Committee shall email the courtroom deputy with the names of the Speakers, numbered in order of expected appearance, and the estimated time for each Speaker.

7. Apart from introductions by counsel and the Court, the Survivor Statement Sessions will include only statements by the Speakers. No party in interest shall comment or respond to the statements.

Dated: _____, 2025
    Burlington, VT

_____
Hon. Heather Z. Cooper
United States Bankruptcy Judge