# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

|   |   |
|---|---|
| IN RE:<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,[1]<br><br>Debtor. | Case No. 24-10205-HZC<br>Chapter 11 |

## NOTICE OF MOTION UNDER CONVENTIONAL PROCEDURE

**PLEASE TAKE NOTICE THAT A MOTION FOR** Entry of an Order to Schedule Two Status Conferences for the Presentation of Survivor Statements has been filed by The Official Committee of Unsecured Creditors.

**A HEARING ON THE MOTION** and any responses **will be held at 10:00 a.m.** on **May 2, 2025** at the following location: U.S. Bankruptcy Court - 151 West Street, 2nd Floor, Rutland, Vermont 05701.

You may appear for the above scheduled hearing (a) in person at the location listed above; or (b) if you meet the criteria for appearing at remote hearings set forth in Appendix IX to the Court's Local Rules (available on the Court's website), you may appear virtually by using the Zoomgov application on an electronic device. If you are eligible for remote participation and choose to appear by Zoomgov, you must follow the process set forth in Appendix IX, including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at Jody_Kennedy@vtb.uscourts.gov or by telephone at (802) 657-6404.

**IF YOU OPPOSE THE MOTION**, you are encouraged to file a written response with the Clerk of the Court specifying your opposition to the motion, **on or before 4:00 p.m. on April 25, 2025**. If you file a written response, you must also serve a copy of that written response on the moving party, the debtor, the debtor's attorney, the United States Trustee, the case Trustee, if any, and, in a Chapter 11 case, also on the creditors' committee and its attorney or, if there is no committee, then upon the 20 largest unsecured creditors. Addresses for those parties are set forth below.

---

[1] The Diocese's address is 55 Joy Drive, South Burlington, VT 05403, and its EIN Number is 03-0180730.

Dated: April 11, 2025

          Respectfully submitted,

          LEMERY GREISLER LLC

          /s/Paul A. Levine
          Paul A. Levine, Esq.
          *Local Counsel to the Official Committee of Unsecured Creditors*
          677 Broadway – 8th Floor
          Albany, New York 12207
          (518) 433-8800
          Email: plevine@lemerygreisler.com

          -and-

          PACHULSKI STANG ZIEHL & JONES LLP
          James I. Stang (Admitted Pro Hac Vice)
          Brittany M. Michael (Admitted Pro Hac Vice)
          Gail S. Greenwood (Admitted Pro Hac Vice)
          780 Third Avenue, 34th Floor
          New York, NY 10017
          Telephone: (212) 561-7700
          Email: jstang@pszjlaw.com
                   bmichael@pszjlaw.com
                   ggreenwood@pszjlaw.com

          *Counsel to the Official Committee of Unsecured Creditors*

TO:

The Roman Catholic Diocese of Burlington, Vermont
Attn: Lorei Dawson
55 Joy Drive
South Burlington, VT 05403

Fredrikson & Byron, P.A.
Attn: Steven R. Kinsella, Esq.
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402

Lisa M. Penpraze, Esq.
Assistant U.S. Trustee
Office of the United States Trustee
Leo W. O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, NY 12207