UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------
In re:

    ROMAN CATHOLIC DIOCESE OF            Case No. 24-10205
    BURLINGTON VERMONT,                       Chapter 11

                              Debtor.
-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

    I hereby certify that on **April 11, 2025**, I electronically filed **Notice of Motion Under Conventional Procedure and Motion of the Secured Committee of Unsecured Creditors to Schedule a Status Conference for the Presentation of Survivor Statements with Exhibits and Proposed Order** with the Clerk of Bankruptcy Court using CM/ECF system which sent notification of such filings to all ECF participants.

    Additionally, I served the same on **April 11, 2025**, on the following notice parties via email:

    Lorei Dawson
    ldawson@vermontcatholic.org

    Counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.
    skinsella@fredlaw.com

    Local Counsel for the Diocese, Obuchowski Law Office
    ray@oeblaw.com

    Counsel for the Committee, Pachulski Stang Ziehl & Jones, Attn: Brittany Michael
    bmichael@pszjlaw.com

    Office of the U.S. Trustee, Attn: Lisa Penpraze
    Lisa.Penpraze@usdoj.gov


Dated: April 11, 2025                                      /s/Patricia Hartl
                                                              Patricia Hartl