# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

      Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

## DECLARATION OF NICOLE ANDRESON REGARDING 2025 RATE INCREASES FOR DINSE P.C.

I, Nicole Andreson, make the following declaration in support of the application of the Roman Catholic Diocese of Burlington, Vermont (the "Diocese") to employ Dinse P.C. ("Dinse") as special counsel for the Diocese (ECF No. 22, the "Application"):

1. I am a shareholder at Dinse. I am authorized to practice before the courts of the State of Vermont and the Commonwealth of Massachusetts, as well as the United States District Court for the District of Vermont and the United States Court of Appeals for the Second Circuit.

2. On October 25, 2024, the Court entered an order granting the Application and approving the Diocese's employment of Dinse as special counsel for the Diocese. (ECF No. 60, the "Order").

3. Pursuant to the Order, Dinse is required to submit a supplemental affidavit or declaration with the Court setting forth any requested rate increase for any individual employed by Dinse and retained by the Diocese pursuant to 11 U.S.C. § 330(a)(3)(F).

4. Dinse adjusts its rates periodically, generally on January 1 of each year. For this case, Dinse increased its rates effective February 1, 2025.

5. Accordingly, the hourly rates for the expected timekeepers working on matters in this case are as follows effective February 1, 2025:

    a.   $550 per hour for Mark Langan (shareholder) (previously $490)[1];

    b.   $475 per hour for Nicole Andreson (shareholder) (previously $425);

    c.   $450 per hour for Maggie Platzer (shareholder) (previously $425);

    d.   $445 per hour for Amy McLaughlin (shareholder) (previously $405);

    e.   $375 per hour for Kendall Hoechst (shareholder) (previously $345);

    f.   $395 per hour for Margarita Warren (shareholder) (previously $325); and

    g.   $290 per hour for Lena Capps (associate) (previously $275).

Dated: April 11, 2025

/s/ *Nicole Andreson*
Nicole Andreson
**DINSE P.C.**
P.O. Box 988
209 Battery Street
Burlington, VT 05402-0988
(802) 864-5751
nandreson@dinse.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

---

[1] The Application inadvertently identified Mr. Langan's prior hourly rate as $470.