**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

         Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

---

**FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT**
**FOR MARCH 2025**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from March 1, 2025 to March 31, 2025 (the "Compensation Period")[2] in the amount of $26,333.20 (80% of $32,916.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $210.00.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**,[3] show the individuals who provided services during the Compensation Period (James L. Baillie

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

[2] Due to a delay in system processing, some February 2025 time entries appear on Matter No. 5013.

[3] Each of the invoices include a cover page including a calculation of the 80% amount owed. For the avoidance of doubt, the invoices include 100% of the time entries and expenses for the Compensation Period.

(shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on April 25, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  April 11, 2025

/s/ *Steven R. Kinsella*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

## EXHIBIT A



**Invoice:** 1921192
**Invoice Date:** April 4, 2025
**Client Number:** 098358
**Matter Number:** 098358.5000

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2025

**Regarding: Case Administration**

| | |
|---|---:|
| Total for Current Legal Fees: | $  0.00 |
| Total For Current Costs and Other Charges: | $ 210.00 |
| **Total For Current Invoice:** | **$ 210.00** |
| **Your 80% Due:** | **$ 168.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| Invoice: | **1921192** |
|---|---|
| Invoice Date: | **April 4, 2025** |
| Page: | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888523 | 43,312.28 | | 43,312.28 |
| 12/05/24 | 1895348 | 12,147.17 | | 12,147.17 |
| 01/06/25 | 1901844 | 8,114.32 | | 8,114.32 |
| 03/10/25 | 1914882 | 5,342.47 | | 5,342.47 |

**Total Prior Balance:**  **$ 68,916.24**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 4, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1921192
**Invoice Date:** April 4, 2025
**Client Number:** 098358
**Matter Number:** 098358.5000

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT 05403

### Costs and Other Charges

Litigation Support Services     210.00

**Current Costs and Other Charges:**     **$ 210.00**

### Invoice Totals

Total for Current Legal Fees:     $ 0.00

Total For Current Costs and Other Charges:     $ 210.00

**Total For Current Invoice:**     **$ 210.00**

**Your 80% Due:**     **$ 168.00**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1921193 |
| **Invoice Date:** | April 4, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5002 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2025

**Regarding: Asset Disposition**

| | |
|---|---|
| Total for Current Legal Fees: | $ 254.00 |
| **Total For Current Invoice:** | **$ 254.00** |
| **Your 80% Due:** | **$ 203.20** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▓▓▓▓▓▓

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1921193**
**Invoice Date:** **April 4, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 11/04/24 | 1888525 | 862.50 | | 862.50 |

**Total Prior Balance:** **$ 862.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 4, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**              **1921193**
**Invoice Date:**         **April 4, 2025**
**Client Number:**        **098358**
**Matter Number:**        **098358.5002**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/24/25 | S. Kinsella | Communications with client regarding potential real estate sale. | 0.40 | 254.00 |
| | **Current Legal Fees:** | | **0.40** | **$ 254.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.32 | 203.20 |
| **Total** | | **0.32** | **$ 203.20** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 254.00 |
| **Total For Current Invoice:** | **$ 254.00** |
| **Your 80% Due:** | **$ 203.20** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | **1921194** |
| **Invoice Date:** | **April 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5006** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2025

