**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

Filed & Entered
On Docket
04/29/2025

| | )  |
|---|---|
| IN RE: | ) |
| | ) |
| ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,[1] | ) Case No. 24-10205-HZC |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION TO SCHEDULE A STATUS CONFERENCE**
**FOR THE PRESENTATION OF SURVIVOR STATEMENTS**

Upon consideration of the *Motion to Schedule a Status conference for the Presentation of Survivor Statements* (the "Motion") filed by the Official Committee of Unsecured Creditors ("Committee") [ECF 275], the consent of the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), and the entirety of the docket in this case to date, the Court FINDS that the requested relief is in the best interest of the estate and may further the Diocese's reorganization efforts to the benefit of the Diocese, the Survivors and other parties in interest. Given the nature of the relief requested (including the informational nature of the relief), the Court finds good cause to grant the relief requested without further notice or opportunity for hearing. 11 U.S.C. § 102(1)(B). Accordingly, IT IS HEREBY ORDERED:

1. The relief requested is granted on the terms and subject to the conditions of this Order.

2. The Court will hold two, two-hour status conferences (collectively, the "Survivor Statement Sessions"), the first of which will take place on **May 14, 2025 at 10:00 a.m. ET** in person in the United States Bankruptcy Court, 11 Elmwood Avenue, Burlington, Vermont 05401. The Second Survivor Statement Session shall be scheduled thereafter in person, upon 30 days'

---

[1] The Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its EIN Number is 03-0180730.

1

notice, at a time to be determined but no later than July 1, 2025. The Survivor Statement Sessions will include only Survivor Statements; no parties in interest shall be expected or allowed to comment or respond to the Survivor Statements.

3. The sole purpose of the Survivor Statement Sessions is to increase survivor engagement and understanding in this chapter 11 case; no statements of any party in interest at the Survivor Statement Sessions will be considered as evidence in any matter or proceeding in this case or as part of the official record in this case.

4. The Survivor Statement Sessions will not be transcribed by a court reporter. The Court will make an audio recording of the Survivor Statement Sessions, which is standard protocol for the Court and necessary for the Court to preside over such sessions, but the recordings of the Survivor Statement Sessions will not be released or transcribed without further Order of the Court, after notice and hearing, and only if and to the extent mandated by law or consented to by the parties.

5. Consistent with Judicial Conference policy, no party or member of the public may photograph, video record, audio record, broadcast, televise, or otherwise transmit the Survivor Statement Sessions. Any media report concerning the statements made during the Survivor Statement Sessions shall not be considered evidence in any matter or proceeding in this case.

6. If any survivor who filed a proof of claim in the Debtor's bankruptcy would like the opportunity to make a statement, the survivor (a "Speaker") should contact counsel to the Official Committee of Unsecured Creditors (Brittany Michael at bmichael@pszjlaw.com) as soon as possible, and include the Speaker's contact information. Please note it may not be possible to accommodate every request.

7. The Committee shall select the Speakers and, at least two business days in advance of each Survivor Statement Session, counsel for the Committee shall email the

2

courtroom deputy with the number of Speakers, in order of expected appearance, and the estimated time allocated to each statement.

8. During each Survivor Statement Session, Speakers will be referred to only by their assigned speaker number unless they choose to use their own names. The entire time for each Survivor Statement Session is two hours, and Speaker statements shall be limited to no more than 15 minutes each.

9. Apart from introductions by counsel and the Court, the Survivor Statement Sessions will include only statements by the Speakers. No party in interest shall comment or respond to the statements.

10. Bishop John J. McDermott of the Roman Catholic Diocese of Burlington, Vermont shall attend the Survivor Statement Sessions. Other Diocesan representatives are encouraged to attend.

April 29, 2025  
Burlington, Vermont

*Heather Z. Cooper*  
Heather Z. Cooper  
United States Bankruptcy Judge

3