**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

Filed & Entered
On Docket
04/29/2025

|  |  |
|---|---|
| IN RE: | ) |
| | ) |
| | ) |
| ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,[1] | ) Case No. 24-10205-HZC |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION TO SCHEDULE A STATUS CONFERENCE**
**FOR THE PRESENTATION OF SURVIVOR STATEMENTS**

Upon consideration of the *Motion to Schedule a Status conference for the Presentation of Survivor Statements* (the "Motion") filed by the Official Committee of Unsecured Creditors ("Committee") [ECF 275], the consent of the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), and the entirety of the docket in this case to date, the Court FINDS that the requested relief is in the best interest of the estate and may further the Diocese's reorganization efforts to the benefit of the Diocese, the Survivors and other parties in interest. Given the nature of the relief requested (including the informational nature of the relief), the Court finds good cause to grant the relief requested without further notice or opportunity for hearing. 11 U.S.C. § 102(1)(B). Accordingly, IT IS HEREBY ORDERED:

1. The relief requested is granted on the terms and subject to the conditions of this Order.

2. The Court will hold two, two-hour status conferences (collectively, the "Survivor Statement Sessions"), the first of which will take place on **May 14, 2025 at 10:00 a.m. ET** in person in the United States Bankruptcy Court, 11 Elmwood Avenue, Burlington, Vermont 05401. The Second Survivor Statement Session shall be scheduled thereafter in person, upon 30 days'

---

[1] The Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its EIN Number is 03-0180730.

notice, at a time to be determined but no later than July 1, 2025. The Survivor Statement Sessions will include only Survivor Statements; no parties in interest shall be expected or allowed to comment or respond to the Survivor Statements.

3.      The sole purpose of the Survivor Statement Sessions is to increase survivor engagement and understanding in this chapter 11 case; no statements of any party in interest at the Survivor Statement Sessions will be considered as evidence in any matter or proceeding in this case or as part of the official record in this case.

4.      The Survivor Statement Sessions will not be transcribed by a court reporter. The Court will make an audio recording of the Survivor Statement Sessions, which is standard protocol for the Court and necessary for the Court to preside over such sessions, but the recordings of the Survivor Statement Sessions will not be released or transcribed without further Order of the Court, after notice and hearing, and only if and to the extent mandated by law or consented to by the parties.

5.      Consistent with Judicial Conference policy, no party or member of the public may photograph, video record, audio record, broadcast, televise, or otherwise transmit the Survivor Statement Sessions. Any media report concerning the statements made during the Survivor Statement Sessions shall not be considered evidence in any matter or proceeding in this case.

6.      If any survivor who filed a proof of claim in the Debtor's bankruptcy would like the opportunity to make a statement, the survivor (a "Speaker") should contact counsel to the Official Committee of Unsecured Creditors (Brittany Michael at bmichael@pszjlaw.com) as soon as possible, and include the Speaker's contact information. Please note it may not be possible to accommodate every request.

7.      The Committee shall select the Speakers and, at least two business days in advance of each Survivor Statement Session, counsel for the Committee shall email the

courtroom deputy with the number of Speakers, in order of expected appearance, and the estimated time allocated to each statement.

8.      During each Survivor Statement Session, Speakers will be referred to only by their assigned speaker number unless they choose to use their own names.  The entire time for each Survivor Statement Session is two hours, and Speaker statements shall be limited to no more than 15 minutes each.

9.      Apart from introductions by counsel and the Court, the Survivor Statement Sessions will include only statements by the Speakers.  No party in interest shall comment or respond to the statements.

10.      Bishop John J. McDermott of the Roman Catholic Diocese of Burlington, Vermont shall attend the Survivor Statement Sessions.  Other Diocesan representatives are encouraged to attend.

April 29, 2025
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

United States Bankruptcy Court

District of Vermont

In re:                                                                 Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve                               Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2                    User: admin                    Page 1 of 2

Date Rcvd: Apr 29, 2025                 Form ID: pdf704                 Total Noticed: 5

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Obuchowski Law Office, PO Box 60, Bethel, VT 05032-0060 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Apr 29 2025 19:48:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andre Denis Bouffard | on behalf of Interested Party Vermont Catholic Community Foundation  Inc. abouffard@drm.com, mbottino@drm.com |

District/off: 0210-2                                      User: admin                                        Page 2 of 2

Date Rcvd: Apr 29, 2025                              Form ID: pdf704                                    Total Noticed: 5

Antonin Robbason
                    on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com

Brittany Mitchell Michael
                    on behalf of Financial Advisor Berkeley Research Group LLC bmichael@pszjlaw.com

Brittany Mitchell Michael
                    on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com

Celeste E. Laramie
                    on behalf of Creditor Survivor Creditors claramie@gravelshea.com

Elizabeth A. Glynn
                    on behalf of Creditor TD Bank  N.A. eag@rsclaw.com, ccs@rsclaw.com

Jeremy R. Fischer
                    on behalf of Interested Party Rice Memorial High School jfischer@dwmlaw.com  mveilleux@dwmlaw.com

Jim Baillie
                    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont jbaillie@fredlaw.com

Katherine Nixon
                    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont knixon@fredlaw.com,
                    sstallings@fredlaw.com;docketing@fredlaw.com

Lisa M Penpraze
                    on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Paul A Levine
                    on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com  phartl@lemerygreisler.com

Paul A Levine
                    on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com
                    phartl@lemerygreisler.com

Raymond J Obuchowski
                    on behalf of Attorney Obuchowski Law Office ray@oeblaw.com  marie@oeblaw.com

Raymond J Obuchowski
                    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont ray@oeblaw.com, marie@oeblaw.com

Samuel Andre
                    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont sandre@fredlaw.com

Steven Robert Kinsella
                    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont skinsella@fredlaw.com,
                    sstallings@fredlaw.com;docketing@fredlaw.com

U S Trustee
                    ustpregion02.vt.ecf@usdoj.gov


TOTAL: 17