UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Roman Catholic Diocese of Burlington, Vermont[1] | ) Case No.  24-10205-*hzc* |
| | ) *Chapter 11 Case* |
| Debtor in Possession | ) |

**CERTIFICATE OF NO OBJECTION REGARDING OBUCHOWSKI LAW OFFICE'S MONTHLY FEE STATEMENT FOR MARCH 2025**

Pursuant to Paragraph 2(d) of the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "<u>Compensation Order</u>"), I, Raymond J. Obuchowski on behalf of Obuchowski Law Office ("OLO"), Chapter 11 local (Vermont) counsel for the Roman Catholic Diocese of Burlington, Vermont (the "<u>Diocese</u>"), hereby certify that no objections were filed or received regarding OLO's monthly fee statement for March, 2025. (ECF No. 271). Therefore, the Diocese is authorized to pay OLO $1,484.00 (80% of $1,855.00) for services rendered and $0.00 for expenses incurred in March 2025 in accordance with the Compensation Order.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

| | |
|---|---|
| Dated:  April 7, 2025 | /s/ *Raymond J. Obuchowski* |

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**