**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re: | |
| Roman Catholic Diocese of Burlington, Vermont,[1] | Case No.: 24-10205-HZC<br>Chapter 11 Case |
| Debtor. | |

**OBUCHOWSKI LAW OFFICE'S MONTHLY FEE STATEMENT**
**FOR APRIL 2025**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Obuchowski Law Office ("OLO"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from April 1, 2025 to April 30, 2025 (the "Compensation Period") in the amount of $1,708.00 (80% of $2,135.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

OLO's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or less (1/20).

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on May 19, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, OLO will file a certificate of no objection with the Court and the Diocese will be authorized to pay OLO the amounts described herein.

| | |
|---|---|
| Dated:  May 5, 2025 | /s/ *Raymond J. Obuchowski* |

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

**EXHIBIT A**

Obuchowski Law Office
PO Box 60, Route 107
Bethel, VT 05032

Invoice submitted to:

Roman Catholic Diocese of Burlington
55 Joy Drive
South Burlington, VT 05403

May 5, 2025
In Reference To:   Financial Counseling
Invoice #   34769

**Professional services**

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/4/2025 | RJO | Review of matters for continued hearing on Benefits and 2004 and attendance on Zoom status conference | 0.75 | 262.50 |
| | RJO | Review of time and billing for preparation of March fee statement for OLO | 0.20 | 70.00 |
| | RJO | Call and response to Colin McNeil regarding: So. Burlington claim | 0.25 | 87.50 |
| 4/5/2025 | RJO | Review and prepare March billing statement | 0.40 | 140.00 |
| 4/6/2025 | RJO | Review of Monthly statements for Pachulski and BRG, and statements of no objections for Frederikson & Dinse | 0.10 | 35.00 |
| | RJO | Review correspondence on Bellows Fall property, and response to Attorney Ferrera on who to contract and information | 0.15 | 52.50 |
| 4/8/2025 | RJO | Call with Kate Nixon on dates for filing of second interims, with follow up with Jody on possible dates, and discussion with UST for objection dates, leaning to June hearing date | 0.25 | 87.50 |
| | RJO | Call with Kate N on issues on claims filed, and information on service | 0.10 | 35.00 |
| | RJO | Review and follow up on noticing jointly on fee apps for second interim | 0.10 | 35.00 |
| | RJO | Call with Clerk regarding: hearing dates | 0.10 | 35.00 |
| 4/11/2025 | RJO | Review of Attorney Levine's correspondence for hearing on Motion for 5/2 and response for calendar | 0.10 | 35.00 |
| | RJO | Review of Motion for Survivor's statements and exhibits, and memo for 5/2 hearing | 0.25 | 87.50 |
| | RJO | Review of recent correspondence on possible joint appraisers, and check on available name, and respond to Attorney Kinsella | 0.20 | 70.00 |
| | RJO | Follow up on timing on second interim | 0.10 | 35.00 |
| | RJO | Review Frederikson monthly fee app and Dinse notice of increase | 0.10 | 35.00 |
| | RJO | Review of docket entries, pleadings, and review on Realtor application to employ | 0.10 | 35.00 |
| | RJO | Review of recent correspondence and update file on dates and response waiting from UST on period for review and objection from Attorney Nixon | 0.10 | 35.00 |
| | RJO | Follow up on Stretto billing and payment | 0.10 | 35.00 |
| 4/13/2025 | RJO | Review of recent correspondence on Fee application and service date, and UST objection or review dates | 0.10 | 35.00 |
| 4/14/2025 | RJO | Review of recent correspondence and update file on dates for filing, and memo for preparation of 1Q 2025 application for OLO | 0.10 | 35.00 |
| 4/15/2025 | RJO | Begin preparation of Second interim, review of timeslips and categories for category billing, comparison with LEEDS slips | 1.00 | 350.00 |
| 4/16/2025 | RJO | Review of docket entries, pleadings, and March MOR | 0.10 | 35.00 |

|            |     |                                                                                             | Hours | Amount     |
|------------|-----|---------------------------------------------------------------------------------------------|-------|------------|
| 4/16/2025  | RJO | Follow up with Attorney Kinsella on possible appraisers and information on VT appraisers    | 0.25  | 87.50      |
| 4/21/2025  | RJO | Review of article on Charitable immunity and follow up with Attorney Kinsella and Abare     | 0.25  | 87.50      |
| 4/25/2025  | RJO | Call with Attorney Robbason on hearing                                                      | 0.05  | 17.50      |
|            | RJO | Hearing on survivor statements                                                              | 0.60  | 210.00     |
| 4/26/2025  | RJO | Review of recent correspondence and note to file on Buffalo, and from 4/25 hearing          | 0.10  | 35.00      |
| 4/30/2025  | RJO | Review of timing on Application filings and response to Attorney Nixon                      | 0.10  | 35.00      |
| **For professional services rendered** | | | **6.10** | **$2,135.00** |

### Attorney Summary

| Name                 | Hours | Rate   | Amount     |
|----------------------|-------|--------|------------|
| Raymond J. Obuchowski | 6.10  | 350.00 | $2,135.00  |

## **CERTIFICATE OF SERVICE**

I, Raymond J. Obuchowski, hereby certify that on May 5, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
|---|---|---|
| **Via ECF**<br>James L. Baillie (*pro hac vice*)<br>Steven R. Kinsella (*pro hac vice*)<br>Samuel M. Andre (*pro hac vice*)<br>Katherine A. Nixon (*pro hac vice*)<br>**FREDRIKSON & BYRON, P.A.**<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN  55402-4400<br>(612) 492-7000<br>jbaillie@fredlaw.com<br>skinsella@fredlaw.com<br>sandre@fredlaw.com<br>knixon@fredlaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |