**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

Filed & Entered
On Docket
05/06/2025

**ORDER UNDER 11 U.S.C. § 327(a), FED. R. BANKR. P. 2014(a), AND LOCAL RULE 2014-1 AUTHORIZING EMPLOYMENT OF POMERLEAU REAL ESTATE AS REAL ESTATE BROKER FOR THE DIOCESE**

Upon consideration of the Application for Order Under 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a), and Local Rule 2014-1 Authorizing Employment of Pomerleau Real Estate as Real Estate Broker (the "Application") (doc. #278) filed by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"); and upon consideration of the declaration of Kendra Kenney in support of the Application; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Diocese's estate, the Diocese's creditors and other parties in interest; and the Diocese having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2

     2.     The Diocese is authorized to retain Pomerleau Real Estate as the Diocese's real estate broker for the marketing and sale of certain real estate located at 59 Meadow Street, Rutland, Vermont 05701 (the "Loretto Home").

     3.     The commission to ultimately be paid to Pomerleau by the Diocese shall be subject to final Court approval and shall be disclosed in any motion for order authorizing the sale of the Loretto Home.

     4.     Pomerleau and the Diocese are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

     5.     The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

     6.     Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, this Order shall be immediately effective and enforceable upon its entry.

May 5, 2025  
Burlington, Vermont

*Heather Z. Cooper*  
Heather Z. Cooper  
United States Bankruptcy Judge