**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

------------------------------------------------------------------

In re:                                                              **Chapter 11**

Roman Catholic Diocese of Burlington, Vermont[1],    **Case No. 24-10205-HZC**

Debtor.

------------------------------------------------------------------

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the New York office of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors of the above-captioned debtor and debtor in possession, have relocated. Notices and pleadings given or filed in the above-captioned case should now be given and served upon each of the following listed below:

> Brittany M. Michael (admitted *pro hac vice*)
> PACHULSKI STANG ZIEHL & JONES LLP
> 1700 Broadway, 36th Floor
> New York, NY 10019
> Telephone: (212) 561-7700
> Facsimile: (212) 561-7777
> Email:  bmichael@pszjlaw.com

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

4938-3546-6303.2 18506.00002

| | |
|---|---|
| Date: May 6, 2025 | Respectfully submitted,<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Brittany M. Michael*<br>Brittany M. Michael (admitted *pro hac vice*)<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Email: bmichael@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |