## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

## FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT
## FOR APRIL 2025

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from April 1, 2025 to April 30, 2025 (the "Compensation Period") in the amount of $26,555.20 (80% of $33,194.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $721.44.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on May 26, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  May 12, 2025

/s/ *Steven R. Kinsella*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

## <u>CERTIFICATE OF SERVICE</u>

I, Steven R. Kinsella, hereby certify that on May 12, 2025, I caused a true and correct copy

of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such

filing to all ECF participants. Additionally, I caused the same to be served on the following Notice

Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| --- | --- | --- |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

/s/ *Steven R. Kinsella*
Steven R. Kinsella

**EXHIBIT A**

**Diocese of Burlington**
**05/11/25**
**098358**

| Invoice | Date | Fees | Costs | Total | | 0.80 | | 0.20 | Interim Pymt | Deferred amount |
|---------|------|------|-------|-------|---|------|---|------|--------------|-----------------|
| 1928133 | 5/5/2025 | $ 3,707.50 | $ 721.44 | $ 4,428.94 | $ | 2,966.00 | $ | 741.50 | | |
| 1928136 | 5/5/2025 | $ 395.50 | $ - | $ 395.50 | $ | 316.40 | $ | 79.10 | | |
| 1928140 | 5/5/2025 | $ 660.50 | $ - | $ 660.50 | $ | 528.40 | $ | 132.10 | | |
| 1928143 | 5/5/2025 | $ 1,923.50 | $ - | $ 1,923.50 | $ | 1,538.80 | $ | 384.70 | | |
| 1928146 | 5/5/2025 | $ 4,622.00 | $ - | $ 4,622.00 | $ | 3,697.60 | $ | 924.40 | | |
| 1928148 | 5/5/2025 | $ 1,214.00 | $ - | $ 1,214.00 | $ | 971.20 | $ | 242.80 | | |
| 1928150 | 5/5/2025 | $ 3,810.00 | $ - | $ 3,810.00 | $ | 3,048.00 | $ | 762.00 | | |
| 1928152 | 5/5/2025 | $ 16,257.00 | $ - | $ 16,257.00 | $ | 13,005.60 | $ | 3,251.40 | | |
| 1928154 | 5/5/2025 | $ 604.00 | $ - | $ 604.00 | $ | 483.20 | $ | 120.80 | | |
| Total | | $ 33,194.00 | $ 721.44 | | $ | 26,555.20 | $ | 6,638.80 | | |


# Fredrikson

| | |
|---|---|
| **Invoice:** | 1928133 |
| **Invoice Date:** | May 5, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5000 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2025

**Regarding: Case Administration**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,707.50 |
| Total For Current Costs and Other Charges: | $ 721.44 |
| **Total For Current Invoice:** | **$ 4,428.94** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | Invoice: | **1928133** |
|---|---|---|
| | Invoice Date: | **May 5, 2025** |
| | Page: | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888523 | 43,312.28 | | 43,312.28 |
| 12/05/24 | 1895348 | 12,147.17 | | 12,147.17 |
| 01/06/25 | 1901844 | 8,114.32 | | 8,114.32 |
| 03/10/25 | 1914882 | 5,342.47 | | 5,342.47 |
| 04/04/25 | 1921192 | 168.00 | | 168.00 |
| **Total Prior Balance:** | | | | **$ 69,084.24** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1928133
**Invoice Date:** May 5, 2025
**Client Number:** 098358
**Matter Number:** 098358.5000

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/10/25 | S. Andre | Strategize regarding preparation for mediation and property of estate issues. | 0.50 | 282.50 |
| 04/21/25 | S. Andre | Analyze correspondence from court regarding holding of status conference on survivor statements. | 0.10 | 56.50 |
| 04/21/25 | S. Andre | Prepare for status conference on UCC survivor statement motion. | 0.20 | 113.00 |
| 04/23/25 | S. Andre | Prepare motion to appoint mediator. | 2.60 | 1,469.00 |
| 04/25/25 | S. Andre | Prepare motion to appoint mediator. | 1.50 | 847.50 |
| 04/25/25 | S. Andre | Prepare for and attend conference with court on survivor statements. | 1.10 | 621.50 |
| 04/30/25 | S. Kinsella | Revise mediation motion. | 0.50 | 317.50 |
| | **Current Legal Fees:** | | **6.50** | **$ 3,707.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.50 | 317.50 |
| Samuel M.  Andre | 565.00 | 6.00 | 3,390.00 |
| **Total** | | **6.50** | **$ 3,707.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



