**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

| | |
|---|---|
| In re: | |
| Roman Catholic Diocese of Burlington, Vermont,[1] | Case No.: 24-10205-HZC<br>Chapter 11 Case |
| Debtor. | |

---

**DINSE P.C.'S MONTHLY FEE STATEMENT FOR APRIL 2025**

---

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Dinse P.C. ("Dinse"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from April 1, 2025 to April 30, 2025 (the "Compensation Period") in the amount of $2,992.80 (80% of $3,741.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

Dinse's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Tuesday, May 27, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Dinse will file a certificate of no objection with the Court and the Diocese will be authorized to pay Dinse the amounts described herein.

Dated: May 13, 2025 /s/ *Nicole Andreson*
Nicole Andreson
**DINSE P.C.**
P.O. Box 988
209 Battery Street
Burlington, VT 05402-0988
(802) 864-5751
nandreson@dinse.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

Prepared with assistance from:

Dated: May 13, 2025 /s/ *Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

## **EXHIBIT A**



**Dinse**

209 Battery Street
PO Box 988
Burlington, VT 05402

Roman Catholic Diocese of Burlington
Bishop John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---:|
| Invoice Date: | May 13, 2025 |
| Tax Invoice Num.: | 241501 |
| Matter Number: | 12530.0035 |

| | |
|---|---|
| Client: | Roman Catholic Diocese |
| Matter: | Employee Benefits |

For professional services rendered through April 30, 2025

Currency: USD

| | |
|---|---:|
| Fees | 810.00 |
| **Amount Due - This Invoice** | **$810.00** |
| Past Due | 680.00 |
| **Total Amount Due** | **$1,490.00** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|---|---|---|
| Dinse P.C. |  | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |
| | Email ar@dinse.com with remittance information | Follow the link to "Pay Your Bill" |

Client: Roman Catholic Diocese  Invoice Date: May 13, 2025
Matter: Employee Benefits  Tax Invoice Num.: 241501
  Matter Number: 12530.0035

---

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/22/2025 | Maggie Platzer | Provided advice related to employee benefits. | 0.50 | 225.00 |
| 04/07/2025 | Maggie Platzer | Provided employee benefit advice. | 0.50 | 225.00 |
| 04/09/2025 | Maggie Platzer | Provided employee benefit advice. | 0.50 | 225.00 |
| 04/14/2025 | Maggie Platzer | Providing benefit advice. | 0.30 | 135.00 |
| **Total** | | | **1.80** | **$810.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maggie Platzer | Partner | 1.80 | 450.00 | 810.00 |
| **Total** | | **1.80** | | **$810.00** |

**Year-to-Date**

| | This Invoice | Year-to-Date |
|---|---|---|
| Fees | $810.00 | $1,490.00 |
| Costs | $0.00 | $0.00 |
| Charges/Tax | $0.00 | $0.00 |
| **Total** | **$810.00** | **$1,490.00** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 0.00 | 0.00 | 680.00 | 0.00 | 0.00 |

**Total**  $680.00



209 Battery Street
PO Box 988
Burlington, VT 05402

Roman Catholic Diocese of Burlington
Bishop John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---|
| Invoice Date: | May 13, 2025 |
| Tax Invoice Num.: | 241499 |
| Matter Number: | 12530.0049 |

| | |
|---|---|
| Client: | Roman Catholic Diocese |
| Matter: | Bankruptcy Action |

For professional services rendered through April 30, 2025

Currency: USD

| | |
|---|---|
| Fees | 2,931.00 |
| **Amount Due - This Invoice** | **$2,931.00** |
| Past Due | 13,397.00 |
| **Total Amount Due** | **$16,328.00** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|---|---|---|
| Dinse P.C. |  | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |
| | Email ar@dinse.com with remittance information | Follow the link to "Pay Your Bill" |

Client: Roman Catholic Diocese                                              Invoice Date:            May 13, 2025
Matter: Bankruptcy Action                                                   Tax Invoice Num.:              241499
                                                                            Matter Number:            12530.0049

---

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/08/2025 | Margarita I Warren | Worked on bankruptcy matter document production | 2.60 | 1,027.00 |
| 04/09/2025 | Nicole Andreson | Draft correspondence to Attorney Kinsella regarding mediation process | 0.10 | 47.50 |
| 04/09/2025 | Margarita I Warren | Worked on document production; correspondence to client | 1.40 | 553.00 |
| 04/14/2025 | Margarita I Warren | Continued working on document production | 0.30 | 118.50 |
| 04/14/2025 | Kendall A Hoechst | Meet with client | 0.20 | 75.00 |
| 04/14/2025 | Kendall A Hoechst | Work on issues related to documents | 0.20 | 75.00 |
| 04/14/2025 | Amanda J Mitchell | Attention to files | 0.30 | 88.50 |
| 04/15/2025 | Margarita I Warren | Continue work on document production | 1.50 | 592.50 |
| 04/29/2025 | Amanda J Mitchell | Prepare documents | 1.20 | 354.00 |
| **Total** | | | **7.80** | **$2,931.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Amanda J Mitchell | Paralegal | 1.50 | 295.00 | 442.50 |
| Kendall A Hoechst | Partner | 0.40 | 375.00 | 150.00 |
| Margarita I Warren | Partner | 5.80 | 395.00 | 2,291.00 |
| Nicole Andreson | Partner | 0.10 | 475.00 | 47.50 |
| **Total** | | **7.80** | | **$2,931.00** |

**Year-to-Date**

|  | This Invoice | Year-to-Date |
|---|---|---|
| Fees | $2,931.00 | $16,328.00 |
| Costs | $0.00 | $0.00 |
| Charges/Tax | $0.00 | $0.00 |
| **Total** | **$2,931.00** | **$16,328.00** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 2,298.50 | 3,329.00 | 7,769.50 | 0.00 | 0.00 |

| **Total** | | | | **$13,397.00** |

# **CERTIFICATE OF SERVICE**

I, Katherine A. Nixon, hereby certify that on May 13, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
|---|---|---|
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

*/e/ Katherine A. Nixon*
Katherine A. Nixon