**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
05/15/2025

| | |
|---|---|
| In re: ) | |
| ) | |
| **ROMAN CATHOLIC DIOCESE OF** ) | |
| **BURLINGTON, VERMONT** ) | Case No. 24-10205-HZC |
| ) | **Chapter 11** |
| **Debtor.** ) | |
| ) | |
| ) | |

## ORDER GRANTING MOTION TO ADMIT TIMOTHY Q. KARCHER AND PAUL V. POSSINGER PRO HAC VICE

Upon consideration of the Motion of Paul Frank + Collins P.C. to Admit Timothy Q. Karcher and Paul V. Possinger *Pro Hac Vice* (the "Motion") (doc. # 307), the Court finding that the Motion is in compliance with the requirements of the Local Rules of this Court and of the United States District for the District of Vermont, and that Timothy Q. Karcher and Paul V. Possinger have each met the requirements for admission *pro hac vice* before this Court, it is hereby **ORDERED** that the Motion is **GRANTED**. Timothy Q. Karcher and Paul V. Possinger are hereby admitted to practice and may appear in this Court *pro hac vice* in the above-captioned chapter 11 bankruptcy proceeding.

May 15, 2025
Burlington, Vermont

*Heather Z. Cooper*
Heather Z. Cooper
United States Bankruptcy Judge