UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------

In re:

ROMAN CATHOLIC DIOCESE OF
BURLINGTON VERMONT,

Case No. 24-10205
Chapter 11

Debtor.

-----------------------------------------------------------------

## ORDER GRANTING SECOND APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEMERY GREISLER LLC AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**UPON** the second application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Lemery Greisler LLC ("LG"), as local counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of The Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered January 1, 2025 through March 31, 2025 (the "Interim Compensation Period") and upon a hearing having been held on June 24, 2025 with respect to the application, and no opposition having been received to the application, and upon the appearances of counsel, after due deliberation, it is hereby

**ORDERED**, that the Application is GRANTED and the fees awarded herein are allowed pursuant to 11 U.S.C. §503(b)(2) and §507(a), and that LG is awarded interim compensation in the total amount of $5,734.00 for services rendered and $150.00 for expenses incurred by the Committee during the Interim Compensation Period; and it is further

**ORDERED**, that the allowed fees and expenses shall be paid by the Debtor.

Dated: _____, 2025
Burlington, Vermont

_____
Hon. Heather Z. Cooper
U.S. Bankruptcy Court Judge