**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br>Roman Catholic Diocese of Burlington, Vermont,<br>Debtor(s) | Case# 24-10205-*hzc*<br>Chapter 11 |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 05/12/2025, I did cause a copy of the following documents, described below.

- MOTION FOR ENTRY OF AN ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDITAORS, AND GRANTING RELATED RELIEF [ECF #303]

- NOTICE OF MOTION FOR ENTRY OF AN ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF [ECF #304]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A** and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 05/20/2025

*/s/ Gregory A. Lesage*
Gregory A. Lesage
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com

# **<u>Exhibit A</u>**



# Exhibit A

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Acrisure | Attn: Officer or Managing, General or Appointed Agent | 346 Shelburne Roadq | Burlington | VT | 05401 |
| AIG Claim Services, Inc. | Attn: Officer or Managing, General or Appointed Agent | PO Box 81969 | Cleveland | OH | 44181-1969 |
| American International Group, Inc. | Attn: Officer or Managing, General or Appointed Agent | 1271 Avenue of the Americas | New York | NY | 10020 |
| American International Group, Inc. | c/o Corporation Service Company | 80 State Street | Albany | NY | 12207 |
| Travelers Insurance | Attn: Ms. Maria Erkfitz | One Tower Square | Hartford | CT | 06183 |
| Travelers Insurance | c/o General Counsel | One Tower Square | Hartford | CT | 06183 |