## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington,                         Case# 24-10205-*hzc*
Vermont,                                                                    Chapter 11

                Debtor(s)

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 05/12/2025, I did cause a copy of the following document, described below.

- AMENDED NOTICE OF MOTION FOR ENTRY OF AN ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF [ECF #317]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A**, and on seventeen (17) confidential parties not included herein and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 05/21/2025

*/s/ Gregory A. Lesage*
Gregory A. Lesage
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com

# <u>Exhibit A</u>



| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ABSOLUTE OFFICE EQUIPMENT | 948 HERCULES DR. STE 09 | | | COLCHESTER | VT | 05446 | |
| ABUSE CLAIMANTS | C/O ANDREWS & THORNTON | | 4701 VON KARMAN AVE., SUITE 300 | NEWPORT BEACH | CA | 92660 | |
| ABUSE CLAIMANTS | C/O FREESE & GOSS, PLLC | ATTN: RICHARD A. FREESE | 1901 6TH AVENUE NORTH, SUITE 3120 | BIRMINGHAM | AL | 35203 | |
| ABUSE CLAIMANTS | C/O GRAVEL & SHEA PC | ATTN: CELESTE E. LARAMIE | 76 ST. PAUL STREET, 7TH FLOOR, PO BOX 369 | BURLINGTON | VT | 05402 | |
| ABUSE CLAIMANTS | C/O HERMAN LAW FIRM | ATTN: MICHELLE A LABAYEN | 475 5TH AVENUE 17TH FLOOR | NEW YORK | NY | 10017 | |
| ABUSE CLAIMANTS | C/O HOROWITZ LAW | ATTN: ADAM HOROWITZ & JESSICA D. ARBOUR | 110 E. BROWARD BLVD., SUITE 1530 | FORT LAUDERDALE | FL | 33301-3544 | |
| ABUSE CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: TRUSHA GOFFE AND NAHID SHAIKH | 363 7TH AVENUE, 12TH FLOOR | NEW YORK | NY | 10001-3904 | |
| ABUSE CLAIMANTS | C/O LEVY KONIGSBERG, LLP | ATTN: ESME OSTROWITZ-LEVINE AND AUDREY RAPHAEL | 605 THIRD AVENUE, 33RD FLOOR | NEW YORK | NY | 10158 | |
| ABUSE CLAIMANTS | C/O SHOUP, EVERS & GREEN | ATTN: JOHN F EVERS | 126 COLLEGE STREET, SUITE 430 | BURLINGTON | VT | 05401 | |
| ABUSE CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | ATTN: JAIME M FARRELL | 445 BROAD HOLLOW ROAD, SUITE NO. 419 | MELVILLE | NY | 11747 | |
| ACCOMMUNICATION PARTNERS | PO BOX 18-253 | | | WELLESLEY HILLS | MA | 02481 | |
| ACCOMMUNICATION PARTNERS [ANN CARTER] | 9 WILSON ST | | | WELLESLEY | MA | 02482 | |
| ACRISURE | ATTN: OFFICER OR MANAGING, GENERAL OR APPOINTED AGENT | 346 SHELBURNE ROADQ | | BURLINGTON | VT | 05401 | |
| AIG CLAIM SERVICES, INC. | ATTN: OFFICER OR MANAGING, GENERAL OR APPOINTED AGENT | PO BOX 81969 | | CLEVELAND | OH | 44181-1969 | |
| AIG PROPERTY CASUALTY, INC. AND ITS AFFILIATES IDENTIFIED ON THE ADDENDUM HERETO | ATTN: KEVIN J. LARNER | 28 LIBERTY ST | FL 22 | NEW YORK | NY | 10005 | |
| ALL SAINTS PARISH | 152 MAIN ST | | | RICHFORD | VT | 05476-1135 | |
| ALTEC | 23422 MILL CREEK DRIVE SUITE 225 | | | LAGUNA HILLS | CA | 92653-7910 | |
| AMERICAN INTERNATIONAL GROUP, INC. | ATTN: OFFICER OR MANAGING, GENERAL OR APPOINTED AGENT | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | |
| AMERICAN INTERNATIONAL GROUP, INC. | C/O CORPORATION SERVICE COMPANY | 80 STATE STREET | | ALBANY | NY | 12207 | |
| ANTHONY MAURICE | 165 OSBORNE ROAD | | | BARRE | VT | 05641 | |
| ARTHUR J GALLAGHER RISK MGMT SERVICE | 2850 GOLF ROAD | | | ROLLING MEADOWS | IL | 60008-4050 | |
| ASSUMPTION OF THE BLESSED VIRGIN MARY | ATTN: ST MARY CHURCH OFFICE | 73 WEYBRIDGE STREET | | MIDDLEBURY | VT | 05753-1072 | |
