**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br>Roman Catholic Diocese of Burlington, Vermont,<br><br>               Debtor(s) | Case# 24-10205-*hzc*<br><br>Chapter 11 |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 04/18/2025, I did cause a copy of the following documents, described below.

- NOTICE OF THE TIME FOR TIMELY FILING NON-SEXUAL ABUSE PROOFS OF CLAIMS [ECF #146]

- OFFICIAL FORM 410

- AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASE [ECF #152]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A** and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 05/06/2025

*/s/ Gregory Lesage*
Gregory Lesage
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
TeamCDBV@stretto.com

# **<u>Exhibit A</u>**

Case 24-10205    Doc    331    Filed 05/22/25    Entered    05/22/25 18:01:04    Desc    Main Document    Page    2 of 3

**Exhibit A**

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Travelers Insurance | Attn: Ms. Maria Erkfitz | One Tower Square | Hartford | CT | 06183 |
| Travelers Insurance | c/o General Counsel | One Tower Square | Hartford | CT | 06183 |