**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br>Roman Catholic Diocese of Burlington, Vermont,<br>              Debtor(s) | Case# 24-10205-*hzc*<br><br>Chapter 11 |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 05/05/2025, I did cause a copy of the following documents, described below.

- NOTICE OF THE TIME FOR TIMELY FILING NON-SEXUAL ABUSE PROOFS OF CLAIMS [ECF #146]

- OFFICIAL FORM 410

- AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASE [ECF #152]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to Jon Daniel Schnobrich at 301 Brooklyn Street, Morrisville, Vermont 05661.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 05/06/2025

*/s/ Gregory Lesage*
Gregory Lesage
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
TeamCDBV@stretto.com