# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

      Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

## CERTIFICATE OF NO OBJECTION REGARDING FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT FOR APRIL 2025

Pursuant to Paragraph 2(d) of the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), I, Katherine A. Nixon, an attorney at Fredrikson & Byron, P.A. ("Fredrikson"), Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), hereby certify that no objections were filed or received regarding Fredrikson's monthly fee statement for April 2025. (ECF No. 305.) Therefore, the Diocese is authorized to pay Fredrikson $26,555.20 (80% of $33,194.00) for services rendered and $721.44 for expenses incurred in April 2025 in accordance with the Compensation Order.

| | |
|---|---|
| Dated: May 29, 2025 | /s/ *Katherine A. Nixon* <br> Raymond J. Obuchowski <br> **OBUCHOWSKI LAW OFFICE** <br> 1542 Route 107, PO Box 60 <br> Bethel, VT 05032 <br> (802) 234-6244 <br> ray@oeblaw.com <br><br> James L. Baillie (*pro hac vice*) <br> Steven R. Kinsella (*pro hac vice*) <br> Samuel M. Andre (*pro hac vice*) <br> Katherine A. Nixon (*pro hac vice*) <br> **FREDRIKSON & BYRON, P.A.** <br> 60 South Sixth Street, Suite 1500 <br> Minneapolis, MN 55402-4400 <br> (612) 492-7000 <br> jbaillie@fredlaw.com <br> skinsella@fredlaw.com <br> sandre@fredlaw.com <br> knixon@fredlaw.com <br><br> **ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |