## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:
Roman Catholic Diocese of Burlington, Vermont,

Debtor(s)

Case# 24-10205-*hzc*

Chapter 11

### SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 06/04/2025, I did cause a copy of the following document, described below.

- AMENDED NOTICE OF MOTION FOR ENTRY OF AN ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF [ECF #317]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A** and incorporated as if fully set forth herein.

Furthermore, on 06/04/2025, I did cause a copy of the following document, described below.

- NOTICE OF HEARING ON SECOND INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES [ECF #327]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit B** and incorporated as if fully set forth herein.

DATED: 06/06/2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com

# **<u>Exhibit A</u>**

Case 24-10205    Doc    349    Filed 06/09/25    Entered    06/09/25 16:11:29    Desc    Main Document    Page    2 of 5

# Exhibit A

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| PRECISION TRANSCRIPTION | 16977 W 164TH TER | | OLATHE | KS | 66062-7852 |
| STERLING | 7271 ENGLE RD | STE 200 | CLEVELAND | OH | 44130-8404 |

# **<u>Exhibit B</u>**

**Exhibit B**

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| PRECISION TRANSCRIPTION | 16977 W 164TH TER | | OLATHE | KS | 66062-7852 |
| ROGER L. CHARBONNEAU | 12 N LAKEWOOD DR | | NEWPORT CENTER | VT | 05857-8802 |
| STERLING | 7271 ENGLE RD | STE 200 | CLEVELAND | OH | 44130-8404 |