## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

             Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

## FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT
## FOR MAY 2025

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from May 1, 2025 to May 31, 2025 (the "Compensation Period") in the amount of $26,622.60 (80% of $33,278.25) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $2,681.40.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Monday, June 30, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  June 16, 2025

/s/ *Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

# EXHIBIT A

**Diocese of Burlington**
**06/16/25**
**098358**

| Invoice | Date | Fees | Costs | Total | | 0.80 | | 0.20 | Interim Pymt | Deferred amount |
|---------|------|------|-------|-------|---|------|---|------|--------------|-----------------|
| 1934596 | 6/3/2025 | $ 6,071.50 | $ 2,681.40 | $ 8,752.90 | $ | 4,857.20 | $ | 1,214.30 | | |
| 1934597 | 6/3/2025 | $ 1,397.00 | $ - | $ 1,397.00 | $ | 1,117.60 | $ | 279.40 | | |
| 1934598 | 6/3/2025 | $ 481.50 | $ - | $ 481.50 | $ | 385.20 | $ | 96.30 | | |
| 1934599 | 6/3/2025 | $ 247.00 | $ - | $ 247.00 | $ | 197.60 | $ | 49.40 | | |
| 1934600 | 6/3/2025 | $ 451.50 | $ - | $ 451.50 | $ | 361.20 | $ | 90.30 | | |
| 1934601 | 6/3/2025 | $ 218.00 | $ - | $ 218.00 | $ | 174.40 | $ | 43.60 | | |
| 1934602 | 6/3/2025 | $ 3,647.00 | $ - | $ 3,647.00 | $ | 2,917.60 | $ | 729.40 | | |
| 1934603 | 6/3/2025 | $ 15,139.50 | $ - | $15,139.50 | $ | 12,111.60 | $ | 3,027.90 | | |
| 1934604 | 6/3/2025 | $ 5,238.75 | $ - | $ 5,238.75 | $ | 4,191.00 | $ | 1,047.75 | *Billed at 50% per UST Guidelines | |
| 1934605 | 6/3/2025 | $ 386.50 | $ - | $ 386.50 | $ | 309.20 | $ | 77.30 | | |
| Total | | $ 33,278.25 | $ 2,681.40 | $35,959.65 | $ | 26,622.60 | | 6,655.65 | | |



**Invoice:** **1934596**
**Invoice Date:** **June 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5000**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through May 31, 2025

**Regarding: Case Administration**

| | |
|---|---|
| Total for Current Legal Fees: | $ 6,071.50 |
| Total For Current Costs and Other Charges: | $ 2,681.40 |
| **Total For Current Invoice:** | **$ 8,752.90** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1934596**
**Invoice Date:** **June 3, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888523 | 43,312.28 | (40,178.93) | 3,133.35 |
| 01/06/25 | 1901844 | 8,114.32 | (8,074.32) | 40.00 |
| 03/10/25 | 1914882 | 5,342.47 | | 5,342.47 |
| 04/04/25 | 1921192 | 168.00 | | 168.00 |
| 05/05/25 | 1928133 | 4,428.94 | | 4,428.94 |

**Total Prior Balance:** **$ 13,112.76**

To avoid duplicate payments, the Prior Balance reflects what was still due as of June 3, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1934596**
**Invoice Date:** **June 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5000**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/02/25 | S. Andre | Prepare proposed order for mediation. | 0.40 | 226.00 |
| 05/06/25 | S. Andre | Prepare proposed order referring matter to mediation and appointing mediators. | 0.90 | 508.50 |
| 05/09/25 | S. Kinsella | Revise mediation motion. | 0.20 | 127.00 |
| 05/09/25 | S. Andre | Prepare motion to appoint mediators and correspond with Committee and UST on same. | 0.80 | 452.00 |
| 05/12/25 | S. Stallings | Attention to finalizing and efiling motion for mediation and notice of hearing and arrange for service (.5). | 0.80 | 188.00 |
| 05/12/25 | S. Kinsella | Revise and finalize mediation motion. | 0.50 | 317.50 |
| 05/12/25 | S. Andre | Prepare motion to appoint mediator. | 0.80 | 452.00 |
| 05/13/25 | S. Kinsella | Prepare for and participate in status conference and hearing on pension fund (1.9); phone call with local counsel regarding the same (.5); multiple phone calls regarding instruction regarding mediation hearing notice and document production (.6). | 3.00 | 1,905.00 |
| 05/14/25 | S. Kinsella | Prepare for and participate in survivor statement hearing. | 2.50 | 1,587.50 |
| 05/22/25 | S. Kinsella | Review and approve CoS for mediation revised notice. | 0.10 | 63.50 |
| 05/22/25 | S. Stallings | Attention to certificates of service relating to serve them with the non-sexual abuse claim packet and second interim applications allowing for fees and expenses and e-file. | 0.30 | 70.50 |
| 05/23/25 | S. Kinsella | Review and approve CoS for amended mediation notice and claims deadline notice. | 0.20 | 127.00 |
| 05/23/25 | S. Stallings | Attention to certificates of service regarding notice of hearing and amended 341 notice. | 0.20 | 47.00 |
| | **Current Legal Fees:** | | **10.70** | **$ 6,071.50** |



