## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

        Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

## OBUCHOWSKI LAW OFFICE'S MONTHLY FEE STATEMENT
## FOR MAY 2025

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Obuchowski Law Office ("OLO"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from May 1, 2025 to May 31, 2025 (the "Compensation Period") in the amount of $2,324.00 (80% of $2,905.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

OLO's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or less (1/20).

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on June 30, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, OLO will file a certificate of no objection with the Court and the Diocese will be authorized to pay OLO the amounts described herein.

Dated:  June 16, 2025

/s/ *Raymond J. Obuchowski*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

## **EXHIBIT A**

Olbuchowski Law Office
PO Box 60, Route 107
Bethel, VT 05032

Invoice submitted to:

Roman Catholic Diocese of Burlington
55 Joy Drive
South Burlington, VT 05403

June 16, 2025
In Reference To:      Financial Counseling
Invoice #      34868

### Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/1/2025 | RJO | Review of docket entries, pleadings, including Order for hearing on Survivor statements | 0.10 | 35.00 |
| 5/5/2025 | RJO | Review of docket entries, pleadings, on Certificate of No objections - Fredrikson and Dinse, complete and file OLO Certificate and COS, and serve per Order | 0.30 | 105.00 |
| | RJO | Prepare April monthly fee statement for OLO, prepare LEEDS billing for UST, and prepare with COS for filing and effect service | 0.75 | 262.50 |
| | RJO | Review of recent correspondence from Attorney Nixon and review of time for notice on applications, call to Courtroom Deputy on time for hearing and noticing | 0.25 | 87.50 |
| 5/6/2025 | RJO | Complete second interim fee application, with proposed order and Debtor's statement, and circulate for review, and follow up with UST with transmittal of LEDES detail and application; and to Diocese for signing Debtor's statement | 2.50 | 875.00 |
| | RJO | Review of Frederikson and Dinse Applications and COS | 0.10 | 35.00 |
| | RJO | Follow up on Fee app timing, and responses with counsel on date and time | 0.15 | 52.50 |
| 5/7/2025 | RJO | Review of recent correspondence and update file on BRG data breach and UST Letters | 0.15 | 52.50 |
| 5/9/2025 | RJO | Review of request for Court space for survivor's statements pre-hearing | 0.05 | 17.50 |
| | RJO | Review of mediation motion and correspondence from Attorney Nixon, with follow up with Clerk on possible hearing dates and times, and response to Attorney Nixon | 0.50 | 175.00 |
| | RJO | Call with Jody on form of Motion, and hearing dates, noticing, and follow up with Attorney Nixon | 0.10 | 35.00 |
| | RJO | Review of recent correspondence on Mediation motion, and courtroom availability, and filing of certificates of no objection to Pachulski fee application | 0.10 | 35.00 |
| 5/10/2025 | RJO | Review and research on AP complaint as against other Diocese and parishes, and follow up to counsel | 0.50 | 175.00 |
| 5/12/2025 | RJO | Follow up on Statement for signing, for filing 2nd interim, and Review of recent correspondence on group notice, with review of same | 0.25 | 87.50 |
| | RJO | Correspondence with Attorney Kinsella, and Nixon on attendance at hearing and filing of 2nd application | 0.20 | 70.00 |
| | RJO | Review of recent correspondence from Attorney Levine, and cert. of no objection; review of response from Ms. Dawson at Diocese with Statement, and prepare and file 2nd interim. | 0.20 | 70.00 |

Roman Catholic Diocese of Burlington                                                          Page    2

|            |     |                                                                                          | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------|-------|--------|
| 5/12/2025  | RJO | Review of docket entries, pleadings, on Pro Hac for Proskauer                             | 0.10  | 35.00  |
|            | RJO | Complete and file 2nd interim, with COS, and email service of copies on parties          | 0.25  | 87.50  |
| 5/13/2025  | RJO | Call with Attorney  Kinsella on hearing attendance; anticipated issues, and status hearing | 0.15 | 52.50  |
|            | RJO | Call with Catholic news and referral to general counsel on number of claimants           | 0.10  | 35.00  |
| 5/15/2025  | RJO | Follow up on Notice of Zoom hearing with Clerk                                            | 0.10  | 35.00  |
|            | RJO | Review of correspondence from Court Clerk, and follow up call on notice with Clerk, and to Attorney  Nixon, ready for service of notice for Zoom hearing | 0.20 | 70.00  |
| 5/16/2025  | RJO | Review of recent correspondence regarding hearing                                        | 0.10  | 35.00  |
| 5/20/2025  | RJO | Review of application and statement filings, and review for timing on notice             | 0.15  | 52.50  |
| 5/22/2025  | RJO | Review of docket entries, pleadings, and update file on BRG application                  | 0.10  | 35.00  |
|            | RJO | Review of COS filings, and review listing of parties served                              | 0.10  | 35.00  |
| 5/23/2025  | RJO | Review of docket entry and pleading on COS on fee app notice                             | 0.05  | 17.50  |
| 5/24/2025  | RJO | Review of docket entries, pleadings, and update file on Notice and Letter from BRG       | 0.10  | 35.00  |
| 5/27/2025  | RJO | Call with Attorney  LaRosa on Hutchins claim with Rice, and forwarding to Attorney  Kinsella | 0.10 | 35.00 |
|            | RJO | Review of recent correspondence and update file on hearing on data breach for 6/24       | 0.10  | 35.00  |
| 5/31/2025  | RJO | Review date of April filing, prepare statement of no objection, file and serve           | 0.30  | 105.00 |
|            | RJO | Review of Fee Applications, and statements of no objection as filed 5/28-5/30, and correspondence and response on 6/24 hearing | 0.10 | 35.00 |

**For professional services rendered**                                                          **8.30** | **$2,905.00**

## Attorney Summary

| Name                    | Hours | Rate   | Amount     |
|-------------------------|-------|--------|------------|
| Raymond J. Obuchowski   | 8.30  | 350.00 | $2,905.00  |

## <u>CERTIFICATE OF SERVICE</u>

I, Raymond J. Obuchowski, hereby certify that on June 16, 2025, I caused a true and correct

copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification

of such filing to all ECF participants. Additionally, I served the same on the following Notice

Parties via the method indicated below:

| **Via E-Mail** | **Via ECF** | **Via ECF** |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
| **Via ECF**<br>James L. Baillie (*pro hac vice*)<br>Steven R. Kinsella (*pro hac vice*)<br>Samuel M. Andre (*pro hac vice*)<br>Katherine A. Nixon (*pro hac vice*)<br>**FREDRIKSON & BYRON, P.A.**<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-4400<br>(612) 492-7000<br>jbaillie@fredlaw.com<br>skinsella@fredlaw.com<br>sandre@fredlaw.com<br>knixon@fredlaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |