UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

-----------------------------------------------------------------

In re:

Roman Catholic Diocese of Burlington, Vermont,

        Debtor.

Case No. 24-10205-HZC
Chapter 11

-----------------------------------------------------------------

### ORDER GRANTING FIRST INTERIM APPLICATION
### OF BERKELEY RESEARCH GROUP. LLC, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
### INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the first interim application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Berkeley Research Group, LLC ("BRG"), financial advisor for the Official Committee of Unsecured Creditors appointed in the bankruptcy case of the Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered from November 22, 2024 through March 31, 2025 (the "Application Period"); and, upon a hearing having been held on June 24, 2025 with respect to the Application, and no opposition having been received to the Application, and upon the appearance of counsel, after due deliberation, it is hereby

**ORDERED**, that the Application is GRANTED and the fees awarded herein are allowed pursuant to 11 U.S.C. §503(b)(2) and §507(a), and that BRG is awarded interim compensation in

the total amount of $79,692.45 for services rendered and $0.00 for expenses incurred during the Application Period; and it is further

    **ORDERED**, that the allowed fees and expenses shall be paid by the Debtor.

June 26, 2025
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge