Filed & Entered
On Docket
06/26/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------

In re:

Roman Catholic Diocese of Burlington, Vermont,
Debtor.

Chapter 11
Case No. 24-10205-HZC

-----------------------------------------------------------------

# ORDER GRANTING SECOND INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the second interim application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors appointed in the bankruptcy case of the Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered from January 1, 2025 through March 31, 2025 (the "Application Period"); and, upon a hearing having been held on June 24, 2025 with respect to the Application, and agreement having been reached with the United States Trustee (the "UST") with respect to its limited omnibus objection to the Application [Docket No. 361], and upon the appearance of counsel, after due deliberation, it is hereby

**ORDERED**, that the Application is GRANTED and the fees awarded herein are allowed pursuant to 11 U.S.C. §503(b)(2) and §507(a), and that PSZJ is awarded interim compensation in the total amount of $158,930.83[1] for services rendered and $6,659.76[2] for expenses incurred during the Application Period; and it is further

**ORDERED**, that the allowed fees and expenses shall be paid by the Debtor.

June 26, 2025
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

---

[1] This amount reflects the agreed upon fee reduction with the UST in the amount of $2,803.50.

[2] This amount reflects the agreed upon expense reduction with the UST in the amount of $800.69, and the reduction of Lexis fees in the amount of $604.19.