**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

**ORDER GRANTING SECOND INTERIM APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DIOCESE FROM JANUARY 1, 2025 THROUGH MARCH 31, 2025**

This case came before the Court on the Second Interim Application of Fredrikson & Byron, P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Diocese from January 1, 2025 through March 31, 2025 (doc. # 294) (the "Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation procedures. (doc. # 180) After due consideration, the Court finds that the fees and expenses described in the Application are reasonable and constitute actual and necessary fees and expenses. Therefore, for good cause shown, **IT IS HEREBY ORDERED:**

1. Fredrikson & Byron, P.A.'s fees incurred between January 1, 2025 and March 31, 2025 in the amount of $108,195.79[1], and expenses in the amount of $7,843.52, for a total of $116,039.31, are allowed.

---

[1] This amount reflects the agreed upon fee reduction with the UST in the amount of $1,887.96.

2. The Diocese (as defined in the Application) is authorized to pay such allowed postpetition fees and expenses.

3. Fredrikson & Byron, P.A.'s fees and expenses allowed in this Order are granted administrative priority under 11 U.S.C. § 503(b).

June 26, 2025  
Burlington, Vermont

_/s/ Heather Z. Cooper_  
Heather Z. Cooper  
United States Bankruptcy Judge