Filed & Entered
On Docket
06/26/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

-------------------------------------------------------------

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

-------------------------------------------------------------

Case No. 24-10205-HZC
Chapter 11

# ORDER GRANTING FIRST INTERIM APPLICATION
## OF BERKELEY RESEARCH GROUP. LLC, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
## INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the first interim application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Berkeley Research Group, LLC ("BRG"), financial advisor for the Official Committee of Unsecured Creditors appointed in the bankruptcy case of the Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered from November 22, 2024 through March 31, 2025 (the "Application Period"); and, upon a hearing having been held on June 24, 2025 with respect to the Application, and no opposition having been received to the Application, and upon the appearance of counsel, after due deliberation, it is hereby

**ORDERED**, that the Application is GRANTED and the fees awarded herein are allowed pursuant to 11 U.S.C. §503(b)(2) and §507(a), and that BRG is awarded interim compensation in

the total amount of $79,692.45 for services rendered and $0.00 for expenses incurred during the Application Period; and it is further

    **ORDERED**, that the allowed fees and expenses shall be paid by the Debtor.

June 26, 2025  
Burlington, Vermont

                                              Heather Z. Cooper  
                                              United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont

In re:  
Roman Catholic Diocese of Burlington, Ve  
    Debtor

Case No. 24-10205-hzc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0210-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 26, 2025     Form ID: pdf629     Total Noticed: 7

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Paul V. Possinger, Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, IL 60602-4342 |
| aty | | Timothy Q. Karcher, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036-8299 |
| cr | + | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@td.com | Jun 26 2025 19:36:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Jason LaRosa | |

| | | |
|---|---|---|
| District/off: 0210-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf629 | Total Noticed: 7 |

    on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com chorigan@mskvt.com

Andre Denis Bouffard

    on behalf of Interested Party Vermont Catholic Community Foundation Inc. abouffard@drm.com, mbottino@drm.com

Antonin Robbason

    on behalf of Creditor TD Bank N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com

Brittany Mitchell Michael

    on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com

Celeste E. Laramie

    on behalf of Creditor Survivor Creditors claramie@gravelshea.com

Elizabeth A. Glynn

    on behalf of Creditor TD Bank N.A. eag@rsclaw.com, ccs@rsclaw.com

Harrison E. Strauss

    on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov

Jeremy R. Fischer

    on behalf of Interested Party Rice Memorial High School jfischer@dwmlaw.com mveilleux@dwmlaw.com

Jim Baillie

    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont jbaillie@fredlaw.com

Katherine Nixon

    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Lisa M Penpraze

    on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Paul A Levine

    on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Paul A Levine

    on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Raymond J Obuchowski

    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com

Robert S DiPalma

    on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com

Samuel Andre

    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com

Steven Robert Kinsella

    on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

U S Trustee

    ustpregion02.vt.ecf@usdoj.gov

TOTAL: 18