**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

| | |
|---|---|
| In re: | |
| Roman Catholic Diocese of Burlington, Vermont, | Case No.: 24-10205-HZC<br>Chapter 11 Case |
| Debtor. | |

---

**STATEMENT REGARDING SECOND INTERIM APPLICATION OF DINSE P.C. FOR ALLOWANCE OF FEES AS SPECIAL COUNSEL FOR THE DIOCESE FROM JANUARY 1, 2025 THROUGH MARCH 31, 2025**

---

On May 5, 2025, Dinse, P.C. ("Dinse"), special counsel for the Roman Catholic Diocese of Burlington, Vermont, filed its Second Interim Application for Allowance of Fees as Special Counsel for the Diocese from January 1, 2025 through March 31, 2025 (ECF No. 295, the "Application"). The Court held a hearing on the Application on Tuesday, June 24, 2025. At the hearing, the Court indicated Dinse could file a statement within 10 days specifying whether it wants to amend the Application or to consider the Application fully submitted.

Accordingly, I, Margarita Warren, a shareholder at Dinse, hereby state that Dinse intends to amend the Application to include additional invoice detail. Dinse intends to submit the amended Application by Friday, July 11, 2025.

| | |
|---|---|
| Dated:  July 3, 2025 | /s/ *Margarita Warren* |
| | Margarita Warren |
| | **DINSE P.C.** |
| | P.O. Box 988 |
| | 209 Battery Street |
| | Burlington, VT 05402-0988 |
| | (802) 864-5751 |
| | mwarren@dinse.com |
| | |
| | **ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |
| Prepared with assistance from: | |
| Dated:  July 3, 2025 | /s/ *Katherine A. Nixon* |
| | Raymond J. Obuchowski |
| | **OBUCHOWSKI LAW OFFICE** |
| | 1542 Route 107, PO Box 60 |
| | Bethel, VT 05032 |
| | (802) 234-6244 |
| | ray@oeblaw.com |
| | |
| | James L. Baillie (*pro hac vice*) |
| | Steven R. Kinsella (*pro hac vice*) |
| | Samuel M. Andre (*pro hac vice*) |
| | Katherine A. Nixon (*pro hac vice*) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 60 South Sixth Street, Suite 1500 |
| | Minneapolis, MN  55402-4400 |
| | (612) 492-7000 |
| | jbaillie@fredlaw.com |
| | skinsella@fredlaw.com |
| | sandre@fredlaw.com |
| | knixon@fredlaw.com |
| | |
| | **ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |