# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:
Roman Catholic Diocese of Burlington, Vermont,

Debtor(s)

Case# 24-10205-*hzc*

Chapter 11

## SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 06/25/2025, I did cause a copy of the following document, described below.

- AMENDED NOTICE OF MOTION FOR ENTRY OF AN ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF [ECF #317]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to Catholic Diocese of Abakaliki, Attn: Reverend Peter Omogo at PO Box 241, Muskegon, MI 49443-0241.

DATED: 06/27/2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com