**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>Roman Catholic Diocese of Burlington, Vermont,[1]<br><br>Debtor. | Case No.: 24-10205-HZC<br>Chapter 11 Case |

**NOTICE OF HEARING ON AMENDED SECOND INTERIM APPLICATION OF DINSE P.C. FOR ALLOWANCE OF FEES AS SPECIAL COUNSEL FOR THE DIOCESE FROM JANUARY 1, 2025 THROUGH MARCH 31, 2025**

**AN AMENDED SECOND INTERIM APPLICATION FOR** allowance of fees for the period of January 1, 2025 through March 31, 2025 has been filed in the above-referenced case by Dinse P.C., as special counsel to the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), seeking a total of $7,544.50 in fees (ECF No. 385, the "Amended Application.")

**A HEARING ON THE AMENDED APPLICATION** and any responses **will be held** at **11:00 A.M. (prevailing Eastern time) on Tuesday, August 12, 2025** by Zoomgov. If you choose to appear by Zoomgov, you must follow the process set forth in Appendix IX to the Court's Local Rules (available on the Court's website), including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at Jody_Kennedy@vtb.uscourts.gov or by telephone at (802) 657-6404.

**IF YOU OPPOSE THE AMENDED APPLICATION**, you must file a written response with the Clerk of Court specifying your opposition to the Amended Application, **on or before 4:00**

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

**P.M. (prevailing Eastern time) on Thursday, August 7, 2025**. If you file a written response, you must also serve a copy of that written response on the Diocese's attorneys, the United States trustee, and the attorneys for the Official Committee of Unsecured Creditors so that it is received on or before such date and time. Addresses for those parties are set forth below.

Dated: July 11, 2025    /s/ *Nicole Andreson*
　　　　　　　　　　　Nicole Andreson
　　　　　　　　　　　**DINSE P.C.**
　　　　　　　　　　　P.O. Box 988
　　　　　　　　　　　209 Battery Street
　　　　　　　　　　　Burlington, VT 05402-0988
　　　　　　　　　　　(802) 864-5751
　　　　　　　　　　　nandreson@dinse.com

　　　　　　　　　　　**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

2

Prepared with assistance from:

| | |
|---|---|
| Dated: July 11, 2025 | /s/ *Katherine A. Nixon* |

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

3

**SERVICE ADDRESSES**

| | | |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Fredrikson & Byron, P.A.<br>Attn: Samuel M. Andre<br>60 South Sixth Street<br>Suite 1500<br>Minneapolis, MN  55402<br>sandre@fredlaw.com | United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | Creditors' Committee<br>c/o Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | Creditors' Committee<br>c/o Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |