## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

        Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

## FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT
## FOR JUNE 2025

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from June 1, 2025 to June 30, 2025 (the "Compensation Period") in the amount of $20,716.80 (80% of $25,896.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $1,740.18.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Friday, July 25, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  July 11, 2025

/s/ *Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

## EXHIBIT A

**Diocese of Burlington**
**07/10/25**
**098358**

| Invoice | Date | Fees | Costs | Total | 0.80 | 0.20 | Interim Pymt | Deferred amount |
|---|---|---|---|---|---|---|---|---|
| 1940650 | 7/2/2025 | $ 5,861.50 | $ 1,740.18 | $ 7,601.68 | $ 4,689.20 | $ 1,172.30 | | |
| 1940651 | 7/2/2025 | $ 254.00 | $ - | $ 254.00 | $ 203.20 | $ 50.80 | | |
| 1940652 | 7/2/2025 | $ 97.00 | $ - | $ 97.00 | $ 77.60 | $ 19.40 | | |
| 1940653 | 7/2/2025 | $ 190.50 | $ - | $ 190.50 | $ 152.40 | $ 38.10 | | |
| 1940654 | 7/2/2025 | $ 533.50 | $ - | $ 533.50 | $ 426.80 | $ 106.70 | | |
| 1940655 | 7/2/2025 | $ 3,235.00 | $ - | $ 3,235.00 | $ 2,588.00 | $ 647.00 | | |
| 1940656 | 7/2/2025 | $ 15,386.50 | $ - | $ 15,386.50 | $ 12,309.20 | $ 3,077.30 | | |
| 1940657 | 7/2/2025 | $ 338.00 | $ - | $ 338.00 | $ 270.40 | $ 67.60 | | |
| Total | | $ 25,896.00 | $ 1,740.18 | $ 27,636.18 | $ 20,716.80 | $ 5,179.20 | | |



| | |
|---|---|
| **Invoice:** | 1940650 |
| **Invoice Date:** | July 2, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5000 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through June 30, 2025

**Regarding: Case Administration**

| | |
|---|---|
| Total for Current Legal Fees: | $ 5,861.50 |
| Total For Current Costs and Other Charges: | $ 1,740.18 |
| **Total For Current Invoice:** | **$ 7,601.68** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1940650**
**Invoice Date:** **July 2, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888523 | 43,312.28 | (40,178.93) | 3,133.35 |
| 01/06/25 | 1901844 | 8,114.32 | (8,074.32) | 40.00 |
| 03/10/25 | 1914882 | 5,342.47 | | 5,342.47 |
| 04/04/25 | 1921192 | 168.00 | | 168.00 |
| 05/05/25 | 1928133 | 4,428.94 | | 4,428.94 |
| 06/03/25 | 1934596 | 8,752.90 | | 8,752.90 |

**Total Prior Balance:** **$ 21,865.66**

To avoid duplicate payments, the Prior Balance reflects what was still due as of July 2, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:**        **1940650**
**Invoice Date:**   **July 2, 2025**
**Client Number:**  **098358**
**Matter Number:**  **098358.5000**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/02/25 | S. Kinsella | Review revisions to mediation order. | 0.10 | 63.50 |
| 06/02/25 | K. Nixon | Email court staff re: revised proposed order for motion to appoint mediators. | 0.10 | 48.50 |
| 06/03/25 | K. Nixon | Finalize revisions to mediation order and coordinate with Judge Fisher's chambers and other counsel. | 0.40 | 194.00 |
| 06/03/25 | S. Stallings | Attention to filings supplemental certificate of service relating to Amended Notice of Motion regarding mediation. | 0.20 | 47.00 |
| 06/04/25 | K. Nixon | Respond to email from UST re: revised mediation order. | 0.10 | 48.50 |
| 06/05/25 | K. Nixon | Coordinate filing and submission of revised proposed order granting mediation motion. | 0.20 | 97.00 |
| 06/06/25 | S. Andre | Prepare for and argue hearing on motion to appoint mediator. | 1.90 | 1,073.50 |
| 06/06/25 | S. Kinsella | Analyze mediator issues for mediation hearing. | 0.60 | 381.00 |
| 06/06/25 | K. Nixon | Email court staff re: Zoom hearing instructions for mediation motion. | 0.10 | 48.50 |
| 06/09/25 | S. Andre | Prepare revised proposed order on mediation motion. | 0.30 | 169.50 |
| 06/10/25 | S. Andre | Prepare revised proposed order granting mediator motion and circulate same to parties for consent. | 0.20 | 113.00 |
| 06/11/25 | S. Andre | Submit revised proposed order on mediation motion to court. | 0.10 | 56.50 |
| 06/13/25 | S. Andre | Analyze order referring matter to mediation. | 0.20 | 113.00 |
| 06/13/25 | S. Kinsella | Review mediation order and communications with client regarding the same. | 0.40 | 254.00 |



