**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re: | |
| Roman Catholic Diocese of Burlington, Vermont,[1] | Case No.: 24-10205-HZC<br>Chapter 11 Case |
| Debtor. | |

**OBUCHOWSKI LAW OFFICE'S MONTHLY FEE STATEMENT
FOR JUNE 2025**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Obuchowski Law Office ("OLO"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from June 1, 2025 to June 30, 2025 (the "Compensation Period") in the amount of $850.00 (80% of $1,050.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

OLO's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or less (1/20).

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on July 29, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, OLO will file a certificate of no objection with the Court and the Diocese will be authorized to pay OLO the amounts described herein.

| | |
|---|---|
| Dated:  July 15, 2025 | /s/ *Raymond J. Obuchowski* |
| | Raymond J. Obuchowski |
| | **OBUCHOWSKI LAW OFFICE** |
| | 1542 Route 107, PO Box 60 |
| | Bethel, VT 05032 |
| | (802) 234-6244 |
| | ray@oeblaw.com |
| | |
| | James L. Baillie (*pro hac vice*) |
| | Steven R. Kinsella (*pro hac vice*) |
| | Samuel M. Andre (*pro hac vice*) |
| | Katherine A. Nixon (*pro hac vice*) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 60 South Sixth Street, Suite 1500 |
| | Minneapolis, MN  55402-4400 |
| | (612) 492-7000 |
| | jbaillie@fredlaw.com |
| | skinsella@fredlaw.com |
| | sandre@fredlaw.com |
| | knixon@fredlaw.com |
| | |
| | **ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |

**EXHIBIT A**

Obuchowski Law Office
PO Box 60, Route 107
Bethel, VT 05032

Invoice submitted to:

Roman Catholic Diocese of Burlington
55 Joy Drive
South Burlington, VT 05403

July 15, 2025

In Reference To:  Financial Counseling

Invoice #  34868

**Professional services**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/6/2025 | RJO | Follow up on inability to attend hearing, and follow up with Courtroom Deputy and Kinsella/Andre | 0.10 | 35.00 |
| | RJO | Review of docket entries on consent to proposed Order | 0.05 | 17.50 |
| | RJO | Review of amended notices, with COS, and correspondence from Attorney Andre | 0.10 | 35.00 |
| | RJO | Review of recent correspondence from week, and review of docket entry, and notation of AO consent | 0.15 | 52.50 |
| 6/10/2025 | RJO | Follow up with Attorney Andre on AO issue, and 6/24 hearing | 0.10 | 35.00 |
| | RJO | Review of COS from Stretto on Notice, and NOA of Attorney Strauss for UST | 0.05 | 17.50 |
| 6/15/2025 | RJO | Review of Order for Global mediation; and recent filings on COS, on fee app, and NOA | 0.10 | 35.00 |
| | RJO | Review of docket entries, pleadings, and Consents | 0.05 | 17.50 |
| | RJO | Review of docket entries, pleadings on appearing remotely and proposed order on mediation referral | 0.05 | 17.50 |
| 6/16/2025 | RJO | Review UST response on OLO fee application and response to agree to voluntary reduction | 0.10 | 35.00 |
| | RJO | Prepare May Monthly fee Statement for OLO, and review filings by Dinse and Frederickson | 0.50 | 175.00 |
| 6/23/2025 | RJO | Review of docket entries, pleadings, and update file on Pachulski Order and MOR for May | 0.05 | 17.50 |
| 6/24/2025 | RJO | Attend hearing on Fee Applications and BRG data breach | 1.00 | 350.00 |
| 6/23/2025 | RJO | Call with Attorney Ruggerio on interest in Lorretta Home in Rutland | 0.20 | 70.00 |
| 6/24/2025 | RJO | Follow up on UST fees memo for client and with Attorney Nixon | 0.10 | 35.00 |
| 6/23/2025 | RJO | Review and follow up with Debtor's counsel on response for NY Judges on status of case | 0.10 | 35.00 |
| 6/25/2025 | RJO | Review of docketing and entries on 6/24 hearing regarding: fees and data breach | 0.05 | 17.50 |
| | RJO | Review of recent correspondence from Attorney Nixon on forwarding and advising Ms. Dawson on UST Payments | 0.05 | 17.50 |
| 6/26/2025 | RJO | Review of Sam Andre Aff. on fees on 2nd application | 0.05 | 17.50 |
| | RJO | Review of docket entries, pleadings, and update file on Pachulski Affidavit and proposed Order on expenses and allowing 2nd application | 0.05 | 17.50 |

**For professional services rendered**  3.00  **$1,050.00**

**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Raymond J. Obuchowski | 3.00 | 350.00 | $1,050.00 |

*Page 4 of 5*

## **CERTIFICATE OF SERVICE**

I, Raymond J. Obuchowski, hereby certify that on July 15, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| | | |
|---|---|---|
| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
| **Via ECF**<br>James L. Baillie (*pro hac vice*)<br>Steven R. Kinsella (*pro hac vice*)<br>Samuel M. Andre (*pro hac vice*)<br>Katherine A. Nixon (*pro hac vice*)<br>**FREDRIKSON & BYRON, P.A.**<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN  55402-4400<br>(612) 492-7000<br>jbaillie@fredlaw.com<br>skinsella@fredlaw.com<br>sandre@fredlaw.com<br>knixon@fredlaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |