**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

In re:

Roman Catholic Diocese of Burlington, Vermont,

        Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

---

**CERTIFICATE OF NO OBJECTION REGARDING DINSE P.C.'S MONTHLY FEE STATEMENT FOR MAY 2025**

---

Pursuant to Paragraph 2(d) of the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), I, Nicole Andreson, a shareholder at Dinse P.C. ("Dinse"), special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), hereby certify that no objections were filed or received regarding Dinse's monthly fee statement for May 2025. (ECF No. 359.) Therefore, the Diocese is authorized to pay Dinse $6,596.00 (80% of $8,245.00) for services rendered in May 2025 in accordance with the Compensation Order.

| | |
|---|---|
| Dated: July 15, 2025 | /s/ *Nicole Andreson*<br>Nicole Andreson<br>**DINSE P.C.**<br>P.O. Box 988<br>209 Battery Street<br>Burlington, VT 05402-0988<br>(802) 864-5751<br>nandreson@dinse.com<br><br>**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |
| Prepared with assistance from: | |
| Dated: July 15, 2025 | /s/ *Katherine A. Nixon*<br>Raymond J. Obuchowski<br>**OBUCHOWSKI LAW OFFICE**<br>1542 Route 107, PO Box 60<br>Bethel, VT 05032<br>(802) 234-6244<br>ray@oeblaw.com<br><br>James L. Baillie (*pro hac vice*)<br>Steven R. Kinsella (*pro hac vice*)<br>Samuel M. Andre (*pro hac vice*)<br>Katherine A. Nixon (*pro hac vice*)<br>**FREDRIKSON & BYRON, P.A.**<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-4400<br>(612) 492-7000<br>jbaillie@fredlaw.com<br>skinsella@fredlaw.com<br>sandre@fredlaw.com<br>knixon@fredlaw.com<br><br>**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |