**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

      Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

---

**DINSE P.C.'S MONTHLY FEE STATEMENT FOR JUNE 2025**

---

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Dinse P.C. ("Dinse"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from June 1, 2025 to June 30, 2025 (the "Compensation Period") in the amount of $8,268.40 (80% of $10,335.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

Dinse's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Thursday, July 30, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Dinse will file a certificate of no objection with the Court and the Diocese will be authorized to pay Dinse the amounts described herein.

| | |
|---|---|
| Dated:  July 16, 2025 | /s/ *Nicole Andreson* |
| | Nicole Andreson |
| | **DINSE P.C.** |
| | P.O. Box 988 |
| | 209 Battery Street |
| | Burlington, VT 05402-0988 |
| | (802) 864-5751 |
| | nandreson@dinse.com |
| | |
| | **ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |

Prepared with assistance from:

| | |
|---|---|
| Dated:  July 16, 2025 | /s/ *Katherine A. Nixon* |
| | Raymond J. Obuchowski |
| | **OBUCHOWSKI LAW OFFICE** |
| | 1542 Route 107, PO Box 60 |
| | Bethel, VT 05032 |
| | (802) 234-6244 |
| | ray@oeblaw.com |
| | |
| | James L. Baillie (*pro hac vice*) |
| | Steven R. Kinsella (*pro hac vice*) |
| | Samuel M. Andre (*pro hac vice*) |
| | Katherine A. Nixon (*pro hac vice*) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 60 South Sixth Street, Suite 1500 |
| | Minneapolis, MN  55402-4400 |
| | (612) 492-7000 |
| | jbaillie@fredlaw.com |
| | skinsella@fredlaw.com |
| | sandre@fredlaw.com |
| | knixon@fredlaw.com |
| | |
| | **ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |

## **EXHIBIT A**

Case 24-10205    Doc    398   Filed 07/16/25   Entered   07/16/25 14:46:04   Desc   Main Document   Page   3 of 7



209 Battery Street
PO Box 988
Burlington, VT 05402

Roman Catholic Diocese of Burlington
Bishop John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---:|
| Invoice Date: | July 15, 2025 |
| Invoice No.: | 242664 |
| Matter Number: | 12530.0049 |

Client:      Roman Catholic Diocese
Matter:      Bankruptcy Action

For professional services rendered through June 30, 2025

Currency: USD

| | |
|---|---:|
| Fees | 10,335.50 |
| **Amount Due - This Invoice** | **$10,335.50** |
| Prior Balance | 16,668.50 |
| **Total Amount Due** | **$27,004.00** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|:---:|:---:|:---:|
| Dinse P.C. |  | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |
| | Email ar@dinse.com with remittance information | Follow the link to "Pay Your Bill" |

| | |
|---|---|
| Client: Roman Catholic Diocese | Invoice Date: July 15, 2025 |
| Matter: Bankruptcy Action | Invoice No.: 242664 |
| | Matter Number: 12530.0049 |

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 1.30 | 292.50 |
| 06/02/2025 | Margarita I Warren | Privilege review and analysis of documents responsive to Committee's requests for production | 4.80 | 1,896.00 |
| 06/04/2025 | Margarita I Warren | Continued privilege review and analysis of documents responsive to Committee's requests for production | 1.00 | 395.00 |
| 06/05/2025 | Margarita I Warren | Continue to work on privilege review and analysis of documents responsive to Committee's requests for production | 3.60 | 1,422.00 |
| 06/06/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 3.00 | 675.00 |
| 06/06/2025 | Margarita I Warren | Continued to work on privilege review and analysis of documents responsive to Committee's requests for production | 4.00 | 1,580.00 |
| 06/09/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 3.20 | 720.00 |
| 06/10/2025 | Margarita I Warren | Continued to work on privilege review and analysis of documents responsive to Committee's requests for production | 2.40 | 948.00 |
| 06/10/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 0.90 | 202.50 |
| 06/10/2025 | Amanda J Mitchell | Redacted privileged and confidential materials from documents responsive to Committee's request for production | 3.30 | 973.50 |
| 06/11/2025 | Madeleine H Boyce | Redacted privileged and confidential materials from documents responsive to Committee's request for production | 1.40 | 315.00 |
| 06/11/2025 | Margarita I Warren | Continued to work on privilege review and analysis of documents responsive to Committee's requests for production | 0.40 | 158.00 |
| 06/11/2025 | Margarita I Warren | Correspondence with bankruptcy counsel and client regarding status of privilege review and analysis of documents responsive to the Committee's requests for production | 0.10 | 39.50 |

Client: Roman Catholic Diocese  Invoice Date: July 15, 2025
Matter: Bankruptcy Action  Invoice No.: 242664
Matter Number: 12530.0049

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/11/2025 | Amanda J Mitchell | Redacted privileged and confidential materials from documents responsive to Committee's request for production | 1.80 | 531.00 |
| 06/12/2025 | Madeleine H Boyce | Redacted privileged and confidential materials from documents responsive to Committee's request for production | 0.20 | 45.00 |
| 06/24/2025 | Nicole Andreson | Work on analyzing issues related to claimants and trusts | 0.30 | 142.50 |
| **Total** | | | **31.70** | **$10,335.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Amanda J Mitchell | Paralegal | 5.10 | 295.00 | 1,504.50 |
| Madeleine H Boyce | Paralegal | 10.00 | 225.00 | 2,250.00 |
| Margarita I Warren | Partner | 16.30 | 395.00 | 6,438.50 |
| Nicole Andreson | Partner | 0.30 | 475.00 | 142.50 |
| **Total** | | **31.70** | | **$10,335.50** |

**Invoice Summary**

| | This Invoice |
|---|---|
| Fees | $10,335.50 |
| Costs | $0.00 |
| Charges/Tax | $0.00 |
| **Total** | **$10,335.50** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 13,737.50 | 2,931.00 | 0.00 | 0.00 | 0.00 |

**Total** $16,668.50

## CERTIFICATE OF SERVICE

I, Katherine A. Nixon, hereby certify that on July 16, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| | | |
|---|---|---|
| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

                                                        */e/ Katherine A. Nixon*
                                                        Katherine A. Nixon