UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT

Filed & Entered
On Docket
07/25/2025

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

**ORDER UNDER 11 U.S.C. § 327(a), FED. R. BANKR. P. 2014(a), AND LOCAL RULE 2014-1 AUTHORIZING EMPLOYMENT OF CHAMPLAIN VALLEY APPRAISAL SERVICES, PLLC AS APPRAISER FOR THE DIOCESE**

Upon consideration of the Application for Order Under 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a), and Local Rule 2014-1 Authorizing Employment of Champlain Valley Appraisal Services, PLLC as Appraiser (the "Application") (ECF No.382) filed by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), and the Official Committee of Unsecured Creditors of the Diocese (the "Committee" and, together with the Diocese, the "Movants"); and upon consideration of the declaration of Brett Schermerhorn in support of the Application; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Diocese's estate, the Diocese's creditors, and other parties in interest; and the Diocese having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

2.      The Diocese is authorized to retain Champlain Valley Appraiser Services, PLLC as its appraiser.

3.      Champlain Valley Appraiser Services, PLLC and the Diocese are authorized and empowered to take all actions necessary to provide services as described in the Application.

4.      Final compensation and commission for Champlain Valley Appraiser Services, PLLC is subject to Court approval pursuant to Vermont Local Bankruptcy Rule 2016-1.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6.      Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, this Order shall be immediately effective and enforceable upon its entry.

July 25, 2025
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

2