## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

In re:

ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,

Debtor.

Chapter 11
Case No. 24-10205-HCZ

### NOTICE OF WITHDRAWAL OF JOINT MOTION OF DEBTOR AND RICE MEMORIAL HIGH SCHOOL TO PAY PREPETITION CLAIMS

Rice Memorial High School and the Roman Catholic Diocese of Burlington, Vermont, with the consent of the Official Committee of Unsecured Creditors, hereby withdraws the *Joint Motion of Debtor and Rice Memorial High School to Pay Prepetition Claims* [Dkt. No. 372] (the "Motion").  The Motion is no longer necessary.

Dated: July 28, 2025

/s/ Jeremy R. Fischer
Jeremy R. Fischer
**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
(207) 772-1941
jfischer@dwmlaw.com

*Counsel to Rice Memorial High School*

-and-

Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre  (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
skinsella@fredlaw.com
sandre@fredlaw.com

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032 (802) 234-6244
ray@oeblaw.com

*Counsel to The Roman Catholic Diocese of Burlington, Vermont*