# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:
Roman Catholic Diocese of Burlington, Vermont,

Debtor(s)

Case# 24-10205-*hzc*

Chapter 11

## SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 07/30/2025, I did cause a copy of the following documents, described below.

- JOINT MOTION OF DEBTOR AND RICE MEMORIAL HIGH SCHOOL TO PAY PREPETITION CLAIMS WITH INCORPORATED MEMORANDUM OF LAW [ECF #372]

- SECOND MOTION FOR ENTRY OF AN ORDER EXTENDING EXCLUSIVE PERIODS UNDER 11 U.S.C. § 1121(d) [ECF #389]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A** and incorporated as if fully set forth herein.

DATED: 08/01/2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com

# **<u>Exhibit A</u>**

**Exhibit A**

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| GALLAGHER, FLYNN & CO. LLP | PO BOX 2144 | | SOUTH BURLINGTON | VT | 05407-2144 |
| GALLAGHER, FLYNN & CO. LLP | ATTN: ELIZABETH PRUE | PO BOX 2144 | SOUTH BURLINGTON | VT | 05407-2144 |