# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

## ORDER GRANTING AMENDED SECOND INTERIM APPLICATION OF DINSE P.C. FOR ALLOWANCE OF FEES AS SPECIAL COUNSEL FOR THE DIOCESE FROM JANUARY 1, 2025 THROUGH MARCH 31, 2025

This case came before the Court on the Amended Second Interim Application of Dinse P.C. for Allowance of Fees as Special Counsel for the Diocese from January 1, 2025 through March 31, 2025 (doc. # 385) (the "Amended Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation procedures. (doc. # 180) After due consideration, the Court finds that the fees and expenses described in the Amended Application are reasonable and constitute actual and necessary fees and expenses. Therefore, for good cause shown, **IT IS HEREBY ORDERED:**

1. Dinse P.C.'s fees incurred between January 1, 2025 and March 31, 2025 in the amount of $7,544.50 are allowed.

2. The Diocese (as defined in the Amended Application) is authorized to pay such allowed postpetition fees and expenses.

3. Dinse P.C.'s fees and expenses allowed in this Order are granted administrative priority under 11 U.S.C. § 503(b).

4. Notice of the Amended Application is limited under Fed. R. Bankr. P. 2002(i).

August 12, 2025
Burlington, Vermont

*Heather Z. Cooper*
Heather Z. Cooper
United States Bankruptcy Judge