**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

        Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

**FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT**
**FOR JULY 2025**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from July 1, 2025 to July 31, 2025 (the "Compensation Period") in the amount of $54,410.00 (80% of $68,012.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $1,890.00.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Wednesday, August 27, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  August 13, 2025

/s/ *Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

## EXHIBIT A

**Diocese of Burlington**
**08/11/25**
**098358**

| Invoice | Date | Fees | Costs | Total | | 0.80 | | 0.20 |
|---------|------|------|-------|-------|---|------|---|------|
| 1946966 | 8/4/2025 | $ 2,272.00 | $ - | $ 2,272.00 | $ | 1,817.60 | $ | 454.40 |
| 1946967 | 8/4/2025 | $ 35,617.00 | $ 1,890.00 | $ 37,507.00 | $ | 28,493.60 | $ | 7,123.40 |
| 1946968 | 8/4/2025 | $ 862.50 | $ - | $ 862.50 | $ | 690.00 | $ | 172.50 |
| 1946969 | 8/4/2025 | $ 1,470.00 | $ - | $ 1,470.00 | | 1,176.00 | $ | 294.00 |
| 1946970 | 8/4/2025 | $ 24,717.50 | $ - | $ 24,717.50 | $ | 19,774.00 | $ | 4,943.50 |
| 1946971 | 8/4/2025 | $ 1,885.50 | $ - | $ 1,885.50 | $ | 1,508.40 | $ | 377.10 |
| 1946972 | 8/4/2025 | $ 48.50 | $ - | $ 48.50 | $ | 38.80 | $ | 9.70 |
| 1946973 | 8/4/2025 | $ 848.50 | $ - | $ 848.50 | $ | 678.80 | $ | 169.70 |
| 1946974 | 8/4/2025 | $ 291.00 | $ - | $ 291.00 | | 232.80 | $ | 58.20 |
| **Total** | | **$ 68,012.50** | **$ 1,890.00** | **$ 69,902.50** | $ | **54,410.00** | $ | **13,602.50** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1946967 |
| **Invoice Date:** | August 4, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5000 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Case Administration**

| | |
|---|---|
| Total for Current Legal Fees: | $ 35,617.00 |
| Total For Current Costs and Other Charges: | $ 1,890.00 |
| **Total For Current Invoice:** | **$ 37,507.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1946967**
**Invoice Date:** **August 4, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 11/04/24 | 1888523 | 43,312.28 | (40,178.93) | 3,133.35 |
| 01/06/25 | 1901844 | 8,114.32 | (8,074.32) | 40.00 |
| 03/10/25 | 1914882 | 5,342.47 | | 5,342.47 |
| 04/04/25 | 1921192 | 168.00 | | 168.00 |
| 05/05/25 | 1928133 | 4,428.94 | | 4,428.94 |
| 06/03/25 | 1934596 | 8,752.90 | | 8,752.90 |
| 07/02/25 | 1940650 | 7,601.68 | | 7,601.68 |

**Total Prior Balance:**                                            **$ 29,467.34**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 4, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1946967** |
| **Invoice Date:** | **August 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5000** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/07/25 | S. Kinsella | Begin preparing mediation statement (1.2); meeting with client regarding the same (1.0). | 2.20 | 1,397.00 |
| 07/07/25 | S. Andre | Prepare for court-ordered mediation. | 0.70 | 395.50 |
| 07/07/25 | K. Nixon | Prepare for mediation. | 0.70 | 339.50 |
| 07/08/25 | S. Andre | Prepare for mediation. | 0.10 | 56.50 |
| 07/09/25 | S. Andre | Prepare for mediation and next steps in case with state court counsel. | 0.50 | 282.50 |
| 07/09/25 | S. Kinsella | Draft mediation statement (1.0); communications with mediators (.2). | 1.20 | 762.00 |
| 07/10/25 | S. Kinsella | Phone call with mediator (.7); continue to draft mediation statement (.3). | 1.00 | 635.00 |
| 07/10/25 | K. Nixon | Attention to request from mediators for contact information for counsel for interested parties including parishes and VCC. | 0.40 | 194.00 |
| 07/14/25 | S. Andre | Correspondence with mediator regarding preparation for mediation. | 0.30 | 169.50 |
| 07/15/25 | S. Kinsella | Phone call with mediator. | 0.40 | 254.00 |
| 07/16/25 | S. Kinsella | Draft mediation statement. | 0.10 | 63.50 |
| 07/17/25 | S. Kinsella | Draft mediation statement. | 3.40 | 2,159.00 |
| 07/17/25 | S. Andre | Prepare for mediation. | 0.40 | 226.00 |
| 07/17/25 | K. Nixon | Research certain issues in preparation for mediation. | 1.50 | 727.50 |
| 07/18/25 | S. Kinsella | Draft mediation statement. | 1.00 | 635.00 |
| 07/18/25 | S. Andre | Prepare for mediation. | 1.20 | 678.00 |
| 07/21/25 | S. Kinsella | Phone conference with mediators and Committee counsel and follow up communication with client. | 1.10 | 698.50 |
| 07/21/25 | S. Andre | Prepare for mediation. | 1.50 | 847.50 |



