**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>Roman Catholic Diocese of Burlington, Vermont,[1]<br><br>Debtor. | Case No.: 24-10205-HZC<br>Chapter 11 Case |

**DINSE P.C.'S MONTHLY FEE STATEMENT FOR JULY 2025**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Dinse P.C. ("Dinse"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from July 1, 2025 to July 31, 2025 (the "Compensation Period") in the amount of $6,007.60 (80% of $7,509.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

Dinse's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Wednesday, August 27, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Dinse will file a certificate of no objection with the Court and the Diocese will be authorized to pay Dinse the amounts described herein.

| | |
|---|---|
| Dated:  August 13, 2025 | /s/ *Nicole Andreson* |
| | Nicole Andreson |
| | **DINSE P.C.** |
| | P.O. Box 988 |
| | 209 Battery Street |
| | Burlington, VT 05402-0988 |
| | (802) 864-5751 |
| | nandreson@dinse.com |

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

Prepared with assistance from:

| | |
|---|---|
| Dated:  August 13, 2025 | /s/ *Katherine A. Nixon* |
| | Raymond J. Obuchowski |
| | **OBUCHOWSKI LAW OFFICE** |
| | 1542 Route 107, PO Box 60 |
| | Bethel, VT 05032 |
| | (802) 234-6244 |
| | ray@oeblaw.com |
| | |
| | James L. Baillie (*pro hac vice*) |
| | Steven R. Kinsella (*pro hac vice*) |
| | Samuel M. Andre (*pro hac vice*) |
| | Katherine A. Nixon (*pro hac vice*) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 60 South Sixth Street, Suite 1500 |
| | Minneapolis, MN  55402-4400 |
| | (612) 492-7000 |
| | jbaillie@fredlaw.com |
| | skinsella@fredlaw.com |
| | sandre@fredlaw.com |
| | knixon@fredlaw.com |

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

## EXHIBIT A

Case 24-10205   Doc   420   Filed 08/13/25   Entered   08/13/25 15:48:07   Desc   Main Document   Page   3 of 7



209 Battery Street
PO Box 988
Burlington, VT 05402

Roman Catholic Diocese of Burlington
Bishop John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---|
| Invoice Date: | August 13, 2025 |
| Invoice No.: | 243161 |
| Matter Number: | 12530.0049 |

Client:   Roman Catholic Diocese
Matter:   Bankruptcy Action

For professional services rendered through July 31, 2025

Currency: USD

| | |
|---|---|
| Fees | 7,509.50 |
| **Amount Due - This Invoice** | **$7,509.50** |
| Prior Balance | 27,004.00 |
| **Total Amount Due** | **$34,513.50** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|---|---|---|
| Dinse P.C. |  | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |
| | Email ar@dinse.com with remittance information | Follow the link to "Pay Your Bill" |

Client: Roman Catholic Diocese  Invoice Date: August 13, 2025
Matter: Bankruptcy Action  Invoice No.: 243161
Matter Number: 12530.0049

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/2025 | Margarita I Warren | Continued to work on privilege analysis of documents for production in response to claimants' committee's requests for production | 1.00 | 395.00 |
| 07/07/2025 | Amanda J Mitchell | Redaction of privileged and confidential materials from documents responsive to Committee's request for production | 2.90 | 855.50 |
| 07/07/2025 | Margarita I Warren | Continued privilege review and analysis of documents for production in response to Committee's requests to produce | 2.20 | 869.00 |
| 07/09/2025 | Amanda J Mitchell | Redaction of privileged and confidential materials from documents responsive to Committee's request for production | 0.50 | 147.50 |
| 07/10/2025 | Kendall A Hoechst | Work on privilege and responsiveness analysis related to Committee's request for production | 0.70 | 262.50 |
| 07/10/2025 | Margarita I Warren | Continued privilege review and analysis of documents for production in response to Committee's request to produce | 3.80 | 1,501.00 |
| 07/10/2025 | Amanda J Mitchell | Redaction of privileged and confidential materials from documents responsive to Committee's request for production | 1.70 | 501.50 |
| 07/11/2025 | Kendall A Hoechst | Analysis related to work product protection for document production | 0.10 | 37.50 |
| 07/11/2025 | Margarita I Warren | Continued privilege review and analysis of documents to produce in response to Committee's requests for production | 2.70 | 1,066.50 |
| 07/11/2025 | Amanda J Mitchell | Redaction of privileged and confidential materials from documents responsive to Committee's request for production | 2.20 | 649.00 |
| 07/16/2025 | Margarita I Warren | Continued privilege review and analysis of documents responsive to the Committee's requests for production | 2.30 | 908.50 |
| 07/16/2025 | Margarita I Warren | Correspondence with Bankruptcy counsel regarding statutory notice requirements in connection with Committee's request for production of documents | 0.20 | 79.00 |
| 07/16/2025 | Margarita I Warren | Correspondence to Bankruptcy Counsel regarding final file for production in response to Committee's requests | 0.20 | 79.00 |
| 07/23/2025 | Margarita I Warren | Teleconference with Bankruptcy Counsel in advance of upcoming mediation | 0.40 | 158.00 |
| **Total** | | | **20.90** | **$7,509.50** |

| | | |
|---|---|---|
| Client: Roman Catholic Diocese | Invoice Date: | August 13, 2025 |
| Matter: Bankruptcy Action | Invoice No.: | 243161 |
| | Matter Number: | 12530.0049 |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Amanda J Mitchell | Paralegal | 7.30 | 295.00 | 2,153.50 |
| Kendall A Hoechst | Partner | 0.80 | 375.00 | 300.00 |
| Margarita I Warren | Partner | 12.80 | 395.00 | 5,056.00 |
| **Total** | | **20.90** | | **$7,509.50** |

**Invoice Summary**

| | This Invoice |
|---|---|
| Fees | $7,509.50 |
| Costs | $0.00 |
| Charges/Tax | $0.00 |
| **Total** | **$7,509.50** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 15,963.00 | 8,110.00 | 2,931.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Total** | **$27,004.00** |

# CERTIFICATE OF SERVICE

I, Katherine A. Nixon, hereby certify that on August 13, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| | | |
|---|---|---|
| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

                                                      */e/ Katherine A. Nixon*
                                                      Katherine A. Nixon