# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:
Roman Catholic Diocese of Burlington, Vermont,

Debtor(s)

Case# 24-10205-*hzc*

Chapter 11

## SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 08/13/2025, I did cause a copy of the following document, described below.

- SECOND MOTION FOR ENTRY OF AN ORDER EXTENDING EXCLUSIVE PERIODS UNDER 11 U.S.C. § 1121(d) [ECF #389]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to Cleary Shahi & Aicher PC, Attn: Joel Iannuzzi at 38 Coldham Rd, Cuttingsville, VT 05738-9526.

DATED: 08/14/2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com