# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

|  |  |
|---|---|
| In re:<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,[1]<br><br>          Debtor. | )<br>)<br>)<br>) Case No. 24-10205-HZC<br>) Chapter 11<br>)<br>)<br>) |

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATUS REPORT ON SURVIVOR STATEMENT HEARING

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 bankruptcy case of The Roman Catholic Diocese of Burlington, Vermont (the "Debtor" or "Diocese") submits this status report in accordance with the Court's instructions at the status conference held on July 29, 2025 regarding the *Order Granting Motion to Schedule a Status Conference for the Presentation of Survivor Statements*, Docket No. 281.

The Committee has met and conferred with the Debtor and counsel to individual survivors and all parties have agreed to request September 30, 2025 as the second date for a Survivor Statement Session, subject to the Court's availability. The Committee anticipates 5 – 7 speakers at the Survivor Statement Session and so requests a 2-hour session to accommodate the potential speakers.

---

[1] The Diocese's address is 55 Joy Drive, South Burlington, VT 05403, and its EIN Number is 03-0180730.

4911-2031-5743.3 18506.00002

| | |
|---|---|
| Date: August 15, 2025 | Respectfully submitted,<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Brittany M. Michael*<br>James I. Stang (Admitted *Pro Hac Vice*)<br>Brittany M. Michael (Admitted *Pro Hac Vice*)<br>1700 Broadway, 36th Floor<br>New York, NY  10019<br>Telephone:  (212) 561-7700<br>Email:  jstang@pszjlaw.com<br>           bmichael@pszjlaw.com<br><br>-and-<br><br>Paul A. Levine, Esq.<br>**LEMERY GREISLER LLC**<br>50 Beaver Street<br>Albany, New York 12207<br>Telephone: (518) 433-8800<br>Email:  plevine@lemerygreisler.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

4911-2031-5743.3 18506.00002