# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

Filed & Entered
On Docket
08/18/2025

## ORDER AMENDING TIMEFRAME FOR COMPLETION OF GLOBAL MEDIATION

On June 13, 2025, this Court entered its Order Referring Parties to Global Mediation, Appointing Mediators, and Granting Related Relief [ECF 352] (the Mediation Order). The Mediation Order provided mediation "shall be concluded within sixty (60) days of the date of this Order. The Mediation Parties [as defined] shall consider this date firm and proceed accordingly." [ECF 352].

After this Court's entry of the Mediation Order, the Hon. William J. Fisher, one of the Court appointed mediators, entered an Order for Appearance at Mediation [ECF 400], directing the Mediation Parties to appear and participate in mediation on July 28 and July 29, 2025.

The Mediating Parties appeared and participated in mediation on those dates yet require additional time to complete mediation. Accordingly, this Court HEREBY amends its timeframe for completion of global mediation. The Mediating Parties and Court designated Mediators have agreed to continue mediation on September 11 and September 12, 2025. Accordingly, the deadline for completion of mediation is extended to September 19, 2025. All other provisions of the Mediation Order remain in full force and effect. The Order for Appearance at Mediation [ECF 400] shall govern the continued mediation dates of September 11 and 12, 2025.

**SO ORDERED.**

August 18, 2025
Burlington, Vermont

*Heather Z. Cooper*
Heather Z. Cooper
United States Bankruptcy Judge