VTB Form C
04/2018
See Vt. LBR 1009-1(b)(1)*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

In re: Roman Catholic Diocese of Burlington, Vermont,
Debtor(s).

Chapter 11

Case # 24-10205

**NOTICE OF AMENDMENT COVER SHEET**
**TO AMEND PREVIOUSLY FILED SCHEDULES & STATEMENTS**
**AND TO FILE REQUIRED SCHEDULES AND STATEMENT NOT PREVIOUSLY FILED***

**Amendment/Schedule Information** (Check one)
- [✓] Amendment to Previously Filed Document
- [ ] Schedule Not Previously Filed**
- [ ] Schedule of Post-Petition Debts (*Result of conversion; no fee due.*)

**Creditor/Schedule Information** (Check All That Apply)
- [✓] No creditors are being added/deleted from the master mailing list of creditors by this amendment/schedule.
- [ ] Information regarding a creditor's address is being amended/changed (no fee due), **AND**

    A master mailing list in the format prescribed by the Clerk with the amended/changed address of the creditor is attached.
    ***NOTE*: Do not repeat creditor information from a previously filed master mailing list.**
- [ ] Creditors are being added by this amendment/schedule, **AND**
    The $31.00 amendment fee is attached for adding parties, **AND**
    A master mailing list in the format prescribed by the Clerk with complete names and addresses of parties **added** is attached.
    ***NOTE*: Do not repeat creditor information from a previously filed master mailing list.**
- [ ] Creditors are being deleted by this amendment, **AND** the $31.00 amendment fee for deleting parties is attached.
- [ ] Schedules of creditors are being modified to change amount of debt or classification of debt, **AND** the $31.00 amendment fee for deleting parties is attached.

I certify that I have served all parties who are affected by this amendment/schedule with a copy thereof and a copy of the Notice of Bankruptcy Case Meeting of Creditors and Deadlines ("341 Meeting Notice"), if applicable, and have the case trustee, if any.

8/20/2025
Date

/e/ Steven R. Kinsella
Signature of debtor's Attorney or of debtor if *pro se*, debtor's mailing address, telephone number and email address

I certify under penalty of perjury that I have read this Notice of Amendment and the attached schedules, lists, statements, etc., consisting of 12 sheets, numbered from 1 to 12 and that they are true and correct to the best of my knowledge, information, and belief.

08/20/2025
Date

Signature of Debtor

Date

Signature of Co-Debtor, if Joint Case

**Fill in this information to identify the case:**

Debtor name: Roman Catholic Diocese of Burlington, Vermont

United States Bankruptcy Court for the: DISTRICT OF VERMONT

Case number (if known): 24-10205

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   A/B
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/20/2025     X _[signature]_
Signature of individual signing on behalf of debtor

The Most Reverend John Joseph McDermott
Printed name

Bishop of Burlington
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Roman Catholic Diocese of Burlington, Vermont

United States Bankruptcy Court for the: DISTRICT OF VERMONT

Case number (if known): 24-10205

☑ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ 31,335,055.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................... $ ~~4,539,741.36~~ 4,656,306.36

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................... $ ~~35,874,796.36~~ 35,991,361.36

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 226,971.44

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b $ 226,971.44

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Roman Catholic Diocese of Burlington, Vermont |
| United States Bankruptcy Court for the: | DISTRICT OF VERMONT |
| Case number (if known) | 24-10205 |

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

2. **Cash on hand**                                                                                 $125.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | TD Bank | Lock Box Sweep Account | 0976 | $0.00 |
   | 3.2. | TD Bank | Operating | 9911 | $1,671,622.70 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                             $1,671,747.70
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Debtor  Roman Catholic Diocese of Burlington, Vermont    Case number (If known) 24-10205
     Name

| | | |
|---|---|---|
| 8.1. | Gallagher Bassett - CitiBank - Prefund Loss Account | $10,000.00 |
| 8.2. | Arthur J Gallagher Risk Management Services, LLC | $565,198.82 |
| 8.3. | National Catholic Risk Retention Group, Inc. | $185,933.93 |
| 8.4. | Blytheco and Vivid - Accounting software | $6,763.71 |
| 8.5. | Blackbaud and Omatic - Development software | $4,467.87 |

9. **Total of Part 2.** $772,364.33
Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    850,110.28   -   0.00   = ....   $850,110.28
    face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    319,182.41   -   63,455.91   = ....   $255,726.50
    face amount    doubtful or uncollectible accounts

12. **Total of Part 3.** $1,105,836.78
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**
☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Debtor  Roman Catholic Diocese of Burlington, Vermont          Case number (If known) 24-10205
       Name

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | National Catholic Risk Retention Group, Inc. | 100 % | Capital Invest | $1,133.33 |
| 15.2. | Bishop's Plan Insurance Company | 100 % | Capital Invest | $28,750.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                          $29,883.33
    Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Bishop's Office | $16,610.59 | Comparable sale | $4,717.74 |
| | Conference Room | $11,892.85 | Comparable sale | $11,892.85 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Tribunal Software | $107.00 | Comparable sale | $107.00 |
| | Live Streaming equipment | $7,499.95 | Comparable sale | $7,499.95 |
| | Accounting Software | $2,994.99 | Comparable sale | $6,107.39 |
| | Server | $18,307.86 | Comparable sale | $18,307.86 |

