## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

        Debtor.

Case No.: Case No.: 24-10205-HZC
Chapter 11 Case

## NOTICE OF INTERIM FEE APPLICATION

| | |
|---|---|
| Name of applicant: | Dinse P.C. |
| Authorized to provide professional services to: | Roman Catholic Diocese of Burlington, Vermont |
| Date of retention: | September 30, 2024 |
| Period for which compensation and reimbursement is sought: | April 1, 2025 to June 30, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | $22,321.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is (a)n:    __X__    interim application    _____    final application

Summary of Monthly Fee Statements for compensation period:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 2/7/25 | 1/1/25-1/31/25 | $5,668.40 | $0.00 | $1,070.80 | $0.00 |
| 3/12/25 | 2/1/25-2/28/25 | $2,663.20 | $0.00 | $2,663.20 | $0.00 |
| 4/17/25 | 3/1/25-3/31/25 | $2,301.60 | $0.00 | $2,301.60 | $0.00 |
| 5/13/25 | 4/1/25-4/30/25 | $2,992.80 | $0.00 | $2,992.80 | $0.00 |
| 6/16/25 | 5/1/25-5/31/25 | $6,596.00 | $0.00 | $6,596.00 | $0.00 |
| 7/16/25 | 6/1/25-6/30/25 | $8,268.40 | $0.00 | $8,268.40 | $0.00 |
| | **Total:** | **$28,490.40** | **$0.00** | **$23,892.80** | **$0.00** |

Summary of prior Interim Fee Applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 2/7/25 | 9/30/24-12/31/24 | $10,611 | $0.00 | $10,575 | $0.00 |
| 5/5/25 7/11/25 | 1/1/25-3/31/25 | $7,544.50 | $0.00 | $7,544.50 | $0.00 |
| | | | | | |
| | **Total:** | **$18,155.50** | **$0.00** | **$18,119.50** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

**THIRD INTERIM APPLICATION OF DINSE P.C. FOR ALLOWANCE OF FEES AS
SPECIAL COUNSEL FOR THE DIOCESE FROM
APRIL 1, 2025 THROUGH JUNE 30, 2025**

Dinse P.C. ("Dinse") makes this Application for allowance of fees for professional services rendered as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese") between April 1, 2025 and June 30, 2025 pursuant to 11 U.S.C. § 330.

Dinse conferred with the Office of the United States Trustee (the "UST") and Committee Counsel (as defined below) prior to the filing of this Application. Pursuant to Local Rule 2016-1(d), the Diocese also reviewed the Application and confirmed it has no objection to the relief sought by Dinse.

**JURISDICTION, VENUE, AND STATUTORY BASIS FOR RELIEF**

1.       This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 5005 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

2.      The petition commencing this Chapter 11 case was filed on September 30, 2024 (the "Petition Date").  The case is currently pending before this Court.

3.      This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331.  This Application is filed under Bankruptcy Rule 2016 and Local Rule 2016-1.  Notice of this Application is provided pursuant to Bankruptcy Rule 2002(a)(6) and Local Rule 2002-1.

## GENERAL BACKGROUND

4.      On the Petition Date, the Diocese filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  The Diocese continues to operate its business as debtor in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.  There is presently no pending request or motion for appointment of a trustee or examiner.

5.      On the Petition Date, the Diocese filed an application to employ Fredrikson as Chapter 11 counsel for the Diocese effective September 30, 2024. (ECF No. 15.) The Court approved the application to employ Fredrikson on October 25, 2024. (ECF No. 61.)

6.      On October 1, 2024, the Diocese filed an application to employ Dinse as special counsel for the Diocese effective September 30, 2024. (ECF No. 22.) The Court approved the application to employ Dinse on October 25, 2024. (ECF No. 60.) A copy of the order is attached hereto as **Exhibit A**.

7.      On October 22, 2024, the UST appointed the official committee of unsecured creditors (the "Committee").  (ECF No. 52.)  The Committee retained Pachulski Stang Ziehl & Jones and Lemery Greisler LLC (the "Committee Counsel") on or around November 12, 2024. (ECF Nos. 104, 106, 145, 151.)

8.      On January 29, 2025, the Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official

Committees. (ECF No. 180, the "<u>Compensation Procedures Order</u>"). Pursuant to Paragraphs 2(h) and (k) of the Compensation Procedures Order, this is Dinse's third interim application for allowance of fees.

