# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

## CERTIFICATE OF SERVICE

I, Katherine A. Nixon, hereby certify that on August 26, 2025, I caused true and correct copies of the *Third Interim Application of Fredrikson & Byron, P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Diocese from April 1, 2025 Through June 30, 2025* (ECF No. 443) and *Third Interim Application of Dinse P.C. for Allowance of Fees as Special Counsel for the Diocese from April 1, 2025 Through June 30, 2025* (ECF No. 444) to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I caused the same to be served on the following Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
|---|---|---|
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

Date: August 26, 2025

/s/ *Katherine A. Nixon*
Katherine A. Nixon