# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

       Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

## CERTIFICATE OF NO OBJECTION REGARDING DINSE P.C.'S MONTHLY FEE STATEMENT FOR JULY 2025

Pursuant to Paragraph 2(d) of the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), I, Nicole Andreson, a shareholder at Dinse P.C. ("Dinse"), special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), hereby certify that no objections were filed or received regarding Dinse's monthly fee statement for July 2025. (ECF No. 420.) Therefore, the Diocese is authorized to pay Dinse $6,007.60 (80% of $7,509.50) for services rendered in July 2025 in accordance with the Compensation Order.

| | |
|---|---|
| Dated: August 28, 2025 | /s/ *Nicole Andreson* |
| | Nicole Andreson |
| | **DINSE P.C.** |
| | P.O. Box 988 |
| | 209 Battery Street |
| | Burlington, VT 05402-0988 |
| | (802) 864-5751 |
| | nandreson@dinse.com |

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

Prepared with assistance from:

| | |
|---|---|
| Dated: August 28, 2025 | /s/ *Katherine A. Nixon* |
| | Raymond J. Obuchowski |
| | **OBUCHOWSKI LAW OFFICE** |
| | 1542 Route 107, PO Box 60 |
| | Bethel, VT 05032 |
| | (802) 234-6244 |
| | ray@oeblaw.com |

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**