UNITED STATES BANKRUPTCY COURT

DISTRICT OF VERMONT

IN RE:                                                     )
                                                           )
Roman Catholic Diocese of Burlington,                      )          Case No.  24-10205-*hzc*
Vermont[1]                                                 )          *Chapter 11 Case*
                               Debtor in Possession        )

### CERTIFICATE OF SERVICE

I, Raymond J. Obuchowski, Esq., hereby certify that on Friday, August 29, 2025 copies of the:

- Certificate of No Objection regarding Obuchowski Law Office's Monthly Fee Statement For July 2025, Fees: $1,106.00 (80% of $1,382.50), Expenses: $0.00 [ECF #455]

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) generated in connection with the respective filings as follows:

Samuel Andre on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
sandre@fredlaw.com

Jim Baillie on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
jbaillie@fredlaw.com

Andre Denis Bouffard on behalf of Interested Party Vermont Catholic Community Foundation, Inc. abouffard@drm.com, mbottino@drm.com

Robert S DiPalma on behalf of Financial Advisor Berkeley Research Group LLC
rdipalma@pfclaw.com

Jeremy R. Fischer on behalf of Interested Party Rice Memorial High School
jfischer@dwmlaw.com, mveilleux@dwmlaw.com

Elizabeth A. Glynn on behalf of Creditor TD Bank, N.A.
eag@rsclaw.com, ccs@rsclaw.com

---

1 In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Steven Robert Kinsella on behalf of Debtor Roman Catholic Diocese of
Burlington, Vermont
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Alexander Jason LaRosa on behalf of Creditor J. Hutchins Inc.
ajlarosa@mskvt.com, chorigan@mskvt.com

Celeste E. Laramie on behalf of Creditor Survivor Creditors
claramie@gravelshea.com

Paul A Levine on behalf of Creditor Committee Committee of Unsecured
Creditors
plevine@lemerygreisler.com, phartl@lemerygreisler.com

Paul A Levine on behalf of Creditor Committee Local Counsel to the Official
Committee of Unsecured Creditors
plevine@lemerygreisler.com, phartl@lemerygreisler.com

Brittany Mitchell Michael on behalf of Creditor Committee Committee of
Unsecured Creditors
bmichael@pszjlaw.com

Katherine Nixon on behalf of Debtor Roman Catholic Diocese of Burlington,
Vermont
knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Raymond J Obuchowski on behalf of Debtor Roman Catholic Diocese of
Burlington, Vermont
ray@oeblaw.com, marie@oeblaw.com

Lisa M Penpraze on behalf of U.S. Trustee U S Trustee
lisa.penpraze@usdoj.gov

Antonin Robbason on behalf of Creditor TD Bank, N.A.
aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com

Harrison E. Strauss on behalf of U.S. Trustee U S Trustee
harrison.strauss@usdoj.gov

U S Trustee
ustpregion02.vt.ecf@usdoj.gov

and the following documents:

- Certificate of No Objection regarding Obuchowski Law Office's Monthly Fee Statement For July 2025, Fees: $1,106.00 (80% of $1,382.50), Expenses: $0.00 [ECF #455]

by copies sent by electronic mail for delivery on Friday, August 29, 2025 to those indicated and required pursuant to Order [ECF #180] as Notice Parties set below:

| | | |
|---|---|---|
| Lorei Dawson | | 'ldawson@vermontcatholic.org' |
| Steven Robert Kinsella, Esq. | | skinsella@fredlaw.com |
| Brittany Mitchell Michael, Esq. | | bmichael@pszjlaw.com |
| Paul Levine, Esq. | | plevine@lemerygreisler.com |
| Lisa Penpraze, Esq. | | Lisa.Penpraze@usdoj.gov |

DATED at Royalton, Vermont: Friday, August 29, 2025.

By:    */s/Raymond J .Obuchowski*
          Raymond J. Obuchowski, Esq.
          Obuchowski Law Office
          PO Box 60
          Bethel, Vermont   05031
          802-234-6244
          802-234-6245 *telefax*
          ray@oeblaw.com