UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROMAN CATHOLIC DIOCESE OF | ) | Case No. 24-10205-HZC |
| BURLINGTON, | ) | Chapter 11 Case |
|     Debtor | ) | |

NOTICE OF MOTION BY JOHN DOE FOR AN ORDER TO ENLARGE THE CLAIMS BAR
DATE TO ALLOW FILING OF LATE PROOF OF CLAIM

**A MOTION FOR** an order to enlarge the claims bar date to allow filing of late proof of claim has been filed on September 16, 2025 by John Doe, through his attorneys, Gravel & Shea PC, seeking permission to file a late proof of claim (ECF No. 465).

**A HEARING ON THE MOTION** and any responses **will be held** at 11:00 a.m. on September 30, 2025, at the following location: US Bankruptcy Court, District of Vermont, Federal Building, 11 Elmwood Avenue, Room 200, Burlington, VT 05401

You may appear for the above scheduled hearing (a) in person at the location listed above; **or** (b) if you meet the criteria for appearing at remote hearings set forth in Appendix IX to the Court's Local Rules (available on the Court's website), you may appear virtually by using the Zoomgov application on an electronic device. If you are eligible for remote participation and chose to appear by Zoomgov, you must follow the process set forth in Appendix IX, including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at Jody_Kennedyvtb.uscourts.gov or by telephone at (802) 657-6404.

gravel &
shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

**IF YOU OPPOSE THE MOTION**, you are encouraged to file a written response with the Clerk of Court specifying your opposition to the motion, **on or before 4:00 p.m. on September 26, 2025.** If you file a written response, you must also serve a copy of that written presponse to the moving party, the debtor, the debtor's attorney, the United States trustee, the case trustee, if any, and, in a chapter 11 case, also on the creditors' committee and its attorney or, if there is no committee, then upon the 20 largest unsecured creditors. Addresses for those parties are set forth below.

Dated: September 16, 2025

*Celeste E. Laramie*
Celeste E. Laramie, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
claramie@gravelshea.com
Attorneys for [Movant]

Service Addresses

| Lisa M. Penpraze, Esq.<br>Office of the United States Trustee<br>Leo O'Brien Federal Building<br>11A Clinton Avenue, Room 620<br>Albany, NY 12207<br>lisa.penpraze@usdoj.com | Raymond J. Obuchowski, Esq.<br>Obuchowski Law Office<br>P.O. Box 60<br>Bethel, VT 05032-0060<br>Ray@oeblaw.com |



| | |
|---|---|
| Samuel Andre, Esq.<br>Jim Baillie, Esq.<br>Steven Robert Kinsella, Esq.<br>Katherine Nixon, Esq.<br>Fredrickson & Byron, P.A.<br>60 South 6th Street, Suite 1500<br>Minneapolis, MN  55402<br>sandre@fredlaw.com<br>sandre@fredlaw.com<br>jbaillie@fredlaw.com<br>skinsella@fredlaw.com<br>knixon@fredlaw.com | Elizabeth A, Glynn. Esq.<br>Antonin Robbason, Esq.<br>Ryan Smith & Carbine Ltd<br>98 Merchants Row #400<br>Rutland, VT  05701<br>eag@rsclaw.com<br>aizr@rsclaw.com |
| Paul A. Levine, Esq.<br>Lemery Greisler LLC<br>677 Broadway, 8th Floor<br>Albany, NY  12207<br>PLevine@lemerygreisler.com | Brittany M. Michael, Esq.<br>Gail S. Greenwood, Esq.<br>Pachulski Stang Ziehl & Jones<br>780 Third Avenue, 34th Floor<br>New York, NY  10017-2024<br>bmichael@pszjlaw.com<br>ggreenwood@pszjlaw.com |

gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION

- 3 -