## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

    Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

**NOTICE OF HEARING ON MOTION TO AMEND FINAL ORDER (I) ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM; (II) APPROVING SEXUAL ABUSE PROOF OF CLAIM FORM; (III) APPROVING FORM AND MANNER OF NOTICE; AND (IV) APPROVING CONFIDENTIALITY PROCEDURES**

**A MOTION FOR** entry of an order amending the *Final Order (I) Establishing Deadlines for Filing Proofs of Claim; (II) Approving Sexual Abuse Proof of Claim Form; (III) Approving Form and Manner of Notice; and (IV) Approving Confidentiality Procedures* (ECF No. 144) was filed on September 16, 2025, by the Roman Catholic Diocese of Burlington, Vermont (the "<u>Diocese</u>"), through its attorneys, Fredrikson & Byron, P.A. (ECF No. 467.) An electronic copy of the motion can be accessed at the following link: https://case.stretto.com/dioceseofburlington/docket.

**A HEARING ON THE MOTION** and any responses **will be held** at **11:00 A.M. (prevailing Eastern time)** on **Tuesday, September 30, 2025** at the following location: Federal Building, 11 Elmwood Ave, Room 200, Burlington, VT 05401.

You may appear for the above scheduled hearing: (a) in person at the location listed above; *or* (b) if you meet the criteria for appearing at remote hearings set forth in Appendix IX to the Court's Local Rules (available on the Court's website), you may appear virtually by using the Zoomgov application on an electronic device. If you are eligible for remote participation and choose to appear by Zoomgov, you must follow the process set forth in Appendix IX, including

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at Jody_Kennedy@vtb.uscourts.gov or by telephone at (802) 657-6404.

**IF YOU OPPOSE THE MOTION**, you are encouraged to file a written response with the Clerk of Court specifying your opposition to the motion, **on or before 4:00 P.M. (prevailing Eastern time) on Monday, September 29, 2025.** If you file a written response, you must also serve a copy of that written response on the Diocese's attorneys, the United States trustee, and the Official Committee of Unsecured Creditors and its attorneys so that it is received on or before such date and time. Addresses for those parties are set forth below.

Dated:  September 16, 2025      /s/ *Steven R. Kinsella*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

## SERVICE ADDRESSES

| Roman Catholic Diocese of Burlington, Vermont<br>c/o Fredrikson & Byron, P.A.<br>Attn: Samuel M. Andre<br>60 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402<br>sandre@fredlaw.com | United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | Creditors' Committee<br>c/o Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| --- | --- | --- |
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | Creditors' Committee<br>c/o Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |