UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROMAN CATHOLIC DIOCESE OF | ) | Case No. 24-10205-HZC |
| BURLINGTON, | ) | Chapter 11 Case |
|     Debtor | ) | |

ORDER ON MOTION BY JOHN DOE FOR AN ORDER TO ENLARGE THE
CLAIMS BAR DATE TO ALLOW FILING OF LATE PROOF OF CLAIM

Upon consideration of the Motion for an Order to Enlarge the Claims Bar Date to Allow Filing of Late Proof of Claim ("Motion") filed by Movant John Doe ("Doe") and this Court having jurisdiction to enter this Order pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), it is hereby **ORDERED** as follows:

1. Doe's Motion is GRANTED.

2. Doe may have until October 17, 2025 to file a late proof of claim in the above-captioned matter.

September 17, 2025  
Burlington, Vermont

_____  
Heather Z. Cooper  
United States Bankruptcy Judge