## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

        Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

## FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT
## FOR AUGUST 2025

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from August 1, 2025 to August 31, 2025 (the "Compensation Period") in the amount of $30,945.60 (80% of $38,682.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $199.00.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Sarah B. Bennett (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

expenses incurred; and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Monday, October 6, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  September 22, 2025

/s/ *Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

## EXHIBIT A

**Diocese of Burlington**
**09/18/25**
**098358**

| Invoice | Date | Fees | Costs | Total | 0.80 | 0.20 |
|---|---|---|---|---|---|---|
| 1953635 | 9/3/2025 | $ 676.00 | $ - | $ 676.00 | $ 540.80 | $ 135.20 |
| 1953636 | 9/3/2025 | $ 1,757.50 | $ - | $ 1,757.50 | $ 1,406.00 | $ 351.50 |
| 1953637 | 9/3/2025 | $ 8,629.50 | $ - | $ 8,629.50 | $ 6,903.60 | $ 1,725.90 |
| 1953638 | 9/3/2025 | $ 5,683.00 | $ - | $ 5,683.00 | $ 4,546.40 | $ 1,136.60 |
| 1953639 | 9/3/2025 | $ 742.50 | $ - | $ 742.50 | $ 594.00 | $ 148.50 |
| 1953640 | 9/3/2025 | $ 815.00 | $ - | $ 815.00 | $ 652.00 | $ 163.00 |
| 1953641 | 9/3/2025 | $ 9,826.00 | $ - | $ 9,826.00 | $ 7,860.80 | $ 1,965.20 |
| 1953642 | 9/3/2025 | $ 5,141.00 | $ - | $ 5,141.00 | $ 4,112.80 | $ 1,028.20 |
| 1953643 | 9/3/2025 | $ 5,411.50 | $ 199.00 | $ 5,610.50 | $ 4,329.20 | $ 1,082.30 |
| Total | | $ 38,682.00 | $ 199.00 | $ 38,881.00 | $ 30,945.60 | $ 7,736.40 |

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1953643 |
| **Invoice Date:** | September 3, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5000 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through August 31, 2025

**Regarding: Case Administration**

| | |
|---|---|
| Total for Current Legal Fees: | $ 5,411.50 |
| Total For Current Costs and Other Charges: | $ 199.00 |
| **Total For Current Invoice:** | **$ 5,610.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1953643**
**Invoice Date:** **September 3, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888523 | 43,312.28 | (40,178.93) | 3,133.35 |
| 01/06/25 | 1901844 | 8,114.32 | (8,074.32) | 40.00 |
| 03/10/25 | 1914882 | 5,342.47 | | 5,342.47 |
| 04/04/25 | 1921192 | 168.00 | | 168.00 |
| 05/05/25 | 1928133 | 4,428.94 | | 4,428.94 |
| 06/03/25 | 1934596 | 8,752.90 | | 8,752.90 |
| 07/02/25 | 1940650 | 7,601.68 | | 7,601.68 |
| 08/04/25 | 1946967 | 37,507.00 | | 37,507.00 |

**Total Prior Balance:**                                        **$ 66,974.34**

To avoid duplicate payments, the Prior Balance reflects what was still due as of September 3, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**        **1953643**
**Invoice Date:**   **September 3, 2025**
**Client Number:**  **098358**
**Matter Number:**  **098358.5000**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/25 | S. Kinsella | Communications with client regarding mediation. | 0.10 | 63.50 |
| 08/01/25 | S. Andre | Prepare addendum to confidentiality agreement. | 0.50 | 282.50 |
| 08/05/25 | S. Kinsella | Communications with mediator. | 0.20 | 127.00 |
| 08/06/25 | S. Andre | Assist in preparation for mediation. | 0.20 | 113.00 |
| 08/06/25 | S. Kinsella | Phone call with mediator. | 0.80 | 508.00 |
| 08/07/25 | S. Kinsella | Communications with mediator. | 0.20 | 127.00 |
| 08/11/25 | S. Andre | Prepare for mediation and correspond with state court counsel related to same. | 0.40 | 226.00 |
| 08/11/25 | S. Andre | Correspondence regarding parish gathering of information for mediation. | 0.10 | 56.50 |
| 08/11/25 | S. Kinsella | Phone call with mediator (.7); prepare for mediation (.3). | 1.00 | 635.00 |
| 08/13/25 | S. Kinsella | Phone call with mediator (1.1); meeting with client regarding mediation and document requests (1.2). | 2.30 | 1,460.50 |
| 08/13/25 | S. Andre | Prepare for mediation. | 0.30 | 169.50 |
| 08/15/25 | S. Andre | Prepare for mediation. | 0.10 | 56.50 |
| 08/15/25 | S. Andre | Prepare and finalize addendum to confidentiality agreement and correspond with UCC and VCC on same. | 0.30 | 169.50 |
| 08/18/25 | S. Andre | Analyze order extending mediation period. | 0.10 | 56.50 |
| 08/18/25 | S. Andre | Assist in preparation for mediation. | 0.20 | 113.00 |
| 08/18/25 | S. Kinsella | Communications with mediators. | 0.30 | 190.50 |
| 08/18/25 | K. Nixon | Email client re: entry of order extending mediation period. | 0.10 | 48.50 |
| 08/21/25 | K. Nixon | Respond to email from local counsel re: amendments to schedules. | 0.10 | 48.50 |



