# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

## DINSE P.C.'S MONTHLY FEE STATEMENT FOR AUGUST 2025

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Dinse P.C. ("Dinse"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from August 1, 2025 to August 31, 2025 (the "Compensation Period") in the amount of $920.40 (80% of $1,150.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

Dinse's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Monday, October 6, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Dinse will file a certificate of no objection with the Court and the Diocese will be authorized to pay Dinse the amounts described herein.

| | |
|---|---|
| Dated:  September 22, 2025 | /s/ *Nicole Andreson* |
| | Nicole Andreson |
| | **DINSE P.C.** |
| | P.O. Box 988 |
| | 209 Battery Street |
| | Burlington, VT 05402-0988 |
| | (802) 864-5751 |
| | nandreson@dinse.com |
| | |
| | **ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |

Prepared with assistance from:

| | |
|---|---|
| Dated:  September 22, 2025 | /s/ *Katherine A. Nixon* |
| | Raymond J. Obuchowski |
| | **OBUCHOWSKI LAW OFFICE** |
| | 1542 Route 107, PO Box 60 |
| | Bethel, VT 05032 |
| | (802) 234-6244 |
| | ray@oeblaw.com |
| | |
| | James L. Baillie (*pro hac vice*) |
| | Steven R. Kinsella (*pro hac vice*) |
| | Samuel M. Andre (*pro hac vice*) |
| | Katherine A. Nixon (*pro hac vice*) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 60 South Sixth Street, Suite 1500 |
| | Minneapolis, MN  55402-4400 |
| | (612) 492-7000 |
| | jbaillie@fredlaw.com |
| | skinsella@fredlaw.com |
| | sandre@fredlaw.com |
| | knixon@fredlaw.com |
| | |
| | **ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT** |

# **EXHIBIT A**



209 Battery Street  
PO Box 988  
Burlington, VT 05402

Roman Catholic Diocese of Burlington  
Bishop John McDermott  
55 Joy Drive  
South Burlington, VT 05403

| | |
|---|---:|
| Invoice Date: | September 12, 2025 |
| Invoice No.: | 243697 |
| Matter Number: | 12530.0049 |

Client:     Roman Catholic Diocese  
Matter:    Bankruptcy Action

For professional services rendered through August 31, 2025

Currency: USD

| | |
|---|---:|
| Fees | 1,150.50 |
| **Amount Due - This Invoice** | **$1,150.50** |
| Prior Balance | 34,513.50 |
| **Total Amount Due** | **$35,664.00** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|---|---|---|
| Dinse P.C. |  | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |
| | Email ar@dinse.com with remittance information | Follow the link to "Pay Your Bill" |

Client: Roman Catholic Diocese  Invoice Date:  September 12, 2025
Matter: Bankruptcy Action  Invoice No.:  243697
Matter Number:  12530.0049

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/2025 | Margarita I Warren | Correspondence with bankruptcy counsel regarding mediation | 0.10 | 39.50 |
| 08/11/2025 | Margarita I Warren | Teleconference with bankruptcy counsel regarding bankruptcy matter status | 0.40 | 158.00 |
| 08/12/2025 | Nicole Andreson | Attend hearing before Judge Cooper | 0.20 | 95.00 |
| 08/21/2025 | Krista L Cadieux | Confer with Attorney Langan re: Option Agreement. | 0.10 | 33.00 |
| 08/21/2025 | Molly K Langan | Review Option Agreement for Loretto Home and provide comments to same. Review follow up questions and respond to same. Conference to discuss Option Agreement. | 1.50 | 825.00 |
| **Total** | | | **2.30** | **$1,150.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Krista L Cadieux | Paralegal | 0.10 | 330.00 | 33.00 |
| Margarita I Warren | Partner | 0.50 | 395.00 | 197.50 |
| Molly K Langan | Partner | 1.50 | 550.00 | 825.00 |
| Nicole Andreson | Partner | 0.20 | 475.00 | 95.00 |
| **Total** | | **2.30** | | **$1,150.50** |

**Invoice Summary**

| | This Invoice |
|---|---|
| Fees | $1,150.50 |
| Costs | $0.00 |
| Charges/Tax | $0.00 |
| **Total** | **$1,150.50** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 18,550.50 | 15,963.00 | 0.00 | 0.00 | 0.00 |

| **Total** | | | | **$34,513.50** |

## CERTIFICATE OF SERVICE

I, Katherine A. Nixon, hereby certify that on September 22, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
|---|---|---|
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

                                                    */e/ Katherine A. Nixon*
                                                    Katherine A. Nixon