UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:

ROMAN CAHTOLIC DIOCESE OF
BURLINGTON VERMONT,

Case No. 24-10205-1-rel
Chapter 11

Debtor.

## UNITED STATES TRUSTEE'S
## OMNIBUS RESPONSE TO PENDING FEE APPLICATIONS

William K. Harrington, the United States Trustee for Region 2, hereby submits this response to the fee applications[1] ("Fee Apps") currently pending before this Court.

The United States Trustee has been in contact with counsel for the various professionals regarding the Fee Apps and has agreed to certain reductions, has no objection to the compensation and/or expenses sought, or hopes to reach a resolution prior to hearing as described in the below table.

| Professional | Period | Role | Doc No. | Request | Fees Requested | Exp Requested | Comments |
|---|---|---|---|---|---|---|---|
| Fredrikson & Byron, P.A. | 4/1/25-6/30/25 | Debtor Attorney | 443 | 3rd | $92,368.25 | $5,143.02 | Agreed upon reduction of $695.95. |
| Dinse P.C. | 4/1/25-6/30/25 | Debtor SC | 444 | 3rd | $22,321.50 | $0.00 | No Objection. |
| Obuchowski Law | 4/1/25-6/30/25 | Debtor Local | 437 | 3rd | $6,090.00 | $0.00 | No Objection. |
| Lemery Greisler LLC | 4/1/25-6/30/25 | UCC Local | 438 | 3rd | $4,230.00 | $82.60 | No Objection. |

---

[1] Doc No. 443 - *Third Interim Application for Allowance of Fees and Expenses of Fredrikson & Brown*; Doc. No. 444 - *Third Interim Application of Dinse P.C.*; Doc. No. 437- *Third Interim Application for Allowance for Compensation and Reimbursement of Expenses of Obuchowski Law Office, PC*; Doc. No. 438 - *Third Application for Interim Compensation and Reimbursement of Expenses of Lemery Greisler LLC*; Doc. No. 439 - *Third Interim Application of Pachulski Stang Ziehl & Jones LLP*; and Doc. No. 440 - *Second Interim Application of Berkeley Research Group, LLC*.

| Pachulski Stang Ziehl & Jones LLP | 4/1/25-6/30/25 | UCC Attorney | 439 | 3rd | $239,151.50 | $3,066.31 | Agreed upon reduction of $11,600.00 |
| Berkeley Research Group, LLC | 4/1/25-6/30/25 | UCC Fin Adv | 440 | 2nd | $79,692.45 | $0.00 | Agreed upon reduction of $500.00. |

**WHEREFORE**, the United States Trustee respectfully requests that the Court enter orders approving the Fee Apps as described above or granting a brief adjournment to allow the United States Trustee to complete his review and/or reach resolution.

Dated: September 23, 2025.

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE - REGION 2

/s/ Harrison E. Strauss
Harrison E. Strauss - Trial Attorney
OFFICE OF UNITED STATE TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
(518) 434-4553
Harrison.Strauss@usdoj.gov
