Filed & Entered
On Docket
09/24/2025

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

## ORDER CONTINUING TIMELINE FOR GLOBAL MEDIATION
## AND AMENDING, IN PART, ORDER FOR APPEARANCE AT MEDIATION

On June 13, 2025, this Court entered its Order Referring Parties to Global Mediation, Appointing Mediators, and Granting Related Relief [ECF 352] (the Mediation Order). The Mediation Order provided mediation "shall be concluded within sixty (60) days of the date of this Order. After this Court's entry of the Mediation Order, the Hon. William J. Fisher, one of the Court appointed mediators, entered an Order for Appearance at Mediation [ECF 400], directing the Mediation Parties to appear and participate in mediation on July 28 and July 29, 2025. The Mediating Parties appeared and participated in mediation on those dates yet required additional time to complete mediation.

Due to the need for additional time to complete mediation, on August 18, 2025, this Court entered an Order Amending Timeframe for Completion of Global Mediation [ECF 431] and extended the deadline for completion of mediation to September 19, 2025. The Mediating Parties appeared and participated in further mediation on September 11 and September 12, 2025. While the mediation as originally framed has concluded, the Mediation Parties may benefit from the continued involvement of the Court appointed mediators, on an as-needed basis.

Accordingly, this Court HEREBY further extends the timeframe for mediation and extends the deadline for completion of mediation to December 31, 2025.

IT IS FURTHER ORDERED the parameters of the Order for Appearance at Mediation [ECF 400] remain in effect, except as otherwise amended herein;

IT IS FURTHER ORDERED the Order for Appearance at Mediation [ECF 400] is amended to expand the Mediation Parties' ability to communicate with the Court appointed

mediators in whatever fashion agreed to by the Mediation Parties and mediators. By way of example, if all Mediation Parties and the mediators believe that a zoom or telephone conference may be beneficial to the process, the need for personal appearances may be waived subject to the full discretion of the Court appointed mediators; and

      IT IS FURTHER ORDERED unless the Mediation Parties request a stipulated continuation beyond the December 31, 2025, end date for mediation, mediation will be closed without further order from this Court.

**SO ORDERED.**

September 24, 2025  
Burlington, Vermont

Heather Z. Cooper  
United States Bankruptcy Judge