Filed & Entered
On Docket
09/30/2025

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

## ORDER GRANTING IN PART THIRD INTERIM APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DIOCESE FROM APRIL 1, 2025 THROUGH JUNE 30, 2025

This case came before the Court on the Third Interim Application of Fredrikson & Byron, P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Diocese from April 1, 2025 through June 30, 2025 (doc. # 443) (the "Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation procedures (doc. # 180). After due consideration, the Court finds that the fees and expenses described in the Application are reasonable and constitute actual and necessary fees and expenses. Therefore, for good cause shown, **IT IS HEREBY ORDERED:**

1. Fredrikson & Byron, P.A.'s fees incurred between April 1, 2025 and June 30, 2025 in the amount of $91,671.30, and expenses in the amount of $5,143.02, for a total of $96,814.32, are allowed. This number reflects the reduction agreed upon by the Movant and the Office of the United States Trustee.

2. The Diocese (as defined in the Application) is authorized to pay such allowed postpetition fees and expenses.

3. Fredrikson & Byron, P.A.'s fees and expenses allowed in this Order are granted administrative priority under 11 U.S.C. § 503(b).

September 30, 2025
Burlington, Vermont

*Heather Z. Cooper*
Heather Z. Cooper United
States Bankruptcy Judge