# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

    Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

## *ORDER ENDORSING* STIPULATION

    This Stipulation (the "Stipulation") is entered into as of September 26, 2025 (the "Effective Date"), by and between the Roman Catholic Diocese of Burlington, Vermont (the "Diocese") and John Doe ("Doe" and, together with the Diocese, the "Parties"), by and through their respective counsel.

### RECITALS

    **WHEREAS**, on September 30, 2024, the Diocese sought protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") by commencing a case before the United States Bankruptcy Court for the District of Vermont (the "Bankruptcy Court"), Case No. 24-10205 (the "Bankruptcy Case").

    **WHEREAS**, pursuant to an order dated December 30, 2025, the Bankruptcy Court established April 4, 2025, as the deadline for filing proofs of claim in the Bankruptcy Case for non-governmental entities (the "Claim Deadline").

    **WHEREAS**, after the Claim Deadline passed, on September 16, 2025, Doe filed a *Motion by John Doe for an Order to Enlarge the Claims Bar Date to Allow Filing of Late Proof of Claim* (the "Motion"), seeking an order from the Bankruptcy Court allowing Doe to file a late-filed claim and treating such late-filed claim as a timely-filed claim under Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

    **WHEREAS,** the Parties agree that mediating the issues raised in the Motion would avoid unnecessary expenses.

    **WHEREAS**, the Parties engaged in negotiations regarding the Motion and reached an agreement, as detailed further below.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

## AGREEMENT

**NOW, THEREFORE**, the Parties stipulate and agree as follows:

1.      <u>Withdrawal of Motion.</u>  Within one (1) business day after the Effective Date, Doe shall withdraw the Motion.  The withdrawal of the Motion shall be without prejudice to either of the Parties.  For the avoidance of doubt, nothing shall prohibit Doe from re-filing the Motion and nothing shall prohibit the Diocese from contesting the Motion if re-filed, except as otherwise set forth in this Stipulation.

2.      <u>Inclusion in Mediation</u>. The Parties agree that the issues raised in the Motion will be included in any global mediation ordered in this case, including if the Court extends the deadline of the global mediation order in the *Order Referring Parties to Global Mediation, Appointing Mediators, and Granting Related Relief*, Docket No. 352.

3.      <u>Waiver of Delay Objection.</u>  In consideration of Doe's withdrawal of the Motion, the parties agree that if Doe re-files the Motion, it will be treated as if it was file on the original filing date (September 16, 2025). Further, the Diocese agrees to waive any objection or other argument regarding any lapse in time between the filing of the Motion and the re-filing of the Motion, to the extent it is re-filed.  For the avoidance of doubt, this waiver is limited to the time period after September 16, 2025, and shall not prevent the Diocese from filing an objection or advancing any argument based on the delay in Doe filing the Motion prior to September 16, 2025.

4.      <u>Successors and Assigns.</u>  Subject to all reservations of rights in this Stipulation, this Stipulation shall be binding on the Parties and their respective successors and assigns, including any chapter 11 or chapter 7 trustee, agent, administrator, or other fiduciary appointed as a legal representative of the Diocese.

5.      <u>General Representations and Warranties.</u>  The Parties warrant that they understand and fully agree to the provisions of this Stipulation, and that no promise or inducement has been offered except as set forth in this Stipulation.  The Parties warrant that they have read and fully understand the terms and legal effects of the Stipulation and have consulted with, or knowingly chose not to consult with, legal counsel. The Parties warrant that the designated representative executing this Stipulation has full legal authority to perform all other obligations as specified in the Stipulation.

6.      <u>Interpretation.</u>  This Stipulation has been reached through negotiations between the Parties.  Each of the Parties acknowledges that it has participated in the drafting of this Stipulation and reviewed the terms of the Stipulation.  As such, no rule of construction shall apply which might result in this Stipulation being construed in favor of or against any of the Parties, including, without limitation, any rule of construction to the effect that ambiguous ought to be resolved against the drafting party.  The Parties have used their own judgment in entering into this Stipulation.

7.      <u>Execution by Facsimile Signatures and in Counterparts.</u>  The Parties agree that facsimile signatures or signatures delivered by any other electronic means shall have the same force and effect as original signatures.  This Stipulation may be executed in one or more counterparts, each counterpart to be considered an original portion of this Stipulation.

**[SIGNATURE PAGE TO FOLLOW]**

Dated:  September 26, 2025

/e/ Steven R. Kinsella
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

Dated:  September 26, 2025

/e/ Celeste E. Laramie
Celeste E. Laramie, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
claramie@gravelshea.com

**ATTORNEY FOR JOHN DOE**

Based upon the stipulation of the parties as set forth above, it is

**SO ORDERED.**

September 30, 2025
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

3