Filed & Entered
On Docket
10/01/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

------------------------------------------

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No. 24-10205-HZC

Chapter 11

------------------------------------------

## ORDER GRANTING SECOND INTERIM APPLICATION OF BERKELEY RESEARCH GROUP LLC, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the second interim application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Berkeley Research Group, LLC ("BRG"), financial advisor for the Official Committee of Unsecured Creditors appointed in the bankruptcy case of the Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered from April 1, 2025 through June 30, 2025 (the "Application Period"); and, upon a hearing having been held on September 30, 2025 with respect to the Application, and no opposition having been received to the Application, and upon the appearance of counsel, after due deliberation, it is hereby

**ORDERED**, that the Application is GRANTED and the fees awarded herein are allowed pursuant to 11 U.S.C. §503(b)(2) and §507(a), and that BRG is awarded interim compensation in the total amount of $119,291.82 for services rendered and $0.00 for expenses incurred during the Application Period. This number reflects the reduction agreed upon by the Applicant and the Office of the United States Trustee. IT IS FURTHER

**ORDERED**, that the allowed fees shall be paid by the Debtor.

October 1, 2025
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge