Filed & Entered
On Docket
10/01/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Roman Catholic Diocese of Burlington, ) | Case No. 24-10205-*hzc* |
| Vermont[1] ) | *Chapter 11 Case* |
| Debtor in Possession ) | |

**ORDER GRANTING THIRD INTERIM APPLICATION OF OBUCHOWSKI LAW OFFICE FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 VERMONT (LOCAL) COUNSEL TO DEBTOR IN POSSESSION FOR THE PERIOD OF APRIL 1, 2025 THROUGH JUNE 30, 2025 and AUTHORIZING PAYMENT BY PRE-PETITION RETAINER FUNDS IN THE AMOUNT OF $6,090.00**

**UPON CONSIDERATION** of the Third Interim Application of Obuchowski Law Office for Allowance of Compensation and Reimbursement of Expenses as Vermont (Local) Counsel for the Diocese for the period of April 1, 2025 to June 30, 2025 [ECF # 437] ("<u>OLO Application</u>"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation procedures. [ECF # 180] After due consideration, the Court finds that the fees and expenses described in the Application are reasonable and constitute actual and necessary fees and expenses. Therefore, for good cause shown, **IT IS HEREBY ORDERED:**

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

1. Obuchowski Law Office's fees incurred between April 1, 2025 and June 30, 2025 in the amount of $6,090.00, and expenses in the amount of $0.00, for a total of $6,090.00, are **ALLOWED.**

2. The Diocese (as defined in the OLO Application) as Debtor in Possession is **AUTHORIZED** to pay such allowed post-petition fees and expenses, through Applicant's application of the retainer funds held by Applicant.

3. Obuchowski Law Office's fees and expenses allowed in the Order are granted administrative priority under 11 U.S.C. §503(b).

4. Obuchowski Law Office is **AUTHORIZED** to apply against the allowed fees and expenses the pre-petition retainer it is holding to pay the allowed fees and expenses in the amount of $6,090.00.

October 1, 2025  
Burlington, Vermont

*Heather Z. Cooper*  
Heather Z. Cooper  
U.S. Bankruptcy Judge