UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Roman Catholic Diocese of Burlington, Vermont[1] | ) Case No. 24-10205-*hzc* |
| | ) *Chapter 11 Case* |
| Debtor in Possession | ) |

**CERTIFICATE OF NO OBJECTION REGARDING OBUCHOWSKI LAW OFFICE'S MONTHLY FEE STATEMENT FOR AUGUST 2025**

Pursuant to Paragraph 2(d) of the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), I, Raymond J. Obuchowski on behalf of Obuchowski Law Office ("OLO"), Chapter 11 local (Vermont) counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), hereby certify that no objections were filed or received regarding OLO's monthly fee statement for August, 2025. (ECF No. 459). Therefore, the Diocese is authorized to pay OLO $1,414.00 (80% of $1,767.50) for services rendered and $0.00 for expenses incurred in August 2025 in accordance with the Compensation Order.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

| | |
|---|---|
| Dated: October 8, 2025 | /s/ *Raymond J. Obuchowski* |

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**