**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>Roman Catholic Diocese of Burlington, Vermont,<br><br>    Debtor. | Case No.: 24-10205-HZC<br>Chapter 11 Case |

**DECLARATION OF KATHERINE A. NIXON REGARDING DIOCESE'S COMPLIANCE WITH CLAIM PROCEDURES ORDER**

I, Katherine A. Nixon, make the following declaration (the "Declaration") regarding the Roman Catholic Diocese of Burlington, Vermont's (the "Diocese") compliance with the *Final Order (I) Establishing Deadlines for Filing Proofs of Claim; (II) Approving Sexual Abuse Proof of Claim Form; (III) Approving Form and Manner of Notice; and (IV) Approving Confidentiality Procedures* (ECF No. 144, the "Claim Procedures Order" or "Order"):

1. I am an attorney at Fredrikson & Byron, P.A. ("Fredrikson"). I am authorized to practice before the courts of the State of Minnesota and the federal courts for the District of Minnesota. I am authorized to appear *pro hac vice* in this Chapter 11 case. (ECF No. 20.)

2. The Court entered the Claim Procedures Order on December 30, 2024. (ECF No. 144.) The Order set April 4, 2025 as the general bar date for filing claims against the Diocese (the "Bar Date"). (*Id.* ¶ 5.)

3. The Order further required the Diocese, with the assistance of Stretto, Inc. ("Stretto") and counsel, as applicable, to provide notice of the Bar Date to creditors through various methods, including publication. (*See, e.g., id.* ¶ 4 ("Accordingly, the Diocese is authorized and directed to serve and publish the notices in the manner described in this Final Order.").)

4. As demonstrated through this Declaration, the Diocese has complied with its obligations under the Claim Procedures Order.

5. Pursuant to Paragraph 8 of the Order, Stretto is currently maintaining copies of each Confidential Survivor Claim Form[1] and Optional Supplement in electronic form. (*Id.* ¶ 8.) Similarly, Stretto has assigned each Confidential Survivor Claim Form a number and has listed that number on the public claims register without a link to the Confidential Survivor Claim Form and Optional Supplement (https://case.stretto.com/dioceseofburlington/abuseclaims):



---

[1] Any word, term, or phrase not specifically defined herein has the meaning ascribed to it in the Claim Procedures Order.

> **IN THE UNITED STATES BANKRUPTCY COURT
> FOR THE DISTRICT OF VERMONT**
>
> In re:
>
> Roman Catholic Diocese of
> Burlington, Vermont,
>
>       Debtor.
>
> Case# 24-10205-*hzc*
> Chapter 11
>
> ## CONFIDENTIAL ABUSE PROOF OF CLAIM
>
> **THIS PROOF OF CLAIM IS CONFIDENTIAL. SHOULD YOU HAVE ANY QUESTIONS, PLEASE CONTACT STRETTO AT 714.716.1912 OR EMAIL STRETTO AT TEAMCDBV@STRETTO.COM.**

As of the date of this Declaration, there have been 119 claims filed by survivors. The claim numbers range from CC001 to CC119.

    6.    Pursuant to Paragraph 13 of the Order, on December 31, 2024, the Diocese, with the assistance of Stretto, provided notice of the Bar Date to all creditors and parties in interest, except for survivors (*see* ¶ 7 below), either by United States mail, first-class postage prepaid, or by electronic means, including: (a) the United States Trustee for the District of Vermont (the "UST"); (b) counsel to the Committee; (c) all persons and entities that had filed a notice of appearance in this Chapter 11 case; and (d) all persons and entities that had previously filed proofs of claim in this Chapter 11 case. Stretto's certificate of service can be found at ECF No. 160 (Exhibit B).

    7.    Pursuant to Paragraphs 14 and 15 of the Order, on December 31, 2024, the Diocese, with the assistance of Stretto, served the Survivor Claim Notice and Confidential Survivor Claim Form and Optional Supplement on the UST and all known survivors, or their attorneys, as

3

applicable, by United States mail, first-class postage prepaid. Stretto's certificate of service can be found at ECF No. 160 (Exhibit A).

