# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

    Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

## NOTICE OF CONTINUED HEARING ON MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 363(f) AUTHORIZING THE SALE OF THE LORETTO HOME FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS

**A MOTION FOR** entry of an order under 11 U.S.C. § 363(f) authorizing the sale of the Loretto Home free and clear of all liens, claims, and interests was filed on August 26, 2025, by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), through its attorneys, Fredrikson & Byron, P.A. (ECF No. 448.) An electronic copy of the motion can be accessed at the following link: https://case.stretto.com/dioceseofburlington/docket. After the filing of the motion, the Diocese discovered that there is an issue with the legal description of the property. The Diocese is working with the proposed buyer to resolve the issue; however, it requires more time to do so. Therefore, the Diocese is continuing the motion to a new hearing date.

**IF YOU OPPOSE THE MOTION**, you must file a written response with the Clerk of Court specifying your opposition to the motion, **on or before 4:00 P.M. (prevailing Eastern time) on Tuesday, December 2, 2025**. If you file a written objection, you must also serve a copy of that written objection on the Diocese's attorneys, the United States trustee, and the Committee and its attorneys so that it is received on or before such date and time. Addresses for those parties are set forth below.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

**IF A RESPONSE TO THE MOTION IS TIMELY FILED**, the Court will hold a hearing on the motion and any response at **11:00 A.M. (prevailing Eastern time) on Tuesday, December 9, 2025** at the following location: Federal Building, 11 Elmwood Ave, Room 200, Burlington, VT 05401, unless the Court deems no hearing is necessary and enters an order prior to the time set for hearing.

You may appear for the above scheduled hearing: (a) in person at the location listed above; *or* (b) if you meet the criteria for appearing at remote hearings set forth in Appendix IX to the Court's Local Rules (available on the Court's website), you may appear virtually by using the Zoomgov application on an electronic device. If you are eligible for remote participation and choose to appear by Zoomgov, you must follow the process set forth in Appendix IX, including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at Jody_Kennedy@vtb.uscourts.gov or by telephone at (802) 657-6404.

**IF NO RESPONSE IS TIMELY FILED**, the Court **may** deem the motion unopposed and grant the motion without further hearing. Note: If an order has not been entered before the hearing date, the hearing shall proceed and the Diocese must appear.

Dated: October 21, 2025

/s/ *Steven R. Kinsella*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

3

**SERVICE ADDRESSES**

| Roman Catholic Diocese of Burlington, Vermont<br>c/o Fredrikson & Byron, P.A.<br>Attn: Steven R. Kinsella<br>60 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402<br>skinsella@fredlaw.com | United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | Creditors' Committee<br>c/o Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| --- | --- | --- |
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | Creditors' Committee<br>c/o Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |