UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------
In re:

    ROMAN CATHOLIC DIOCESE OF           **Case No. 24-10205**
    BURLINGTON VERMONT,                           **Chapter 11**

                            Debtor.
-----------------------------------------------------------------

## ORDER GRANTING FOURTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEMERY GREISLER LLC AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**UPON** the second application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Lemery Greisler LLC ("LG"), as local counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of The Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered July 1, 2025 through September 30, 2025 (the "Interim Compensation Period") and upon a hearing having been held on December 9, 2025 with respect to the application, and no opposition having been received to the application, and upon the appearances of counsel, after due deliberation, it is hereby

**ORDERED**, that the Application is GRANTED and the fees awarded herein are allowed pursuant to 11 U.S.C. §503(b)(2) and §507(a), and that LG is awarded interim compensation in the total amount of $3,854.00 for services rendered and $41.00 for expenses incurred by the Committee during the Interim Compensation Period; and it is further

**ORDERED**, that the allowed fees and expenses shall be paid by the Debtor.

Dated: _____, 2025            _____
       Burlington, Vermont                            Hon. Heather Z. Cooper
                                                                   U.S. Bankruptcy Court Judge