# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

## NOTICE OF FOURTH INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES UNDER DEFAULT PROCEDURE

**FOURTH INTERIM APPLICATIONS FOR** allowance of fees and expenses for the period of July 1, 2025 through September 30, 2025 have been filed in the above-referenced case as follows:

1. Fredrikson & Byron, P.A., as Chapter 11 counsel to the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), seeking a total of $163,168.00 in fees and $5,033.54 in expenses (ECF No. 540);

2. Dinse P.C., as special counsel to the Diocese, seeking a total of $9,720.00 in fees and $0.00 in expenses (ECF No. 541);

3. Obuchowski Law Office, as local Chapter 11 counsel to the Diocese, seeking a total of $4,445.00 in fees and $0.00 in expenses (ECF No. 532);

4. Pachulski Stang Ziehl & Jones, as counsel to the Official Committee of Unsecured Creditors (the "Committee"), seeking a total of $232,010.00 in fees and $2,599.10 in expenses (ECF No. 537);

5. Lemery Greisler LLC, as local counsel to the Committee, seeking a total of $3,854.00 in fees and $41.00 in expenses (ECF No. 536); and

6. Berkley Research Group, LLC, as financial advisor for the Committee, seeking a total of $178,045.38 in fees and $0.00 in expenses (ECF No. 538).[2]

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

[2] This is Berkley Research Group, LLC's *third* interim application for allowance of fees and expenses.

Copies of the applications can be accessed at the following link: https://case.stretto.com/dioceseofburlington/docket.

**IF YOU OPPOSE ANY OF THE APPLICATIONS**, you must file a written response with the Clerk of Court specifying your opposition to the application, **on or before 4:00 P.M. (prevailing Eastern time) on Tuesday, December 2, 2025**. If you file a written objection, you must also serve a copy of that written objection on the Diocese's attorneys, the United States trustee, and the Committee and its attorneys so that it is received on or before such date and time. Addresses for those parties are set forth below.

**IF A RESPONSE TO AN APPLICATION IS TIMELY FILED**, the Court will hold a hearing on the application(s) and any response at **11:00 A.M. (prevailing Eastern time) on Tuesday, December 9, 2025** at the following location: Federal Building, 11 Elmwood Ave, Room 200, Burlington, VT 05401, unless the Court deems no hearing is necessary and enters an order prior to the time set for hearing.

You may appear for the above scheduled hearing: (a) in person at the location listed above; *or* (b) if you meet the criteria for appearing at remote hearings set forth in Appendix IX to the Court's Local Rules (available on the Court's website), you may appear virtually by using the Zoomgov application on an electronic device. If you are eligible for remote participation and choose to appear by Zoomgov, you must follow the process set forth in Appendix IX, including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at Jody_Kennedy@vtb.uscourts.gov or by telephone at (802) 657-6404.

**IF NO RESPONSE IS TIMELY FILED**, the Court **may** deem the applications unopposed and grant the applications without further hearing. Note: If an order has not been entered before the hearing date, the hearing shall proceed and the applicants must appear.

Dated: November 4, 2025    */s/ Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

**SERVICE ADDRESSES**

| | | |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Fredrikson & Byron, P.A.<br>Attn: Katherine A. Nixon<br>60 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402<br>knixon@fredlaw.com | United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | Creditors' Committee<br>c/o Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | Creditors' Committee<br>c/o Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |