UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:
ROMAN CATHOLIC DIOCESE OF                        Chapter 11
BURLINGTON, VERMONT,                             Case No. 24-10205-hzc
                          Debtor.

## MOTION FOR *PRO HAC VICE* ADMISSION
## OF TODD C. JACOBS, ESQ.

Michael B. Fisher, Esq., local counsel for Interstate Fire & Casualty Company
(the "IFCC"), and a member in good standing of the bar of the United States District
Court for the District of Vermont, hereby moves pursuant to Vt. LBR 2090-1(b)(1)(A)
for the *pro hac vice* admission of Todd C. Jacobs, Esq.

Attorney Fisher moves for Mr. Jacobs' *pro hac vice* admission so that Attorney
Jacobs may appear in this Court on behalf of the IFCC in all matters related to this
bankruptcy proceeding.

Attorney Fisher shall remain at all times associated with Attorney Jacobs in this
action and shall sign all filings and be served with all process, notices, and other papers,
but respectfully requests that he be excused from appearing with Attorney Jacobs at any
proceeding before this Court except as the Court may order.

Attorney Jacobs' affidavit containing the information required by Vt. LBR
2090-l(b)(l)(B) is attached hereto.

WHEREFORE, this Court should enter an Order, in the form attached hereto,
approving Attorney Jacobs' admission *pro hac vice*.


Dated: December 4, 2025
       Hanover, New Hampshire

                                        FISHER LAW OFFICES, PLLC
                                        Local Counsel to IFCC

                                        */s/ Michael B. Fisher, Esq.*
                                        Michael B. Fisher, Esq.
                                        45 Lyme Road, Suite 205
                                        Hanover, New Hampshire 03755
                                        (603) 643-1313
                                        fisher@mbfisherlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:

ROMAN CATHOLIC DIOCESE OF
BURLINGTON, VERMONT.

Chapter 11
Case No.: 24-10205

Debtor.

## AFFIDAVIT IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF TODD C. JACOBS, ESQ.

STATE OF _Illinois_
COUNTY OF _Cook_

Todd C. Jacobs, Esq., deposes and states the following:

1. I am an attorney and a member of the firm of Parker, Hudson, Rainer & Dobbs LLP, with an office address of Two N. Riverside Plaza, Suite 1850, Chicago, Illinois, 60606, a telephone number: (312) 477-3306 and e-mail: tjacobs@phrd.com.

2. I have been retained by Interstate Fire & Casualty Company to provide legal representation in connection with the above-captioned case.

3. I am a member in good standing of the State Bar of Illinois[Bar No. 6201358; November 9, 1989], the Northern District of Illinois [December 20, 1989], the Southern District of Illinois [February 22, 2019], the United States Court of Appeals for the Third Circuit [April 17, 2023], the United States Court of Appeals for the Sixth Circuit [September 21, 2007], the United States Court of Appeals for the Eighth Circuit [December 9, 2021], the United States Court of Appeals for the Ninth Circuit [May 17, 2021], and the Supreme Court of the United States [April 24, 2006] and am currently eligible to practice in each of these courts.

4. I am not currently suspended from practice nor have I been disbarred in any jurisdiction.

5. I have not been involved in any past or pending disciplinary proceedings.

6. I have read and am familiar with the Local Rules of the United States District Court for the District of Vermont and the United States Bankruptcy Court, District of Vermont Local Bankruptcy Rules, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

7. I am registered to use CM/ECF in the Eastern and Northern Districts of California, Northern and Southern District of Illinois, Western District of Michigan, Northern and Southern District of New York, Northern District of Texas, Western District of Washington, the Bankruptcy Courts for The Northern District of California, the District of Delaware, Northern District of Illinois, the District of Maryland, Northern , Southern and Western Districts of New York, The United States Court of Appeals for the Third, Seventh, Eighth, and Ninth Circuit and will register to use CM/ECF in this District within 28 days of the Court granting *pro hac vice* admission. Until my CM/ECF registration is complete, Michael B. Fisher, Esq. of Fisher Law Offices, PLLC, my local counsel, will effectuate electronic filings on behalf of the Interstate Fire & Casualty Company.

8. Michael B. Fisher, Esq. of Fisher Law Offices, PLLC with an address of 45 Lyme Road, Suite 205, Hanover, New Hampshire 03755, will serve as my local counsel and agent for service of process.

9. I acknowledge that the United States Bankruptcy Court, District of Vermont shall be the forum for the resolution of any dispute arising out of my admission.

10. I will file a notice with the Clerk if any fact underlying the foregoing statements changes during the pendency of this case, within 14 days of such change in circumstances.

Todd C. Jacobs, Esq.
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850

Chicago, Illinois 60606
Telephone: (404) 523-5300
Email: tjacobs@phrd.com

Sworn and subscribed to before me this
_25_ day of November, 2025

Notary Public, State of _ILLINOIS_

OFFICIAL SEAL
**WILLIAM FRANCIS HURON**
Notary Public - State of Illinois
Commission No. 994726
My Commission Expires August 5, 2028



**Attorney Registration and Disciplinary Commission**
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/8/2025

Re: Todd C. Jacobs
    Attorney No. 6201358

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Todd
C. Jacobs was admitted to practice law in Illinois on 11/9/1989; is currently registered on the
master roll of attorneys entitled to practice law in this state; has never been disciplined and is
in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By:  _____

Andrew Oliva
Registrar

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:
ROMAN CATHOLIC DIOCESE OF                          Chapter 11
BURLINGTON, VERMONT,                               Case No. 24-10205-hzc
                        Debtor.

### ORDER GRANTING *PRO HAC VICE* ADMISSION OF TODD C. JACOBS, ESQ.

On consideration of the Motion for *Pro Hac Vice* Admission of Todd C. Jacobs, Esq., the Court finding that the motion complies with the Local Rules of this Court and that Attorney Jacobs has met this Court's requirements for *pro hac vice* admission, it is hereby;

**ORDERED** that the motion is granted. Attorney Jacobs is hereby admitted to practice and may appear in the Court *pro hac vice* in the above-captioned bankruptcy proceeding or any other proceedings related thereto; and it is further

**ORDERED** that Michael B. Fisher, as local counsel, is excused from appearing at Court hearings in this bankruptcy proceeding in his capacity as local counsel, except as otherwise ordered by this Court.

December ___, 2025                    _____
Burlington, Vermont                   Heather Z. Cooper
                                      United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:

ROMAN CATHOLIC DIOCESE OF                    Chapter 11
BURLINGTON, VERMONT,                         Case No. 24-10205-hzc

                Debtor.

## <u>CERTIFICATE OF SERVICE</u>

Michael B. Fisher, Esq., hereby certifies that on December 4, 2025 I caused to be served a true and correct copy of the within Motion for Pro Hac Vice Admission of Todd C. Jacobs, Esq., including all attachments thereto upon all parties registered with the Bankruptcy Court's CM/ECF system, as well as on the following parties via first class mail:


Gail S. Greenwood on behalf of
Creditor Committee Committee of Unsecured Creditors
Pachulski Sang Ziehl & Jones LLP
One Sansome Street, 34th Floor
San Francisco, CA 94104-4436

Timothy Q. Karcher on behalf of
Financial Advisor Berkeley Research Group LLC
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

Paul V. Possinger on behalf of
Financial Advisor Berkeley Research Group LLC
Proskauer Rose LLP
70 West Madison, Suite 3800
Chicago, IL 60603-4342

James I. Stang on behalf of
Creditor Committee Committee of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

Dated: December 4, 2025                      /s/ Michael B. Fisher
                                             Michael B. Fisher, Esq.