UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:
ROMAN CATHOLIC DIOCESE OF
BURLINGTON, VERMONT,
        Debtor.

Chapter 11
Case No. 24-10205-hzc

## MOTION FOR *PRO HAC VICE* ADMISSION
## OF DAVID M. CAVES, ESQ.

    Michael B. Fisher, Esq., local counsel for Interstate Fire & Casualty Company (the "IFCC"), and a member in good standing of the bar of the United States District Court for the District of Vermont, hereby moves pursuant to Vt. LBR 2090-1(b)(1)(A) for the *pro hac vice* admission of David M. Caves, Esq.

    Attorney Fisher moves for Mr. Caves' *pro hac vice* admission so that Attorney Caves may appear in this Court on behalf of the IFCC in all matters related to this bankruptcy proceeding.

    Attorney Fisher shall remain at all times associated with Attorney Caves in this action and shall sign all filings and be served with all process, notices, and other papers, but respectfully requests that he be excused from appearing with Attorney Caves at any proceeding before this Court except as the Court may order.

    Attorney Caves' affidavit containing the information required by Vt. LBR 2090-l(b)(l)(B) is attached hereto.

    WHEREFORE, this Court should enter an Order, in the form attached hereto, approving Mr. Caves' admission *pro hac vice*.

Dated: December 4, 2025
       Hanover, New Hampshire

FISHER LAW OFFICES, PLLC
Local Counsel to IFCC

*/s/ Michael B. Fisher, Esq.*
Michael B. Fisher, Esq.
45 Lyme Road, Suite 205
Hanover, New Hampshire 03755
(603) 643-1313
fisher@mbfisherlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:

ROMAN CATHOLIC DIOCESE OF
BURLINGTON, VERMONT.

Chapter 11
Case No.: 24-10205

Debtor.

**AFFIDAVIT IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION
OF DAVID M. CAVES**

STATE OF Illinois
COUNTY OF Cook

David M. Caves, Esq., deposes and states the following:

1. I am an attorney and a member of the firm of Parker, Hudson, Rainer a& Dobbs LLP, with an office address of Two N. Riverside Plaza, Suite 1850, Chicago, Illinois, 60606, a telephone number: (312) 600-3553 and e-mail: dcaves@phrd.com.

2. I have been retained by Interstate Fire & Casualty Company to provide legal representation in connection with the above-captioned case.

3. I am a member in good standing of the State Bar of Illinois [Bar No. 6292531; November 8, 2007], the United States District Court for the Northern District of Illinois [November 26, 2007], the United States District Court for the Central District of Illinois [December 15, 2016], the United States District Court for the Northern District of Iowa [July 13, 2016] and the United States District Court for the Northern District of Georgia [February 12, 2020] and am currently eligible to practice in each of these courts.

4. I am not currently suspended from practice nor have I been disbarred in any jurisdiction.

5. I have not been involved in any past or pending disciplinary proceedings.

6. I have read and am familiar with the Local Rules of the United States District Court for

the District of Vermont and the United States Bankruptcy Court, District of Vermont Local Bankruptcy Rules, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

7. I am registered to use CM/ECF in the Northern Districts of California Northern and Central Districts of Illinois, Northern District of Iowa, and the Northern District of Georgia and will register to use CM/ECF in this District within 28 days of the Court granting *pro hac vice* admission. Until my CM/ECF registration is complete, Michael B. Fisher, Esq. of Fisher Law Offices, PLLC, my local counsel, will effectuate electronic filings on behalf of the Interstate Fire & Casualty Company.

8. Michael B. Fisher, Esq. of Fisher Law Offices, PLLC with an address of 45 Lyme Road, Suite 205, Hanover, New Hampshire 03755, will serve as my local counsel and agent for service of process.

9. I acknowledge that the United States Bankruptcy Court, District of Vermont shall be the forum for the resolution of any dispute arising out of my admission.

10. I will file a notice with the Clerk if any fact underlying the foregoing statements changes during the pendency of this case, within 14 days of such change in circumstances.

                                                 _____
                                                 David M. Caves, Esq.
                                                 PARKER, HUDSON, RAINER & DOBBS LLP
                                                 Two N. Riverside Plaza, Suite 1850
                                                 Chicago, Illinois 60606
                                                 Telephone: (312) 600-3553
                                                 Email: dcaves@phrd.com

Sworn and subscribed to before me this
25 day of November, 2025

_____
Notary Public. State of Illinois

OFFICIAL SEAL
WILLIAM FRANCIS HURON
Notary Public - State of Illinois
Commission No. 994726
My Commission Expires August 5, 2028

2



Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
9/2/2025

Re: David Michael Caves
Attorney No. 6292531

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that David Michael Caves was admitted to practice law in Illinois on 11/8/2007; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:
ROMAN CATHOLIC DIOCESE OF
BURLINGTON, VERMONT,
           Debtor.

Chapter 11
Case No. 24-10205-hzc

## ORDER GRANTING *PRO HAC VICE* ADMISSION OF DAVID M. CAVES, ESQ.

On consideration of the Motion for *Pro Hac Vice* Admission of David M. Caves, Esq., the Court finding that the motion complies with the Local Rules of this Court and that Attorney Caves has met this Court's requirements for *pro hac vice* admission, it is hereby;

**ORDERED** that the motion is granted. Attorney Caves is hereby admitted to practice and may appear in the Court *pro hac vice* in the above-captioned bankruptcy proceeding or any other proceedings related thereto; and it is further

**ORDERED** that Michael B. Fisher, as local counsel, is excused from appearing at Court hearings in this bankruptcy proceeding in his capacity as local counsel, except as otherwise ordered by this Court.

December ___, 2025
Burlington, Vermont

_____
Heather Z. Cooper
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:
ROMAN CATHOLIC DIOCESE OF
BURLINGTON, VERMONT,

Chapter 11
Case No. 24-10205-hzc

Debtor.

# CERTIFICATE OF SERVICE

Michael B. Fisher, Esq., hereby certifies that on December 4, 2025 I caused to be served a true and correct copy of the within Motion for Pro Hac Vice Admission of David M. Caves, Esq., including all attachments thereto on all parties registered to receive such service via the Bankruptcy Court's CM/ECF system and upon the following parties via first class mail on the following parties:

Gail S. Greenwood on behalf of
Creditor Committee Committee of Unsecured Creditors
Pachulski Sang Ziehl & Jones LLP
One Sansome Street, 34th Floor
San Francisco, CA 94104-4436

Timothy Q. Karcher on behalf of
Financial Advisor Berkeley Research Group LLC
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

Paul V. Possinger on behalf of
Financial Advisor Berkeley Research Group LLC
Proskauer Rose LLP
70 West Madison, Suite 3800
Chicago, IL 60603-4342

James I. Stang on behalf of
Creditor Committee Committee of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

Dated: December 4, 2025

/s/ Michael B. Fisher
Michael B. Fisher, Esq.