UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

------------------------------------------

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No. 24-10205-HZC

Chapter 11

------------------------------------------

## ORDER GRANTING THIRD INTERIM APPLICATION OF BERKELEY RESEARCH GROUP. LLC, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the third interim application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Berkeley Research Group, LLC ("BRG"), financial advisor for the Official Committee of Unsecured Creditors appointed in the bankruptcy case of the Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered from July 1, 2025 through September 30, 2025 (the "Application Period"); and, after opportunity for a hearing with respect to the Application, and no opposition having been received to the Application, and after due deliberation, it is hereby

ORDERED that the Application is GRANTED and the fees awarded herein are allowed pursuant to 11 U.S.C. §503(b)(2) and §507(a), and that BRG is awarded interim compensation in the total amount of $178,045.38 for services rendered and $0.00 for expenses incurred during the Application Period; and it is further

ORDERED that the allowed fees and expenses shall be paid by the Debtor.

SO ORDERED.

December 4, 2025
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge