Filed & Entered
On Docket
12/04/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:
ROMAN CATHOLIC DIOCESE OF
BURLINGTON, VERMONT,
          Debtor.

Case No. 24-10205-hzc
Chapter 11

### ORDER GRANTING *PRO HAC VICE* ADMISSION OF DAVID M. CAVES, ESQ.

On consideration of the Motion for *Pro Hac Vice* Admission of David M. Caves, Esq., the Court finding that the motion complies with the Local Rules of this Court and that Attorney Caves has met this Court's requirements for *pro hac vice* admission, it is hereby;

**ORDERED** that the motion is granted. Attorney Caves is hereby admitted to practice and may appear in the Court *pro hac vice* in the above-captioned bankruptcy proceeding or any other proceedings related thereto; and it is further

**ORDERED** that Michael B. Fisher, as local counsel, is excused from appearing at Court hearings in this bankruptcy proceeding in his capacity as local counsel, except as otherwise ordered by this Court.

December 4, 2025
Burlington, Vermont

_____
Heather Z. Cooper
United States Bankruptcy Judge