UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:
ROMAN CATHOLIC DIOCESE OF
BURLINGTON, VERMONT,

Debtor.

Chapter 11
Case No. 24-10205-HZC

# MOTION TO APPEAR REMOTELY FOR
# HEARING ON DECEMBER 9, 2025 AT 11:00 AM

Counsel for interested party Interstate Fire & Casualty Company ("Interstate"), the attorneys of Parker, Hudson, Rainer & Dobbs LLP ("Counsel"), pursuant to VTB LB Appendix IX, moves this Court for an order permitting counsel to appear remotely, stating as follows:

1. On September 30, 2024, the above-named Debtor commenced this case by filing a voluntary Chapter 11 Petition [ECF No. 1].

2. On May 7, 2025, the United States Trustee filed a letter with the Court alerting the Court of a data breach that possibly involved data handled by Berkeley Research Group LLC ("BRG") related to the above-captioned case [ECF No. 299]

3. BRG filed a letter in Response on May 23, 2025 [ECF No. 334].

4. A hearing was scheduled on the matter for 11:00 AM on June 24, 2025, at the Burlington, Vermont courthouse (the "Hearing").

5. On June 24, 2025, the Hearing was held but continued to September 30, 2025.

6. The Hearing has since been rescheduled for December 9, 2025, at which time several other matters that do not appear to be evidentiary in nature are also set to be heard.

7. Counsel's office is located in Atlanta, Georgia—approximately 1,150 miles from the Federal Courthouse in Burlington, Vermont, and co-counsel's office is almost a two hour drive from the Federal Courthouse. Thus, Counsel would be forced to incur the expense to travel to attend the hearing despite having no other matters on the same calendar. Counsel

also notes that the primary parties have submitted a joint request to appear by zoom for this hearing.

8. Accordingly, the undersigned respectfully requests that this Court permit Counsel to appear remotely for the Hearing scheduled for December 9, 2025.

Date: December 4, 2025  
Atlanta, Georgia

Respectfully submitted,

*/s/ Harris B. Winsberg*  
Harris B. Winsberg (admitted *pro hac vice*)  
Parker, Hudson, Rainer & Dobbs LLP  
303 Peachtree Street, NE, Suite 3600  
Atlanta, Georgia 30308  
(404) 523-5300 (tel.)  
hwinsberg@phrd.com