UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:
ROMAN CATHOLIC DIOCESE OF
BURLINGTON, VERMONT,

                                      Debtor.

Chapter 11
Case No. 24-10205-HZC

**ORDER GRANTING MOTION TO APPEAR REMOTELY
FOR HEARING ON DECEMBER 9, 2025**

Counsel for Interstate Fire & Casualty Company ("Interstate") having moved to appear remotely at the December 9, 2025, hearing on the *Trustee's Letter re Berkely Research Group LLC's data breach* [ECF No. 299], and it appearing to the Court that the relief requested is appropriate,

NOW THEREFORE, IT IS HEREBY ORDERED:

That counsel for Interstate is permitted to appear remotely at the hearing set for December 9, 2025, via any permissible method as provided by the Court clerk's office.

Dated: December _____, 2025
        Burlington, Vermont

                                                          _____
                                                            Heather Z. Cooper
                                                            United States Bankruptcy Judge