# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

      Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

## CERTIFICATE OF SERVICE

      I, Katherine A. Nixon, hereby certify that on December 5, 2025, I caused true and correct copies of the *Diocese's Objection to Survivor CC094's Motion for Financial Oversight, Forensic Accounting, and Examination of Parish-Related Trust Accounts* (ECF No. 577) to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I caused the same to be served on Survivor CC094 by U.S. Mail, postage prepaid, and e-mail. The mailing address and e-mail address used have been omitted for confidentiality purposes.

Date: December 5, 2025

      /s/ *Katherine A. Nixon*
      Katherine A. Nixon