## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

## FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT
## FOR NOVEMBER 2025

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from November 1, 2025 to November 30, 2025 (the "Compensation Period") in the amount of $16,498.40 (80% of $20,623.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $2,590.00.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Friday, December 19, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  December 5, 2025

/s/ *Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

## EXHIBIT A

**Diocese of Burlington**
**12/05/25**
**098358**

| Invoice | Date | Fees | Costs | Total | 0.80 | 0.20 |
|---------|------|------|-------|-------|------|------|
| 1973239 | 12/2/2025 | $ 533.50 | $ - | $ 533.50 | $ 426.80 | $ 106.70 |
| 1973240 | 12/2/2025 | $ 1,224.00 | $ - | $ 1,224.00 | $ 979.20 | $ 244.80 |
| 1973241 | 12/2/2025 | $ 2,285.00 | $ - | $ 2,285.00 | $ 1,828.00 | $ 457.00 |
| 1973242 | 12/2/2025 | $ 2,619.00 | $ - | $ 2,619.00 | $ 2,095.20 | $ 523.80 |
| 1973243 | 12/2/2025 | $ 776.00 | $ - | $ 776.00 | $ 620.80 | $ 155.20 |
| 1973244 | 12/2/2025 | $ 112.00 | $ - | $ 112.00 | $ 89.60 | $ 22.40 |
| 1973245 | 12/2/2025 | $ 3,514.00 | $ - | $ 3,514.00 | $ 2,811.20 | $ 702.80 |
| 1973246 | 12/2/2025 | $ 9,559.50 | $ - | $ 9,559.50 | $ 7,647.60 | $ 1,911.90 |
| 1973247 | 12/2/2025 | $ - | $ 2,590.00 | $ 2,590.00 | $ 2,072.00 | $ 518.00 |
| **Total** | | **$ 20,623.00** | **$ 2,590.00** | **$ 23,213.00** | **$ 16,498.40** | **$ 4,124.60** |



| | |
|---|---|
| **Invoice:** | 1973247 |
| **Invoice Date:** | December 2, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5000 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through November 30, 2025

**Regarding: Case Administration**

Total For Current Costs and Other Charges: $ 2,590.00

## Total For Current Invoice: $ 2,590.00

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1973247**
**Invoice Date:** **December 2, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 05/05/25 | 1928133 | 4,428.94 | | 4,428.94 |
| 06/03/25 | 1934596 | 8,752.90 | | 8,752.90 |
| 07/02/25 | 1940650 | 7,601.68 | | 7,601.68 |
| 08/04/25 | 1946967 | 37,507.00 | | 37,507.00 |
| 09/03/25 | 1953643 | 5,610.50 | | 5,610.50 |
| 10/07/25 | 1960560 | 30,330.54 | | 30,330.54 |
| 11/04/25 | 1966289 | 5,681.14 | | 5,681.14 |

**Total Prior Balance:** **$ 99,912.70**

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 2, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**         **1973247**
**Invoice Date:**    **December 2, 2025**
**Client Number:**   **098358**
**Matter Number:**   **098358.5000**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Costs and Other Charges

Litigation Support Services                                      2,590.00

**Current Costs and Other Charges:**                        **$ 2,590.00**

## Invoice Totals

Total For Current Costs and Other Charges:                    $ 2,590.00

**Total For Current Invoice:**                              **$ 2,590.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Fredrikson**

| | |
|---|---|
| **Invoice:** | 1973246 |
| **Invoice Date:** | December 2, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5001 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through November 30, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees: $ 9,559.50

**Total For Current Invoice:** **$ 9,559.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1973246**
**Invoice Date:** **December 2, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 05/05/25 | 1928136 | 395.50 | | 395.50 |
| 06/03/25 | 1934597 | 1,397.00 | | 1,397.00 |
| 07/02/25 | 1940651 | 254.00 | | 254.00 |
| 08/04/25 | 1946966 | 2,272.00 | | 2,272.00 |
| 09/03/25 | 1953642 | 5,141.00 | | 5,141.00 |
| 10/07/25 | 1960561 | 6,466.00 | | 6,466.00 |
| 11/04/25 | 1966288 | 9,412.00 | | 9,412.00 |

