

Filed & Entered
On Docket
12/10/2025

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

---

**ORDER GRANTING FOURTH INTERIM APPLICATION OF DINSE P.C. FOR ALLOWANCE OF FEES AS SPECIAL COUNSEL FOR THE DIOCESE FROM JULY 1, 2025 THROUGH SEPTEMBER 30, 2025**

---

This case came before the Court on the Fourth Interim Application of Dinse P.C. for Allowance of Fees as Special Counsel for the Diocese from July 1, 2025 through September 30, 2025 [ECF 541] (the "Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation procedures. [ECF 180].[1] After due consideration, the Court finds that the fees and expenses described in the Application are reasonable and constitute actual and necessary fees and expenses. Therefore, for good cause shown, **IT IS HEREBY ORDERED:**

1. Dinse P.C.'s fees incurred between July 1, 2025 and September 30, 2025 in the

---

[1] Vt. LBR 2016-1(d) requires the Debtor to file a certification representing they have reviewed the Application and support the Application as filed. Here, this certification was not filed as an attachment to the Application, but was filed separately at [ECF 542].

amount of $9,720.00 are allowed.

2. Dinse P.C. is authorized to apply the Chapter 11 Retainer (as defined in the Application) to the fees allowed in Paragraph 1 of this Order. Dinse, P.C. is further authorized to continue holding the Chapter 11 Retainer, in the amount of $1,274.00, for application against additional fees and expenses as allowed by this Court.

3. The Diocese (as defined in the Application) is authorized to pay such allowed postpetition fees.

4. Dinse, P.C.'s fees and expenses allowed in this Order are granted administrative priority under 11 U.S.C. § 503(b).

**SO ORDERED.**

December 10, 2025
Burlington, Vermont

*Heather Z. Cooper*
Heather Z. Cooper
United States Bankruptcy Judge