Filed & Entered
On Docket
12/10/2025

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

                    Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

---

**ORDER GRANTING FOURTH INTERIM APPLICATION OF DINSE P.C. FOR
ALLOWANCE OF FEES AS SPECIAL COUNSEL FOR THE DIOCESE FROM
JULY 1, 2025 THROUGH SEPTEMBER 30, 2025**

---

This case came before the Court on the Fourth Interim Application of Dinse P.C. for Allowance of Fees as Special Counsel for the Diocese from July 1, 2025 through September 30, 2025 [ECF 541] (the "Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation procedures. [ECF 180].[1] After due consideration, the Court finds that the fees and expenses described in the Application are reasonable and constitute actual and necessary fees and expenses. Therefore, for good cause shown, **IT IS HEREBY ORDERED:**

1.        Dinse P.C.'s fees incurred between July 1, 2025 and September 30, 2025 in the

---

[1] Vt. LBR 2016-1(d) requires the Debtor to file a certification representing they have reviewed the Application and support the Application as filed. Here, this certification was not filed as an attachment to the Application, but was filed separately at [ECF 542].

1

amount of $9,720.00 are allowed.

2.      Dinse P.C. is authorized to apply the Chapter 11 Retainer (as defined in the Application) to the fees allowed in Paragraph 1 of this Order. Dinse, P.C. is further authorized to continue holding the Chapter 11 Retainer, in the amount of $1,274.00, for application against additional fees and expenses as allowed by this Court.

3.      The Diocese (as defined in the Application) is authorized to pay such allowed postpetition fees.

4.      Dinse, P.C.'s fees and expenses allowed in this Order are granted administrative priority under 11 U.S.C. § 503(b).

**SO ORDERED.**

December 10, 2025
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

2

United States Bankruptcy Court

District of Vermont

In re:                                                                                            Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve                                           Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0210-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: pdf629 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Paul V. Possinger, Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, IL 60602-4342 |
| aty | + | Timothy Q. Karcher, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036-8299 |
| intp | + | Interstate Fire & Casualty Company, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | + | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Dec 10 2025 19:41:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Dinse P.C. |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |
| cr | | Survivor CC094 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alexander Jason LaRosa | on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com  chorigan@mskvt.com |
| Andre Denis Bouffard | on behalf of Interested Party Vermont Catholic Community Foundation  Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| David Michael Caves | on behalf of Interested Party Interstate Fire & Casualty Company dcaves@phrd.com |
| Elizabeth A. Glynn | on behalf of Creditor TD Bank  N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Harris Winsberg | on behalf of Interested Party Interstate Fire & Casualty Company hwinsberg@phrd.com  elyttle@phrd.com |
| Harrison E. Strauss | on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov |
| Jeremy R. Fischer | on behalf of Interested Party Rice Memorial High School jfischer@dwmlaw.com  mveilleux@dwmlaw.com |
| Jim Baillie | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont jbaillie@fredlaw.com |
| Katherine Nixon | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Lisa M Penpraze | on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov |
| Matthew Michael Weiss | on behalf of Interested Party Interstate Fire & Casualty Company mweiss@phrd.com |
| Michael Bryan Fisher | on behalf of Interested Party Interstate Fire & Casualty Company fisher@mbfisherlaw.com fisher.michaelb.r81669@notify.bestcase.com |
| Paul A Levine | on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com  phartl@lemerygreisler.com |
| Paul A Levine | on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com |
| Raymond J Obuchowski | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont ray@oeblaw.com, marie@oeblaw.com |
| Robert S DiPalma | on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com |
| Samuel Andre | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont sandre@fredlaw.com, docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com |
| Steven Robert Kinsella | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Todd C. Jacobs | on behalf of Interested Party Interstate Fire & Casualty Company tjacobs@phrd.com |
| U S Trustee | ustpregion02.vt.ecf@usdoj.gov |

TOTAL: 23