# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

## OBUCHOWSKI LAW OFFICE'S MONTHLY FEE STATEMENT FOR NOVEMBER, 2025

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Obuchowski Law Office ("OLO"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from November 1, 2025 to November 30, 2025 (the "Compensation Period") in the amount of $1,372.00 (80% of $1,715.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

OLO's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or less (1/20).

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on December 31, 2025** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, OLO will file a certificate of no objection with the Court and the Diocese will be authorized to pay OLO the amounts described herein.

| | |
|---|---|
| Dated:  December 17, 2025 | /s/ *Raymond J. Obuchowski* |

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

**EXHIBIT A**

Obuchowski Law Office
PO Box 60, Route 107
Bethel, VT 05032

Invoice submitted to:

Roman Catholic Diocese of Burlington
55 Joy Drive
South Burlington, VT 05403

December 17, 2025
In Reference To:     Financial Counseling
Invoice #     34921

**Professional services**

|  |  |  | | Hours | Amount |
|---|---|---|---|---:|---:|
| 11/1/2025 | RJO | Prepare Statement of No objection to OLO September fees and file, with COS | | 0.30 | 105.00 |
|  | RJO | Prepare 4th Interim application for OLO, with proposed Order, attached exhibits, and COS, file and serve | | 1.50 | 525.00 |
|  | RJO | Review of docket entries, pleadings, with hearing audios, and download hearing files for record | | 0.10 | 35.00 |
|  | RJO | Prepare October Fee Statement, with COS, file, and serve | | 0.40 | 140.00 |
| 11/3/2025 | RJO | Conference with Attorney Nixon on interims, and notice, and APs on MOR | | 0.10 | 35.00 |
|  | RJO | Conference with Attorney Nixon on status and mediation update | | 0.10 | 35.00 |
| 11/4/2025 | RJO | Review of Fourth Interims for Lemery, Pachulski, Fredrickson, Dinse, and Notice | | 0.15 | 52.50 |
| 11/12/2025 | RJO | Review of COS on fee notice and October Fredrikson monthly fee statements | | 0.05 | 17.50 |
| 11/17/2025 | RJO | Review of docket entries, pleadings, on Statement of No objection on Lemery, Pachulski and BRG September Applications, and check date on OLO cert for October for 11/19 | | 0.10 | 35.00 |
| 11/18/2025 | RJO | Review of recent correspondence and update file from Attorney Nixon on Stretto invoicing, and check and forward email with invoices | | 0.15 | 52.50 |
| 11/19/2025 | RJO | Review of NOA for Interstate Fire & Casualty Company, and correspondence for Interstate Fire & Casualty Company on 11/18 | | 0.10 | 35.00 |
|  | RJO | Review of docket entries, pleadings, and update file on Pro Hac Motions for GA counsel | | 0.10 | 35.00 |
| 11/20/2025 | RJO | Review of Orders on Pro Hac admission for Weiss and Winberg & review of October MOR | | 0.15 | 52.50 |
|  | RJO | Conference with Attorney Kinsella reviewing status on mediation and plan issues; case direction issues | | 1.20 | 420.00 |
|  | RJO | Prepare October statement of no objection for OLO, with COS, and file and serve | | 0.30 | 105.00 |
| 11/21/2025 | RJO | Review of recent correspondence and update file on comments for confidentiality order | | 0.10 | 35.00 |

**For professional services rendered**     4.90     $1,715.00

**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Raymond J. Obuchowski | 4.90 | 350.00 | $1,715.00 |

## **CERTIFICATE OF SERVICE**

I, Raymond J. Obuchowski, hereby certify that on December 17, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov<br>Harrison.Strauss@usdoj.com | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
|---|---|---|
| **Via ECF**<br>James L. Baillie (*pro hac vice*)<br>Steven R. Kinsella (*pro hac vice*)<br>Samuel M. Andre (*pro hac vice*)<br>Katherine A. Nixon (*pro hac vice*)<br>**FREDRIKSON & BYRON, P.A.**<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN  55402-4400<br>(612) 492-7000<br>jbaillie@fredlaw.com<br>skinsella@fredlaw.com<br>sandre@fredlaw.com<br>knixon@fredlaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |