## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

          Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

## STIPULATION

This Stipulation (the "Stipulation") is entered into as of December 29, 2025 (the "Effective Date"), by and between the Roman Catholic Diocese of Burlington, Vermont (the "Diocese") and the Official Committee of Unsecured Creditors (the "Committee" and, together with the Diocese, the "Parties"), by and through their respective counsel.

## RECITALS

**WHEREAS**, on September 30, 2024, the Diocese sought protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") by commencing a case before the United States Bankruptcy Court for the District of Vermont (the "Bankruptcy Court"), Case No. 24-10205 (the "Bankruptcy Case").

**WHEREAS**, on October 22, 2024, the Office of the United States Trustee officially appointed the Committee.

**WHEREAS**, on June 13, 2025, the Bankruptcy Court entered an order referring the Parties to mediation to be originally completed within 60 days after entry of the order, which was subsequently extended to December 31, 2025.

**WHEREAS**, after multiple mediation sessions and with the assistance of the mediators, the Parties believe they have reached a tentative agreement on the terms for a joint plan of reorganization for the Diocese.

**WHEREAS**, the Parties agreed to a schedule for the purposes of negotiating final terms of a joint plan, the filing of the joint plan and related pleadings, and seeking confirmation of such plan, as detailed further below.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

## AGREEMENT

NOW, THEREFORE, the Parties stipulate and agree as follows:

1.      Term Sheet.  The Parties shall negotiate and agree to a term sheet (the "Final Term Sheet") containing the key terms of a proposed joint plan of reorganization by no later than January 16, 2026.

2.      Plan of Reorganization.  The Parties shall endeavor to file a joint plan of reorganization (the "Proposed Plan") and related documents on or before February 27, 2026.

3.      Plan-Related Pleadings.  To the extent possible, the Parties shall endeavor to file any pleadings relating to the Proposed Plan on or before February 27, 2026, provided that such pleadings are consistent with the Final Term Sheet, unless modified by mutual agreement of the Parties.

4.      Confirmation.  The Parties shall endeavor to seek confirmation of the Proposed Plan on or before August 31, 2026.

5.      General Representations and Warranties.  The Parties warrant that they understand and fully agree to the provisions of this Stipulation, and that no promise or inducement has been offered except as set forth in this Stipulation.  The Parties warrant that they have read and fully understand the terms and legal effects of the Stipulation and have consulted with, or knowingly chose not to consult with, legal counsel. The Parties warrant that the designated representative executing this Stipulation has full legal authority to perform all other obligations as specified in the Stipulation.

6.      Interpretation.  This Stipulation has been reached through negotiations between the Parties.  Each of the Parties acknowledges that it has participated in the drafting of this Stipulation and reviewed the terms of the Stipulation.  As such, no rule of construction shall apply which might result in this Stipulation being construed in favor of or against any of the Parties, including, without limitation, any rule of construction to the effect that ambiguous ought to be resolved against the drafting party.  The Parties have used their own judgment in entering into this Stipulation.

7.      Execution by Facsimile Signatures and in Counterparts.  The Parties agree that facsimile signatures or signatures delivered by any other electronic means shall have the same force and effect as original signatures.  This Stipulation may be executed in one or more counterparts, each counterpart to be considered an original portion of this Stipulation.

**[SIGNATURE PAGE TO FOLLOW]**

Dated:  December 29, 2025          _/e/ Steven R. Kinsella_____
                                   Raymond J. Obuchowski
                                   **OBUCHOWSKI LAW OFFICE**
                                   1542 Route 107, PO Box 60
                                   Bethel, VT 05032
                                   (802) 234-6244
                                   ray@oeblaw.com

                                   James L. Baillie (*pro hac vice*)
                                   Steven R. Kinsella (*pro hac vice*)
                                   Samuel M. Andre (*pro hac vice*)
                                   Katherine A. Nixon (*pro hac vice*)
                                   **FREDRIKSON & BYRON, P.A.**
                                   60 South Sixth Street, Suite 1500
                                   Minneapolis, MN  55402-4400
                                   (612) 492-7000
                                   jbaillie@fredlaw.com
                                   skinsella@fredlaw.com
                                   sandre@fredlaw.com
                                   knixon@fredlaw.com

                                   **ATTORNEYS FOR ROMAN CATHOLIC
                                   DIOCESE OF BURLINGTON, VERMONT**


Dated:  December 29, 2025          _/e/ Brittany M. Michael_____
                                   James I. Stang (Admitted Pro Hac Vice)
                                   Brittany M. Michael (Admitted Pro Hac Vice)
                                   **PACHULSKI STANG ZIEHL & JONES LLP**
                                   1700 Broadway, 36th Floor
                                   New York, NY 10019
                                   (212) 561-7700
                                   jstang@pszjlaw.com
                                   bmichael@pszjlaw.com

                                   Paul A. Levine, Esq.
                                   **LEMERY GREISLER LLC**
                                   50 Beaver Street
                                   Albany, New York 12207
                                   (518) 433-8800
                                   plevine@lemerygreisler.com

                                   **ATTORNEYS FOR THE OFFICIAL
                                   COMMITTEE OF UNSECURED CREDITORS**