## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

         Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

## FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT
## FOR DECEMBER 2025

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from December 1, 2025 to December 31, 2025 (the "Compensation Period") in the amount of $27,600.40 (80% of $34,500.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $2,630.00.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Monday, January 26, 2026** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated: January 12, 2026

*/s/ Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

## **EXHIBIT A**

**Diocese of Burlington**
**01/12/26**
**098358**

| Invoice | Date | Fees | Costs | Total | 0.80 | 0.20 |
|---------|------|------|-------|-------|------|------|
| 1979990 | 1/6/2026 | $ 2,132.50 | $ - | $ 2,132.50 | $ 1,706.00 | $ 426.50 |
| 1979991 | 1/6/2026 | $ 3,350.50 | $ - | $ 3,350.50 | $ 2,680.40 | $ 670.10 |
| 1979992 | 1/6/2026 | $ 3,199.50 | $ - | $ 3,199.50 | $ 2,559.60 | $ 639.90 |
| 1979993 | 1/6/2026 | $ 1,427.00 | $ - | $ 1,427.00 | $ 1,141.60 | $ 285.40 |
| 1979994 | 1/6/2026 | $ 533.50 | $ - | $ 533.50 | $ 426.80 | $ 106.70 |
| 1979995 | 1/6/2026 | $ 127.00 | $ - | $ 127.00 | $ 101.60 | $ 25.40 |
| 1979996 | 1/6/2026 | $ 2,837.00 | $ - | $ 2,837.00 | $ 2,269.60 | $ 567.40 |
| 1979997 | 1/6/2026 | $ 18,452.00 | $ - | $ 18,452.00 | $ 14,761.60 | $ 3,690.40 |
| 1979998 | 1/6/2026 | $ 2,441.50 | $ 2,630.00 | $ 5,071.50 | $ 1,953.20 | $ 488.30 |
| | | | | | | |
| Total | | $ 34,500.50 | $ 2,630.00 | $ 37,130.50 | $ 27,600.40 | $ 6,900.10 |



**Invoice:** 1979998
**Invoice Date:** January 6, 2026
**Client Number:** 098358
**Matter Number:** 098358.5000

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through December 31, 2025

**Regarding: Case Administration**

Total for Current Legal Fees:                                                 $ 2,441.50

Total For Current Costs and Other Charges:                        $ 2,630.00

**Total For Current Invoice:**                                             **$ 5,071.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/04/25 | 1946967 | 37,507.00 | | 37,507.00 |
| 09/03/25 | 1953643 | 5,610.50 | | 5,610.50 |
| 10/07/25 | 1960560 | 30,330.54 | | 30,330.54 |
| 11/04/25 | 1966289 | 5,681.14 | | 5,681.14 |
| 12/02/25 | 1973247 | 2,590.00 | | 2,590.00 |

**Total Prior Balance:**                                              **$ 81,719.18**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1979998**
**Invoice Date:** **January 6, 2026**
**Client Number:** **098358**
**Matter Number:** **098358.5000**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/01/25 | S. Kinsella | Review survivor motion. | 0.10 | 63.50 |
| 12/01/25 | K. Nixon | Email UST and committee counsel re: motion for Zoom appearances. | 0.10 | 48.50 |
| 12/02/25 | S. Andre | Analyze survivor motion for appointment of financial overseer. | 0.20 | 113.00 |
| 12/04/25 | S. Kinsella | Analyze response to survivor insurance motion. | 0.10 | 63.50 |
| 12/05/25 | S. Andre | Prepare and revise response to claimant motion for financial oversight. | 0.50 | 282.50 |
| 12/08/25 | K. Nixon | Emails with court staff and interested parties re: Zoom motion. | 0.20 | 97.00 |
| 12/09/25 | S. Andre | Assist in preparation for motion hearings. | 0.10 | 56.50 |
| 12/09/25 | K. Nixon | Prepare for and attend hearings on data breach letter, fee applications, sale motion. and forensic accounting motion, and attention to follow-up items. | 2.00 | 970.00 |
| 12/18/25 | S. Kinsella | Prepare for and participate in survivor statement meeting (.6); follow up call with client (.5). | 1.10 | 698.50 |
| 12/30/25 | K. Nixon | Review supplemental certificate of service from Stretto re: extension of exclusive periods and fourth interim fee apps. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **4.50** | **$ 2,441.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1979998**
**Invoice Date:** **January 6, 2026**
**Page:** **2**

