UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------
In re:

   ROMAN CATHOLIC DIOCESE OF                 Case No. 24-10205
   BURLINGTON VERMONT,                             Chapter 11

                           Debtor.
-----------------------------------------------------------------

## CERTIFICATE OF NO OBJECTION REGARDING BERKELEY RESEARCH GROUP LLC'S ELEVENTH MONTHLY FEE STATEMENT FOR THE PERIOD NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025

Pursuant to Paragraph 2(d) of the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and members of Official Committees (ECF No. 180, the "Compensation Order"), I Paul A. Levine, a member of Lemery Greisler LLC ("LG"), local counsel to Official Committee of Unsecured Creditors (the "Committee"), hereby certify that no objections were filed or received regarding Berkeley Research Group LLC, Financial Advisors to the Official Committee of Unsecured Creditors ("BRG") monthly fee statement for November 1, 2025 through November 30, 2025 (ECF No. 612). Therefore, the Diocese is authorized to pay $15,554.86 (80% of $19,443.58) and $0.00 (100%) of BRG's expenses for services rendered in November, 2025 in accordance with the Compensation Order.

Dated: January 15, 2026

                                                  Respectfully submitted,

                                                  LEMERY GREISLER LLC

                                                  /s/Paul A. Levine
                                                  Paul A. Levine, Esq.
                                                  *Local Counsel to the Official Committee of*
                                                      *Unsecured Creditors*
                                                  677 Broadway – 8th Floor
                                                  Albany, New York 12207
                                                  (518) 433-8800