# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

    Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

# FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT
# FOR JANUARY 2026

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from January 1, 2026 to January 31, 2026 (the "Compensation Period") in the amount of $25,252.80 (80% of $31,566.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $6,412.00.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Monday, February 23, 2026** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  February 9, 2026

*/s/ Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

# EXHIBIT A

**Diocese of Burlington**
**02/06/26**
**098358**

| Invoice | Date | Fees | Costs | Total | 0.80 | 0.20 |
|---|---|---|---|---|---|---|
| 1985594 | 2/3/2026 | $ 374.50 | $ - | $ 374.50 | $ 299.60 | $ 74.90 |
| 1985595 | 2/3/2026 | $ 9,713.50 | $ - | $ 9,713.50 | $ 7,770.80 | $ 1,942.70 |
| 1985596 | 2/3/2026 | $ 4,900.00 | $ - | $ 4,900.00 | $ 3,920.00 | $ 980.00 |
| 1985597 | 2/3/2026 | $ 1,233.50 | $ - | $ 1,233.50 | $ 986.80 | $ 246.70 |
| 1985598 | 2/3/2026 | $ 321.00 | $ - | $ 321.00 | $ 256.80 | $ 64.20 |
| 1985599 | 2/3/2026 | $ 1,687.50 | $ - | $ 1,687.50 | $ 1,350.00 | $ 337.50 |
| 1985600 | 2/3/2026 | $ 13,336.00 | $ - | $ 13,336.00 | $ 10,668.80 | $ 2,667.20 |
| 1985601 | 2/3/2026 | $ - | $ 6,412.00 | $ 6,412.00 | $ 5,129.60 | $ 1,282.40 |
| Total | | $ 31,566.00 | $ 6,412.00 | $ 37,978.00 | $ 25,252.80 | $ 6,313.20 |



**Invoice:** 1985601
**Invoice Date:** February 3, 2026
**Client Number:** 098358
**Matter Number:** 098358.5000

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2026

**Regarding: Case Administration**

Total For Current Costs and Other Charges:                                          $ 6,412.00

**Total For Current Invoice:**                                                              **$ 6,412.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | Invoice: | **1985601** |
|---|---|---|---|---|
| | | | Invoice Date: | **February 3, 2026** |
| | | | Page: | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946967 | 37,507.00 | | 37,507.00 |
| 09/03/25 | 1953643 | 5,610.50 | | 5,610.50 |
| 10/07/25 | 1960560 | 30,330.54 | | 30,330.54 |
| 11/04/25 | 1966289 | 5,681.14 | | 5,681.14 |
| 12/02/25 | 1973247 | 2,590.00 | | 2,590.00 |
| 01/06/26 | 1979998 | 5,071.50 | | 5,071.50 |

**Total Prior Balance:**                                    **$ 86,790.68**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 3, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1985601
**Invoice Date:** February 3, 2026
**Client Number:** 098358
**Matter Number:** 098358.5000

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## **Costs and Other Charges**

| | | **Amount** |
|---|---|---:|
| 01/20/26 | Prof Serv MarksPowers LLP (1205 Three Mile Bridge Road Middlebury VT 05753) - 1.20.26 - Mediation Services | 3,822.00 |
| | Litigation Support Services | 2,590.00 |

| **Current Costs and Other Charges:** | **$ 6,412.00** |
|---|---:|

## **Invoice Totals**

| Total For Current Costs and Other Charges: | $ 6,412.00 |
|---|---:|
| **Total For Current Invoice:** | **$ 6,412.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1985600** |
| **Invoice Date:** | **February 3, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5001** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2026

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees: $ 13,336.00

**Total For Current Invoice:** **$ 13,336.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



Invoice:              **1985600**
Invoice Date:     **February 3, 2026**
Page:

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/04/25 | 1946966 | 2,272.00 | | 2,272.00 |
| 09/03/25 | 1953642 | 5,141.00 | | 5,141.00 |
| 10/07/25 | 1960561 | 6,466.00 | | 6,466.00 |
| 11/04/25 | 1966288 | 9,412.00 | | 9,412.00 |
| 12/02/25 | 1973246 | 9,559.50 | | 9,559.50 |
| 01/06/26 | 1979997 | 18,452.00 | | 18,452.00 |

**Total Prior Balance:**                              **$ 51,302.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 3, 2026. If payment has been sent close to this date, please verify payment status.



