UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

Filed & Entered
On Docket
02/09/2026

In re:
ROMAN CATHOLIC DIOCESE OF
BURLINGTON, VERMONT,
           Debtor.

Case No. 24-10205-hzc
Chapter 11

# ORDER GRANTING *PRO HAC VICE* ADMISSION OF JOHN E. BUCHEIT, ESQ.

On consideration of the Motion for *Pro Hac Vice* Admission of John E. Bucheit, Esq., the Court finding that the motion complies with the Local Rules of this Court and that Attorney Bucheit has met this Court's requirements for *pro hac vice* admission, it is hereby;

**ORDERED** that the motion is granted. Attorney Bucheit is hereby admitted to practice and may appear in the Court *pro hac vice* in the above-captioned bankruptcy proceeding or any other proceedings related thereto; and it is further

**ORDERED** that Michael B. Fisher, as local counsel, is excused from appearing at Court hearings in this bankruptcy proceeding in his capacity as local counsel, except as otherwise ordered by this Court

**SO ORDERED.**

February 9, 2026
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont

In re:     Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2     User: admin     Page 1 of 3
Date Rcvd: Feb 09, 2026     Form ID: pdf613     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | John E. Bucheit, Parker, Hudson, Rainer & Dobbs LLP, Two N. Riverside Plaza, Suite 1850, Chicago, IL 60606, UNITED STATES 60606-2647 |
| aty | + | Paul V. Possinger, Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, IL 60602-4342 |
| aty | | Timothy Q. Karcher, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036-8299 |
| intp | + | Interstate Fire & Casualty Company, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | + | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Feb 09 2026 19:37:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Dinse P.C. |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |
| cr | | Survivor CC094 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Jason LaRosa | on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com chorigan@mskvt.com |
| Andre Denis Bouffard | on behalf of Interested Party Vermont Catholic Community Foundation Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | on behalf of Creditor TD Bank N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| David Michael Caves | on behalf of Interested Party Interstate Fire & Casualty Company dcaves@phrd.com |
| Elizabeth A. Glynn | on behalf of Creditor TD Bank N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Harris Winsberg | on behalf of Interested Party Interstate Fire & Casualty Company hwinsberg@phrd.com elyttle@phrd.com |
| Harrison E. Strauss | on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov |
| Jeremy R Fischer | on behalf of Interested Party Rice Memorial High School jfischer@preti.com mveilleux@dwmlaw.com |
| Jim Baillie | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont jbaillie@fredlaw.com |
| Katherine Nixon | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Lisa M Penpraze | on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov |
| Matthew Michael Weiss | on behalf of Interested Party Interstate Fire & Casualty Company mweiss@phrd.com |
| Michael Bryan Fisher | on behalf of Interested Party Interstate Fire & Casualty Company fisher@mbfisherlaw.com fisher.michaelb.r81669@notify.bestcase.com |
| Paul A Levine | on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com |
| Paul A Levine | on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com |
| Raymond J Obuchowski | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com |
| Robert S DiPalma | on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com |
| Samuel Andre | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com, docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com |
| Steven Robert Kinsella | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Todd C. Jacobs | on behalf of Interested Party Interstate Fire & Casualty Company tjacobs@phrd.com |
| U S Trustee | ustpregion02.vt.ecf@usdoj.gov |

District/off: 0210-2 User: admin Page 3 of 3
Date Rcvd: Feb 09, 2026 Form ID: pdf613 Total Noticed: 9
TOTAL: 23