# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF VERMONT



Filed & Entered
On Docket
02/26/2026

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 24-10205 |
| **ROMAN CATHOLIC DIOCESE** ) | Chapter 11 |
| **OF BURLINGTON, VERMONT,** ) | |
| ) | |
| **DEBTOR.** ) | |

---

## ORDER GRANTING MOTION FOR ORDER ADMITTING
## JAMES J. MOFFITT , ESQ. PRO HAC VICE

---

Upon consideration of the Motion of Ryan Long, Esq. to Allow Admission *Pro Hac Vice* of James J. Moffitt, Esq. (the "Motion"), the Court finds that the Motion is in compliance with the requirements of the Local Rules of this Court and of the United States District Court for the District of Vermont and that James J. Moffitt has met the requirements for admission *pro hac vice* before this Court. Therefore, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED**, that James J. Moffitt is hereby admitted to practice and may appear in this Court *pro hac vice* in the above-captioned proceedings.

**SO ORDERED.**

February 26, 2026  
Burlington, Vermont

_____  
Heather Z. Cooper  
United States Bankruptcy Judge