## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

        Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

## NOTICE OF HEARING ON JOINT MOTION TO FURTHER AMEND FINAL ORDER (I) ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM; (II) APPROVING SEXUAL ABUSE PROOF OF CLAIM FORM; (III) APPROVING FORM AND MANNER OF NOTICE; AND (IV) APPROVING CONFIDENTIALITY PROCEDURES – CONVENTIONAL PROCEDURE

A JOINT MOTION FOR entry of an order further amending the *Final Order (I) Establishing Deadlines for Filing Proofs of Claim; (II) Approving Sexual Abuse Proof of Claim Form; (III) Approving Form and Manner of Notice; and (IV) Approving Confidentiality Procedures* (ECF No. 144) was filed on March 16, 2026, by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese") and the Official Committee of Unsecured Creditors (the "Committee") (ECF No. 667.) An electronic copy of the motion can be accessed at the following link: https://case.stretto.com/dioceseofburlington/docket.

A HEARING ON THE MOTION and any responses **will be held** at **11:00 A.M. (prevailing Eastern time)** on **Tuesday, April 21, 2026** by Zoomgov. If you choose to appear by Zoomgov, you must follow the process set forth in Appendix IX to the Court's Local Rules (available on the Court's website), including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at Jody_Kennedy@vtb.uscourts.gov or by telephone at (802) 657-6404.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

**IF YOU OPPOSE THE MOTION**, you are encouraged to file a written response with the Clerk of Court specifying your opposition to the motion, **on or before 4:00 P.M. (prevailing Eastern time) on Tuesday, April 14, 2026.** If you file a written response, you must also serve a copy of that written response on the attorneys for the Diocese and the Committee, as well as the United States trustee, London Market Insurers, and Interstate Fire & Casualty Company, so that it is received on or before such date and time. Addresses for those parties are set forth below.

Dated: March 16, 2026

*/s/ Steven R. Kinsella*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

Dated:  March 16, 2026

*/s/ Brittany M. Michael*

LEMERY GREISLER LLC
Paul A. Levine, Esq.
677 Broadway – 8th Floor
Albany, New York 12207
(518) 433-8800
Email: plevine@lemerygreisler.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang (Admitted Pro Hac Vice)
Brittany M. Michael (Admitted Pro Hac Vice)
Gail S. Greenwood (Admitted Pro Hac Vice)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

*Counsel to the Official Committee of Unsecured
Creditors*

## SERVICE ADDRESSES

| | | |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Fredrikson & Byron, P.A.<br>Attn: Samuel M. Andre<br>60 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402<br>sandre@fredlaw.com | United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | Creditors' Committee<br>c/o Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | Creditors' Committee<br>c/o Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | Interstate Fire & Casualty Company<br>c/o Parker Hudson Rainer & Dobbs LLP<br>Attn: Harris B. Winsberg<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, GA 30308<br>hwinsberg@phrd.com |
| London Market Insurers<br>c/o Clyde Co US LLP<br>Attn: Catalina J. Sugayan<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>catalina.sugayan@clydeco.us | | |