## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

### JOINT *EX PARTE* MOTION TO APPEAR BY ZOOM

The Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), the Official Committee of Unsecured Creditors (the "Committee"), and the Office for the United States Trustee (the "UST," and together with the Diocese and the Committee, the "Parties") jointly request that the Court allow the Parties to appear by Zoom at the hearings scheduled for Tuesday, March 24, 2026 at 11:00 a.m. Eastern pursuant to Local Rules 5007-1(c) and 9013-2(e)(3) and Appendix IX.

### BACKGROUND AND ARGUMENT

There are several matters scheduled for hearing on Tuesday, March 24, 2026 at 11:00 a.m. Eastern:

1. ECF No. 299 – Letter Regarding Data Breach;
2. ECF No. 624 – Fifth Application for Compensation of Obuchowski Law Office;
3. ECF No. 636 – Fifth Application for Compensation of Lemery Greisler LLC;
4. ECF No. 637 – Fifth Application for Compensation of Pachulski Stang Ziehl & Jones LLP;
5. ECF No. 638 – Fourth Application for Compensation of Berkeley Research Group, LLC;
6. ECF No. 643 – Fifth Application for Compensation for Fredrikson & Byron, P.A.; and
7. ECF No. 644 – Fifth Application for Compensation for Dinse P.C.

(the "Pending Matters"). To date, no responses have been filed to the Pending Matters. Even if a response is filed, the Parties do not anticipate the need for the Court to receive evidence. Allowing the Parties to appear by Zoom will limit administrative expenses, as the Parties will not be required

to travel from various states—including Minnesota and New York—to Burlington, Vermont. Therefore, good cause exists to allow the Parties to appear by Zoom.

**WHEREFORE**, the Parties respectfully request that this Court allow the Parties to appear by Zoom at the hearings scheduled for Tuesday, March 24, 2026 at 11:00 a.m. Eastern.

Dated:  March 20, 2026

*/s/ Katherine A. Nixon*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

Dated: March 20, 2026

/s/ Brittany M. Michael
Paul A. Levine, Esq.
**LEMERY GREISLER LLC**
677 Broadway, 8th Floor
Albany, New York 12207
(518) 433-8800

Gail S. Greenwood (admitted *pro hac vice* )
Brittany M. Michael (admitted *pro hac vice* )
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: ggreenwood@pszjlaw.com
        bmichael@pszjlaw.com

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**


Dated: March 20, 2026

/s/ Harrison E. Strauss
Harrison E. Strauss - Trial Attorney
United States Department of Justice
Office of United States Trustee
11A Clinton Avenue, Room 620
Albany, NY 12207
(518) 434-4459
Harrison.Strauss@usdoj.gov

**ATTORNEYS FOR WILLIAM K.
HARRINGTON, UNITED STATES TRUSTEE
FOR REGION 2**