UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

---

In re:

ROMAN CATHOLIC DIOCESE OF
BURLINGTON VERMONT,

Debtor.

---

**Case No. 24-10205**
**Chapter 11**

Filed & Entered
On Docket
03/23/2026

### ORDER GRANTING IN PART AND DENYING IN PART FIFTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEMERY GREISLER LLC AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF <u>UNSECURED CREDITORS</u>

**UPON** the second application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Lemery Greisler LLC ("LG"), as local counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of The Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered October 1, 2025 through December 31, 2025 (the "Interim Compensation Period") and no opposition having been received to the Application, and after due deliberation, it is hereby

**ORDERED**, that the Application is GRANTED in part and DENIED in part. Pursuant to 11 U.S.C. §503(b)(2) and §507(a), LG is awarded interim compensation in the total amount of $1,081.00 for reasonable and necessary services rendered. The Application is denied insofar as it seeks $37.70 for expenses without the required justification of the expense and description of documents obtained. *See In re Fibermark,* 349 B.R. 385, 400-401 (2006). It is further

**ORDERED**, that the allowed fees shall be paid by the Debtor.

March 23, 2026
Burlington, Vermont

_____
Heather Z. Cooper
United States Bankruptcy Judge