UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

IN RE:                                                   )
                                                         )
Roman Catholic Diocese of Burlington,                    )        Case No.   24-10205-*hzc*
Vermont[1]                                               )        *Chapter 11 Case*
                        Debtor in Possession             )

**ORDER GRANTING FIFTH INTERIM APPLICATION OF OBUCHOWSKI LAW
OFFICE FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 VERMONT
(LOCAL) COUNSEL TO DEBTOR IN POSSESSION FOR THE PERIOD OF
OCTOBER 1, 2025 THROUGH DECEMBER 31, 2025 and AUTHORIZING PAYMENT
BY PRE-PETITION RETAINER FUNDS IN THE AMOUNT OF $761.20 AND THE
REMAINING UNPAID BALANCE, AS TO INCLUDE THE HOLDBACK OF $591.50, IN
THE AMOUNT OF $2,196.30**

**UPON CONSIDERATION** of the Fifth Interim Application of Obuchowski Law Office

for Allowance of Compensation and Reimbursement of Expenses as Vermont (Local) Counsel for

the Diocese for the period of October 1, 2025 to December 31, 2025 [ECF 624] ("OLO

Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§

157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this

is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application

was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under

Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation

procedures. [ECF 180] After due consideration, the Court finds that the fees and expenses

---

1 In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's
address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-
0180730.

described in the Application are reasonable and constitute actual and necessary fees and expenses.

Therefore, for good cause shown, **IT IS HEREBY ORDERED:**

1.	Obuchowski Law Office's fees incurred between July 1, 2025 and September 30, 2025 in the amount of $2,957.50, and expenses in the amount of $0.00, for a total of $2,957.50 are **ALLOWED.**

2.	The Diocese (as defined in the OLO Application) as Debtor in Possession is **AUTHORIZED** to pay such allowed post-petition fees and expenses, through Applicant's application of the retainer funds held by Applicant in the amount of $761.20 and the remaining balance of $2,196.30 in the ordinary course.

3.	Obuchowski Law Office's fees and expenses allowed in the Order are granted administrative priority under 11 U.S.C. §503(b).

4.	Obuchowski Law Office is **AUTHORIZED** to apply against the allowed fees and expenses the remaining balance of the pre-petition retainer in the amount of $761.20 it is holding toward payment of the allowed fees and expenses.

**SO ORDERED.**

March    23,    2026
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge