**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

Filed & Entered
On Docket
03/23/2026

**ORDER GRANTING FIFTH INTERIM APPLICATION OF DINSE P.C. FOR ALLOWANCE OF FEES AS SPECIAL COUNSEL FOR THE DIOCESE FROM OCTOBER 1, 2025 THROUGH DECEMBER 31, 2025**

This case came before the Court on the Fifth Interim Application of Dinse P.C. for Allowance of Fees as Special Counsel for the Diocese from October 1, 2025 through December 31, 2025 (doc. # 644) (the "Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation procedures. (doc. # 180) After due consideration, the Court finds that the fees and expenses described in the Application are reasonable and constitute actual and necessary fees and expenses. Therefore, for good cause shown, **IT IS HEREBY**

**ORDERED:**  Dinse P.C.'s fees incurred between October 1, 2025 and December 31, 2025 in the amount of $815.00 are allowed.

2.      Dinse P.C. is authorized to apply the Chapter 11 Retainer (as defined in the Application) to the fees allowed in Paragraph 1 of this Order. Dinse is further authorized to

continue holding the balance of the Chapter 11 Retainer, in the amount of $459.00, for application against additional fees and expenses as allowed by this Court.

3.     The Diocese (as defined in the Application) is authorized to pay such allowed postpetition fees.

4.     Dinse P.C.'s fees and expenses allowed in this Order are granted administrative priority under 11 U.S.C. § 503(b).

March 23, 2026                    Heather Z. Cooper
Burlington, Vermont              United States Bankruptcy Judge

2