Filed & Entered
On Docket
03/23/2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

IN RE: )
)
Roman Catholic Diocese of Burlington, ) Case No. 24-10205-*hzc*
Vermont[1] ) *Chapter 11 Case*
Debtor in Possession )

**ORDER GRANTING FIFTH INTERIM APPLICATION OF OBUCHOWSKI LAW OFFICE FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 VERMONT (LOCAL) COUNSEL TO DEBTOR IN POSSESSION FOR THE PERIOD OF OCTOBER 1, 2025 THROUGH DECEMBER 31, 2025 and AUTHORIZING PAYMENT BY PRE-PETITION RETAINER FUNDS IN THE AMOUNT OF $761.20 AND THE REMAINING UNPAID BALANCE, AS TO INCLUDE THE HOLDBACK OF $591.50, IN THE AMOUNT OF $2,196.30**

**UPON CONSIDERATION** of the Fifth Interim Application of Obuchowski Law Office for Allowance of Compensation and Reimbursement of Expenses as Vermont (Local) Counsel for the Diocese for the period of October 1, 2025 to December 31, 2025 [ECF 624] ("OLO Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's order establishing compensation procedures. [ECF 180] After due consideration, the Court finds that the fees and expenses

---

1 In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

described in the Application are reasonable and constitute actual and necessary fees and expenses.

Therefore, for good cause shown, **IT IS HEREBY ORDERED:**

1.      Obuchowski Law Office's fees incurred between July 1, 2025 and September 30, 2025 in the amount of $2,957.50, and expenses in the amount of $0.00, for a total of $2,957.50 are **ALLOWED.**

2.      The Diocese (as defined in the OLO Application) as Debtor in Possession is **AUTHORIZED** to pay such allowed post-petition fees and expenses, through Applicant's application of the retainer funds held by Applicant in the amount of $761.20 and the remaining balance of $2,196.30 in the ordinary course.

3.      Obuchowski Law Office's fees and expenses allowed in the Order are granted administrative priority under 11 U.S.C. §503(b).

4.      Obuchowski Law Office is **AUTHORIZED** to apply against the allowed fees and expenses the remaining balance of the pre-petition retainer in the amount of $761.20 it is holding toward payment of the allowed fees and expenses.

**SO ORDERED.**

March   23,   2026
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

*Page 2 of 2*

United States Bankruptcy Court

District of Vermont

In re:

Roman Catholic Diocese of Burlington, Ve

    Debtor

Case No. 24-10205-hzc

Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0210-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 23, 2026 | Form ID: pdf629 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | John E. Bucheit, Parker, Hudson, Rainer & Dobbs LLP, Two N. Riverside Plaza, Suite 1850, Chicago, IL 60606, UNITED STATES 60606-2647 |
| aty | + | Paul V. Possinger, Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, IL 60602-4342 |
| aty | | Timothy Q. Karcher, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036-8299 |
| intp | + | Catalina Worthing Insurance Ltd, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Certain Underwriters at Lloyd's London, c/o Ryan M. Long, Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Interstate Fire & Casualty Company, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | + | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |
| intp | + | RiverStone Insurance UK Limited, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Tenecom Ltd., c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Mar 23 2026 19:50:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Dinse P.C. |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |
| cr | | Survivor CC094 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0210-2                     User: admin                          Page 2 of 3
Date Rcvd: Mar 23, 2026                  Form ID: pdf629                       Total Noticed: 13

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026                       Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alexander Jason LaRosa | on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com  chorigan@mskvt.com |
| Andre Denis Bouffard | on behalf of Interested Party Vermont Catholic Community Foundation  Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Catalina Sugayan | on behalf of Interested Party Catalina Worthing Insurance Ltd catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Tenecom Ltd. catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party RiverStone Insurance UK Limited catalina.sugayan@clydeco.us |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| David Michael Caves | on behalf of Interested Party Interstate Fire & Casualty Company dcaves@phrd.com |
| Elizabeth A. Glynn | on behalf of Creditor TD Bank  N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Harris Winsberg | on behalf of Interested Party Interstate Fire & Casualty Company hwinsberg@phrd.com  elyttle@phrd.com |
| Harrison E. Strauss | on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov |
| James Moffitt | on behalf of Interested Party Catalina Worthing Insurance Ltd james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party RiverStone Insurance UK Limited james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Tenecom Ltd. james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| Jeremy R Fischer | on behalf of Interested Party Rice Memorial High School jfischer@preti.com  tworthen@preti.com |
| Jim Baillie | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont jbaillie@fredlaw.com |
| Katherine Nixon | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Lisa M Penpraze | on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov |
| Matthew Michael Weiss | on behalf of Interested Party Interstate Fire & Casualty Company mweiss@phrd.com |

District/off: 0210-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 23, 2026 | Form ID: pdf629 | Total Noticed: 13

Michael Bryan Fisher

    on behalf of Interested Party Interstate Fire & Casualty Company fisher@mbfisherlaw.com
fisher.michaelb.r81669@notify.bestcase.com

Paul A Levine

    on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com  phartl@lemerygreisler.com

Paul A Levine

    on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com
phartl@lemerygreisler.com

Raymond J Obuchowski

    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont ray@oeblaw.com, marie@oeblaw.com

Robert S DiPalma

    on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com

Ryan M. Long

    on behalf of Interested Party RiverStone Insurance UK Limited rlong@primmer.com

Ryan M. Long

    on behalf of Interested Party Catalina Worthing Insurance Ltd rlong@primmer.com

Ryan M. Long

    on behalf of Interested Party Tenecom Ltd. rlong@primmer.com

Ryan M. Long

    on behalf of Interested Party Certain Underwriters at Lloyd's London rlong@primmer.com

Samuel Andre

    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont sandre@fredlaw.com,
docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com

Steven Robert Kinsella

    on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont skinsella@fredlaw.com,
sstallings@fredlaw.com;docketing@fredlaw.com

Todd C. Jacobs

    on behalf of Interested Party Interstate Fire & Casualty Company tjacobs@phrd.com

U S Trustee

    ustpregion02.vt.ecf@usdoj.gov


TOTAL: 35