Filed & Entered
On Docket
03/23/2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:                                                          **Chapter 11**

Roman Catholic Diocese of Burlington, Vermont,                  **Case No. 24-10205-HZC**

Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER GRANTING IN PART AND DENYING IN PART
FIFTH INTERIM APPLICATION OF PACHULSKI STANG
ZIEHL & JONES LLP, COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR
INTERIM AWARD OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

Pending before the Court is the fifth interim application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors appointed in the bankruptcy case of the Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered from October 1, 2025 through December 31, 2025 (the "Application Period") [ECF 637]. The Application having been noticed under this Court's default procedure and no opposition having been interposed; the Court considers the Application ripe for consideration.

As the movant, PSZJ bears the burden of proving the reasonableness of its fees. To be compensated from the estate, PSZJ must demonstrate –not just recite—that the fees sought are reasonable, necessary, and of benefit to the estate. *See In re Fibermark,* 349 B.R. 385, 395 (Bankr. D. Vt. 2006). When billing for legal research, the professional must identify each specific issue researched. Research on basic principles of bankruptcy law is non-compensable and when determining what constitutes a "basic principle" the Court will focus largely upon the role of the professional and representations made during the retention process. In *Fibermark,* this Court used an example for this premise. If a professional is retained based upon it holding itself out as an expert in certain areas, it could not then be compensated for researching the very issues in which the professional claimed to have a high level of expertise.

In its retention in this case, PSZJ represented its attorneys "have unique experience representing more committees of survivors of childhood sexual abuse in chapter 11 cases involving

entities affiliated with the Roman Catholic Church than does any other law firm in the country…"[1] The Application contains four time entries with a description "Legal research regarding parish trusts" which span from October 27 to October 30 for a cumulative 8.3 hours, at the rate of $950 an hour, totaling $7,885.00. Based upon the description provided, PSZJ has not demonstrated the fees sought are reasonable, necessary, or of benefit to the estate. In addition, the description lacks fundamental information to allow this Court to determine whether the research is such that it would be considered a "basic principle" in bankruptcy cases affiliated with the Roman Catholic Church. Accordingly, the Court DENIES compensation for those entries. Based upon consideration of the balance of the Application, it is hereby

**ORDERED**, the Application is GRANTED for legal services rendered in the amount of $66,252.50 pursuant to 11 U.S.C. §503(b)(2) and §507(a), and $3,992.51 for expenses incurred during the Application Period; and it is further

**ORDERED**, that the allowed fees and expenses shall be paid by the Debtor.

March 24, 2026
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

---

[1] ECF 110 at ¶4.

United States Bankruptcy Court

District of Vermont

In re:                                                                                    Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2                        User: admin                        Page 1 of 3

Date Rcvd: Mar 23, 2026                     Form ID: pdf629                     Total Noticed: 13

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | John E. Bucheit, Parker, Hudson, Rainer & Dobbs LLP, Two N. Riverside Plaza, Suite 1850, Chicago, IL 60606, UNITED STATES 60606-2647 |
| aty | + | Paul V. Possinger, Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, IL 60602-4342 |
| aty | | Timothy Q. Karcher, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036-8299 |
| intp | + | Catalina Worthing Insurance Ltd, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Certain Underwriters at Lloyd's London, c/o Ryan M. Long, Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Interstate Fire & Casualty Company, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | + | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |
| intp | + | RiverStone Insurance UK Limited, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Tenecom Ltd., c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | | |
| | | Mar 23 2026 19:50:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Dinse P.C. |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |
| cr | | Survivor CC094 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026                                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Jason LaRosa | on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com  chorigan@mskvt.com |
| Andre Denis Bouffard | on behalf of Interested Party Vermont Catholic Community Foundation  Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Catalina Sugayan | on behalf of Interested Party Catalina Worthing Insurance Ltd catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Tenecom Ltd. catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party RiverStone Insurance UK Limited catalina.sugayan@clydeco.us |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| David Michael Caves | on behalf of Interested Party Interstate Fire & Casualty Company dcaves@phrd.com |
| Elizabeth A. Glynn | on behalf of Creditor TD Bank  N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Harris Winsberg | on behalf of Interested Party Interstate Fire & Casualty Company hwinsberg@phrd.com  elyttle@phrd.com |
| Harrison E. Strauss | on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov |
| James Moffitt | on behalf of Interested Party Catalina Worthing Insurance Ltd james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party RiverStone Insurance UK Limited james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Tenecom Ltd. james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| Jeremy R Fischer | on behalf of Interested Party Rice Memorial High School jfischer@preti.com  tworthen@preti.com |
| Jim Baillie | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont jbaillie@fredlaw.com |
| Katherine Nixon | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Lisa M Penpraze | on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov |
| Matthew Michael Weiss | on behalf of Interested Party Interstate Fire & Casualty Company mweiss@phrd.com |

District/off: 0210-2        User: admin        Page 3 of 3

Date Rcvd: Mar 23, 2026        Form ID: pdf629        Total Noticed: 13

Michael Bryan Fisher

     on behalf of Interested Party Interstate Fire & Casualty Company fisher@mbfisherlaw.com
fisher.michaelb.r81669@notify.bestcase.com

Paul A Levine

     on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Paul A Levine

     on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com
phartl@lemerygreisler.com

Raymond J Obuchowski

     on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com

Robert S DiPalma

     on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com

Ryan M. Long

     on behalf of Interested Party RiverStone Insurance UK Limited rlong@primmer.com

Ryan M. Long

     on behalf of Interested Party Catalina Worthing Insurance Ltd rlong@primmer.com

Ryan M. Long

     on behalf of Interested Party Tenecom Ltd. rlong@primmer.com

Ryan M. Long

     on behalf of Interested Party Certain Underwriters at Lloyd's London rlong@primmer.com

Samuel Andre

     on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com,
docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com

Steven Robert Kinsella

     on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com,
sstallings@fredlaw.com;docketing@fredlaw.com

Todd C. Jacobs

     on behalf of Interested Party Interstate Fire & Casualty Company tjacobs@phrd.com

U S Trustee

     ustpregion02.vt.ecf@usdoj.gov


TOTAL: 35