**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

**DECLARATION OF ROBIN OLSON REGARDING LITIGATION SUPPORT SERVICES FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

I, Robin Olson, declare as follows:

1.      I am the Director of Legal Support at the law firm of Fredrikson & Byron, P.A. ("Fredrikson"). I am part of legal operations team which, among other things, manages electronic discovery initiatives at Fredrikson.

2.      On October 25, 2024, the Court entered an order approving Fredrikson's employment as lead Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese") effective as of September 30, 2024. (ECF No. 61.)

3.      On February 17, 2026, Fredrikson filed its *Fifth Interim Application for Allowance of Fees and Expenses as Chapter 11 Counsel for the Diocese from October 1, 2025 through December 31, 2025* (the "Application"). (ECF No. 643.)

4.      The invoices attached to the Application reflect three entries for "Litigation Support Services," each in the amount of $2,590.00, for a total of $7,770.00.

5.      I submit this Declaration to provide further background regarding the litigation support services provided to the Diocese.

4.      Fredrikson maintains a policy of billing clients for litigation support services incurred in relation to clients' cases.  A necessary expense in the Diocese's case is the use of *Nuix*

*Discover* ("Nuix"), an electronic discovery platform that enables Fredrikson to process and store discovery materials efficiently for purposes such as searching, analyzing, organizing, storing, and sharing documents. The Nuix platform includes comprehensive features such as processing, filtering, de-duplication, conversion to image formats, loading, and production.

5.      To optimize costs, Fredrikson consolidates these expenses into a single, manageable monthly hosting fee, which frequently results in significant cost savings for clients over the duration of their cases. Our discovery analysts' standard rate of $310.00 per hour is waived for database work and only applies to consulting.

6.      For the period covering the Application, Fredrikson stored 74 gigabytes of data in Nuix, on behalf of the Diocese. Hosting fees are billed by Nuix, through its hosting vendor, Cimplifi, at a rate of $35.00 per gigabyte per month. The Diocese's detailed cost breakdown for the period from October 1, 2025 through December 31, 2025 is provided in the chart below:

| Matter | Client Name | Matter Name | Date | Gigs | GB Rate | Amount |
|---|---|---|---|---|---|---|
| 098358.5000 | Diocese of Burlington | Case Administration | 11/24/2025 | 74.00 | $35.00 | $2,590.00 |
| 098358.5000 | Diocese of Burlington | Case Administration | 12/29/2025 | 74.00 | $35.00 | $2,590.00 |
| 098358.5000 | Diocese of Burlington | Case Administration | 10/31/2025 | 74.00 | $35.00 | $2,590.00 |
| | | | | | | $7,770.00 |

7.      On a monthly basis, Nuix sends Fredrikson invoices for charges associated with the Nuix platform. The invoices are case specific and provide a client identification number. Attached as **Exhibit 1** to this Declaration are true and correct copies of the invoices that Fredrikson received from Nuix relating to the Diocese from October 1, 2025 through December 31, 2025.

8.      Upon receipt of an invoice, Fredrikson's legal operations team reviews the invoice to ensure proper billing amounts and then forwards the invoice to Fredrikson's finance department to include the costs as an expense on client invoices.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Date: March 31, 2026 /s/ Robin Olson
Robin Olson
Director of Legal Support
Fredrikson & Byron, P.A.

## **EXHIBIT 1**



| Date | Client | Matter | Storage (GB) | eDiscovery Hosting Fee | Matter |
|---|---|---|---|---|---|
| 10/1/2025 | 098358 | 5000 | 74.00 | $2,590.00 | Case Administration |
| | | | | | |
| | | | | | |

Litigation Support Services - Documents loaded into our review tools (Nuix Discover or RelativityOne), after paring, processing, and refining, are charged on a per-GB per-month basis ($35 per GB/month). This fee is all-inclusive, covering processing, filtering, de-duplication, conversion to image formats, loading, and productions. While third-party vendors often charge separately for each phase or by the hour, Fredrikson minimizes client costs by bundling these services into a single predictable monthly hosting fee, often resulting in substantial savings over the life of the matter. Our analysts bill at $315/hr; however, that hourly charge is waived for database work and only applies to consulting.



| Date | Client | Matter | Storage (GB) | eDiscovery Hosting Fee | Matter |
|---|---|---|---|---|---|
| 11/1/2025 | 098358 | 5000 | 74.00 | $2,590.00 | Case Administration |
| | | | | | |
| | | | | | |

Litigation Support Services - Documents loaded into our review tools (Nuix Discover or RelativityOne), after paring, processing, and refining, are charged on a per-GB per-month basis ($35 per GB/month). This fee is all-inclusive, covering processing, filtering, de-duplication, conversion to image formats, loading, and productions. While third-party vendors often charge separately for each phase or by the hour, Fredrikson minimizes client costs by bundling these services into a single predictable monthly hosting fee, often resulting in substantial savings over the life of the matter. Our analysts bill at $315/hr; however, that hourly charge is waived for database work and only applies to consulting.



| Date | Client | Matter | Storage (GB) | eDiscovery Hosting Fee | Matter |
|------|--------|--------|--------------|------------------------|--------|
| 12/1/2025 | 098358 | 5000 | 74.00 | $2,590.00 | Case Administration |
| | | | | | |
| | | | | | |

Litigation Support Services - Documents loaded into our review tools (Nuix Discover or RelativityOne), after paring, processing, and refining, are charged on a per-GB per-month basis ($35 per GB/month). This fee is all-inclusive, covering processing, filtering, de-duplication, conversion to image formats, loading, and productions. While third-party vendors often charge separately for each phase or by the hour, Fredrikson minimizes client costs by bundling these services into a single predictable monthly hosting fee, often resulting in substantial savings over the life of the matter. Our analysts bill at $315/hr; however, that hourly charge is waived for database work and only applies to consulting.