VTB Form U-1
01/2022
<u>See</u> Vt. LBR 9013-3(b)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

In re:

**ROMAN CATHOLIC
DIOCESE OF BURLINGTON,**
        **Debtor(s).**

        **Chapter 11**

        **Case # 24-10205-HZC**

_____

### NOTICE OF MOTION UNDER CONVENTIONAL PROCEDURE

**A MOTION FOR** an order to *Enlarge the Claims Bar Date to Allow Filing of a Late Proof of Claim Pursuant to Federal Rules of Bankruptcy Procedure 3002(c), 3003(c)(3), 9006(b)(1) of the Bankruptcy Code* has been filed on April 7, 2026, by Jane Doe ("**Doe**"), through her attorneys, Bernstein, Shur, Sawyer & Nelson P.A., seeking enlargement of the claims bar date to allow Doe to file a late proof of claim in this matter.

**A HEARING ON THE MOTION** and any responses **will be held** at 11:00 a.m. on May 19, 2026, at the following location: United States Bankruptcy Court, District of Vermont, 11 Elmwood Avenue, Room 200, Burlington, Vermont 05401.

You may appear for the above scheduled hearing (a) in person at the location listed above; *or* (b) if you meet the criteria for appearing at remote hearings set forth in Appendix IX to the Court's Local Rules (available on the Court's website), you may appear virtually by using the Zoomgov application on an electronic device. If you are eligible for remote participation and choose to appear by Zoomgov, you must follow the process set forth in Appendix IX, including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at Jody_Kennedy@vtb.uscourts.gov  or by telephone at (802) 657-6404.

**IF YOU OPPOSE THE MOTION**, you are encouraged to file a written response with the Clerk of Court specifying your opposition to the motion, **on or before 4:00 P.M. on May 12, 2026.**  If you file a written response, you must also serve a copy of that written response on the moving party, the debtor, the debtor's attorney, the United States trustee, the case trustee, if any, and, in a chapter 11 case, also on the creditors' committee and its attorney or, if there is no committee, then upon the 20 largest unsecured creditors. Addresses for those parties are set forth below.

Dated: April 7, 2026

    By: /s/ Adam R. Prescott
        Adam R. Prescott, Esq.
        100 Middle Street, PO Box 9729
        Portland, Maine 04104
        Telephone: (207) 774-1200
        Facsimile: (207) 774-1127
        aprescott@bernsteinshur.com

        Counsel to Jane Doe

VTB Form U-1
01/2022

See Vt. LBR 9013-3(b)
Service Addresses

Lisa M. Penpraze, Esq.
Office of the United States Trustee
Leo O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, NY 12207
lisa.penpraze@usdoj.com

Raymond J. Obuchowski, Esq.
Obuchowski Law Office
P.O. Box 60
Bethel, VT 05032-0060
ray@oeblaw.com

Samuel Andre, Esq.
Jim Baillie, Esq.
Steven Robert Kinsella, Esq.
Katherine Nixon, Esq.
Fredrickson & Byron, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402
sandre@fredlaw.com
jbaillie@fredlaw.com
skinsella@fredlaw.com
knixon@fredlaw.com

Elizabeth A. Glynn, Esq.
Antonin Robbason, Esq.
Ryan Smith & Carbine Ltd
98 Merchants Row #400
Rutland, VT 05701
eag@rsclaw.com
aizr@rsclaw.com

Paul A. Levine, Esq.
Lemery Greisler LLC
677 Broadway, 8th Floor
Albany, NY 12207
PLevine@lemerygreisler.com

Brittany M. Michael, Esq.
Gail S. Greenwood, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com