**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF VERMONT**

| | |
|---|---|
| **In re:** | **Case No. 24-10205** |
| **Roman Catholic Diocese of Burlington,** | **Chapter      11** |
| **Vermont,** | |
| **Debtor(s)** | |

### CERTIFICATE OF SERVICE

I, Adam Prescott, hereby certify that on April 7, 2026, the *Motion of Jane Doe to Enlarge the Claims Bar Date to Allow Filing of a Late Proof of Claim Pursuant to Federal Rules of Bankruptcy Procedure 3002(c),9006(b)(1) of the Bankruptcy Code* (with attachments: *Proposed Order* and *Hearing Notice*) [Docket No. 712] ("**Motion**") was filed via the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notifications through the CM/ECF.

I further certify that that on April 8, 2026, the Motion was served upon the parties set forth in the attachment hereto via electronic mail or facsimile.

Dated at Portland, Maine: Wednesday, April 8, 2025.

By:      /s/ *Adam R. Prescott*

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer, & Nelson, P.A.

Portland, ME 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

*Counsel to Jane Doe*

## <u>SERVICE LIST</u>

**The Motion was served upon the following parties via electronic mail on April 8, 2026:**

| PARTY | NAME | SERVICE CONTACT |
|---|---|---|
| U.S. Trustee | Office of the U.S. Trustee; Harrison E. Strauss, Esq., and Lisa Penpraze, Esq. | Harrison.strauss@usdoj.gov; Lisa.penpraze@usdoj.gov; Ustpregion02.vt.ecf@usdoj.gov; |
| Local Counsel to the Official Committee of Unsecured Creditors | Paul A. Levine, Esq. | plevine@lemergygreisler.com; phartl@lemerygreisler.com; |
| Committee of Unsecured Creditors | Brittany Mitchell Michael, Esq. | bmichael@pszjlaw.com; ggreenwood@pszjlaw.com; |
| Debtor | Roman Catholic Diocese of Burlington, Vermont | jbaillie@fredlaw.com; knixon@fredlaw.com; ray@oeblaw.com; marie@oeblaw.com; sandre@fredlaw.com; skinsella@fredlaw.com; docketing@fredlaw.com; ldawson@vermontcatholic.org; |
| Creditor | TD Bank N.A. | eag@rsclaw.com; ccs@rsclaw.com; aizr@rsclaw.com; sem@rsclaw.com; |
| Creditor | J. Hutchins Inc. | ajlarosa@mskvt.com; chorigan@mskvt.com; |
| Survivor Creditors | Celeste Laramie, Esq. | claramie@gravelshea.com; |
| Financial Advisor | Berkeley Research Group LLC | rdipalma@pfclaw.com; |
| Interested Party | Rice Memorial High School | jfischer@preti.com; mveilleux@dwmlaw.com; |
| Interested Party | Interstate Fire & Casualty Company | dcaves@phrd.com; tjacobs@phrd.com; hwinsberg@phrd.com; elyttle@phrd.com; fischer@mbfisherlaw.com; fisher.michaelb.r81669@notify.bestcase.com; |
| Interested Party | Catalina Worthing Insurance Ltd f/k/a Hartford Financial Products International, RiverStone Insurance UK Limited, and Tenecom Ltd. | jkahane@skarzynski.com; tevanston@skarzynski.com; |

| Interested Party | Vermont Catholic Community Foundation, Inc. | abouffard@drm.com; mbottino@drm.com; |
| --- | --- | --- |