**UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF VERMONT**



IN RE:                )

                       )    Case No.: 24-10205

**ROMAN CATHOLIC DIOCESE**    )    Chapter 11

**OF BURLINGTON, VERMONT,**    )

                       )

         **DEBTOR.**       )

Filed & Entered
On Docket
04/13/2026

---

## ORDER GRANTING PRO HAC VICE
## ADMISSION OF RUSSELL W. ROTEN, ESQ.

---

Upon consideration of the Motion of Ryan Long, Esq. to Allow Admission *Pro Hac Vice* of Russell W. Roten, Esq. (the "Motion"), the Court finding that the Motion complies with the Local Rules of this Court and of the United States District Court and that Mr. Roten has met the requirements for *pro hac vice* admission, it is hereby;

**IT IS HEREBY ORDERED**, that Russell W. Roten is hereby admitted to practice and may appear in this Court *pro hac vice* in the above-captioned proceedings or any other proceedings related thereto.

**SO ORDERED.**

April 13, 2026
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

United States Bankruptcy Court

District of Vermont

In re:                                                      Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve                        Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2                              User: admin                              Page 1 of 3

Date Rcvd: Apr 13, 2026                       Form ID: pdf613                        Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | John E. Bucheit, Parker, Hudson, Rainer & Dobbs LLP, Two N. Riverside Plaza, Suite 1850, Chicago, IL 60606, UNITED STATES 60606-2647 |
| aty | + | Paul V. Possinger, Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, IL 60602-4342 |
| aty | + | Russell W Roten, Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Timothy K McMahon, Jr., Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | | Timothy Q. Karcher, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036-8299 |
| intp | + | Catalina Worthing Insurance Ltd, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Certain Underwriters at Lloyd's London, c/o Ryan M. Long, Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Interstate Fire & Casualty Company, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | #+ | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |
| cr | + | Jane Doe, c/o Adam Prescott, Esq., 100 Middle St., P.O. Box 9729, Portland, ME 04101-4100 |
| intp | + | RiverStone Insurance UK Limited, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Tenecom Ltd., c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Apr 13 2026 19:41:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Dinse P.C. |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |
| cr | | Survivor CC094 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0210-2                          User: admin                                    Page 2 of 3
Date Rcvd: Apr 13, 2026                       Form ID: pdf613                                Total Noticed: 16

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Adam Robert Prescott
on behalf of Creditor Jane Doe aprescott@bernsteinshur.com
kflynn@bernsteinshur.com;sbaker@bernsteinshur.com;ekitchen@bernsteinshur.com;lunfricht@bernsteinshur.com

Alexander Jason LaRosa
on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com  chorigan@mskvt.com

Andre Denis Bouffard
on behalf of Interested Party Vermont Catholic Community Foundation  Inc. abouffard@drm.com, mbottino@drm.com

Antonin Robbason
on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com

Brittany Mitchell Michael
on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com

Catalina Sugayan
on behalf of Interested Party Catalina Worthing Insurance Ltd catalina.sugayan@clydeco.us

Catalina Sugayan
on behalf of Interested Party Tenecom Ltd. catalina.sugayan@clydeco.us

Catalina Sugayan
on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us

Catalina Sugayan
on behalf of Interested Party RiverStone Insurance UK Limited catalina.sugayan@clydeco.us

Celeste E. Laramie
on behalf of Creditor Survivor Creditors claramie@gravelshea.com

David Michael Caves
on behalf of Interested Party Interstate Fire & Casualty Company dcaves@phrd.com

Elizabeth A. Glynn
on behalf of Creditor TD Bank  N.A. eag@rsclaw.com, ccs@rsclaw.com

Harris Winsberg
on behalf of Interested Party Interstate Fire & Casualty Company hwinsberg@phrd.com  elyttle@phrd.com

Harrison E. Strauss
on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov

James Moffitt
on behalf of Interested Party Catalina Worthing Insurance Ltd james.moffitt@clydeco.us  Nancy.Lima@clydeco.us

James Moffitt
on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us  Nancy.Lima@clydeco.us

James Moffitt
on behalf of Interested Party RiverStone Insurance UK Limited james.moffitt@clydeco.us  Nancy.Lima@clydeco.us

James Moffitt
on behalf of Interested Party Tenecom Ltd. james.moffitt@clydeco.us  Nancy.Lima@clydeco.us

Jeff Kahane
on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com

Jeff Kahane
on behalf of Interested Party RiverStone Insurance UK Limited jkahane@skarzynski.com

Jeff Kahane

District/off: 0210-2                         User: admin                                    Page 3 of 3

Date Rcvd: Apr 13, 2026                      Form ID: pdf613                             Total Noticed: 16

                        on behalf of Interested Party Tenecom Ltd. jkahane@skarzynski.com

Jeff Kahane

                        on behalf of Interested Party Catalina Worthing Insurance Ltd jkahane@skarzynski.com

Jeremy R Fischer

                        on behalf of Interested Party Rice Memorial High School jfischer@preti.com  tworthen@preti.com

Jim Baillie

                        on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont jbaillie@fredlaw.com

Katherine Nixon

                        on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont knixon@fredlaw.com,
                        sstallings@fredlaw.com;docketing@fredlaw.com

Lisa M Penpraze

                        on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Matthew Michael Weiss

                        on behalf of Interested Party Interstate Fire & Casualty Company mweiss@phrd.com

Michael Bryan Fisher

                        on behalf of Interested Party Interstate Fire & Casualty Company fisher@mbfisherlaw.com
                        fisher.michaelb.r81669@notify.bestcase.com

Paul A Levine

                        on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com  phartl@lemerygreisler.com

Paul A Levine

                        on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com
                        phartl@lemerygreisler.com

Raymond J Obuchowski

                        on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont ray@oeblaw.com, marie@oeblaw.com

Robert S DiPalma

                        on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com

Ryan M. Long

                        on behalf of Interested Party RiverStone Insurance UK Limited rlong@primmer.com

Ryan M. Long

                        on behalf of Interested Party Catalina Worthing Insurance Ltd rlong@primmer.com

Ryan M. Long

                        on behalf of Interested Party Tenecom Ltd. rlong@primmer.com

Ryan M. Long

                        on behalf of Interested Party Certain Underwriters at Lloyd's London rlong@primmer.com

Samuel Andre

                        on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont sandre@fredlaw.com,
                        docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com

Steven Robert Kinsella

                        on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont skinsella@fredlaw.com,
                        sstallings@fredlaw.com;docketing@fredlaw.com

Timothy Evanston

                        on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com

Timothy Evanston

                        on behalf of Interested Party Catalina Worthing Insurance Ltd tevanston@skarzynski.com

Timothy Evanston

                        on behalf of Interested Party RiverStone Insurance UK Limited tevanston@skarzynski.com

Timothy Evanston

                        on behalf of Interested Party Tenecom Ltd. tevanston@skarzynski.com

Todd C. Jacobs

                        on behalf of Interested Party Interstate Fire & Casualty Company tjacobs@phrd.com

U S Trustee

                        ustpregion02.vt.ecf@usdoj.gov

TOTAL: 44