**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

---

**CERTIFICATE OF NO OBJECTION REGARDING DINSE P.C.'S MONTHLY FEE STATEMENT FOR FEBRUARY 2026**

---

Pursuant to Paragraph 2(d) of the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), I, Nicole Andreson, a shareholder at Dinse P.C. ("Dinse"), special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), hereby certify that no objections were filed or received regarding Dinse's monthly fee statement for February 2026. (ECF No. 670.) Therefore, the Diocese is authorized to pay Dinse $33.20 (80% of $41.50) for services rendered in February 2026 in accordance with the Compensation Order.

Dated:  April 20, 2026                    */s/ Nicole Andreson*
                                          Nicole Andreson
                                          **DINSE P.C.**
                                          P.O. Box 988
                                          209 Battery Street
                                          Burlington, VT 05402-0988
                                          (802) 864-5751
                                          nandreson@dinse.com

                                          **ATTORNEYS FOR THE ROMAN CATHOLIC
                                          DIOCESE OF BURLINGTON, VERMONT**

Prepared with assistance from:

Dated:  April 20, 2026                    */s/ Katherine A. Nixon*
                                          Raymond J. Obuchowski
                                          **OBUCHOWSKI LAW OFFICE**
                                          1542 Route 107, PO Box 60
                                          Bethel, VT 05032
                                          (802) 234-6244
                                          ray@oeblaw.com

                                          James L. Baillie (*pro hac vice*)
                                          Steven R. Kinsella (*pro hac vice*)
                                          Samuel M. Andre (*pro hac vice*)
                                          Katherine A. Nixon (*pro hac vice*)
                                          **FREDRIKSON & BYRON, P.A.**
                                          60 South Sixth Street, Suite 1500
                                          Minneapolis, MN  55402-4400
                                          (612) 492-7000
                                          jbaillie@fredlaw.com
                                          skinsella@fredlaw.com
                                          sandre@fredlaw.com
                                          knixon@fredlaw.com

                                          **ATTORNEYS FOR THE ROMAN CATHOLIC
                                          DIOCESE OF BURLINGTON, VERMONT**