**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

    Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

**FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT
FOR MARCH 2026**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from March 1, 2026 to March 31, 2026 (the "Compensation Period") in the amount of $20,121.20 (80% of $25,151.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $2,592.22.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Monday, May 4, 2026** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  April 20, 2026

/s/ *Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

**EXHIBIT A**

**Diocese of Burlington**

**04/20/26**

**098358**

| Invoice | Date | Fees | Costs | Total | 0.80 | 0.20 |
|---|---|---|---|---|---|---|
| 1999536 | 4/3/2026 | $ 160.50 | $ - | $ 160.50 | $ 128.40 | $ 32.10 |
| 1999537 | 4/3/2026 | $ 535.00 | $ - | $ 535.00 | $ 428.00 | $ 107.00 |
| 1999538 | 4/3/2026 | $ 2,226.00 | $ - | $ 2,226.00 | $ 1,780.80 | $ 445.20 |
| 1999539 | 4/3/2026 | $ 3,651.50 | $ - | $ 3,651.50 | $ 2,921.20 | $ 730.30 |
| 1999540 | 4/3/2026 | $ 2,038.50 | $ - | $ 2,038.50 | $ 1,630.80 | $ 407.70 |
| 1999541 | 4/3/2026 | $ 214.00 | $ - | $ 214.00 | $ 171.20 | $ 42.80 |
| 1999542 | 4/3/2026 | $ 3,920.00 | $ - | $ 3,920.00 | $ 3,136.00 | $ 784.00 |
| 1999543 | 4/3/2026 | $ 10,755.50 | $ - | $ 10,755.50 | $ 8,604.40 | $ 2,151.10 |
| 1999544 | 4/3/2026 | $ 1,650.50 | $ 2,592.22 | $ 4,242.72 | $ 1,320.40 | $ 330.10 |
| Total | | $ 25,151.50 | $ 2,592.22 | $ 27,743.72 | $ 20,121.20 | $ 5,030.30 |



**Invoice:** 1999544
**Invoice Date:** April 3, 2026
**Client Number:** 098358
**Matter Number:** 098358.5000

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2026

**Regarding: Case Administration**

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,650.50 |
| Total For Current Costs and Other Charges: | $ 2,592.22 |
| **Total For Current Invoice:** | **$ 4,242.72** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1999544**
**Invoice Date:** **April 3, 2026**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946967 | 37,507.00 | | 37,507.00 |
| 09/03/25 | 1953643 | 5,610.50 | | 5,610.50 |
| 10/07/25 | 1960560 | 30,330.54 | | 30,330.54 |
| 11/04/25 | 1966289 | 5,681.14 | | 5,681.14 |
| 12/02/25 | 1973247 | 2,590.00 | | 2,590.00 |
| 01/06/26 | 1979998 | 5,071.50 | | 5,071.50 |
| 02/03/26 | 1985601 | 6,412.00 | | 6,412.00 |
| 03/03/26 | 1992570 | 2,590.00 | | 2,590.00 |

**Total Prior Balance:** **$ 95,792.68**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 3, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1999544
**Invoice Date:** April 3, 2026
**Client Number:** 098358
**Matter Number:** 098358.5000

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/20/26 | K. Nixon | Draft joint motion to appear remotely at March 24 hearings. | 0.40 | 214.00 |
| 03/20/26 | Litigation Support Consulting | Upload all case production to ShareFile for new recipient. | 0.30 | 94.50 |
| 03/24/26 | S. Kinsella | Follow up call with K. Nixon after status conference regarding upcoming case conference and other to-do items. | 0.40 | 272.00 |
| 03/24/26 | K. Nixon | Prepare for and attend March 24 hearings and attention to follow-up action items. | 2.00 | 1,070.00 |
| | **Current Legal Fees:** | | **3.10** | **$ 1,650.50** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|-----------|-----------|-------|---------------|
| IT | Litigation  Support Consulting | 315.00 | 0.30 | 94.50 |
| Associate | Katherine  Nixon | 535.00 | 2.40 | 1,284.00 |
| Officer | Steven R.  Kinsella | 680.00 | 0.40 | 272.00 |
| | **Total** | | **3.10** | **$ 1,650.50** |

