**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

        Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

**NOTICE OF JOINT MOTION TO FURTHER AMEND ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF**

**A MOTION FOR** entry of an order to further amend the Court's prior mediation order was jointly filed on Friday, May 8, 2026, by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), through its attorneys, Fredrikson & Byron, P.A., and by the Official Committee of Unsecured Creditors (the "Committee"), through its attorneys, Pachulski Stang Ziehl & Jones. (ECF No. 742.) An electronic copy of the motion can be accessed at the following link: https://case.stretto.com/dioceseofburlington/docket.

**IF YOU OPPOSE THE MOTION,** you must file a written response with the Clerk of Court specifying your opposition to the motion, **on or before 4:00 P.M. (prevailing Eastern time) on Friday, May 15, 2026**. If you file a written response, you must also serve a copy of that written response on the Diocese's attorneys, the United States trustee, and the Committee and its attorneys so that it is received on or before such date and time. Addresses for those parties are set forth below. **The Court will set a hearing on the motion if it determines one is necessary.**

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Dated:  May 8, 2026

*/s/ Steven R. Kinsella*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

Dated:  May 8, 2026                    */s/ Brittany M. Michael*
                                       LEMERY GREISLER LLC
                                       Paul A. Levine, Esq.
                                       677 Broadway – 8th Floor
                                       Albany, New York 12207
                                       (518) 433-8800
                                       Email: plevine@lemerygreisler.com

                                       -and-

                                       PACHULSKI STANG ZIEHL & JONES LLP
                                       James I. Stang (Admitted Pro Hac Vice)
                                       Brittany M. Michael (Admitted Pro Hac Vice)
                                       Gail S. Greenwood (Admitted Pro Hac Vice)
                                       780 Third Avenue, 34th Floor
                                       New York, NY 10017
                                       Telephone: (212) 561-7700
                                       Email: jstang@pszjlaw.com
                                       bmichael@pszjlaw.com
                                       ggreenwood@pszjlaw.com

                                       *Counsel to the Official Committee of Unsecured
                                       Creditors*

## SERVICE ADDRESSES

| | | |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont c/o Fredrikson & Byron, P.A. Attn: Katherine A. Nixon 60 South Sixth Street Suite 1500 Minneapolis, MN 55402 knixon@fredlaw.com | United States Trustee Attn: Lisa M. Penpraze Leo O'Brien Federal Building Room 620 Albany, NY 12207 Lisa.Penpraze@usdoj.gov | Creditors' Committee c/o Pachulski Stang Ziehl & Jones Attn: Brittany Mitchell Michael 1700 Broadway, 36th Floor New York, NY 10019 bmichael@pszjlaw.com |
| Roman Catholic Diocese of Burlington, Vermont c/o Obuchowski Law Office Attn: Raymond J. Obuchowski 1542 Route 107 PO Box 60 Bethel, VT 05032 Ray@oeblaw.com | Creditors' Committee c/o Lemery Greisler LLC Attn: Paul A. Levine 677 Broadway, 8th Floor Albany, NY 12207 plevine@lemerygreisler.com | |