**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC DIOCESE OF BURLINGTON, | Case No. 24-10205-HZC |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF MOTION OF JANE DOE TO ENLARGE THE CLAIMS BAR DATE TO ALLOW FILING OF A LATE PROOF OF CLAIM PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3002(C), 3003(C)(3), 9006(B)(1) OF THE BANKRUPTCY CODE**

Jane Doe, by and through undersigned counsel, hereby withdraws the *Motion of Jane Doe to Enlarge the Claims Bar Date to Allow Filing of a Late Proof of Claim Pursuant to Federal Rules of Bankruptcy Procedure 3002(c), 3003(c)(3), 9006(b)(1) of the Bankruptcy Code* [Dkt. No. 712] without prejudice.

Dated:   May 11, 2026

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

*Counsel to Jane Doe*

## CERTIFICATE OF SERVICE

I, Adam R. Prescott, certify that I have served the foregoing notice via this Court's CM/ECF system on all parties requesting CM/ECF notice in this bankruptcy case.


Dated: May 11, 2026

/s/ *Adam R. Prescott*
Adam R. Prescott, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

*Counsel to Jane Doe*