**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

        Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

---

**FREDRIKSON & BYRON, P.A.'S MONTHLY FEE STATEMENT**
**FOR APRIL 2026**

---

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Fredrikson & Byron, P.A. ("Fredrikson"), as Chapter 11 counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from April 1, 2026 to April 30, 2026 (the "Compensation Period") in the amount of $25,136.40 (80% of $31,420.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $3,867.93.

Fredrikson's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period (James L. Baillie (shareholder); Steven R. Kinsella (shareholder); Samuel M. Andre (shareholder); Katherine A. Nixon (associate); and Shataia Stallings (paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred; and

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Monday, June 1, 2026** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Fredrikson will file a certificate of no objection with the Court and the Diocese will be authorized to pay Fredrikson the amounts described herein.

Dated:  May 18, 2026

/s/ Katherine A. Nixon
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

**EXHIBIT A**

**Diocese of Burlington**
**05/13/26**
**098358**

| Invoice | Date | Fees | Costs | Total | 0.80 | 0.20 |
|---|---|---|---|---|---|---|
| 2006714 | 5/5/2026 | $ 4,998.00 | $ - | $ 4,998.00 | $ 3,998.40 | $ 999.60 |
| 2006715 | 5/5/2026 | $ 345.50 | $ - | $ 345.50 | $ 276.40 | $ 69.10 |
| 2006716 | 5/5/2026 | $ 5,045.00 | $ - | $ 5,045.00 | $ 4,036.00 | $ 1,009.00 |
| 2006717 | 5/5/2026 | $ 1,016.50 | $ - | $ 1,016.50 | $ 813.20 | $ 203.30 |
| 2006718 | 5/5/2026 | $ 1,274.00 | $ - | $ 1,274.00 | $ 1,019.20 | $ 254.80 |
| 2006719 | 5/5/2026 | $ 175.00 | $ - | $ 175.00 | $ 140.00 | $ 35.00 |
| 2006720 | 5/5/2026 | $ 2,908.00 | $ - | $ 2,908.00 | $ 2,326.40 | $ 581.60 |
| 2006721 | 5/5/2026 | $ 15,658.50 | $ - | $ 15,658.50 | $ 12,526.80 | $ 3,131.70 |
| 2006722 | 5/5/2026 | $ - | $ 3,867.93 | $ 3,867.93 | $ - | $ - |
| Total | | $ 31,420.50 | $ 3,867.93 | $ 35,288.43 | $ 25,136.40 | $ 6,284.10 |



| | |
|---|---|
| **Invoice:** | 2006722 |
| **Invoice Date:** | May 5, 2026 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5000 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2026

**Regarding: Case Administration**

Total For Current Costs and Other Charges:                    $ 3,867.93

**Total For Current Invoice:**                                **$ 3,867.93**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                     **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946967 | 37,507.00 | | 37,507.00 |
| 09/03/25 | 1953643 | 5,610.50 | | 5,610.50 |
| 10/07/25 | 1960560 | 30,330.54 | | 30,330.54 |
| 11/04/25 | 1966289 | 5,681.14 | | 5,681.14 |
| 12/02/25 | 1973247 | 2,590.00 | | 2,590.00 |
| 01/06/26 | 1979998 | 5,071.50 | | 5,071.50 |
| 02/03/26 | 1985601 | 6,412.00 | | 6,412.00 |
| 03/03/26 | 1992570 | 2,590.00 | | 2,590.00 |
| 04/03/26 | 1999544 | 4,242.72 | | 4,242.72 |

**Total Prior Balance:**                                   **$ 100,035.40**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:**           **2006722**
**Invoice Date:**      **May 5, 2026**
**Client Number:**     **098358**
**Matter Number:**     **098358.5000**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Costs and Other Charges

| | | Amount |
|---|---|---|
| 04/06/26 | Steven R. Kinsella - Hotel - Lodging - Client meetings/discussions in Burlington | 239.67 |
| 04/06/26 | Steven R. Kinsella - Airfare - Client meetings/discussions in Burlington | 976.41 |
| 04/07/26 | Travel Steven R. Kinsella - Parking - Client meetings/discussions in Burlington | 61.85 |
| | Litigation Support Services | 2,590.00 |

