**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

**BLANK ROME LLP'S MONTHLY FEE STATEMENT FOR APRIL 2026**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Blank Rome LLP ("Blank Rome"), as insurance counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from April 1, 2026 to April 30, 2026 (the "Compensation Period") in the amount of $13,840.63 (80% of $17,300.79) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

Blank Rome's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period (James S. Carter (Partner) and Kevin Rogers (Senior Paralegal)); their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Monday, June 1, 2026** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Blank Rome will file a certificate of no objection with the Court and the Diocese will be authorized to pay Blank Rome the amounts described herein.

Dated: May 18, 2026

*/s/ James S. Carter*
James S. Carter
**BLANK ROME LLP**
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-4107
james.carter@blankrome.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

Prepared with assistance from:

Dated:  May 18, 2026

*/s/ Katherine A. Nixon*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

**EXHIBIT A**

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. █████

ROMAN CATHOLIC DIOCESE OF BURLINGTON
ATTN: LOREI DAWSON, CFO
████████████████████████████

| | |
|---|---|
| INVOICE DATE: | MAY 07, 2026 |
| CLIENT ID: | 008294 |
| MATTER NUMBER: | 008294-00001 03348 |
| INVOICE NUMBER: | 2366186 |

REGARDING:     ROMAN CATHOLIC DIOCESE OF BURLINGTON
                        INSURANCE ADVICE

FOR LEGAL SERVICES RENDERED THROUGH 4/30/26                    $17,300.79

**CURRENT INVOICE TOTAL**                                         **$17,300.79**

REMITTANCE

| ACH/WIRE | | Mail |
|---|---|---|
| Bank Name | █████████ | Blank Rome LLP |
| Address: | █████████ | Attn: Finance Department |
| Account Title: | █████████ | One Logan Square |
| Account Number: | █████████ | 130 North 18th St |
| ABA Number: | █████████ | Philadelphia, PA 19103-6998 |
| Swift Code | █████████ | |
| To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments** | | |

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI

# BLANK ROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. 23-1311874

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF BURLINGTON | INVOICE DATE:        MAY 07, 2026 |
| ATTN: LOREI DAWSON, CFO | CLIENT ID:                008294 |
| ███████████████ | MATTER NUMBER:      008294-00001 |
| | INVOICE NUMBER:      2366186 |
| | PAGE 1 |

**REGARDING:    ROMAN CATHOLIC DIOCESE OF BURLINGTON
INSURANCE ADVICE**

**FOR LEGAL SERVICES RENDERED THROUGH APRIL 30, 2026**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/17/26 | RESPOND TO EMAIL FROM K. NIXON | J. CARTER | 0.40 | 383.46 |
| 04/24/26 | OUTLINE RESPONSE TO LMI'S LETTERS AND CONSIDER ISSUES | J. CARTER | 0.50 | 479.33 |
| 04/24/26 | REVIEW CONFIDENTIALITY ORDER | J. CARTER | 0.30 | 287.60 |
| 04/27/26 | ANALYZE LMI'S COVERAGE POSITIONS IN CONNECTION WITH RESPONSE TO LMI LETTERS | J. CARTER | 1.40 | 1,342.11 |
| 04/28/26 | PREPARE RESPONSE TO LMI'S LETTERS AND REVIEW PRIOR CORRESPONDENCE | J. CARTER | 2.30 | 2,204.90 |
| 04/29/26 | REVIEW OF CLAIMS FOR PURPOSE OF ANALYZING COVERAGE | K. ROGERS | 0.70 | 256.03 |
| 04/29/26 | ANALYZE CLAIM INFORMATION | J. CARTER | 0.50 | 479.33 |
| 04/29/26 | ANALYZE POLICY INFORMATION | J. CARTER | 1.50 | 1,437.98 |
| 04/29/26 | ANALYZE LMI LETTERS AND PRIOR CORRESPONDENCE | J. CARTER | 2.50 | 2,396.63 |
| 04/29/26 | DRAFT LETTER IN RESPONSE TO LMI'S LETTERS | J. CARTER | 2.00 | 1,917.30 |
| 04/30/26 | REVIEW OF CLAIMS FOR PURPOSE OF ANALYZING COVERAGE | K. ROGERS | 6.50 | 2,377.38 |
| 04/30/26 | PREPARE LETTER IN RESPONSE TO LMI'S LETTERS REGARDING INSURANCE COVERAGE ISSUES | J. CARTER | 3.90 | 3,738.74 |
| | **TOTAL SERVICES** | | | **$17,300.79** |

**CURRENT INVOICE TOTAL**                                              **$17,300.79**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 958.65 | 15.30 | 14,667.38 |
| KEVIN ROGERS | 365.75 | 7.20 | 2,633.41 |

**ROMAN CATHOLIC DIOCESE OF BURLINGTON**                                    **PAGE 2**
**FILE NUMBER: 008294-00001**                                    **INVOICE # 2366186**
                                                                **MAY 07, 2026**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| **TOTALS** | | **22.50** | **$17,300.79** |

## CERTIFICATE OF SERVICE

I, Katherine A. Nixon, hereby certify that on Monday, May 18, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
| --- | --- | --- |
| **Via ECF**<br>Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |

*/s/ Katherine A. Nixon*
Katherine A. Nixon