**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

**DINSE P.C.'S MONTHLY FEE STATEMENT FOR APRIL 2026**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Dinse P.C. ("Dinse"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from April 1, 2026 to April 30, 2026 (the "Compensation Period") in the amount of $1,334.40 (80% of $1,668.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $0.00.

Dinse's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on Monday, June 1, 2026** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, Dinse will file a certificate of no objection with the Court and the Diocese will be authorized to pay Dinse the amounts described herein.

Dated:  May 18, 2026

*/s/ Nicole Andreson*
Nicole Andreson
**DINSE P.C.**
P.O. Box 988
209 Battery Street
Burlington, VT 05402-0988
(802) 864-5751
nandreson@dinse.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

Prepared with assistance from:

Dated:  May 18, 2026

*/s/ Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

**EXHIBIT A**



209 Battery Street
PO Box 988
Burlington, VT 05402

Roman Catholic Diocese of Burlington
Bishop John McDermott
55 Joy Drive
South Burlington, VT 05403

| | |
|---|---|
| Invoice Date: | May 07, 2026 |
| Invoice No.: | 248237 |
| Matter Number: | 12530.0049 |

Client:      Roman Catholic Diocese
Matter:      Bankruptcy Action

For professional services rendered through April 30, 2026

Currency: USD

| | |
|---|---|
| Fees | 1,668.00 |
| **Amount Due - This Invoice** | **$1,668.00** |
| Prior Balance | 1,144.00 |
| **Total Amount Due** | **$2,812.00** |

Please remit payment:

| Via Check | Via ACH | Via Credit Card / E-Check |
|---|---|---|
| Dinse P.C. | | Visit our online payment portal |
| PO Box 988 | | at our website |
| Burlington, VT 05402 | | https://dinse.com |



Email ar@dinse.com with
remittance information

Follow the link to
"Pay Your Bill"

Client: Roman Catholic Diocese      Invoice Date:      May 07, 2026
Matter: Bankruptcy Action      Invoice No.:      248237
     Matter Number:      12530.0049

**Time Detail**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/29/2026 | Sarah L Mitchell | Confirm name on title and review source deed with Molly Langan | 0.20 | 64.00 |
| 04/29/2026 | Molly K Langan | Review email from Katherine Nixon and attachments re: requested VEC easement over Michaud Manor. Work on title issues. | 0.90 | 522.00 |
| 04/30/2026 | Sarah L Mitchell | Review emails from Molly Langan re request for VTSOS corporate listing and lister's card with property information; Obtain same. | 0.30 | 96.00 |
| 04/30/2026 | Molly K Langan | Draft edits to VEC utility easement deed. Send to Katherine Nixon with explanatory transmittal. Review Katherine's comments. Work on revisions to easement deed. | 1.70 | 986.00 |
| **Total** | | | **3.10** | **$1,668.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Sarah L Mitchell | Paralegal | 0.50 | 320.00 | 160.00 |
| Molly K Langan | Partner | 2.60 | 580.00 | 1,508.00 |
| **Total** | | **3.10** | | **$1,668.00** |

**Invoice Summary**

| | This Invoice |
|------|------|
| Fees | $1,668.00 |
| Costs | $0.00 |
| Charges/Tax | $0.00 |
| **Total** | **$1,668.00** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|------|-------|-------|--------|----------|
| 1,144.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| **Total** | | | | **$1,144.00** |

**CERTIFICATE OF SERVICE**

I, Katherine A. Nixon, hereby certify that on Monday, May 18, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| **Via E-Mail** Roman Catholic Diocese of Burlington, Vermont Attn: Lorei Dawson 55 Joy Drive South Burlington, VT 05403 (e-mail address omitted) | **Via ECF** United States Trustee Attn: Lisa M. Penpraze Leo O'Brien Federal Building Room 620 Albany, NY 12207 Lisa.Penpraze@usdoj.gov | **Via ECF** Pachulski Stang Ziehl & Jones Attn: Brittany Mitchell Michael 780 Third Avenue 34th Floor New York, NY 10017 bmichael@pszjlaw.com |
|---|---|---|
| **Via ECF** Obuchowski Law Office Attn: Raymond J. Obuchowski 1542 Route 107 PO Box 60 Bethel, VT 05032 Ray@oeblaw.com | **Via ECF** Lemery Greisler LLC Attn: Paul A. Levine 677 Broadway, 8th Floor Albany, NY 12207 plevine@lemerygreisler.com | |

*/s/ Katherine A. Nixon*
Katherine A. Nixon