# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

## THE DIOCESE'S STATEMENT REGARDING COUNSELS' SIXTH INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES

I, Lorei Dawson, the Chief Financial Officer for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), which is the Debtor in the above-captioned Chapter 11 case, have reviewed the sixth interim applications for allowance of fees and expenses of Fredrikson & Byron, P.A. ($90,194.72), Dinse P.C. ($1,144.00), and Obuchowski Law Office ($2,712.50). The Diocese has no objection to the applications and consents to payment of the fees and expenses as described therein.

Dated: May 19, 2026

_____
Lorei Dawson
Chief Financial Officer
Roman Catholic Diocese of Burlington, Vermont