**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:

Roman  Catholic  Diocese  of  Burlington,
Vermont,[1]

Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

**NOTICE OF SIXTH INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND
EXPENSES UNDER DEFAULT PROCEDURE**

**SIXTH INTERIM APPLICATIONS FOR** allowance of fees and expenses for the period

of January 1, 2026 through March 31, 2026 have been filed in the above-referenced case as

follows:

1.  Fredrikson & Byron, P.A., as Chapter 11 counsel to the Roman Catholic
    Diocese of Burlington, Vermont (the "Diocese"), seeking a total of $78,600.50
    in fees and $11,594.22 in expenses (ECF No. 761);

2.  Dinse P.C., as special counsel to the Diocese, seeking a total of $1,144.00 in
    fees and $0.00 in expenses (ECF No. 762);

3.  Obuchowski Law Office, as local Chapter 11 counsel to the Diocese, seeking a
    total of $2,712.50 in fees and $0.00 in expenses (ECF No. 740);

4.  Pachulski Stang Ziehl & Jones, as counsel to the Official Committee of
    Unsecured Creditors (the "Committee"), seeking a total of $41,455.00 in fees
    and $2,838.00 in expenses (ECF No. 759);

5.  Lemery Greisler LLC, as local counsel to the Committee, seeking a total of
    $1,152.00 in fees and $0.00 in expenses (ECF No. 758); and

6.  Berkley Research Group, LLC, as financial advisor for the Committee, seeking
    a total of $8,720.80 in fees and $0.00 in expenses (ECF No. 760).[2]

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as
applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its
Employer Identification Number (EIN) is 03-0180730.

[2] This is Berkley Research Group, LLC's *fifth* interim application for allowance of fees and
expenses.

Copies of the applications can be accessed at the following link: https://case.stretto.com/dioceseofburlington/docket.

**IF YOU OPPOSE ANY OF THE APPLICATIONS**, you must file a written response with the Clerk of Court specifying your opposition to the respective application, **on or before 4:00 P.M. (prevailing Eastern time) on Tuesday, June 16, 2026**. If you file a written objection, you must also serve a copy of that written objection on the Diocese's attorneys, the United States trustee, and the Committee and its attorneys so that it is received on or before such date and time. Addresses for those parties are set forth below.

**IF A RESPONSE TO AN APPLICATION IS TIMELY FILED**, the Court will hold a hearing on the application(s) and any response at **11:00 A.M. (prevailing Eastern time) on Tuesday, June 23, 2026** by Zoomgov, unless the Court deems no hearing is necessary and enters an order prior to the time set for hearing.

If you choose to appear by Zoomgov, you must follow the process set forth in Appendix IX to the Court's Local Rules (available on the Court's website), including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at VTB_CRD@vtb.uscourts.gov or by telephone at (802) 657-6400.

**IF NO RESPONSE IS TIMELY FILED**, the Court **may** deem the applications unopposed and grant the applications without further hearing. Note: If an order has not been entered before the hearing date, the hearing shall proceed and the applicants must appear.

Dated:  May 19, 2026

*/s/ Katherine A. Nixon*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

3

## SERVICE ADDRESSES

| | | |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont c/o Fredrikson & Byron, P.A. Attn: Katherine A. Nixon 60 South Sixth Street Suite 1500 Minneapolis, MN  55402 knixon@fredlaw.com | United States Trustee Attn: Lisa M. Penpraze Leo O'Brien Federal Building Room 620 Albany, NY 12207 Lisa.Penpraze@usdoj.gov | Creditors' Committee c/o Pachulski Stang Ziehl & Jones Attn: Brittany Mitchell Michael 1700 Broadway, 36th Floor New York, NY 10019 bmichael@pszjlaw.com |
| Roman Catholic Diocese of Burlington, Vermont c/o Obuchowski Law Office Attn: Raymond J. Obuchowski 1542 Route 107 PO Box 60 Bethel, VT 05032 Ray@oeblaw.com | Creditors' Committee c/o Lemery Greisler LLC Attn: Paul A. Levine 677 Broadway, 8th Floor Albany, NY 12207 plevine@lemerygreisler.com | |