**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 24-10205 |
| THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, | Chapter 11 |
| Debtor. | Judge Heather Z. Cooper |

## NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE THAT (i) Paul Possinger and the law firm Proskauer Rose LLP hereby withdraw their appearance as counsel for Berkeley Research Group, LLC ("**BRG**") in the above-captioned Chapter 11 case and (ii) Timothy Karcher and the law firm Baker & McKenzie LLP ("**New Counsel**"), hereby ENTER their appearance as counsel for BRG, pursuant to section 1109(b) of Title 11 of the United States Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure.  Undersigned counsel from Paul Frank + Collins will continue to serve as local counsel to New Counsel.

PLEASE TAKE FURTHER NOTICE THAT New Counsel respectfully requests that all notices and/or pleadings issued or filed in the above-referenced bankruptcy case be forwarded to the undersigned:

Timothy Karcher
BAKER & McKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4100
Fax: (212) 310-1600
Email: timothy.karcher@bakermckenzie.com

1

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of any of the rights of BRG, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which BRG may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,                    Dated: May 27, 2026

PROSKAUER ROSE LLP                    PAUL FRANK + COLLINS P.C.

*/s/ Paul Possinger*                       */s/ Robert S. DiPalma*
Paul Possinger, Esq. (*pro hac vice*)      Robert S. DiPalma, Esq.
70 West Madison, Suite 3800               One Church Street, P.O. Box 1307
Chicago, IL 90067                         Burlington, VT 05402
Telephone: (312) 962-3550                 Telephone: (802) 658-2311
Fax: (312) 962-3551                       Fax: (802) 658-0042
Email: ppossinger@proskauer.com           Email: rdipalma@pfclaw.com

                                          -and-

                                          BAKER & McKENZIE LLP

                                          */s/ Timothy Karcher*
                                          Timothy Karcher, Esq. (*pro hac vice*)
                                          452 Fifth Avenue
                                          New York, NY 10018
                                          Telephone: (212) 626-4100
                                          Fax: (212) 310-1600
                                          Email: timothy.karcher@bakermckenzie.com

                                          *Counsel to Berkeley Research Group, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

Dated: May 27, 2026                    Respectfully submitted,

PAUL FRANK + COLLINS P.C.

*/s/ Robert S. DiPalma*
Robert S. DiPalma, Esq.

10697127_1:15987-00001