**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington,                          Case# 24-10205-*hzc*
Vermont,                                                                    Chapter 11

                     Debtor(s)

**SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 5/20/2026, I did cause a copy of the following documents, described below.

- JOINT MOTION TO FURTHER AMEND ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF [ECF #742]

- NOTICE OF JOINT MOTION TO FURTHER AMEND ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF [ECF #743]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A**.

DATED: 5/26/2026

                                                       */s/ Keny Contreras*
                                                       Keny Contreras
                                                       STRETTO
                                                       410 Exchange, Suite 100
                                                       Irvine, CA 92602
                                                       (714) 716-1912
                                                       TeamCDBV@stretto.com

# <u>Exhibit A</u>

=STRETTO

**Exhibit A**

Served Via First-Class Mail

| Name | Address | City | State | Zip |
|------|---------|------|-------|-----|
| INTEGRITY COMMUNICATIONS | 20 ATHENS DR | ESSEX JUNCTION | VT | 05452-3114 |
| J HUTCHINS INC | 1356 VT ROUTE 128 | WESTFORD | VT | 05494-9723 |