**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:
Roman Catholic Diocese of Burlington,
Vermont,

Case# 24-10205-*hzc*

Chapter 11

Debtor(s)

**SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 5/27/2026, I did cause a copy of the following documents, described below.

- JOINT MOTION TO FURTHER AMEND ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF [ECF #742]

- NOTICE OF JOINT MOTION TO FURTHER AMEND ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF [ECF #743]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to Sterling at 11800 Exit 5 Pkwy, Ste 120, Fishers, IN 46037-7989.

DATED: 5/29/2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1912
TeamCDBV@stretto.com