**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

---

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

    Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

---

**OBUCHOWSKI LAW OFFICE'S MONTHLY FEE STATEMENT**
**FOR MAY, 2026**

---

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (ECF No. 180, the "Compensation Order"), Obuchowski Law Office ("OLO"), as special counsel for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), files this monthly fee statement seeking compensation for reasonable and necessary services to the Diocese from MAY 1, 2026 to MAY 31, 2026 (the "Compensation Period") in the amount of $1,274.00 (80% of $1,592.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $54.00.

OLO's invoices for the Compensation Period, attached hereto as **Exhibit A**, show the individuals who provided services during the Compensation Period and their respective titles; their respective billing rates; the aggregate hours spent by each individual; a reasonably detailed breakdown of the expenses incurred (if any); and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or less (1/20).

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Any party in interest has until **4:00 p.m. (prevailing Eastern time) on June 18, 2026** to object to the requested fees and expenses in accordance with the procedures in the Compensation Order. If no objection is filed, OLO will file a certificate of no objection with the Court and the Diocese will be authorized to pay OLO the amounts described herein.

Dated:  June 1, 2026

/s/ *Raymond J. Obuchowski*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

**<u>EXHIBIT A</u>**

# Obuchowski Law Office
## PO Box 60, Route 107
## Bethel, VT 05032

Invoice submitted to:

Roman Catholic Diocese of Burlington
55 Joy Drive
South Burlington, VT 05403

June 1, 2026
In Reference To:      Financial Counseling
Invoice #      34921

### Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/6/2026 | RJO | Prepare April Monthly fee statement, with COS, file and serve per Order | 0.30 | 105.00 |
| 5/8/2026 | RJO | Prepare and file 6th interim application for OLO, with proposed order and COS, | 1.00 | 350.00 |
| | RJO | Conference with Kate to confirm fee app filing; and follow up on status, hearing for 5/19 | 0.15 | 52.50 |
| | RJO | Follow up to UST with LEDES information | 0.05 | 17.50 |
| 5/12/2026 | RJO | Review of docket entries for hearing for 5/19 | 0.05 | 17.50 |
| 5/14/2026 | RJO | Review of docket entries and Stretto COS | 0.05 | 17.50 |
| 5/15/2026 | RJO | Review of recent correspondence from Courtroom deputy and response on Case Management hearing for 5/19 | 0.05 | 17.50 |
| 5/18/2026 | RJO | Conference with Attorney  Kinsella for status hearing, and review of case | 0.50 | 175.00 |
| | RJO | Review of docket entries, pleadings, on Sale Motion with note on default; and follow up with Kate on new form | 0.10 | 35.00 |
| | RJO | Review of docket entries, pleadings on Certs of No objections (Lemery, Pachulski and BRG) | 0.05 | 17.50 |
| 5/19/2026 | RJO | Travel to Burlington for hearing and status conference (75 miles each way; 1.2 hrs each way - time split with another case) | 1.20 | 210.00 |
| | RJO | Hearing on Motion and follow up status conference with Court | 1.50 | 525.00 |
| 5/20/2026 | RJO | Review of docket entries, pleadings,on Lemery, Pachulski and BRG applications | 0.10 | 35.00 |
| 5/19/2026 | RJO | Calls to Lorei on Bar Harbor account from retainer and closing acct. | 0.05 | 17.50 |

**For professional services rendered**     **5.15   $1,592.50**
**Additional charges:**

| | | | Qty/Price | |
|---|---|---|---|---|
| 5/19/2026 | RJO | Travel to Burlington for hearing and status conference (75 miles each way; 1.2 hrs each way - time split with another case) | 75 0.72 | 54.00 |

**Total costs**     **$54.00**

**Total amount of this bill**     **$1,646.50**

*Page 4 of 6*

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Raymond J. Obuchowski | 5.15 | 309.22 | $1,592.50 |

### CERTIFICATE OF SERVICE

I, Raymond J. Obuchowski, hereby certify that on June 1, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via the method indicated below:

| | | |
|---|---|---|
| **Via E-Mail**<br>Roman Catholic Diocese of Burlington, Vermont<br>Attn: Lorei Dawson<br>55 Joy Drive<br>South Burlington, VT 05403<br>(e-mail address omitted) | **Via ECF**<br>United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov<br>Harrison.Strauss@usdoj.com | **Via ECF**<br>Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>bmichael@pszjlaw.com |
| **Via ECF**<br>James L. Baillie (*pro hac vice*)<br>Steven R. Kinsella (*pro hac vice*)<br>Samuel M. Andre (*pro hac vice*)<br>Katherine A. Nixon (*pro hac vice*)<br>**FREDRIKSON & BYRON, P.A.**<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-4400<br>(612) 492-7000<br>jbaillie@fredlaw.com<br>skinsella@fredlaw.com<br>sandre@fredlaw.com<br>knixon@fredlaw.com | **Via ECF**<br>Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |