Filed & Entered
On Docket
06/18/2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

IN RE:                                          )
                                                )
Roman Catholic Diocese of Burlington,           )        Case No.   24-10205-*hzc*
Vermont[1]                                       )        *Chapter 11 Case*
                    Debtor in Possession         )

**ORDER GRANTING SIXTH INTERIM APPLICATION OF OBUCHOWSKI LAW
OFFICE FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 VERMONT
(LOCAL) COUNSEL TO DEBTOR IN POSSESSION FOR THE PERIOD OF JANUARY
1, 2026 THROUGH MARCH 31, 2026 and AUTHORIZING PAYMENT**

**UPON CONSIDERATION** of the Sixth Interim Application of Obuchowski Law Office

for Allowance of Compensation and Reimbursement of Expenses as Vermont (Local) Counsel for

the Diocese for the period of January 1, 2026 to March 31, 2026 [ECF 740] ("OLO

Application"). The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii)

this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the

Application was provided pursuant to Local Rule 9013-4; and (v) notice of the Application was

sufficient under Bankruptcy Rule 2002(a)(6), Local Rule 2002-1, and the Court's

order establishing compensation procedures. [ECF 180] After due consideration, the Court

finds that the fees and expenses described in the Application are reasonable and constitute

actual and necessary fees and expenses. Therefore, for good cause shown, **IT IS HEREBY**

**ORDERED:**

---

1  In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's
address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-
0180730.

1.      Obuchowski Law Office's fees incurred between January 1, 2026 and March 31, 2026 in the amount of $2,712.50, and expenses in the amount of $0.00, for a total of $2,712.50 are **ALLOWED** on an interim basis.

2.      The Diocese (as defined in the OLO Application) as Debtor in Possession is **AUTHORIZED** to pay such allowed post-petition fees and expenses in the ordinary course.

3.      Obuchowski Law Office's fees and expenses allowed in the Order are granted administrative priority under 11 U.S.C. §503(b).

**SO ORDERED.**

June 18, 2026
Burlington, Vermont

                        Heather Z. Cooper
                        United States Bankruptcy Judge