# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

Case# 24-10205-*hzc*

Chapter 11

Debtor(s)

### SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 6/17/2026, I did cause a copy of the following documents, described below.

- MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 363(f) AUTHORIZING THE SALE OF THE DIOCESAN OFFICE FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS [ECF #751]

- NOTICE OF MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 363(f) AUTHORIZING THE SALE OF THE DIOCESAN OFFICE FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS – DEFAULT PROCEDURE [ECF #752]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to Integrity Communications at 20 Athens Dr, Essex Junction, VT 05452-3114.

DATED: 6/18/2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1912
TeamCDBV@stretto.com