**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
06/16/2026

_____

**In re:**

| | |
|---|---|
| **Roman Catholic Diocese** | **Case No. 24-10205** |
| **of Burlington, Vermont,** | **Chapter 11** |

**Debtor-in-Possession.**

_____

_Appearances_: Steven R. Kinsella, Esq., for the Debtor-in-Possession;
Raymond J. Obuchowski, Esq., local counsel for the Debtor-in-Possession;
Brittany Michael, Esq. for Committee of Unsecured Creditors;
Celeste E. Laramie, Esq., for Survivor Creditors;
Michael B. Fisher, Esq., for Interstate Fire & Casualty; and
Ryan M. Long, Esq. and James Moffitt, Esq., for Catalina Worthing Insurance,
Certain Underwriters Lloyd's London, River Stone Insurance UK Limited and
Tenecom, Ltd.

**ORDER**
**RECITING CASE STATUS AS OF CASE MANAGEMENT CONFERENCE, AND**
**IMPLEMENTING DECISIONS MADE AT CASE MANAGEMENT CONFERENCE**

The attorneys listed above participated in a case management conference, held at the U.S. Bankruptcy Court in Burlington, Vermont, pursuant to 11 U.S.C. § 105(d), on May 19, 2026. Based on the representations from counsel who wished to be heard at that conference, and the unique circumstances of this case, it was agreed that the debtor-in-possession (DIP) will proceed as set out below, to ensure the expeditious, effective, and economical use of chapter 11 in this case.

Initially, **THE COURT FINDS** the DIP has identified certain properties it seeks to liquidate to fund a plan of reorganization, the first of which has been approved by the Court [ECF 585] and is anticipated to close in June 2026. A separate motion to sell has been filed and set for hearing [ECF 751]. There remains some disagreement between the DIP and the Official Committee of Unsecured Creditors (the Committee) about certain property and accounts and whether they constitute property of the bankruptcy estate.

1

**THE COURT FURTHER FINDS** the DIP has provided extensive documentation to the Committee. According to the Committee, some document requests remain outstanding from the so-called "Diocese Enterprise Members" [ECF 226].[1] Nonetheless, the Committee has not yet commenced motion practice to compel production of documents from any Diocese Enterprise Members.

**THE COURT FURTHER FINDS** the status of certain components of the case to be as follows.

1.  **INSURANCE:** Potential insurance coverage for certain claims has been identified. Since the Court's last case management conference, various insurance companies have filed motions for their counsel to appear pro hac vice and many participated in the Case Management Conference. At this time, it is unclear whether litigation will be necessary to determine whether coverage exists and to what extent.

2.  **MEDIATION:** The DIP and the Committee engaged in a mediation process to distill if not resolve the issues between the parties. Despite their efforts, no resolution or distillation has occurred.

    While the Court denied the Joint Motion to Further Amend Order Referring Parties to Global Mediation, Appointing Mediators, and Granting Related Relief without prejudice [ECF 777], the Joint Motion concedes the order as originally entered by the Court contemplates insurance companies being included as "Mediation Parties," subject to proper notice [ECF 747 at ¶ 23; ECF 352, ¶ 2].

    Based upon the status of the case, it does not appear as though the case would benefit from continued mediation between the DIP and the Committee. It remains to be seen whether mediation between the DIP and the various insurance companies would be beneficial and whether additional time would be fruitful.

3.  **ADMINISTRATIVE EXPENSES:** The Court has serious concerns over the mounting administrative expenses and the DIP's ability to maintain payments. The DIP's latest operating report demonstrates the DIP is behind on the payment of approved administrative expenses [ECF 765]. As of the date of the Case Management Conference, the docket contained roughly 765 entries, 342 of which related to administrative fees and expenses.

    The DIP's Monthly Operating Reports do not overtly indicate a dedicated fund for the mounting administrative expenses associated with this case. At the Case Management Conference, the parties discussed an amendment to the Court's Compensation Order [ECF

---

[1] Diocese Enterprise Members are defined as an entity that is either the Debtor, a parish, a parish trust, a cemetery, or a Catholic-based service organization, such as Vermont Catholic Community Foundation, Priest Benefit Fund, Vermont Catholic Charities, Inc., or another organization operating within the region of the Diocese.

