**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

---

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

      Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

---

**NOTICE OF RENEWED MOTION TO FURTHER AMEND ORDER REFERRING
PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING
RELATED RELIEF**

---

**A RENEWED MOTION FOR** entry of an order to further amend the Court's prior mediation order was filed on Wednesday, June 24, 2026, by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), through its attorneys, Fredrikson & Byron, P.A. (ECF No. 805.) An electronic copy of the motion can be accessed at the following link: https://case.stretto.com/dioceseofburlington/docket.

**IF YOU OPPOSE THE MOTION,** you must file a written response with the Clerk of Court specifying your opposition to the motion, **on or before 4:00 P.M. (prevailing Eastern time) on Wednesday, July 1, 2026**. If you file a written response, you must also serve a copy of that written response on the Diocese's attorneys, the United States trustee, and the Official Committee of Unsecured Creditors and its attorneys so that it is received on or before such date and time. Addresses for those parties are set forth below. **The Court will set a hearing on the motion if it determines one is necessary.**

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Dated:  June 24, 2026

*/s/ Steven R. Kinsella*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

## SERVICE ADDRESSES

| | | |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Fredrikson & Byron, P.A.<br>Attn: Katherine A. Nixon<br>60 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402<br>knixon@fredlaw.com | United States Trustee<br>Attn: Lisa M. Penpraze<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>Lisa.Penpraze@usdoj.gov | Creditors' Committee<br>c/o Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | Creditors' Committee<br>c/o Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |