## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

---

In re:

Roman Catholic Diocese of Burlington, Vermont,

        Debtor.

Case No.: 24-10205-HZC

Chapter 11 Case

---

## INTERSTATE'S JOINDER TO DEBTOR'S RENEWED MOTION TO FURTHER AMEND ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF

---

Interstate Fire & Casualty Company ("Interstate"), by and through the undersigned counsel, hereby joins the above-named debtor's (the "Debtor") *Renewed Motion to Further Amend Order Referring Parties to Global Mediation, Appointing Mediators, and Granting Related Relief* [Dkt. No. 805] (the "Motion") and specifically states its support for the parties to engage in mediation of the issues in this bankruptcy case. Notwithstanding the filing of this Joinder, Interstate lacks sufficient knowledge regarding some of the representations made in the Motion, and this Joinder should not be construed as Interstate's agreement with all of the representations made therein.

Dated: June 25, 2026

By: /s/ *Harris B. Winsberg*
Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com

*- and -*

PARKER, HUDSON, RAINER & DOBBS LLP

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 417-3306
Facsimile: (404) 522-8409
tjacobs@phrd.com
jbucheit@phrd.com

*- and –*

FISHER LAW OFFICES, PLLC

Michael B. Fisher
45 Lyme Road, Suite 205
Hanover, New Hampshire 03755
Telephone: (603) 643-1313
fisher@mbfisherlaw.com

*Counsel for Interstate Fire & Casualty Company*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 25, 2026, a copy of the foregoing document has been

filed with the Clerk of Court using the CM/ECF system, which sends notification of such filings

to the following registered participants:

| | | |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont c/o Fredrikson & Byron, P.A. Attn: Samuel M. Andre 60 South Sixth Street Suite 1500 Minneapolis, MN  55402 sandre@fredlaw.com | United States Trustee Attn: Lisa M. Penpraze Leo O'Brien Federal Building Room 620 Albany, NY 12207 Lisa.Penpraze@usdoj.gov | Creditors' Committee c/o Pachulski Stang Ziehl & Jones Attn: Brittany Mitchell Michael 1700 Broadway, 36th Floor New York, NY 10019 bmichael@pszjlaw.com |
| Roman Catholic Diocese of Burlington, Vermont c/o Obuchowski Law Office Attn: Raymond J. Obuchowski 1542 Route 107 PO Box 60 Bethel, VT 05032 Ray@oeblaw.com | Creditors' Committee c/o Lemery Greisler LLC Attn: Paul A. Levine 677 Broadway, 8th Floor Albany, NY 12207 plevine@lemerygreisler.com | London Market Insurers c/o Timothy K. McMahon, Jr. Skarzynski Marick & Black LLP 333 S. Grand Ave., Suite 3550 Los Angeles, CA 90071 tmcmahon@skarzynski.com |
| London Market Insurers c/o Ryan M. Long, Esq. Primmer Piper Eggleston & Cramer PC P.O. Box 1489 Burlington, VT 05402 rlong@primmer.com | London Market Insurers c/o Catalina Sugayan & James J. Moffitt Clyde & Co US LLP 30 S Wacker Drive, Suite 2600 Chicago, IL 60606 Catalina.Sugayan@clydeco.us James.Moffitt@clydeco.us | |