**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**



Filed & Entered
On Docket
07/01/2026

In re:                                           )
                                                 )
    ROMAN CATHOLIC DIOCESE  )      **Case No. 24-10205**
    OF BURLINGTON, VERMONT,  )      **Chapter 11**
    Debtor.                 )

## ORDER SETTING DEADLINES FOR SUPPLEMENTAL BRIEFING

On June 13, 2025, the Court issued an Order Referring Parties to Global Mediation, Appointing Mediators, and Granting Related Relief (the Mediation Order).[1] Several mediation sessions were conducted, but no global resolution was reached.[2]

On June 24, 2026, Debtor filed a Renewed Motion to Further Amend Order Referring Parties to Global Mediation, Appointing Mediators, and Granting Related Relief (the Renewed Motion).[3] The Renewed Motion asks to extend the mediation deadline to September 15, 2026. This would allow the participation of insurers that were not active in this case when mediation last concluded. One such insurer (Interstate Fire & Casualty Company) filed a joinder "specifically stat[ing] its support for the parties to engage in mediation of the issues in this bankruptcy case."[4]

The Official Committee of Unsecured Creditors (the Committee) likewise filed a joinder, largely consenting to the relief requested by the Renewed Motion.[5] The Committee's filing also includes a Motion to Include Diocesan Parishes and High Schools as Mediation Parties (the Motion to Include).[6] The Committee has identified numerous parishes and parochial schools (the Operating Divisions) that allegedly operate within the Diocese's hierarchical structure, attached as Exhibit A to its Motion to Include.[7]

The Mediation Order defined Mediation Parties to include "[a]ny other person or entity that the Mediators or Mediation Parties determine is necessary or appropriate for mediation, subject to proper

---

[1] ECF 352.

[2] *See* ECF 742 at 3-4 ¶¶ 9-19.

[3] ECF 805.

[4] ECF 807.

[5] The only difference is that the Committee's Joinder seeks to extend the mediation deadline to September 30, 2026.

[6] ECF 808.

[7] The list of Operating Divisions is also attached to this Order for the convenience of the Parties.

notice."[8] The Committee submits that this definition includes the Operating Divisions, and they should therefore be added as Mediation Parties.[9] However, the record is not clear whether the Operating Divisions have been given "proper notice" as required by the Mediation Order. The Motion to Include did not include a Notice of Motion and the Certificate of Service attached to the Motion to Include did not indicate any of the Operating Divisions were given notice of the Motion to Include.

Therefore, **IT IS HEREBY ORDERED** that:

1. On or before **5:00 p.m.** on **July 6, 2026**, the Committee shall file either:

   a. Proof that the Committee has served the Operating Divisions with individualized notice of the Motion to Include;[10] or

   b. A supplemental brief explaining why the Operating Divisions are not entitled to individualized notice;

2. Any party that wishes to be heard on this issue may file a supplemental brief explaining its position on or before **12:00 p.m.** on **July 9, 2026**; and

3. The relief requested in the Motion to Include will be considered at the virtual hearing on **July 10, 2026.**

**SO ORDERED.**

July 1, 2026
Burlington, Vermont

_____
Heather Z. Cooper
United States Bankruptcy Judge

---

[8] ECF 352 at 2 ¶ 2(e).

[9] ECF 808 at 8 ¶ 21.

[10] For the purposes of this Order, the Committee may serve notice of the Motion to Include on the Operating Divisions by e-mail.

**Exhibit A**

Schedule of Operating Divisions

- Christ The King - St. Anthony Parish (includes St. Anthony in Burlington and Latin Mass Chaplaincy in Burlington), Burlington
- St. Joseph Co-Cathedral, Burlington
- St. Mark Parish Charitable Trust, Burlington
- St. Ambrose Church, Bristol
- St. Mary Church, Cambridge
- Our Lady of Mt. Carmel Church, Charlotte
- Our Lady of Grace Parish Charitable Trust, Colchester
- St. Pius X Church, Essex Junction
- Holy Family - St. Lawrence Parish (includes St. Lawrence in Essex Junction), Essex Junction
- St. Jude Church, Hinesburg
- Holy Cross Parish Charitable Trust, Colchester
- St. Ann Parish, Milton
- Our Lady of the Holy Rosary Parish, Richmond
- St. Catherine of Siena, Shelburne
- St. John Vianney Church, South Burlington
- Our Lady of the Lake Parish Charitable Trust (includes St. Amadeus in Alburgh, St. Rose of Lima in South Hero, St. Joseph in Isle la Motte , St. Joseph in Gand Isle, and St. Benedict Labre in North Hero), South Hero
- St. Thomas Parish Charitable Trust, Underhill Center
- St. Peter Parish Charitable Trust, Vergennes
- Immaculate Heart of Mary Parish Charitable Trust, Williston
- St. Francis Xavier (includes St. Stephen Parish in Winooski), Winooski
- St. Charles Parish Charitable Trust, Bellows Falls
- Our Lady of the Valley Parish Charitable Trust (includes Our Lady of the Angels in Randolph and St. Anthony in Bethel), Randolph
- St. Michael Roman Catholic Church, Brattleboro
- Holy Name of Mary Parish, Proctorsville c/o Ludlow
- Our Lady of Mercy (includes Our Lady of the Valley in Townshend, Chapel of the Snows in Stratton Mountain, and St. Edmund in Saxtons River .  OL Mercy Rectory Sold by Parish), Putney
- Holy Family Parish Charitable Trust (includes St. Joseph Parish in Chester and St. Joseph's Chapel in Londonderry . St. Joseph Rectory and Hall Sold by Parish), Springfield
- St. Anthony's Parish Charitable Trust, White River

