**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re: | |
| Roman Catholic Diocese of Burlington, | Case# 24-10205-*hzc* |
| Vermont, | Chapter 11 |
| Debtor(s) | |

**SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 6/30/2026, I did cause a copy of the following documents, described below.

- MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 363(f) AUTHORIZING THE SALE OF THE DIOCESAN OFFICE FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS [ECF #751]

- NOTICE OF MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 363(f) AUTHORIZING THE SALE OF THE DIOCESAN OFFICE FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS – DEFAULT PROCEDURE [ECF #752]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto as **Exhibit A**.

DATED: 7/2/2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1912
TeamCDBV@stretto.com

# <u>Exhibit A</u>

**Exhibit A**

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| J HUTCHINS INC | 1356 VT ROUTE 128 | | WESTFORD | VT | 05494-9723 |
| STERLING | 11800 EXIT 5 PKWY | STE 120 | FISHERS | IN | 46037-7989 |

In re: Roman Catholic Diocese of Burlington, Vermont
Case No. 24-10205 (HZC)

Page 1 of 1