**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

Case No.: Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

**ORDER UNDER 11 U.S.C. § 363(b) AUTHORIZING THE DIOCESE TO LEASE REAL PROPERTY FOR OPERATIONS**

This matter came before the Court on the *Motion for Entry of an Order Under 11 U.S.C. § 363(b) Authorizing the Diocese to Lease Real Property for Operations* (ECF No. 813, the "Motion") filed by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), the Affidavit of Bishop John J. McDermott (ECF No. 13), and the statements of counsel and evidence adduced with respect to the Motion at the hearing on Friday, July 24, 2026 (the "Hearing"). The Court finds that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) due and proper notice of the Motion was provided pursuant to Local Rule 9013-4; (v) notice of the Motion and the Hearing was sufficient under the circumstances; and (vi) there is good cause to waive the 14-day stay imposed by Bankruptcy Rule 6004(h) to the extent it is applicable. After due consideration, the Court finds that the relief, as requested in the Motion is in the best interests of the Diocese, its estate, and its creditors. Therefore, for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth in this Order. All terms not specifically defined herein have the meaning provided in the Motion.

2.      The Diocese is authorized to perform under the leases attached to the Motion as **Exhibits A, B, and C**. The terms of the leases are fair and reasonable and in the best interest of the bankruptcy estate and its creditors.

3.      The Diocese is authorized to take all other actions and execute and deliver additional documents or instruments as necessary to effectuate the terms of the leases and performance thereunder.

4.      The Diocese is further authorized to take any and all actions necessary to implement the provisions of this Order.

5.      Notwithstanding Bankruptcy Rule 6004(h), this Order is deemed effective and immediately enforceable upon its entry.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and interpretation of this Order.

Rutland, Vermont

_____

Heather Z. Cooper
United States Bankruptcy Judge