**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,[1]

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

**NOTICE OF HEARING ON MOTION FOR ENTRY OF AN ORDER UNDER
11 U.S.C. § 363(b) AUTHORIZING THE DIOCESE TO LEASE REAL PROPERTY FOR
OPERATIONS – CONVENTIONAL PROCEDURE**

**A MOTION FOR** entry of an order authorizing the Roman Catholic Diocese of Burlington, Vermont (the "Diocese") to lease certain real property for operations was filed on July 2, 2026, by the Diocese (ECF No. 813.) An electronic copy of the motion can be accessed at the following link: https://case.stretto.com/dioceseofburlington/docket.

**A HEARING ON THE MOTION** and any responses **will be held** at **11:00 A.M. (prevailing Eastern time)** on **Friday, July 24, 2026** by Zoomgov. If you choose to appear by Zoomgov, you must follow the process set forth in Appendix IX to the Court's Local Rules (available on the Court's website), including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at VTB_CRD@vtb.uscourts.gov  or by telephone at (802) 657-6400.

**IF YOU OPPOSE THE MOTION**, you are encouraged to file a written response with the Clerk of Court specifying your opposition to the motion, **on or before 4:00 P.M. (prevailing Eastern time) on Monday, July 20, 2026.** If you file a written response, you must also serve a

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

copy of that written response on the attorneys for the Diocese, the attorneys for the Official

Committee of Unsecured Creditors, as well as the Office of the United States Trustee so that it is

received on or before such date and time. Addresses for those parties are set forth below.

Dated:  July 2, 2026

*/s/ Steven R. Kinsella*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
DIOCESE OF BURLINGTON, VERMONT**

2

## SERVICE ADDRESSES

| | | |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont c/o Fredrikson & Byron, P.A. Attn: Katherine A. Nixon 60 South Sixth Street Suite 1500 Minneapolis, MN  55402 knixon@fredlaw.com | United States Trustee Attn: Harrison Strauss Leo O'Brien Federal Building Room 620 Albany, NY 12207 harrison.strauss@usdoj.gov | Creditors' Committee c/o Pachulski Stang Ziehl & Jones Attn: Brittany Mitchell Michael 1700 Broadway, 36th Floor New York, NY 10019 bmichael@pszjlaw.com |
| Roman Catholic Diocese of Burlington, Vermont c/o Obuchowski Law Office Attn: Raymond J. Obuchowski 1542 Route 107 PO Box 60 Bethel, VT 05032 Ray@oeblaw.com | Creditors' Committee c/o Lemery Greisler LLC Attn: Paul A. Levine 677 Broadway, 8th Floor Albany, NY 12207 plevine@lemerygreisler.com | |