UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-----------------------------------------------------------------
In re:

    ROMAN CATHOLIC DIOCESE OF           **Case No. 24-10205**
    BURLINGTON VERMONT,              **Chapter 11**

             Debtor.
-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify and declare, under penalty of perjury, that on July 6, 2026, I mailed, by the United States Postal Service, and electronically mailed, the Supplemental Brief of the Official Committee of Unsecured Creditors Respecting its Joinder to the Debtor's Renewed Motion to Further Amend Order Referring Parties to Global Mediation, Appointing Mediators, and Granting Related Relief, and Motion to Include Diocesan Parishes and High Schools as Mediation Parties with Exhibits "A" – "E" to the following party:

**Kaveh S. Shahi, Esq.**
Gfeller Laurie LLP
110 Merchants Row, Suite 3
Rutland, Vermont 05701
kshahi@gllawgroup.com

Dated: July 6, 2026                              */s/Isabella Kokoszko*
                                         Isabella Kokoszko