**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

In re:

ROMAN CATHOLIC DIOCESE OF
BURLINGTON, VERMONT,

Debtor.

Chapter 11
Case No. 24-10205-HCZ

**RICE MEMORIAL HIGH SCHOOL'S RESPONSE AND RESERVATION OF
RIGHTS RELATED TO OFFICIAL COMMITTEE'S JOINDER
IN RENEWED MEDIATION MOTION**

Pursuant to this Court's *Order Setting Deadlines for Supplemental Briefing* [Dkt. No. 810], Rice Memorial High School ("RMHS") hereby files this response and reservation of rights related to the allegations contained in the *Joinder of the Official Committee of Unsecured Creditors to the Debtor's Renewed Motion to Further Amend Order Referring Parties to Global Mediation and Motion to Include Diocesan Parishes and High Schools as Mediation Parties* [Dkt. No. 808] (the "Committee Joinder"), as follows:

1.      While most of the allegations in the Committee Joinder relate to the Parish Trusts (as defined therein), a few of the allegations relate to RMHS.

2.      It is unfortunate that the Committee has chosen to include RMHS in its public litigation threats.  Those threats have resulted in unnecessary concern related to the RMHS community as summer recess begins and the next academic year approaches.

3.      RMHS has been, and remains, available to discuss any and all issues with the Committee and the Diocese, either with or without the assistance of a mediator.  To the extent that the Committee instead chooses a path of litigation, RMHS reserves its right to respond to

25800918.1

the Committee's allegations more fully at that time, but is hopeful that this will not be the path

for resolution.

Respectfully submitted,

Dated: July 9, 2026                    /s/ Jeremy R. Fischer
                                       Jeremy R. Fischer
                                       **PRETI FLAHERTY**
                                       One City Center
                                       Portland, Maine 04101
                                       (207) 791-3000
                                       jfischer@preti.com

                                       *Counsel to Rice Memorial High School*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served via this Court's

CM/ECF system on all parties requesting  CM/ECF notice in this case.

Dated: July 9, 2026                    /s/ Jeremy R. Fischer

25800918.1