**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 363(f) AUTHORIZING THE SALE OF RICE MEMORIAL HIGH SCHOOL FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS**

**PLEASE TAKE NOTICE** that the Roman Catholic Diocese of Burlington, Vermont hereby withdraws the *Motion for Entry of an Order Under 11 U.S.C. § 363(f) Authorizing the Sale of Rice Memorial High School Free and Clear of All Liens, Claims, and Interests* (ECF No. 824).

Dated: July 15, 2026

*/s/ Steven R. Kinsella*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**