UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
----------------------------------------------------------------
In re:

    ROMAN CATHOLIC DIOCESE OF            **Case No. 24-10205**
    BURLINGTON VERMONT,                  **Chapter 11**

               Debtor.
----------------------------------------------------------------

### CERTIFICATE OF SERVICE

    I hereby certify and declare under penalty of perjury that on **July 14, 2026**, I mailed copies of the following:

1. Joinder of the Official Committee of Unsecured Creditors to the Debtor's Renewed Motion to Further Amend Order Referring Parties to Global Mediation and Motion to Include Diocesan Parishes and High Schools as Mediation Parties; and

2. Order Directing Service and Providing Notice of the Official Committee of Unsecured Creditors' Joinder to the Debtor's Renewed Motion to Further Amend Order Referring Parties to Global Mediation, Appointing Mediators, And Granting Related Relief, and Motion to Include Diocesan Parishes and High Schools as Mediation Parties

by first class mail, postage prepaid, to the parties on the attached Exhibit "A."


Dated:  July 16, 2026                  /s/Donna M. Hoag
                                 Donna M. Hoag

# EXHIBIT "A"

Fr. Justin Baker
Christ The King -
St. Anthony Parish
305 Flynn Ave
Burlington VT 05401

Bishop John J. McDermott
St. Joseph Co-Cathedral, Burlington
113 Elmwood Ave
Burlington, VT 05401

Fr. Steven Marchand
St. Ambrose Church, Bristol
11 School Street
Bristol, VT 05443

Rev. Domenico Pizzonia
St. Mary Church, Cambridge
312 North Main St.
Cambridge, VT 05444

Rev. James Zuccaro
Our Lady of Mt. Carmel Church
2894 Spear St., P.O. Box 158
Charlotte, Vermont  05445

Rev. Dallas St. Peter
Assistant Priest Rev. Thomas Mattison
Our Lady of Grace Parish Charitable Trust
784 Main Street
Colchester, VT 05446

Rev. Charles Ranges, S.S.E.
Holy Family - St. Lawrence Parish
158 West St.
Essex Junction, VT 05452

Father John Muir
Pastor Rev. James Zuccaro
10759 Rte. 116 - P.O. Box 69
Hinesburg, VT  05461

Rev. Dallas St. Peter
Assistant Priest Rev. Thomas Mattison
Our Lady of Grace Parish Charitable Trust
784 Main Street
Colchester, VT 05446

Rev. Dallas St. Peter
Assistant Priest Rev. Thomas Mattison
Our Lady of Grace Parish Charitable Trust
800 Main Street
Colchester, VT 05446

Pastor: Rev. Charles Ranges, S.S.E.
St. Pius X Church
20 Jericho Rd.
Essex, VT 05452

Rev. Charles Ranges, S.S.E.
Holy Family - St. Lawrence Parish
36 Lincoln St.
Essex Junction, VT 05452

Father Dallas St. Peter
Fr. Thomas Mattison
Holy Cross Parish Charitable Trust
416 Church Road
Colchester, VT  05446

Fr. Curtis  Miller
St. Ann Parish
41 Main Street, P.O. Box 1
Milton, VT  05468

Fr. Rod Oliver Saligan
Our Lade of the Holy Rosary Parish
64 West Main Street
P.O. Box 243
Richmond, VT  05477

Rev. Dwight H. Baker
St. Catherin of Siena
72 Church Street, P.O. Box 70
Shelburne, VT  05482

Fr. Timothy Naples
St. John Vianney Church
160 Hinesburg Road
South Burlington, VT  05403

Fr. Joseph Sanderson/Deason Phil Lawson
Our Lade of the Lake Parish Charitable Trust
501 US Route 2
South Hero, VT  05486

Rev. Domenico Pizzonia
St. Thomas Parish Charitable Trust
6 Green Street
Underhill Center, VT  05490-0003

Fr. Steven Marchand
St. Peter Parish Charitable Trust
85 South Maple St.
P.O. Box 324
Vergennes, VT  05491

{LG 00961173 1 }

Father Rod Oliver Saligan
Immaculate Heart of Mary Parish Charitable Trust
7415 Williston Road, P.O. Box 1047
Williston, VT  05495

Reverend Yvon Royer
Monsignor Richard G. Lavalley
St. Francis Xavier
3 Saint Peter Street
Winooski, VT  05404

Rev. Fr. Victor Cruz, HGN
St. Charles Parish Charitable Trust
31 Cherry Hill Street
Bellows Falls, VT  05101

Rev. Robert Murphy
Our Lady of the Valley Parish Charitable Trust
43 Hebard Hill Road
Randolph, VT  05060

Father Henry Furman
St. Michael Roman Catholic Church
47 Walnut Street
Brattleboro, VT  05301

Father Thomas Mosher
Holy Name of Parish
Proctorsville c/o Ludlow
7 Depot Street
Ludlow, VT  05419

Rev. Fr. Victor Cruz, HGN
Our Lady of Mercy
31 Cherry Hill
St. Bellow Falls, VT  05101

