Filed & Entered
On Docket
07/14/2026

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

IN RE: )
)
)
ROMAN CATHOLIC DIOCESE OF BURLINGTON, ) Case No. 24-10205-HZC
VERMONT,[1] ) Chapter 11
)
)
Debtor. )
)

**ORDER DIRECTING SERVICE AND PROVIDING NOTICE OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER
TO THE DEBTOR'S RENEWED MOTION TO FURTHER AMEND
ORDER REFERRING PARTIES TO GLOBAL MEDIATION,
APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF,
AND MOTION TO INCLUDE DIOCESAN PARISHES AND HIGH
SCHOOLS AS MEDIATION PARTIES**

UPON the Supplemental Brief in response to the Court's Order Setting Deadlines for

Supplemental Briefing (ECF No. 810) with respect to the Official Committee of Unsecured

Creditors' (the "Committee") joinder to the Debtor's *Renewed Motion to Further Amend Order*

*Referring Parties to Global Mediation, Appointing Mediators, and Granting Related Relief* [ECF

No. 805 and No. 808] (the "Renewed Motion" and the "Joinder"), and, pursuant to paragraph

2(e) of the Order Referring Parties to Global Mediation, Appointing Mediators, and Granting

Related Relief (ECF Nos. 352); the Court having heard argument on the Renewed Motion and

Joinder in open Court on July 10, 2026, and on the record herein, it is hereby

ORDERED pursuant to Fed. R. Bankr. Proc. 2002(m) and 9006(c)(1) that the

Committee's counsel serve the Joinder and this Order on the Parishes as listed in Exhibit "E" to

its Supplemental Brief (ECF No. 816) by first class mail on or before July 14, 2026; and it is

further

---

[1] The Diocese's address is 55 Joy Drive, South Burlington, VT 05403, and its EIN Number is 03-0180730.

ORDERED that a hearing on the Joinder will be held on **July 28, 2026 at 10:00 a.m.** at the U.S. Bankruptcy Court - 11 Elmwood Avenue, Burlington, Vermont 05401; and it is further

ORDERED that parties may appear for scheduled hearing (a) in person at the location listed above; or (b) if you meet the criteria for appearing at remote hearings set forth in Appendix IX to the Court's Local Rules (available on the Court's website), you may appear virtually by using the Zoomgov application on an electronic device. If you are eligible for remote participation and choose to appear by Zoomgov, you must follow the process set forth in Appendix IX, including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at Jody_Kennedy@vtb.uscourts.gov or by telephone at (802) 657-6404; and it is further

ORDERED that papers in opposition to the Joinder must be filed so as to be received by the Clerk of the Court not later than **noon on July 27, 2026**.

July 14, 2026
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Court Judge

United States Bankruptcy Court

District of Vermont

In re:                                                                 Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve                               Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2                        User: admin                              Page 1 of 4

Date Rcvd: Jul 14, 2026                     Form ID: pdf710                          Total Noticed: 15

The following symbols are used throughout this certificate:

**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#       Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | John E. Bucheit, Parker, Hudson, Rainer & Dobbs LLP, Two N. Riverside Plaza, Suite 1850, Chicago, IL 60606, UNITED STATES 60606-2647 |
| aty | + | Russell W Roten, Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Timothy K McMahon, Jr., Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Timothy Q. Karcher, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| intp | + | Catalina Worthing Insurance Ltd, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Certain Underwriters at Lloyd's London, c/o Ryan M. Long, Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Interstate Fire & Casualty Company, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | #+ | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |
| cr | + | Jane Doe, c/o Adam Prescott, Esq., 100 Middle St., P.O. Box 9729, Portland, ME 04101-4100 |
| intp | + | RiverStone Insurance UK Limited, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Tenecom Ltd., c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Jul 14 2026 19:45:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Dinse P.C. |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |
| cr | | Survivor CC094 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0210-2                                      User: admin                                              Page 2 of 4
Date Rcvd: Jul 14, 2026                              Form ID: pdf710                                      Total Noticed: 15

