*Formatted for Electronic Distribution*　　　　　　　　　　　　*Not For Publication*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

In re:

　　**Roman Catholic Diocese**　　　　　　　**Case No. 24-10205**
　　**of Burlington, Vermont,**　　　　　　　**Chapter 11**

　　　　**Debtor-in-Possession.**

Filed & Entered
On Docket
07/28/2026

## ORDER
### GRANTING LEAVE, STANDING, AND AUTHORITY TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PROSECUTE CERTAIN CAUSES OF ACTION ON BEHALF OF THE DEBTOR AND ITS ESTATE

For the reasons set forth in the Memorandum of Decision dated July 28, 2026, IT IS HEREBY ORDERED that the Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Standing, and Authority to Prosecute Certain Causes of Action on Behalf of the Debtor and its Estate is GRANTED.

July 28, 2026
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

1