**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:
Roman Catholic Diocese of Burlington,                          Case# 24-10205-*hzc*
Vermont,                                                                          Chapter 11

Debtor(s)

**SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 7/22/2026, I did cause a copy of the following documents, described below.

- RENEWED MOTION TO FURTHER AMEND ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF [ECF #805]

- NOTICE OF RENEWED MOTION TO FURTHER AMEND ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF [ECF #806]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to Rev. Leopold Bilodeau at 430 Berlin Mall Rd, Apt 302, Berlin, VT 05602-4525.

DATED: 7/24/2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1912
TeamCDBV@stretto.com