*Formatted for Electronic Distribution*                    *Not For Publication*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF VERMONT

In re:

   **Roman Catholic Diocese**          **Case No. 24-10205**
   **of Burlington, Vermont,**         **Chapter 11**

      **Debtor-in-Possession.**

Filed & Entered
On Docket
07/28/2026

ORDER
GRANTING LEAVE, STANDING, AND AUTHORITY TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO PROSECUTE CERTAIN
CAUSES OF ACTION ON BEHALF OF THE DEBTOR AND ITS ESTATE

For the reasons set forth in the Memorandum of Decision dated July 28, 2026, IT IS HEREBY

ORDERED that the Motion of the Official Committee of Unsecured Creditors for an Order Granting

Leave, Standing, and Authority to Prosecute Certain Causes of Action on Behalf of the Debtor and its

Estate is GRANTED.


July 28, 2026
Burlington, Vermont                         Heather Z. Cooper
                                            United States Bankruptcy Judge

1

United States Bankruptcy Court

District of Vermont

In re:                                                                    Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0210-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: pdf704 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | John E. Bucheit, Parker, Hudson, Rainer & Dobbs LLP, Two N. Riverside Plaza, Suite 1850, Chicago, IL 60606, UNITED STATES 60606-2647 |
| aty | + | Russell W Roten, Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Timothy K McMahon, Jr., Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Timothy Q. Karcher, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| intp | + | Catalina Worthing Insurance Ltd, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Certain Underwriters at Lloyd's London, c/o Ryan M. Long, Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Interstate Fire & Casualty Company, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | #+ | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |
| cr | + | Jane Doe, c/o Adam Prescott, Esq., 100 Middle St., P.O. Box 9729, Portland, ME 04101-4100 |
| intp | + | RiverStone Insurance UK Limited, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Tenecom Ltd., c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Jul 28 2026 19:41:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Dinse P.C. |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |
| cr | | Survivor CC094 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0210-2          User: admin          Page 2 of 4

Date Rcvd: Jul 28, 2026          Form ID: pdf704          Total Noticed: 15

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Robert Prescott | on behalf of Creditor Jane Doe aprescott@bernsteinshur.com kflynn@bernsteinshur.com;sbaker@bernsteinshur.com;ekitchen@bernsteinshur.com;lunfricht@bernsteinshur.com |
| Alexander Jason LaRosa | on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com  chorigan@mskvt.com |
| Andre Denis Bouffard | on behalf of Interested Party Vermont Catholic Community Foundation  Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | on behalf of Creditor TD Bank  N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Catalina Sugayan | on behalf of Interested Party Catalina Worthing Insurance Ltd catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Tenecom Ltd. catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party RiverStone Insurance UK Limited catalina.sugayan@clydeco.us |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| David Michael Caves | on behalf of Interested Party Interstate Fire & Casualty Company dcaves@phrd.com |
| Elizabeth A. Glynn | on behalf of Creditor TD Bank  N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Harris Winsberg | on behalf of Interested Party Interstate Fire & Casualty Company hwinsberg@phrd.com  elyttle@phrd.com |
| Harrison E. Strauss | on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov |
| James Moffitt | on behalf of Interested Party Catalina Worthing Insurance Ltd james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party RiverStone Insurance UK Limited james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Tenecom Ltd. james.moffitt@clydeco.us  Nancy.Lima@clydeco.us |
| Jeff Kahane | on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party RiverStone Insurance UK Limited jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party Tenecom Ltd. jkahane@skarzynski.com |
| Jeff Kahane | |

District/off: 0210-2                                    User: admin                                          Page 3 of 4
Date Rcvd: Jul 28, 2026                              Form ID: pdf704                                    Total Noticed: 15

on behalf of Interested Party Catalina Worthing Insurance Ltd jkahane@skarzynski.com

Jeremy R Fischer

on behalf of Interested Party Rice Memorial High School jfischer@preti.com  mperry@preti.com

Jim Baillie

on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont jbaillie@fredlaw.com

Katherine Nixon

on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Kaveh Shahi

on behalf of Interested Party Roman Catholic Parishes kshahi@gllawgroup.com

Lisa M Penpraze

on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Matthew Michael Weiss

on behalf of Interested Party Interstate Fire & Casualty Company mweiss@phrd.com

Michael Bryan Fisher

on behalf of Interested Party Interstate Fire & Casualty Company fisher@mbfisherlaw.com fisher.michaelb.r81669@notify.bestcase.com

Paul A Levine

on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com  phartl@lemerygreisler.com

Paul A Levine

on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Raymond J Obuchowski

on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont ray@oeblaw.com, marie@oeblaw.com

Robert S DiPalma

on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com

Russell W. Roten

on behalf of Interested Party RiverStone Insurance UK Limited rroten@skarzynski.com

Russell W. Roten

on behalf of Interested Party Catalina Worthing Insurance Ltd rroten@skarzynski.com

Russell W. Roten

on behalf of Interested Party Tenecom Ltd. rroten@skarzynski.com

Ryan M. Long

on behalf of Interested Party RiverStone Insurance UK Limited rlong@primmer.com

Ryan M. Long

on behalf of Interested Party Catalina Worthing Insurance Ltd rlong@primmer.com

Ryan M. Long

on behalf of Interested Party Tenecom Ltd. rlong@primmer.com

Ryan M. Long

on behalf of Interested Party Certain Underwriters at Lloyd's London rlong@primmer.com

Samuel Andre

on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont sandre@fredlaw.com, docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com

Steven Robert Kinsella

on behalf of Debtor Roman Catholic Diocese of Burlington  Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Timothy Evanston

on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com

Timothy Evanston

on behalf of Interested Party Catalina Worthing Insurance Ltd tevanston@skarzynski.com

Timothy Evanston

on behalf of Interested Party RiverStone Insurance UK Limited tevanston@skarzynski.com

Timothy Evanston

on behalf of Interested Party Tenecom Ltd. tevanston@skarzynski.com

Timothy K. McMahon, Jr.

on behalf of Interested Party RiverStone Insurance UK Limited tmcmahon@skarzynski.com

Timothy K. McMahon, Jr.

District/off: 0210-2                          User: admin                          Page 4 of 4

Date Rcvd: Jul 28, 2026                       Form ID: pdf704                       Total Noticed: 15

                          on behalf of Interested Party Tenecom Ltd. tmcmahon@skarzynski.com

Timothy K. McMahon, Jr.

                          on behalf of Interested Party Catalina Worthing Insurance Ltd tmcmahon@skarzynski.com

Todd C. Jacobs

                          on behalf of Interested Party Interstate Fire & Casualty Company tjacobs@phrd.com

U S Trustee

                          ustpregion02.vt.ecf@usdoj.gov


TOTAL: 51