**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington,
Vermont,

Case No.: 24-10205-HZC
Chapter 11 Case

Debtor.

**STIPULATION REGARDING PARISHES' PARTICIPATION IN MEDIATION**

The Parishes that have appeared in this matter hereby stipulate they will voluntarily participate in the mediation process ordered by this Court. The Parishes attended the first session of mediation on August 3, 2026, and will continue to do so as additional sessions may be scheduled. As participants in mediation, the Parishes are bound by confidentiality per the requirement of the mediators and Fed.R.Evid. 408. This stipulation is without prejudice to the Parishes' right to seek a stay of this matter and/or dismissal of the adversary proceeding.

Dated this 4th day of August, 2026.

Respectfully submitted.

/s/ Kaveh S. Shahi
Kaveh S. Shahi, Esq.
GFELLER LAURIE LLP
110 Merchants Row, Ste. 3
Rutland, VT 05701
(802) 775-8800
kshahi@gllawgroup.com
*Attorneys for the Parishes*

## SERVICE ADDRESSES

Roman Catholic Diocese of Burlington, Vermont
c/o Fredrikson & Byron, P.A.
Attn: Katherine A. Nixon
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
knixon@fredlaw.com

Roman Catholic Diocese of Burlington, Vermont
c/o Obuchowski Law Office
Attn: Raymont J. Obuchowski
1542 Route 107
P.O. Box 60
Bethel, VT 05032
Ray@oeblaw.com

United States Trustee
Attn: Harrison Strauss
Leo O'Brien Federal Building
Room 620
Albany, NY 12207
harrison.strauss@usodoj.com

Creditors' Committee
c/o Pachulski Stang Ziehl & Jones
Attn: Brittany Mitchell Michael
1700 Broadway, 36th Floor
New York, NY 10019
bmichael@pszjlaw.com

Creditors' Committee
c/o Lemery Greisler LLC
Attn: Paul A. Levine
677 Broadway, 8th Floor
Albany, NY 12207
plevine@lemerygreisler.com