VTB Form M
09/2025
See Vt. LBR 4002-3

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VERMONT

In re:

Roman Catholic Diocese of Burlington, Vermont,

    Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

## STATEMENT OF CHANGE OF ADDRESS
## AND/OR TELEPHONE NUMBER AND/OR OTHER CONTACT INFORMATION

In compliance with Federal Bankruptcy Rule 4002 and Vt. LBR 4002-3, please make note of the following change(s) in contact information for the Roman Catholic Diocese of Burlington, Vermont:

Name:  Roman Catholic Diocese of Burlington, Vermont    Role in Case: Debtor

Mailing Address:  P.O. Box 2367

City:  South Burlington                          State: VT  Zip:  05407

Telephone  No:  802-658-6110

E-mail Address:  _____  Other New Contact Information:  _____

This change in contact information is effective as of July 31, 2026.

Respectfully submitted,

Dated: 8/5/2026                    By:  *Signed by:*  Lorei J. Dawson
                                          3DB867EAE9094DC...
                                   Lorei Dawson CPA, CGMA
                                   Chief Financial Officer
                                   Roman Catholic Diocese of Burlington, Vermont