**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
08/13/2026

_____

**In re:**

    **ROMAN CATHOLIC DIOCESE**
    **OF BURLINGTON, VERMONT,**

        **Debtor-in-Possession.**

            **Case No. 24-10205**
            **Chapter 11**

_____

**ORDER RESCHEDULING HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §363(f) AUTHORIZING THE SALE OF RICE MEMORIAL HIGH SCHOOL FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS AND SETTING DEADLINE FOR POSITION PAPERS**

On July 15, 2026, Debtor filed a Motion for Entry of an Order under 11 U.S.C. §363(f) Authorizing the Sale of Rice Memorial High School Free and Clear of All Liens, Claims, and Interests (the Motion to Sell).[1] The same day, Debtor filed a Notice of Motion setting the Motion to Sell for hearing on August 28, 2026 with any objections to be filed by August 24, 2026.[2]

Since the filing of the Motion to Sell, the Official Committee of Unsecured Creditors (the Committee) obtained leave to prosecute certain causes of action on behalf of Debtor and its bankruptcy estate.[3] On July 31, 2026, the Committee commenced Adversary Proceeding 26-01005 which seeks, among other relief, declaratory relief that Rice Memorial High School constitutes an Operating Division of Debtor and its assets constitute property of the bankruptcy estate.[4]

Considering the procedural posture of these matters, the Court **FINDS**, pursuant to 11 U.S.C. § 105, it may be appropriate for the Motion to Sell to be considered by the Court in tandem with Adversary Proceeding 26-01005.

Based upon the record in this case, it is **HEREBY ORDERED**:

1.     The hearing on the Motion to Sell shall be heard by the Court on **September 1, 2026 at 1:00 p.m. (Eastern).** The objection deadline for the Motion to Sell shall remain **August 24, 2026.**

_____

[1] ECF 830.

[2] ECF 831.

[3] ECF 843.

[4] AP 26-01005, ECF 1.

1

2.      Any party who wishes to be heard on the timing of the Court's consideration of the Motion to Sell and particularly whether it is appropriate for the Motion to Sell to be considered in tandem with the issues in Adversary Proceeding 26-01005, shall file position papers by **August 24, 2026**.

3.      All parties and parties in interest may appear at the September 1, 2026 hearing on the Motion to Sell remotely, without the necessity of filing a Motion to Appear Remotely.

**SO ORDERED**.

August 13, 2026
Burlington, Vermont

_____
Heather Z. Cooper
United States Bankruptcy Judge