**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT**

In re:
Roman Catholic Diocese of Burlington,
Vermont,

Case# 24-10205-*hzc*

Chapter 11

Debtor(s)

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 08/11/2026, I did cause a copy of the following documents, described below.

- NOTICE OF THE TIME FOR TIMELY FILING PROOFS OF CLAIMS RELATING TO, OR ARISING FROM, SEXUAL ABUSE [EXHIBIT B TO ECF #144]

- CONFIDENTIAL SURVIVOR CLAIM FORM AND OPTIONAL SUPPLEMENT [EXHIBIT A TO ECF #144]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon on one (1) confidential party not included herein and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 08/13/2026

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1916
TeamCDBV@stretto.com