UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
Filed & Entered
On Docket
08/13/2026

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

**In re:**

**ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,**

**Debtor-in-Possession.**

**Case No. 24-10205**
**Chapter 11**

**CASE MANAGEMENT ORDER RELATIVE TO REMOTE APPEARANCES**

Unless otherwise directed by the Court, counsel, parties, and other participants may appear remotely for all status conferences and hearings in this matter. No motion or other request for permission to appear remotely is required. The Zoom link for each hearing or status conference will automatically be provided by the Courtroom Deputy to all who have entered their appearance the day before the scheduled conference or hearing.

The Court may require counsel, parties, or other participants to appear in person for any particular hearing or conference. Any such requirement will be communicated to the parties in advance of the hearing.

August 13, 2026
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

United States Bankruptcy Court

District of Vermont

In re: Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2 User: admin Page 1 of 4

Date Rcvd: Aug 13, 2026 Form ID: pdf710 Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, P.O. Box 2367, South Burlington, VT 05407-2367 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | John E. Bucheit, Parker, Hudson, Rainer & Dobbs LLP, Two N. Riverside Plaza, Suite 1850, Chicago, IL 60606, UNITED STATES 60606-2647 |
| aty | + | Russell W Roten, Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Timothy K McMahon, Jr., Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Timothy Q. Karcher, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| intp | + | Catalina Worthing Insurance Ltd, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Certain Underwriters at Lloyd's London, c/o Ryan M. Long, Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Interstate Fire & Casualty Company, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | #+ | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |
| cr | + | Jane Doe, c/o Adam Prescott, Esq., 100 Middle St., P.O. Box 9729, Portland, ME 04101-4100 |
| intp | + | RiverStone Insurance UK Limited, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Tenecom Ltd., c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Aug 13 2026 19:53:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Dinse P.C. |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |
| cr | | Survivor CC094 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Robert Prescott | on behalf of Creditor Jane Doe aprescott@bernsteinshur.com kflynn@bernsteinshur.com;sbaker@bernsteinshur.com;ekitchen@bernsteinshur.com;lunfricht@bernsteinshur.com;ltitus@bernsteinshur.com |
| Alexander Jason LaRosa | on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com chorigan@mskvt.com |
| Andre Denis Bouffard | on behalf of Interested Party Vermont Catholic Community Foundation Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | on behalf of Creditor TD Bank N.A. aizr@rsclaw.com, ccs@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Catalina Sugayan | on behalf of Interested Party Catalina Worthing Insurance Ltd catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Tenecom Ltd. catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party RiverStone Insurance UK Limited catalina.sugayan@clydeco.us |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| David Michael Caves | on behalf of Interested Party Interstate Fire & Casualty Company dcaves@phrd.com |
| Elizabeth A. Glynn | on behalf of Creditor TD Bank N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Harris Winsberg | on behalf of Interested Party Interstate Fire & Casualty Company hwinsberg@phrd.com elyttle@phrd.com |
| Harrison E. Strauss | on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov |
| James Moffitt | on behalf of Interested Party Catalina Worthing Insurance Ltd james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party RiverStone Insurance UK Limited james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Tenecom Ltd. james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| Jeff Kahane | on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party RiverStone Insurance UK Limited jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party Tenecom Ltd. jkahane@skarzynski.com |

Jeff Kahane
on behalf of Interested Party Catalina Worthing Insurance Ltd jkahane@skarzynski.com

Jeremy R Fischer
on behalf of Interested Party Rice Memorial High School jfischer@preti.com mperry@preti.com

Jim Baillie
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont jbaillie@fredlaw.com

Katherine Nixon
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Kaveh Shahi
on behalf of Interested Party Roman Catholic Parishes kshahi@gllawgroup.com

Lisa M Penpraze
on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Matthew Michael Weiss
on behalf of Interested Party Interstate Fire & Casualty Company mweiss@phrd.com

Michael Bryan Fisher
on behalf of Interested Party Interstate Fire & Casualty Company fisher@mbfisherlaw.com fisher.michaelb.r81669@notify.bestcase.com

Paul A Levine
on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Paul A Levine
on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Paul A Levine
on behalf of Plaintiff The Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Raymond J Obuchowski
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com

Robert S DiPalma
on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com

Russell W. Roten
on behalf of Interested Party RiverStone Insurance UK Limited rroten@skarzynski.com

Russell W. Roten
on behalf of Interested Party Catalina Worthing Insurance Ltd rroten@skarzynski.com

Russell W. Roten
on behalf of Interested Party Tenecom Ltd. rroten@skarzynski.com

Ryan M. Long
on behalf of Interested Party RiverStone Insurance UK Limited rlong@primmer.com

Ryan M. Long
on behalf of Interested Party Catalina Worthing Insurance Ltd rlong@primmer.com

Ryan M. Long
on behalf of Interested Party Tenecom Ltd. rlong@primmer.com

Ryan M. Long
on behalf of Interested Party Certain Underwriters at Lloyd's London rlong@primmer.com

Samuel Andre
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com, docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com

Steven Robert Kinsella
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Timothy Evanston
on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com

Timothy Evanston
on behalf of Interested Party Catalina Worthing Insurance Ltd tevanston@skarzynski.com

Timothy Evanston
on behalf of Interested Party RiverStone Insurance UK Limited tevanston@skarzynski.com

Timothy Evanston
on behalf of Interested Party Tenecom Ltd. tevanston@skarzynski.com

| | |
|---|---|
| Timothy K. McMahon, Jr. | on behalf of Interested Party RiverStone Insurance UK Limited tmcmahon@skarzynski.com |
| Timothy K. McMahon, Jr. | on behalf of Interested Party Tenecom Ltd. tmcmahon@skarzynski.com |
| Timothy K. McMahon, Jr. | on behalf of Interested Party Catalina Worthing Insurance Ltd tmcmahon@skarzynski.com |
| Todd C. Jacobs | on behalf of Interested Party Interstate Fire & Casualty Company tjacobs@phrd.com |
| U S Trustee | ustpregion02.vt.ecf@usdoj.gov |

TOTAL: 52