**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-10205-HZC |
| ROMAN CATHOLIC DIOCESE OF | ) | |
| BURLINGTON, VERMONT, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER CONFIRMING THE DIOCESAN PARISHES AS MEDIATION PARTIES**

UPON the Joinder of the Official Committee of Unsecured Creditors to the Debtor's Renewed Motion to Further Amend Order Referring Parties to Global Mediation and Motion to Include Diocesan Parishes and High Schools as Mediation Parties (ECF Doc. No. 808) (the "Joinder"), Stipulation Regarding Parishes' Participation in Mediation (ECF Doc. No. 852), the Status Report of The Official Committee of Unsecured Creditors Regarding Stipulation Discussions and Renewed Motion to add the Diocesan Parishes and High Schools as Mediation Parties (ECF Doc. No. 853) (the "Motion"), the Court having held a hearing on the matters raised therein on August 14, 2026, having heard the arguments of all counsel wishing to be heard at the hearing, and after due deliberation and on the record herein, it is hereby

ORDERED that the Parishes, as set forth on Exhibit A to the Joinder are hereby designated as Mediation Parties under the Order Referring Parties to Global Mediation, Appointing Mediators, and Granting Related Relief (ECF Doc. No. 352) (the "Mediation Order") and are bound as Mediation Parties to the Mediation Order, subject to all of the procedures therein and the authority (and directives) of the Mediators.

Dated: August __, 2026
Burlington, Vermont

____________________________
Heather Z. Cooper
United States Bankruptcy Judge