**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
08/21/2026

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ROMAN CATHOLIC DIOCESE** | ) | **Case No. 24-10205** |
| **OF BURLINGTON, VERMONT,** | ) | **Chapter 11** |
| **Debtor-in-Possession.** | ) | |

**ORDER AMENDING ORDER RECITING CASE STATUS AS OF CASE MANAGEMENT CONFERENCE AND IMPLEMENTING DECISIONS MADE AT CASE MANAGEMENT CONFERENCE**

On June 16, 2026, the Court set a Case Management Conference for September 15, 2026.[1] The Court further ordered Debtor to "file a proposed agenda and status report detailing developments and anticipated action no later than September 10, 2026."[2]

Since the entry of that order, mediation sessions have been scheduled for September 28 and September 29, 2026 (the September Mediation Sessions). In the interest of judicial economy and to avoid unnecessary expense to the estate, the Court rescheduled the Case Management Conference to September 30, 2026. The Court **FINDS** any proposed agenda or status report prepared prior to the September Mediation Sessions would be of limited value.

Accordingly, **IT IS HEREBY ORDERED** that the Order Reciting Case Status as of Case Management Conference and Implementing Decisions Made at Case Management Conference entered on June 16, 2026 [ECF 785] is **AMENDED** to delete the Court's directive for Debtor to file a proposed agenda and status report by September 10, 2026. No proposed agenda or status report is required in advance of the September 30, 2026 Case Management Conference.

**SO ORDERED.**

August 21, 2026
Burlington, Vermont

Heather Z. Cooper
Heather Z. Cooper
United States Bankruptcy Judge

[1] ECF 785 at 3-4.
[2] Id.