**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,<br><br>Debtor. | Chapter 11<br>Case No. 24-10205-HCZ |

**RMHS, INC.'S RESPONSE RELATED TO (I) SALE MOTION AND (II) ORDER RESCHEDULING SALE HEARING**

RMHS, Inc., a Vermont non-profit corporation (the "Purchaser") formed to be the purchaser related to the *Motion for Entry of an Order under 11 U.S.C. § 363(f) Authorizing the Sale of Rice Memorial High School Free and Clear of All Liens, Claims, and Interests* [Dkt. No. 830] (the "Sale Motion"), hereby responds to the Sale Motion and the *Order Rescheduling Hearing* related to the Sale Motion [Dkt. No. 861] (the "Rescheduling Order"), as follows:

1. Paragraph 2 of the Rescheduling Order invites parties in interest to respond regarding "whether it is appropriate for the [Sale Motion] to be considered in tandem with the issues in Adversary Proceeding 26-01005 . . . ."

2. The Purchaser does not believe that the Sale Motion and the Adversary Proceeding should be considered in tandem. The Purchaser is not a party to the Adversary Proceeding and wishes to proceed with the proposed sale transaction expeditiously.

3. As set forth in the Sale Motion, prior to entering into the Purchase and Sale Agreement, the Purchaser obtained a valuation of the assets from a well-respected local real estate consultant. The fair market value of the property is $4 to $6 million. The Purchaser has offered to purchase the assets for $4.3 million in cash and Rice Memorial High School would

withdraw Claim No. 41, filed in the amount of $15,674,550.68.[1] Thus, the Purchaser is offering to pay fair market value for the assets. To the extent that the Committee objects to the purchase price, the Purchaser merely seeks an expedited evidentiary hearing and a definitive ruling on the Sale Motion.

Dated: August 24, 2026

Respectfully submitted,

*/s/ Jeremy R. Fischer*

Jeremy R. Fischer
**PRETI FLAHERTY**
One City Center, P.O. Box 9546
Portland, Maine 04112-9546
(207) 791-3000
jfischer@preti.com

*Counsel to RMHS, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via this Court's CM/ECF system on all parties requesting CM/ECF notice.

Dated: August 24, 2026

*/s/ Jeremy R. Fischer*

[1] Assuming a 10% recovery on unsecured claims, the economic value of this offer is at the very top end of the valuation range; even assuming a 5% recovery, the offer is above the midpoint of that range.