**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:
Roman Catholic Diocese of Burlington, Vermont,
Debtor(s)

Case# 24-10205-*hzc*
Chapter 11

**SUPPLEMENTAL DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 8/26/2026, I did cause a copy of the following documents, described below.

- NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 363(f) AUTHORIZING THE SALE OF RICE MEMORIAL HIGH SCHOOL FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS [ECF #829]

- MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 363(f) AUTHORIZING THE SALE OF RICE MEMORIAL HIGH SCHOOL FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS [ECF #830]

- NOTICE OF HEARING ON MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 363(f) AUTHORIZING THE SALE OF RICE MEMORIAL HIGH SCHOOL FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS – CONVENTIONAL PROCEDURE [ECF #831]

to be served for delivery, pursuant to USPS forwarding instructions, by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to one (1) confidential party not included herein and incorporated as if fully set forth herein.

DATED: 8/27/2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 716-1912
TeamCDBV@stretto.com