**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

# TRANSMISSION OF NOTICE OF APPEAL

---

| | |
|---|---|
| **Roman Catholic Diocese of Burlington, Vermont, Debtor.** | **Case 24-10205 Chapter 11** |

---

A Notice of Appeal (Doc # 883) was filed in the above captioned case on September 2, 2026 re: Bankruptcy Court Order Enforcing Automatic Stay (Doc # 882). The appeal filing fee has been paid.

The Appellants are:

1. Christ the King Parish in Rutland
2. St. Augustine Parish in Montpelier
3. St. Monica Parish in Barre
4. Mater Dei Parish in Newport
5. Christ the King-St. Anthony Parish in Burlington
6. St. John the Baptist Parish in North Bennington, and
7. Holy Cross and Our Lady of Grace Parish in Colchester

All Appellants represented by Kaveh S. Shahi, Esq.

The Appellees/Interested Parties are:

| | |
|---|---|
| 1. Roman Catholic Diocese of Burlington, Vermont | represented by Steven Robert Kinsella<br>Jim Baillie<br>Katherine Nixon<br>Samuel Andre<br>Raymond J. Obuchowski |
| 2. U.S. Trustee | represented by Harrison E. Strauss<br>Lisa M. Penpraze |
| 3. Committee of Unsecured Creditors | represented by Paul A. Levine<br>Brittany Mitchell Michael<br>Gail S. Greenwood<br>James I. Stang |

The items designated are available electronically.

Attached please find:

1. Notice of Appeal

The remainder of the record on appeal will be transmitted when record is complete.

Dated: September 3, 2026

Jeffrey S. Eaton, Clerk of Court

By: */s/ Sabrina A. Hance*
Deputy Clerk

CC: via CM/ECF notification

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 2:24-bk-10205-hzc** |
| **ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,** | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor** | ) | |

# NOTICE OF APPEAL

NOW COME Christ the King Parish in Rutland, St. Augustine Parish in Montpelier, St. Monica Parish in Barre, Mater Dei Parish in Newport, Christ the King-St. Anthony Parish in Burlington, St. John the Baptist Parish in North Bennington, and Holy Cross and our Lady of Grace Parish in Colchester (collectively the "Parishes"), by and through their attorneys, Kaveh S. Shahi, Gfeller Laurie LLP, and pursuant to 28 U.S.C. §158(a)(1), Local District Court Rule 9(b)(1), and Local Bankruptcy Court Rule 8008-1, appeal to the District Court, the Bankruptcy Court Order issued on September 1, 2026, to impose the automatic stay on the declaratory judgment action pending in this district court, entitled *Christ the King Parish in Rutland, et al v. P.A.*, *et al*, Docket No. 2:26-cv-249.

Dated: September 2, 2026.

Respectfully Submitted,
GFELLER LAURIE LLP

By: */s/ Kaveh S. Shahi*

Kaveh S. Shahi, Esq.
110 Merchants Row, Ste. 3
Rutland, VT 05701
(802) 775-8800
kshahi@gllawgroup
*Attorneys for Christ the King Parish in Rutland, St. Augustine Parish in Montpelier, St. Monica Parish in Barre, Mater Dei Parish in Newport, Christ the King St. Anthony Parish in Burlington, St. John the Baptist Parish in North Bennington, and Holly Cross and our Lady of Grace Parish in Colchester*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 2:24-bk-10205-hzc** |
| **ROMAN CATHOLIC DIOCESE OF** | ) | |
| **BURLINGTON, VERMONT,** | ) | **Chapter 11** |
| | ) | |
| **Debtor** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically filed the Notice of Appeal with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filings to all ECF participants.

Dated: September 2, 2026

*/s/ Kaveh S. Shahi*
Kaveh S. Shahi, Esq.
GFELLER LAURIE LLP
110 Merchants Row, Ste. 3
Rutland, VT 05701
(802) 775-8800
kshahi@gllawgroup.com
*Attorneys for moving parties (all defendants except the Diocese, Mount St. Joseph High School, and Rice Memorial High School)*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 2:24-bk-10205-hzc** |
| **ROMAN CATHOLIC DIOCESE OF** | ) | |
| **BURLINGTON, VERMONT,** | ) | **Chapter 11** |
| | ) | |
| **Debtor** | ) | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellants: Christ the King Parish in Rutland, St. Augustine Parish in Montpelier, St. Monica Parish in Barre, Mater Dei Parish in Newport, Christ the King-St. Anthony Parish in Burlington, St. John the Baptist Parish in North Bennington, and Holy Cross and Our Lady of Grace Parish in Colchester

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding:

☐ Plaintiff
■ Defendant
☐ Other (describe)____________

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Debtor
☐ Creditor
☐ Trustee
■ Other (describe) Interested Party

### Part 2: Identify the subject of this appeal

1. Describe the judgment–or the appealable order or decree–from which the appeal is taken: the Bankruptcy Court Order imposing the automatic stay on the declaratory judgment action pending in district court, Docket No. 2:26-cv-249.

