**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,<br><br>Debtor. | Chapter 11<br>Case No. 24-10205-HCZ |

**RMHS, INC.'S DESIGNATION OF POTENTIAL FACT WITNESSES**

Pursuant to paragraph 2(a) of the Agreed Order Establishing Schedule for Contested Matter [Dkt. No. 891] (the "Scheduling Order"), RMHS, Inc. (the "Purchaser") hereby designates the following potential fact witnesses related to the hearing scheduled for November 19, 2026 at 9:30 a.m. (the "Hearing"). For the avoidance of doubt, by listing a potential fact witness below, the Purchaser is not representing that it will call the witness at the Hearing. The Purchaser will file a final list of witnesses, including a brief summary of the expected testimony from each witness, by the deadline set by paragraph 3(a) of the Scheduling Order:

1. Christina DeGraff-Murphy
   c/o Undersigned Counsel

2. Andrew Nagy
   c/o Undersigned Counsel

3. Bishop John J. McDermott
   c/o Steven R. Kinsella
   Fredrickson & Byron, P.A.
   60 South Sixth Street, Suite 1500
   Minneapolis, MN 55402-4400

4. Tim Burke
   White + Burke Real Estate Advisors
   40 College Street, Suite 100
   Burlington, VT 05401

5. Any potential witness designed by a party-in-interest pursuant to the Scheduling Order

Dated: September 18, 2026

Respectfully submitted,

*/s/ Jeremy R. Fischer*

Jeremy R. Fischer
**PRETI FLAHERTY**
One City Center, P.O. Box 9546
Portland, Maine 04112-9546
(207) 791-3000
jfischer@preti.com

*Counsel to RMHS, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via this Court's CM/ECF system on all parties requesting CM/ECF notice.

Dated: September 18, 2026 */s/ Jeremy R. Fischer*