**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

In re:

| | |
|---|---|
| Roman Catholic Diocese of Burlington, Vermont,<br><br>Debtor. | Case No.: 24-10205-HZC<br>Chapter 11 Case |

---

**NOTICE OF DIOCESE'S DESIGNATION OF FACT WITNESSES FOR SALE HEARING**

---

Pursuant to the *Agreed Order Establishing Schedule for Contested Matter* (ECF No. 891), the Roman Catholic Diocese of Burlington, Vermont (the "Diocese") designates the following potential fact witnesses for the November 19, 2026 evidentiary hearing on the *Motion for Entry of an Order Under 11 U.S.C. § 363(f) Authorizing the Sale of Rice Memorial High School Free and Clear of All Liens, Claims, and Interests* (ECF No. 830):

1. Bishop John J. McDermott
   c/o Undersigned Counsel

2. Tim Burke
   White + Burke Real Estate Advisors
   40 College Street, Suite 100
   Burlington, VT 05401

3. Christina DeGraff-Murphy
   c/o Preti Flaherty, Jeremy Fischer
   One City Center, P.O. Box 9546
   Portland, Maine 04112
   jfischer@preti.com

4. Any potential witness identified by any other party.

The Diocese reserves all rights to amend or supplement this designation.

Dated: September 18, 2026

*/s/ Steven R. Kinsella*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**