**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| IN RE:<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,<br><br>Debtor. | ) | Case No. 24-10205-HZC<br>Chapter 11 |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DESIGNATION OF POTENTIAL WITNESSES**

**PLEASE TAKE NOTICE THAT,** pursuant to paragraph 2(a) of the *Agreed Order Establishing Schedule for Contested Matter* filed September 9, 2026 (Doc. 891), concerning the Debtors' *Motion for Entry of an Order under 11 U.S.C. § 363(f) Authorizing the Sale of Rice Memorial High School Free and Clear of All Liens, Claims, and Interests* [ECF 830] (the "Sale Motion"), the Official Committee of Unsecured Creditors (the "Committee") makes the following designation of potential fact witnesses at the Hearing of the Sale Motion:

> The Committee reserves the right to call any witness designated or listed by any other party to this contested matter, whether or not such witness is called by the designating party. The Committee further reserves the right to call rebuttal and/or impeachment witnesses as may be necessary, regardless of whether such witnesses have been previously disclosed, to respond to evidence or testimony presented at the hearing. The Committee reserves the right to supplement or amend this witness designation prior to the hearing as discovery and preparation continue, and to call any witness not presently anticipated should the need arise.

Dated: September 18, 2026

Respectfully submitted,

LEMERY GREISLER LLC

/s/Paul A. Levine

Paul A. Levine, Esq.
Local Counsel to the Official Committee of Unsecured Creditors
677 Broadway – 8th Floor
Albany, New York 12207
(518) 433-8800
Email: plevine@lemerygreisler.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang (Admitted Pro Hac Vice)
Brittany M. Michael (Admitted Pro Hac Vice)
Gail S. Greenwood (Admitted Pro Hac Vice)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

TO:

The Roman Catholic Diocese of Burlington, Vermont
Attn: Lorei Dawson
55 Joy Drive
South Burlington, VT 05403

Fredrikson & Byron, P.A.
Attn: Steven R. Kinsella, Esq.
Samuel M. Andre
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402

Roman Catholic Diocese of
Burlington, Vermont
c/o Obuchowski Law Office
Attn: Raymond J. Obuchowski
1542 Route 107
PO Box 60
Bethel, VT 05032

Harrison Strauss, Esq.
Office of the United States Trustee
Leo W. O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, NY 12207

Attorneys for the Parishes
Gfeller Laurie LLP
Attn: Kaveh S. Shahi, Esq.
110 Merchants Row, Suite 3
Rutland, VT 05701