**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

**DECLARATION OF BISHOP JOHN J. MCDERMOTT IN SUPPORT OF MOTION TO DISMISS**

I, John J. McDermott, make the following declaration in support of the Motion to Dismiss (the "Motion") filed by the Roman Catholic Diocese of Burlington, Vermont (the "Diocese")[1]:

1. I am the Bishop of the Diocese.

2. I am familiar with the history, structure, and mission of the Diocese. I am also familiar with the Diocese's day-to-day operations, business affairs, and records.

3. The Official Committee of Unsecured Creditors (the "Committee") and the Diocese appeared and participated at a mediation session from July 28 through July 29, 2025, and agreed to mediate again on September 11 and 12, 2025.

4. The Diocese and Committee mediated on September 11 and 12, 2025.

5. The Diocese and Committee participated in another mediation session on December 15, 2025.

6. After the December 15, 2025, mediation session, the Diocese and the Committee believed they were close to negotiating a resolution and sought to file a joint plan by February 27, 2026, but ultimately could not agree on the applicable terms.

[1] Any term not defined herein has the meaning ascribed to it in the Motion.

7. On August 3, 2026, representatives of the Diocese, Committee, Parishes, Schools, and Insurers all participated in a mediation session with the Mediators. At the conclusion of the mediation session, the parties and the Mediators agreed to hold a further in-person mediation session in Burlington, Vermont from September 28 through September 29, 2026.

8. The sale of "Loretto Home" ultimately closed on June 11, 2026, and the Diocese continues to hold approximately $976,680 in net proceeds from the sale in a segregated account.

9. The sale of the "Diocesan Office" closed on September 15, 2026, and the Diocese holds approximately $3,118,125 in net sale proceeds in a segregated account.

10. The Court scheduled an evidentiary hearing for November 19, 2026, and the Diocese, the Committee, and the Rice Purchaser are preparing for that hearing, but also continue to attempt to negotiate a resolution and are hopeful that a resolution will be reached prior to the hearing.

11. If the Court approves the sale of Rice Memorial High School, the Diocese will hold the $4.3 million less any closing costs in a segregated account.

12. In consultation with the Committee and through a specialized broker, the Diocese engaged in a confidential marketing process of its three residential care homes (the "Homes"). After engaging in this process, Vermont Catholic Charities ("VCC") made the highest and best offer to purchase all three properties for $4.27 million. The Diocese is preparing a motion to sell the Homes to VCC, which the Diocese anticipates the Committee will support. If the Court approves the sale, the Diocese will hold the $4.27 million less any closing costs in a segregated account.

13. In addition to selling its assets, the Diocese also engaged in cost-savings measures, including reducing its employee base by half and cutting its expenditures.

14. Based on the initial litigation between the Parishes and the Committee, the Diocese expects that the litigation will not conclude for a number of years and likely require the bankruptcy estate to incur significant legal expenses.

15. Through the archeologist's efforts, the Diocese ultimately located policies held by two different insurers, Interstate Fire and Casualty Company ("Interstate") and Certain Underwriters at Lloyd's London, Riverstone Insurance UK Limited ("LMI"), in December 2025. Once Interstate and LMI became involved in the case, the Diocese sought to engage with both insurers regarding the policies.

16. Interstate and LMI provided the Diocese with extensive document and other information requests, to which the Diocese diligently responded. Interstate and LMI participated in the August 3, 2026, mediation session and the September 28 and 29, 2026, mediation session, but no deal has been reached.

17. On September 14, 2026, the Diocese received notice of additional insurance policies that were recently discovered through the archaeologist's efforts held by three additional insurers. While these insurers have not yet appeared in this case or otherwise participated, the Diocese anticipates receiving similar document and information requests from the insurers.

18. The Diocese expects that any ultimate resolution with the insurers will require significant administrative expenses and will likely take a long period of time.

19. In light of the expected litigation costs and the need to resolve all of the issues that exist between the Committee and the Diocese, Parishes, Parish Trusts, and Schools, the Diocese worked to compile a global settlement proposal to the Committee of approximately **$29.43 million**.

20. The Diocese made the proposal to the Committee at the end of the last mediation session and indicated that it was the highest and best offer the Diocese and the other Catholic

entities could make. The Diocese further explained that portions of the funding of the proposal were contingent on reaching a resolution now and would not exist in the future.

21. The Committee ultimately declined to accept the proposal. Due to the Committee's decision, the Diocese does not believe continued mediation in this case will be productive or successful.

22. As of the date of the Motion to Dismiss, the Diocese has paid nearly $1,249,254 to the retained professionals involved in this case, including $789,473 paid to the Diocese's professionals and $459,781 paid to the Committee's professionals.

23. The Diocese has accrued an additional $894,096 in unpaid professional fees, including approximately $698,305 owed to the Diocese's professionals for bills through August 2026 and $1,174,665 owed to the Committee's professionals for bills through July 2026. Except for the sale proceeds held in the segregated account, the Diocese would lack sufficient funds to pay all of the professional fees at this time.

24. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 30, 2026

*/s/ John J. McDermott*
John J. McDermott
Bishop of the Roman Catholic
Diocese of Burlington, Vermont