**Regarding: Business Operations**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,514.50 |
| **Total For Current Invoice:** | **$ 3,514.50** |
| **Your 80% Due:** | **$ 2,811.60** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** █████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**          **1921194**
**Invoice Date:**     **April 4, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888530 | 22,607.50 | | 22,607.50 |
| 12/05/24 | 1895350 | 1,427.50 | | 1,427.50 |
| 01/06/25 | 1901846 | 8,377.00 | | 8,377.00 |
| 03/10/25 | 1914880 | 4,970.00 | | 4,970.00 |
| **Total Prior Balance:** | | | | **$ 37,382.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 4, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1921194** |
| **Invoice Date:** | **April 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5006** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 03/03/25 | S. Kinsella | Communications with school counsel regarding expense issue. | 0.10 | 63.50 |
| 03/03/25 | K. Nixon | Email L. Dawson re: Rice lunch invoice. | 0.40 | 194.00 |
| 03/03/25 | K. Nixon | Respond to email from Stretto re: claims data room. | 0.10 | 48.50 |
| 03/05/25 | K. Nixon | Attention to inquiry from Rice's attorney re: investment and bank accounts and emails re: the same. | 0.60 | 291.00 |
| 03/05/25 | S. Kinsella | Communications with client and Rice counsel regarding school expense issue. | 0.30 | 190.50 |
| 03/06/25 | S. Andre | Correspondence regarding Rice High School. | 0.20 | 113.00 |
| 03/06/25 | S. Kinsella | Phone call with counsel for school regarding school expenses (.6); communications with client regarding post-petition operating issues (.4). | 1.00 | 635.00 |
| 03/10/25 | S. Kinsella | Communications with counsel for school regarding expense issue. | 0.10 | 63.50 |
| 03/11/25 | K. Nixon | Email L. Dawson re: additional information re: Rice High School. | 0.10 | 48.50 |
| 03/11/25 | S. Kinsella | Communications with school counsel regarding school expenses (.4); follow up with client regarding the same (.4); receive utility invoices and communications regarding the same with utility providers and local counsel (.4). | 1.20 | 762.00 |
| 03/12/25 | S. Kinsella | Communications with school counsel regarding school expense issue. | 0.30 | 190.50 |
| 03/13/25 | K. Nixon | Attention to information requests from Rice. | 0.20 | 97.00 |
| 03/13/25 | S. Kinsella | Communications with client regarding pension issue (.3); communications with school counsel (.1). | 0.40 | 254.00 |



| Invoice: | **1921194** |
|---|---|
| Invoice Date: | **April 4, 2025** |
| Page: | **2** |

| | | | | |
|---|---|---|---|---|
| 03/14/25 | S. Kinsella | Communications with client regarding priest benefit fund issue. | 0.10 | 63.50 |
| 03/14/25 | K. Nixon | Attention to information requests from Rice. | 0.70 | 339.50 |
| 03/18/25 | K. Nixon | Email client re: authorization to pay Corpus Christi self insurance claim. | 0.10 | 48.50 |
| 03/28/25 | K. Nixon | Attention to client inquiry re: Resurrection Park refund. | 0.10 | 48.50 |
| 03/28/25 | S. Kinsella | Communications with client regarding cemetery refund request. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **6.10** | **$ 3,514.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 2.88 | 1,828.80 |
| Samuel M.  Andre | 565.00 | 0.16 | 90.40 |
| Katherine  Nixon | 485.00 | 1.84 | 892.40 |
| **Total** | | **4.88** | **$ 2,811.60** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,514.50 |
| **Total For Current Invoice:** | **$ 3,514.50** |
| **Your 80% Due:** | **$ 2,811.60** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1921195** |
| **Invoice Date:** | **April 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5007** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2025

**Regarding: Claims Administration and  Objections**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,918.00 |
| **Total For Current Invoice:** | **$ 3,918.00** |
| **Your 80% Due:** | **$ 3,134.40** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888531 | 632.50 | | 632.50 |
| 01/06/25 | 1901847 | 5,915.00 | | 5,915.00 |
| 03/10/25 | 1914868 | 2,194.80 | | 2,194.80 |
| **Total Prior Balance:** | | | | **$ 8,742.30** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 4, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1921195
**Invoice Date:** April 4, 2025
**Client Number:** 098358
**Matter Number:** 098358.5007