## Costs and Other Charges

| | |
|---|---|
| Postage Charges | 21.44 |
| Litigation Support Services | 700.00 |

**Current Costs and Other Charges:**            **$ 721.44**

## Invoice Totals

Total for Current Legal Fees:            $ 3,707.50

Total For Current Costs and Other Charges:            $ 721.44

**Total For Current Invoice:**            **$ 4,428.94**

# Fredrikson

**Invoice:** 1928136
**Invoice Date:** May 5, 2025
**Client Number:** 098358
**Matter Number:** 098358.5001

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees: $ 395.50

**Total For Current Invoice:** **$ 395.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1928136**
**Invoice Date:** **May 5, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888524 | 377.50 | | 377.50 |
| 12/05/24 | 1895349 | 7,660.50 | | 7,660.50 |
| 01/06/25 | 1901845 | 9,052.50 | | 9,052.50 |
| | **Total Prior Balance:** | | | **$ 17,090.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1928136
**Invoice Date:** May 5, 2025
**Client Number:** 098358
**Matter Number:** 098358.5001

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/01/25 | S. Andre | Prepare for and meeting with S. Kinsella regarding strategy on property of estate issue related to Priest Benefit Fund. | 0.70 | 395.50 |
| | **Current Legal Fees:** | | **0.70** | **$ 395.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Samuel M.  Andre | 565.00 | 0.70 | 395.50 |
| **Total** | | **0.70** | **$ 395.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 395.50 |
| **Total For Current Invoice:** | **$ 395.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1928140** |
| **Invoice Date:** | **May 5, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5002** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2025

**Regarding: Asset Disposition**

Total for Current Legal Fees: $ 660.50

**Total For Current Invoice:** **$ 660.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** █████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1928140**
**Invoice Date:** **May 5, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888525 | 862.50 | | 862.50 |
| 04/04/25 | 1921193 | 203.20 | | 203.20 |

**Total Prior Balance:** **$ 1,065.70**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1928140**
**Invoice Date:** **May 5, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5002**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/02/25 | K. Nixon | Attention to inquiry re: sale of St. Charles Parish Property and emails to client re: the same. | 0.20 | 97.00 |
| 04/15/25 | S. Kinsella | Analyze potential sale of real property. | 0.10 | 63.50 |
| 04/16/25 | K. Nixon | Email proposed realtor re: meeting to discuss sale price. | 0.10 | 48.50 |
| 04/17/25 | K. Nixon | Call with proposed realtor re: sale of Loretto Home and follow-up emails to client and committee counsel re: the same. | 0.70 | 339.50 |
| 04/18/25 | S. Kinsella | Communications with real estate agent regarding property marketing. | 0.10 | 63.50 |
| 04/21/25 | K. Nixon | Respond to email from proposed realtor re: meeting with committee counsel. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **1.30** | **$ 660.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.20 | 127.00 |
| Katherine  Nixon | 485.00 | 1.10 | 533.50 |
| **Total** | | **1.30** | **$ 660.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 660.50 |
| **Total For Current Invoice:** | **$ 660.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1928143** |
| **Invoice Date:** | **May 5, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5006** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2025

**Regarding: Business Operations**

Total for Current Legal Fees: $ 1,923.50

**Total For Current Invoice:** **$ 1,923.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888530 | 22,607.50 | | 22,607.50 |
| 12/05/24 | 1895350 | 1,427.50 | | 1,427.50 |
| 01/06/25 | 1901846 | 8,377.00 | | 8,377.00 |
| 03/10/25 | 1914880 | 4,970.00 | | 4,970.00 |
| 04/04/25 | 1921194 | 2,811.60 | | 2,811.60 |
| **Total Prior Balance:** | | | | **$ 40,193.60** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1928143
**Invoice Date:** May 5, 2025
**Client Number:** 098358
**Matter Number:** 098358.5006