| ASSUMPTION OF THE BLESSED VIRGIN MARY PA | 73 WEYBRIDGE STREET | | | MIDDLEBURY | VT | 5753 | |
| AUGUSTINOWICTZ, REV MICHAEL | PO BOX 397 | | | WOODSTOCK | VT | 05091-0397 | |
| AVE MARIA MUTUAL FUNDS | PO BOX 46707 | | | CINCINNATI | OH | 45246-0707 | |
| BEAUREGARD EQUIPMENT | 28 JASPER MINE ROAD | | | COLCHESTER | VT | 05446 | |
| BERKSHIRE BANK | 24 NORTH ST | | | PITTSFIELD | MA | 01201 | |
| BERKSHIRE BANK | 4 E 39TH ST | | | NEW YORK | NY | 10016 | |
| BERNARD GAUDREAU | 243 N PROSPECT ST | | | BURLINGTON | VT | 05401-1609 | |
| BIBENS ACE HARDWARE | PO BOX 681 | | | COLCHESTER | VT | 05446 | |
| BISHOP CRISPIN B VARQUEZ | ATTN: DIOCESE OF BORONGAN | | | BRONGAN CITY | EASTRN SAMAR | 6800 | PHILLIPINES |
| BLACKBAUD NEXT ESSENTIALS | 65 FAIRCHILD STREET | | | CHARLESTON | SC | 29492 | |
| BLYTHECO INC | PO BOX 743886 | | | LOS ANGELES | CA | 90074-3886 | |
| BONNYMAN, EDWARD | 34 VICTORY DIRVE | | | SOUTH BURLINGTON | VT | 05403 | |
| BURLINGTON ELECTRIC DEPARTMENT | PO BOX 5119 | | | BURLINGTON | VT | 05402-5119 | |
| BYTES.CO | 7 KILBURN ST SUITE 301 | | | BURLINGTON | VT | 05401 | |
| CANON SOLUTIONS AMERICA INC | ATTN: ANNETTE EMERY AND FELICIA HAWTHORNE | 300 COMMERCE SQAURE BLVD | | BURLINGTON | NJ | 08016 | |
| CARDINAL CHRISTOPHE PIERRE | APOSTOLIC NUNCIATURE | 3339 MASSACHUSETTS AVENUE | | WASHINGTON | DC | 20008-3687 | |
| CARELLA BYRNE PC | ATTN: CHRISTOPHER H. WESTRICK | 5 BECKER FARM ROAD | | ROSELAND | NJ | 7068 | |
| CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C. | ATTN: CHRISTOPHER H. WESTRICK | 5 BECKER FARM ROAD | | ROSELAND | NJ | 07068 | |
| CARPET WAREHOUSE, INC. | 164 US ROUTE 4 E | | | RUTLAND | VT | 05701 | |
| CASELLA WASTE SYSTEMS, INC | ATTN: STEPHANIE L. LEE | 25 GREENS HILL LN | | RUTLAND | VT | 05701 | |
| CASELLA WASTE SYSTEMS, INC. | PO BOX 1372 | | | WILLISTON | VT | 05495-1372 | |
| CATHEDRAL OF ST JOSEPH | 113 ELMWOOD AVE | | | BURLINGTON | VT | 05401-4351 | |
| CATHOLIC CENTER AT UVM | 390 SOUTH PROSPECT ST | | | BURLINGTON | VT | 05401-3558 | |
| CATHOLIC DIOCESE OF ABAKALIKI | ATTN: REVEREND PETER OMOGO | 5179 DOWLING STREET | | MONTAGUE | MI | 49437-1188 | |
| CHAMPLAIN VALLEY EQUIPMENT | 72 KUBOTA DR | | | BERLIN | VT | 05602-8350 | |
| CHAMPLAIN VALLEY EQUIPMENT | 72 KUBOTA DR | | | BERLIN | VT | 05602 | |
| CHARLES SCHWAB | 100 BANK STREET, SUITE 540 | | | BURLINGTON | VT | 05401-4699 | |
| CHARLES SCHWAB | C/O HANSON & DOREMUS | PO BOX 819 | | BURLINGTON | VT | 05402-0819 | |
| CHITTENDEN SOILD WASTE DISTRICT | ATTN: SARAH REEVES | 19 GREGORY DR | STE 201 | SOUTH BURLINGTON | VT | 05403 | |
| CHITTENDEN SOLID WASTE DISTRICT | 19 GREGORY DRIVE SUITE 204 | | | SOUTH BURLINGTON | VT | 05403 | |
| CHRIS FLETCHER LLC | 23358 RT 114 | | | NORTON | VT | 05907 | |
| CHRIST OUR SAVIOR PARISH | 398 BONNET STREET | | | MANCHESTER CENTER | VT | 5255 | |
| CHRIST THE KING PARISH | 66 SOUTH MAIN STREET | | | RUTLAND | VT | 05701-4106 | |
| CHRIST THE KING SCHOOL - BURLINGTON | 136 LOCUST STREET | | | BURLINGTON | VT | 5401 | |
| CHRIST THE KING SCHOOL- RUTLAND | 66 SOUTH MAIN | | | RUTLAND | VT | 5701 | |
| CHRIST THE KING/ST ANTHONY | 305 FLYNN AVE | | | BURLINGTON | VT | 05401-5305 | |
| CINTAS | PO BOX 631025 | | | CINCINNATI | OH | 45263-1025 | |
| CITY OF BURLINGTON DPW - WATER RESOURCES | PO BOX 1758 | | | ALBANY | NY | 12201-1758 | |