**Invoice:**        **1934596**
**Invoice Date:**   **June 3, 2025**
**Page:**           **2**

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 6.50 | 4,127.50 |
| Samuel M.  Andre | 565.00 | 2.90 | 1,638.50 |
| Shataia  Stallings | 235.00 | 1.30 | 305.50 |
| **Total** | | **10.70** | **$ 6,071.50** |

## Costs and Other Charges

| | Amount |
|---|---|
| 05/01/25  Travel One (2001 Killebrew Drive, Suite 305 Bloomington MN 55425) - 2049552 - Travel to Burlington, VT | 738.36 |
| 05/12/25  Travel Steven R. Kinsella - Parking - Airport Parking | 97.67 |
| 05/12/25  Travel Steven R. Kinsella - Hotel - Lodging - Attending two day hearing | 522.80 |
| 05/14/25  Travel Steven R. Kinsella - Hotel - Lodging - Hotel during travel to Burlington | 272.57 |
| Litigation Support Services | 1,050.00 |
| **Current Costs and Other Charges:** | **$ 2,681.40** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 6,071.50 |
| Total For Current Costs and Other Charges: | $ 2,681.40 |
| **Total For Current Invoice:** | **$ 8,752.90** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | **1934597** |
| **Invoice Date:** | **June 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5001** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through May 31, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees:                                         $ 1,397.00

**Total For Current Invoice:**                                **$ 1,397.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**           **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.           Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1934597**
**Invoice Date:** **June 3, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 01/06/25 | 1901845 | 9,052.50 | | 9,052.50 |
| 05/05/25 | 1928136 | 395.50 | | 395.50 |

**Total Prior Balance:** **$ 9,448.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of June 3, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1934597**
**Invoice Date:** **June 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5001**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/05/25 | S. Kinsella | Meeting with potential appraiser. | 0.70 | 444.50 |
| 05/06/25 | S. Kinsella | Communications with client regarding appraiser and other issues. | 0.40 | 254.00 |
| 05/13/25 | S. Kinsella | Communications with appraiser. | 0.10 | 63.50 |
| 05/20/25 | S. Kinsella | Analyze assets for mediation. | 0.30 | 190.50 |
| 05/22/25 | S. Kinsella | Continue to prepare property analysis for mediation. | 0.70 | 444.50 |
| | **Current Legal Fees:** | | **2.20** | **$ 1,397.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 2.20 | 1,397.00 |
| **Total** | | **2.20** | **$ 1,397.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,397.00 |
| **Total For Current Invoice:** | **$ 1,397.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1934598** |
| **Invoice Date:** | **June 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5002** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through May 31, 2025

**Regarding: Asset Disposition**

Total for Current Legal Fees:                                                                 $ 481.50

**Total For Current Invoice:**                                                         **$ 481.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1934598**
**Invoice Date:** **June 3, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 04/04/25 | 1921193 | 203.20 | | 203.20 |
| 05/05/25 | 1928140 | 660.50 | | 660.50 |

**Total Prior Balance:** **$ 863.70**

To avoid duplicate payments, the Prior Balance reflects what was still due as of June 3, 2025. If payment has been sent close to this date, please verify payment status.