Invoice:         1940650
Invoice Date:    July 2, 2025
Page:            2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/13/25 | K. Nixon | Review supplemental certificate of service from Stretto for mediation motion (0.1); email to Judge Fisher's chambers re: mediation order (0.2). | 0.30 | 145.50 |
| 06/16/25 | S. Kinsella | Analyze mediation issues. | 0.10 | 63.50 |
| 06/16/25 | S. Andre | Correspond with mediator regarding scheduling of initial meeting. | 0.10 | 56.50 |
| 06/17/25 | S. Andre | Correspondence regarding scheduling of initial mediation meeting. | 0.20 | 113.00 |
| 06/17/25 | S. Kinsella | Communications with client and mediator regarding mediation. | 0.50 | 317.50 |
| 06/17/25 | K. Nixon | Assist in coordinating initial date for mediation. | 0.10 | 48.50 |
| 06/23/25 | J. Baillie | Conference call with S.Kinsella regarding status of current matters. | 0.50 | 487.50 |
| 06/23/25 | S. Andre | Prepare for hearing and status conference with local counsel. | 0.20 | 113.00 |
| 06/23/25 | S. Kinsella | Initial mediation meeting (1.1); follow up communications with client (.4). | 1.50 | 952.50 |
| 06/23/25 | K. Nixon | Attend and participate in initial meeting with committee counsel and mediators. | 1.30 | 630.50 |
| 06/24/25 | S. Andre | Prepare for mediation including analysis of property and strategy for same. | 0.40 | 226.00 |
| | **Current Legal Fees:** | | **10.10** | **$ 5,861.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.20 | 47.00 |
| Katherine  Nixon | 485.00 | 2.60 | 1,261.00 |
| Steven R.  Kinsella | 635.00 | 3.20 | 2,032.00 |
| Samuel M.  Andre | 565.00 | 3.60 | 2,034.00 |
| James L.  Baillie | 975.00 | 0.50 | 487.50 |
| **Total** | | **10.10** | **$ 5,861.50** |



**Invoice:** **1940650**
**Invoice Date:** **July 2, 2025**
**Page:** **3**

### Costs and Other Charges

|  |  | Amount |
|---|---|---|
| 05/14/25 | Travel One (2001 Killebrew Drive, Suite 305 Bloomington MN 55425) - 2054161 - Travel home from Burlington | 410.18 |
|  | Litigation Support Services | 1,330.00 |

| **Current Costs and Other Charges:** | **$ 1,740.18** |
|---|---|

### Invoice Totals

| Total for Current Legal Fees: | $ 5,861.50 |
|---|---|
| Total For Current Costs and Other Charges: | $ 1,740.18 |
| **Total For Current Invoice:** | **$ 7,601.68** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1940651** |
| **Invoice Date:** | **July 2, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5001** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through June 30, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees:                                           $ 254.00