Invoice:        **1946967**
Invoice Date:   **August 4, 2025**
Page:           2

| 07/21/25 | K. Nixon | Prepare for mediation. | 0.20 | 97.00 |
|---|---|---|---|---|
| 07/22/25 | S. Kinsella | Review and analyze Committee mediation statement (.6); phone call with client (.5); prepare mediation strategy and identify supplemental research issues (1.0). | 2.10 | 1,333.50 |
| 07/22/25 | S. Andre | Prepare for mediation. | 3.40 | 1,921.00 |
| 07/22/25 | S. Andre | Analyze UCC mediation statement and mediation positions. | 0.80 | 452.00 |
| 07/22/25 | K. Nixon | Prepare for mediation. | 0.50 | 242.50 |
| 07/23/25 | S. Andre | Prepare for mediation. | 0.30 | 169.50 |
| 07/24/25 | S. Kinsella | Prepare for and participate in meeting with mediators (.9); prepare supplemental mediation statement (1.5); communications with client regarding mediation (.2); prepare mediation strategy (.6). | 3.20 | 2,032.00 |
| 07/24/25 | S. Andre | Prepare for mediation. | 0.90 | 508.50 |
| 07/24/25 | S. Andre | Prepare addendum to mediation statement related to position on trusts and parishes. | 1.30 | 734.50 |
| 07/24/25 | K. Nixon | Prepare for mediation, including research of corporation sole. | 3.70 | 1,794.50 |
| 07/25/25 | S. Kinsella | Revise supplemental mediation statement (1.2); meting with Committee counsel regarding mediation agenda (.6). | 1.80 | 1,143.00 |
| 07/25/25 | S. Andre | Prepare addendum to mediation statement related to position on trusts and parishes. | 0.60 | 339.00 |
| 07/25/25 | S. Andre | Prepare for mediation. | 0.20 | 113.00 |
| 07/25/25 | K. Nixon | Revise supplement to mediation statement and prepare for mediation. | 2.70 | 1,309.50 |
| 07/28/25 | S. Kinsella | Prepare for and participate in mediation session and follow up discussions. | 7.40 | 4,699.00 |
| 07/28/25 | S. Andre | Prepare for and attend mediation. | 6.40 | 3,616.00 |
| 07/28/25 | K. Nixon | Strategize next steps for mediation. | 0.30 | 145.50 |
| 07/29/25 | S. Kinsella | Meeting with client regarding mediation preparation for next session (1.1); phone call with parish counsel regarding mediation information (.6); communications with counsel for Catholic entity regarding the same (.2); review produced information for mediation preparation (1.0). | 2.80 | 1,778.00 |
| 07/29/25 | S. Andre | Prepare for further mediation. | 0.60 | 339.00 |
| 07/29/25 | S. Andre | Prepare joint defense agreement. | 0.80 | 452.00 |