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 3

| Debtor | Roman Catholic Diocese of Burlington, Vermont | | Case number (If known) | 24-10205 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | Cemetery Software | $22,718.58 | Comparable sale | $22,718.58 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | | |
|---|---|---|---|---|
| 42.1. | Bishop's 14k gold bluish/purplish stone ring - Emerald cut synthetic corundum | $0.00 | Appraisal | $3,800.00 |
| 42.2. | Bishop's 14k (assumed) Yellow Gold Amethyst Ring - Marquise cut amethyst | $0.00 | Appraisal | $17,500.00 |
| 42.3. | Bishop's 14k Yellow Gold Amethyst Ring - oval faceted amethyst | $0.00 | Appraisal | $4,650.00 |
| 42.4. | Bishop's Gold Plated Rope Chain with Large Open Claspt stamped 800 | $0.00 | Appraisal | $110.00 |
| 42.5. | Bishop's Gold Plated Cross with Emerald Cut Green Stone | $0.00 | Appraisal | $500.00 |
| 42.6. | Bishop's Pectoral Yellow gold Amethyst Cross and Chain | $0.00 | Appraisal | $24,000.00 |
| 42.7. | Bishop's Pectoral Cross and Gold Chain | $0.00 | Appraisal | $17,650.00 |
| 42.8. | Bishops Yellow Gold Quartz Citrine Ring | $0.00 | Appraisal | $5,700.00 |
| 42.9. | Bishop's Yellow Gold Amethyst Ring (assumed 14k) | $0.00 | Appraisal | $5,200.00 |
| 42.10. | Bishops 14k Yellow Gold Amethyst Stone | $0.00 | Appraisal | $5,900.00 |
| 42.11. | Bishop's Pectoral Cross with Amethysts | $0.00 | Appraisal | $2,500.00 |
| 42.12. | Bishop's Embossed 14k Gold Pocket Watch Case Engraved initials EGM on front and Fradet inscribed inside back | $0.00 | Appraisal | $6,300.00 |
| 42.13. | Bishop's Elgin Pocket Watch in Leather Type Initialed Case | $0.00 | Appraisal | $2,500.00 |
| 42.14. | Bishop's 14k Gold with Gold plated Embossed Bar Clasp | $0.00 | Appraisal | $1,200.00 |

| Debtor | Roman Catholic Diocese of Burlington, Vermont | Case number (If known) 24-10205 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 42.15. | Bishop's 10K Yellow Gold Four-Sided Rolo Chain | $0.00 | Appraisal | $9,680.00 |
| 42.16. | Bishop's Amethyst and 14k Yellow Gold Ring with Polished Band | $0.00 | Appraisal | $4,700.00 |
| 42.17. | Bishop's Amethyst and Gold-Plated Ring with Floral and Emobssed Setting | $0.00 | Appraisal | $475.00 |
| 42.18. | Bishop's Red Stone and 14k Yellow Gold Ring | $0.00 | Appraisal | $4,200.00 |

43. **Total of Part 7.**  $187,916.37
     ~~$71,351.37~~

   Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | 2010 Ford F350 | $0.00 | Comparable sale | $21,346.00 |
| 47.2. | 2012 Chevrolet K1500 | $0.00 | Comparable sale | $18,949.00 |
| 47.3. | 2012 Honda Civic | $0.00 | Comparable sale | $5,823.00 |
| 47.4. | 2013 Ford F250 SD | $0.00 | Comparable sale | $21,443.00 |
| 47.5. | 2015 Honda Accord | $0.00 | Comparable sale | $11,927.00 |
| 47.6. | 2018 Honda Accord (blue) | $0.00 | Comparable sale | $16,978.00 |
| 47.7. | 2018 Honda Accord (silver) | $0.00 | Comparable sale | $18,014.00 |
| 47.8. | 2021 Ford F250 SD | $0.00 | Comparable sale | $44,929.00 |

Debtor  Roman Catholic Diocese of Burlington, Vermont     Case number (If known) 24-10205
        Name

| | | | | |
|---|---|---|---|---|
| 47.9. | 2024 Subaru Outback | $31,406.00 | Comparable sale | $31,406.00 |
| 47.10. | Cargo Trailer | $4,307.85 | Comparable sale | $4,307.85 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**  $195,122.85
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. See Attachment A/B, Part 9 - #55 | Fee Simple | $0.00 | Tax records | $31,335,055.00 |

56. **Total of Part 9.**  $31,335,055.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 6

Debtor   Roman Catholic Diocese of Burlington, Vermont           Case number (If known) 24-10205
         Name

- [ ] No. Go to Part 11.
- [x] Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** https://www.vermontcatholic.org | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Mailing list of parishioners and donors | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**      $0.00
   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   - [ ] No
   - [x] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - [x] No
   - [ ] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - [x] No
   - [ ] Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

- [ ] No. Go to Part 12.
- [x] Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| 71. **Notes receivable** Description (include name of obligor) St. Joseph Co-Cathedral Charitable Trust | 693,435.00 Total face amount | − 0.00 doubtful or uncollectible amount = | $693,435.00 |

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 7

| Debtor | Roman Catholic Diocese of Burlington, Vermont | Case number (If known) | 24-10205 |
|---|---|---|---|
| | Name | | |

**every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    Various Trust Accounts (See Attachment A/B, Part 11: #77 and SOFA, Part 11: #21)     $0.00

78. **Total of Part 11.**     $693,435.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor   Roman Catholic Diocese of Burlington, Vermont            Case number (If known) 24-10205
         Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,671,747.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $772,364.33 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,105,836.78 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $29,883.33 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $187,916.37<br>~~$71,351.37~~ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $195,122.85 | |
| 88. **Real property.** *Copy line 56, Part 9.* .........................................................> | | $31,335,055.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $693,435.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,656,306.36<br>~~$4,539,741.36~~   + 91b. | $31,335,055.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $35,991,361.36<br>~~$35,874,796.36~~ |