9.      Prior to the Petition Date, Dinse received a retainer of $150,000 from the Diocese on August 26, 2024 (the "<u>Chapter 11 Retainer</u>"). (*See* ECF No. 15, ¶ 21.) Prior to the Petition Date, Dinse applied $98,565 of the Chapter 11 Retainer to prepetition fees and expenses, leaving a balance of $51,435.

10.      On March 25, 2025, the Court granted Dinse's first interim application for allowance of fees in the amount of $10,575 (ECF No. 201) and authorized Dinse to apply the Chapter 11 Retainer to such postpetition amount. (ECF No. 249.) Dinse did so, leaving a balance of $40,860.

11.      On August 12, 2025, the Court granted Dinse's amended second interim application for allowance of fees in the amount of $7,544.50. (ECF Nos. 385, 418.) Dinse inadvertently did not include a request to apply the Chapter 11 Retainer to such postpetition amount. Therefore, Dinse includes such a request herein.

12.      Dinse is currently holding the balance of the Chapter 11 Retainer for application against additional fees and expenses as allowed by this Court. (*See* ECF No. 60, ¶ 5 ("Dinse P.C. is authorized to retain the balance of any remaining retainer funds for payment of allowed post-petition fees and expenses as provided by order of this Court.").)

13.      Dinse believes that the Diocese is current in payment of ordinary operating expenses and any allowed administrative expenses,[2] that any quarterly fees have been or will be

---

[2] The Diocese and Dinse are coordinating payment of the outstanding invoices from the prior fee applications, so some amounts remain unpaid as of the date of this Application.

paid as required to the UST, and that all monthly operating reports are being timely filed, including pursuant to any extensions granted by the UST.

14.     No plan has been filed or confirmed.

## **RELIEF REQUESTED**

15.     **Postpetition Fees.** By this Application, Dinse requests allowance of fees for professional services rendered during this Chapter 11 case between April 1, 2025 and June 30, 2025 in the amount of **$22,321.50**.

16.     The professional services rendered by Dinse are detailed on the attached **Exhibit B**. Those services include the tasks specifically described below:

### (0049) Business Operations/Bankruptcy Action: $21,376.50

Services include responding to the Committee's requests for document production; corresponding with lead Chapter 11 counsel regarding mediation and document production; meeting with the Diocese regarding document production; and analyzing issues regarding claimants and trusts.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Nicole Andreson | 0.4 | 2025 | $475 | $190.00 |
| Kendall A. Hoechst | 0.4 | 2025 | $375 | $150.00 |
| Margarita I. Warren | 28.0 | 2025 | $395 | $11,060.00 |
| Amanda J. Mitchell | 16.2 | 2025 | $295 | $4,779.00 |
| Madeleine H. Boyce | 23.1 | 2025 | $225 | $5,197.50 |
| **TOTAL** | **68.1** | | | **$21,376.50** |

| Blended Hourly Rate: | $313.90 |
|---|---|

### (0035) Employee Benefits: $945.00

Services include advising the Diocese regarding employee benefits.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Maggie Platzer | 2.1 | 2025 | $450 | $945.00 |
| **TOTAL** | **2.1** | | | **$945.00** |

| Blended Hourly Rate: | $450.00 |
|---|---|

**TOTAL POSTPETITION FEES: $22,321.50**[3]

17.    All services for which compensation is requested by Dinse were performed for and on behalf of the Diocese, and not on behalf of any committee, creditor, or other person.

18.    The amount requested constitutes reasonable compensation for actual, necessary services rendered by Dinse, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11. Dinse has not entered into any agreement, express or implied, with any other party in interest, including the Diocese, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party in interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party in interest in the proceedings for services rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

19.    To the extent that time or charges for services rendered or expenses incurred relate to the period through June 30, 2025, but were not processed prior to the preparation of this Application, Dinse reserves the right to request compensation or for such services and reimbursement of such expenses in a future application.

**BASIS FOR RELIEF**

20.     Pursuant to 11 U.S.C. § 330, the Court may award professionals "reasonable compensation for actual, necessary services." 11 U.S.C. § 330(a)(1)(A); *see also In re Fibermark, Inc.*, 349 B.R. 385, 393 (Bankr. D. Vt. 2006) ("Under § 330(a)(1)(A), an attorney or other professional . . . is entitled to reasonable compensation for actual, necessary services rendered. A

---

[3] Dinse did not incur any expenses from April 1, 2025 through June 30, 2025.

paralegal or other paraprofessional is likewise eligible to be compensated from the estate, subject

to the same scrutiny as that of a professional in the case.").