**Invoice:** 1953643
**Invoice Date:** September 3, 2025
**Page:** 2

| 08/22/25 | S. Kinsella | Communications with mediation party. | 0.10 | 63.50 |
|---|---|---|---|---|
| 08/22/25 | S. Andre | Correspondence regarding VCC access to claims information. | 0.10 | 56.50 |
| 08/25/25 | S. Kinsella | Communications with potential mediation party regarding mediation. | 0.40 | 254.00 |
| 08/25/25 | S. Andre | Assist in preparation for mediation. | 0.30 | 169.50 |
| 08/26/25 | S. Andre | Assist in preparation for mediation. | 0.40 | 226.00 |
| 08/26/25 | S. Kinsella | Communications with mediation party regarding mediation. | 0.20 | 127.00 |
| 08/28/25 | S. Kinsella | Communications with potential mediation party. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **8.90** | **$ 5,411.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 0.20 | 97.00 |
| Steven R.  Kinsella | 635.00 | 5.70 | 3,619.50 |
| Samuel M.  Andre | 565.00 | 3.00 | 1,695.00 |
| **Total** | | **8.90** | **$ 5,411.50** |

## Costs and Other Charges

| | | Amount |
|---|---|---|
| 08/26/25 | COURTS/USBC-VT - Sale Motion Fee | 199.00 |
| | **Current Costs and Other Charges:** | **$ 199.00** |

## Invoice Totals

Total for Current Legal Fees:                                    $ 5,411.50

Total For Current Costs and Other Charges:              $ 199.00

**Total For Current Invoice:**                                   **$ 5,610.50**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1953642** |
| **Invoice Date:** | **September 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5001** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through August 31, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees: $ 5,141.00

**Total For Current Invoice:** **$ 5,141.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | | |
|---|---|---|---|---|
| **Invoice:** | | **1953642** | | |
| **Invoice Date:** | | **September 3, 2025** | | |
| **Page:** | | | | |

### Prior Balance Due Detail

| <u>Date</u> | <u>Invoice Number</u> | <u>Amount</u> | <u>Payments</u> | <u>Balance Due</u> |
|---|---|---|---|---|
| 01/06/25 | 1901845 | 9,052.50 | | 9,052.50 |
| 05/05/25 | 1928136 | 395.50 | | 395.50 |
| 06/03/25 | 1934597 | 1,397.00 | | 1,397.00 |
| 07/02/25 | 1940651 | 254.00 | | 254.00 |
| 08/04/25 | 1946966 | 2,272.00 | | 2,272.00 |
| | **Total Prior Balance:** | | | **$ 13,371.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of September 3, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1953642**
**Invoice Date:** **September 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5001**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/25 | K. Nixon | Follow up with client re: contact person for appraiser and needed information. | 0.10 | 48.50 |
| 08/04/25 | K. Nixon | Emails with client and appraiser re: w9 and contact information. | 0.30 | 145.50 |
| 08/20/25 | K. Nixon | Email to appraiser re: addition of Rice High School. | 0.10 | 48.50 |
| 08/26/25 | S. Kinsella | Prepare trust analysis for mediation. | 3.50 | 2,222.50 |
| 08/27/25 | S. Kinsella | Prepare trust analysis. | 0.80 | 508.00 |
| 08/27/25 | S. Andre | Prepare restricted fund analysis. | 0.30 | 169.50 |
| 08/28/25 | S. Andre | Analyze and prepare analysis of restricted funds. | 3.20 | 1,808.00 |
| 08/28/25 | S. Kinsella | Continue to prepare trust fund analysis. | 0.30 | 190.50 |
| | **Current Legal Fees:** | | **8.60** | **$ 5,141.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 0.50 | 242.50 |
| Steven R.  Kinsella | 635.00 | 4.60 | 2,921.00 |
| Samuel M.  Andre | 565.00 | 3.50 | 1,977.50 |
| **Total** | | **8.60** | **$ 5,141.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 5,141.00 |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Total For Current Invoice:**                                    **$ 5,141.00**