8. Pursuant to Paragraph 18(i) of the Order, on January 8, 2025, Stretto caused the Publication Notice to be published in *USA Today* (national edition). Stretto's certificate of service can be found at ECF No. 255 (Exhibit A).

9. Pursuant to Paragraph 18(ii) of the Order, on around March 14, 2025, the Diocese caused the Publication Notice to be published in the Spring 2025 edition of the *Vermont Catholic Magazine*. Attached as **Exhibit 1.1** are true and correct photographic images of the publication.[2]

10. Pursuant to Paragraph 18(iii) of the Order, between January 8, 2025 and March 14, 2025, Stretto caused the Publication Notice to be published at least three times in the following publications:

   (a) National Catholic Reporter (January 31, 2025, February 28, 2025, March 14, 2025);

   (b) The National Catholic Register (January 26, 2025, February 23, 2025, March 9, 2025);

   (c) Burlington Free Press (January 8, 2025, February 7, 2025, March 7, 2025);

   (d) Seven Days (January 8, 2025, February 5, 2025, March 5, 2025);

   (e) The World Paper (January 15, 2025, February 5, 2025, March 5, 2025);

   (f) Rutland Herald (January 8, 2025, February 5, 2025, March 5, 2025);

   (g) Mountain Times (January 8, 2025, February 5, 2025, March 5, 2025);

---

[2] The Diocese had also previously published notice of this Chapter 11 case in the Winter 2025 edition of the *Vermont Catholic Magazine*, which included a link to access additional information. Attached as **Exhibit 1.2** is a true and correct copy of the relevant page showing the notice.

4

(h) The Sun (AJ/NE Sun, BG/NC Sun, TT Sun, and VN Sun) (January 11, 2025, February 8, 2025, March 8, 2025);

(i) Caledonian Record (January 8, 2025, February 5, 2025, March 5, 2025);

(j) Addison County Independent (January 9, 2025, February 6, 2025, March 6, 2025); and

(k) NYVT Media;

   (i) Sentinel-Times (January 9, 2025, February 6, 2025, March 6, 2025);

   (ii) Washington County Free Press (January 10, 2025, February 7, 2025, March 7, 2025); and

   (iii) Lakes Region County Free Press (January 10, 2025, February 7, 2025, March 7, 2025).

Stretto's affidavits of publication can be found at ECF No. 255 (Exhibits B-Q).[3]

11. Pursuant to Paragraph 18(v) of the Order, on January 6, 2025, the Diocese, with the assistance of Stretto, sent copies of the Publication Notice, the Survivor Claim Notice, the Confidential Survivor Claim Form and Optional Supplement, and the Notice of the Time for Timely Filing Non-Sexual Abuse Proofs of Claims to: (a) WETK, WVER, WVTB, WCAX, WPTZ, and WVNY; and (b) each diocese directly bordering the Diocese (Roman Catholic Diocese of Albany, Roman Catholic Diocese of Ogdensburg,[4] Roman Catholic Diocese of Saint-Jean-Longueuil, Roman Catholic Diocese of Springfield, Roman Catholic Diocese of Worcester, and

---

[3] Pursuant to Paragraph 18(iv) of the Order, and as shown by the affidavits of publication at ECF No. 255 (Exhibits B-Q), the Publication Notice was generally published in a location other than among the standard legal notices.

[4] On January 27, 2025, a representative of the Diocese of Ogdensburg contacted Fredrikson by telephone and indicated that the Diocese of Ogdensburg would be publishing the Publication Notice in its paper up until the Bar Date.

5

The Diocese of Manchester). Stretto's certificate of service can be found at ECF No. 162 (Exhibit A). Further, attached as **Exhibits 2.1 and 2.2** are true and correct copies of the letters that were mailed to the TV networks and bordering dioceses.

12. Pursuant to Paragraph 19(i) of the Order, on or around December 30, 2024, the Diocese posted the component parts of the Sexual Abuse Claim Filing Package and the deadline for filing non-sexual abuse claims on its public website: https://www.vermontcatholic.org/reorganization/.