**Total Prior Balance:** **$ 25,337.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 2, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1973246**
**Invoice Date:** **December 2, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5001**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/03/25 | S. Kinsella | Communications with client regarding mediation strategy. | 0.60 | 381.00 |
| 11/03/25 | K. Nixon | Respond to email from client re: insurance archaeologist findings. | 0.10 | 48.50 |
| 11/04/25 | S. Kinsella | Meeting with client regarding mediation strategy. | 0.40 | 254.00 |
| 11/06/25 | S. Kinsella | Analyze parish financial information. | 0.10 | 63.50 |
| 11/06/25 | K. Nixon | Review emails from insurance archaeologist re: responses from insurance companies. | 0.10 | 48.50 |
| 11/07/25 | S. Kinsella | Phone call with counsel for parishes (.7); follow up communications with client (.3). | 1.00 | 635.00 |
| 11/08/25 | S. Kinsella | Analyze parish asset issue. | 0.70 | 444.50 |
| 11/10/25 | S. Kinsella | Analyze parish information and settlement proposal. | 0.40 | 254.00 |
| 11/10/25 | K. Nixon | Strategize re: upcoming mediation and needed information. | 0.30 | 145.50 |
| 11/10/25 | K. Nixon | Review correspondence from insurance companies and emails to client, committee counsel, and insurance archaeologist re: the same (0.3); follow up with buyer's counsel re: sale of Loretto Home (0.1). | 0.40 | 194.00 |
| 11/11/25 | S. Kinsella | Analyze settlement proposal options and overall strategy. | 0.40 | 254.00 |
| 11/11/25 | K. Nixon | Emails with client and insurance appraiser re: additional invoice. | 0.20 | 97.00 |
| 11/12/25 | S. Kinsella | Meeting with client regarding mediation strategy. | 1.30 | 825.50 |
| 11/12/25 | K. Nixon | Respond to email from appraiser re: check. | 0.10 | 48.50 |
| 11/13/25 | S. Kinsella | Phone call with client regarding settlement proposal. | 0.50 | 317.50 |



**Invoice:** 1973246
**Invoice Date:** December 2, 2025
**Page:** 2

| 11/13/25 | K. Nixon | Strategize re: upcoming mediation and needed information. | 0.40 | 194.00 |
|---|---|---|---|---|
| 11/14/25 | S. Kinsella | Meeting with counsel for Rice High School. | 0.40 | 254.00 |
| 11/17/25 | K. Nixon | Follow up with IAS re: draft confidentiality agreement. | 0.10 | 48.50 |
| 11/18/25 | S. Kinsella | Communications with insurer counsel (.2); communications with client regarding settlement strategy (.2). | 0.40 | 254.00 |
| 11/19/25 | S. Kinsella | Continue to analyze and prepare settlement proposal. | 0.20 | 127.00 |
| 11/19/25 | K. Nixon | Review confidentiality procedures re: insurance companies and coordinate meeting with insurance counsel. | 0.40 | 194.00 |
| 11/20/25 | S. Kinsella | Analyze parish information and and prepare settlement scenarios. | 2.20 | 1,397.00 |
| 11/20/25 | K. Nixon | Emails with client re: tender letters. | 0.20 | 97.00 |
| 11/21/25 | S. Kinsella | Meeting with client and other Catholic entities (1.0); follow up communications and analysis of settlement proposal (1.0). | 2.00 | 1,270.00 |
| 11/21/25 | K. Nixon | Prepare for and attend meeting with insurance counsel and follow-up emails to the same (0.9); emails to other Catholic entities re: property deeds and information (0.6). | 1.50 | 727.50 |
| 11/24/25 | K. Nixon | Emails with client and appraiser re: Resurrection Park. | 0.60 | 291.00 |
| 11/25/25 | S. Kinsella | Analyze parish information. | 0.20 | 127.00 |
| 11/25/25 | K. Nixon | Emails with client and appraiser re: Resurrection Park. | 0.10 | 48.50 |
| 11/26/25 | S. Kinsella | Analyze Rice proposal. | 0.50 | 317.50 |
| 11/26/25 | Schuyler Pals | Research on transfer/sale of parish property. | 0.30 | 138.00 |
| 11/27/25 | S. Kinsella | Communications with client regarding Rice proposal. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **16.20** | **$ 9,559.50** |