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|-----------|----------:|------:|--------------:|
| Associate | Katherine  Nixon | 485.00 | 2.40 | 1,164.00 |
| Officer | Steven R.  Kinsella | 635.00 | 1.30 | 825.50 |
| Officer | Samuel M.  Andre | 565.00 | 0.80 | 452.00 |
| **Total** | | | **4.50** | **$ 2,441.50** |

## Costs and Other Charges

| | |
|---|---:|
| Research via Westlaw | 40.00 |
| Litigation Support Services | 2,590.00 |
| **Current Costs and Other Charges:** | **$ 2,630.00** |

## Invoice Totals

| | |
|---|---:|
| Total for Current Legal Fees: | $ 2,441.50 |
| Total For Current Costs and Other Charges: | $ 2,630.00 |
| **Total For Current Invoice:** | **$ 5,071.50** |



**Invoice:** 1979997
**Invoice Date:** January 6, 2026
**Client Number:** 098358
**Matter Number:** 098358.5001

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through December 31, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees: $ 18,452.00

**Total For Current Invoice:** **$ 18,452.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | | |
|---|---|---|---|---|
| **Invoice:** | | | | **1979997** |
| **Invoice Date:** | | | | **January 6, 2026** |
| **Page:** | | | | |

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946966 | 2,272.00 | | 2,272.00 |
| 09/03/25 | 1953642 | 5,141.00 | | 5,141.00 |
| 10/07/25 | 1960561 | 6,466.00 | | 6,466.00 |
| 11/04/25 | 1966288 | 9,412.00 | | 9,412.00 |
| 12/02/25 | 1973246 | 9,559.50 | | 9,559.50 |

**Total Prior Balance:**                                    **$ 32,850.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1979997**
**Invoice Date:** **January 6, 2026**
**Client Number:** **098358**
**Matter Number:** **098358.5001**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/01/25 | S. Kinsella | Meeting with client regarding settlement proposal. | 1.30 | 825.50 |
| 12/02/25 | S. Kinsella | Phone call with mediator. | 0.60 | 381.00 |
| 12/03/25 | S. Kinsella | Analyze property value issue. | 0.10 | 63.50 |
| 12/04/25 | S. Kinsella | Phone call with parish counsel regarding potential contribution (.4); phone call with Rice counsel regarding potential sale (.5); prepare analysis of settlement proposal .8). | 1.70 | 1,079.50 |
| 12/05/25 | S. Kinsella | Analyze global settlement proposal. | 0.90 | 571.50 |
| 12/05/25 | K. Nixon | Review additional appraisals and emails to client and committee counsel re: the same. | 0.20 | 97.00 |
| 12/08/25 | K. Nixon | Emails with appraiser re: final invoice (0.1); review discovery to confirm production of certain insurance policy (0.3). | 0.40 | 194.00 |
| 12/09/25 | S. Kinsella | Meeting with mediator. | 1.50 | 952.50 |
| 12/09/25 | K. Nixon | Phone call with mediator. | 0.70 | 339.50 |
| 12/10/25 | S. Kinsella | Phone call with counsel for parishes. | 0.90 | 571.50 |
| 12/10/25 | Schuyler Pals | Research on transfer/sale of property. | 1.10 | 506.00 |
| 12/11/25 | S. Kinsella | Prepare mediation proposal and communications with client regarding the same. | 0.90 | 571.50 |
| 12/11/25 | Schuyler Pals | Research on transfer/sale of property. | 1.30 | 598.00 |
| 12/12/25 | S. Kinsella | Multiple phone calls with client regarding mediation proposals (1.4); revise and send mediation proposal to mediators and Committee counsel (.6). | 2.00 | 1,270.00 |
| 12/13/25 | S. Kinsella | Phone calls with both mediators (1.1); phone call with client regarding mediation (.6). | 1.70 | 1,079.50 |
| 12/13/25 | Schuyler Pals | Research on transfer/sale of property. | 1.00 | 460.00 |