| | | | | |
|---|---|---|---|---|
| **Invoice:** | **1985600** | | | |
| **Invoice Date:** | **February 3, 2026** | | | |
| **Client Number:** | **098358** | | | |
| **Matter Number:** | **098358.5001** | | | |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/04/26 | K. Nixon | Review email from insurance archaeologist re: confidentiality agreement. | 0.10 | 53.50 |
| 01/08/26 | K. Nixon | Emails with insurers re: confidentiality agreement and meeting. | 0.50 | 267.50 |
| 01/12/26 | S. Kinsella | Communications with insurer. | 0.20 | 136.00 |
| 01/13/26 | S. Kinsella | Analyze property sale issue. | 0.10 | 68.00 |
| 01/13/26 | K. Nixon | Emails and phone calls with insurers and real estate brokers. | 1.40 | 749.00 |
| 01/14/26 | S. Kinsella | Meeting with school counsel and client (1.0); follow up communications with client (.5). | 1.50 | 1,020.00 |
| 01/15/26 | S. Kinsella | Analyze restricted funds identified by Committee (1.4); communications with client regarding the same (.2); prepare for and participate in meeting with insurance counsel (.7). | 2.30 | 1,564.00 |
| 01/15/26 | K. Nixon | Meeting with insurer and strategize re: next steps. | 1.30 | 695.50 |
| 01/20/26 | S. Kinsella | Meeting with mediator (.6); follow up communications with client (.2). | 0.80 | 544.00 |
| 01/21/26 | S. Kinsella | Meeting with potential real estate broker (.5); follow up meeting with Committee counsel (,2); meeting with MSJ school board (1.3); communications with client regarding plan term sheet (.8). | 2.80 | 1,904.00 |
| 01/22/26 | S. Kinsella | Analyze proposed asset valuations. | 0.20 | 136.00 |
| 01/23/26 | S. Kinsella | Phone call with mediator (.5); phone cal with client (.7); phone call with Rice counsel (.9); phone call with VCC counsel (.9); phone call with VCCF counsel (.5); analyze property valuations (.6); communications with Committee counsel regarding term sheet (.9). | 5.00 | 3,400.00 |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | | | | |
|---|---|---|---|---|
| | | **Invoice:** | **1985600** | |
| | | **Invoice Date:** | **February 3, 2026** | |
| | | **Page:** | **2** | |

| 01/23/26 | K. Nixon | Emails to insurance company and insurance counsel re: tendering claims and confidentiality agreements. | 0.30 | 160.50 |
|---|---|---|---|---|
| 01/24/26 | S. Kinsella | Communications with Committee counsel regarding term sheet (.1); communications with client regarding the same (.1). | 0.20 | 136.00 |
| 01/26/26 | S. Kinsella | Phone call with mediator regarding settlement terms. | 0.50 | 340.00 |
| 01/26/26 | K. Nixon | Email to committee counsel re: production of documents to insurance companies. | 0.20 | 107.00 |
| 01/27/26 | K. Nixon | Attention to emails from insurers re: revisions to confidentiality agreements and requested documents. | 0.20 | 107.00 |
| 01/27/26 | S. Stallings | Attention to insurance policies and arrange to share with counsel for parishes. | 0.20 | 53.00 |
| 01/28/26 | K. Nixon | Emails with insurers' counsel re: amendments to bar date order and confidentiality agreement and coordinate sharing of public complaints and information. | 0.70 | 374.50 |
| 01/29/26 | S. Kinsella | Meeting with counsel for Rice (.6); communications with insurance counsel (.2). | 0.80 | 544.00 |
| 01/30/26 | S. Kinsella | Meeting with broker (.4); meeting with local counsel regarding strategy (.4); communications with client regarding the same (.4). | 1.20 | 816.00 |
| 01/30/26 | K. Nixon | Return phone call from insurance counsel and follow-up emails re: insured name. | 0.30 | 160.50 |
| | **Current Legal Fees:** | | **20.80** | **$ 13,336.00** |

### Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Paralegal | Shataia  Stallings | 265.00 | 0.20 | 53.00 |
| Associate | Katherine  Nixon | 535.00 | 5.00 | 2,675.00 |
| Officer | Steven R.  Kinsella | 680.00 | 15.60 | 10,608.00 |
| | **Total** | | **20.80** | **$ 13,336.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 13,336.00 |