## Costs and Other Charges

| | |
|---|---|
| Postage Charges | 2.22 |
| Litigation Support Services | 2,590.00 |
| **Current Costs and Other Charges:** | **$ 2,592.22** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



## Invoice Totals

Total for Current Legal Fees:                                     $ 1,650.50

Total For Current Costs and Other Charges:                        $ 2,592.22

**Total For Current Invoice:**                                    **$ 4,242.72**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | 1999543 |
| **Invoice Date:** | April 3, 2026 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5001 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2026

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees: $ 10,755.50

**Total For Current Invoice:** **$ 10,755.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**               **1999543**
**Invoice Date:**          **April 3, 2026**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946966 | 2,272.00 | | 2,272.00 |
| 09/03/25 | 1953642 | 5,141.00 | | 5,141.00 |
| 10/07/25 | 1960561 | 6,466.00 | | 6,466.00 |
| 11/04/25 | 1966288 | 9,412.00 | | 9,412.00 |
| 12/02/25 | 1973246 | 9,559.50 | | 9,559.50 |
| 01/06/26 | 1979997 | 18,452.00 | | 18,452.00 |
| 02/03/26 | 1985600 | 13,336.00 | | 13,336.00 |
| 03/03/26 | 1992569 | 7,542.00 | | 7,542.00 |

**Total Prior Balance:**                                          **$ 72,180.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 3, 2026. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:**           **1999543**
**Invoice Date:**      **April 3, 2026**
**Client Number:**     **098358**
**Matter Number:**     **098358.5001**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## **Legal Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/02/26 | S. Andre | Correspondence regarding notice to priests regarding production of priest files to insurer. | 0.20 | 122.00 |
| 03/02/26 | S. Kinsella | Analyze insurance issue. | 0.10 | 68.00 |
| 03/02/26 | K. Nixon | Coordinate execution of confidentiality agreement (0.2); attention to email from insurance company re: discovery requests and Service Organization provision (1.3). | 1.50 | 802.50 |
| 03/03/26 | K. Nixon | Emails with counsel for insurers and Gallagher Bassett re: information requests. | 0.30 | 160.50 |
| 03/04/26 | S. Kinsella | Communications with Rice counsel (.1); communications with client regarding strategy (.2). | 0.30 | 204.00 |
| 03/05/26 | S. Kinsella | Meeting with client. | 1.10 | 748.00 |
| 03/06/26 | S. Kinsella | Communications with client regarding proposal. | 0.10 | 68.00 |
| 03/06/26 | K. Nixon | Emails with insurance counsel and review further changes to confidentiality agreement. | 0.40 | 214.00 |
| 03/09/26 | K. Nixon | Emails with insurance counsel re: draft motion to amend claim procedures order. | 0.10 | 53.50 |
| 03/10/26 | S. Kinsella | Communications with counsel for various Catholic entities regarding potential proposal. | 0.30 | 204.00 |
| 03/10/26 | K. Nixon | Emails with special counsel and insurer's counsel re: confidentiality agreement, document production, state court protective orders, and access to proofs of claim. | 1.00 | 535.00 |
| 03/11/26 | K. Nixon | Phone call to Gallagher Bassett. | 0.10 | 53.50 |
| 03/12/26 | S. Kinsella | Analyze insurance policy issue. | 0.10 | 68.00 |

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com

# Fredrikson

| | | | Invoice: | **1999543** |
|---|---|---|---|---|
| | | | Invoice Date: | **April 3, 2026** |
| | | | Page: | **2** |