**Current Costs and Other Charges:**                     **$ 3,867.93**

## Invoice Totals

Total For Current Costs and Other Charges:                $ 3,867.93

**Total For Current Invoice:**                     **$ 3,867.93**



Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2026

**Regarding: Asset Analysis and Recovery**

|  |  |
|---|---|
| Total for Current Legal Fees: | $ 15,658.50 |
| **Total For Current Invoice:** | **$ 15,658.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



.com

**Tax ID:** ▮▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **2006721**
**Invoice Date:** **May 5, 2026**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946966 | 2,272.00 | | 2,272.00 |
| 09/03/25 | 1953642 | 5,141.00 | | 5,141.00 |
| 10/07/25 | 1960561 | 6,466.00 | | 6,466.00 |
| 11/04/25 | 1966288 | 9,412.00 | | 9,412.00 |
| 12/02/25 | 1973246 | 9,559.50 | | 9,559.50 |
| 01/06/26 | 1979997 | 18,452.00 | | 18,452.00 |
| 02/03/26 | 1985600 | 13,336.00 | | 13,336.00 |
| 03/03/26 | 1992569 | 7,542.00 | | 7,542.00 |
| 04/03/26 | 1999543 | 10,755.50 | | 10,755.50 |

**Total Prior Balance:** **$ 82,936.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2026. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **2006721** |
| **Invoice Date:** | **May 5, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5001** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/26 | S. Kinsella | Communications with various parties in interest regarding meeting and potential settlement proposal (.4); communications with Rice counsel regarding Committee offer (.3); analyze plan contribution amounts (.7). | 1.40 | 952.00 |
| 04/01/26 | K. Nixon | Following up with GuideOne insurance re: policies. | 0.10 | 53.50 |
| 04/02/26 | S. Kinsella | Communications with various parties in interest regarding meeting and potential proposal. | 0.30 | 204.00 |
| 04/04/26 | S. Kinsella | Communications with Catholic entity representative. | 0.10 | 68.00 |
| 04/05/26 | S. Kinsella | Prepare for meeting with Diocese. | 0.10 | 68.00 |
| 04/06/26 | S. Kinsella | Prepare settlement scenarios and revise asset analysis (4.9); phone call with counsel for Rice and follow up communications (1.0). | 5.90 | 4,012.00 |
| 04/06/26 | K. Nixon | Strategize re: and assist in preparing for upcoming meeting with parishes, schools, and Diocese. | 1.30 | 695.50 |
| 04/07/26 | S. Kinsella | Meetings with client (2.2); continue to prepare analysis of settlement proposals (1.1); meeting with counsel for VCC (.4); meeting and follow up communications with counsel for parishes (.4); meeting with representatives and counsel of Vermont Catholic entities (2.3); provide comments and edits on purchase agreement for Diocesan office (.2); communications with insurers (.2). | 6.80 | 4,624.00 |
| 04/08/26 | S. Kinsella | Communications with client regarding potential settlement proposal. | 0.30 | 204.00 |
| 04/15/26 | S. Kinsella | Analyze parish litigation issue. | 0.20 | 136.00 |