180] which culminated in a proposed Stipulation Regarding Compensation Procedures Order [ECF 780].  The Stipulation suspends the use of Monthly Fee Statements and payment of 80% of fees and 100% of expenses prior to the filing and approval of the Interim Fee Applications. The Stipulation further provides Interim Fee Applications will be filed in six-month intervals, with discretion on whether the intervals can be shorter or longer.

4.  **ANTICIPATED LITIGATION:** The parties anticipate litigation may become necessary to resolve insurance coverage related issues and the participation of the Diocese Enterprise Members but remain hopeful that a global resolution may be reached.

5.  **GENERAL TIMETABLE FOR THE CASE:** The timetable currently remains unclear.

6.  **A DEADLINE FOR FILING THE DISCLOSURE STATEMENT AND PLAN:** Exclusivity has expired. The Court anticipates a proposed plan, conversion, or dismissal as the case approaches the two-year anniversary of filing, September 30, 2026.

7.  **ISSUES WHICH MAY NEED TO BE RESOLVED PRIOR TO CONFIRMATION OF A PLAN:** Insurance coverage and third-party contributions to any proposed reorganization plan are necessary for confirmation of a plan.

8.  **SCHEDULE GOING FORWARD:** Based upon the foregoing, the Court sets the following Scheduling Order:

    1.  Should the Mediation Parties, specifically including insurance companies, determine an extension of time for mediation to be warranted and potentially fruitful, a motion requesting such relief shall be filed no later than June 26, 2026.

    2.  The DIP and Committee's Stipulation Regarding Compensation Procedures Order is **APPROVED.** However, to the extent that it purports to commit the Court to ruling on Interim Applications for Compensation in six (6) month intervals [¶ 2], the Court retains its discretion to determine what is appropriate and in the best interest of all parties.

    3.  The DIP shall file a separate Status Report detailing any payments made on Court approved administrative fees and expenses with each Monthly Operating Report, (1) detailing the cumulative amounts paid in addition to any payments made during the month preceding; and (2) identifying funds specifically available or earmarked for the payment of administrative fees and expenses, including but not limited to, professional fees and expenses.

    4.  Any anticipated litigation necessary prior to confirmation of a plan shall be commenced no later than September 1, 2026.

**On September 15, 2026 at 11:00 a.m.** counsel for the DIP and for any interested parties shall appear for a continued case management conference, at which the group will discuss whether this Chapter 11 case remains viable, whether trust in current management remains and

3

the filing of a disclosure statement and plan. The DIP shall file a proposed agenda and status report detailing developments and anticipated action no later than September 10, 2026, in anticipation of the continued case management conference. The date of the continued case management conference represents a good faith projection and may need to be adjusted as the circumstances of the case evolve.

**IT IS FURTHER ORDERED** this Order does not modify any statutory deadlines that preceded the dates set forth herein and does not preclude the United States trustee or any party in interest from filing a motion to convert or dismiss the case pursuant to 11 U.S.C. § 1112(b) or (e).

**The foregoing is SO ORDERED** pursuant to 11 U.S.C. §105(d)(2).

June 16, 2026
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

4

United States Bankruptcy Court

District of Vermont

| | |
|---|---|
| In re: | Case No. 24-10205-hzc |
| Roman Catholic Diocese of Burlington, Ve | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0210-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 16, 2026 | Form ID: pdf710 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | John E. Bucheit, Parker, Hudson, Rainer & Dobbs LLP, Two N. Riverside Plaza, Suite 1850, Chicago, IL 60606, UNITED STATES 60606-2647 |
| aty | + | Russell W Roten, Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Timothy K McMahon, Jr., Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Timothy Q. Karcher, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| intp | + | Catalina Worthing Insurance Ltd, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Certain Underwriters at Lloyd's London, c/o Ryan M. Long, Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Interstate Fire & Casualty Company, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | #+ | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |
| cr | + | Jane Doe, c/o Adam Prescott, Esq., 100 Middle St., P.O. Box 9729, Portland, ME 04101-4100 |
| intp | + | RiverStone Insurance UK Limited, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Tenecom Ltd., c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Jun 16 2026 19:29:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Dinse P.C. |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |
| cr | | Survivor CC094 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0210-2                                   User: admin                                         Page 2 of 4
Date Rcvd: Jun 16, 2026                               Form ID: pdf710                                      Total Noticed: 15