3

- Our Lady Fatima, Wilmington
- St. Francis of Assisi Parish Charitable Trust, Windsor
- Our Lady of the Snows (includes Our Lady of the Mountain in Killington), Woodstock
- Christ Our Savior Parish (includes St. Margaret Mary in Arlington and St. Jerome in East Dorset), Manchester Center
- St. John the Baptist Parish, North Bennington
- St. Joachim Parish (includes St. John Bosco in Stamford), Readsboro
- Sacred Heart St. Francis De Sales (includes Our Lady of Lourdes in North Pownal), Bennington
- St. Monica Parish (includes 407 St. Sylvester in Graniteville and 421 St. Cecilia-St. Frances Cabrini in East Barre), Barre
- Our Lady of Perpetual Help (Part of the Upper Valley Parishes), Bradford
- St. Francis of Assisi (Part of the Upper Valley Parishes), Norwich
- Our Lady of Light (Part of the Upper Valley Parishes), South Strafford
- St. Eugene (Part of the Upper Valley Parishes), Wells River
- Mary Queen of All Saints (includes St. Michael in Greensboro Bend and Our Lady Fatima in Craftsbury), Hardwick
- St. Augustine Parish, Montpelier
- The Most Holy Name of Jesus Parish (includes St. Teresa in Hyde Park , St. Gabriel in Eden , and St. John the Apostle in Johnson), Morrisville
- St. John the Evangelist Parish Charitable Trust, Northfield
- Blessed Sacrament Catholic Church - Parish Charitable Trust, Stowe
- Our Lady of the Snow and St. Patrick's Parish Charitable Trust (includes Our Lady of the Snow in Waitsfield and St. Patrick in Moretown), Waitsfield & Moretown
- St. Andrew Parish Charitable Trust, Waterbury
- Most Holy Trinity Parish (includes St. Paul in Barton, St. Theresa in Orleans, and St. John Vianney in Irasburg), Barton
- Mater Dei Parish Charitable Trust (includes St. Mary Star of the Sea in Newport, St. Edward the Confessor in Derby Line, St. James the Greater in Island Pond, St. Bernard in Norton , and St. Benedict in West Charleston), Derby Line
- Corpus Christi Parish (includes St. John the Evangelist in St. Johnsbury, St. Elizabeth in Lyndonville, Our Lady Queen of Peace in Danville, St. Leo in Lunenburg , and St. Theresa in Gilman), St. Johnsbury
- St. Andre Bessette Parish Charitable Trust (includes Sacred Heart of Jesus in Troy church (Not Closed), St. Ignatius in Lowell , and St. Vincent de Paul in North Troy), Troy
- St. Mary Parish Charitable Trust, Brandon
- St. Bernadette and St. Genevieve Parish Charitable Trust, Bridport c/o Middlebury
- St. John the Baptist Parish Charitable Trust, Castleton
- Our Lady of Seven Dolors Parish Charitable Trust, Fair Haven

- Annunciation of the Blessed Virgin Mary Charitable Trust (includes Holy Name of Mary in Proctorsville), Ludlow
- Assumption of the Blessed Virgin Mary (St. Mary's) Parish Charitable Trust, Middlebury
- St. Frances Cabrini Parish Charitable Trust, West Pawlet
- St. Paul Parish Charitable Trust, Orwell c/o Castleton
- St. Alphonsus (includes St. Robert in Chittenden), Pittsford
- St. Raphael Parish (includes St. Anne Church in Middletown), Poultney
- St. Dominic Parish Charitable Trust, Proctor
- Christ the King Church (includes Immaculate Heart of Mary in Rutland), Rutland
- St. Peter, Rutland
- St. Patrick Parish, Wallingford
- St. Bridget Parish Charitable Trust, West Rutland
- St. Stanislaus Kostka Parish Charitable Trust, West Rutland
- St. John the Baptist, Enosburg
- St. Luke Charitable Trust, Fairfax
- St. Patrick Parish, Fairfield
- St. Isidore Parish Charitable Trust, Montgomery c/o Richford
- All Saints Charitable Trust, Richford
- Our Lady of Lourdes Parish Charitable Trust, East Berkshire
- Immaculate Conception Parish (includes Holy Angels in St. Albans and St. Mary's in St. Albans), St. Albans
- Ascension Parish Charitable Trust, Georgia c/o Fairfax
- St. Anthony Parish Charitable Trust, Sheldon Springs
- St. Mary's, Franklin
- Church of the Nativity - St. Louis Parish (includes St. Louis in Highgate Center), Swanton
- St. Anthony St. George Parish, Fairfield
- Christ The King School, Burlington
- St. Francis Xavier, Winooski
- St. Michael School, Brattleboro
- Sacred Heart School, Bennington
- St. Monica - St. Michael School, Barre
- St. Paul's Catholic School (part of Most Holy Trinity Parish), Barton
- Christ The King School, Rutland
- Good Shepherd Catholic School, St. Johnsbury
- St. Therese Digital Academy, Burlington
- Rice Memorial High School, Burlington
- Mount St. Joseph High School, Rutland