Fr. "Larry" Rogelio Organiza
Holy Family Parish Charitable Trust
10 Pleasant Street
Springfield, VT  05156

Fr. Cyrain G. Cauenas
St. Anthony's Parish Charitable Trust
15 Church Street
White River Junction, VT  05001

Rev. Kevin Chalifoux
Our Lady Fatima
9 E. Main St.
Wilmington, VT  05363

Rev. Fr. Cyrain G. Caubenas
St. Francis of Assisi Parish Charitable  Trust
28 Union St.
Windsor, VT 05089

Rev. Michael Augustinowitz
Our Lady of the Snows
7 South Street, P.O. Box 397
Woodstock, VT  05091

Reverend William Beaudin
Christ our Savier Parish
398 Bonnet St.
Manchester Center, VT  05255

Father Kevin Russeau, C.S.C.
St. John the Baptist Parish
3 Houghton St.
North Bennington, VT  05227

Rev. Kevin Chalifoux
St. Joachim Parish
342 Tunnel St.
Readsboro, VT  05350

Rev. Kevine Russeau, C.S.C.
Fr. James Dodson & Father Romanus Igwenonu
Sacred Heart St. Francis De Sales
238  Main St.
Bennington, VT  05201

Rev. Father Patrick J. Forman
Rev. Fr. Luan Tran
St. Monica Parish
79 Summer Street
Barre, VT  05641

Rev. Andrew Bednarowicz
Our Lady of Perpetual Help
113 Upper Plain
Bradford, VT  05033

Rev. Andrew Bednarowicz
St. Francis of Assisi
113 Upper Plain
Bradford, VT  05033

Rev. Andrew Bednarowicz
Our Lady of Light
113 Upper Plain
Bradford, VT  05033

Rev. Andrew Bendarowicz
St. Eugene
113 Upper Plain
Bradford, VT  05033

Rev. Raj Madri HGN
Mary Queen of All Saints
193 South Main Street
P.O. Box 496
Hardwick, VT  05843

Rev,. Fr. Patrick Forman
Fr. Luan Van Tran
St. Augustine Parish
16 Barre St.
Montpelier, VT  05602

Fr. Jon Schnobrich
Fr. Sahaya Paul Sebastian
The Most Holy Name of Jesus Parish
401 Brooklyn St.
Morrisville, VT  05661

Rev. Robert Murphy
St. John the Evangelist Parish Charitable Trust
206 Vine Street
Northfield, VT  05663

Fr. Jon Schnobrich
Fr. Sahaya Paul
Blessed Sacrament Catholic Church
728 Mountain Rd.
Stowe, VT  05672

Fr. Matthew Rensch
Our Lady of the Snow and
St. Patrick's Parish Charitable Trust
6305 Main St.
Waitsfield, VT  05673d

Fr. Matthew Rensch
St. Andrew Parish Charitable Trust
109 S. Main St.
Waterbury, VT  05676

Father Creg Caldwell
Most Holy Trinity Parish
85 St. Pauls Ln.
Barton, VT  05822

Rev. Fr. Benny Chittilappilly sdv
Fr. Anil Akkara, S.D.C.
Mater Dei Parish Charitable Trust
191 Clermont Terrace
Newport, VT  05855

Fr. Lance Harlow
Corpus Christi Parish
49 Winter Street
Saint Johnsbury, VT  05819

Fr. Rijo Kochupurackal SDC
St. Andre Bessette Parish Charitable Trust
130 South Pleasant St.
Troy, VT  05868

Fr. Maurice Moreau O.F.M. Cap.
St. Mary Parish Charitable Trust
38 Carver Street
Brandon, VT  057333

Fr. Brandon Schneider S.T.L., J.C.L., Judicial Vicar
St. Bernadette and
St. Genevieve Parish Charitable Trust
9 Crown Point Rd.
Bridport, VT  05734

Fr. Brandon Schneider S.T.L., J.C.L.,   Judicial Vicar
St. Bernadette and St. Genevieve Parish Charitable
Trust
73 Weybridge Street
Middlebury, VT 05753

Fr. Julian Asucan
Fr. Romanus Igweonu
St. John the Baptist Charitable Trust
45 North Road
Castleton, VT  05735

Rev. Fr. Julian Asucan
Our Lady of Seven Dolors Parish
Charitable Trust
10 Washington St.
Fair Haven, VT  05743

Father Thomas Mosher
Annunciation of the Blessed Virgin Mary
 Charitable Trust
7 N Depot St.
Ludlow, VT  05149

Rev. Brandon C. Schneider, JCL, STL
Assumption of the Blessed Virgin Mary (St. Mary's)
Parish Charitable Trust
326 College St.
Middlebury, VT  05753

St. Frances Cabrini Parish Charitable Trust
3714 Route 153
West Pawlet, VT  05775

St. Frances Cabrini Parish Charitable Trust
10 Washington Street
Fair Haven, VT 05743

Fr. Julian Asucan
Fr. Romanus Igweonu
St. Paul Parish Charitable Trust
73 Church Road
Orwell, VT  05760