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Robert Prescott | on behalf of Creditor Jane Doe aprescott@bernsteinshur.com kflynn@bernsteinshur.com;sbaker@bernsteinshur.com;ekitchen@bernsteinshur.com;lunfricht@bernsteinshur.com |
| Alexander Jason LaRosa | on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com  chorigan@mskvt.com |
| Andre Denis Bouffard | on behalf of Interested Party Vermont Catholic Community Foundation  Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Catalina Sugayan | on behalf of Interested Party Catalina Worthing Insurance Ltd catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Tenecom Ltd. catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party RiverStone Insurance UK Limited catalina.sugayan@clydeco.us |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| David Michael Caves | on behalf of Interested Party Interstate Fire & Casualty Company dcaves@phrd.com |
| Elizabeth A. Glynn | on behalf of Creditor TD Bank  N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Harris Winsberg | on behalf of Interested Party Interstate Fire & Casualty Company hwinsberg@phrd.com  elyttle@phrd.com |
| Harrison E. Strauss | on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov |
| James Moffitt | on behalf of Interested Party Catalina Worthing Insurance Ltd james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party RiverStone Insurance UK Limited james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Tenecom Ltd. james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| Jeff Kahane | on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party RiverStone Insurance UK Limited jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party Tenecom Ltd. jkahane@skarzynski.com |
| Jeff Kahane | |

District/off: 0210-2                                    User: admin                                    Page 3 of 4

Date Rcvd: Jul 14, 2026                              Form ID: pdf710                              Total Noticed: 15

|  |  |
|---|---|
|  | on behalf of Interested Party Catalina Worthing Insurance Ltd jkahane@skarzynski.com |
| Jeremy R Fischer | on behalf of Interested Party Rice Memorial High School jfischer@preti.com  mperry@preti.com |
| Jim Baillie | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont jbaillie@fredlaw.com |
| Katherine Nixon | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Lisa M Penpraze | on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov |
| Matthew Michael Weiss | on behalf of Interested Party Interstate Fire & Casualty Company mweiss@phrd.com |
| Michael Bryan Fisher | on behalf of Interested Party Interstate Fire & Casualty Company fisher@mbfisherlaw.com fisher.michaelb.r81669@notify.bestcase.com |
| Paul A Levine | on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com  phartl@lemerygreisler.com |
| Paul A Levine | on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com |
| Raymond J Obuchowski | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont ray@oeblaw.com, marie@oeblaw.com |
| Robert S DiPalma | on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com |
| Russell W. Roten | on behalf of Interested Party RiverStone Insurance UK Limited rroten@skarzynski.com |
| Russell W. Roten | on behalf of Interested Party Catalina Worthing Insurance Ltd rroten@skarzynski.com |
| Russell W. Roten | on behalf of Interested Party Tenecom Ltd. rroten@skarzynski.com |
| Ryan M. Long | on behalf of Interested Party RiverStone Insurance UK Limited rlong@primmer.com |
| Ryan M. Long | on behalf of Interested Party Catalina Worthing Insurance Ltd rlong@primmer.com |
| Ryan M. Long | on behalf of Interested Party Tenecom Ltd. rlong@primmer.com |
| Ryan M. Long | on behalf of Interested Party Certain Underwriters at Lloyd's London rlong@primmer.com |
| Samuel Andre | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont sandre@fredlaw.com, docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com |
| Steven Robert Kinsella | on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Timothy Evanston | on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com |
| Timothy Evanston | on behalf of Interested Party Catalina Worthing Insurance Ltd tevanston@skarzynski.com |
| Timothy Evanston | on behalf of Interested Party RiverStone Insurance UK Limited tevanston@skarzynski.com |
| Timothy Evanston | on behalf of Interested Party Tenecom Ltd. tevanston@skarzynski.com |
| Timothy K. McMahon, Jr. | on behalf of Interested Party RiverStone Insurance UK Limited tmcmahon@skarzynski.com |
| Timothy K. McMahon, Jr. | on behalf of Interested Party Tenecom Ltd. tmcmahon@skarzynski.com |
| Timothy K. McMahon, Jr. |  |

District/off: 0210-2                    User: admin                         Page 4 of 4

Date Rcvd: Jul 14, 2026                Form ID: pdf710                   Total Noticed: 15

on behalf of Interested Party Catalina Worthing Insurance Ltd tmcmahon@skarzynski.com

Todd C. Jacobs

on behalf of Interested Party Interstate Fire & Casualty Company tjacobs@phrd.com

U S Trustee

ustpregion02.vt.ecf@usdoj.gov


TOTAL: 50