2. State the date on which the judgment–or appealable order or decree–was entered: September 2, 2026.

### Part 3: Identify the other parties to the appeal

List the names of the parties to the judgment–or the appealable order or decree–from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Debtor, Roman Catholic Diocese of Burlington, Vermont

Attorney:

Steven Robert Kinsella
Fredrikson & Byron
60 South 6th St., Ste. 1500
Minneapolis, MN 55402
(612) 492-7244
skinsella@fredlaw.com

Jim Baillie
Fredrikson & Byron
60 South 6th St., Ste. 1500
Minneapolis, MN 55402
(612) 492-7000
jbaillie@fredlaw.com

Katherine Nixon
Fredrikson & Byron
60 South 6th St., Ste. 1500
Minneapolis, MN 55402
(612) 492-7067
knixon@fredlaw.com

Samuel Andre
Fredrikson & Byron
60 South 6th St., Ste. 1500
Minneapolis, MN 55402
(612) 492-7080
sandre@fredlaw.com

Raymond J. Obuchowski
P.O. Box 60
1542 Vt. Rt. 107
Bethel, VT 05032-0060
(802) 234-6245
ray@oeblaw.com

2. Party: U.S. Trustee
Office of the U.S. Trustee
Leo O'Brien Federal Bldg
11A Clinton Ave., Room 620
Albany, NY 12207-2190
(518) 434-4553

Attorney:

Harrison E. Strauss
DOJ-Ust
11A Clinton Ave., Rm 620
Albany, NY 12207
(518) 434-4553
harrison.strauss@usdoj.gov

Lisa M. Penpraze
Office of the U.S. Trustee
Leo O'Brien Federal Bldg.
11A Clinton Ave., Rm 620
Albany, NY 12207
(518) 434-4553
lisa.penpraze@usdoj.gov

3. Party: Creditor Committee Committee of Unsecured Creditors

Attorney:

Paul A. Levine
Lemery Greisler, LLC
677 Broadway, 8th Floor
Albany, NY 12207
(518) 443-8800
plevine@lemerygreilser.com

Brittany Mitchell Michael
Pachulski Stang Ziehl & Jones LLP
1700 Broadway, Ste 36th Floor
New York, NY 10019
(310) 488-8144
bmichael@pszjlaw.com

Gail S. Greenwood
Pachulski Sang Ziehl & Jones LLP
One Sansome St., 34th Floor
San Francisco, CA 94104-4436
(415) 217-5115
ggreenwood@pszjlaw.com

James I. Stang
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd
13th Floor
Los Angeles, CA 90067

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear the appear unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard

by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal

■ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*/s/ Kaveh S. Shahi* Date: September 3, 2026

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Kaveh S. Shahi, Esq.
Gfeller Laurie LLP
110 Merchants Row, Ste. 3
Rutland, VT 05701
(802) 775-8800
kshahi@gllawgroup.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 2:24-bk-10205-hzc** |
| **ROMAN CATHOLIC DIOCESE OF** | ) | |
| **BURLINGTON, VERMONT,** | ) | **Chapter 11** |
| | ) | |
| **Debtor** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I electronically filed Form 417A (Notice of Appeal and Statement of Election) with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filings to all ECF participants.

Dated: September 3, 2026

*/s/ Kaveh S. Shahi*
Kaveh S. Shahi, Esq.
GFELLER LAURIE LLP
110 Merchants Row, Ste. 3
Rutland, VT 05701
(802) 775-8800
kshahi@gllawgroup.com
*Attorneys for moving parties (all defendants except the Diocese, Mount St. Joseph High School, and Rice Memorial High School)*

Filed & Entered
On Docket
09/02/2026

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,** | ) | **Case No. 24-10205** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

## ORDER ENFORCING AUTOMATIC STAY

This Matter came before the Court on the Motion of the Official Committee of Unsecured Creditors (the Committee) for Entry of an Order Enforcing the Automatic Stay (the Motion) filed in the above-captioned case.[1] As the Motion indicates, certain parishes have filed a lawsuit in the United States District Court for the District of Vermont,[2] seeking a stay of this chapter 11 case and the associated adversary proceeding.[3] The Motion argues the District Court Action constitutes an act to exercise control over property of the estate in violation of the automatic stay, and that actions taken in violation of the automatic stay are void *ab initio*. Certain parishes have objected to the Motion, claiming various defenses they wish to raise in the Adversary Proceeding will be abrogated without the ability to pursue the District Court Action. As set forth on the record, other procedural safeguards exist, and the enforcement of the stay does not preclude any defenses to the claims raised in the Adversary Proceeding or any request to withdraw the reference properly brought in accordance with Federal Rule of Bankruptcy Procedure 5011.

This Court has previously found, and the parties do not dispute, the causes of action asserted in the Adversary Proceeding constitute property of the estate under 11 U.S.C. § 541(a)(1).[4]

The Court FINDS it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334, and this matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant

---

[1] ECF 856.

[2] *Christ the King Parish in Rutland, et al. v. P.A., et al.*, Case No. 26-cv-00249 (D. Vt.) (the District Court Action).

[3] *See Official Committee of Unsecured Creditors v. Roman Catholic Diocese of Burlington, Vermont, et al.*, Case No. 26-01005 (Bankr. D. Vt.) (the Adversary Proceeding).

[4] ECF 843, 844.

to 28 U.S.C. §§ 1408, 1409.

The Court further FINDS the District Court Action constitutes an act to exercise control over property of the estate and is therefore void *ab initio*.[5]

Therefore, **IT IS HEREBY ORDERED**:

1. The Motion is **GRANTED**;
2. The District Court Action constitutes an act to exercise control over property of the estate in violation of 11 U.S.C. § 362(a)(3) and is consequently void *ab initio*;
3. The Clerk of Court is directed to file this Order on the docket for the District Court Action. The District Court Action shall then be closed.
4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SO ORDERED.**

September 2, 2026
Burlington, Vermont

Heather Z. Cooper
Heather Z. Cooper
United States Bankruptcy Judge

[5] *In re 48th Street Steakhouse, Inc.*, 835 F.2d 427, 431 (2d Cir. 1987).