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/05/25 | S. Kinsella | Attention to confirmation of third publication notice. | 0.10 | 63.50 |
| 03/06/25 | K. Nixon | Respond to email from Stretto re: additional publication notice. | 0.10 | 48.50 |
| 03/07/25 | K. Nixon | Review confidential survivor claims. | 0.50 | 242.50 |
| 03/07/25 | S. Kinsella | Receive update regarding filed claims. | 0.10 | 63.50 |
| 03/10/25 | K. Nixon | Respond to email from Stretto re: additional publication notice. | 0.10 | 48.50 |
| 03/11/25 | S. Kinsella | Communications with client regarding claim notifications. | 0.10 | 63.50 |
| 03/11/25 | K. Nixon | Return phone call to Bennington County administration re: notice of claims deadline. | 0.20 | 97.00 |
| 03/14/25 | S. Kinsella | Communications with noticing agent regarding status of publication notice. | 0.10 | 63.50 |
| 03/14/25 | K. Nixon | Review confidential survivor claims. | 1.10 | 533.50 |
| 03/17/25 | S. Kinsella | Communications with noticing agent regarding final publication notice. | 0.10 | 63.50 |
| 03/17/25 | K. Nixon | Reply to email from Stretto re: final publication notice. | 0.10 | 48.50 |
| 03/18/25 | K. Nixon | Email to counsel for UCC re: Stretto claims process. | 0.10 | 48.50 |
| 03/20/25 | K. Nixon | Emails to Stretto and committee counsel re: claims process issues. | 0.20 | 97.00 |
| 03/21/25 | K. Nixon | Emails with committee counsel and Stretto re: issues with claims process. | 0.40 | 194.00 |
| 03/21/25 | S. Kinsella | Communications with claims agent regarding claim notice concerns. | 0.10 | 63.50 |
| 03/24/25 | S. Kinsella | Review filed claims. | 0.10 | 63.50 |



| | | | Invoice: | **1921195** |
|---|---|---|---|---|
| | | | Invoice Date: | **April 4, 2025** |
| | | | Page: | **2** |

| | | | | |
|---|---|---|---|---|
| 03/24/25 | K. Nixon | Review confidential survivor claims. | 1.50 | 727.50 |
| 03/25/25 | K. Nixon | Review confidential survivor claims and emails to Stretto re: notices to claimants of claim numbers. | 0.50 | 242.50 |
| 03/26/25 | K. Nixon | Emails to Stretto and committee counsel re: notice to confidential claimants re: claim numbers. | 0.10 | 48.50 |
| 03/27/25 | K. Nixon | Review affidavit of publication. | 0.30 | 145.50 |
| 03/28/25 | K. Nixon | Review confidential survivor claims. | 0.50 | 242.50 |
| 03/31/25 | S. Kinsella | Communications with client regarding notice issue. | 0.20 | 127.00 |
| 03/31/25 | K. Nixon | Emails to committee counsel and Stretto re: request to make claim public (0.2); review confidential survivor claims (1.0). | 1.20 | 582.00 |
| | **Current Legal Fees:** | | **7.80** | **$ 3,918.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 0.72 | 457.20 |
| Katherine  Nixon | 485.00 | 5.52 | 2,677.20 |
| **Total** | | **6.24** | **$ 3,134.40** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,918.00 |
| **Total For Current Invoice:** | **$ 3,918.00** |
| **Your 80% Due:** | **$ 3,134.40** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1921196** |
| **Invoice Date:** | **April 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5009** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2025

**Regarding: Employee Benefits and Pensions**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,178.00 |
| **Total For Current Invoice:** | **$ 3,178.00** |
| **Your 80% Due:** | **$ 2,542.40** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1921196**
**Invoice Date:** **April 4, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 03/10/25 | 1914870 | 12,394.40 | | 12,394.40 |
| | **Total Prior Balance:** | | | **$ 12,394.40** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 4, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1921196**
**Invoice Date:** **April 4, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5009**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/11/25 | S. Andre | Analyze UCC response to priest benefit fund memorandum. | 1.00 | 565.00 |
| 03/21/25 | S. Andre | Prepare for hearing on priest pension issue and Rule 2004 exam.. | 0.50 | 282.50 |
| 03/25/25 | S. Kinsella | Analyze court questions regarding priest pension plan. | 0.20 | 127.00 |
| 03/25/25 | S. Andre | Prepare for and participate in hearing on priest pension issue and Rule 2004 exam. | 3.90 | 2,203.50 |
| | **Current Legal Fees:** | | **5.60** | **$ 3,178.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.16 | 101.60 |
| Samuel M.  Andre | 565.00 | 4.32 | 2,440.80 |
| **Total** | | **4.48** | **$ 2,542.40** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,178.00 |
| **Total For Current Invoice:** | **$ 3,178.00** |
| **Your 80% Due:** | **$ 2,542.40** |

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | **1921197** |
| **Invoice Date:** | **April 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2025