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/02/25 | S. Kinsella | Communications with client regarding cemetery issue. | 0.10 | 63.50 |
| 04/07/25 | K. Nixon | Attention to misc. questions from client re: claims deadline, insurance, etc. | 0.50 | 242.50 |
| 04/09/25 | S. Kinsella | Respond to client question regarding operational issue. | 0.10 | 63.50 |
| 04/10/25 | S. Andre | Correspondence with parishes regarding filed claims. | 0.20 | 113.00 |
| 04/10/25 | S. Kinsella | Communications with client regarding operational issues. | 0.80 | 508.00 |
| 04/10/25 | K. Nixon | Respond to email from Bishop re: meeting to discuss misc. operational questions, such as insurance. | 0.10 | 48.50 |
| 04/11/25 | K. Nixon | Meeting with client to discuss misc. issues, including claims, mediation, insurance, etc. | 1.00 | 485.00 |
| 04/11/25 | S. Kinsella | Respond to client questions regarding business expenses. | 0.10 | 63.50 |
| 04/15/25 | S. Kinsella | Review yearly donation appeal materials. | 0.20 | 127.00 |
| 04/28/25 | S. Kinsella | Communications with client regarding insurance issue. | 0.10 | 63.50 |
| 04/28/25 | K. Nixon | Attention to client's inquiry re: slip and fall self-insurance claim. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **3.50** | **$ 1,923.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

**Fredrikson**

**Invoice:** 1928143
**Invoice Date:** May 5, 2025
**Page:** 2

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 1.40 | 889.00 |
| Samuel M.  Andre | 565.00 | 0.20 | 113.00 |
| Katherine  Nixon | 485.00 | 1.90 | 921.50 |
| **Total** | | **3.50** | **$ 1,923.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,923.50 |
| **Total For Current Invoice:** | **$ 1,923.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1928146** |
| **Invoice Date:** | **May 5, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5007** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2025

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees:  $ 4,622.00

**Total For Current Invoice:**  **$ 4,622.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1928146**
**Invoice Date:** **May 5, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888531 | 632.50 | | 632.50 |
| 01/06/25 | 1901847 | 5,915.00 | | 5,915.00 |
| 03/10/25 | 1914868 | 2,194.80 | | 2,194.80 |
| 04/04/25 | 1921195 | 3,134.40 | | 3,134.40 |
| **Total Prior Balance:** | | | | **$ 11,876.70** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1928146**
**Invoice Date:** **May 5, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5007**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/25 | K. Nixon | Emails to Stretto and committee counsel re: request to make claim public (0.1); emails to committee counsel and client re: claim confidentiality agreement (0.3); review confidential claims (0.3). | 0.70 | 339.50 |
| 04/02/25 | K. Nixon | Review confidential claims and emails to client re: the same. | 0.50 | 242.50 |
| 04/03/25 | S. Andre | Correspondence with Bishop regarding filed claims. | 0.10 | 56.50 |
| 04/03/25 | K. Nixon | Review confidential claims. | 0.70 | 339.50 |
| 04/04/25 | K. Nixon | Review confidential claims (1.4); emails to client and committee counsel re: review of claims (0.4). | 1.80 | 873.00 |
| 04/04/25 | S. Kinsella | Analyze claims notification issue for other religious orders. | 0.10 | 63.50 |
| 04/07/25 | S. Kinsella | Answer client questions regarding claims. | 0.10 | 63.50 |
| 04/08/25 | S. Kinsella | Analyze claims and begin preparing mediation strategy. | 1.10 | 698.50 |
| 04/08/25 | K. Nixon | Strategize regarding review of filed claims and next steps. | 0.90 | 436.50 |
| 04/09/25 | S. Kinsella | Communications with client regarding claims. | 0.20 | 127.00 |
| 04/10/25 | S. Kinsella | Analyze claims and outstanding issues regarding certain claims. | 0.10 | 63.50 |
| 04/11/25 | S. Kinsella | Review claims summary and meeting with client regarding the same. | 1.20 | 762.00 |
| 04/11/25 | S. Andre | Correspond with parish counsel regarding signing of claims confidentiality agreement for access to claimant information. | 0.10 | 56.50 |
| 04/11/25 | K. Nixon | Review confidential claims. | 0.20 | 97.00 |
| 04/14/25 | S. Kinsella | Analyze notice issues for priest files. | 0.10 | 63.50 |