| CITY OF BURLINGTON-WATER RESOURCES DIVIS | PO BOX 1758 | | | ALBANY | NY | 12201-1758 | |
| CITY OF RUTLAND | ATTN: RME TAX | PO BOX 969 | | RUTLAND | VT | 05702-0969 | |
| CITY OF RUTLAND, VERMONT | ATTN: CITY OF RUTLAND, VT TREASURERS OFFICE | 52 WASHINGTON ST | PO BOX 969 | RUTLAND | VT | 05701 | |
| CITY OF SOUTH BURLINGTON, VERMONT WATER DEPARTMENT [CITY OF SOUTH BURLINGTON, CHAMPLAIN WATER DISTRICT] | 403 QUEEN CITY PARK RD | | | SOUTH BURLINGTON | VT | 05403 | |
| CITY OF SOUTH BURLINGTON, VERMONT WATER DEPARTMENT [CITY OF SOUTH BURLINGTON, CHAMPLAIN WATER DISTRICT] | ATTN: COLIN K MCNEIL | 180 MARKET ST | | SOUTH BURLINGTON | VT | 05403 | |

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CLEARY SHAHI & AICHER PC | ATTN: JOEL IANNUZZI | 110 MERCHANTS ROW STE 3 | | RUTLAND | VT | 05701 | |
| COMCAST | PO BOX 70219 | | | PHIADELPHIA | PA | 19176-0219 | |
| COMCAST BUSINESS | PO BOX 37601 | | | PHILADELPHIA | PA | 19101-0601 | |
| COMMUNITY FINANCIAL SERVICES GROUP | 100 MAIN STREET, SUITE 260 | | | NEWPORT | VT | 05855-4898 | |
| COMMUNITY NATIONAL BANK | 4811 U.S. ROUTE 5 | | | DERBY | VT | 05855 | |
| CONSENSUS CLOUD SOLUTIONS CANADA, ULC | P. O. BOX 512986 | | | LOS ANGELES | CA | 90051-0986 | |
| CORPUS CHRISTI | 49 WINTER ST | | | ST JOHNSBURY | VT | 05819-2144 | |
| CORPUS CHRISTI  PARISH | 49 WINTER STREET | | | ST. JOHNSBURY | | 5819 | |
| CURTIS LUMBER | 315 PINE STREET | | | BURLINGTON | VT | 05401-4739 | |
| D'ARCY JOHNSON DAY | ATTN: ANDREW JAMES D'ARCY | 3120 FIRE ROAD | | EGG HARBOR TOWNSHIP | NJ | 08234 | |
| DANZIGER & DE LLANO, LLP | ATTN: ROD DE LLANO | 440 LOUISIANA STREET | SUITE 1212 | HOUSTON | TX | 77002 | |
| DARTMOUTH PRINTING COMPANY | PO BOX 419817 | | | BOSTON | MA | 02241-9817 | |
| DAWN KELLOGG | 620 BURROUGHS DRIVE | | | WILMINGTON | NC | 28412-3070 | |
| DEUTSCHE BANK | ATTN: JACLYN KIM | 1 COLUMBUS CIRCLE, 18TH FLOOR | | NEW YORK | NY | 10019-8735 | |
| DG ROBERTSON INC. | PO BOX 58 | | | WILLISTON | VT | 5495 | |
| DG ROBERTSON INC. | PO BOX 58 | | | WILLISTON | VT | 05495 | |
| DIOCESE OF TAGBILARAN | THE MOST REVERED ALBERTO UY | PO BOX 18 | | TAGBILARAN CITY | | | PHILIPINES |
| DONNA CANTY | 7 HAWTHORNE CIRCLE | | | SOUTH BURLINGTON | VT | 05403 | |
| ECATHOLIC (GABRIELSOFT) | PO BOX 207588 | | | DALLAS | TX | 75320-7588 | |
| ECATHOLIC (WEBSITE HOSTING) | PO BOX 207588 | | | DALLAS | TX | 75320-7588 | |
| EXXONMOBIL - WEX | PO BOX 6293 | | | CAROL STREAM | IL | 60197-6293 | |
| FATHER SAHAYA PAUL SEBASTIAN | PO BOX 27 | | | STOWE | VT | 05672-0027 | |
| FEDEX | PO BOX 371461 | | | PITTISBURGH | PA | 15250-7461 | |
| FIRST-CITIZENS BANK AND TRUST COMPANY | 10201 CENTURION PARKWAY N STE 100 | | | JACKSONVILLE | FL | 322546-4114 | |
| FIRST-CITIZENS BANK & TRUST COMPANY | 10201 CENTURION PARKWAY NORTH | | | JACKSONVILLE | FL | 32256 | |
| FIRST-CITIZENS BANK & TRUST COMPANY | ATTN: OFFICER, GENERAL OR AGENT | 10201 CENTURION PARKWAY N | | JACKSONVILLE | FL | 32256 | |
| FLOWER, GEORGE | PO BOX 24 | | | ENOSBURG FALL | VT | 05450 | |
| FOLLETT HIGHER EDUCATION GORUP LLC | STORE NO 2378 MA DIOCESE OF BURLINGTON-24 | 3146 SOLUTIONS CENTER | | CHICAGO | IL | 60677-3001 | |
| FRANCISCAN SISTERS OF THE EUCHARIST | 405 ALLEN AVENUE | | | MERIDEN | CT | 06451 | |
| FROM THE GROUND UP | 191 NORTH GROVE STREET | | | RUTLAND | VT | 05701 | |
| FULLY ENGAGED | 305 SEVENTH AVE NORTH SUITE 100 | | | SAINT CLOUD | MN | 56303-3633 | |
| GABRIEL PUBLICATIONS | 421 LEDGEVIEW PARK DRIVE | | | LOUISVILLE | KY | 40206 | |