# Fredrikson

**Invoice:** 1934598
**Invoice Date:** June 3, 2025
**Client Number:** 098358
**Matter Number:** 098358.5002

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/06/25 | K. Nixon | Email to K. Kenney re: potential offer on Loretto Home. | 0.20 | 97.00 |
| 05/06/25 | S. Kinsella | Communications with real estate agent regarding potential property sale. | 0.10 | 63.50 |
| 05/08/25 | K. Nixon | Email K. Kenney re: authorization for price reduction on Loretto Home. | 0.10 | 48.50 |
| 05/12/25 | S. Kinsella | Communications with client and Committee counsel regarding sale price. | 0.10 | 63.50 |
| 05/12/25 | K. Nixon | Reply to email from realtor re: price reduction and email committee counsel re: the same. | 0.20 | 97.00 |
| 05/13/25 | K. Nixon | Email K. Kenney re: price reduction on Loretto Home. | 0.10 | 48.50 |
| 05/16/25 | S. Kinsella | Analyze potential sale issues for property sale. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **0.90** | **$ 481.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.30 | 190.50 |
| Katherine  Nixon | 485.00 | 0.60 | 291.00 |
| **Total** | | **0.90** | **$ 481.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 481.50 |
| **Total For Current Invoice:** | **$ 481.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1934599** |
| **Invoice Date:** | **June 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5006** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through May 31, 2025

**Regarding: Business Operations**

Total for Current Legal Fees: $ 247.00

**Total For Current Invoice:** **$ 247.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**          **1934599**
**Invoice Date:**     **June 3, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 03/10/25 | 1914880 | 4,970.00 | | 4,970.00 |
| 04/04/25 | 1921194 | 2,811.60 | | 2,811.60 |
| 05/05/25 | 1928143 | 1,923.50 | | 1,923.50 |

**Total Prior Balance:**                                              **$ 9,705.10**

To avoid duplicate payments, the Prior Balance reflects what was still due as of June 3, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1934599**
**Invoice Date:** **June 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5006**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/25 | S. Andre | Analyze UST letter regarding BRG data breach. | 0.10 | 56.50 |
| 05/07/25 | S. Kinsella | Review BRG notice and UST letter. | 0.20 | 127.00 |
| 05/30/25 | S. Kinsella | Communications with client regarding insurance issue. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **0.40** | **$ 247.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 0.30 | 190.50 |
| Samuel M.  Andre | 565.00 | 0.10 | 56.50 |
| **Total** | | **0.40** | **$ 247.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 247.00 |
| **Total For Current Invoice:** | **$ 247.00** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1934600** |
| **Invoice Date:** | **June 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5007** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through May 31, 2025

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees: $ 451.50

**Total For Current Invoice:** **$ 451.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914868 | 2,194.80 | | 2,194.80 |
| 04/04/25 | 1921195 | 3,134.40 | | 3,134.40 |
| 05/05/25 | 1928146 | 4,622.00 | | 4,622.00 |

**Total Prior Balance:** **$ 9,951.20**

To avoid duplicate payments, the Prior Balance reflects what was still due as of June 3, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** **1934600**
**Invoice Date:** **June 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5007**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/12/25 | K. Nixon | Draft declaration regarding compliance with Claims Procedures Order. | 0.70 | 339.50 |
| 05/27/25 | S. Kinsella | Investigate Stretto claim notice issue. | 0.10 | 63.50 |
| 05/27/25 | K. Nixon | Attention to email from Committee counsel re: correspondence to claimants from Stretto. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.90** | **$ 451.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.10 | 63.50 |
| Katherine  Nixon | 485.00 | 0.80 | 388.00 |
| **Total** | | **0.90** | **$ 451.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 451.50 |
| **Total For Current Invoice:** | **$ 451.50** |

# Fredrikson

**Invoice:** 1934601
**Invoice Date:** June 3, 2025
**Client Number:** 098358
**Matter Number:** 098358.5009

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through May 31, 2025

**Regarding: Employee Benefits and Pensions**

Total for Current Legal Fees:                                                          $ 218.00