**Total For Current Invoice:**                                     **$ 254.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1940651**
**Invoice Date:** **July 2, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 01/06/25 | 1901845 | 9,052.50 | | 9,052.50 |
| 05/05/25 | 1928136 | 395.50 | | 395.50 |
| 06/03/25 | 1934597 | 1,397.00 | | 1,397.00 |

**Total Prior Balance:** **$ 10,845.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of July 2, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1940651**
**Invoice Date:** **July 2, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5001**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/24/25 | S. Kinsella | Begin mediation preparation and asset analysis. | 0.40 | 254.00 |
| | **Current Legal Fees:** | | **0.40** | **$ 254.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.40 | 254.00 |
| **Total** | | **0.40** | **$ 254.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 254.00 |
| **Total For Current Invoice:** | **$ 254.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1940652 |
| **Invoice Date:** | July 2, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5002 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through June 30, 2025

**Regarding: Asset Disposition**

Total for Current Legal Fees:                                                           $ 97.00

**Total For Current Invoice:**                                                    **$ 97.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1940652**
**Invoice Date:** **July 2, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 04/04/25 | 1921193 | 203.20 | | 203.20 |
| 05/05/25 | 1928140 | 660.50 | | 660.50 |
| 06/03/25 | 1934598 | 481.50 | | 481.50 |

**Total Prior Balance:** **$ 1,345.20**

To avoid duplicate payments, the Prior Balance reflects what was still due as of July 2, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** **1940652**
**Invoice Date:** **July 2, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5002**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/04/25 | K. Nixon | Respond to email from realtor re: status of sale of Loretto Home. | 0.10 | 48.50 |
| 06/30/25 | K. Nixon | Respond to email from client re: sale of vehicles and equipment. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.20** | **$ 97.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 0.20 | 97.00 |
| **Total** | | **0.20** | **$ 97.00** |

## Invoice Totals

Total for Current Legal Fees:                                           $ 97.00

**Total For Current Invoice:**                                 **$ 97.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1940653 |
| **Invoice Date:** | July 2, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5006 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through June 30, 2025

**Regarding: Business Operations**

Total for Current Legal Fees: $ 190.50

**Total For Current Invoice:** **$ 190.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: █████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | | Invoice: | **1940653** |
|---|---|---|---|---|---|
| | | | | Invoice Date: | **July 2, 2025** |
| | | | | Page: | |

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914880 | 4,970.00 | | 4,970.00 |
| 04/04/25 | 1921194 | 2,811.60 | | 2,811.60 |
| 05/05/25 | 1928143 | 1,923.50 | | 1,923.50 |
| 06/03/25 | 1934599 | 247.00 | | 247.00 |
| | **Total Prior Balance:** | | | **$ 9,952.10** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of July 2, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1940653**
**Invoice Date:** **July 2, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5006**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/17/25 | S. Kinsella | Meeting with auditor. | 0.30 | 190.50 |
| | **Current Legal Fees:** | | **0.30** | **$ 190.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.30 | 190.50 |
| **Total** | | **0.30** | **$ 190.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 190.50 |
| **Total For Current Invoice:** | **$ 190.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1940654 |
| **Invoice Date:** | July 2, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5007 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through June 30, 2025

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees: $ 533.50

## Total For Current Invoice:                                                                $ 533.50

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**                          **Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮▮

## Please remit this page with your payment. Thank you. We appreciate your business.

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| Invoice: | **1940654** |
|---|---|
| Invoice Date: | **July 2, 2025** |
| Page: | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914868 | 2,194.80 | | 2,194.80 |
| 04/04/25 | 1921195 | 3,134.40 | | 3,134.40 |
| 05/05/25 | 1928146 | 4,622.00 | | 4,622.00 |
| 06/03/25 | 1934600 | 451.50 | | 451.50 |

**Total Prior Balance:** **$ 10,402.70**

To avoid duplicate payments, the Prior Balance reflects what was still due as of July 2, 2025. If payment has been sent close to this date, please verify payment status.