**Invoice:**          **1946967**
**Invoice Date:**     **August 4, 2025**
**Page:**             **3**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/30/25 | S. Kinsella | Phone call with local counsel regarding mediation issue (.3); communications with counsel for other Catholic entities regarding mediation information requests (.2). | 0.50 | 317.50 |
| 07/30/25 | S. Andre | Analyze parallel Catholic Diocese bankruptcy cases in preparation for mediation. | 0.20 | 113.00 |
| 07/30/25 | S. Andre | Prepare joint defense agreement and correspond with parish counsel on same. | 0.20 | 113.00 |
| 07/31/25 | S. Andre | Prepare for mediation and coordinate information from third parties for same. | 0.90 | 508.50 |
| 07/31/25 | S. Kinsella | Phone call with counsel for Catholic entity regarding document production (.6); communications with client regarding mediation strategy (.4); communications with Catholic entity counsel regarding documents (.3). | 1.30 | 825.50 |
| | **Current Legal Fees:** | | **60.80** | **$ 35,617.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 10.00 | 4,850.00 |
| Steven R.  Kinsella | 635.00 | 29.50 | 18,732.50 |
| Samuel M.  Andre | 565.00 | 21.30 | 12,034.50 |
| **Total** | | **60.80** | **$ 35,617.00** |

## Costs and Other Charges

| | Incurred Amount | Billed Amount |
|---|---|---|
| | **Incurred Amount** | **Billed Amount** |
| Research via Westlaw | 480.00 | 0.00 |
| Litigation Support Services | 1,890.00 | 1,890.00 |
| **Current Costs and Other Charges:** | **2,370.00** | **$ 1,890.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 35,617.00 |

Fredrikson & Byron, P.A.
P.O. Box 1484  |  Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



Total For Current Costs and Other Charges:                                $ 1,890.00

**Total For Current Invoice:**                                      **$ 37,507.00**

# Fredrikson

**Invoice:** 1946966
**Invoice Date:** August 4, 2025
**Client Number:** 098358
**Matter Number:** 098358.5001

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees:  $ 2,272.00

**Total For Current Invoice:**  **$ 2,272.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID: ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1946966**
**Invoice Date:** **August 4, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 01/06/25 | 1901845 | 9,052.50 | | 9,052.50 |
| 05/05/25 | 1928136 | 395.50 | | 395.50 |
| 06/03/25 | 1934597 | 1,397.00 | | 1,397.00 |
| 07/02/25 | 1940651 | 254.00 | | 254.00 |

**Total Prior Balance:** **$ 11,099.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 4, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1946966
**Invoice Date:** August 4, 2025
**Client Number:** 098358
**Matter Number:** 098358.5001

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/25 | S. Kinsella | Analyze assets for mediation. | 0.10 | 63.50 |
| 07/03/25 | S. Kinsella | Analyze assets for mediation. | 1.20 | 762.00 |
| 07/18/25 | S. Andre | Correspond with parish counsel regarding Cathedral appraisal and purchase agreement information. | 0.10 | 56.50 |
| 07/25/25 | S. Stallings | Review balance sheets and prepare list of fixed assets and unrestricted and restricted investments regarding parishes. | 3.50 | 822.50 |
| 07/27/25 | S. Stallings | Attention to restricted and unrestricted assets on balance sheets. | 0.70 | 164.50 |
| 07/29/25 | S. Kinsella | Analyze real estate appraisal issues. | 0.10 | 63.50 |
| 07/29/25 | K. Nixon | Phone call with appraiser re: needed information (0.3); emails to client, committee counsel, and appraiser re: the same (0.3). | 0.60 | 291.00 |
| 07/31/25 | K. Nixon | Follow up with client re: needed information for appraiser. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **6.40** | **$ 2,272.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 4.20 | 987.00 |
| Katherine  Nixon | 485.00 | 0.70 | 339.50 |
| Steven R.  Kinsella | 635.00 | 1.40 | 889.00 |
| Samuel M.  Andre | 565.00 | 0.10 | 56.50 |
| **Total** | | **6.40** | **$ 2,272.00** |

**Fredrikson**

**Invoice:** **1946966**
**Invoice Date:** **August 4, 2025**
**Page:** **2**

<u>**Invoice Totals**</u>

Total for Current Legal Fees:                                                                    $ 2,272.00

**Total For Current Invoice:**                                                          **$ 2,272.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1946974** |
| **Invoice Date:** | **August 4, 2025** |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5002 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Asset Disposition**

| | |
|---|---|
| Total for Current Legal Fees: | $ 291.00 |
| **Total For Current Invoice:** | **$ 291.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1946974**
**Invoice Date:** **August 4, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 04/04/25 | 1921193 | 203.20 | | 203.20 |
| 05/05/25 | 1928140 | 660.50 | | 660.50 |
| 06/03/25 | 1934598 | 481.50 | | 481.50 |
| 07/02/25 | 1940652 | 97.00 | | 97.00 |