21.     In evaluating the amount of reasonable compensation to be awarded, this Court

should consider:

> the nature, the extent, and the value of such services, taking into account all relevant factors including:
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than case under this title.

11 U.S.C. §§ 330(a)(3)(A)–(F).

22.     The services for which Dinse seeks compensation in this Application were

necessary for, and beneficial to, the Diocese's estate, and such fees constitute reasonable

compensation to Dinse at reasonable, market rates for the broad array of legal services provided

to the Diocese under the circumstances of this Chapter 11 case. Dinse enabled the Diocese to

analyze employee and operational issues and continue progressing through the reorganization

process.

23.     As reflected by the time entries in **Exhibit B**, the services rendered by Dinse were performed effectively and efficiently. Whenever possible and where appropriate, Dinse sought to minimize the costs of its services by utilizing associates and by avoiding multiple attorneys on matters except when doing so was appropriate and beneficial to the estate. *See Fibermark*, 349 B.R. at 396.

24.     Accordingly, the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Diocese. The services rendered by Dinse also were necessary and beneficial to the Diocese, and such services were consistently performed in a timely and competent manner, commensurate with the complexity and nature of the issues involved. Thus, interim approval of the compensation sought herein for this Application is supported under the applicable standards of the Bankruptcy Code and this Court.

## NOTICE AND SERVICE

25.     Notice of this Application and all related papers were served on the Notice Parties as required by and defined in the Compensation Procedures Order. (*See* ECF No. 180.) Notice of the hearing on this Application will also be provided to all creditors in accordance with Bankruptcy Rule 2002(a)(6).

## CONCLUSION

**WHEREFORE**, Dinse respectfully requests that this Court enter an order:

A.      Allowing Dinse's fees incurred between April 1, 2025 and June 30, 2025 in the amount of $22,321.50;

B.      Authorizing Dinse to apply the Chapter 11 Retainer to additional, allowed postpetition fees;

C.      Authorizing the Diocese to pay Dinse such allowed postpetition fees;

D.   Granting administrative expense priority to Dinse's allowed fees; and

E.   Granting such other and further relief as the Court deems necessary and proper.

Dated:  August 26, 2025

/s/ *Nicole Andreson*

Nicole Andreson
**DINSE P.C.**
P.O. Box 988
209 Battery Street
Burlington, VT 05402-0988
(802) 864-5751
nandreson@dinse.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

Prepared with assistance from:

Dated:  August 26, 2025

/s/ *Katherine A. Nixon*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

## EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

               Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

Filed & Entered
On Docket
10/25/2024
UNITED STATES BANKRUPTCY COURT · DISTRICT OF VERMONT

## ORDER APPROVING EMPLOYMENT OF DINSE P.C.
## AS DIOCESE'S SPECIAL COUNSEL

Upon the application (the "Application") of the above-captioned debtor and debtors-in-possession, the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), for an order under sections 327(a) and 329 of the Bankruptcy Code authorizing the Diocese to employ and retain the law firm of Dinse P.C. as the Diocese's special counsel effective as of the Petition Date; and upon the Declaration filed in support of the Application; and the Court being satisfied with the representations made in the Application and the Declaration that said attorney represents no interest adverse to the Diocese's estate, and that Dinse P.C.'s employment as special counsel by the Diocese is necessary and would be in the best interests of its estate; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

    1.    The Application is **GRANTED**.

    2.    Pursuant to sections 327(e) and 329 of the Bankruptcy Code, the Diocese is authorized to employ and retain Dinse P.C. as its special counsel.

3.      Pursuant to section 331 of the Bankruptcy Code, Dinse P.C. is authorized to file monthly applications for compensation following the date of the filing of the petition.

4.      Within ten business days prior to any increases of Dinse P.C.'s rates for any individual employed by Dinse P.C. and retained by the Diocese pursuant to this Order, Dinse P.C. shall file a supplemental affidavit or declaration with the Court setting forth the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F).  Parties in interest, including the Office of the United States Trustee, retain all rights to object to, or otherwise respond to, any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. § 330.