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1953641** |
| **Invoice Date:** | **September 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5002** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through August 31, 2025

**Regarding: Asset Disposition**

Total for Current Legal Fees: $ 9,826.00

**Total For Current Invoice:** **$ 9,826.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 04/04/25 | 1921193 | 203.20 | | 203.20 |
| 05/05/25 | 1928140 | 660.50 | | 660.50 |
| 06/03/25 | 1934598 | 481.50 | | 481.50 |
| 07/02/25 | 1940652 | 97.00 | | 97.00 |
| 08/04/25 | 1946974 | 291.00 | | 291.00 |
| **Total Prior Balance:** | | | | **$ 1,733.20** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of September 3, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**           **1953641**
**Invoice Date:**      **September 3, 2025**
**Client Number:**     **098358**
**Matter Number:**     **098358.5002**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/05/25 | S. Kinsella | Consult on Loretto sale process. | 0.10 | 63.50 |
| 08/05/25 | K. Nixon | Confirm notice period for sale motion under local rules and emails with real estate broker re: next steps with Loretto Home. | 0.30 | 145.50 |
| 08/06/25 | S. Kinsella | Review and analyze option agreement. | 0.20 | 127.00 |
| 08/06/25 | K. Nixon | Review revised option agreement and emails with brokers re: the same. | 0.40 | 194.00 |
| 08/11/25 | S. Kinsella | Revise sale agreement. | 0.20 | 127.00 |
| 08/11/25 | K. Nixon | Review and revise option agreement and confirm timeline for motion to approve sale. | 0.90 | 436.50 |
| 08/12/25 | S. Kinsella | Review and revise sale agreement. | 0.20 | 127.00 |
| 08/12/25 | K. Nixon | Revise option agreement and emails to client and real estate broker re: the same. | 0.50 | 242.50 |
| 08/13/25 | K. Nixon | Revise option agreement and email to S. Bennett re: the same. | 0.30 | 145.50 |
| 08/18/25 | S. Bennett | Review and exchange emails with K. Nixon re: review of Option Agreement. | 0.10 | 58.50 |
| 08/18/25 | K. Nixon | Email to real estate brokers re: status of review of option agreement. | 0.10 | 48.50 |
| 08/19/25 | S. Bennett | Review and revise draft Option Agreement. Review and exchange emails with K. Nixon re: same. | 1.20 | 702.00 |
| 08/19/25 | S. Kinsella | Review comments to option agreement. | 0.10 | 63.50 |
| 08/19/25 | K. Nixon | Emails with S. Bennett re: revisions to option agreement. | 0.20 | 97.00 |
| 08/20/25 | S. Andre | Prepare motion to sell Loretto Home. | 0.70 | 395.50 |
| 08/20/25 | S. Kinsella | Revise option agreement. | 0.30 | 190.50 |



**Invoice:**          **1953641**
**Invoice Date:**   **September 3, 2025**
**Page:**              **2**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/20/25 | K. Nixon | Revise draft option agreement and emails to Dinse re: the same. | 0.40 | 194.00 |
| 08/21/25 | S. Andre | Prepare motion to sell Loretto Home. | 2.70 | 1,525.50 |
| 08/21/25 | S. Kinsella | Revise option agreement. | 0.30 | 190.50 |
| 08/21/25 | K. Nixon | Revise draft option agreement (1.5); phone call and emails with Dinse re: the same (0.3); emails to client and buyer re: revisions (0.2). | 2.00 | 970.00 |
| 08/22/25 | S. Andre | Prepare and revise motion to sell Loretto Home. | 1.00 | 565.00 |
| 08/22/25 | S. Kinsella | Revise sale motion. | 0.70 | 444.50 |
| 08/22/25 | K. Nixon | Revise motion authorizing sale free and clear and emails to committee counsel, UST, and client re: the same. | 1.50 | 727.50 |
| 08/25/25 | S. Andre | Assist in preparatino of motion to sell Loretto Home. | 0.10 | 56.50 |
| 08/25/25 | S. Kinsella | Communications with broker regarding sale agreement and legal description. | 0.30 | 190.50 |
| 08/25/25 | K. Nixon | Phone call with local counsel re: draft sale motion (0.2); confirm legal description of sale property (0.3); emails to buyer's counsel and client re: draft sale motion (0.3). | 0.80 | 388.00 |
| 08/26/25 | S. Kinsella | Revise sale motion. | 0.20 | 127.00 |
| 08/26/25 | K. Nixon | Emails to client and buyer's counsel re: execution of option agreement (0.2); revise and finalize motion to sell Loretto Home, including drafting notice of hearing and revising proposed order (1.8). | 2.00 | 970.00 |
| 08/26/25 | S. Stallings | Attention to finalizing and e-filing Debtor's motion to sell property free and clear of liens and arrange for service. | 0.30 | 70.50 |
| 08/28/25 | K. Nixon | Respond to email from buyer's counsel re: request for copies of deeds/maps. | 0.50 | 242.50 |
| | **Current Legal Fees:** | | **18.60** | **$ 9,826.00** |