13. Pursuant to Paragraph 19(i)* of the Order, on December 30, 2024, Bishop John J. McDermott posted on his personal Facebook page regarding the Bar Date:



Throughout Spring 2025, Bishop John J. McDermott and the Diocese continued to regularly post the Publication Notice on Instagram and Facebook up to the Bar Date. Attached as **Exhibits 3.1 through 3.4** are true and correct screenshots showing these posts.

14. Pursuant to Paragraph 19(ii) of the Order, between January 6, 2025 and January 7, 2025, the Diocese, with the assistance of Stretto, provided copies of the Publication Notice and the component parts of the Sexual Abuse Claim Filing Package to the Survivors Network of the Abused Priests (SNAP) and requested that SNAP post the same on its website: http://www.snapnetwork.org/. Stretto's certificate of service can be found at ECF No. 162 (Exhibit B). Further, attached as **Exhibits 4.1 and 4.2** are true and correct copies of the correspondence sent to SNAP.

15. Pursuant to Paragraph 19(iii) of the Order, on January 6, 2025, the Diocese, with the assistance of Stretto, provided copies of the Publication Notice and the component parts of the Sexual Abuse Claim Filing Package to the law firms representing survivors asserting claims against the Diocese and requested that they post the same on their respective websites: (a) Gravel & Shea PC (https://gravelshea.com/); (b) Shoup Evers & Green (https://www.seglawyersvermont.com/); (c) Kaplan & Kaplan (https://www.kaplanlawvt.com/); (d) Herman Law Firm P.A. (https://hermanlaw.com/new-york/); (e) Jeff Anderson & Associates, P.A. (https://www.andersonadvocates.com/); and (f) D'Arcy Johnson Day (https://www.djdlawyers.com/). The Diocese did the same for additional law firms not listed in the Claim Procedures Order, including: (a) Carella, Byrne, Cecchi, Brody & Agnello, P.C, (https://www.carellabyrne.com/); (b) Danziger & De Llano, LLP (https://dandell.com/); (c) Garabedian Law (https://www.garabedianlaw.com/); (d) Heideman Nudelman & Kalik, PC (https://hnklaw.com/); (e) Horowitz Law (https://www.adamhorowitzlaw.com/); and (f) Langrock, Sperry, and Wool (https://langrock.com/). Stretto's certificate of service can be found at ECF No. 162 (Exhibit B). Further, attached as **Exhibit 5** is a true and correct copy of the letter sent to these law firms.

16. Pursuant to Paragraph 19(iv) of the Order, and since on or around December 30, 2024, the Diocese has maintained a telephone number published on its website (https://www.vermontcatholic.org/) that can be used to ask questions and request copies of the Sexual Abuse Claim Filing Package:



17. Pursuant to Paragraph 19(v) of the Order, on January 13, 2025, the Diocese, with the assistance of Stretto, provided copies of the Publication Notice and the component parts of the Sexual Abuse Claim Filing Package to the following offices or entities and requested that each recipient publicly post the information until the Bar Date: (a) the Vermont Attorney General; (b) the county attorney, county administrator, and sheriff's department for each of the counties within the Diocese's geographical area; (c) the Vermont Department of Health's locations within the Diocese's geographical area; and (d) each hospital in the Diocese's geographical area. Stretto's certificate of service can be found at ECF No. 169 and includes the full list of offices and entities. Further, attached as **Exhibits 6.1 through 6.4** are true and correct copies of the correspondence sent to the above offices and entities.

18. Pursuant to Paragraph 19(vi) of the Order, on January 9, 2025, Bishop John J. McDermott, on behalf of the Diocese, sent a letter to each parish located in the Diocese's

geographical area requesting that: (a) such parish display either the Publication Notice or the Survivor Claim Notice in a prominent location within the church, school, or parish office; (b) notices be published once a month in the parishes' weekly bulletins until the Bar Date; (c) each pastor, canonical administrator, or parochial vicar remind parishioners of the availability of information concerning the Bar Date; (d) parishes disseminate the Publication Notice or Survivor Claim Notice by e-mail to their respective distribution lists; and (e) parishes provide confirmation as to whether they have compiled with the publication request, including the: (i) dates of publication of the notices in the parish's bulletin; and (ii) a copy of the parish bulletin including such notice. Attached as **Exhibits 7.1 and 7.2** are true and correct copies of the correspondence sent by the Diocese to the parishes.