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484

USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** **1973246**
**Invoice Date:** **December 2, 2025**
**Page:** **3**

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 4.50 | 2,182.50 |
| Schuyler  Pals | 460.00 | 0.30 | 138.00 |
| Steven R.  Kinsella | 635.00 | 11.40 | 7,239.00 |
| **Total** | | **16.20** | **$ 9,559.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 9,559.50 |
| **Total For Current Invoice:** | **$ 9,559.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1973245** |
| **Invoice Date:** | **December 2, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5002** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through November 30, 2025

**Regarding: Asset Disposition**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,514.00 |
| **Total For Current Invoice:** | **$ 3,514.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402




| Invoice: | **1973245** |
| Invoice Date: | **December 2, 2025** |
| Page: | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/05/25 | 1928140 | 660.50 | | 660.50 |
| 06/03/25 | 1934598 | 481.50 | | 481.50 |
| 07/02/25 | 1940652 | 97.00 | | 97.00 |
| 08/04/25 | 1946974 | 291.00 | | 291.00 |
| 09/03/25 | 1953641 | 9,826.00 | | 9,826.00 |
| 10/07/25 | 1960562 | 3,572.50 | | 3,572.50 |
| 11/04/25 | 1966287 | 1,199.00 | | 1,199.00 |

**Total Prior Balance:**  **$ 16,127.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 2, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1973245**
**Invoice Date:** **December 2, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5002**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

**Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/13/25 | K. Nixon | Review legal description and boundary line adjustment from buyer's counsel and emails re: the same. | 0.70 | 339.50 |
| 11/14/25 | K. Nixon | Emails with buyer's counsel and Dinse P.C. re: revised legal description. | 0.40 | 194.00 |
| 11/14/25 | K. Nixon | Phone call with counsel for Rice High School re: sale of property (0.3); meeting with committee counsel re: status of case and upcoming mediation (0.5); strategize re: needed information for mediation and meeting with other interested Catholic entities (0.5). | 1.30 | 630.50 |
| 11/17/25 | K. Nixon | Review revisions to legal description for Loretto Home and email the same to buyer's counsel. | 0.50 | 242.50 |
| 11/19/25 | K. Nixon | Coordinate meeting with other Catholic entities. | 0.10 | 48.50 |
| 11/20/25 | K. Nixon | Strategize re: upcoming meeting with other Catholic entities. | 0.20 | 97.00 |
| 11/21/25 | K. Nixon | Follow up with buyer's counsel re: supplement to motion to sell. | 0.10 | 48.50 |
| 11/24/25 | K. Nixon | Draft supplement to motion to sell Loretto Home. | 1.00 | 485.00 |
| 11/25/25 | K. Nixon | Draft and finalize supplement to motion to sell Loretto Home. | 2.80 | 1,358.00 |
| 11/25/25 | S. Stallings | Attention to finalizing & efiling motion to sell Loretto home and arrange for service. | 0.30 | 70.50 |
| | | **Current Legal Fees:** | **7.40** | **$ 3,514.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** 1973245
**Invoice Date:** December 2, 2025
**Page:** 2

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.30 | 70.50 |
| Katherine  Nixon | 485.00 | 7.10 | 3,443.50 |
| **Total** | | **7.40** | **$ 3,514.00** |

## Invoice Totals

Total for Current Legal Fees: $ 3,514.00

**Total For Current Invoice:** **$ 3,514.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1973244** |
| **Invoice Date:** | **December 2, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5006** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through November 30, 2025

**Regarding: Business Operations**

Total for Current Legal Fees: $ 112.00

**Total For Current Invoice:** **$ 112.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**       **Online Payments:**       **ACH & Wire Instructions:**