| 12/13/25 | K. Nixon | Prepare for mediation. | 0.50 | 242.50 |
|---|---|---|---|---|
| 12/14/25 | S. Kinsella | Phone call with mediator (.7); prepare and send valuation comparison to mediator (.4). | 1.10 | 698.50 |
| 12/14/25 | Schuyler Pals | Research on transfer/sale of property (.9); draft email to S. Kinsella analyzing research for mediation (1.7). | 2.60 | 1,196.00 |
| 12/15/25 | S. Kinsella | Prepare for and participate in mediation and follow up communications with client and mediator. | 6.80 | 4,318.00 |
| 12/15/25 | K. Nixon | Participate in mediation. | 4.40 | 2,134.00 |
| 12/16/25 | S. Kinsella | Communications with insurance counsel and committee counsel regarding potential policies. | 0.40 | 254.00 |
| 12/27/25 | K. Nixon | Respond to email from client re: appraisal. | 0.10 | 48.50 |
|  | **Current Legal Fees:** |  | **32.20** | **$ 18,452.00** |

### Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 485.00 | 6.30 | 3,055.50 |
| Associate | Schuyler  Pals | 460.00 | 6.00 | 2,760.00 |
| Officer | Steven R.  Kinsella | 635.00 | 19.90 | 12,636.50 |
|  | **Total** |  | **32.20** | **$ 18,452.00** |

### Invoice Totals

| | | |
|---|---|---|
| Total for Current Legal Fees: |  | $ 18,452.00 |
| **Total For Current Invoice:** |  | **$ 18,452.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  •  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1979996** |
| **Invoice Date:** | **January 6, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5002** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT 05403

For Previously Unbilled Professional Services Rendered Through December 31, 2025

**Regarding: Asset Disposition**

Total for Current Legal Fees: $ 2,837.00

**Total For Current Invoice:** **$ 2,837.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026. If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 08/04/25 | 1946974 | 291.00 | | 291.00 |
| 09/03/25 | 1953641 | 9,826.00 | | 9,826.00 |
| 10/07/25 | 1960562 | 3,572.50 | | 3,572.50 |
| 11/04/25 | 1966287 | 1,199.00 | | 1,199.00 |
| 12/02/25 | 1973245 | 3,514.00 | | 3,514.00 |

**Total Prior Balance:** **$ 18,402.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1979996**
**Invoice Date:** **January 6, 2026**
**Client Number:** **098358**
**Matter Number:** **098358.5002**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 12/01/25 | K. Nixon | Review certificate of service for supplement re: sale motion. | 0.10 | 48.50 |
| 12/02/25 | S. Kinsella | Analyze back up offer for Loretto Home. | 0.10 | 63.50 |
| 12/02/25 | K. Nixon | Emails with client and proposed buyer re: backup offer (0.2); draft joint motion to appear remotely at sale hearing and emails re: the same (1.0). | 1.20 | 582.00 |
| 12/03/25 | S. Kinsella | Analyze potential issues with sale motion. | 0.30 | 190.50 |
| 12/03/25 | K. Nixon | Revise and finalize motion to appear remotely at sale hearing and emails re: the same. | 0.60 | 291.00 |
| 12/05/25 | S. Kinsella | Analyze Loretto Home sale issues and prepare for hearing. | 0.10 | 63.50 |
| 12/05/25 | K. Nixon | Review documents from buyer's counsel and email client re: the same. | 0.20 | 97.00 |
| 12/09/25 | K. Nixon | Emails with client and proposed buyer re: order approving sale and exercise of option. | 0.30 | 145.50 |
| 12/11/25 | K. Nixon | Emails with client and buyer re: landowner authorization form and property use. | 0.30 | 145.50 |
| 12/11/25 | K. Nixon | Prepare for mediation. | 0.40 | 194.00 |
| 12/23/25 | S. Kinsella | Meeting with board of MSJ regarding potential sale transaction. | 1.20 | 762.00 |
| 12/30/25 | S. Kinsella | Phone call with counsel for Rice regarding potential transaction. | 0.40 | 254.00 |
| | **Current Legal Fees:** | | **5.20** | **$ 2,837.00** |