Fredrikson & Byron, P.A.
P.O. Box 1484  |  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Total For Current Invoice:**                                            **$ 13,336.00**



| | |
|---|---|
| **Invoice:** | **1985599** |
| **Invoice Date:** | **February 3, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5002** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2026

**Regarding: Asset Disposition**

Total for Current Legal Fees:                                                    $ 1,687.50

**Total For Current Invoice:**                                      **$ 1,687.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**            **ACH & Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1985599**
**Invoice Date:** **February 3, 2026**
**Page:**

**Prior Balance Due Detail**

| <u>Date</u> | <u>Invoice Number</u> | <u>Amount</u> | <u>Payments</u> | <u>Balance Due</u> |
|---|---|---|---|---|
| 08/04/25 | 1946974 | 291.00 | | 291.00 |
| 09/03/25 | 1953641 | 9,826.00 | | 9,826.00 |
| 10/07/25 | 1960562 | 3,572.50 | | 3,572.50 |
| 11/04/25 | 1966287 | 1,199.00 | | 1,199.00 |
| 12/02/25 | 1973245 | 3,514.00 | | 3,514.00 |
| 01/06/26 | 1979996 | 2,837.00 | | 2,837.00 |

**Total Prior Balance:** **$ 21,239.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 3, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1985599**
**Invoice Date:** **February 3, 2026**
**Client Number:** **098358**
**Matter Number:** **098358.5002**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/07/26 | K. Nixon | Emails with committee counsel and potential brokers. | 0.30 | 160.50 |
| 01/12/26 | K. Nixon | Emails to buyer's counsel and client re: environmental inspection forms. | 0.40 | 214.00 |
| 01/15/26 | K. Nixon | Respond to email from client re: signed environmental inspection documents. | 0.10 | 53.50 |
| 01/16/26 | S. Kinsella | Analyze Loretto home environmental issue. | 0.10 | 68.00 |
| 01/16/26 | K. Nixon | Emails to buyer re: environmental inspection documents. | 0.20 | 107.00 |
| 01/19/26 | S. Kinsella | Analyze potential property sale. | 0.10 | 68.00 |
| 01/21/26 | K. Nixon | Emails with client and buyer re: extension of option agreement (0.2); meetings with potential brokers and strategize re: next steps (1.3). | 1.50 | 802.50 |
| 01/22/26 | K. Nixon | Email buyer's counsel re: agreement to extension. | 0.10 | 53.50 |
| 01/26/26 | K. Nixon | Emails to client, buyer, and committee counsel re: executed amendment to option agreement. | 0.30 | 160.50 |
| | **Current Legal Fees:** | | **3.10** | **$ 1,687.50** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|-----------|-----------|-------|---------------|
| Associate | Katherine  Nixon | 535.00 | 2.90 | 1,551.50 |
| Officer | Steven R.  Kinsella | 680.00 | 0.20 | 136.00 |
| | **Total** | | **3.10** | **$ 1,687.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

**Invoice:** 1985599
**Invoice Date:** February 3, 2026
**Page:** 2

## Invoice Totals

Total for Current Legal Fees:                                                $ 1,687.50

**Total For Current Invoice:**                                          **$ 1,687.50**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1985598** |
| **Invoice Date:** | **February 3, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5007** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2026

**Regarding: Claims Administration and  Objections**

| | |
|---|---|
| Total for Current Legal Fees: | $ 321.00 |
| **Total For Current Invoice:** | **$ 321.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                  **ACH & Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | |
|---|---|---|---|
| **Invoice:** | **1985598** |
| **Invoice Date:** | **February 3, 2026** |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946972 | 48.50 | | 48.50 |
| 09/03/25 | 1953639 | 742.50 | | 742.50 |
| 10/07/25 | 1960564 | 7,245.00 | | 7,245.00 |
| 11/04/25 | 1966285 | 4,589.00 | | 4,589.00 |
| 12/02/25 | 1973243 | 776.00 | | 776.00 |
| 01/06/26 | 1979994 | 533.50 | | 533.50 |

**Total Prior Balance:**                                     **$ 13,934.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 3, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1985598**
**Invoice Date:** **February 3, 2026**
**Client Number:** **098358**
**Matter Number:** **098358.5007**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT 05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/23/26 | K. Nixon | Email committee counsel re: additional claims confidentiality agreements and emails to signing parties re: producing claim forms. | 0.30 | 160.50 |
| 01/26/26 | K. Nixon | Emails with counsel for religious order re: confidential claims. | 0.20 | 107.00 |
| 01/27/26 | K. Nixon | Respond to email from religious order re: resolution of claim. | 0.10 | 53.50 |
| | **Current Legal Fees:** | | **0.60** | **$ 321.00** |

### Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|-----------|-----------|-------|---------------|
| Associate | Katherine Nixon | 535.00 | 0.60 | 321.00 |
| | **Total** | | **0.60** | **$ 321.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 321.00 |
| **Total For Current Invoice:** | **$ 321.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | | |
|---|---|---|
| | **Invoice:** | **1985597** |
| | **Invoice Date:** | **February 3, 2026** |
| | **Client Number:** | **098358** |
| | **Matter Number:** | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2026

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees: $ 1,233.50

**Total For Current Invoice:** **$ 1,233.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946971 | 1,885.50 | | 1,885.50 |
| 09/03/25 | 1953638 | 5,683.00 | | 5,683.00 |
| 10/07/25 | 1960565 | 936.50 | | 936.50 |
| 11/04/25 | 1966284 | 1,281.50 | | 1,281.50 |
| 12/02/25 | 1973242 | 2,619.00 | | 2,619.00 |
| 01/06/26 | 1979993 | 1,427.00 | | 1,427.00 |

**Total Prior Balance:**                                    **$ 13,832.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 3, 2026. If payment has been sent close to this date, please verify payment status.



| | | | | |
|---|---|---|---|---|
| **Invoice:** | | | | **1985597** |
| **Invoice Date:** | | | | **February 3, 2026** |
| **Client Number:** | | | | **098358** |
| **Matter Number:** | | | | **098358.5010** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## **Legal Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/07/26 | K. Nixon | Update schedule of payments to professionals with recent monthly fee statement. | 0.10 | 53.50 |
| 01/12/26 | K. Nixon | Draft and finalize Fredrikson's December 2025 monthly fee statement and email client re: the same (0.4); emails with other counsel re: joint notice of hearing for Q4 2025 fee appications (0.2); email to Dinse re: December 2025 invoice (0.1); prepare to draft Q4 2025 fee applications (0.1). | 0.80 | 428.00 |
| 01/16/26 | K. Nixon | Email client re: updated schedule of payments in preparation for December MOR. | 0.10 | 53.50 |
| 01/26/26 | S. Kinsella | Analyze retention issues for real estate broker. | 0.10 | 68.00 |
| 01/26/26 | K. Nixon | Revise schedule of payments to professionals for reporting. | 0.10 | 53.50 |
| 01/27/26 | S. Kinsella | Analyze proposed broker terms for employment applications. | 0.30 | 204.00 |
| 01/27/26 | K. Nixon | Prepare to draft applications to employ real estate brokers. | 0.20 | 107.00 |
| 01/28/26 | K. Nixon | Respond to email from local counsel re: Stretto invoice. | 0.10 | 53.50 |
| 01/30/26 | K. Nixon | Email client re: committee's December 2025 fee statements and update schedule accordingly. | 0.10 | 53.50 |
| 01/30/26 | S. Stallings | Attention Fredrikson's fifth fee application and invoices and begin preparing fees and cost data. | 0.60 | 159.00 |
| | **Current Legal Fees:** | | **2.50** | **$ 1,233.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:** **1985597**
**Invoice Date:** **February 3, 2026**
**Page:** **2**

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|-----------|-----------|-------|---------------|
| Paralegal | Shataia  Stallings | 265.00 | 0.60 | 159.00 |
| Associate | Katherine  Nixon | 535.00 | 1.50 | 802.50 |
| Officer | Steven R.  Kinsella | 680.00 | 0.40 | 272.00 |
| **Total** | | | **2.50** | **$ 1,233.50** |

## Invoice Totals

Total for Current Legal Fees:                                    $ 1,233.50

**Total For Current Invoice:**                                    **$ 1,233.50**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | 1985596 |
| **Invoice Date:** | February 3, 2026 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5013 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2026

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees:                                                          $ 4,900.00

**Total For Current Invoice:**                                                    **$ 4,900.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                      **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**          **1985596**
**Invoice Date:**     **February 3, 2026**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946970 | 24,717.50 | | 24,717.50 |
| 09/03/25 | 1953637 | 8,629.50 | | 8,629.50 |
| 10/07/25 | 1960566 | 8,384.00 | | 8,384.00 |
| 11/04/25 | 1966283 | 4,384.50 | | 4,384.50 |
| 12/02/25 | 1973241 | 2,285.00 | | 2,285.00 |
| 01/06/26 | 1979992 | 3,199.50 | | 3,199.50 |