| 03/13/26 | K. Nixon | Follow up with committee counsel and insurance counsel re: joint motion to amend claim procedures order. | 0.10 | 53.50 |
|---|---|---|---|---|
| 03/16/26 | S. Kinsella | Analyze insurance policies. | 0.20 | 136.00 |
| 03/17/26 | S. Kinsella | Analyze insurance policies (.4); review Rice proposal (.7); analyze Diocesan office proposal (.2). | 1.30 | 884.00 |
| 03/17/26 | K. Nixon | Draft and finalize notices to employees re: production of personnel files and emails with insurance counsel re: outstanding items. | 1.30 | 695.50 |
| 03/18/26 | S. Kinsella | Phone call with client regarding settlement proposal (1.2); analyze insurance issue (.7); analyze Rice proposal (.6). | 2.50 | 1,700.00 |
| 03/18/26 | K. Nixon | Phone call with Service Organization re: insurance policy conditions precedent (0.2); phone call with insurance counsel re: claims analysis (0.1); draft and finalize tender letter (0.5); email to special counsel re: claims analysis (0.1); attention to requests for information from insurance counsel and responding to the same (1.3). | 2.20 | 1,177.00 |
| 03/19/26 | S. Kinsella | Meeting with Rice counsel and follow up. | 0.90 | 612.00 |
| 03/19/26 | S. Andre | Respond to insurer's request for priest files and documents related to insurance claim. | 0.20 | 122.00 |
| 03/19/26 | K. Nixon | Attention to follow-up information requests from insurance counsel. | 0.80 | 428.00 |
| 03/20/26 | S. Kinsella | Analyze potential settlement proposal. | 0.30 | 204.00 |
| 03/20/26 | K. Nixon | Phone call and emails with GuideOne (0.4); emails with insurance counsel re: document production (0.2); email to client re: status of insurance archaeologist findings (0.1). | 0.70 | 374.50 |
| 03/21/26 | S. Kinsella | Analyze Rice proposal. | 0.10 | 68.00 |
| 03/24/26 | S. Kinsella | Review revised Rice proposal. | 0.10 | 68.00 |
| 03/25/26 | K. Nixon | Meeting with insurance archaeologist re: status of communications with insurance companies. | 0.30 | 160.50 |
| 03/30/26 | S. Andre | Assist in preparation of discovery responses to insurer informal discovery requests. | 0.10 | 61.00 |
| 03/30/26 | K. Nixon | Attention to information requests from Blueprint re: property (0.2); attention to discovery requests from insurer (0.6). | 0.80 | 428.00 |
| 03/31/26 | S. Andre | Attention to discovery log request from insurer. | 0.20 | 122.00 |



| 03/31/26 | K. Nixon | Attention to discovery log request from insurer. | 0.30 | 160.50 |
|---|---|---|---|---|
| | **Current Legal Fees:** | | **18.00** | **$ 10,755.50** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 535.00 | 9.90 | 5,296.50 |
| Officer | Steven R.  Kinsella | 680.00 | 7.40 | 5,032.00 |
| Officer | Samuel M.  Andre | 610.00 | 0.70 | 427.00 |
| | **Total** | | **18.00** | **$ 10,755.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 10,755.50 |
| **Total For Current Invoice:** | **$ 10,755.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1999542 |
| **Invoice Date:** | April 3, 2026 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5002 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2026

**Regarding: Asset Disposition**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,920.00 |
| **Total For Current Invoice:** | **$ 3,920.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ██████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1999542**
**Invoice Date:** **April 3, 2026**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946974 | 291.00 | | 291.00 |
| 09/03/25 | 1953641 | 9,826.00 | | 9,826.00 |
| 10/07/25 | 1960562 | 3,572.50 | | 3,572.50 |
| 11/04/25 | 1966287 | 1,199.00 | | 1,199.00 |
| 12/02/25 | 1973245 | 3,514.00 | | 3,514.00 |
| 01/06/26 | 1979996 | 2,837.00 | | 2,837.00 |
| 02/03/26 | 1985599 | 1,687.50 | | 1,687.50 |
| 03/03/26 | 1992567 | 321.00 | | 321.00 |