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/20/26 | K. Nixon | Attention to correspondence from GuideOne insurance. | 0.30 | 160.50 |
| 04/21/26 | S. Kinsella | Communications with Rice counsel (.1); analyze insurance issues (.5). | 0.60 | 408.00 |
| 04/21/26 | K. Nixon | Conduct further review of letters from insurance company and related documents. | 0.80 | 428.00 |
| 04/22/26 | S. Kinsella | Meeting with insurance counsel and follow up. | 1.20 | 816.00 |
| 04/22/26 | K. Nixon | Meeting with insurance counsel and attention to requested documents. | 1.70 | 909.50 |
| 04/23/26 | S. Kinsella | Communications with Rice counsel. | 0.10 | 68.00 |
| 04/24/26 | S. Kinsella | Communications with insurance counsel regarding insurance responses (.1); phone call with Rice counsel (.2). | 0.30 | 204.00 |
| 04/27/26 | S. Kinsella | Communications with Rice counsel. | 0.10 | 68.00 |
| 04/28/26 | S. Kinsella | Phone call with client regarding settlement scenarios (.6); analyze the same (.6). | 1.20 | 816.00 |
| 04/28/26 | K. Nixon | Emails with counsel for LMI re: continuation of mediation. | 0.20 | 107.00 |
| 04/30/26 | S. Kinsella | Analyze settlement proposal. | 0.10 | 68.00 |
| 04/30/26 | K. Nixon | Meeting with Blueprint and other interested parties (0.9); emails with insurance counsel re: meeting re: mediation motion (0.2). | 1.10 | 588.50 |
| **Current Legal Fees:** | | | **24.20** | **$ 15,658.50** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 535.00 | 5.50 | 2,942.50 |
| Officer | Steven R.  Kinsella | 680.00 | 18.70 | 12,716.00 |
| **Total** | | | **24.20** | **$ 15,658.50** |

## Invoice Totals

Total for Current Legal Fees:    $ 15,658.50

**Total For Current Invoice:**    **$ 15,658.50**

# Fredrikson

| | |
|---|---|
| **Invoice:** | 2006720 |
| **Invoice Date:** | May 5, 2026 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5002 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2026

**Regarding: Asset Disposition**

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,908.00 |
| **Total For Current Invoice:** | **$ 2,908.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | Invoice: | **2006720** |
|---|---|---|---|
| | | Invoice Date: | **May 5, 2026** |
| | | Page: | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946974 | 291.00 | | 291.00 |
| 09/03/25 | 1953641 | 9,826.00 | | 9,826.00 |
| 10/07/25 | 1960562 | 3,572.50 | | 3,572.50 |
| 11/04/25 | 1966287 | 1,199.00 | | 1,199.00 |
| 12/02/25 | 1973245 | 3,514.00 | | 3,514.00 |
| 01/06/26 | 1979996 | 2,837.00 | | 2,837.00 |
| 02/03/26 | 1985599 | 1,687.50 | | 1,687.50 |
| 03/03/26 | 1992567 | 321.00 | | 321.00 |
| 04/03/26 | 1999542 | 3,920.00 | | 3,920.00 |

**Total Prior Balance:** **$ 27,168.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:**          **2006720**
**Invoice Date:**     **May 5, 2026**
**Client Number:**    **098358**
**Matter Number:**    **098358.5002**

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/26 | K. Nixon | Strategize re: sale of certain property and sale terms. | 0.40 | 214.00 |
| 04/06/26 | K. Nixon | Respond to email from buyer's counsel re: extension of option. | 0.10 | 53.50 |
| 04/07/26 | K. Nixon | Phone call with buyer's counsel re: sale of property and follow up emails re: the same (0.8); email to Blueprint re: information outstanding (0.2); strategize re: sale of additional property (0.5); | 1.50 | 802.50 |
| 04/09/26 | S. Kinsella | Review revised purchase agreement. | 0.10 | 68.00 |
| 04/09/26 | K. Nixon | Email to buyer's counsel re: revised PA and draft sale motion. | 0.20 | 107.00 |
| 04/17/26 | K. Nixon | Email to client re: proposed easement (0.1); email to Blueprint re: needed information and meeting (0.1); email to buyer's counsel re: status of PA (0.2). | 0.40 | 214.00 |
| 04/20/26 | K. Nixon | Emails re: meeting with Blueprint re: due diligence materials. | 0.10 | 53.50 |
| 04/28/26 | K. Nixon | Review easement documents and emails with special counsel and client re: the same (0.6); emails with Blueprint and committee counsel re: meeting to discuss due diligence materials and next steps (0.2). | 0.80 | 428.00 |
| 04/29/26 | S. Kinsella | Analyze sale issue regarding Diocesan office. | 0.10 | 68.00 |
| 04/29/26 | K. Nixon | Emails with special counsel and client re: proposed easement. | 0.30 | 160.50 |
| 04/30/26 | S. Kinsella | Consult on easement issue. | 0.30 | 204.00 |