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Robert Prescott | on behalf of Creditor Jane Doe aprescott@bernsteinshur.com kflynn@bernsteinshur.com;sbaker@bernsteinshur.com;ekitchen@bernsteinshur.com;lunfricht@bernsteinshur.com |
| Alexander Jason LaRosa | on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com  chorigan@mskvt.com |
| Andre Denis Bouffard | on behalf of Interested Party Vermont Catholic Community Foundation  Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Catalina Sugayan | on behalf of Interested Party Catalina Worthing Insurance Ltd catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Tenecom Ltd. catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party RiverStone Insurance UK Limited catalina.sugayan@clydeco.us |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| David Michael Caves | on behalf of Interested Party Interstate Fire & Casualty Company dcaves@phrd.com |
| Elizabeth A. Glynn | on behalf of Creditor TD Bank  N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Harris Winsberg | on behalf of Interested Party Interstate Fire & Casualty Company hwinsberg@phrd.com  elyttle@phrd.com |
| Harrison E. Strauss | on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov |
| James Moffitt | on behalf of Interested Party Catalina Worthing Insurance Ltd james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party RiverStone Insurance UK Limited james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Tenecom Ltd. james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| Jeff Kahane | on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party RiverStone Insurance UK Limited jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party Tenecom Ltd. jkahane@skarzynski.com |
| Jeff Kahane | |

District/off: 0210-2                          User: admin                                    Page 3 of 4
Date Rcvd: Jun 16, 2026                       Form ID: pdf710                                 Total Noticed: 15

on behalf of Interested Party Catalina Worthing Insurance Ltd jkahane@skarzynski.com

Jeremy R Fischer

on behalf of Interested Party Rice Memorial High School jfischer@preti.com  mperry@preti.com

Jim Baillie

on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont jbaillie@fredlaw.com

Katherine Nixon

on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont knixon@fredlaw.com,
sstallings@fredlaw.com;docketing@fredlaw.com

Lisa M Penpraze

on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Matthew Michael Weiss

on behalf of Interested Party Interstate Fire & Casualty Company mweiss@phrd.com

Michael Bryan Fisher

on behalf of Interested Party Interstate Fire & Casualty Company fisher@mbfisherlaw.com
fisher.michaelb.r81669@notify.bestcase.com

Paul A Levine

on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com  phartl@lemerygreisler.com

Paul A Levine

on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com
phartl@lemerygreisler.com

Raymond J Obuchowski

on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont ray@oeblaw.com, marie@oeblaw.com

Robert S DiPalma

on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com

Russell W. Roten

on behalf of Interested Party RiverStone Insurance UK Limited rroten@skarzynski.com

Russell W. Roten

on behalf of Interested Party Catalina Worthing Insurance Ltd rroten@skarzynski.com

Russell W. Roten

on behalf of Interested Party Tenecom Ltd. rroten@skarzynski.com

Ryan M. Long

on behalf of Interested Party RiverStone Insurance UK Limited rlong@primmer.com

Ryan M. Long

on behalf of Interested Party Catalina Worthing Insurance Ltd rlong@primmer.com

Ryan M. Long

on behalf of Interested Party Tenecom Ltd. rlong@primmer.com

Ryan M. Long

on behalf of Interested Party Certain Underwriters at Lloyd's London rlong@primmer.com

Samuel Andre

on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont sandre@fredlaw.com,
docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com

Steven Robert Kinsella

on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont skinsella@fredlaw.com,
sstallings@fredlaw.com;docketing@fredlaw.com

Timothy Evanston

on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com

Timothy Evanston

on behalf of Interested Party Catalina Worthing Insurance Ltd tevanston@skarzynski.com

Timothy Evanston

on behalf of Interested Party RiverStone Insurance UK Limited tevanston@skarzynski.com

Timothy Evanston

on behalf of Interested Party Tenecom Ltd. tevanston@skarzynski.com

Timothy K. McMahon, Jr.

on behalf of Interested Party RiverStone Insurance UK Limited tmcmahon@skarzynski.com

Timothy K. McMahon, Jr.

on behalf of Interested Party Tenecom Ltd. tmcmahon@skarzynski.com

Timothy K. McMahon, Jr.

District/off: 0210-2                                    User: admin                                          Page 4 of 4
Date Rcvd: Jun 16, 2026                                 Form ID: pdf710                                      Total Noticed: 15

on behalf of Interested Party Catalina Worthing Insurance Ltd tmcmahon@skarzynski.com

Todd C. Jacobs

on behalf of Interested Party Interstate Fire & Casualty Company tjacobs@phrd.com

U S Trustee

ustpregion02.vt.ecf@usdoj.gov

TOTAL: 50