Fr. Julian Asucan
Fr. Romanus Igweonu
St. Paul Parish Charitable Trust
45 North Road
Castleton,  VT  05735

Fr. Maurice Moreau, OFM Cap.
St. Alphonsus
2918 US-7
Pittsford, VT  05763

Rev. Fr. Julian Asucan
St. Raphael Parish
21 East Main Street
Poultney, VT  05764

Fr. Richard Crawley OFM Cap.
St. Dominic Parish Charitable Trust
45 South Street
Proctor, VT  05765

Fr. Richard Crawley OFM Cap.
St. Dominic Parish Charitable Trust
28 Church St. West
Rutland, VT 05777

Rev. Msgr. Bernard W. Bourgeois
Christ the King Church
66 S Main St.
Rutland, VT  05701

{LG 00961173 1 }

Fr. Maurice Moreau
St. Peter
134 Convent Ave.
Rutland, VT  05701

Rev. Msgr. Bernard W. Bourgeois
St. Patrick Parish
218 N. Main St.
Wallingford, VT  05773

Rev. Msgr. Bernard W. Bourgeois
St. Patrick Parish
66 S. Main St.
Rutland, VT 05701

Fr. Richard Crawley, O.F.M., Cap.
St. Bridget Parish Charitable Trust
28 Church St.
West Rutland, VT  05777

Fr. Richard Crawley, O.F.M., Cap.
St. Stanislaus Kostka Parish
Charitable Trust
11 Barnes St.
West Rutland, VT  05777

Fr. Daniel Jordan
Fr. Luis Barrera
St. John the Baptist
62 Missisquoi St. - P.O. Box 563
Enosburg Falls, VT  05450

Fr. Karl Hahr
St. Luke Charitable Trust
17 Huntville Road
Fairfax, VT  05454

Fr. Karl Hahr
St. Luke Charitable Trust
17 Huntville Road - P.O. Box 7
Fairfax, VT  05454

Father Jerome Mercure
St. Patrick Parish
116 Church Rd.
Fairfield, VT  05455

Fr. Daniel Jordan J.C.L.
Fr. Luis Barrera-Hernandez
St. Isidore Parish Charitable Trust
169 Mountain Road
Montgomery Center, VT  05471

Fr. Daniel Jordan J.C.L.
Fr. Luis Barrera-Hernandez
St. Isidore Parish Charitable Trust
152 Main Street
Richford, VT  05476

Fr. Daniel Jordan J.C.L.
Fr. Luis Barrera-Hernandez
All Saints Charitable Trust
152 Main Street
Richford, VT  05476

Fr. Daniel Jordan J.C.L.
Fr. Luis Barrera-Hernandez
Our Lady of Lourdes Parish Charitable Trust
2902 VT Route 105
East Berkshire, VT  05447

Father Christopher Micale
Immaculate Conception Parish
246 Lake St.
St. Albans City, VT  05478

Fr. Curtis Miller
Ascension Parish Charitable Trust
3157 Ethan Allen Highway
Georgia, VT  05478

Fr. Curtis Miller
Ascension Parish Charitable Trust
P.O. Box 7
Fairfax, VT  05454

Fr. Daniel Jordan J.C.L.
Fr. Luis Barrera-Hernandez
St. Anthony Parish Charitable Trust
117 Shawville Road
Sheldon Springs, VT  05458

Fr. Jerry  Mercure
Church of the Nativity - St. Louis Parish
65 Canada St.
Swanton, VT  05488

Fr. Jerome Mercure
St. Anthony St. George Parish
9491 VT-36
East Fairfield, VT  05448

Fr. Jerome Mercure
St. Anthony St. George Parish
P.O. Box 18
East Fairfield, VT  05455

{LG 00961173 1 }

Fr. Justin Baker
Christ The King School
136 Locust St.
Burlington, VT  05401

Reverend Yvon Royer
Monsignor Richard G. Lavalley
St. Francis Xavier
3 St. Peter St.
Winooski, VT  05404

Father Henry Furman
St. Michael School
48 Walnut St.
Brattleboro, VT  05301

Rev. Kevin Russeau
Sacred Heart School
307 School St.
Bennington, VT  05201

Father Pat Forman
Father Luan Tran
St. Monica - St. Michael School
79 Summer St. #2
Barre, VT  05641

Fr. Greg Caldwell
St. Paul's Catholic School
54 Eastern Ave.
Barton, VT  05822

Rev. Msgr. Bernard W. Bourgeois
Christ The King School
60 S. Main St.
Rutland, VT  05701

Father Lance Harlow
Good Shepherd Catholic School
121 Maple St.
St. Johnsbury, VT  05819

Father Henry Furman
St. Michael School
48 Walnut St.
Brattleboro, VT  05301

Father Dallas St. Peter
Rice Memorial High School
99 Proctor Ave.
South Burlington, VT  05403

{LG 00961173 1 }

Msgr. Richard G. Lavalley
Father Richard Tinney
127 Convent Ave.
Rutland, VT  05701

{LG 00961173 1 }