**Regarding: Employment and Fee Applications**

| | |
|---|---:|
| Total for Current Legal Fees: | $ 2,834.00 |
| **Total For Current Invoice:** | **$ 2,834.00** |
| **Your 80% Due:** | **$ 2,267.20** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

| **Remittance Address:** | **Online Payments:** | **Wire Instructions:** |
|---|---|---|
| Fredrikson & Byron P.A.<br>P.O. Box 1484<br>Minneapolis, MN 55480-1484 | Fredlaw.com/payment |  |

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | |
|---|---|---|---|
| **Invoice:** | **1921197** | | |
| **Invoice Date:** | **April 4, 2025** | | |
| **Page:** | | | |

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888526 | 2,987.50 | | 2,987.50 |
| 12/05/24 | 1895351 | 4,680.50 | | 4,680.50 |
| 01/06/25 | 1901848 | 3,813.50 | | 3,813.50 |
| 03/10/25 | 1914874 | 5,962.40 | | 5,962.40 |
| **Total Prior Balance:** | | | | **$ 17,443.90** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 4, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1921197**
**Invoice Date:** **April 4, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5010**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/03/25 | K. Nixon | Email Dinse re: February invoices for monthly fee statement. | 0.10 | 48.50 |
| 03/06/25 | K. Nixon | Draft February monthly fee statements for Fredrikson and Dinse. | 0.40 | 194.00 |
| 03/10/25 | S. Kinsella | Analyze monthly report for Committee FA. | 0.10 | 63.50 |
| 03/10/25 | K. Nixon | Review BRG monthly fee statement. | 0.20 | 97.00 |
| 03/11/25 | K. Nixon | Finalize February 2025 monthly fee statements for Fredrikson and Dinse (0.7); emails to L. Dawson re: the same and FA monthly fee statement (0.2). | 0.90 | 436.50 |
| 03/12/25 | K. Nixon | Email local counsel, Dinse, and client re: filed February 2025 monthly fee statements. | 0.20 | 97.00 |
| 03/14/25 | K. Nixon | Email committee counsel re: w9 and remittance info for BRG. | 0.10 | 48.50 |
| 03/17/25 | K. Nixon | Respond to email from BRG re: remittance information (0.1); emails to client re: Stretto invoices (0.1). | 0.20 | 97.00 |
| 03/21/25 | K. Nixon | Email court staff re: Word versions of proposed orders granting first interim fee applications. | 0.20 | 97.00 |
| 03/25/25 | K. Nixon | Review orders granting first interim fee applications and emails to client and Dinse P.C. re: the same. | 0.60 | 291.00 |
| 03/25/25 | S. Stallings | Review emails from client and draft application to employ real estate agent and accompanying declaration. | 1.20 | 282.00 |
| 03/26/25 | K. Nixon | Respond to email from local committee counsel re: payment of fees (0.1); revise application to employ real estate broker (1.0). | 1.10 | 533.50 |
| 03/26/25 | S. Kinsella | Provide instruction regarding conflict issue for real estate agent. | 0.10 | 63.50 |



| | | | | |
|---|---|---|---|---|
| | | **Invoice:** | **1921197** | |
| | | **Invoice Date:** | **April 4, 2025** | |
| | | **Page:** | **2** | |

| 03/28/25 | K. Nixon | Prepare certificates of no objection for Fredrikson and Dinse February 2025 monthly fee statements (0.2); finalize application to employ real estate broker and emails to client and broker re: the same. (0.2) | 0.40 | 194.00 |
|---|---|---|---|---|
| 03/31/25 | K. Nixon | Revise application to employ real estate broker and emails to broker and committee counsel re: the same (0.3); finalize certificates of no objection for February 2025 monthly fee statements and emails to client and Dinse P.C. re: the same (0.3). | 0.60 | 291.00 |
| | **Current Legal Fees:** | | **6.40** | **$ 2,2834.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 0.16 | 101.60 |
| Katherine  Nixon | 485.00 | 4.00 | 1,940.00 |
| Shataia  Stallings | 235.00 | 0.96 | 225.60 |
| **Total** | | **5.12** | **$ 2,267.20** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,834.00 |
| **Total For Current Invoice:** | **$ 2,834.00** |
| **Your 80% Due:** | **$ 2,267.20** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1921198 |
| **Invoice Date:** | April 4, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5013 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2025