**Invoice:** **1928146**
**Invoice Date:** **May 5, 2025**
**Page:** **2**

| 04/15/25 | K. Nixon | Analyze confidential claims and email client re: the same. | 0.50 | 242.50 |
| 04/29/25 | K. Nixon | Follow up with client re: analysis of confidential claims. | 0.10 | 48.50 |
| 04/30/25 | K. Nixon | Email committee counsel re: initial claims analysis. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **8.60** | **$ 4,622.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R. Kinsella | 635.00 | 2.90 | 1,841.50 |
| Samuel M. Andre | 565.00 | 0.20 | 113.00 |
| Katherine Nixon | 485.00 | 5.50 | 2,667.50 |
| **Total** | | **8.60** | **$ 4,622.00** |

## Invoice Totals

Total for Current Legal Fees: $ 4,622.00

**Total For Current Invoice:** **$ 4,622.00**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1928148 |
| **Invoice Date:** | May 5, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5009 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2025

**Regarding: Employee Benefits and Pensions**

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,214.00 |
| **Total For Current Invoice:** | **$ 1,214.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**          **1928148**
**Invoice Date:**     **May 5, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 03/10/25 | 1914870 | 12,394.40 | | 12,394.40 |
| 04/04/25 | 1921196 | 2,542.40 | | 2,542.40 |
| **Total Prior Balance:** | | | | **$ 14,936.80** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**          **1928148**
**Invoice Date:**     **May 5, 2025**
**Client Number:**    **098358**
**Matter Number:**    **098358.5009**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/25 | S. Kinsella | Analyze priest benefit fund procedural issues and evidentiary issues prior to status conference. | 0.90 | 571.50 |
| 04/04/25 | S. Andre | Prepare for and attend continued hearing on priest benefit fund motion. | 0.80 | 452.00 |
| 04/14/25 | S. Kinsella | Analyze benefits issue. | 0.10 | 63.50 |
| 04/15/25 | S. Kinsella | Analyze benefits issue. | 0.10 | 63.50 |
| 04/16/25 | S. Kinsella | Communications regarding 403(b) issue. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **2.00** | **$ 1,214.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 1.20 | 762.00 |
| Samuel M.  Andre | 565.00 | 0.80 | 452.00 |
| **Total** | | **2.00** | **$ 1,214.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,214.00 |
| **Total For Current Invoice:** | **$ 1,214.00** |

# Fredrikson

**Invoice:** 1928150
**Invoice Date:** May 5, 2025
**Client Number:** 098358
**Matter Number:** 098358.5010

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2025

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees: $ 3,810.00

**Total For Current Invoice:** **$ 3,810.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**          **1928150**
**Invoice Date:**     **May 5, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 11/04/24 | 1888526 | 2,987.50 | | 2,987.50 |
| 12/05/24 | 1895351 | 4,680.50 | | 4,680.50 |
| 01/06/25 | 1901848 | 3,813.50 | | 3,813.50 |
| 03/10/25 | 1914874 | 5,962.40 | | 5,962.40 |
| 04/04/25 | 1921197 | 2,267.20 | | 2,267.20 |