| GALLAGHER, FLYNN & CO. LLP | 725 COMMUNITY DRIVE | SUITE 401 | | SOUTH BURLINGTON | VT | 05403 | |
| GALLAGHER, FLYNN & CO. LLP | ATTN: ELIZABETH PRUE | 725 COMMUNITY DR | STE 401 | SOUTH BURLINGTON | VT | 05403 | |
| GARABEDIAN LAW | ATTN: MITCHELL GARABEDIAN | 100 STATE STREET, 6TH FLOOR | | BOSTON | MA | 02109-2415 | |
| GAUTHIER TRUCKING COMPANY INC | 5 GAUTHIER DRIVE | | | ESSEX JCT | VT | 05452 | |
| GOT THAT RENTALS & SALES INC | 224 COLCHESTER ROAD | | | ESSEX JUNCTION | VT | 05452 | |
| GRAVEL & SHEA PC | ATTN: CELESTE LARAMIE | 76 ST. PAUL STREET 7TH FLOOR | | BURLINGTON | VT | 05401-4477 | |
| GRAYSON ROSSI | ATTN: HEATHER ROSSI | 28 LYNDS HILL RD | | PLYMOUTH | VT | 05056 | |
| GRAYSON ROSSI | C/O SHOUP, EVERS & GREEN | ATTN: JOHN EVERS | 126 COLLEGE ST STE 430 | BURLINGTON | VT | 05401 | |
| GREEN MOUNTAIN POWER | 163 ACORN LN | | | COLCHESTER | VT | 05446 | |
| GREEN MOUNTAIN POWER | PO BOX 1325 | | | WILLISTON | VT | 05495-1325 | |
| HEATHER ROSSI | 28 LYNDS HILL RD | | | PLYMOUTH | VT | 05056 | |
| HEATHER ROSSI | C/O SHOUP, EVERS & GREEN | ATTN: JOHN EVERS | 126 COLLEGE ST STE 430 | BURLINGTON | VT | 05401 | |
| HEIDEMAN NUDELMAN & KALIK, PC | ATTN: RICHARD HEIDEMAN AND TRACY KALIK | 5335 WISCONSIN AVENUE, NW | | WASHINGTON | DC | 20015-2030 | |
| HENRY FURMAN | PO BOX 7 | | | FAIRFAX | VT | 05454 | |
| HERMAN LAW FIRM P.A. | ATTN: STUART MERMELSTEIN | 475 FIFTH AVENUE, 17TH FLOOR | | NEW YORK | NY | 10017-7226 | |
| HOLY ANGELS CHURCH | 245 LAKE STREET | | | SAINT ALBANS | VT | 05478-2291 | |
| HOLY CROSS PARISH | 416 CHURCH ROAD | | | COLCHESTER | VT | 5446 | |
| HOLY FAMILY - SPRINGFIELD | 40 SUMMER ST | | | SPRINGFIELD | VT | 05156-3737 | |
| HOLY FAMILY PARISH (SPRINGFIELD) | 4 PROSPECT STREET | | | ESSEX JUNCTION | VT | 5452 | |
| IMMACULATE CONCEPTION PARISH | 245 LAKE STREET | | | ST. ALBANS | VT | 5478 | |
| IMMACULATE HEART OF MARY CHURCH | PO BOX 1047 | | | WILLISTON | VT | 05495-1047 | |
| INTEGRITY COMMUNICATIONS | 312 SHUNPIKE ROAD | | | WILLISTON | VT | 05495-9593 | |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| J HUTCHINS INC | 88 ROGERS LN | | | RICHMOND | VT | 05447 | |
| JANITECH | DBA JANITECH | 158 BRENTWOOD DRIVE #7 | | COLCHESTER | VT | 05446 | |
| JANITECH | DBA JANITECH | 158 BRENTWOOD DRIVE #7 | | COLCHESTER | VT | 05446 | |
| JAY C. HASKIN | ST JOSEPH RESIDENTIAL CARE HOLME | 243 NORTH PROSPECT STREET | | BURLINGTON | VT | 05401-1609 | |
| JC IMAGE | 88 WALNUT STREET | | | ST ALBANS | VT | 05478-2145 | |
| JDW MECHANICAL LLC | 654 ROUTE 73 | | | ORWELL | VT | 05760 | |
| JIMI BAILLIE | C/O FREDRIKSON & BYRON, P.A. | 60 SOUTH 6TH STREET | SUITE 1500 | MINNEAPOLIS | MN | 55402-1425 | |
| JOE BARBAGALLO | 80 EDGERTON ST | | | RUTLAND | VT | 5701 | |
| JOE BARBAGALLO | 80 EDGERTON ST | | | RUTLAND | VT | 05701 | |
| JOE MYERS | 22 GOVERNOR CHITTENDEN ROAD | | | WILLISTON | VT | 05495 | |
| JOE PATRNCHAK | ADDRESS REDACTED | | | | | | |
| JOHN FELTZ | 1 WESTSIDE VILLAGE UNITED 1 | | | GRAND ISLAND | VT | 05458-2028 | |
| JON DANIEL SCHNOBRICH | 301 BROOKLYN STREET | | | MORRISVILLE | VT | 05661 | |
| K D ASSOCIATES INC | 41 IDX DR | STE 209 | | SOUTH BURLINGTON | VT | 05403-7757 | |
| KAPLAN & KAPLAN | ATTN: STEPHANIE GREENLEES | 95 ST. PAUL STREET, SUITE 405 | | BURLINGTON | VT | 05401-4486 | |
| KATHERINE NIXON | C/O FREDRIKSON & BYRON | 60 SOUTH SIXTH STREET | SUITE 1500 | MINNEAPOLIS | MN | 55402-1425 | |