**Total For Current Invoice:**                                                    **$ 218.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**              **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.              Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1934601**
**Invoice Date:** **June 3, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914870 | 12,394.40 | | 12,394.40 |
| 04/04/25 | 1921196 | 2,542.40 | | 2,542.40 |
| 05/05/25 | 1928148 | 1,214.00 | | 1,214.00 |
| **Total Prior Balance:** | | | | **$ 16,150.80** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of June 3, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:**        **1934601**
**Invoice Date:**   **June 3, 2025**
**Client Number:**  **098358**
**Matter Number:**  **098358.5009**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/13/25 | S. Andre | Strategize regarding potential declaratory action as to PBF rights. | 0.30 | 169.50 |
| 05/16/25 | K. Nixon | Email client re: order on PBF payments. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.40** | **$ 218.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Samuel M.  Andre | 565.00 | 0.30 | 169.50 |
| Katherine  Nixon | 485.00 | 0.10 | 48.50 |
| **Total** | | **0.40** | **$ 218.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 218.00 |
| **Total For Current Invoice:** | **$ 218.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1934602** |
| **Invoice Date:** | **June 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through May 31, 2025

**Regarding: Employment and Fee Applications**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,647.00 |
| **Total For Current Invoice:** | **$ 3,647.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1934602**
**Invoice Date:** **June 3, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 03/10/25 | 1914874 | 5,962.40 | | 5,962.40 |
| 04/04/25 | 1921197 | 2,267.20 | | 2,267.20 |
| 05/05/25 | 1928150 | 3,810.00 | | 3,810.00 |

**Total Prior Balance:** **$ 12,039.60**

To avoid duplicate payments, the Prior Balance reflects what was still due as of June 3, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1934602** |
| **Invoice Date:** | **June 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

**Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/25 | S. Kinsella | Review and revise quarterly fee applications. | 0.40 | 254.00 |
| 05/01/25 | K. Nixon | Revise and finalize Fredrikson's and Dinse's second interim fee applications and email the same to client and other interested parties. | 0.60 | 291.00 |
| 05/02/25 | K. Nixon | Respond to email from client re: second interim fee applications (0.2); draft certificates of no objection and send to Dinse P.C. for review (0.4). | 0.60 | 291.00 |
| 05/05/25 | K. Nixon | Finalize certificates of no objection for March 2025 (0.3); finalize second interim fee applications for Fredrikson and Dinse (0.6). | 0.90 | 436.50 |
| 05/05/25 | S. Stallings | Attention to finalizing and e-fling second interim application of compensation for Fredrikson & Byron and Dinse. | 0.40 | 94.00 |
| 05/06/25 | K. Nixon | Email Bishop and K. Kenney re: ordering approving employment of Pomerleau Real Estate (0.1); phone call with local counsel re: joint notice of hearing on second interim fee apps. (0.2). | 0.30 | 145.50 |
| 05/09/25 | K. Nixon | Email client re: filing of CNOs for PSZJ. | 0.10 | 48.50 |
| 05/11/25 | K. Nixon | Draft joint notice of second interim fee applications (0.4); draft Fredrikson's April 2025 monthly fee statement (0.3). | 0.70 | 339.50 |
| 05/12/25 | S. Kinsella | Review and revise fee applications. | 0.10 | 63.50 |
| 05/12/25 | K. Nixon | Finalize Fredrikson's April 2025 monthly fee statement. | 0.20 | 97.00 |
| 05/13/25 | K. Nixon | Draft and finalize Dinse P.C.'s April 2025 monthly fee statement. | 0.40 | 194.00 |
| 05/15/25 | S. Stallings | Attention to the retention of Champlain Valley Appraisal as appraiser and prepare application to employ and declaration. | 0.40 | 94.00 |