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1940654** |
| **Invoice Date:** | **July 2, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5007** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/04/25 | K. Nixon | Follow up with committee counsel re: notice to other congregations. | 0.10 | 48.50 |
| 06/17/25 | K. Nixon | Respond to email from committee counsel re: duplicate claims. | 0.20 | 97.00 |
| 06/18/25 | K. Nixon | Emails to committee counsel re: potential duplicate claims. | 0.30 | 145.50 |
| 06/20/25 | K. Nixon | Respond to emails from committee counsel re: Stretto issue and excel version of non-abuse claims register. | 0.10 | 48.50 |
| 06/22/25 | K. Nixon | Email committee counsel re: excel version of non-abuse claims register. | 0.10 | 48.50 |
| 06/25/25 | K. Nixon | Review proposed process from committee counsel for notifying other congregations of claims and email client re: the same. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **1.10** | **$ 533.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 1.10 | 533.50 |
| **Total** | | **1.10** | **$ 533.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 533.50 |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Total For Current Invoice:**                                                                 **$ 533.50**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1940655** |
| **Invoice Date:** | **July 2, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through June 30, 2025

**Regarding: Employment and Fee Applications**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,235.00 |
| **Total For Current Invoice:** | **$ 3,235.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1940655**
**Invoice Date:** **July 2, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914874 | 5,962.40 | | 5,962.40 |
| 04/04/25 | 1921197 | 2,267.20 | | 2,267.20 |
| 05/05/25 | 1928150 | 3,810.00 | | 3,810.00 |
| 06/03/25 | 1934602 | 3,647.00 | | 3,647.00 |

**Total Prior Balance:** **$ 15,686.60**

To avoid duplicate payments, the Prior Balance reflects what was still due as of July 2, 2025. If payment has been sent close to this date, please verify payment status.



| | | | | |
|---|---|---|---|---|
| | | **Invoice:** | **1940655** | |
| | | **Invoice Date:** | **July 2, 2025** | |
| | | **Client Number:** | **098358** | |
| | | **Matter Number:** | **098358.5010** | |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

**Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/25 | K. Nixon | Revise schedule of payments to professionals. | 0.10 | 48.50 |
| 06/09/25 | K. Nixon | Update schedule of payments to professionals. | 0.10 | 48.50 |
| 06/13/25 | K. Nixon | Revise schedule of payments to professionals and respond to email from client re: the same. | 0.20 | 97.00 |
| 06/16/25 | K. Nixon | Draft and finalize May 2025 monthly fee statements for Fredrikson and Dinse (0.5); update schedule of payments to professionals (0.1). | 0.60 | 291.00 |
| 06/17/25 | S. Kinsella | Communications with appraiser regarding employment application. | 0.20 | 127.00 |
| 06/18/25 | S. Kinsella | Revise appraiser application. | 0.20 | 127.00 |
| 06/19/25 | S. Kinsella | Phone call with appraiser. | 0.50 | 317.50 |
| 06/23/25 | S. Andre | Assist in preparation of revised proposed order on fee application. | 0.10 | 56.50 |
| 06/23/25 | K. Nixon | Draft and finalize declaration re: Fredrikson's second interim fee application. | 0.30 | 145.50 |
| 06/24/25 | S. Andre | Prepare for and attend hearing on applications for compensation and UST letter on BRG data breach. | 1.80 | 1,017.00 |
| 06/24/25 | S. Andre | Prepare application to employe appraiser and correspond with appraiser on same. | 0.70 | 395.50 |
| 06/24/25 | S. Andre | Correspondence regarding Dinse second fee application and potential amendments to same. | 0.20 | 113.00 |
| 06/24/25 | S. Kinsella | Analyze issues regarding Dinse fee application. | 0.10 | 63.50 |
| 06/25/25 | S. Andre | Prepare application to employ appraiser. | 0.40 | 226.00 |
| 06/26/25 | S. Andre | Correspond with client regarding application to employ appraiser. | 0.10 | 56.50 |