**Total Prior Balance:** **$ 1,442.20**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 4, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1946974**
**Invoice Date:** **August 4, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5002**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/07/25 | K. Nixon | Respond to email from client re: sale of certain cars and equipment (0.1); email real estate agent and committee counsel re: Loretto Home option agreement (0.1). | 0.20 | 97.00 |
| 07/11/25 | K. Nixon | Email client and real estate agent re: Loretto Home offer. | 0.10 | 48.50 |
| 07/17/25 | K. Nixon | Email client re: sale of certain equipment and utility payments. | 0.10 | 48.50 |
| 07/30/25 | K. Nixon | Email client and real estate broker re: sale of Loretto Home (0.1); emails with local counsel re: purchase offer (0.1). | 0.20 | 97.00 |
| | **Current Legal Fees:** | | **0.60** | **$ 291.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 0.60 | 291.00 |
| **Total** | | **0.60** | **$ 291.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 291.00 |
| **Total For Current Invoice:** | **$ 291.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1946973** |
| **Invoice Date:** | **August 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5006** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Business Operations**

Total for Current Legal Fees:      $ 848.50

**Total For Current Invoice:**      **$ 848.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID: ████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1946973**
**Invoice Date:** **August 4, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914880 | 4,970.00 | | 4,970.00 |
| 04/04/25 | 1921194 | 2,811.60 | | 2,811.60 |
| 05/05/25 | 1928143 | 1,923.50 | | 1,923.50 |
| 06/03/25 | 1934599 | 247.00 | | 247.00 |
| 07/02/25 | 1940653 | 190.50 | | 190.50 |

**Total Prior Balance:**                                                    **$ 10,142.60**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 4, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1946973** |
| **Invoice Date:** | **August 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5006** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/10/25 | S. Kinsella | Communications with client regarding operational issue. | 0.20 | 127.00 |
| 07/10/25 | K. Nixon | Attention to email from client re: MOU with Cathedral. | 0.10 | 48.50 |
| 07/15/25 | K. Nixon | Review responses to motion to pay critical vendors and email client re: the same. | 0.20 | 97.00 |
| 07/16/25 | S. Kinsella | Communications with client regarding equipment issue. | 0.10 | 63.50 |
| 07/22/25 | S. Andre | Analyze filings regarding Rice payments and correspondence with Rice related to same. | 0.20 | 113.00 |
| 07/25/25 | S. Kinsella | Communications with client and bank representative regarding seminarian expense. | 0.30 | 190.50 |
| 07/28/25 | S. Kinsella | Communications with trustee regarding reimbursement of charitable trust expense. | 0.10 | 63.50 |
| 07/29/25 | K. Nixon | Emails to counsel for Rice and client re: prepetition vendor payments. | 0.20 | 97.00 |
| 07/30/25 | K. Nixon | Respond to email from client re: Rice FY25 and 26 audits. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **1.50** | **$ 848.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** **1946973**
**Invoice Date:** **August 4, 2025**
**Page:** **2**

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 0.60 | 291.00 |
| Steven R.  Kinsella | 635.00 | 0.70 | 444.50 |
| Samuel M.  Andre | 565.00 | 0.20 | 113.00 |
| **Total** | | **1.50** | **$ 848.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 848.50 |
| **Total For Current Invoice:** | **$ 848.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1946972** |
| **Invoice Date:** | **August 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5007** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Claims Administration and  Objections**

| | |
|---|---|
| Total for Current Legal Fees: | $ 48.50 |
| **Total For Current Invoice:** | **$ 48.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | |
|---|---|---|
| **Invoice:** | **1946972** | |
| **Invoice Date:** | **August 4, 2025** | |
| **Page:** | | |