5.      Dinse P.C. is authorized to retain the balance of any remaining retainer funds for payment of allowed post-petition fees and expenses as provided by order of this Court.

6.      All payments of professional fees and the reimbursements of expenses to Dinse P.C. are subject to Court approval based upon application to the Court and the submission of contemporaneous time records, pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Rules or in accordance with another Order of this Court.

October 25, 2024
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

2

**EXHIBIT B**



**209 Battery Street**
**PO Box 988**
**Burlington, VT 05402**

Roman Catholic Diocese of Burlington
Bishop John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---|
| Invoice Date: | May 13,2025 |
| Invoice No.: | 241499 |
| Matter Number: | 12530.0049 |

| Client: | Roman Catholic Diocese |
|---|---|
| Matter: | Bankruptcy Action |

For professional services rendered through April 30, 2025

Currency: USD

| | |
|---|---|
| Fees | 2,931.00 |
| **Amount Due - This Invoice** | **$2,931.00** |
| Past Due | 13,397.00 |
| **Total Amount Due** | **$16,328.00** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|---|---|---|
| Dinse P.C. | | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |



Email ar@dinse.com with
remittance information

Follow the link to
"Pay Your Bill"

| Client: Roman Catholic Diocese | Invoice Date: | May 13, 2025 |
|---|---|---|
| Matter: Bankruptcy Action | Invoice No.: | 241499 |
| | Matter Number: | 12530.0049 |

## Time Detail

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/08/2025 | Margarita I Warren | Worked on bankruptcy matter document production in response to Committee's request for production | 2.60 | 1,027.00 |
| 04/09/2025 | Nicole Andreson | Draft correspondence to Attorney Kinsella regarding mediation process | 0.10 | 47.50 |
| 04/09/2025 | Margarita I Warren | Worked on document production; correspondence to client in response to Committee's request for production | 1.40 | 553.00 |
| 04/14/2025 | Margarita I Warren | Continued working on document production | 0.30 | 118.50 |
| 04/14/2025 | Kendall A Hoechst | Meet with client regarding Committee's request for production of documents | 0.20 | 75.00 |
| 04/14/2025 | Kendall A Hoechst | Work on issues related to documents to be produced in response to Committee's request for production | 0.20 | 75.00 |
| 04/14/2025 | Amanda J Mitchell | Continued to analyze and work on document production responsive to Committee's request for production | 0.30 | 88.50 |
| 04/15/2025 | Margarita I Warren | Continue work on document production in response to Commitee's request for production and notice issues pursuant to state law | 1.50 | 592.50 |
| 04/29/2025 | Amanda J Mitchell | Compilation and analysis of documents responsive to Committee's request for production | 1.20 | 354.00 |
| **Total** | | | **7.80** | **$2,931.00** |

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Amanda J Mitchell | Paralegal | 1.50 | 295.00 | 442.50 |
| Kendall A Hoechst | Partner | 0.40 | 375.00 | 150.00 |
| Margarita I Warren | Partner | 5.80 | 395.00 | 2,291.00 |
| Nicole Andreson | Partner | 0.10 | 475.00 | 47.50 |
| **Total** | | **7.80** | | **$2,931.00** |

## Invoice Summary

| | This Invoice |
|---|---|
| Fees | $2,931.00 |
| Costs | $0.00 |
| Charges/Tax | $0.00 |
| **Total** | **$2,931.00** |

Client: Roman Catholic Diocese

Matter: Bankruptcy Action

| | |
|---|---|
| Invoice Date: | May 13, 2025 |
| Invoice No.: | 241499 |
| Matter Number: | 12530.0049 |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 2,298.50 | 3,329.00 | 7,769.50 | 0.00 | 0.00 |

**Total**                                                 **$13,397.00**



209 Battery Street
PO Box 988
Burlington, VT 05402

Roman Catholic Diocese of Burlington
Bishop John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---|
| Invoice Date: | May 13, 2025 |
| Tax Invoice Num.: | 241501 |
| Matter Number: | 12530.0035 |

| | |
|---|---|
| Client: | Roman Catholic Diocese |
| Matter: | Employee Benefits |

For professional services rendered through April 30, 2025

Currency: USD

| | |
|---|---|
| Fees | 810.00 |
| **Amount Due - This Invoice** | **$810.00** |
| Past Due | 680.00 |
| **Total Amount Due** | **$1,490.00** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|---|---|---|
| Dinse P.C. |  | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |
| | Email ar@dinse.com with | Follow the link to |
| | remittance information | "Pay Your Bill" |