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com

# Fredrikson

**Invoice:** **1953641**
**Invoice Date:** **September 3, 2025**
**Page:** **3**

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.30 | 70.50 |
| Katherine  Nixon | 485.00 | 9.90 | 4,801.50 |
| Steven R.  Kinsella | 635.00 | 2.60 | 1,651.00 |
| Sarah B.  Bennett | 585.00 | 1.30 | 760.50 |
| Samuel M.  Andre | 565.00 | 4.50 | 2,542.50 |
| **Total** | | **18.60** | **$ 9,826.00** |

## Invoice Totals

Total for Current Legal Fees: $ 9,826.00

**Total For Current Invoice:** **$ 9,826.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1953640 |
| **Invoice Date:** | September 3, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5006 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through August 31, 2025

**Regarding: Business Operations**

Total for Current Legal Fees:                                                                $ 815.00

**Total For Current Invoice:**                                                          **$ 815.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1953640**
**Invoice Date:** **September 3, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914880 | 4,970.00 | | 4,970.00 |
| 04/04/25 | 1921194 | 2,811.60 | | 2,811.60 |
| 05/05/25 | 1928143 | 1,923.50 | | 1,923.50 |
| 06/03/25 | 1934599 | 247.00 | | 247.00 |
| 07/02/25 | 1940653 | 190.50 | | 190.50 |
| 08/04/25 | 1946973 | 848.50 | | 848.50 |

**Total Prior Balance:**                                    **$ 10,991.10**

To avoid duplicate payments, the Prior Balance reflects what was still due as of September 3, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1953640**
**Invoice Date:** **September 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5006**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/25 | S. Kinsella | Communications with trustee regarding trust distribution. | 0.10 | 63.50 |
| 08/05/25 | S. Kinsella | Communications with trustee regarding trust distribution. | 0.20 | 127.00 |
| 08/13/25 | S. Kinsella | Communications with trustee regarding business expense issue. | 0.10 | 63.50 |
| 08/20/25 | J. Baillie | Review emails regarding diocese filings and conference with S. Kinsella regarding hearings and events. | 0.20 | 195.00 |
| 08/25/25 | S. Kinsella | Communications with client and school counsel regarding scholarship funds. | 0.30 | 190.50 |
| 08/26/25 | S. Kinsella | Communications with client and school regarding scholarship. | 0.20 | 127.00 |
| 08/27/25 | K. Nixon | Respond to email from client re: sale of vehicle and payments from trust. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **1.20** | **$ 815.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 0.10 | 48.50 |
| Steven R.  Kinsella | 635.00 | 0.90 | 571.50 |
| James L.  Baillie | 975.00 | 0.20 | 195.00 |
| **Total** | | **1.20** | **$ 815.00** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1953640** |
| **Invoice Date:** | **September 3, 2025** |
| **Page:** | **2** |

### Invoice Totals

Total for Current Legal Fees:                                                   $ 815.00

**Total For Current Invoice:                                          $ 815.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1953639 |
| **Invoice Date:** | September 3, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5007 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through August 31, 2025

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees: $ 742.50

**Total For Current Invoice:** **$ 742.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID:

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| Invoice: | **1953639** |
|---|---|
| Invoice Date: | **September 3, 2025** |
| Page: | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/10/25 | 1914868 | 2,194.80 | | 2,194.80 |
| 04/04/25 | 1921195 | 3,134.40 | | 3,134.40 |
| 05/05/25 | 1928146 | 4,622.00 | | 4,622.00 |
| 06/03/25 | 1934600 | 451.50 | | 451.50 |
| 07/02/25 | 1940654 | 533.50 | | 533.50 |
| 08/04/25 | 1946972 | 48.50 | | 48.50 |