19. Pursuant to Paragraph 19(vii) of the Order, on January 7, 2025, Bishop John J. McDermott, on behalf of the Diocese, sent a letter to the parishes: (a) requesting that each priest read the letter at Masses at least two times before the Bar Date; (b) requesting that information be shared with parishioners, family, and friends; (c) stating that the Bar Date is April 4, 2025; and (d) stating that the filing of a claim may be done confidentially. Attached as **Exhibits 8.1 and 8.2** are true and correct copies of the correspondence sent by the Diocese to the parishes.

20. On January 9, 2025, Bishop John J. McDermott posted a video on his personal Facebook page of him reading the letter to the parishes that would later be read at Masses:



As of the date of this Declaration, the video is still accessible through the following link: https://vimeo.com/1045363078?fbclid=IwY2xjawNJFplleHRuA2FlbQIxMQABHoV-FEFPFhoQMfyVyJLTs5plX9ZrvpxsCSY8mHibq_mz1BfPPZqc9LM0Lij9_aem_M9OMNH_9ftnr_tLA5GhFhw.

21. To assist the parishes in fulfilling the Diocese's requests pursuant to Paragraphs 19(vi) and 19(vii) of the Order, on January 10, 2025, the Diocese provided a checklist to each

10

parish and asked that it be returned to the Diocese once completed. Attached as **Exhibits 9.1 through 9.3**, respectively, are true and correct copies of the standard checklist, correspondence sent by the Diocese to the parishes, and a few examples of returned checklists.

22. As shown on the standard checklist, the Diocese ultimately requested that the January 7, 2025 letter from Bishop John J. McDermott be read in Masses three times, instead of two, and specifically on the following weekends: (a) January 25-26, 2025; (b) February 15-16, 2025; and (c) March 15-16, 2025.

23. Pursuant to Paragraph 20(v) of the Order, on or around December 30, 2024, Stretto posted certain of the component parts of the Sexual Abuse Claim Filing Package on Stretto's website for the Diocese (https://case.stretto.com/dioceseofburlington/abuseclaimnp):



11

24. In addition to its obligations under the Claim Procedures Order, the Diocese took additional steps to ensure survivors received notice of the Bar Date.

25. For example, on January 3, 2025, the Diocese e-mailed a copy of the Publication Notice to various contacts from neighboring dioceses and requested that they share the Publication Notice with their parishioners via their websites, social media, and any publications they maintain. Attached as **Exhibit 10** are true and correct copies of that correspondence.

26. The Diocese also regularly published the Publication Notice in *The Inland See*, a weekly publication which is included with all parish bulletins. Attached as **Exhibit 11** are true and correct copies of *The Inland See* from the week of January 18, 2025 to the week of March 29, 2025.

27. At the end of January 2025, the Diocese put posters in and around Diocesan property regarding the Bar Date.

28. Lastly, based on a general Google search, it appears additional publications provided notice of the Bar Date. On January 7, 2025, the *Vermont Digger* published an article titled "Court Sets April Deadline for New Vermont Catholic Abuse Claimants to Join Bankruptcy Case," which includes the Bar Date in the first paragraph (https://vtdigger.org/2025/01/07/court-sets-april-deadline-for-new-vermont-catholic-abuse-claimants-to-join-bankruptcy-case/) (last accessed October 3, 2025). Similarly, on March 25, 2025, the *Vermont Digger* published an article titled "Abuse Claimants in Vermont Catholic Bankruptcy Case Seek Details About Local Assets," which also includes the Bar Date (https://vtdigger.org/2025/03/25/abuse-claimants-in-vermont-catholic-bankruptcy-case-seek-details-about-local-assets/) (last accessed October 3, 2025).

29. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 14, 2025          */s/ Katherine A. Nixon*
                                 Katherine A. Nixon

13