Fredrikson & Byron P.A.       Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | |
|---|---|---|
| **Invoice:** | **1973244** | |
| **Invoice Date:** | **December 2, 2025** | |
| **Page:** | | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/05/25 | 1928143 | 1,923.50 | | 1,923.50 |
| 06/03/25 | 1934599 | 247.00 | | 247.00 |
| 07/02/25 | 1940653 | 190.50 | | 190.50 |
| 08/04/25 | 1946973 | 848.50 | | 848.50 |
| 09/03/25 | 1953640 | 815.00 | | 815.00 |
| 10/07/25 | 1960563 | 112.00 | | 112.00 |
| 11/04/25 | 1966286 | 287.50 | | 287.50 |

**Total Prior Balance:** **$ 4,424.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 2, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1973244**
**Invoice Date:** **December 2, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5006**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/18/25 | K. Nixon | Email to Stretto re: missing invoices. | 0.10 | 48.50 |
| 11/21/25 | S. Kinsella | Communications with client regarding audit issue. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **0.20** | **$ 112.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 0.10 | 48.50 |
| Steven R.  Kinsella | 635.00 | 0.10 | 63.50 |
| **Total** | | **0.20** | **$ 112.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 112.00 |
| **Total For Current Invoice:** | **$ 112.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1973243**
**Invoice Date:** **December 2, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5007**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through November 30, 2025

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees:                                                                $ 776.00

**Total For Current Invoice:**                                                          **$ 776.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**               **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.                Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | Invoice: | **1973243** |
|---|---|---|
| | Invoice Date: | **December 2, 2025** |
| | Page: | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/05/25 | 1928146 | 4,622.00 | | 4,622.00 |
| 06/03/25 | 1934600 | 451.50 | | 451.50 |
| 07/02/25 | 1940654 | 533.50 | | 533.50 |
| 08/04/25 | 1946972 | 48.50 | | 48.50 |
| 09/03/25 | 1953639 | 742.50 | | 742.50 |
| 10/07/25 | 1960564 | 7,245.00 | | 7,245.00 |
| 11/04/25 | 1966285 | 4,589.00 | | 4,589.00 |

**Total Prior Balance:**                                          **$ 18,232.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 2, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1973243**
**Invoice Date:** **December 2, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5007**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/12/25 | K. Nixon | Respond to email from counsel for religious order re: claims. | 0.10 | 48.50 |
| 11/13/25 | K. Nixon | Phone call with counsel for religious order re: claims and emails with client, committee counsel, and special counsel re: the same. | 0.70 | 339.50 |
| 11/17/25 | K. Nixon | Email client re: tendered complaint (0.1); prepare to tender claims to insurance company (0.5). | 0.60 | 291.00 |
| 11/18/25 | K. Nixon | Email committee counsel re: executed claims confidentiality agreement and coordinate sharing of relevant claim. | 0.20 | 97.00 |
| | **Current Legal Fees:** | | **1.60** | **$ 776.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 1.60 | 776.00 |
| **Total** | | **1.60** | **$ 776.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 776.00 |
| **Total For Current Invoice:** | **$ 776.00** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1973242 |
| **Invoice Date:** | December 2, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5010 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through November 30, 2025

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees:                                                $ 2,619.00

**Total For Current Invoice:**                                          **$ 2,619.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | Invoice: | **1973242** |
|---|---|---|
| | Invoice Date: | **December 2, 2025** |
| | Page: | |

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 05/05/25 | 1928150 | 3,810.00 | | 3,810.00 |
| 06/03/25 | 1934602 | 3,647.00 | | 3,647.00 |
| 07/02/25 | 1940655 | 3,235.00 | | 3,235.00 |
| 08/04/25 | 1946971 | 1,885.50 | | 1,885.50 |
| 09/03/25 | 1953638 | 5,683.00 | | 5,683.00 |
| 10/07/25 | 1960565 | 936.50 | | 936.50 |
| 11/04/25 | 1966284 | 1,281.50 | | 1,281.50 |