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484

USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** **1979996**
**Invoice Date:** **January 6, 2026**
**Page:** **2**

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 485.00 | 3.10 | 1,503.50 |
| Officer | Steven R.  Kinsella | 635.00 | 2.10 | 1,333.50 |
| **Total** | | | **5.20** | **$ 2,837.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,837.00 |
| **Total For Current Invoice:** | **$ 2,837.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1979995** |
| **Invoice Date:** | **January 6, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5006** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through December 31, 2025

**Regarding: Business Operations**

Total for Current Legal Fees: $ 127.00

**Total For Current Invoice:** **$ 127.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**           **Online Payments:**           **ACH & Wire Instructions:**

Fredrikson & Byron P.A.           Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/04/25 | 1946973 | 848.50 | | 848.50 |
| 09/03/25 | 1953640 | 815.00 | | 815.00 |
| 10/07/25 | 1960563 | 112.00 | | 112.00 |
| 11/04/25 | 1966286 | 287.50 | | 287.50 |
| 12/02/25 | 1973244 | 112.00 | | 112.00 |

**Total Prior Balance:**                                  **$ 2,175.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:**            **1979995**
**Invoice Date:**      **January 6, 2026**
**Client Number:**    **098358**
**Matter Number:**   **098358.5006**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/17/25 | S. Kinsella | Communications with client regarding audit questions. | 0.20 | 127.00 |
| | **Current Legal Fees:** | | **0.20** | **$ 127.00** |

### Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|-----------|-----------|-------|---------------|
| Officer | Steven R.  Kinsella | 635.00 | 0.20 | 127.00 |
| | **Total** | | **0.20** | **$ 127.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 127.00 |
| **Total For Current Invoice:** | **$ 127.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** 1979994
**Invoice Date:** January 6, 2026
**Client Number:** 098358
**Matter Number:** 098358.5007

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through December 31, 2025

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees:                                                              $ 533.50

**Total For Current Invoice:**                                                    **$ 533.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**               **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.               Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | | |
|---|---|---|---|---|
| **Invoice:** | **1979994** | | | |
| **Invoice Date:** | **January 6, 2026** | | | |
| **Page:** | | | | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946972 | 48.50 | | 48.50 |
| 09/03/25 | 1953639 | 742.50 | | 742.50 |
| 10/07/25 | 1960564 | 7,245.00 | | 7,245.00 |
| 11/04/25 | 1966285 | 4,589.00 | | 4,589.00 |
| 12/02/25 | 1973243 | 776.00 | | 776.00 |
| **Total Prior Balance:** | | | | **$ 13,401.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2026. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1979994** |
| **Invoice Date:** | **January 6, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5007** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/05/25 | K. Nixon | Respond to email from counsel for SSE re: meeting on claims. | 0.10 | 48.50 |
| 12/09/25 | K. Nixon | Respond to email from counsel for SSE. | 0.10 | 48.50 |
| 12/10/25 | K. Nixon | Phone call with counsel for SSE (0.2); review additional proof of claim and emails to client re: the same (0.4). | 0.60 | 291.00 |
| 12/26/25 | K. Nixon | Respond to email from religious congregation re: confidential claim and insurance. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **1.10** | **$ 533.50** |

### Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 485.00 | 1.10 | 533.50 |
| | **Total** | | **1.10** | **$ 533.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 533.50 |
| **Total For Current Invoice:** | **$ 533.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1979993** |
| **Invoice Date:** | **January 6, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through December 31, 2025

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees: $ 1,427.00

**Total For Current Invoice:** **$ 1,427.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**            **ACH & Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1979993**
**Invoice Date:** **January 6, 2026**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 08/04/25 | 1946971 | 1,885.50 | | 1,885.50 |
| 09/03/25 | 1953638 | 5,683.00 | | 5,683.00 |
| 10/07/25 | 1960565 | 936.50 | | 936.50 |
| 11/04/25 | 1966284 | 1,281.50 | | 1,281.50 |
| 12/02/25 | 1973242 | 2,619.00 | | 2,619.00 |

**Total Prior Balance:** **$ 12,405.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1979993**
**Invoice Date:** **January 6, 2026**
**Client Number:** **098358**
**Matter Number:** **098358.5010**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/01/25 | K. Nixon | Update schedule of payments to professionals. | 0.10 | 48.50 |
| 12/05/25 | K. Nixon | Draft October 2025 CNO for FB (0.2); draft FB's November 2025 monthly fee statement (0.3); update schedule of payments to professionals and email client re: the same (0.2). | 0.70 | 339.50 |
| 12/08/25 | K. Nixon | Attention to affidavit re: 2026 rate increases. | 0.10 | 48.50 |
| 12/08/25 | S. Stallings | Attention to order for fee application and draft S. Kinsella's declaration regarding Fredrikson & Byron's rate increases for 2026. | 0.30 | 70.50 |
| 12/09/25 | K. Nixon | Attention to affidavits re: 2026 rate increases. | 0.40 | 194.00 |
| 12/11/25 | K. Nixon | Finalize affidavits re: rate increases (0.2); review orders approving fee applications, update schedule of payments to professionals for MOR, and email client re: the same (0.5). | 0.70 | 339.50 |
| 12/11/25 | S. Stallings | Attention to finalizing and e-filing affidavit of S. Kinsella regarding Fredrikson & Byron's rate increase for 2026. | 0.20 | 47.00 |
| 12/12/25 | K. Nixon | Prepare and finalize Dinse's November 2025 monthly fee statement. | 0.30 | 145.50 |
| 12/29/25 | K. Nixon | Prepare CNOs for November 2025 monthly fee statements. | 0.30 | 145.50 |
| 12/31/25 | K. Nixon | Review committee's November 2025 fee statements, update schedule of payments to professionals accordingly, and email client re: the same. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **3.20** | **$ 1,427.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  |  Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

**Invoice:** **1979993**
**Invoice Date:** **January 6, 2026**
**Page:** **2**

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Paralegal | Shataia  Stallings | 235.00 | 0.50 | 117.50 |
| Associate | Katherine  Nixon | 485.00 | 2.70 | 1,309.50 |
| **Total** | | | **3.20** | **$ 1,427.00** |

## Invoice Totals

Total for Current Legal Fees:                                    $ 1,427.00

**Total For Current Invoice:**                          **$ 1,427.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** 1979992
**Invoice Date:** January 6, 2026
**Client Number:** 098358
**Matter Number:** 098358.5013

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through December 31, 2025

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees:                                           $ 3,199.50

**Total For Current Invoice:**                                       **$ 3,199.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                **ACH & Wire Instructions:**

Fredrikson & Byron P.A.           Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**  ███████

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/04/25 | 1946970 | 24,717.50 | | 24,717.50 |
| 09/03/25 | 1953637 | 8,629.50 | | 8,629.50 |
| 10/07/25 | 1960566 | 8,384.00 | | 8,384.00 |
| 11/04/25 | 1966283 | 4,384.50 | | 4,384.50 |
| 12/02/25 | 1973241 | 2,285.00 | | 2,285.00 |