**Total Prior Balance:**                              **$ 51,600.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 3, 2026. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1985596**
**Invoice Date:** **February 3, 2026**
**Client Number:** **098358**
**Matter Number:** **098358.5013**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/05/26 | K. Nixon | Respond to email from committee counsel re: weekly meeting. | 0.10 | 53.50 |
| 01/06/26 | S. Kinsella | Meeting with Committee counsel and follow up communications with Committee counsel and insurers. | 1.00 | 680.00 |
| 01/06/26 | K. Nixon | Meet with committee counsel re: insurance and plan term sheet and attention to follow-up items. | 0.90 | 481.50 |
| 01/07/26 | K. Nixon | Emails with counsel for Rice High School re: meeting with Bishop. | 0.20 | 107.00 |
| 01/08/26 | K. Nixon | Emails with client, committee counsel, and Rice High School re: insurance and plan term sheet. | 0.50 | 267.50 |
| 01/14/26 | K. Nixon | Meeting with Rice High School and strategize re: next steps. | 1.50 | 802.50 |
| 01/20/26 | K. Nixon | Phone call with mediator. | 0.50 | 267.50 |
| 01/21/26 | S. Kinsella | Meeting with Committee counsel. | 0.50 | 340.00 |
| 01/21/26 | K. Nixon | Meeting with committee counsel and strategize next steps re: term sheet, insurance, etc. | 0.90 | 481.50 |
| 01/26/26 | S. Kinsella | Communications with parish counsel regarding insurance information. | 0.30 | 204.00 |
| 01/28/26 | S. Kinsella | Meeting with Committee counsel (.6); follow up communications with mediator (.4). | 1.00 | 680.00 |
| 01/28/26 | K. Nixon | Meeting with committee counsel re: plan term sheet and sale of property and strategize re: next steps. | 1.00 | 535.00 |
| | **Current Legal Fees:** | | **8.40** | **$ 4,900.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

**Invoice:**           **1985596**
**Invoice Date:**   **February 3, 2026**
**Page:**             **2**

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|------------|----------:|------:|--------------:|
| Associate | Katherine  Nixon | 535.00 | 5.60 | 2,996.00 |
| Officer | Steven R.  Kinsella | 680.00 | 2.80 | 1,904.00 |
| **Total** | | | **8.40** | **$ 4,900.00** |

## Invoice Totals

| | |
|---|---:|
| Total for Current Legal Fees: | $ 4,900.00 |
| **Total For Current Invoice:** | **$ 4,900.00** |


# Fredrikson

| | |
|---|---|
| **Invoice:** | **1985595** |
| **Invoice Date:** | **February 3, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5015** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2026

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees: $ 9,713.50

**Total For Current Invoice:** **$ 9,713.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | Invoice: | **1985595** |
|---|---|---|---|
| | | Invoice Date: | **February 3, 2026** |
| | | Page: | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946969 | 1,470.00 | | 1,470.00 |
| 09/03/25 | 1953636 | 1,757.50 | | 1,757.50 |
| 11/04/25 | 1966281 | 272.50 | | 272.50 |
| 12/02/25 | 1973240 | 1,224.00 | | 1,224.00 |
| 01/06/26 | 1979991 | 3,350.50 | | 3,350.50 |
| **Total Prior Balance:** | | | | **$ 8,074.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 3, 2026. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1985595** |
| **Invoice Date:** | **February 3, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5015** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/02/26 | S. Kinsella | Analyze Committee proposed changes to plan term sheet and communications with client regarding the same. | 0.20 | 136.00 |
| 01/03/26 | S. Kinsella | Communications with mediators regarding plan stipulation. | 0.20 | 136.00 |
| 01/05/26 | S. Kinsella | Communications with client and Committee counsel regarding term sheet. | 0.10 | 68.00 |
| 01/06/26 | S. Kinsella | Meeting with client regarding term sheet. | 0.90 | 612.00 |
| 01/06/26 | K. Nixon | Meeting with client re: proposed term sheet and strategize re: next steps. | 1.00 | 535.00 |
| 01/07/26 | S. Kinsella | Revise term sheet and send to client. | 0.70 | 476.00 |
| 01/09/26 | S. Kinsella | Phone call with client regarding term sheet (.7); revise term sheet (.2). | 0.90 | 612.00 |
| 01/10/26 | S. Kinsella | Revise term sheet and send to Committee counsel. | 0.20 | 136.00 |
| 01/15/26 | S. Kinsella | Revise term sheet. | 0.40 | 272.00 |
| 01/16/26 | S. Kinsella | Meeting with client regarding term sheet and potential plan. | 1.30 | 884.00 |
| 01/16/26 | K. Nixon | Strategize re: plan term sheet and next steps. | 0.50 | 267.50 |
| 01/22/26 | S. Kinsella | Meeting with client regarding plan term sheet and related issues. | 1.70 | 1,156.00 |
| 01/22/26 | K. Nixon | Strategize re: plan term sheet and next case steps. | 0.40 | 214.00 |
| 01/23/26 | S. Kinsella | Revise term sheet. | 0.10 | 68.00 |
| 01/23/26 | K. Nixon | Strategize re: revised plan term sheet (0.7); phone calls with mediator re: the same (1.0). | 1.70 | 909.50 |
| 01/26/26 | S. Kinsella | Revise term sheet. | 0.30 | 204.00 |