**Total Prior Balance:** **$ 23,248.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 3, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:**            **1999542**
**Invoice Date:**       **April 3, 2026**
**Client Number:**      **098358**
**Matter Number:**      **098358.5002**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/05/26 | K. Nixon | Review offer to purchase property. | 0.10 | 53.50 |
| 03/09/26 | K. Nixon | Email buyer and client re: zoning transaction receipt. | 0.10 | 53.50 |
| 03/11/26 | K. Nixon | Respond to email from client re: easement. | 0.10 | 53.50 |
| 03/16/26 | S. Kinsella | Review APA for Diocesan office. | 0.10 | 68.00 |
| 03/16/26 | K. Nixon | Email client re: purchase and sale agreement. | 0.10 | 53.50 |
| 03/17/26 | K. Nixon | Review LOI from potential buyer. | 0.20 | 107.00 |
| 03/19/26 | K. Nixon | Revise and revise purchase agreement. | 2.00 | 1,070.00 |
| 03/20/26 | K. Nixon | Draft motion to sell Diocesan office. | 3.20 | 1,712.00 |
| 03/23/26 | K. Nixon | Emails with Dinse re: revisions to purchase agreement. | 0.40 | 214.00 |
| 03/24/26 | K. Nixon | Meeting with Blueprint and email to VCC re: the same (0.5); emails to client re: draft sale motion and revised purchase agreement (0.2). | 0.70 | 374.50 |
| 03/25/26 | K. Nixon | Emails to buyer and client re: revised purchase agreement and sale motion. | 0.20 | 107.00 |
| 03/30/26 | K. Nixon | Return phone call to buyer's counsel re: revisions to purchase agreement. | 0.10 | 53.50 |
| | **Current Legal Fees:** | | **7.30** | **$ 3,920.00** |

**Invoice:** 1999542
**Invoice Date:** April 3, 2026
**Page:** 2

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 535.00 | 7.20 | 3,852.00 |
| Officer | Steven R.  Kinsella | 680.00 | 0.10 | 68.00 |
| **Total** | | | **7.30** | **$ 3,920.00** |

## Invoice Totals

Total for Current Legal Fees: $ 3,920.00

**Total For Current Invoice:** **$ 3,920.00**

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | 1999541 |
| **Invoice Date:** | April 3, 2026 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5006 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2026

**Regarding: Business Operations**

|  |  |
|---|---|
| Total for Current Legal Fees: | $ 214.00 |
| **Total For Current Invoice:** | **$ 214.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946973 | 848.50 | | 848.50 |
| 09/03/25 | 1953640 | 815.00 | | 815.00 |
| 10/07/25 | 1960563 | 112.00 | | 112.00 |
| 11/04/25 | 1966286 | 287.50 | | 287.50 |
| 12/02/25 | 1973244 | 112.00 | | 112.00 |
| 01/06/26 | 1979995 | 127.00 | | 127.00 |
| 03/03/26 | 1992566 | 1,481.50 | | 1,481.50 |

**Total Prior Balance:**                                          **$ 3,783.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 3, 2026. If payment has been sent close to this date, please verify payment status.



Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/18/26 | K. Nixon | Attention to question from client re: bank accounts. | 0.20 | 107.00 |
| 03/20/26 | K. Nixon | Attention to lease and capital improvements issue. | 0.20 | 107.00 |
| | **Current Legal Fees:** | | **0.40** | **$ 214.00** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 535.00 | 0.40 | 214.00 |
| | **Total** | | **0.40** | **$ 214.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 214.00 |
| **Total For Current Invoice:** | **$ 214.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

Invoice:           1999540
Invoice Date:      April 3, 2026
Client Number:     098358
Matter Number:     098358.5007

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2026

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees:                                  $ 2,038.50

**Total For Current Invoice:**                               **$ 2,038.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1999540**
**Invoice Date:** **April 3, 2026**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946972 | 48.50 | | 48.50 |
| 09/03/25 | 1953639 | 742.50 | | 742.50 |
| 10/07/25 | 1960564 | 7,245.00 | | 7,245.00 |
| 11/04/25 | 1966285 | 4,589.00 | | 4,589.00 |
| 12/02/25 | 1973243 | 776.00 | | 776.00 |
| 01/06/26 | 1979994 | 533.50 | | 533.50 |
| 02/03/26 | 1985598 | 321.00 | | 321.00 |
| 03/03/26 | 1992565 | 2,675.00 | | 2,675.00 |