| | | | | |
|---|---|---|---|---|
| 04/30/26 | K. Nixon | Attention to easement issues and emails with special counsel re: the same. | 1.00 | 535.00 |
| | **Current Legal Fees:** | | **5.30** | **$ 2,908.00** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 535.00 | 4.80 | 2,568.00 |
| Officer | Steven R.  Kinsella | 680.00 | 0.50 | 340.00 |
| | **Total** | | **5.30** | **$ 2,908.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,908.00 |
| **Total For Current Invoice:** | **$ 2,908.00** |

# Fredrikson

**Invoice:** 2006719
**Invoice Date:** May 5, 2026
**Client Number:** 098358
**Matter Number:** 098358.5006

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2026

**Regarding: Business Operations**

| | |
|---|---|
| Total for Current Legal Fees: | $ 175.00 |
| **Total For Current Invoice:** | **$ 175.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

| **Remittance Address:** | **Online Payments:** | **ACH & Wire Instructions:** |
|---|---|---|
| Fredrikson & Byron P.A.<br>P.O. Box 1484<br>Minneapolis, MN 55480-1484 | Fredlaw.com/payment |  |

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▓▓▓▓▓

## Please remit this page with your payment. Thank you. We appreciate your business.

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **2006719**
**Invoice Date:** **May 5, 2026**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946973 | 848.50 | | 848.50 |
| 09/03/25 | 1953640 | 815.00 | | 815.00 |
| 10/07/25 | 1960563 | 112.00 | | 112.00 |
| 11/04/25 | 1966286 | 287.50 | | 287.50 |
| 12/02/25 | 1973244 | 112.00 | | 112.00 |
| 01/06/26 | 1979995 | 127.00 | | 127.00 |
| 03/03/26 | 1992566 | 1,481.50 | | 1,481.50 |
| 04/03/26 | 1999541 | 214.00 | | 214.00 |

**Total Prior Balance:** **$ 3,997.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2026. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** 2006719
**Invoice Date:** May 5, 2026
**Client Number:** 098358
**Matter Number:** 098358.5006

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/07/26 | K. Nixon | Review memorandum of understanding. | 0.20 | 107.00 |
| 04/08/26 | S. Kinsella | Communications with client regarding property insurance issue. | 0.10 | 68.00 |
| | **Current Legal Fees:** | | **0.30** | **$ 175.00** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|-----------|-----------|-------|---------------|
| Associate | Katherine  Nixon | 535.00 | 0.20 | 107.00 |
| Officer | Steven R.  Kinsella | 680.00 | 0.10 | 68.00 |
| | **Total** | | **0.30** | **$ 175.00** |

## Invoice Totals

Total for Current Legal Fees:  $ 175.00

**Total For Current Invoice:**  **$ 175.00**

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | 2006718 |
| **Invoice Date:** | May 5, 2026 |
| **Client Number:** | 098358 |
| **Matter Number:** | 098358.5007 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2026

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees:                                        $ 1,274.00