**Regarding: Meetings and Communications  with Creditors**

| | |
|---|---|
| Total for Current Legal Fees: | $ 18,400.00 |
| **Total For Current Invoice:** | **$ 18,400.00** |
| **Your 80% Due:** | **$ 14,720.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 11/04/24 | 1888527 | 3,824.00 | | 3,824.00 |
| 12/05/24 | 1895352 | 10,496.00 | | 10,496.00 |
| 01/06/25 | 1901849 | 5,133.00 | | 5,133.00 |
| 03/10/25 | 1914876 | 6,022.40 | | 6,022.40 |

**Total Prior Balance:** **$ 25,475.40**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 4, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1921198
**Invoice Date:** April 4, 2025
**Client Number:** 098358
**Matter Number:** 098358.5013

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/04/25 | S. Andre | Correspondence regarding Committee discovery requests. | 0.20 | 113.00 |
| 02/05/25 | S. Andre | Analyze discovery requests. | 0.60 | 339.00 |
| 02/12/25 | S. Andre | Analyze and correspondence regarding UCC discovery requests. | 1.30 | 734.50 |
| 02/14/25 | S. Andre | Correspondence with client regarding discovery requests. | 0.10 | 56.50 |
| 02/19/25 | S. Andre | Analyze and begin preparing procedure for production of documents. | 0.70 | 395.50 |
| 02/20/25 | S. Andre | Assist in preparation of documents for production. | 0.30 | 169.50 |
| 02/21/25 | Litigation Support Consulting | Organize client project files for Committee discovery requests. | 0.20 | 62.00 |
| 02/21/25 | S. Andre | Prepare for and meet with co-counsel regarding UCC document requests and gathering for same. | 0.70 | 395.50 |
| 02/25/25 | S. Andre | Prepare documents for production. | 0.60 | 339.00 |
| 02/26/25 | S. Andre | Analyze updated Committee discovery requests and correspondence on same. | 0.50 | 282.50 |
| 02/27/25 | S. Andre | Prepare for and meeting with client regarding document requests. | 1.30 | 734.50 |
| 03/03/25 | S. Kinsella | Review client documents produced in response to 341 meeting document requests. | 0.20 | 127.00 |
| 03/03/25 | S. Andre | Analyze client documents for production. | 0.50 | 282.50 |
| 03/03/25 | S. Andre | Analyze applicable law regarding discovery issues. | 0.50 | 282.50 |
| 03/03/25 | K. Nixon | Strategize re: scope of 2004 examination. | 0.20 | 97.00 |
| 03/04/25 | S. Andre | Correspondence regarding 341 documents. | 0.20 | 113.00 |
| 03/04/25 | S. Kinsella | Review Rule 2004 exam motion and send to relevant parties. | 0.80 | 508.00 |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# FREDRIKSON

| | | | | |
|---|---|---|---|---|
| | | Invoice: | **1921198** | |
| | | Invoice Date: | **April 4, 2025** | |
| | | Page: | **2** | |