**Total Prior Balance:**                                                **$ 19,711.10**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1928150**
**Invoice Date:** **May 5, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5010**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT 05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/02/25 | S. Stallings | Review and analyze Debtor's application to employ real estate broker and identify any edits and comments from broker and revise. | 0.40 | 94.00 |
| 04/02/25 | K. Nixon | Email client re: additional monthly fee statements and certs. of no objection (0.2); review and revise application to employ real estate broker (0.2). | 0.40 | 194.00 |
| 04/03/25 | S. Kinsella | Review application to employ real estate agent. | 0.10 | 63.50 |
| 04/03/25 | K. Nixon | Revise application to employ real estate broker (0.6); draft declaration re: rate increases for special counsel (0.4). | 1.00 | 485.00 |
| 04/07/25 | K. Nixon | Revise Dinse's affidavit re: rate increases and email to Dinse re: the same (0.3); update schedule of payments to professionals for client (0.1). | 0.40 | 194.00 |
| 04/08/25 | K. Nixon | Phone call with local counsel and email to UST re: hearing on Q1 2025 fee applications. | 0.30 | 145.50 |
| 04/10/25 | K. Nixon | Revise application to employ real estate broker per committee counsel's comments. | 0.30 | 145.50 |
| 04/14/25 | K. Nixon | Email to UST and all counsel re: deadline to file Q1 2025 fee applications and joint notice. | 0.20 | 97.00 |
| 04/15/25 | K. Nixon | Attention to inquiry from client re: Lemery February monthly fee statement and emails to client and Lemery re: the same. | 0.30 | 145.50 |
| 04/17/25 | K. Nixon | Draft Dinse's March monthly fee statement and email client re: the same. | 0.30 | 145.50 |
| 04/29/25 | K. Nixon | Draft Fredrikson's second interim fee application (2.3); draft Dinse's second interim fee application (0.3). | 2.60 | 1,261.00 |
| 04/30/25 | S. Kinsella | Review and revise fee applications. | 0.10 | 63.50 |

Fredrikson & Byron, P.A.
P.O. Box 1484 • Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| 04/30/25 | K. Nixon | Draft Dinse's second interim fee application. | 1.60 | 776.00 |
|---|---|---|---|---|
| | **Current Legal Fees:** | | **8.00** | **$ 3,810.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 0.20 | 127.00 |
| Katherine  Nixon | 485.00 | 7.40 | 3,589.00 |
| Shataia  Stallings | 235.00 | 0.40 | 94.00 |
| **Total** | | **8.00** | **$ 3,810.00** |

### Invoice Totals

Total for Current Legal Fees:                                    $ 3,810.00

**Total For Current Invoice:**                                **$ 3,810.00**

# Fredrikson

**Invoice:** 1928152
**Invoice Date:** May 5, 2025
**Client Number:** 098358
**Matter Number:** 098358.5013

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2025

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees: $ 16,257.00

**Total For Current Invoice:** **$ 16,257.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888527 | 3,824.00 | | 3,824.00 |
| 12/05/24 | 1895352 | 10,496.00 | | 10,496.00 |
| 01/06/25 | 1901849 | 5,133.00 | | 5,133.00 |
| 03/10/25 | 1914876 | 6,022.40 | | 6,022.40 |
| 04/04/25 | 1921198 | 14,720.00 | | 14,720.00 |

**Total Prior Balance:**                                    **$ 40,195.40**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1928152
**Invoice Date:** May 5, 2025
**Client Number:** 098358
**Matter Number:** 098358.5013

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

**Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 04/01/25 | S. Andre | Correspondence with UCC and client regarding drafting and execution of abuse claimant information confidentiality agreement. | 0.10 | 56.50 |
| 04/02/25 | S. Kinsella | Prepare for and participate in meeting with Committee counsel (.8); follow up communications with potential mediator (.3); analyze issues for motion to appoint mediator (.6); communications with client regarding meeting with committee (.3). | 2.00 | 1,270.00 |
| 04/02/25 | S. Andre | Prepare for, attend, and debrief on meeting with UCC regarding priest benefit fund procedural issues and discovery of documents. | 0.90 | 508.50 |
| 04/02/25 | S. Andre | Correspond with S. Kinsella and client regarding UCC request for document. | 0.10 | 56.50 |
| 04/02/25 | K. Nixon | Strategize re: mediation logistics (0.3); emails to J. Fisher staff re: mediation (0.3); email to committee counsel re: notifying other congregations of claims (0.2). | 0.80 | 388.00 |
| 04/03/25 | S. Kinsella | Phone call with counsel for school regarding proof of claim. | 0.30 | 190.50 |
| 04/03/25 | S. Andre | Correspond with UCC regarding continued hearing and agenda for same. | 0.10 | 56.50 |
| 04/07/25 | S. Andre | Analyze and prepare client documents in response to UCC document requests. | 0.30 | 169.50 |
| 04/09/25 | S. Kinsella | Meeting with Committee counsel and follow up with client. | 0.60 | 381.00 |
| 04/09/25 | S. Andre | Analyze UCC motion for survivor statements. | 0.30 | 169.50 |
| 04/10/25 | S. Kinsella | Coordinate document production. | 0.10 | 63.50 |
| 04/11/25 | S. Kinsella | Communications with client and Committee counsel regarding appraiser records. | 0.20 | 127.00 |