| KYLE AND MICHELL WHEEL | 41 DUNBAR DRIVE | | | ESSEX JCT. | VT | 05452 | |
| KYOCERA DOCUMENT SOLUTIONS NEW ENGLAND I | ONE JEWEL DRIVE | | | WILMINGTON | MA | 01887 | |
| KYOCERA DOCUMENT SOLUTIONS NEW ENGLAND I | ONE JEWEL DRIVE | | | WILMINGTON | MA | 01887-3385 | |
| LANGROCK, SPERRY, AND WOOL | ATTN: WILLIAM VASILION | 210 COLLEGE STREET, SUITE 400 | | BURLINGTON | VT | 05401 | |
| LIFE SAFETY SYSTEMS INC | DBA RELIANT ELECTRIC WORKS | 89C ETHAN ALLEN DRIVE | | SOUTH BURLINGTON | VT | 05403 | |

STRETTO

Exhibit A
Served Via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| LIVE OAK BANK HEADQUARTERS | 1757 TIBURON DRIVE | | | WILMINGTON | NC | 28403 | |
| MARY QUEEN OF ALL SAINTS PARISH | PO BOX 496 | | | HARDWICK | VT | 05843-0496 | |
| MASSACHUSETTS DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY UNIT | PO BOX 7090 | | BOSTON | MA | 02204-7090 | |
| MASSACHUSETTS DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY UNIT, YNGRIBEL REYES | PO BOX 7090 | | BOSTON | MA | 02204-7090 | |
| MASSACHUSETTS DEPARTMENT OF REVENUE | PO BOX 7090 | | | BOSTON | MA | 02204-7090 | |
| MASSACHUSETTS DEPT OF REVENUE | ATTN: BANKRUPTCY UNIT | | | BOSTON | MA | 02204 | |
| MOST HOLY NAME OF JESUS | 301 BROOKLYN STRET | | | MORRISVILLE | VT | 05661-6010 | |
| MOST HOLY TRINITY PARISH | 85 ST PAUL LANE | | | BARTON | VT | 05822-9501 | |
| MOUNT ST MARY'S UNIVERSITY | ATTN: ACCT & FIN | | | EMMITSBURG | MD | 21727-7700 | |
| MOUNT ST. JOSEPH ACADEMY | 127 CONVENT AVENUE | | | RUTLAND | VT | 5701 | |
| MOUNTAIN LAKE HANDYMAN SERVICES LLC [HARRY L "SKIP" BARTON III] | 953 NORTH AVE | | | BURLINGTON | VT | 05408-2732 | |
| NATIONAL CATHOLIC RISK RETENTION GROUP, | C/O PRINCIPAL FINANCIAL GROUP | PO BOX 10370 | | DES MOINES | IA | 50306-0370 | |
| NATIVITY/ST. LOUIS | 65 CANADA STREET | | | SWANTON | VT | 05488-1099 | |
| NEWPORT GROUP INC | DEPT LA 24540 | | | PASADENA | CA | 91185-4540 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O LEMERY GREISLER LLC | ATTN: PAUL A. LEVINE | 677 BROADWAY, 8TH FLOOR | ALBANY | NY | 12207 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES | ATTN: BRITTANY MICHAEL | 1700 BROADWAY, 36TH FLOOR | NEW YORK | NY | 10019 | |
| OMATIC SOFTWARE | 1021 E MONTAGUE AVE #202 | | | NORTH CHARLESTON | SC | 29405 | |
| ORKIN PEST CONTROL | 446 AVENUE D SUITE 20 | | | WILLISTON | VT | 05495 | |
| OUR LADY OF FATIMA CHURCH | PO BOX 188 | | | WILMINGTON | VT | 05363-0188 | |
| OUR LADY OF GOOD HELP (ST. MARY) PARISH | 38 CARVER STREET | | | BRANDON | VT | 5733 | |
| OUR LADY OF GRACE PARISH | 800 MAIN STREET | | | COLCHESTER | VT | 5446 | |
| OUR LADY OF LIGHT PARISH | 113 UPPER PLAIN | | | BRADFORD | VT | 5033 | |
| OUR LADY OF PERPETUAL HELP CHURCH | 113 UPPER PLAIN | | | BRADFORD | VT | 05033-9015 | |
| OUR LADY OF SNOW/ST. PATRICK PARISH | 109 SOUTH MAIN STREET | | | WATERBURY | VT | 5676 | |
| OUR LADY OF THE LAKE | PO BOX 49 | | | ALBURGH | VT | 05440-0049 | |
| OUR LADY OF THE LAKE PARISH | 185 US ROUTE 2 | | | GRAND ISLE | VT | 5458 | |
| OUR LADY OF THE SNOWS PARISH | PO BOX 397 | | | WOODSTOCK | VT | 5091 | |
| OUR LADY OF THE VALLEY | PO BOX 428 | | | RANDOLPH | VT | 05060-0428 | |
| PASSUMPSIC SAVINGS BANK | 497 RAILROAD ST | | | SAINT JOHNSBURY | VT | 05819 | |
| PAWPRINTS | 12 GREGORY DRIVE STE 8 | | | SOUTH BURLINGTON | VT | 05403-6058 | |
| PETER ROUTHIER | 113 ELMWOOD AVE | | | BURLINGTON | VT | 05401-4351 | |