**Invoice:** **1934602**
**Invoice Date:** **June 3, 2025**
**Page:** **2**

| 05/16/25 | S. Kinsella | Review appraiser proposal and provide instruction regarding application to employ. | 0.20 | 127.00 |
|---|---|---|---|---|
| 05/19/25 | K. Nixon | Revise joint notice of hearing for second interim fee applications. | 0.20 | 97.00 |
| 05/20/25 | S. Stallings | Finalize notice of hearing regarding applications for second interim compensation and arrange for service. | 0.30 | 70.50 |
| 05/20/25 | K. Nixon | Review and finalize notice of hearing for second interim fee apps. (0.2); emails to committee counsel re: BRG Q1 fee app. (0.1). | 0.30 | 145.50 |
| 05/20/25 | S. Stallings | Attention to drafting application to employ appraiser and reviewing appraisers fees and scope of work. | 0.70 | 164.50 |
| 05/21/25 | S. Kinsella | Revise application to employ appraiser. | 0.50 | 317.50 |
| 05/23/25 | S. Kinsella | Review and approve CoS for fee applications. | 0.10 | 63.50 |
| 05/29/25 | S. Stallings | Attention to finalizing and e-filing certificate of no objection to April 2025 fees for Fredrikson & Byron and Dinse, PC. | 0.30 | 70.50 |
| 05/29/25 | K. Nixon | Respond to email from UST re: Zoom appearance (0.1); draft and finalize CNOs for Fredrikson and Dinse for April 2025 (0.4). | 0.50 | 242.50 |
| | **Current Legal Fees:** | | **8.20** | **$ 3,647.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 1.30 | 825.50 |
| Katherine  Nixon | 485.00 | 4.80 | 2,328.00 |
| Shataia  Stallings | 235.00 | 2.10 | 493.50 |
| **Total** | | **8.20** | **$ 3,647.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,647.00 |
| **Total For Current Invoice:** | **$ 3,647.00** |

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** **1934603**
**Invoice Date:** **June 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5013**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through May 31, 2025

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees:                                              $ 15,139.50

**Total For Current Invoice:**                                        **$ 15,139.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1934603**
**Invoice Date:** **June 3, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 03/10/25 | 1914876 | 6,022.40 | | 6,022.40 |
| 04/04/25 | 1921198 | 14,720.00 | | 14,720.00 |
| 05/05/25 | 1928152 | 16,257.00 | | 16,257.00 |

**Total Prior Balance:** **$ 36,999.40**

To avoid duplicate payments, the Prior Balance reflects what was still due as of June 3, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1934603** |
| **Invoice Date:** | **June 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5013** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

**Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/25 | S. Kinsella | Analyze document production issues. | 0.10 | 63.50 |
| 05/01/25 | S. Andre | Analyze and prepare documents and responses to UCC subpoena. | 2.00 | 1,130.00 |
| 05/02/25 | S. Kinsella | Communications with Catholic entities regarding discovery requests. | 0.30 | 190.50 |
| 05/02/25 | S. Andre | Analyze and prepare documents and responses to UCC subpoena. | 1.50 | 847.50 |
| 05/05/25 | S. Kinsella | Review document production. | 0.10 | 63.50 |
| 05/05/25 | S. Andre | Analyze and prepare documents and responses to UCC subpoena. | 2.00 | 1,130.00 |
| 05/06/25 | S. Andre | Prepare for and meet and strategize with client on responses to Stage 3 requests of Committee subpoena. | 1.00 | 565.00 |
| 05/06/25 | S. Andre | Analyze objection of priest to disclosure of information. | 0.10 | 56.50 |
| 05/07/25 | S. Kinsella | Analyze document production issues. | 0.30 | 190.50 |
| 05/07/25 | S. Andre | Analyze and prepare documents and responses to UCC subpoena and strategize with state court counsel on same. | 1.60 | 904.00 |
| 05/08/25 | S. Kinsella | Meeting with Committee counsel (.4); follow up communications with client (.3); attention to document production status and production from Catholic entities (.2). | 0.90 | 571.50 |
| 05/08/25 | S. Andre | Analyze and prepare documents and responses to UCC subpoena . | 2.00 | 1,130.00 |
| 05/08/25 | S. Andre | Meeting with Committee regarding preparation of status conference and survivor hearing. | 0.30 | 169.50 |
| 05/09/25 | S. Kinsella | Coordinate document production regarding school files. | 0.10 | 63.50 |