| | | | | |
|---|---|---|---|---|
| | | **Invoice:** | **1940655** | |
| | | **Invoice Date:** | **July 2, 2025** | |
| | | **Page:** | **2** | |

| 06/27/25 | S. Andre | Correspond with Dinse regarding revised fee application. | 0.10 | 56.50 |
|---|---|---|---|---|
| 06/27/25 | K. Nixon | Email Dinse re: revisions to second interim fee application. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **5.80** | **$ 3,235.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 1.40 | 679.00 |
| Steven R.  Kinsella | 635.00 | 1.00 | 635.00 |
| Samuel M.  Andre | 565.00 | 3.40 | 1,921.00 |
| **Total** | | **5.80** | **$ 3,235.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,235.00 |
| **Total For Current Invoice:** | **$ 3,235.00** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1940656 |
| **Invoice Date:** | July 2, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5013 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through June 30, 2025

**Regarding: Meetings and Communications  with Creditors**

| Total for Current Legal Fees: | $ 15,386.50 |
|---|---|
| **Total For Current Invoice:** | **$ 15,386.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ■■■■

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | | |
|---|---|---|---|---|
| **Invoice:** | | | | **1940656** |
| **Invoice Date:** | | | | **July 2, 2025** |
| **Page:** | | | | |

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914876 | 6,022.40 | | 6,022.40 |
| 04/04/25 | 1921198 | 14,720.00 | | 14,720.00 |
| 05/05/25 | 1928152 | 16,257.00 | | 16,257.00 |
| 06/03/25 | 1934603 | 15,139.50 | | 15,139.50 |

**Total Prior Balance:** **$ 52,138.90**

To avoid duplicate payments, the Prior Balance reflects what was still due as of July 2, 2025. If payment has been sent close to this date, please verify payment status.



| Invoice: | 1940656 |
|---|---|
| Invoice Date: | July 2, 2025 |
| Client Number: | 098358 |
| Matter Number: | 098358.5013 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/25 | S. Kinsella | Phone call with counsel for school (.3); analyze document production issues (.2). | 0.50 | 317.50 |
| 06/03/25 | S. Andre | Meeting with S. Kinsella regarding response related to priest objection to disclosure of files. | 0.30 | 169.50 |
| 06/04/25 | S. Kinsella | Meeting with Committee counsel (.5); communications with counsel for Catholic entity (.3). | 0.80 | 508.00 |
| 06/04/25 | S. Andre | Prepare for and meeting with UCC regarding status of case and discovery and next steps in same. | 0.70 | 395.50 |
| 06/05/25 | S. Kinsella | Communications with counsel for schools. | 0.20 | 127.00 |
| 06/05/25 | S. Andre | Correspond with Diocese regarding gathering of documents in response to UCC follow up on discovery productions. | 0.10 | 56.50 |
| 06/06/25 | S. Andre | Correspond with Diocese regarding gathering and production of Rice and Parish financials for UCC. | 0.30 | 169.50 |
| 06/09/25 | S. Andre | Analyze documents in response to UCC subpoena and prepare for production. | 0.40 | 226.00 |
| 06/09/25 | S. Stallings | Attention to preparing & finalizing discovery regarding Rice Memorial High School bank statements. | 0.40 | 94.00 |
| 06/10/25 | S. Kinsella | Coordinate Catholic entity discovery. | 0.10 | 63.50 |
| 06/10/25 | S. Andre | Correspond with client regarding BRG access to parish accounting data. | 0.10 | 56.50 |
| 06/11/25 | S. Kinsella | Coordinate production from Catholic entities. | 0.40 | 254.00 |
| 06/11/25 | S. Andre | Correspond with UCC regarding attendance at BRG meeting with Diocese on accounting data and permission for Rice payments. | 0.10 | 56.50 |