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 03/10/25 | 1914868 | 2,194.80 | | 2,194.80 |
| 04/04/25 | 1921195 | 3,134.40 | | 3,134.40 |
| 05/05/25 | 1928146 | 4,622.00 | | 4,622.00 |
| 06/03/25 | 1934600 | 451.50 | | 451.50 |
| 07/02/25 | 1940654 | 533.50 | | 533.50 |
| | **Total Prior Balance:** | | | **$ 10,936.20** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 4, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** 1946972
**Invoice Date:** August 4, 2025
**Client Number:** 098358
**Matter Number:** 098358.5007

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/10/25 | K. Nixon | Email special counsel re: confidentiality agreement. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.10** | **$ 48.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 0.10 | 48.50 |
| **Total** | | **0.10** | **$ 48.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 48.50 |
| **Total For Current Invoice:** | **$ 48.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1946971** |
| **Invoice Date:** | **August 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees:                                                                $ 1,885.50

**Total For Current Invoice:**                                                          **$ 1,885.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1946971**
**Invoice Date:** **August 4, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914874 | 5,962.40 | | 5,962.40 |
| 04/04/25 | 1921197 | 2,267.20 | | 2,267.20 |
| 05/05/25 | 1928150 | 3,810.00 | | 3,810.00 |
| 06/03/25 | 1934602 | 3,647.00 | | 3,647.00 |
| 07/02/25 | 1940655 | 3,235.00 | | 3,235.00 |

**Total Prior Balance:**                                              **$ 18,921.60**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 4, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1946971**
**Invoice Date:** **August 4, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5010**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/07/25 | S. Andre | Prepare and finalize application to employ appraiser. | 0.20 | 113.00 |
| 07/08/25 | S. Stallings | Attention to finalizing and e filing application to employ Brett Schermerhorn as appraiser. | 0.30 | 70.50 |
| 07/10/25 | K. Nixon | Draft CNOs for May 2025 (0.2); draft June 2025 monthly fee statements (0.4). | 0.60 | 291.00 |
| 07/11/25 | S. Stallings | Attention to finalizing and e-filing Fredrikson's monthly fee statement for June and Dinse's amended application for compensation. | 0.30 | 70.50 |
| 07/15/25 | K. Nixon | Email other counsel re: third interim fee applications (0.2); finalize CNOs for May 2025 (0.1); email UST re: April-June LEDES data (0.1); update schedule of payments to professionals (0.1). | 0.50 | 242.50 |
| 07/16/25 | K. Nixon | Finalize Dinse June 2025 monthly fee statement and coordinate filing of the same. | 0.20 | 97.00 |
| 07/21/25 | K. Nixon | Revise schedule of payments to professionals. | 0.30 | 145.50 |
| 07/22/25 | S. Andre | Correspond with appraiser regarding status of application to employ and appraisal of real property. | 0.10 | 56.50 |
| 07/23/25 | K. Nixon | Draft revise proposed order authorizing employment of appraiser and emails to court staff and committee counsel re: the same. | 0.30 | 145.50 |
| 07/25/25 | S. Kinsella | Prepare portion of application to employ insurance archaeologist. | 0.60 | 381.00 |
| 07/25/25 | K. Nixon | Emails to court staff re: revised order authorizing employment of appraiser. | 0.20 | 97.00 |
| 07/31/25 | S. Kinsella | Phone call with appraiser. | 0.20 | 127.00 |



**Invoice:** **1946971**
**Invoice Date:** **August 4, 2025**
**Page:** **2**

| | | | | |
|---|---|---|---|---|
| 07/31/25 | K. Nixon | Revise schedule of payments to professionals. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **3.90** | **$ 1,885.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.60 | 141.00 |
| Katherine  Nixon | 485.00 | 2.20 | 1,067.00 |
| Steven R.  Kinsella | 635.00 | 0.80 | 508.00 |
| Samuel M.  Andre | 565.00 | 0.30 | 169.50 |
| **Total** | | **3.90** | **$ 1,885.50** |

## Invoice Totals

Total for Current Legal Fees: $ 1,885.50

**Total For Current Invoice:** **$ 1,885.50**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1946970 |
| **Invoice Date:** | **August 4, 2025** |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5013 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees: $ 24,717.50