Client: Roman Catholic Diocese

Matter: Employee Benefits

Invoice Date:        May 13, 2025

Tax Invoice Num.:        241501

Matter Number:        12530.0035

---

## Time Detail

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/22/2025 | Maggie Platzer | Provided advice related to employee benefits. | 0.50 | 225.00 |
| 04/07/2025 | Maggie Platzer | Provided employee benefit advice. | 0.50 | 225.00 |
| 04/09/2025 | Maggie Platzer | Provided employee benefit advice. | 0.50 | 225.00 |
| 04/14/2025 | Maggie Platzer | Providing benefit advice. | 0.30 | 135.00 |
| **Total** | | | **1.80** | **$810.00** |

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Maggie Platzer | Partner | 1.80 | 450.00 | 810.00 |
| **Total** | | **1.80** | | **$810.00** |

## Year-to-Date

| | This Invoice | Year-to-Date |
|---|---|---|
| Fees | $810.00 | $1,490.00 |
| Costs | $0.00 | $0.00 |
| Charges/Tax | $0.00 | $0.00 |
| **Total** | **$810.00** | **$1,490.00** |

## Aged A/R

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|------|-------|-------|--------|----------|
| 0.00 | 0.00 | 680.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Total** | **$680.00** |

**DINSE**

209 Battery Street
PO Box 988
Burlington, VT 05402

Roman Catholic Diocese of Burlington
Bishop John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---|
| Invoice Date: | June 11, 2025 |
| Invoice No.: | 242018 |
| Matter Number: | 12530.0049 |

| | |
|---|---|
| Client: | Roman Catholic Diocese |
| Matter: | Bankruptcy Action |

For professional services rendered through May 31, 2025

Currency: USD

| | |
|---|---|
| Fees | 8,110.00 |
| **Amount Due - This Invoice** | **$8,110.00** |
| Prior Balance | 16, 328.00 |
| **Total Amount Due** | **$24,438.00** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|---|---|---|
| Dinse P.C. | | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |



Email ar@dinse.com with
remittance information

Follow the link to
"Pay Your Bill"

| | | |
|---|---|---|
| Client: Roman Catholic Diocese | Invoice Date: | June 11, 2025 |
| Matter: Bankruptcy Action | Invoice No.: | 242018 |
| | Matter Number: | 12530.0049 |

---

## Time Detail

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/05/2025 | Amanda J Mitchell | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 2.20 | 649.00 |
| 05/06/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 2.20 | 495.00 |
| 05/06/2025 | Margarita I Warren | Correspondence with client regarding status of document production and privilege review in response to Committee's request for production | 0.30 | 118.50 |
| 05/06/2025 | Amanda J Mitchell | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 0.50 | 147.50 |
| 05/07/2025 | Margarita I Warren | Worked on document production in response to Committee's request for production | 0.70 | 276.50 |
| 05/07/2025 | Margarita I Warren | Correspondence with client sending documents responsive to Committee's requests for production of documents | 0.20 | 79.00 |
| 05/07/2025 | Amanda J Mitchell | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 3.80 | 1,121.00 |
| 05/08/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 1.90 | 427.50 |
| 05/08/2025 | Amanda J Mitchell | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 0.80 | 236.00 |
| 05/09/2025 | Margarita I Warren | Teleconference with counsel regarding privilege review of records responsive to Committee's request for production and other notice issues under applicable state law | 0.30 | 118.50 |
| 05/09/2025 | Amanda J Mitchell | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 1.10 | 324.50 |
| 05/12/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for | 2.30 | 517.50 |

Client: Roman Catholic Diocese

Matter: Bankruptcy Action

Invoice Date:          June 11, 2025

Invoice No.:          242018

Matter Number:          12530.0049

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | production; prepared same for privilege review | | |
| 05/12/2025 | Amanda J Mitchell | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 0.70 | 206.50 |
| 05/13/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 1.60 | 360.00 |
| 05/14/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 0.20 | 45.00 |
| 05/14/2025 | Amanda J Mitchell | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 0.50 | 147.50 |
| 05/16/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 2.10 | 472.50 |
| 05/19/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 2.80 | 630.00 |
| 05/27/2025 | Margarita I Warren | Privilege review and analysis of documents responsive to Committee's request for production | 4.00 | 1,580.00 |
| 05/28/2025 | Margarita I Warren | Conference call with bankruptcy counsel regarding privilege review of documents responsive to Committee's request for production | 0.40 | 158.00 |
| **Total** | | | **28.60** | **$8,110.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Amanda J Mitchell | Paralegal | 9.60 | 295.00 | 2,832.00 |
| Madeleine H Boyce | Paralegal | 13.10 | 225.00 | 2,947.50 |
| Margarita I Warren | Partner | 5.90 | 395.00 | 2,330.50 |
| **Total** | | **28.60** | | **$8,110.00** |