**Total Prior Balance:**                                                        **$ 10,984.70**

To avoid duplicate payments, the Prior Balance reflects what was still due as of September 3, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**          **1953639**
**Invoice Date:**     **September 3, 2025**
**Client Number:**    **098358**
**Matter Number:**    **098358.5007**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/11/25 | K. Nixon | Review and revise draft correspondence to other religious orders/congregations re: certain claims and email client re: the same. | 1.20 | 582.00 |
| 08/22/25 | K. Nixon | Attention to email from VCC re: access to confidential claims. | 0.10 | 48.50 |
| 08/25/25 | K. Nixon | Email committee counsel re: VCC access to confidential claims. | 0.10 | 48.50 |
| 08/26/25 | S. Kinsella | Review claim notice. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **1.50** | **$ 742.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 1.40 | 679.00 |
| Steven R.  Kinsella | 635.00 | 0.10 | 63.50 |
| **Total** | | **1.50** | **$ 742.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 742.50 |
| **Total For Current Invoice:** | **$ 742.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  •  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** **1953638**
**Invoice Date:** **September 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5010**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through August 31, 2025

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees: $ 5,683.00

**Total For Current Invoice:** **$ 5,683.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID: ■■■■■

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1953638**
**Invoice Date:** **September 3, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 03/10/25 | 1914874 | 5,962.40 | | 5,962.40 |
| 04/04/25 | 1921197 | 2,267.20 | | 2,267.20 |
| 05/05/25 | 1928150 | 3,810.00 | | 3,810.00 |
| 06/03/25 | 1934602 | 3,647.00 | | 3,647.00 |
| 07/02/25 | 1940655 | 3,235.00 | | 3,235.00 |
| 08/04/25 | 1946971 | 1,885.50 | | 1,885.50 |

**Total Prior Balance:** **$ 20,807.10**

To avoid duplicate payments, the Prior Balance reflects what was still due as of September 3, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1953638** |
| **Invoice Date:** | **September 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/05/25 | S. Kinsella | Analyze insurance archaeologist application issue. | 0.10 | 63.50 |
| 08/05/25 | K. Nixon | Review draft application to employ insurance archaeologist. | 0.20 | 97.00 |
| 08/06/25 | S. Kinsella | Revise insurance archaeologist application. | 0.20 | 127.00 |
| 08/06/25 | K. Nixon | Revise application to employ insurance archaeologist and emails with committee counsel and client re: the same. | 1.90 | 921.50 |
| 08/11/25 | K. Nixon | Draft and finalize CNOs for Fredrikson and Dinse and email client re: the same (0.3); draft Fredrikson's July 2025 monthly fee statement (0.3). | 0.60 | 291.00 |
| 08/13/25 | K. Nixon | Draft and finalize Dinse's July 2025 monthly fee statement and email to client re: the same. | 0.30 | 145.50 |
| 08/15/25 | K. Nixon | Update schedule of payments to professionals and email committee counsel re: app. to employ insurance archaeologist. | 0.20 | 97.00 |
| 08/18/25 | K. Nixon | Finalize application to employ insurance archaeologist and email client re: the same. | 0.20 | 97.00 |
| 08/20/25 | S. Stallings | Analyze invoices for April, May, and June 2025 (.3); attention to preparation of 3rd fee application for Fredrikson (.4). | 0.70 | 164.50 |
| 08/21/25 | S. Kinsella | Review insurance archaeologist order (.1); communications with Committee counsel regarding the same (.1). | 0.20 | 127.00 |
| 08/21/25 | K. Nixon | Emails to committee counsel, client, and UST re: entry of order authorizing employment of insurance archaeologist (0.5); draft third fee application for Dinse (1.1). | 1.60 | 776.00 |