**Total Prior Balance:**                                      **$ 20,478.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 2, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** 1973242
**Invoice Date:** December 2, 2025
**Client Number:** 098358
**Matter Number:** 098358.5010

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/02/25 | K. Nixon | Review monthly fee statements, revise schedule of payments to professionals accordingly, and email client re: the same (0.3); draft joint notice of third interim fee applications and email interested parties re: the same (0.1); draft third interim fee application for Dinse PC (1.0); draft third interim fee application for FB (1.7). | 3.10 | 1,503.50 |
| 11/04/25 | K. Nixon | Finalize Q3 2025 fee applications, including sending LEDES data to UST and drafting notice of applications. | 0.50 | 242.50 |
| 11/07/25 | K. Nixon | Emails with Lemery and client re: second interim application for compensation. | 0.20 | 97.00 |
| 11/10/25 | K. Nixon | Email to Dinse re: October 2025 monthly fee statement. | 0.10 | 48.50 |
| 11/10/25 | K. Nixon | Meeting re: FB's second interim application for compensation and order approving the same. | 0.50 | 242.50 |
| 11/11/25 | K. Nixon | Draft FB's October 2025 monthly fee statement. | 0.40 | 194.00 |
| 11/12/25 | K. Nixon | Finalize FB's October 2025 monthly fee statement. | 0.10 | 48.50 |
| 11/18/25 | K. Nixon | Update schedule of payments to professionals and email client re: the same in preparation for MOR. | 0.10 | 48.50 |
| 11/21/25 | K. Nixon | Update schedule of payments to professionals. | 0.10 | 48.50 |
| 11/24/25 | K. Nixon | Attention to 2026 rate increases for Dinse and FB per orders approving employment. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **5.40** | **$ 2,619.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** **1973242**
**Invoice Date:** **December 2, 2025**
**Page:** **2**

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 5.40 | 2,619.00 |
| **Total** | | **5.40** | **$ 2,619.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,619.00 |
| **Total For Current Invoice:** | **$ 2,619.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1973241 |
| **Invoice Date:** | December 2, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5013 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through November 30, 2025

**Regarding: Meetings and Communications  with Creditors**

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,285.00 |
| **Total For Current Invoice:** | **$ 2,285.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| Invoice: | **1973241** |
|---|---|
| Invoice Date: | **December 2, 2025** |
| Page: | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/05/25 | 1928152 | 16,257.00 | | 16,257.00 |
| 06/03/25 | 1934603 | 15,139.50 | | 15,139.50 |
| 07/02/25 | 1940656 | 15,386.50 | | 15,386.50 |
| 08/04/25 | 1946970 | 24,717.50 | | 24,717.50 |
| 09/03/25 | 1953637 | 8,629.50 | | 8,629.50 |
| 10/07/25 | 1960566 | 8,384.00 | | 8,384.00 |
| 11/04/25 | 1966283 | 4,384.50 | | 4,384.50 |

**Total Prior Balance:**                                        **$ 92,898.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 2, 2025. If payment has been sent close to this date, please verify payment status.


# Fredrikson

| | |
|---|---|
| **Invoice:** | **1973241** |
| **Invoice Date:** | **December 2, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5013** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/07/25 | S. Kinsella | Meeting with Committee counsel. | 0.20 | 127.00 |
| 11/11/25 | K. Nixon | Email to committee counsel re: weekly meeting. | 0.10 | 48.50 |
| 11/14/25 | S. Kinsella | Meeting with Committee counsel (.5); follow up communications with Committee counsel and information requests (.5). | 1.00 | 635.00 |
| 11/21/25 | S. Kinsella | Meeting with Committee counsel (.6); prepare for meeting and follow up communications (.4). | 1.00 | 635.00 |
| 11/21/25 | K. Nixon | Call with other Catholic entities and counsel re: plan terms and global settlement (0.9); meeting with committee counsel re: status of case and upcoming mediation and attention to follow-up action items (0.6). | 1.50 | 727.50 |
| 11/26/25 | K. Nixon | Emails with committee counsel re: weekly meeting. | 0.10 | 48.50 |
| 11/27/25 | S. Kinsella | Communications with Committee counsel. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **4.00** | **$ 2,285.00** |