**Total Prior Balance:**                                            **$ 48,400.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1979992**
**Invoice Date:** **January 6, 2026**
**Client Number:** **098358**
**Matter Number:** **098358.5013**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/01/25 | S. Kinsella | Meeting with Committee counsel (.4); follow up communications with client (.1). | 0.50 | 317.50 |
| 12/01/25 | K. Nixon | Meeting with committee counsel re: mediation and related issues. | 0.40 | 194.00 |
| 12/03/25 | S. Kinsella | Send parish information to Committee counsel. | 0.10 | 63.50 |
| 12/05/25 | S. Kinsella | Meeting with committee counsel regarding mediation matters. | 0.30 | 190.50 |
| 12/05/25 | K. Nixon | Meeting with committee counsel re: status of matters ahead of mediation. | 0.20 | 97.00 |
| 12/10/25 | S. Kinsella | Prepare for and participate in meeting with Committee counsel regarding mediation. | 0.90 | 571.50 |
| 12/10/25 | K. Nixon | Meeting with committee counsel and attention to follow-up items. | 0.60 | 291.00 |
| 12/12/25 | K. Nixon | Emails to mediator and committee counsel re: mediation logistics. | 0.40 | 194.00 |
| 12/16/25 | S. Kinsella | Communications with Committee counsel regarding survivor statements and plaintiff complaints. | 0.10 | 63.50 |
| 12/16/25 | K. Nixon | Email client re: Zoom link for survivor statements. | 0.10 | 48.50 |
| 12/17/25 | S. Kinsella | Communications with insurance counsel regarding policies. | 0.20 | 127.00 |
| 12/19/25 | S. Kinsella | Meeting with Committee's counsel (.3); follow up communications with Committee's counsel and insurer counsel (.3). | 0.60 | 381.00 |
| 12/19/25 | K. Nixon | Meeting with committee counsel and follow up emails to the same re: plan and insurance. | 1.10 | 533.50 |



**Invoice:** **1979992**
**Invoice Date:** **January 6, 2026**
**Page:** **2**

| | | | | |
|---|---|---|---|---|
| 12/22/25 | S. Kinsella | Communications with Committee counsel regarding parish lawsuits (.1); follow up with client (.1). | 0.20 | 127.00 |
| | **Current Legal Fees:** | | **5.70** | **$ 3,199.50** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine Nixon | 485.00 | 2.80 | 1,358.00 |
| Officer | Steven R. Kinsella | 635.00 | 2.90 | 1,841.50 |
| | **Total** | | **5.70** | **$ 3,199.50** |

## Invoice Totals

Total for Current Legal Fees:                                    $ 3,199.50

**Total For Current Invoice:**                              **$ 3,199.50**


# Fredrikson

**Invoice:** 1979991
**Invoice Date:** January 6, 2026
**Client Number:** 098358
**Matter Number:** 098358.5015

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through December 31, 2025

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees:                                                    $ 3,350.50

**Total For Current Invoice:**                                      **$ 3,350.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1979991**
**Invoice Date:** **January 6, 2026**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/04/25 | 1946969 | 1,470.00 | | 1,470.00 |
| 09/03/25 | 1953636 | 1,757.50 | | 1,757.50 |
| 11/04/25 | 1966281 | 272.50 | | 272.50 |
| 12/02/25 | 1973240 | 1,224.00 | | 1,224.00 |

**Total Prior Balance:** **$ 4,724.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1979991**
**Invoice Date:** **January 6, 2026**
**Client Number:** **098358**
**Matter Number:** **098358.5015**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## **Legal Fees**