**Invoice:** **1985595**
**Invoice Date:** **February 3, 2026**
**Page:** **2**

| Date | Timekeeper | Description | Hours | Billed Amount |
|---|---|---|---|---|
| 01/26/26 | K. Nixon | Strategize re: plan term sheet and exclusivity period and respond to email from UST re: the same. | 0.60 | 321.00 |
| 01/27/26 | S. Kinsella | Meeting with client regarding term sheet. | 1.10 | 748.00 |
| 01/27/26 | K. Nixon | Prepare for and attend hearing on motion to extend exclusive periods (0.9); review entered order and emails with client re: the same (0.2); discuss status of plan term sheet with mediator (0.3). | 1.40 | 749.00 |
| 01/28/26 | S. Kinsella | Revise term sheet (.4); phone call and follow up communications with client regarding the same (1.3). | 1.70 | 1,156.00 |
| 01/28/26 | K. Nixon | Strategize re: plan term sheet. | 0.10 | 53.50 |
| | **Current Legal Fees:** | | **15.50** | **$ 9,713.50** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 535.00 | 5.70 | 3,049.50 |
| Officer | Steven R.  Kinsella | 680.00 | 9.80 | 6,664.00 |
| | **Total** | | **15.50** | **$ 9,713.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 9,713.50 |
| **Total For Current Invoice:** | **$ 9,713.50** |



| | |
|---|---|
| **Invoice:** | **1985594** |
| **Invoice Date:** | **February 3, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5018** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through January 31, 2026

**Regarding: Reporting**

Total for Current Legal Fees:                                                                    $ 374.50

**Total For Current Invoice:**                                                              **$ 374.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**              **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

Tax ID:

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2026.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.*

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**          **1985594**
**Invoice Date:**     **February 3, 2026**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946968 | 862.50 | | 862.50 |
| 09/03/25 | 1953635 | 676.00 | | 676.00 |
| 10/07/25 | 1960568 | 339.50 | | 339.50 |
| 11/04/25 | 1966280 | 388.00 | | 388.00 |
| 12/02/25 | 1973239 | 533.50 | | 533.50 |
| 01/06/26 | 1979990 | 2,132.50 | | 2,132.50 |

**Total Prior Balance:**                                          **$ 4,932.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 3, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1985594**
**Invoice Date:** **February 3, 2026**
**Client Number:** **098358**
**Matter Number:** **098358.5018**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/20/26 | K. Nixon | Assist in reviewing and finalizing December 2025 MOR. | 0.70 | 374.50 |
| | **Current Legal Fees:** | | **0.70** | **$ 374.50** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|-----------|-----------|-------|---------------|
| Associate | Katherine  Nixon | 535.00 | 0.70 | 374.50 |
| | **Total** | | **0.70** | **$ 374.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 374.50 |
| **Total For Current Invoice:** | **$ 374.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Katherine A. Nixon, hereby certify that on February 9, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I caused the same to be served on the following Notice Parties via the method indicated below:

| | | |
|---|---|---|
| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

*/s/ Katherine A. Nixon*
Katherine A. Nixon