**Total Prior Balance:** **$ 16,930.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 3, 2026. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:**            **1999540**
**Invoice Date:**    **April 3, 2026**
**Client Number:**   **098358**
**Matter Number:**   **098358.5007**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/03/26 | S. Andre | Correspondence with insurer's counsel regarding claim forms and confidentiality agreement. | 0.10 | 61.00 |
| 03/03/26 | K. Nixon | Coordinate insurance counsel's access to confidential claim forms. | 0.20 | 107.00 |
| 03/04/26 | S. Andre | Correspondence with insurer regarding turnover of priest files. | 0.10 | 61.00 |
| 03/05/26 | K. Nixon | Emails with Stretto re: data room. | 0.10 | 53.50 |
| 03/10/26 | S. Andre | Correspondence with litigation counsel regarding notice to priests on production of employment files to insurer. | 0.20 | 122.00 |
| 03/10/26 | S. Andre | Prepare notices to priests regarding disclosure of employment records. | 0.20 | 122.00 |
| 03/16/26 | K. Nixon | Revise and finalize motion to amend claim procedures order and emails with insurance, committee counsel, and UST re: the same. | 2.50 | 1,337.50 |
| 03/19/26 | S. Kinsella | Respond to insurer questions regarding claims. | 0.10 | 68.00 |
| 03/23/26 | K. Nixon | Review certificate of service for motion to amend claim procedures order. | 0.10 | 53.50 |
| 03/23/26 | S. Stallings | Attention to review and finalizing certificate of service regarding Joint Motion to Further Amend Final Order Establishing Deadlines for Filing Proofs of Claim and file. | 0.20 | 53.00 |
| | **Current Legal Fees:** | | **3.80** | **$ 2,038.50** |

**Fredrikson**

**Invoice:** 1999540
**Invoice Date:** April 3, 2026
**Page:** 2

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|-----------|-----------|-------|---------------|
| Paralegal | Shataia  Stallings | 265.00 | 0.20 | 53.00 |
| Associate | Katherine  Nixon | 535.00 | 2.90 | 1,551.50 |
| Officer | Steven R.  Kinsella | 680.00 | 0.10 | 68.00 |
| Officer | Samuel M.  Andre | 610.00 | 0.60 | 366.00 |
| **Total** | | | **3.80** | **$ 2,038.50** |

## Invoice Totals

Total for Current Legal Fees:                                           $ 2,038.50

**Total For Current Invoice:**                                    **$ 2,038.50**

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1999539 |
| **Invoice Date:** | April 3, 2026 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5010 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2026

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees: $ 3,651.50

**Total For Current Invoice:** **$ 3,651.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1999539**
**Invoice Date:** **April 3, 2026**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946971 | 1,885.50 | | 1,885.50 |
| 09/03/25 | 1953638 | 5,683.00 | | 5,683.00 |
| 10/07/25 | 1960565 | 936.50 | | 936.50 |
| 11/04/25 | 1966284 | 1,281.50 | | 1,281.50 |
| 12/02/25 | 1973242 | 2,619.00 | | 2,619.00 |
| 01/06/26 | 1979993 | 1,427.00 | | 1,427.00 |
| 02/03/26 | 1985597 | 1,233.50 | | 1,233.50 |
| 03/03/26 | 1992564 | 7,442.00 | | 7,442.00 |