**Total For Current Invoice:**                                        **$ 1,274.00**

NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **2006718**
**Invoice Date:** **May 5, 2026**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946972 | 48.50 | | 48.50 |
| 09/03/25 | 1953639 | 742.50 | | 742.50 |
| 10/07/25 | 1960564 | 7,245.00 | | 7,245.00 |
| 11/04/25 | 1966285 | 4,589.00 | | 4,589.00 |
| 12/02/25 | 1973243 | 776.00 | | 776.00 |
| 01/06/26 | 1979994 | 533.50 | | 533.50 |
| 02/03/26 | 1985598 | 321.00 | | 321.00 |
| 03/03/26 | 1992565 | 2,675.00 | | 2,675.00 |
| 04/03/26 | 1999540 | 2,038.50 | | 2,038.50 |

**Total Prior Balance:**                                                 **$ 18,969.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2026. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **2006718** |
| **Invoice Date:** | **May 5, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5007** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/09/26 | S. Kinsella | Review and analyze motion to expand claim filing deadline. | 0.20 | 136.00 |
| 04/20/26 | S. Kinsella | Analyze late filed claim motion. | 0.10 | 68.00 |
| 04/21/26 | K. Nixon | Prepare for and participate in hearing on motion to further amend claim procedures order. | 1.10 | 588.50 |
| 04/22/26 | K. Nixon | Revise confidentiality agreement pursuant to amended bar date order and email to interested parties re: the same. | 0.20 | 107.00 |
| 04/24/26 | K. Nixon | Emails with client, insurance counsel, and Stretto re: amended bar date order. | 0.40 | 214.00 |
| 04/29/26 | K. Nixon | Review motion to file late claim and email counsel for claimant re: the same. | 0.30 | 160.50 |
| | **Current Legal Fees:** | | **2.30** | **$ 1,274.00** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 535.00 | 2.00 | 1,070.00 |
| Officer | Steven R.  Kinsella | 680.00 | 0.30 | 204.00 |
| | **Total** | | **2.30** | **$ 1,274.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,274.00 |
| **Total For Current Invoice:** | **$ 1,274.00** |

# Fredrikson

|  |  |
|---|---|
| Invoice: | 2006717 |
| Invoice Date: | May 5, 2026 |
| Client Number: | 098358 |
| Matter Number: | 098358.5010 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2026

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees:                                    $ 1,016.50

**Total For Current Invoice:**                                  **$ 1,016.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▇▇▇▇▇▇

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946971 | 1,885.50 | | 1,885.50 |
| 09/03/25 | 1953638 | 5,683.00 | | 5,683.00 |
| 10/07/25 | 1960565 | 936.50 | | 936.50 |
| 11/04/25 | 1966284 | 1,281.50 | | 1,281.50 |
| 12/02/25 | 1973242 | 2,619.00 | | 2,619.00 |
| 01/06/26 | 1979993 | 1,427.00 | | 1,427.00 |
| 02/03/26 | 1985597 | 1,233.50 | | 1,233.50 |
| 03/03/26 | 1992564 | 7,442.00 | | 7,442.00 |
| 04/03/26 | 1999539 | 3,651.50 | | 3,651.50 |

**Total Prior Balance:**                                    **$ 26,159.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:**    2006717
**Invoice Date:**  May 5, 2026
**Client Number:**  098358
**Matter Number:**  098358.5010

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/26 | K. Nixon | Review Court's orders granting/denying fee apps and email client re: the same. | 0.20 | 107.00 |
| 04/07/26 | K. Nixon | Finalize application to employ special insurance counsel and email to the same re: case status. | 0.50 | 267.50 |
| 04/17/26 | K. Nixon | Review order approving employment of appraiser and email local counsel re: the same. | 0.20 | 107.00 |
| 04/20/26 | K. Nixon | Email court staff re: Word version of proposed order (0.1); draft and finalize CNOs for February 2026 and monthly fee statements for March 2026 (0.6); emails with interested parties re: joint notice of hearing on Q1 2026 fee applications (0.2); prepare to draft Q1 2026 fee applications (0.1). | 1.00 | 535.00 |
| **Current Legal Fees:** | | | **1.90** | **$ 1,016.50** |

### Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Associate | Katherine  Nixon | 535.00 | 1.90 | 1,016.50 |
| | **Total** | | **1.90** | **$ 1,016.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,016.50 |
| **Total For Current Invoice:** | **$ 1,016.50** |

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **2006716** |
| **Invoice Date:** | **May 5, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5013** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2026

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees:                                                     $ 5,045.00

**Total For Current Invoice:**                                        **$ 5,045.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                      **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**         **2006716**
**Invoice Date:**    **May 5, 2026**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946970 | 24,717.50 | | 24,717.50 |
| 09/03/25 | 1953637 | 8,629.50 | | 8,629.50 |
| 10/07/25 | 1960566 | 8,384.00 | | 8,384.00 |
| 11/04/25 | 1966283 | 4,384.50 | | 4,384.50 |
| 12/02/25 | 1973241 | 2,285.00 | | 2,285.00 |
| 01/06/26 | 1979992 | 3,199.50 | | 3,199.50 |
| 02/03/26 | 1985596 | 4,900.00 | | 4,900.00 |
| 03/03/26 | 1992563 | 1,915.00 | | 1,915.00 |
| 04/03/26 | 1999538 | 2,226.00 | | 2,226.00 |

**Total Prior Balance:**                                                              **$ 60,641.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2026. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | | Invoice: | 2006716 |
| | | Invoice Date: | May 5, 2026 |
| | | Client Number: | 098358 |
| | | Matter Number: | 098358.5013 |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/26 | S. Kinsella | Meeting with Committee counsel (.3); follow up communications (.3). | 0.60 | 408.00 |
| 04/01/26 | K. Nixon | Meeting with counsel for committee (.3); strategize re: next steps (.4). | 0.70 | 374.50 |
| 04/08/26 | S. Kinsella | Meeting with Committee counsel. | 0.50 | 340.00 |
| 04/14/26 | S. Kinsella | Communications with Committee counsel regarding parish litigation. | 0.40 | 272.00 |
| 04/17/26 | S. Kinsella | Meeting with Committee counsel (.6); follow up communications (.3). | 0.90 | 612.00 |
| 04/17/26 | K. Nixon | Meeting with committee counsel (.6); attention to follow-up action items (.2). | 0.80 | 428.00 |
| 04/21/26 | K. Nixon | Draft joint motion to extend mediation deadline. | 1.70 | 909.50 |
| 04/22/26 | S. Kinsella | Meeting with Committee counsel (.3); follow up (.1). | 0.40 | 272.00 |
| 04/22/26 | K. Nixon | Strategize re: next steps following meeting with committee counsel. | 0.20 | 107.00 |
| 04/28/26 | K. Nixon | Respond to email from state court parish counsel re: status of bankruptcy case. | 0.10 | 53.50 |
| 04/29/26 | S. Kinsella | Meeting with Committee counsel (.6); follow up communications with client (.4). | 1.00 | 680.00 |
| 04/29/26 | K. Nixon | Weekly meeting with committee counsel (.6); attention to follow-up action items, including coordinating meeting with insurance counsel re: mediation motion (.5). | 1.10 | 588.50 |
| | **Current Legal Fees:** | | **8.40** | **$ 5,045.00** |

**Invoice:** 2006716
**Invoice Date:** May 5, 2026
**Page:** 2

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|-------|-----------|-----------|-------|---------------|
| Associate | Katherine Nixon | 535.00 | 4.60 | 2,461.00 |
| Officer | Steven R. Kinsella | 680.00 | 3.80 | 2,584.00 |
| | **Total** | | **8.40** | **$ 5,045.00** |

## Invoice Totals

Total for Current Legal Fees: $ 5,045.00

**Total For Current Invoice:** **$ 5,045.00**

# Fredrikson

Invoice:             2006714
Invoice Date:        May 5, 2026
Client Number:       098358
Matter Number:       098358.5014