| | | | | |
|---|---|---|---|---|
| 03/04/25 | K. Nixon | Confirm notice period and response deadline for motion for 2004 examination. | 0.10 | 48.50 |
| 03/04/25 | S. Andre | Analyze UCC Rule 2004 motion and correspondence on same. | 0.80 | 452.00 |
| 03/05/25 | S. Kinsella | Communications with other Catholic entities regarding scope of Rule 2004 examination. | 0.50 | 317.50 |
| 03/05/25 | S. Andre | Correspondence regarding Rule 2004 motion (.2); prepare for and meeting with UCC regarding case (.2). | 0.40 | 226.00 |
| 03/06/25 | S. Andre | Correspondence and analysis of client documents for production. | 0.20 | 113.00 |
| 03/06/25 | S. Kinsella | Analyze Rule 2004 discovery requests and communicate with other Catholic entities regarding the same. | 0.60 | 381.00 |
| 03/06/25 | S. Andre | Prepare response to Rule 2004 motion. | 0.30 | 169.50 |
| 03/06/25 | K. Nixon | Attention to email from Mountain Lake re: payment for Rice invoice. | 0.10 | 48.50 |
| 03/06/25 | S. Andre | Prepare for and meeting with UCC. | 0.30 | 169.50 |
| 03/07/25 | S. Kinsella | Communications with Catholic entities regarding discovery requests. | 0.10 | 63.50 |
| 03/07/25 | K. Nixon | Draft objection to motion for Rule 2004 examination. | 0.30 | 145.50 |
| 03/07/25 | S. Andre | Correspondence regarding Rule 2004 motion. | 0.50 | 282.50 |
| 03/10/25 | S. Kinsella | Communications with client regarding document production. | 0.30 | 190.50 |
| 03/10/25 | S. Andre | Correspondence regarding UCC Rule 2004 motion. | 0.30 | 169.50 |
| 03/11/25 | S. Kinsella | Communications with Catholic Charities counsel regarding committee document requests. | 0.10 | 63.50 |
| 03/11/25 | S. Andre | Correspondence with UCC regarding status meeting (.1); call with VCCF regarding Rule 2004 motion (.2). | 0.30 | 169.50 |
| 03/11/25 | K. Nixon | Review self-insurance claim and email counsel for committee re: the same (0.2); coordinate to add confidential claimant to creditor matrix (0.1). | 0.30 | 145.50 |
| 03/11/25 | K. Nixon | Draft objection to motion for Rule 2004 examination. | 2.80 | 1,358.00 |
| 03/13/25 | S. Kinsella | Meeting with Committee counsel (.6); review and revise objection to Rule 2004 exam motion (1.3). | 1.90 | 1,206.50 |
| 03/13/25 | S. Andre | Prepare response to UCC's Rule 2004 motion. | 3.70 | 2,090.50 |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | | | | |
|---|---|---|---|---|
| | **Invoice:** | **1921198** | | |
| | **Invoice Date:** | **April 4, 2025** | | |
| | **Page:** | **3** | | |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/13/25 | S. Andre | Prepare for and attend weekly meeting with UCC. | 0.60 | 339.00 |
| 03/13/25 | K. Nixon | Communications with Burlington city attorney re: prepetition amounts owed to public works. | 0.20 | 97.00 |
| 03/14/25 | S. Andre | Analyze documents from co-counsel for production and correspondence on same. | 0.20 | 113.00 |
| 03/14/25 | S. Andre | Prepare response to UCC Rule 2004 motion and correspondence regarding same. | 0.40 | 226.00 |
| 03/14/25 | S. Kinsella | Consult on objection to Rule 2004 exam motion. (No Charge) | 0.10 | 0.00 |
| 03/17/25 | S. Andre | Correspondence regarding documents in response to Rule 2004. | 0.10 | 56.50 |
| 03/17/25 | S. Kinsella | Review and revise objection to Rule 2004 examination motion (.9); communications with counsel for other Catholic-related entity regarding the same (.2). | 1.10 | 698.50 |
| 03/17/25 | S. Andre | Assist in preparation of objection to UCC Rule 2004 motion and correspond with client on same. | 0.30 | 169.50 |
| 03/18/25 | S. Kinsella | Review objections to Rule 2004 examination motion. | 0.10 | 63.50 |
| 03/18/25 | S. Andre | Prepare and coordinate filing of Diocese objection to UCC Rule 2004 motion and correspondence on same. | 0.90 | 508.50 |
| 03/18/25 | S. Andre | Analyze joining objections to UCC Rule 2004 motion. | 0.20 | 113.00 |
| 03/19/25 | S. Andre | Correspond with client regarding accounting data in response to discovery requests. | 0.10 | 56.50 |
| 03/19/25 | S. Andre | Analyze client documents for production. | 1.80 | 1,017.00 |
| 03/19/25 | S. Andre | Analyze third party objection to UCC Rule 2004 motion. | 0.20 | 113.00 |
| 03/20/25 | S. Andre | Analyze and prepare client documents for production and correspondence on same. | 0.40 | 226.00 |
| 03/20/25 | S. Kinsella | Meeting with Committee counsel. | 0.40 | 254.00 |
| 03/21/25 | S. Kinsella | Analyze outstanding 341 production and provide instruction regarding the same. | 0.70 | 444.50 |
| 03/24/25 | S. Andre | Coordinate production of documents do UCC. | 0.20 | 113.00 |
| 03/24/25 | S. Kinsella | Respond to client questions regarding discovery requests. | 0.30 | 190.50 |
| 03/26/25 | S. Andre | Prepare and produce client documents in response to 341 and discovery requests. | 0.20 | 113.00 |