# FREDRIKSON

| Invoice: | 1928152 |
|---|---|
| Invoice Date: | May 5, 2025 |
| Page: | 2 |

| 04/13/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 3.20 | 1,808.00 |
|---|---|---|---|---|
| 04/14/25 | S. Kinsella | Review documents for document production. | 0.20 | 127.00 |
| 04/14/25 | S. Andre | Analyze UCC's proposed subpoena to Diocese's auditor. | 0.10 | 56.50 |
| 04/14/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.40 | 791.00 |
| 04/15/25 | S. Kinsella | Analyze document production issues for auditor records. | 0.10 | 63.50 |
| 04/15/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 0.90 | 508.50 |
| 04/16/25 | S. Kinsella | Communications with client regarding document production. | 0.30 | 190.50 |
| 04/16/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.30 | 734.50 |
| 04/16/25 | S. Andre | Correspond with UCC counsel regarding required notice to priests prior to production of priest files. | 0.20 | 113.00 |
| 04/17/25 | S. Kinsella | Prepare for and participate in call with Committee counsel (.4); communications with counsel for Catholic entities regarding document production (.8). | 1.20 | 762.00 |
| 04/17/25 | S. Andre | Prepare responses and objections to UCC subpoena. | 2.90 | 1,638.50 |
| 04/17/25 | S. Andre | Prepare for and meeting with UCC regarding next steps in case. | 0.50 | 282.50 |
| 04/17/25 | S. Andre | Prepare notice of claims deadline to insurer. | 0.10 | 56.50 |
| 04/18/25 | S. Andre | Prepare and serve subpoena responses and document production on UCC. | 0.50 | 282.50 |
| 04/18/25 | K. Nixon | Email committee counsel re: marketing efforts for Loretto Home and recommended appraisers (0.1); review and revise response to subpoena and document requests (0.6); follow up with counsel for committee re: public claim request (0.1). | 0.80 | 388.00 |
| 04/21/25 | S. Kinsella | Communications with Catholic entities' counsel (.2); communications with Committee counsel regarding auditor records and document production (.1); communications with Court and other counsel regarding status conference on Committee's motion for claims hearing (.1). | 0.40 | 254.00 |
| 04/21/25 | S. Andre | Correspondence with UCC regarding documents requests for Diocese's appraiser. | 0.10 | 56.50 |