| PONTIFICAL COLLEGE JOSEPHINUM | JOSEPHINUM DIACONATE INSTITUTE | 7625 NORTH HIGH STREET | | COLUMBUS | OH | 43235 | |
| POWER SOUND OF NEW ENGLAND | 384 HAROLD DOW HWY | UNIT 28 | | ELIOT | ME | 03903 | |
| PRECISION TRANSCRIPTION | 151 CUMBERLAND ROAD | | | BURLINGTON | VT | 05408 | |
| PRICE CHOPPER | PO BOX 1392 | | | WILLISTON | VT | 05495-1392 | |
| RAYMOND J OBUCHOWSKI | PO BOX 60 | 1542 VT. RT. 107 | | BETHEL | VT | 05032-0060 | |
| RAYMOND JAMES FINANCIAL, INC. | 880 CARILLON PARKWAY | | | ST. PETERSBURG | FL | 33716 | |
| REID MAYO | OUR LADY OF PROVIDENCE | 47 WEST SPRING STREET | | WINOOSKI | VT | 05404-1397 | |
| REV JEROME MERCURE | PO BOX 18 | | | FAIRFIELD | VT | 05455-0018 | |
| REV JOHN MILANESE | 12 EDGEWOOD BROOK ROAD | | | BARRE | VT | 05641-5702 | |
| REV PAUL SACKEVICH | PO BOX 11 | | | BELLOWS FALLS | VT | 05101-0011 | |
| REV. CHARLES DANIELSON | ST JOSEPH'S RESIDENTAL CARE HOME | 243 NORTH PROSPECT STREET | | BURLINGTON | VT | 05401-1609 | |
| REV. DOMENICO PIZZONIA | PO BOX 3 | | | UNDERHILL CENTER | VT | 05490-0003 | |
| REV. HENRY FURMAN | 47 WALNUT ST | | | BRATTLEBORO | VT | 05301 | |
| REV. JAMES LAWRENCE | 5 ASPEN DRIVE APT 205 | | | SOUTH BURLINGTON | VT | 05403 | |
| REV. JAMES SHEA | 10000 KEY LIME DRIVE | | | VENICE | FL | 34293 | |
| REV. KEVIN ROONEY | ATTN: KERVICK HOME | 131 CONVENT AVE | | RUTLAND | VT | 05701-3840 | |
| REV. LEOPOLD BILODEAU | CHESTNUT PLACE | 430 BERLIN MALL ROAD ROOM 326 | | BERLIN | VT | 05602-4523 | |
| REV. WILLIAM GIROUX | 4 VICTORIA LANE APT #312 | | | ST ALBANS | VT | 05478-5187 | |
| RICE MEMORIAL HIGH SCHOOL | ATTN: ANDREW NAGY | 99 PROCTOR AVE | | SOUTH BURLINGTON | VT | 05403 | |
| RICE MEMORIAL HIGH SCHOOL | C/O DRUMMOND WOODSUM | ATTN: JEREMY R. FISCHER | 84 MARGINAL WAY, SUITE 600 | PORTLAND | ME | 04101 | |
| ROBERT ROCKWOOD | DBA: ROCKWOOD PROPERTY SERVICES | 337 NORTH WINOOSKI AVE APT 24 | | BURLINGTON | VT | 05401-3958 | |
| ROGER L. CHARBONNEAU | 402 RUBENS DRIVE | | | NOKOMIS | FL | 34275-4205 | |
| ROMAN CATHOLIC ARCHDIOCESE OF NEWARK | C/O CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. | ATTN: CHARLES M CARELLA | 5 BECKER FARM RD | ROSELAND | NJ | 07068 | |
| ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMON | ATTN: LOREI DAWSON | 55 JOY DRIVE | | SOUTH BURLINGTON | VT | 05403-6999 | |
| SAINT MEINRAD ARCHABBEY | ATTN: BUSINESS OFFICE | 200 HILL DRIVE | | ST MEINRAD | IN | 47577-1301 | |
| SAMUEL ANDRE | C/O FREDRIKSON & BYRON | 60 SOUTH SIXTH STREET | SUITE 1500 | MINNEAPOLIS | MN | 55402-1425 | |
| SCHOLARUS LEARNING [XANEDU PUBLISHING, INC., EDUCATION ELEMENTS, INC.] | 4750 VENTURE | STE 400 | PMB #20 | ANN ARBOR | MI | 48108 | |
| SCHOLARUS LEARNING [XANEDU PUBLISHING, INC., EDUCATION ELEMENTS, INC.] | PO BOX 92090 | | | LAS VEGAS | NV | 734-302-6541 | |
| SHARP, JEFFREY | 13 WARD TER | | | ST ALBANS | VT | 05478-1634 | |
| SHOUP EVERS & GREEN | ATTN: JOHN EVERS | 126 COLLEGE ST | #430 | BURLINGTON | VT | 05401-8456 | |
| SHRED-EX | 529 JASPER MINE RAOD | | | COLCHESTER | VT | 05446 | |
| SOCIETY OF THE PROPAGATION OF THE FAITH | ATTN: REVEREND KIERAN E HARRINGTON | 70 WEST 36TH STREET 8TH FLOOR | | NEW YORK | NY | 10018-1256 | |
| SOUTH BURLINGTON WATER DEPARTMENT | 403 QUEEN CITY PARK ROAD | | | SOUTH BURLINGTON | VT | 05403-6900 | |
| ST ANDREW CHURCH | 109 SOUTH MAIN ST | | | WATERBURY | VT | 05676-1514 | |
| ST ANDREW PARISH | 109 SOUTH MAIN STREET | | | WATERBURY | VT | 5676 | |