# FREDRIKSON

| | | | | |
|---|---|---|---|---|
| | | **Invoice:** | **1934603** | |
| | | **Invoice Date:** | **June 3, 2025** | |
| | | **Page:** | **2** | |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/09/25 | S. Andre | Analyze and prepare documents and responses to UCC subpoena and serve same on UCC. | 0.40 | 226.00 |
| 05/09/25 | S. Andre | Prepare for and meeting with state court litigation counsel regarding priest files and production of same and objection of priest to production of file. | 0.40 | 226.00 |
| 05/09/25 | K. Nixon | Review and revise motion to appoint mediator(s) and coordinate notice and hearing date with committee counsel and local counsel. | 1.40 | 679.00 |
| 05/09/25 | S. Stallings | Attention to Rice Memorial Financials and emails to and from Committee regarding data room access. | 0.30 | 70.50 |
| 05/11/25 | K. Nixon | Revise notice of motion to appoint mediator(s) to conform with conventional procedures. | 0.40 | 194.00 |
| 05/12/25 | S. Kinsella | Analyze priest records objection issue. | 0.30 | 190.50 |
| 05/12/25 | S. Andre | Strategize with S. Kinsella regarding UCC discovery of priest files and priest objection to disclosure of documents. | 0.50 | 282.50 |
| 05/12/25 | K. Nixon | Email client re: filed copy of motion to appoint mediator(s). | 0.10 | 48.50 |
| 05/13/25 | S. Kinsella | Communications with Committee counsel regarding document production and priest record issue. | 0.20 | 127.00 |
| 05/13/25 | S. Andre | Analyze and prepare documents and responses to UCC subpoena . | 1.40 | 791.00 |
| 05/13/25 | S. Andre | Produce Diocese documents to UCC in response to subpoena. | 0.10 | 56.50 |
| 05/13/25 | K. Nixon | Email Judge Fisher's chambers re: pending mediation motion and upcoming hearing. | 0.20 | 97.00 |
| 05/14/25 | K. Nixon | Draft amended notice of motion to appoint mediator(s) and contact local counsel re: Zoom hearing. | 0.20 | 97.00 |
| 05/15/25 | K. Nixon | Coordinate filing of amended notice of motion to appoint mediator(s). | 0.10 | 48.50 |
| 05/16/25 | S. Kinsella | Communications with Catholic Entities regarding Committee document requests. | 0.30 | 190.50 |
| 05/16/25 | K. Nixon | Emails to Committee counsel re: notifying other congregations of claims and price reduction on Loretto Home. | 0.20 | 97.00 |
| 05/16/25 | S. Andre | Correspond with client regarding documents responsive to Stage 3 of UCC subpoena and analyze same documents for production. | 0.10 | 56.50 |



| | | | Invoice: | **1934603** |
|---|---|---|---|---|
| | | | Invoice Date: | **June 3, 2025** |
| | | | Page: | **3** |

| 05/18/25 | S. Andre | Analyze client documents responsive to UCC subpoena. | 2.10 | 1,186.50 |
|---|---|---|---|---|
| 05/19/25 | S. Andre | Analyze client documents responsive to UCC subpoena. | 1.40 | 791.00 |
| 05/21/25 | S. Andre | Correspond with client regarding analysis of stage 4 documents in response to UCC subpoena. | 0.10 | 56.50 |
| 05/21/25 | S. Kinsella | Meeting with Catholic entity counsel regarding production. | 0.40 | 254.00 |
| 05/22/25 | S. Andre | Meeting with client regarding preparation of response and documents to Stage 4 of UCC subpoena. | 0.50 | 282.50 |
| 05/22/25 | S. Andre | Prepare for and paritipate in meeting with Committee counsel. | 0.50 | 282.50 |
| 05/22/25 | S. Kinsella | Meeting with Committee counsel (.4); phone call with counsel for Catholic entity regarding document requests (.3). | 0.70 | 444.50 |
| 05/23/25 | S. Andre | Correspond with state court litigation counsel regarding objection to disclosure of priest file. | 0.10 | 56.50 |
| 05/23/25 | S. Kinsella | Communications with counsel for Catholic entity regarding document request. | 0.20 | 127.00 |
| 05/27/25 | S. Andre | Correspond with state court litigation counsel regarding objection to disclosure of priest file. | 0.10 | 56.50 |
| 05/27/25 | S. Andre | Prepare and respond to UCC subpoena stage 3 request for documents. | 0.10 | 56.50 |
| 05/27/25 | K. Nixon | Review letter filed by BRG and email client re: the same. | 0.20 | 97.00 |
| 05/28/25 | S. Andre | Prepare for and meeting with state counsel regarding production of priest files in response to UCC subpoena and priest objections to production. | 0.70 | 395.50 |
| 05/28/25 | S. Andre | Meeting with UCC on status of case and next steps in same. | 0.40 | 226.00 |
| 05/30/25 | S. Andre | Correspond with UCC regarding Catholic directory and requested payments. | 0.20 | 113.00 |
| 05/30/25 | S. Kinsella | Communications with Catholic entity counsel regarding discovery. | 0.10 | 63.50 |
| 05/30/25 | K. Nixon | Revise proposed order appointing mediators and email WJF's chambers re: the same. | 0.20 | 97.00 |
| | **Current Legal Fees:** | | **26.90** | **$ 15,139.50** |