**Fredrikson**

Invoice:        **1940656**
Invoice Date:   **July 2, 2025**
Page:           **2**

| 06/11/25 | S. Andre | Meeting with client in preparation for BRG meeting on accounting data. | 0.60 | 339.00 |
|---|---|---|---|---|
| 06/11/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 0.50 | 282.50 |
| 06/12/25 | S. Kinsella | Analyze school expense issue. | 0.10 | 63.50 |
| 06/12/25 | S. Andre | Correspond with UCC regarding meeting on status of case. | 0.10 | 56.50 |
| 06/13/25 | S. Kinsella | Communications with counsel for Catholic entities regarding discover and expenses. | 0.30 | 190.50 |
| 06/13/25 | S. Andre | Correspond with VCC counsel regarding UCC request to access Epicor accounting system including VCC data. | 0.20 | 113.00 |
| 06/15/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.70 | 960.50 |
| 06/16/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.10 | 621.50 |
| 06/16/25 | S. Andre | Prepare letter to third party responding to Canadian court request for discovery. | 1.90 | 1,073.50 |
| 06/17/25 | S. Kinsella | Prepare for and participate in meeting with Committee counsel. | 0.70 | 444.50 |
| 06/17/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.50 | 847.50 |
| 06/17/25 | S. Andre | Prepare for and meeting with UCC regarding status of case and next steps in same. | 0.60 | 339.00 |
| 06/17/25 | S. Andre | Correspond with parish counsel regarding UCC access to accounting data. | 0.20 | 113.00 |
| 06/18/25 | S. Andre | Produce documents in response to UCC subpoena and review further client documents in response to same. | 0.70 | 395.50 |
| 06/18/25 | S. Andre | Correspond with parish counsel regarding UCC request for access to accounting data. | 0.10 | 56.50 |
| 06/19/25 | S. Andre | Correspondence with parishes regarding provision of documents in response to UCC subpoena. | 0.10 | 56.50 |
| 06/19/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 0.70 | 395.50 |
| 06/19/25 | S. Kinsella | Review motion to pay school expenses. | 0.30 | 190.50 |
| 06/20/25 | S. Andre | Correspondence with client regarding Rice account statements in response to UCC request. | 0.20 | 113.00 |
| 06/20/25 | S. Kinsella | Phone call with school counsel regarding expense. | 0.20 | 127.00 |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# FREDRIKSON

Invoice: **1940656**
Invoice Date: **July 2, 2025**
Page: **3**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/22/25 | S. Andre | Analyze and prepare client documents in response to UCC subpoena. | 2.30 | 1,299.50 |
| 06/23/25 | S. Andre | Analyze and prepare client documents in response to UCC subpoena. | 0.90 | 508.50 |
| 06/23/25 | S. Andre | Correspondence from UCC regarding claimant issue with Stretto. | 0.10 | 56.50 |
| 06/24/25 | S. Kinsella | Communications with school counsel regarding school expenses and potential motion (.2); analyze document production issues (.3). | 0.50 | 317.50 |
| 06/24/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.40 | 791.00 |
| 06/24/25 | S. Andre | Negotiate with parish counsel regarding providing of access to Quickbooks to UCC in response to subpoena and in preparation for mediation. | 0.20 | 113.00 |
| 06/25/25 | S. Andre | Analyze Diocese and Rice documents in response to UCC subpoena and produce same. | 2.10 | 1,186.50 |
| 06/25/25 | S. Andre | Prepare for and meeting with UCC regarding status and next steps in case. | 0.60 | 339.00 |
| 06/25/25 | S. Andre | Correspond with Parish counsel to negotiate resolution of Committee requests for parish information. | 0.20 | 113.00 |
| 06/25/25 | S. Andre | Prepare letters to priests objecting to production of personnel files in response to UCC subpoena. | 0.80 | 452.00 |
| 06/25/25 | K. Nixon | Meeting with committee counsel re: discovery, application to employ appraiser, and Stretto issue. | 0.30 | 145.50 |
| 06/26/25 | S. Andre | Correspondence and negotiations with parishes and Rice regarding UCC accounting access and permission for payments. | 0.10 | 56.50 |
| 06/27/25 | S. Andre | Correspondence with Rice counsel and Committee regarding permission for payments, letters to objecting priests on disclosure of personnel records, and application to employ appraiser. | 0.30 | 169.50 |
| 06/27/25 | S. Andre | Assist in preparation of motion to approve payments. | 0.20 | 113.00 |
| 06/27/25 | K. Nixon | Email committee counsel re: phone call and voicemail from confidential claimant. | 0.20 | 97.00 |
| 06/27/25 | K. Nixon | Phone call with Rice's attorney re: motion to pay critical vendors. | 0.20 | 97.00 |
| 06/30/25 | S. Andre | Prepare and finalize letter to objecting priests regarding disclosure of personnel records in response to UCC subpoena. | 0.20 | 113.00 |