**Total For Current Invoice:** **$ 24,717.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID: ████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1946970**
**Invoice Date:** **August 4, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914876 | 6,022.40 | | 6,022.40 |
| 04/04/25 | 1921198 | 14,720.00 | | 14,720.00 |
| 05/05/25 | 1928152 | 16,257.00 | | 16,257.00 |
| 06/03/25 | 1934603 | 15,139.50 | | 15,139.50 |
| 07/02/25 | 1940656 | 15,386.50 | | 15,386.50 |

**Total Prior Balance:**                                          **$ 67,525.40**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 4, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**          **1946970**
**Invoice Date:**     **August 4, 2025**
**Client Number:**    **098358**
**Matter Number:**    **098358.5013**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.80 | 1,017.00 |
| 07/02/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.60 | 904.00 |
| 07/02/25 | S. Kinsella | Communications with counsel for committee. | 0.20 | 127.00 |
| 07/03/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.20 | 678.00 |
| 07/03/25 | S. Andre | Correspond with Parish counsel regarding provision of access to accounting data in response to UCC subpoena. | 0.10 | 56.50 |
| 07/04/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.00 | 565.00 |
| 07/06/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 4.20 | 2,373.00 |
| 07/07/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 4.00 | 2,260.00 |
| 07/07/25 | S. Andre | Correspond with parish counsel regarding UCC access to Quickbook information and information on Cathedral sale. | 0.20 | 113.00 |
| 07/07/25 | S. Kinsella | Communications with Committee counsel. | 0.10 | 63.50 |
| 07/08/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 4.10 | 2,316.50 |
| 07/09/25 | S. Andre | Prepare for and meeting with UCC on next steps in case. | 0.90 | 508.50 |
| 07/09/25 | S. Kinsella | Prepare for and participate in meeting with the Committee counsel. | 0.80 | 508.00 |
| 07/09/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 3.10 | 1,751.50 |

# FREDRIKSON

**Invoice:**          **1946970**
**Invoice Date:**     **August 4, 2025**
**Page:**             **2**

| 07/10/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 5.20 | 2,938.00 |
|---|---|---|---|---|
| 07/10/25 | S. Kinsella | Follow up communications with Committee counsel. | 0.10 | 63.50 |
| 07/11/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 3.20 | 1,808.00 |
| 07/13/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 3.00 | 1,695.00 |
| 07/14/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.50 | 847.50 |
| 07/14/25 | S. Kinsella | Communications with mediator and other parties regarding document production. | 0.20 | 127.00 |
| 07/15/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.10 | 621.50 |
| 07/16/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 0.30 | 169.50 |
| 07/16/25 | S. Andre | Correspond with Committee regarding status of parish financials and follow up documents. | 0.10 | 56.50 |
| 07/17/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 1.30 | 734.50 |
| 07/18/25 | S. Andre | Analyze client documents in response to UCC subpoena. | 2.60 | 1,469.00 |
| 07/21/25 | S. Kinsella | Communications with Committee counsel regarding mediation. | 0.10 | 63.50 |
| 07/22/25 | S. Andre | Correspond with client regarding parish QuickBooks data and provision of same to UCC. | 0.20 | 113.00 |
| 07/22/25 | S. Andre | Correspond with UCC regarding weekly status meeting and preparation for mediation. | 0.10 | 56.50 |
| 07/22/25 | S. Andre | Correspond with UCC regarding priest personnel files and follow up documents. | 0.10 | 56.50 |
| 07/24/25 | S. Andre | Correspond with UCC and parishes regarding status of case and cathedral appraisal. | 0.10 | 56.50 |
| 07/25/25 | S. Kinsella | Communications with Committee counsel. | 0.10 | 63.50 |
| 07/29/25 | S. Andre | Correspondence with UCC regarding potential plan and settlement payment options. | 0.10 | 56.50 |
| 07/30/25 | S. Andre | Correspond with UCC counsel regarding weekly meeting on status of case. | 0.10 | 56.50 |
| 07/31/25 | S. Kinsella | Meeting with Committee counsel. | 0.40 | 254.00 |



| | | | Invoice: | **1946970** |
|---|---|---|---|---|
| | | | Invoice Date: | **August 4, 2025** |
| | | | Page: | **3** |

| | | | | |
|---|---|---|---|---|
| 07/31/25 | S. Andre | Prepare for and meeting with UCC on status and next steps in case and mediation. | 0.30 | 169.50 |
| | **Current Legal Fees:** | | **43.50** | **$ 24,717.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 2.00 | 1,270.00 |
| Samuel M.  Andre | 565.00 | 41.50 | 23,447.50 |
| **Total** | | **43.50** | **$ 24,717.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 24,717.50 |
| **Total For Current Invoice:** | **$ 24,717.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | 1946969 |
| **Invoice Date:** | August 4, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5015 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees: $ 1,470.00