Client: Roman Catholic Diocese | Invoice Date: | June 11, 2025
Matter: Bankruptcy Action | Invoice No.: | 242018
| Matter Number: | 12530.0049

**Invoice Summary**

|  | **This Invoice** |
|---|---|
| Fees | $8,110.00 |
| Costs | $0.00 |
| Charges/Tax | $0.00 |
| **Total** | **$8,110.00** |

**Aged A/R**

| **0-30** | **31-60** | **61-90** | **91-120** | **Over 120** |
|---|---|---|---|---|
| 2,931.00 | 2,298.50 | 3,329.00 | 7,769.50 | 0.00 |

| **Total** | | | | **$16,328.00** |



**Dinse**

209 Battery Street
PO Box 988
Burlington, VT 05402

Roman Catholic Diocese of Burlington
Bishop John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---|
| Invoice Date: | June 11, 2025 |
| Invoice No.: | 242019 |
| Matter Number: | 12530.0035 |

Client:     Roman Catholic Diocese
Matter:     Employee Benefits

For professional services rendered through May 31, 2025

Currency: USD

| | |
|---|---|
| Fees | 135.00 |
| **Amount Due - This Invoice** | **$135.00** |
| Prior Balance | 1,490.00 |
| **Total Amount Due** | **$1,625.00** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|---|---|---|
| Dinse P.C. | | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |



Email ar@dinse.com with
remittance information

Follow the link to
"Pay Your Bill"

| | |
|---|---|
| Client: Roman Catholic Diocese | Invoice Date: June 11, 2025 |
| Matter: Employee Benefits | Invoice No.: 242019 |
| | Matter Number: 12530.0035 |

---

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/2025 | Maggie Platzer | Provided employee benefits advice. | 0.30 | 135.00 |
| **Total** | | | **0.30** | **$135.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maggie Platzer | Partner | 0.30 | 450.00 | 135.00 |
| **Total** | | **0.30** | | **$135.00** |

**Invoice Summary**

| | This Invoice |
|---|---|
| Fees | $135.00 |
| Costs | $0.00 |
| Charges/Tax | $0.00 |
| **Total** | **$135.00** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 810.00 | 0.00 | 0.00 | 680.00 | 0.00 |

| **Total** | **$1,490.00** |
|---|---|



209 Battery Street
PO Box 988
Burlington, VT 05402

Roman Catholic Diocese of Burlington
Bishop John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---|
| Invoice Date: | July 15, 2025 |
| Invoice No.: | 242664 |
| Matter Number: | 12530.0049 |

| Client: | Roman Catholic Diocese |
|---|---|
| Matter: | Bankruptcy Action |

For professional services rendered through June 30, 2025

Currency: USD

| | |
|---|---|
| Fees | 10,335.50 |
| **Amount Due - This Invoice** | **$10,335.50** |
| Prior Balance | 16,668.50 |
| **Total Amount Due** | **$27,004.00** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|---|---|---|
| Dinse P.C. | | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |
| | Email ar@dinse.com with | Follow the link to |
| | remittance information | "Pay Your Bill" |



Client: Roman Catholic Diocese

Matter: Bankruptcy Action

| | | |
|---|---|---|
| Invoice Date: | July 15, 2025 |
| Invoice No.: | 242664 |
| Matter Number: | 12530.0049 |