Fredrikson & Byron, P.A.
P.O. Box 1484  •  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  •  fredlaw.com



| | | | | |
|---|---|---|---|---|
| | | **Invoice:** | 1953638 | |
| | | **Invoice Date:** | September 3, 2025 | |
| | | **Page:** | 2 | |

| | | | | |
|---|---|---|---|---|
| 08/22/25 | S. Kinsella | Communications with client | 0.30 | 190.50 |
| 08/22/25 | K. Nixon | Draft Fredrikson's third fee application (2.5); revise Dinse's third fee application (0.6); phone call with local counsel re: draft fee applications (0.1); emails to committee counsel, UST, and client re: draft fee applications (0.2). | 3.40 | 1,649.00 |
| 08/26/25 | S. Kinsella | Revise and finalize fee applications. | 0.10 | 63.50 |
| 08/26/25 | K. Nixon | Finalize third interim fee applications and emails to client and interested parties re: the same. | 1.30 | 630.50 |
| 08/27/25 | K. Nixon | Update schedule of payments to professionals and draft certificates of no objection for July 2025. | 0.30 | 145.50 |
| 08/28/25 | K. Nixon | Update schedule of payments to professionals and email clients re: filed CNOs and monthly fee statements. | 0.20 | 97.00 |
| | **Current Legal Fees:** | | **11.80** | **$ 5,683.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.70 | 164.50 |
| Katherine  Nixon | 485.00 | 10.20 | 4,947.00 |
| Steven R.  Kinsella | 635.00 | 0.90 | 571.50 |
| **Total** | | **11.80** | **$ 5,683.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 5,683.00 |
| **Total For Current Invoice:** | **$ 5,683.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1953637 |
| **Invoice Date:** | September 3, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5013 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through August 31, 2025

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees:                                                $ 8,629.50

**Total For Current Invoice:**                                    **$ 8,629.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | | |
|---|---|---|---|---|
| **Invoice:** | | **1953637** | | |
| **Invoice Date:** | | **September 3, 2025** | | |
| **Page:** | | | | |

## Prior Balance Due Detail

| <u>Date</u> | <u>Invoice Number</u> | <u>Amount</u> | <u>Payments</u> | <u>Balance Due</u> |
|---|---|---|---|---|
| 03/10/25 | 1914876 | 6,022.40 | | 6,022.40 |
| 04/04/25 | 1921198 | 14,720.00 | | 14,720.00 |
| 05/05/25 | 1928152 | 16,257.00 | | 16,257.00 |
| 06/03/25 | 1934603 | 15,139.50 | | 15,139.50 |
| 07/02/25 | 1940656 | 15,386.50 | | 15,386.50 |
| 08/04/25 | 1946970 | 24,717.50 | | 24,717.50 |

**Total Prior Balance:** **$ 92,242.90**

To avoid duplicate payments, the Prior Balance reflects what was still due as of September 3, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1953637** |
| **Invoice Date:** | **September 3, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5013** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### **Legal Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/04/25 | S. Andre | Correspond with parishes and VCC regarding discovery. | 0.30 | 169.50 |
| 08/04/25 | S. Andre | Correspond with UCC regarding production of VCC documents. | 0.10 | 56.50 |
| 08/06/25 | S. Kinsella | Prepare for and participate in meeting with Committee counsel. | 0.90 | 571.50 |
| 08/06/25 | S. Andre | Correspond with parish counsel regarding information on restricted assets and joint defense agreement. | 0.20 | 113.00 |
| 08/06/25 | S. Andre | Prepare for and meeting with UCC regarding status of case and next steps in mediation. | 0.60 | 339.00 |
| 08/07/25 | S. Andre | Analyze follow up documents for production to UCC. | 1.50 | 847.50 |
| 08/11/25 | S. Andre | Correspond with UCC and VCC regarding access to VCC accounting data. | 0.10 | 56.50 |
| 08/13/25 | S. Andre | Prepare for and meet with UCC on status and next steps in case and mediation. | 0.60 | 339.00 |
| 08/13/25 | S. Kinsella | Meeting with Committee counsel (.4); follow up communications with various parties regarding mediation discovery requests (.6). | 1.00 | 635.00 |
| 08/15/25 | S. Kinsella | Finalize addendum to confidentiality agreement and coordinate execution. | 0.10 | 63.50 |
| 08/15/25 | S. Andre | Correspond with Diocese reagrding BRG follow up requests for information. | 0.10 | 56.50 |
| 08/18/25 | S. Kinsella | Coordinate discovery requests. | 0.10 | 63.50 |
| 08/18/25 | S. Andre | Correspondence with client and UCC regarding BRG follow up questions regarding parish financials. | 0.10 | 56.50 |