## **Timekeeper Summary**

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 1.70 | 824.50 |
| Steven R.  Kinsella | 635.00 | 2.30 | 1,460.50 |
| **Total** | | **4.00** | **$ 2,285.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** 1973241
**Invoice Date:** December 2, 2025
**Page:** 2

## Invoice Totals

Total for Current Legal Fees:                                    $ 2,285.00

**Total For Current Invoice:**                                **$ 2,285.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1973240** |
| **Invoice Date:** | **December 2, 2025** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5015** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through November 30, 2025

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees:  $ 1,224.00

**Total For Current Invoice:**  **$ 1,224.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▉▉▉▉▉▉

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | | |
|---|---|---|---|---|
| **Invoice:** | | | | **1973240** |
| **Invoice Date:** | | | | **December 2, 2025** |
| **Page:** | | | | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946969 | 1,470.00 | | 1,470.00 |
| 09/03/25 | 1953636 | 1,757.50 | | 1,757.50 |
| 11/04/25 | 1966281 | 272.50 | | 272.50 |
| **Total Prior Balance:** | | | | **$ 3,500.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 2, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**          **1973240**
**Invoice Date:**     **December 2, 2025**
**Client Number:**    **098358**
**Matter Number:**    **098358.5015**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/06/25 | K. Nixon | Review settlement in other Catholic bankruptcy case and email client re: the same. | 0.20 | 97.00 |
| 11/17/25 | K. Nixon | Draft fourth motion to extend exclusive periods. | 0.90 | 436.50 |
| 11/18/25 | S. Kinsella | Review and revise motion to extend exclusivity period. | 0.40 | 254.00 |
| 11/19/25 | K. Nixon | Finalize fourth motion to extend exclusive periods and emails to committee counsel, UST, and court staff re: the same. | 0.30 | 145.50 |
| 11/20/25 | K. Nixon | Email client re: draft fourth motion to extend exclusive periods. | 0.10 | 48.50 |
| 11/24/25 | K. Nixon | Finalize fourth motion to extend exclusive periods. | 0.50 | 242.50 |
| | **Current Legal Fees:** | | **2.40** | **$ 1,224.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 2.00 | 970.00 |
| Steven R.  Kinsella | 635.00 | 0.40 | 254.00 |
| **Total** | | **2.40** | **$ 1,224.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,224.00 |
| **Total For Current Invoice:** | **$ 1,224.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | 1973239 |
| **Invoice Date:** | December 2, 2025 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5018 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through November 30, 2025

**Regarding: Reporting**

Total for Current Legal Fees: $ 533.50

**Total For Current Invoice:** **$ 533.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/05/25 | 1928154 | 604.00 | | 604.00 |
| 06/03/25 | 1934605 | 386.50 | | 386.50 |
| 07/02/25 | 1940657 | 338.00 | | 338.00 |
| 08/04/25 | 1946968 | 862.50 | | 862.50 |
| 09/03/25 | 1953635 | 676.00 | | 676.00 |
| 10/07/25 | 1960568 | 339.50 | | 339.50 |
| 11/04/25 | 1966280 | 388.00 | | 388.00 |

**Total Prior Balance:** **$ 3,594.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 2, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1973239**
**Invoice Date:** **December 2, 2025**
**Client Number:** **098358**
**Matter Number:** **098358.5018**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/19/25 | K. Nixon | Review and finalize October 2025 MOR. | 1.10 | 533.50 |
| | **Current Legal Fees:** | | **1.10** | **$ 533.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 1.10 | 533.50 |
| **Total** | | **1.10** | **$ 533.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 533.50 |
| **Total For Current Invoice:** | **$ 533.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

## CERTIFICATE OF SERVICE

I, Katherine A. Nixon, hereby certify that on December 5, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I caused the same to be served on the following Notice Parties via the method indicated below:

| Via E-Mail | Via ECF | Via ECF |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

/s/ *Katherine A. Nixon*
Katherine A. Nixon