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/16/25 | S. Kinsella | Meeting with client to discuss plan term sheet (.7); prepare stipulation regarding mediation and plan schedule (.6). | 1.30 | 825.50 |
| 12/17/25 | S. Kinsella | Continue to draft stipulation (.2); meeting with finance committee regarding potential plan terms (.8); communications with client regarding plan terms (.5). | 1.50 | 952.50 |
| 12/18/25 | S. Kinsella | Meeting with mediator (.6); finalize stipulation (.3); communications with client regarding potential plan (.4). | 1.30 | 825.50 |
| 12/22/25 | S. Kinsella | Analyze plan issues in connection with term sheet. | 0.50 | 317.50 |
| 12/22/25 | K. Nixon | Strategize re: timing of plan term sheet. | 0.10 | 48.50 |
| 12/23/25 | S. Kinsella | Review proposed changes to timing stipulation. | 0.10 | 63.50 |
| 12/26/25 | S. Kinsella | Phone call with Committee counsel regarding stipulation and term sheet. | 0.30 | 190.50 |
| 12/29/25 | S. Kinsella | Revise and file stipulation. | 0.10 | 63.50 |
| 12/30/25 | S. Kinsella | Analyze term sheet issues. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **5.30** | **$ 3,350.50** |

## **Timekeeper Summary**

| **Title** | **Timekeeper** | **Bill Rate** | **Hours** | **Billed Amount** |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 485.00 | 0.10 | 48.50 |
| Officer | Steven R.  Kinsella | 635.00 | 5.20 | 3,302.00 |
| | **Total** | | **5.30** | **$ 3,350.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  •  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:**         **1979991**
**Invoice Date:**    **January 6, 2026**
**Page:**            **2**

## Invoice Totals

Total for Current Legal Fees:                                        $ 3,350.50

**Total For Current Invoice:**                                      **$ 3,350.50**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | 1979990 |
| **Invoice Date:** | January 6, 2026 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5018 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through December 31, 2025

**Regarding: Reporting**

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,132.50 |
| **Total For Current Invoice:** | **$ 2,132.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email <u>accounting@fredlaw.com</u> or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ████████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946968 | 862.50 | | 862.50 |
| 09/03/25 | 1953635 | 676.00 | | 676.00 |
| 10/07/25 | 1960568 | 339.50 | | 339.50 |
| 11/04/25 | 1966280 | 388.00 | | 388.00 |
| 12/02/25 | 1973239 | 533.50 | | 533.50 |

**Total Prior Balance:**                                              **$ 2,799.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:**      **1979990**
**Invoice Date:**      **January 6, 2026**
**Client Number:**      **098358**
**Matter Number:**      **098358.5018**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|------:|-------:|
| 12/02/25 | K. Nixon | Email client re: motion from pro se claimant re: forensic accounting. | 0.10 | 48.50 |
| 12/03/25 | K. Nixon | Draft response to motion for forensic accounting. | 1.30 | 630.50 |
| 12/04/25 | K. Nixon | Draft response to motion for forensic accounting. | 1.20 | 582.00 |
| 12/05/25 | K. Nixon | Finalize response to motion for forensic accounting. | 0.90 | 436.50 |
| 12/17/25 | K. Nixon | Respond to email from client re: MOR. | 0.10 | 48.50 |
| 12/18/25 | K. Nixon | Assist in preparing November 2025 MOR. | 0.20 | 97.00 |
| 12/19/25 | K. Nixon | Assist in finalizing November 2025 MOR. | 0.50 | 242.50 |
| 12/19/25 | S. Stallings | Finalize and e-file monthly operating report. | 0.20 | 47.00 |
| | **Current Legal Fees:** | | **4.50** | **$ 2,132.50** |

### Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|-----------|----------:|------:|--------------:|
| Paralegal | Shataia  Stallings | 235.00 | 0.20 | 47.00 |
| Associate | Katherine  Nixon | 485.00 | 4.30 | 2,085.50 |
| | **Total** | | **4.50** | **$ 2,132.50** |

### Invoice Totals

| | |
|--|--:|
| Total for Current Legal Fees: | $ 2,132.50 |
| **Total For Current Invoice:** | **$ 2,132.50** |

## CERTIFICATE OF SERVICE

I, Katherine A. Nixon, hereby certify that on January 12, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I caused the same to be served on the following Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| --- | --- | --- |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

*/s/ Katherine A. Nixon*
Katherine A. Nixon