**Total Prior Balance:** **$ 22,508.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 3, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:**          **1999539**
**Invoice Date:**     **April 3, 2026**
**Client Number:**    **098358**
**Matter Number:**    **098358.5010**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/26 | K. Nixon | Revise application to employ Blank Rome. | 2.30 | 1,230.50 |
| 03/05/26 | K. Nixon | Revise application to employ insurance counsel and emails re: the same. | 0.40 | 214.00 |
| 03/06/26 | K. Nixon | Draft January 2026 CNO and February 2026 monthly fee statement and emails with Dinse re: the same. | 0.60 | 321.00 |
| 03/09/26 | K. Nixon | Finalize January 2026 CNO and February 2026 monthly fee statement and update schedule of payments to professionals for client. | 0.20 | 107.00 |
| 03/10/26 | K. Nixon | Emails with local counsel re: draft application to employ insurance counsel. | 0.20 | 107.00 |
| 03/12/26 | S. Kinsella | Communications with proposed insurer counsel. | 0.20 | 136.00 |
| 03/12/26 | K. Nixon | Emails with proposed insurance counsel re: draft app. to employ. | 0.10 | 53.50 |
| 03/13/26 | K. Nixon | Email client re: monthly fee statement and email court staff re: order on application to employ. | 0.20 | 107.00 |
| 03/16/26 | S. Kinsella | Finalize rate adjustment for insurance counsel. | 0.10 | 68.00 |
| 03/16/26 | K. Nixon | Email with Dinse PC re: February invoice and attention to draft application to employ insurance counsel. | 0.20 | 107.00 |
| 03/17/26 | K. Nixon | Draft Dinse February 2026 monthly fee statement, review CNOs, and update schedule of payments for upcoming MOR. | 0.50 | 267.50 |
| 03/18/26 | K. Nixon | Email to real estate broker re: W9. | 0.10 | 53.50 |
| 03/23/26 | K. Nixon | Review orders granting or denying fee applications and update schedule of payments for client. | 0.40 | 214.00 |



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/25/26 | S. Stallings | Review and attention to supplemental affidavit regarding litigation support database services for the Diocese in connection with Fredrikson's Fifth Fee Application. | 0.40 | 106.00 |
| 03/26/26 | S. Stallings | Review and attention to supplemental affidavit regarding litigation support database services for the Diocese in connection with Fredrikson's Fifth Fee Application. | 0.60 | 159.00 |
| 03/31/26 | K. Nixon | Revise and finalize application to employ insurance counsel. | 0.60 | 321.00 |
| 03/31/26 | S. Stallings | Attention to finalizing and filing affidavit regarding litigation support services. | 0.30 | 79.50 |
| | **Current Legal Fees:** | | **7.40** | **$ 3,651.50** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Paralegal | Shataia  Stallings | 265.00 | 1.30 | 344.50 |
| Associate | Katherine  Nixon | 535.00 | 5.80 | 3,103.00 |
| Officer | Steven R.  Kinsella | 680.00 | 0.30 | 204.00 |
| | **Total** | | **7.40** | **$ 3,651.50** |

## Invoice Totals

Total for Current Legal Fees:    $ 3,651.50

**Total For Current Invoice:**    **$ 3,651.50**

# Fredrikson

**Invoice:** 1999538
**Invoice Date:** April 3, 2026
**Client Number:** 098358
**Matter Number:** 098358.5013

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2026

**Regarding: Meetings and Communications  with Creditors**

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,226.00 |
| **Total For Current Invoice:** | **$ 2,226.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**          **1999538**
**Invoice Date:**     **April 3, 2026**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946970 | 24,717.50 | | 24,717.50 |
| 09/03/25 | 1953637 | 8,629.50 | | 8,629.50 |
| 10/07/25 | 1960566 | 8,384.00 | | 8,384.00 |
| 11/04/25 | 1966283 | 4,384.50 | | 4,384.50 |
| 12/02/25 | 1973241 | 2,285.00 | | 2,285.00 |
| 01/06/26 | 1979992 | 3,199.50 | | 3,199.50 |
| 02/03/26 | 1985596 | 4,900.00 | | 4,900.00 |
| 03/03/26 | 1992563 | 1,915.00 | | 1,915.00 |