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

For Previously Unbilled Professional Services Rendered Through April 30, 2026

**Regarding: Non-Working Travel**

| | |
|---|---|
| Total for Current Legal Fees: | $ 9,996.00 |
| 50% Discount for Travel | $ (4,998.00) |
| **Total For Current Invoice:** | **$ 4,998.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | Invoice: | **2006714** |
|---|---|---|---|
| | | Invoice Date: | **May 5, 2026** |
| | | Page: | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 10/07/25 | 1960567 | 2,032.00 | | 2,032.00 |
| 11/04/25 | 1966282 | 1,905.00 | | 1,905.00 |
| **Total Prior Balance:** | | | | **$ 3,937.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:**         2006714
**Invoice Date:**    May 5, 2026
**Client Number:**   098358
**Matter Number:**   098358.5014

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/26 | S. Kinsella | Travel to Burlington for meeting with Catholic Entities. | 6.90 | 4,692.00 |
| 04/07/26 | S. Kinsella | Travel back from Burlington. | 7.80 | 5,304.00 |
| | **Current Legal Fees:** | | **14.70** | **$ 9,996.00** |
| | 50% Discount for Travel | | | (4,998.00) |
| | **Current Legal Fees After Adjustments:** | | | **$ 4,998.00** |

## Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Officer | Steven R.  Kinsella | 680.00 | 14.70 | 9,996.00 |
| | **Total** | | **14.70** | **$ 9,996.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 9,996.00 |
| 50% Discount for Travel | $ (4,998.00) |
| **Total For Current Invoice:** | **$ 4,998.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **2006715** |
| **Invoice Date:** | **May 5, 2026** |
| **Client Number:** | **098358** |
| **Matter Number:** | **098358.5018** |

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT 05403

For Previously Unbilled Professional Services Rendered Through April 30, 2026

**Regarding: Reporting**

| | |
|---|---|
| Total for Current Legal Fees: | $ 345.50 |
| **Total For Current Invoice:** | **$ 345.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/04/25 | 1946968 | 862.50 | | 862.50 |
| 09/03/25 | 1953635 | 676.00 | | 676.00 |
| 10/07/25 | 1960568 | 339.50 | | 339.50 |
| 11/04/25 | 1966280 | 388.00 | | 388.00 |
| 12/02/25 | 1973239 | 533.50 | | 533.50 |
| 01/06/26 | 1979990 | 2,132.50 | | 2,132.50 |
| 02/03/26 | 1985594 | 374.50 | | 374.50 |
| 03/03/26 | 1992561 | 292.50 | | 292.50 |
| 04/03/26 | 1999536 | 160.50 | | 160.50 |

**Total Prior Balance:**                                **$ 5,759.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of May 5, 2026. If payment has been sent close to this date, please verify payment status.



**Invoice:** 2006715
**Invoice Date:** May 5, 2026
**Client Number:** 098358
**Matter Number:** 098358.5018

Diocese of Burlington
Bishop McDermott
55 Joy Dr
South Burlington, VT  05403

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/20/26 | K. Nixon | Assist in finalizing March 2026 MOR. | 0.20 | 107.00 |
| 04/20/26 | S. Stallings | Attention to finalizing and efiling March 2026 monthly operating report and accompanying exhibits. | 0.90 | 238.50 |
| | **Current Legal Fees:** | | **1.10** | **$ 345.50** |

### Timekeeper Summary

| Title | Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Paralegal | Shataia  Stallings | 265.00 | 0.90 | 238.50 |
| Associate | Katherine  Nixon | 535.00 | 0.20 | 107.00 |
| | **Total** | | **1.10** | **$ 345.50** |

### Invoice Totals

Total for Current Legal Fees:                                     $ 345.50

**Total For Current Invoice:**                                     **$ 345.50**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Katherine A. Nixon, hereby certify that on Monday, May 18, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I caused the same to be served on the following Notice Parties via the method indicated below:

| | | |
|---|---|---|
| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

*/s/ Katherine A. Nixon*
Katherine A. Nixon