**Invoice:** **1921198**
**Invoice Date:** **April 4, 2025**
**Page:** **4**

| 03/27/25 | S. Andre | Analyze court order on Rule 2004 motion and correspond with third parties on same. | 0.20 | 113.00 |
|---|---|---|---|---|
| 03/28/25 | S. Andre | Correspondence regarding Committee request for document. | 0.10 | 56.50 |
| 03/28/25 | S. Andre | Prepare letter to insurer regarding production of insurance document to Committee pursuant to Rule 2004 order. | 0.40 | 226.00 |
| 03/28/25 | K. Nixon | Email client re: request from committee counsel for property spreadsheet. | 0.10 | 48.50 |
| 03/28/25 | K. Nixon | Revise and finalize letter to insurer re: production of agreement pursuant to Rule 2004 order. | 0.20 | 97.00 |
| 03/31/25 | S. Andre | Correspond with U.S. Trustee regarding production of documents. | 0.10 | 56.50 |
| 03/31/25 | K. Nixon | Coordinate sending notice of case and claim filing deadline to additional creditor. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **32.40** | **$ 18,400.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 5.68 | 3,606.80 |
| Steven R.  Kinsella | 0.00 | 0.08 | 0.00 |
| Samuel M.  Andre | 565.00 | 16.56 | 9,356.40 |
| Katherine  Nixon | 485.00 | 3.52 | 1,707.20 |
| Litigation  Support Consulting | 310.00 | 0.16 | 49.60 |
| **Total** | | **26.00** | **$ 14,720.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 18,400.00 |
| **Total For Current Invoice:** | **$ 18,400.00** |
| **Your 80% Due:** | **$ 14,720.00** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1921199** |
| **Invoice Date:** | **April 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5018** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2025

**Regarding: Reporting**

| | |
|---|---|
| Total for Current Legal Fees: | $ 818.00 |
| **Total For Current Invoice:** | **$ 818.00** |
| **Your 80% Due:** | **$ 654.40** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1921199**
**Invoice Date:** **April 4, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888529 | 10,896.00 | | 10,896.00 |
| 12/05/24 | 1895354 | 12,742.00 | | 12,742.00 |
| 01/06/25 | 1901852 | 252.00 | | 252.00 |
| 03/10/25 | 1914878 | 436.40 | | 436.40 |

**Total Prior Balance:**                                        **$ 24,326.40**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 4, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1921199**
**Invoice Date:** **April 4, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5018**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/05/25 | S. Kinsella | Respond to client questions regarding MORs. | 0.20 | 127.00 |
| 03/05/25 | K. Nixon | Review MOR professional compensation reporting requirements and emails to client answering questions re: the same. | 0.60 | 291.00 |
| 03/20/25 | S. Kinsella | Respond to client MOR question. | 0.10 | 63.50 |
| 03/20/25 | K. Nixon | Assist in preparation of February MOR. | 0.50 | 242.50 |
| 03/20/25 | S. Stallings | Finalize and e-file monthly operating report and send bank records to UST. | 0.40 | 94.00 |
| | **Current Legal Fees:** | | **1.80** | **$ 818.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.24 | 152.40 |
| Katherine  Nixon | 485.00 | 0.88 | 426.80 |
| Shataia  Stallings | 235.00 | 0.32 | 75.20 |
| **Total** | | **1.44** | **$ 654.40** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 818.00 |
| **Total For Current Invoice:** | **$ 818.00** |
| **Your 80% Due:** | **$ 654.40** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

## CERTIFICATE OF SERVICE

I, Steven R. Kinsella, hereby certify that on April 11, 2025, I caused a true and correct copy

of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such

filing to all ECF participants. Additionally, I served the same on the following Notice Parties via

the method indicated below:

| | | |
|---|---|---|
| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

/s/ *Steven R. Kinsella*
Steven R. Kinsella