# FREDRIKSON

| Invoice: | 1928152 |
| Invoice Date: | May 5, 2025 |
| Page: | 3 |

| 04/22/25 | K. Nixon | Attention to inquiry from committee counsel re: executed confidentiality agreements. | 0.20 | 97.00 |
|---|---|---|---|---|
| 04/22/25 | S. Andre | Correspond with Committee regarding execution of confidentiality and claims confidentiality agreements. | 0.20 | 113.00 |
| 04/22/25 | S. Andre | Analyze Committee discovery requests and status of document production | 0.40 | 226.00 |
| 04/22/25 | S. Andre | Correspondence with Committee regarding production of stage 1 documents and access for BRG to accounting information. | 0.20 | 113.00 |
| 04/22/25 | S. Kinsella | Prepare for and participate in meeting with counsel for Catholic entities (.8); analyze Committee documents requests and prepare revised versions (.8); communications with client regarding document production and auditor records (.8). | 2.40 | 1,524.00 |
| 04/23/25 | S. Andre | Analyze Committee discovery requests with client and gather responses to same. | 0.90 | 508.50 |
| 04/23/25 | S. Andre | Prepare for and meeting with UCC regarding discovery and next steps in case. | 0.40 | 226.00 |
| 04/23/25 | S. Andre | Correspond with committee regarding addresses for notices to priests pursuant to Vermont law. | 0.10 | 56.50 |
| 04/23/25 | K. Nixon | Meet with committee counsel re: mediation, claims, and selecting an appraiser. | 0.40 | 194.00 |
| 04/23/25 | S. Kinsella | Communications with auditors regarding discovery requests. | 0.10 | 63.50 |
| 04/24/25 | S. Andre | Correspond with UCC regarding clarification of subpoena request. | 0.10 | 56.50 |
| 04/25/25 | K. Nixon | Attention to inquiry from committee counsel re: Stretto docket uploads. | 0.10 | 48.50 |
| 04/25/25 | S. Kinsella | Communications with auditor regarding discovery requests. | 0.20 | 127.00 |
| 04/29/25 | S. Kinsella | Communications with Committee counsel and school counsel regarding financial disclosures. | 0.20 | 127.00 |
| 04/30/25 | S. Andre | Analyze and prepare client documents in response to UCC subpoena. | 0.10 | 56.50 |
| 04/30/25 | S. Kinsella | Prepare for and participate in meeting with Committee counsel. | 0.80 | 508.00 |
| 04/30/25 | S. Andre | Prepare for and meeting with committee on next steps in discovery, potential mediation, and priest benefit fund. | 0.80 | 452.00 |



| | | | | |
|---|---|---|---|---|
| **Invoice:** | **1928152** | | | |
| **Invoice Date:** | **May 5, 2025** | | | |
| **Page:** | **4** | | | |

| 04/30/25 | S. Andre | Analyze UCC proposed notice to priests on production of files. | 0.20 | 113.00 |
|---|---|---|---|---|
| 04/30/25 | K. Nixon | Email client re: survivor statement order (0.1); email committee counsel re: sale of Loretto Home (0.1). | 0.20 | 97.00 |
| | **Current Legal Fees:** | | **28.00** | **$ 16,257.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 9.10 | 5,778.50 |
| Samuel M.  Andre | 565.00 | 16.40 | 9,266.00 |
| Katherine  Nixon | 485.00 | 2.50 | 1,212.50 |
| **Total** | | **28.00** | **$ 16,257.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 16,257.00 |
| **Total For Current Invoice:** | **$ 16,257.00** |

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484

USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1928154** |
| **Invoice Date:** | **May 5, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5018** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2025

**Regarding: Reporting**

|  |  |
|---|---:|
| Total for Current Legal Fees: | $ 604.00 |
| **Total For Current Invoice:** | **$ 604.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▆▆▆▆▆▆

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** 1928154
**Invoice Date:** May 5, 2025
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888529 | 10,896.00 | | 10,896.00 |
| 12/05/24 | 1895354 | 12,742.00 | | 12,742.00 |
| 01/06/25 | 1901852 | 252.00 | | 252.00 |
| 03/10/25 | 1914878 | 436.40 | | 436.40 |
| 04/04/25 | 1921199 | 654.40 | | 654.40 |

**Total Prior Balance:** **$ 24,980.80**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:**          **1928154**
**Invoice Date:**     **May 5, 2025**
**Client Number:**    **098358**
**Matter Number:**    **098358.5018**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/15/25 | K. Nixon | Review, revise, and assist in finalizing March MOR. | 1.10 | 533.50 |
| 04/15/25 | S. Stallings | Attention to monthly operating report schedules and finalize and e-file March 2025 monthly operating report with bankruptcy court. | 0.30 | 70.50 |
| | **Current Legal Fees:** | | **1.40** | **$ 604.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 1.10 | 533.50 |
| Shataia  Stallings | 235.00 | 0.30 | 70.50 |
| **Total** | | **1.40** | **$ 604.00** |

### Invoice Totals

Total for Current Legal Fees:                                   $ 604.00

**Total For Current Invoice:**                                  **$ 604.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com