| ST ANTHONY / ST GEORGE PARISH | PO BOX 18 | | | EAST FAIRFIELD | VT | 5448 | |
| ST CATHERINE OF SIENA PARISH | PO BOX 70 | | | SHELBURNE | VT | 05482-0070 | |
| ST CHARLES PARISH | 31 CHERRY HILL | | | BELLOWS FALLS | VT | 05101-1304 | |
| ST MARK CHURCH | 1251 NORTH AVE | | | BURLINGTON | VT | 05408-2665 | |
| ST MARKS PARISH | 1251 NORTH AVENUE | | | BURLINGTON | VT | 5401 | |
| ST MICHAEL PARISH | 47 WALNUT ST | | | BRATTLEBORO | VT | 05301-6035 | |

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ST MONICA CHURCH | 79 SUMMER ST | | | BARRE | VT | 05641-3724 | |
| ST PATRICK PARISH | 116 CHURCH STREET | | | FAIRFIELD | VT | 5455 | |
| ST PETER CHURCH | PO BOX 324 | | | VERGENNES | VT | 05491-0324 | |
| ST RAPHAEL CHURCH | 45 NORTH ROAD | | | CASTLETON | VT | 05735-4523 | |
| ST. ANDRE BESSETTE PARISH | 73 WEYBRIDGE STREET | | | MIDDLEBURY | VT | 5753 | |
| ST. ANN CHURCH | PO BOX 1 | | | MILTON | VT | 05468-0001 | |
| ST. ANTHONY CHURCH | 15 CHURCH STREET | | | WHITE RIVER JCT | VT | 05001-1994 | |
| ST. AUGUSTINE PARISH | 16 BARRE STREET | | | MONTPELIER | VT | 5602 | |
| ST. BERNADETTE / ST. GENEVIEVE PARISH | 73 WEYBRIDGE STREET | | | MIDDLEBURY | VT | 5753 | |
| ST. BRIDGET PARISH | 28 CHURCH STREET | | | WEST RUTLAND | VT | 5777 | |
| ST. DOMINIC PARISH | 45 SOUTH STREET | | | PROCTOR | VT | 5765 | |
| ST. EUGENE PARISH | 113 UPPER PLAIN | | | BRADFORD | VT | 5033 | |
| ST. FRANCIS OF ASSISI PARISH | 113 UPPER PLAIN | | | BRADFORD | VT | 5033 | |
| ST. FRANCIS XAVIER CHURCH | 3 SAINT PETER STREET | | | WINOOSKI | VT | 05404-1316 | |
| ST. JOHN THE BAPTIST | PO BOX 563 | | | ENOSBURG FALLS | VT | 05450-0563 | |
| ST. JOHN THE EVANGELIST CHURCH | 206 VI206 VINE STREET | | | NORTHFIELD | VT | 5663 | |
| ST. JOHN VIANNEY CHURCH | 160 HINESBURG ROAD | | | SOUTH BURLINGTON | VT | 05403-6597 | |
| ST. JUDE PARISH | PO BOX 69 | | | HINESBURGH | VT | 05461-0069 | |
| ST. LUKE CHURCH | PO BOX 7 | | | FAIRFAX | VT | 05454-0007 | |
| ST. MICHAEL SCHOOL | 48 WALNUT STREET | | | BRATTLEBORO | VT | 05301-2992 | |
| ST. STANISLAUS PARISH | 23 BARNES STREET | | | WEST RUTLAND | VT | 5777 | |
| STAPLES | PO BOX 70242 | | | PHILADELPHIA | PA | 19176-0242 | |
| STAPLES, INC. | ATTN: DAVID S ANDERSON | 7 TECHNOLOGY CIRCLE | | COLUMBIA | SC | 29203 | |
| STAPLES, INC. | ATTN: SHANE ANDERSON | PO BOX 102419 | | COLUMBIA | SC | 29224 | |
| STAPLES, INC. | PO BOX 105748 | | | ATLANTA | GA | 30348 | |
| STATE FARM INSURANCE | 85 PRIM ROAD STE 201 | | | COLCHESTER | VT | 05446-1389 | |
| STERLING | 6150 OAK TREE BLVD | STE 490 | | INDEPENDENCE | OH | 44131 | |
| STERLING VOLUNTEERS | PO BOX 9469 | | | NEW YORK | NY | 10087-9469 | |
| STEVEN ROBERT KINSELLA | C/O FREDRIKSON & BYRON, P.A. | 60 SOUTH SIXTH STREET | SUITE 1500 | MINNEAPOLIS | MN | 55402-1425 | |
| SURVIVORS NETWORK OF THOSE ABUSED BY PRIESTS | ATTN: SHAUN DOUGHERTY | PO BOX 16376 | | CHICAGO | IL | 60616 | |
| TAN BOOKS | PO BOX 269 | | | GASTONIA | NC | 28053 | |
| TD BANK | ATTN: OFFICER, GENERAL OR AGENT | 111 MAIN STREET | | BURLINGTON | VT | 05402 | |
| TD BANK NA | 111 MAIN STREET | | | BURLINGTON | VT | 05402 | |
| TD BANK NORTH NA | 70 GRAY ROAD | | | FALMOUTH | ME | 04105-2299 | |
| TD BANK NORTH NA | C/O RYAN SMITH & CARBINE, LTD | ANTONIN ROBBASON | PO BOX 310 | RUTLAND | VT | 05702-0310 | |
| TD BANK NORTH NA | C/O RYAN SMITH & CARBINE, LTD | ELIZABETH A. GLYNN | PO BOX 310 | RUTLAND | VT | 05702-0310 | |