# Fredrikson

**Invoice:**          **1934603**
**Invoice Date:**     **June 3, 2025**
**Page:**             **4**

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 4.00 | 2,540.00 |
| Samuel M.  Andre | 565.00 | 19.60 | 11,074.00 |
| Katherine  Nixon | 485.00 | 3.00 | 1,455.00 |
| Shataia  Stallings | 235.00 | 0.30 | 70.50 |
| **Total** | | **26.90** | **$ 15,139.50** |

## Invoice Totals

Total for Current Legal Fees:                                    $ 15,139.50

**Total For Current Invoice:**                                   **$ 15,139.50**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1934604** |
| **Invoice Date:** | **June 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5014** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through May 31, 2025

**Regarding: Non-Working Travel**

| | |
|---|---|
| Total for Current Legal Fees: | $ 10,477.50 |
| Less Courtesy Adjustment: | $ (5,238.75) |
| **Total For Current Invoice:** | **$ 5,238.75** |

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1934604**
**Invoice Date:** **June 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5014**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/12/25 | S. Kinsella | Travel to Burlington for status conference and survivor claim session. | 6.30 | 4,000.50 |
| 05/14/25 | S. Kinsella | Attempted flight back from hearing. | 3.50 | 2,222.50 |
| 05/15/25 | S. Kinsella | Travel back from Vermont. | 6.70 | 4,254.50 |
| | **Current Legal Fees:** | | **16.50** | **$ 10,477.50** |
| | Less Courtesy Adjustment: | | | (5,238.75) |
| | **Current Legal Fees After Adjustments:** | | | **$ 5,238.75** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 16.50 | 10,477.50 |
| **Total** | | **16.50** | **$ 10,477.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 10,477.50 |
| Less Courtesy Adjustment: | $ (5,238.75) |
| **Total For Current Invoice:** | **$ 5,238.75** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | **1934605** |
| **Invoice Date:** | **June 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5018** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through May 31, 2025

**Regarding: Reporting**

|  |  |
|---|---|
| Total for Current Legal Fees: | $ 386.50 |
| **Total For Current Invoice:** | **$ 386.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**                              **Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | | |
|---|---|---|---|---|
| **Invoice:** | | | | **1934605** |
| **Invoice Date:** | | | | **June 3, 2025** |
| **Page:** | | | | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914878 | 436.40 | | 436.40 |
| 04/04/25 | 1921199 | 654.40 | | 654.40 |
| 05/05/25 | 1928154 | 604.00 | | 604.00 |
| **Total Prior Balance:** | | | | **$ 1,694.80** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of June 3, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484

USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** 1934605
**Invoice Date:** June 3, 2025
**Client Number:** 098358
**Matter Number:** 098358.5018

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/20/25 | K. Nixon | Finalize April MOR and email client file-stamped copy of the same. | 0.70 | 339.50 |
| 05/20/25 | S. Stallings | Finalize April monthly operating reports for Debtor and e-file. | 0.20 | 47.00 |
| | **Current Legal Fees:** | | **0.90** | **$ 386.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 0.70 | 339.50 |
| Shataia  Stallings | 235.00 | 0.20 | 47.00 |
| **Total** | | **0.90** | **$ 386.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 386.50 |
| **Total For Current Invoice:** | **$ 386.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

### CERTIFICATE OF SERVICE

I, Katherine A. Nixon, hereby certify that on June 16, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I caused the same to be served on the following Notice Parties via the method indicated below:

| | | |
|---|---|---|
| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

/s/ *Katherine A. Nixon*
Katherine A. Nixon