| | | | | |
|---|---|---|---|---|
| | **Invoice:** | **1940656** |
| | **Invoice Date:** | **July 2, 2025** |
| | **Page:** | **4** |

| 06/30/25 | K. Nixon | Respond to email from mediator re: scheduling meeting (0.1); respond to email from committee counsel re: call from claimant (0.1). | 0.20 | 97.00 |
| 06/30/25 | K. Nixon | Respond to email from Rice counsel re: service of motion to pay critical vendors. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **27.10** | **$ 15,386.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.40 | 94.00 |
| Katherine  Nixon | 485.00 | 1.00 | 485.00 |
| Steven R.  Kinsella | 635.00 | 4.10 | 2,603.50 |
| Samuel M.  Andre | 565.00 | 21.60 | 12,204.00 |
| **Total** | | **27.10** | **$ 15,386.50** |

## Invoice Totals

Total for Current Legal Fees:                                      $ 15,386.50

**Total For Current Invoice:**                                      **$ 15,386.50**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1940657 |
| **Invoice Date:** | July 2, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5018 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through June 30, 2025

**Regarding: Reporting**

Total for Current Legal Fees:                                    $ 338.00

**Total For Current Invoice:**                               **$ 338.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                      **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID:

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1940657**
**Invoice Date:** **July 2, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 03/10/25 | 1914878 | 436.40 | | 436.40 |
| 04/04/25 | 1921199 | 654.40 | | 654.40 |
| 05/05/25 | 1928154 | 604.00 | | 604.00 |
| 06/03/25 | 1934605 | 386.50 | | 386.50 |
| **Total Prior Balance:** | | | | **$ 2,081.30** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of July 2, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1940657**
**Invoice Date:** **July 2, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5018**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/20/25 | K. Nixon | Review and finalize May 2025 MOR. | 0.50 | 242.50 |
| 06/20/25 | S. Stallings | Review and finalize and e-file May monthly operating report for the Diocese. | 0.20 | 47.00 |
| 06/22/25 | K. Nixon | Email client re: filed-stamped copies of May MOR. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.80** | **$ 338.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Shataia  Stallings | 235.00 | 0.20 | 47.00 |
| Katherine  Nixon | 485.00 | 0.60 | 291.00 |
| **Total** | | **0.80** | **$ 338.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 338.00 |
| **Total For Current Invoice:** | **$ 338.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

## CERTIFICATE OF SERVICE

I, Katherine A. Nixon, hereby certify that on July 11, 2025, I caused a true and correct copy

of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such

filing to all ECF participants. Additionally, I caused the same to be served on the following Notice

Parties via the method indicated below:

| | | |
|---|---|---|
| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

/s/ *Katherine A. Nixon*
Katherine A. Nixon