**Total For Current Invoice:** **$ 1,470.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ██████

**Please remit this page with your payment. Thank you. We appreciate your business.**



| | Invoice: | **1946969** |
|---|---|---|
| | Invoice Date: | **August 4, 2025** |
| | Client Number: | **098358** |
| | Matter Number: | **098358.5015** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/10/25 | K. Nixon | Draft second motion to extend exclusivity period and circulate the same for review by committee, client, and UST. | 0.90 | 436.50 |
| 07/11/25 | K. Nixon | Phone call from local counsel re: notice period for exclusivity motion. | 0.10 | 48.50 |
| 07/14/25 | S. Kinsella | Negotiate with Committee counsel regarding motion to extend exclusivity period. | 0.10 | 63.50 |
| 07/14/25 | K. Nixon | Phone call with committee counsel re: motion to extend exclusivity (0.1); revise motion and coordinate filing and notice of the same (0.9). | 1.00 | 485.00 |
| 07/29/25 | K. Nixon | Prepare for and attend hearing on motion to attend exclusivity periods and strategize next steps based on current deadlines. | 0.90 | 436.50 |
| | **Current Legal Fees:** | | **3.00** | **$ 1,470.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 2.90 | 1,406.50 |
| Steven R.  Kinsella | 635.00 | 0.10 | 63.50 |
| **Total** | | **3.00** | **$ 1,470.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,470.00 |
| **Total For Current Invoice:** | **$ 1,470.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1946968** |
| **Invoice Date:** | **August 4, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5018** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Reporting**

Total for Current Legal Fees: $ 862.50

**Total For Current Invoice:** **$ 862.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1946968**
**Invoice Date:** **August 4, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 03/10/25 | 1914878 | 436.40 | | 436.40 |
| 04/04/25 | 1921199 | 654.40 | | 654.40 |
| 05/05/25 | 1928154 | 604.00 | | 604.00 |
| 06/03/25 | 1934605 | 386.50 | | 386.50 |
| 07/02/25 | 1940657 | 338.00 | | 338.00 |

**Total Prior Balance:** **$ 2,419.30**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 4, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**          **1946968**
**Invoice Date:**     **August 4, 2025**
**Client Number:**    **098358**
**Matter Number:**    **098358.5018**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/09/25 | K. Nixon | Respond to email from client re: July MOR due date. | 0.10 | 48.50 |
| 07/16/25 | S. Stallings | Attention to analyzing Bishop's appraised insignia jewelry and prepare amended schedules. | 0.70 | 164.50 |
| 07/21/25 | K. Nixon | Review and finalize June 2025 MOR. | 0.90 | 436.50 |
| 07/21/25 | S. Stallings | Revisions to amending schedules and statements for the Diocese (.2); email to Bishop confirming approximate number of jewelry (.2). | 0.40 | 94.00 |
| 07/21/25 | S. Stallings | Attention to finalizing and efiling June monthly operating report and exhibits for the Diocese of Burlington. | 0.30 | 70.50 |
| 07/31/25 | K. Nixon | Respond to email from client re: UST quarterly fees. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **2.50** | **$ 862.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Shataia  Stallings | 235.00 | 1.40 | 329.00 |
| Katherine  Nixon | 485.00 | 1.10 | 533.50 |
| **Total** | | **2.50** | **$ 862.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 862.50 |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1946968**
**Invoice Date:** **August 4, 2025**
**Page:** **2**

**Total For Current Invoice:** **$ 862.50**

## <u>CERTIFICATE OF SERVICE</u>

I, Katherine A. Nixon, hereby certify that on August 11, 2025, I caused a true and correct

copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification

of such filing to all ECF participants. Additionally, I caused the same to be served on the following

Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
|---|---|---|
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

/s/ *Katherine A. Nixon*
Katherine A. Nixon