---

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 1.30 | 292.50 |
| 06/02/2025 | Margarita I Warren | Privilege review and analysis of documents responsive to Committee's requests for production | 4.80 | 1,896.00 |
| 06/04/2025 | Margarita I Warren | Continued privilege review and analysis of documents responsive to Committee's requests for production | 1.00 | 395.00 |
| 06/05/2025 | Margarita I Warren | Continue to work on privilege review and analysis of documents responsive to Committee's requests for production | 3.60 | 1,422.00 |
| 06/06/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 3.00 | 675.00 |
| 06/06/2025 | Margarita I Warren | Continued to work on privilege review and analysis of documents responsive to Committee's requests for production | 4.00 | 1,580.00 |
| 06/09/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 3.20 | 720.00 |
| 06/10/2025 | Margarita I Warren | Continued to work on privilege review and analysis of documents responsive to Committee's requests for production | 2.40 | 948.00 |
| 06/10/2025 | Madeleine H Boyce | Compilation and analysis of documents responsive to Committee's request for production; prepared same for privilege review | 0.90 | 202.50 |
| 06/10/2025 | Amanda J Mitchell | Redacted privileged and confidential materials from documents responsive to Committee's request for production | 3.30 | 973.50 |
| 06/11/2025 | Madeleine H Boyce | Redacted privileged and confidential materials from documents responsive to Committee's request for production | 1.40 | 315.00 |
| 06/11/2025 | Margarita I Warren | Continued to work on privilege review and analysis of documents responsive to Committee's requests for production | 0.40 | 158.00 |
| 06/11/2025 | Margarita I Warren | Correspondence with bankruptcy counsel and client regarding status of privilege review and analysis of documents responsive to the Committee's requests for production | 0.10 | 39.50 |

Client: Roman Catholic Diocese

Matter: Bankruptcy Action

| | |
|---|---|
| Invoice Date: | July 15, 2025 |
| Invoice No.: | 242664 |
| Matter Number: | 12530.0049 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/11/2025 | Amanda J Mitchell | Redacted privileged and confidential materials from documents responsive to Committee's request for production | 1.80 | 531.00 |
| 06/12/2025 | Madeleine H Boyce | Redacted privileged and confidential materials from documents responsive to Committee's request for production | 0.20 | 45.00 |
| 06/24/2025 | Nicole Andreson | Work on analyzing issues related to claimants and trusts | 0.30 | 142.50 |
| **Total** | | | **31.70** | **$10,335.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Amanda J Mitchell | Paralegal | 5.10 | 295.00 | 1,504.50 |
| Madeleine H Boyce | Paralegal | 10.00 | 225.00 | 2,250.00 |
| Margarita I Warren | Partner | 16.30 | 395.00 | 6,438.50 |
| Nicole Andreson | Partner | 0.30 | 475.00 | 142.50 |
| **Total** | | **31.70** | | **$10,335.50** |

**Invoice Summary**

| | This Invoice |
|---|---|
| Fees | $10,335.50 |
| Costs | $0.00 |
| Charges/Tax | $0.00 |
| **Total** | **$10,335.50** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|------|-------|-------|--------|----------|
| 13,737.50 | 2,931.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Total** | **$16,668.50** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

        Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

---

**ORDER GRANTING THIRD INTERIM APPLICATION OF DINSE P.C. FOR ALLOWANCE OF FEES AS SPECIAL COUNSEL FOR THE DIOCESE FROM APRIL 1, 2025 THROUGH JUNE 30, 2025**

---

This case came before the Court on the Third Interim Application of Dinse P.C. for Allowance of Fees as Special Counsel for the Diocese from April 1, 2025 through June 30, 2025 (doc. # 444) (the "Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation procedures. (doc. # 180)  After due consideration, the Court finds that the fees and expenses described in the Application are reasonable and constitute actual and necessary fees and expenses. Therefore, for good cause shown, **IT IS HEREBY ORDERED:**

1.    Dinse P.C.'s fees incurred between April 1, 2025 and June 30, 2025 in the amount of $22,321.50 are allowed.

2.    Dinse P.C. is authorized to apply the Chapter 11 Retainer (as defined in the Application) to the $7,544.50 of fees allowed by the Court on August 12, 2025 (doc. # 418) and

to the fees allowed in Paragraph 1 of this Order. Dinse is further authorized to continue holding

the balance of the Chapter 11 Retainer, in the amount of $10,984, for application against additional

fees and expenses as allowed by this Court.

3.      The Diocese (as defined in the Application) is authorized to pay such allowed

postpetition fees.

4.      Dinse P.C.'s fees and expenses allowed in this Order are granted administrative

priority under 11 U.S.C. § 503(b).


Burlington, Vermont                          _____

                                             Honorable Heather Z. Cooper
                                             United States Bankruptcy Judge