# FREDRIKSON

| 08/18/25 | S. Andre | Correspondence with UCC and VCC regarding confidentiality agreement for production of VCC documents for mediation. | 0.20 | 113.00 |
|---|---|---|---|---|
| 08/18/25 | K. Nixon | Email client re: status report and survivor statements. | 0.10 | 48.50 |
| 08/19/25 | S. Kinsella | Communications with Committee counsel regarding information requests. | 0.10 | 63.50 |
| 08/19/25 | S. Andre | Follow up with UCC regarding meeting with BRG and outstanding items related to parish data. | 0.10 | 56.50 |
| 08/19/25 | K. Nixon | Respond to email from client re: time of hearing for survivor statements. | 0.10 | 48.50 |
| 08/20/25 | S. Kinsella | Analyze updated discovery requests. | 1.00 | 635.00 |
| 08/20/25 | S. Andre | Correspondence from UCC regarding information requests for mediation. | 0.30 | 169.50 |
| 08/20/25 | S. Andre | Correspondence with UCC and BRG regarding parish statistics. | 0.10 | 56.50 |
| 08/20/25 | S. Andre | Prepare for and meeting with UCC on status and next steps in case. | 1.20 | 678.00 |
| 08/20/25 | K. Nixon | Meeting with committee counsel and strategize next steps on outstanding items needed. | 0.60 | 291.00 |
| 08/21/25 | S. Andre | Correspondence with UCC and mediators regarding outstanding information for mediation. | 0.30 | 169.50 |
| 08/21/25 | S. Andre | Correspond with Diocese regarding follow up discovery from Committee for mediation. | 0.20 | 113.00 |
| 08/21/25 | S. Kinsella | Prepare discovery responses. | 0.80 | 508.00 |
| 08/21/25 | S. Andre | Prepare for and meetings with BRG, UCC, and client regarding BRG requests for clarification of information produced and UCC's follow up requests for documents. | 1.40 | 791.00 |
| 08/22/25 | S. Kinsella | Communications with Committee counsel regarding document production. | 0.10 | 63.50 |
| 08/25/25 | S. Andre | Correspondence regarding production of further documents to UCC in preparation for mediation. | 0.20 | 113.00 |
| 08/25/25 | S. Kinsella | Review and revise discovery responses. | 0.30 | 190.50 |
| 08/26/25 | S. Andre | Correspond with Rice counsel regarding UCC requests for further documents. | 0.50 | 282.50 |
| 08/26/25 | K. Nixon | Review status of responses to committee's document requests and strategize re: additional items needed. | 0.20 | 97.00 |
| 08/27/25 | S. Andre | Analyze documents for production to UCC and correspond with UCC and Rice counsel on same. | 0.40 | 226.00 |



**Invoice:** **1953637**
**Invoice Date:** **September 3, 2025**
**Page:** **3**

| 08/27/25 | S. Andre | Prepare for and meeting with UCC on status and next steps in case. | 0.40 | 226.00 |
|---|---|---|---|---|
| 08/27/25 | K. Nixon | Meeting with committee counsel re: oustanding items needed and strategize next steps. | 0.30 | 145.50 |
| 08/28/25 | S. Andre | Correspondence with UCC and mediators regarding follow up financial information for mediation. | 0.20 | 113.00 |
| 08/28/25 | S. Kinsella | Coordinate additional document production. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **14.90** | **$ 8,629.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 1.30 | 630.50 |
| Steven R.  Kinsella | 635.00 | 4.50 | 2,857.50 |
| Samuel M.  Andre | 565.00 | 9.10 | 5,141.50 |
| **Total** | | **14.90** | **$ 8,629.50** |

## Invoice Totals

Total for Current Legal Fees:                                  $ 8,629.50

**Total For Current Invoice:**                          **$ 8,629.50**

Fredrikson & Byron, P.A.
P.O. Box 1484  •  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1953636 |
| **Invoice Date:** | September 3, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5015 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through August 31, 2025

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees:                                      $ 1,757.50

**Total For Current Invoice:**                               **$ 1,757.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1953636**
**Invoice Date:** **September 3, 2025**
**Page:**