**Total Prior Balance:**                                    **$ 58,415.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 3, 2026. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1999538** |
| **Invoice Date:** | **April 3, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5013** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/04/26 | K. Nixon | Phone call with counsel for religious school. | 0.20 | 107.00 |
| 03/11/26 | S. Kinsella | Meeting with Committee counsel (.6); follow up communications with counsel regarding property sale (.5). | 1.10 | 748.00 |
| 03/11/26 | K. Nixon | Meeting with committee counsel re: sale of property, plan terms, mediation, and other issues. | 0.60 | 321.00 |
| 03/12/26 | K. Nixon | Attention to email from state court counsel re: status of case. | 0.20 | 107.00 |
| 03/16/26 | S. Kinsella | Communications with Committee counsel. | 0.10 | 68.00 |
| 03/18/26 | S. Kinsella | Meeting with committee counsel. | 0.50 | 340.00 |
| 03/18/26 | K. Nixon | Meeting with committee counsel re: status of potential sales, mediation, and plan terms and attention to follow-up action items. | 0.60 | 321.00 |
| 03/24/26 | K. Nixon | Meeting with committee counsel re: status of case. | 0.40 | 214.00 |
| | **Current Legal Fees:** | | **3.70** | **$ 2,226.00** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 535.00 | 2.00 | 1,070.00 |
| Officer | Steven R.  Kinsella | 680.00 | 1.70 | 1,156.00 |
| | **Total** | | **3.70** | **$ 2,226.00** |

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com

## Invoice Totals

Total for Current Legal Fees:                                                                  $ 2,226.00

**Total For Current Invoice:**                                                          **$ 2,226.00**

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1999537** |
| **Invoice Date:** | **April 3, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5015** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2026

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees: $ 535.00

**Total For Current Invoice:** **$ 535.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 08/04/25 | 1946969 | 1,470.00 | | 1,470.00 |
| 09/03/25 | 1953636 | 1,757.50 | | 1,757.50 |
| 11/04/25 | 1966281 | 272.50 | | 272.50 |
| 12/02/25 | 1973240 | 1,224.00 | | 1,224.00 |
| 01/06/26 | 1979991 | 3,350.50 | | 3,350.50 |
| 02/03/26 | 1985595 | 9,713.50 | | 9,713.50 |
| 03/03/26 | 1992562 | 214.00 | | 214.00 |

**Total Prior Balance:**                                **$ 18,002.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 3, 2026. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1999537** |
| **Invoice Date:** | **April 3, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5015** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/05/26 | K. Nixon | Strategy meeting with client. | 1.00 | 535.00 |
| | **Current Legal Fees:** | | **1.00** | **$ 535.00** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 535.00 | 1.00 | 535.00 |
| | **Total** | | **1.00** | **$ 535.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 535.00 |
| **Total For Current Invoice:** | **$ 535.00** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1999536 |
| **Invoice Date:** | April 3, 2026 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5018 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through March 31, 2026

**Regarding: Reporting**

| | |
|---|---|
| Total for Current Legal Fees: | $ 160.50 |
| **Total For Current Invoice:** | **$ 160.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

## Please remit this page with your payment. Thank you. We appreciate your business.

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1999536**
**Invoice Date:** **April 3, 2026**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946968 | 862.50 | | 862.50 |
| 09/03/25 | 1953635 | 676.00 | | 676.00 |
| 10/07/25 | 1960568 | 339.50 | | 339.50 |
| 11/04/25 | 1966280 | 388.00 | | 388.00 |
| 12/02/25 | 1973239 | 533.50 | | 533.50 |
| 01/06/26 | 1979990 | 2,132.50 | | 2,132.50 |
| 02/03/26 | 1985594 | 374.50 | | 374.50 |
| 03/03/26 | 1992561 | 292.50 | | 292.50 |

**Total Prior Balance:** **$ 5,599.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of April 3, 2026. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



Invoice:          1999536
Invoice Date:     April 3, 2026
Client Number:    098358
Matter Number:    098358.5018

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/20/26 | K. Nixon | Assist in finalizing February 2026 MOR. | 0.30 | 160.50 |
| | **Current Legal Fees:** | | **0.30** | **$ 160.50** |

### Timekeeper Summary

| Title | Timekeeper | | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|---|
| Associate | Katherine  Nixon | | 535.00 | 0.30 | 160.50 |
| | **Total** | | | **0.30** | **$ 160.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 160.50 |
| **Total For Current Invoice:** | **$ 160.50** |

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Katherine A. Nixon, hereby certify that on Monday, April 20, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I caused the same to be served on the following Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
|---|---|---|
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

*/s/ Katherine A. Nixon*
Katherine A. Nixon