| TEACHER'S TREE SERVICE | PO BOX 602 | | | SHELBURNE | VT | 05482-0602 | |
| TECH GROUP LLC | ATTN: STEVE PETER LOYER | 21 GREGORY DR | STE 120 | SOUTH BURLINGTON | VT | 05403 | |
| TECH GROUP, LLC | ATTN: STEVE PETER LOYER | 21 GREGORY DR | SUITE 120 | SOUTH BURLINGTON | VT | 05403 | |
| THE CATHOLIC CENTER AT UVM | ATTN: FATHER LUKE AUSTIN | 390 S PROSPECT ST | | BURLINGTON | VT | 05401 | |
| THE CATHOLIC CENTER AT UVM | C/O DRUMMOND WOODSUM | ATTN: JEREMY R. FISCHER | 84 MARGINAL WAY STE 600 | PORTLAND | ME | 04101 | |
| THE RADIO NORTH | 12 GREGORY DRIVE, SUITE 4 | | | SOUTH BURLINGTON | VT | 05403 | |
| THERESA L PHILLIPS | 3630 SHELBURNE MOUNTAIN ROAD | | | FERRISBURGH | VT | 05456 | |
| THOMAS MATTISON | 416 CHURCH STREET | | | COLCHESTER | VT | 05446-6552 | |
| THOMAS MOSHER | 7 DEPOT STREET | | | LUDLOW | VT | 05149-1002 | |
| TRAVELERS INSURANCE | ATTN: MS. MARIA ERKFITZ | ONE TOWER SQUARE | | HARTFORD | CT | 06183 | |
| TRAVELERS INSURANCE | C/O GENERAL COUNSEL | ONE TOWER SQUARE | | HARTFORD | CT | 06183 | |
| TRAVIS ROSSI | C/O SHOUP, EVERS & GREEN | ATTN: JOHN EVERS | 126 COLLEGE ST STE 430 | BURLINGTON | VT | 05401 | |
| TRAVIS ROSSI | PO BOX 465 | | | BOMOSEEN | VT | 05732 | |
| U S TRUSTEE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LISA M PENPRAZE | LEO O'BRIEN FEDERAL BUILDING 11A CLINTON AVE., ROOM 620 | ALBANY | NY | 12207-2370 | |
| U. S. BANKRUPTCY COURT - BURLINGTON | 11 ELMWOOD AVE. SUITE 240 | PO BOX 1663 | | BURLINGTON | VT | 05402-1663 | |
| ULINE | ATTN: ACCOUNT RECEIVABLE | PO BOX 88741 | | CHICAGO | IL | 60680-1741 | |
| UNDERWOOD CATERING INC. [THE ABBEY GROUP] | ATTN: JULIE DARROW | 6212 VT ROUTE 105 | | ENOSBURG FALLS | VT | 05450 | |
| UNION BANK | 20 MAIN ST | | | MORRISVILLE | VT | 05661 | |
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF VERMONT | ATTN: NIKOLAS KEREST | 11 ELMWOOD AVENUE, 3RD FLOOR, PO BOX 570 | | BURLINGTON | VT | 05402-0570 | |
| UNIVERSITY OF VERMONT | 284 EAST AVENUE | | | BURLINGTON | VT | 5405 | |
| US BANK EQUIPMENT FINANCE | PO BOX 790448 | | | WYANET | IL | 61379-0448 | |
| VERIZON WIRELESS | PO BOX 15062 | | | ALBANY | NY | 12212-5062 | |
| VERMONT ATTORNEY GENERAL | ATTN: CHARITY CLARK | 109 STATE STREET | | MONTPELIER | VT | 05609 | |
| VERMONT CATHOLIC CHARITIES | 55 JOY DRIVE | | | SOUTH BURLINGTON | VT | 05403 | |
| VERMONT CATHOLIC CHARITIES, INC. | C/O BAUER GRAVEL FARNHAM LLP | ATTN: RENEE STAUDINGER CALABRO | 401 WATER TOWER CIR STE 101 | COLCHESTER | VT | 05446 | |
| VERMONT CHURCH SUPPLY CO. | 676 PINE STREET | PO BOX 368 | | BURLINGTON | VT | 05402-0368 | |
| VERMONT DEPARTMENT OF MOTOR VEHICLES | PO BOX 1308 | | | WILLISTON | VT | 05495-1308 | |
| VERMONT DEPARTMENT OF TAXES | BANKRUPTCY UNIT, 3RD FL. | 109 STATE ST. | PO BOX 429 | MONTPELIER | VT | 05601-0429 | |
| VERMONT ELEVATOR INSPECTIONS | PO BOX 111 | | | NORTHFIELD | VT | 05403 | |
| VERMONT GAS SYSTEMS, INC. | PO BOX 1336 | | | WILLISTON | VT | 05495-1336 | |
| VILLANTI PRINTERS INC | 15 CATAMOUNT DRIVE | | | MILTON | VT | 05468-3236 | |
| VIVID REPORTS, INC. | 151 BLOOR STREET WEST, SUITE 400 | | | TORONTO | ON | M5S 1S4 | CANADA |
| WB MASON | PO BOX 981101 | | | BOSTON | MA | 02298-1101 | |
| WCAX | PO BOX 14200 | | | TALLAHASSEE | FL | 32317-4200 | |
| WILLIAM R BEAUDIN | 398 BONNET STREET | | | MANCHESTER | VT | 05255-9364 | |
| YVON J. ROYER | 3 ST PETER STREET | | | WINOOSKI | VT | 05404 | |