**Prior Balance Due Detail**

| <u>Date</u> | <u>Invoice Number</u> | <u>Amount</u> | <u>Payments</u> | <u>Balance Due</u> |
|---|---|---|---|---|
| 08/04/25 | 1946969 | 1,470.00 | | 1,470.00 |
| **Total Prior Balance:** | | | | **$ 1,470.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of September 3, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1953636**
**Invoice Date:** **September 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5015**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/25 | K. Nixon | Review supplemental certificate of service for motion to extend exclusivity period. | 0.10 | 48.50 |
| 08/11/25 | K. Nixon | Confirm timeline for filing additional motion to extend exclusive periods. | 0.10 | 48.50 |
| 08/12/25 | S. Kinsella | Analyze extension of exclusivity period issues. | 0.10 | 63.50 |
| 08/12/25 | K. Nixon | Emails with court staff re: hearing date for second motion to extend exclusive periods. | 0.30 | 145.50 |
| 08/13/25 | S. Kinsella | Analyze exclusivity period issues. | 0.10 | 63.50 |
| 08/15/25 | K. Nixon | Review supplemental certificate of service for second motion to extend exclusive periods. | 0.10 | 48.50 |
| 08/20/25 | S. Kinsella | Analyze exclusivity period issues. | 0.20 | 127.00 |
| 08/20/25 | K. Nixon | Draft third motion to extend exclusive periods. | 0.80 | 388.00 |
| 08/21/25 | K. Nixon | Revise third motion to extend exclusive periods. | 0.10 | 48.50 |
| 08/22/25 | S. Kinsella | Revise exclusivity period motion. | 0.40 | 254.00 |
| 08/22/25 | K. Nixon | Revise draft motion to extend exclusive periods and email client and UST re: the same. | 0.40 | 194.00 |
| 08/25/25 | S. Kinsella | Communications with Committee counsel regarding exclusivity period motion. | 0.10 | 63.50 |
| 08/26/25 | K. Nixon | Revise and finalize third motion to extend exclusive periods. | 0.40 | 194.00 |
| 08/26/25 | S. Stallings | Attention to finalizing and e-filing Debtor's third motion to extend the exclusivity period and arrange for service. | 0.30 | 70.50 |
| | **Current Legal Fees:** | | **3.50** | **$ 1,757.50** |

# Fredrikson

**Invoice:** **1953636**
**Invoice Date:** **September 3, 2025**
**Page:** **2**

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.30 | 70.50 |
| Katherine  Nixon | 485.00 | 2.30 | 1,115.50 |
| Steven R.  Kinsella | 635.00 | 0.90 | 571.50 |
| **Total** | | **3.50** | **$ 1,757.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,757.50 |
| **Total For Current Invoice:** | **$ 1,757.50** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1953635 |
| **Invoice Date:** | September 3, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5018 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through August 31, 2025

**Regarding: Reporting**

Total for Current Legal Fees: $ 676.00

**Total For Current Invoice:** **$ 676.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**        **Online Payments:**                **ACH & Wire Instructions:**

Fredrikson & Byron P.A.        Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID:

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1953635**
**Invoice Date:** **September 3, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 03/10/25 | 1914878 | 436.40 | | 436.40 |
| 04/04/25 | 1921199 | 654.40 | | 654.40 |
| 05/05/25 | 1928154 | 604.00 | | 604.00 |
| 06/03/25 | 1934605 | 386.50 | | 386.50 |
| 07/02/25 | 1940657 | 338.00 | | 338.00 |
| 08/04/25 | 1946968 | 862.50 | | 862.50 |

**Total Prior Balance:** **$ 3,281.80**

To avoid duplicate payments, the Prior Balance reflects what was still due as of September 3, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1953635**
**Invoice Date:** **September 3, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5018**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/25 | S. Andre | Analyze and correspondence regarding UCC request for supplementation to reporting. | 0.20 | 113.00 |
| 08/07/25 | S. Andre | Correspondence regarding MOR and reporting information. | 0.20 | 113.00 |
| 08/19/25 | K. Nixon | Review and finalize July MOR. | 0.70 | 339.50 |
| 08/20/25 | S. Kinsella | Review and finalize amended schedules. | 0.10 | 63.50 |
| 08/20/25 | S. Stallings | Finalize and e-file July 2025 monthly operating report of Diocese. | 0.20 | 47.00 |
| | **Current Legal Fees:** | | **1.40** | **$ 676.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.20 | 47.00 |
| Katherine  Nixon | 485.00 | 0.70 | 339.50 |
| Steven R.  Kinsella | 635.00 | 0.10 | 63.50 |
| Samuel M.  Andre | 565.00 | 0.40 | 226.00 |
| **Total** | | **1.40** | **$ 676.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 676.00 |
| **Total For Current Invoice:** | **$ 676.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

## CERTIFICATE OF SERVICE

I, Katherine A. Nixon, hereby certify that on September 22, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I caused the same to be served on the following Notice Parties via the method indicated below:

| | | |
|---|---|---|
| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

/s/ *Katherine A. Nixon*
Katherine A. Nixon