**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>Roman Catholic Diocese of Burlington, Vermont,[1]<br><br>Debtor. | Case No.: 24-10205-HZC<br>Chapter 11 Case |

## NOTICE OF HEARING ON MOTION TO DISMISS

**A MOTION FOR** entry of an order dismissing the chapter 11 case of the Roman Catholic Diocese of Burlington, Vermont (the "Diocese") was filed on Wednesday, September 30, 2026, by the Diocese (ECF No. 905.) An electronic copy of the motion can be accessed at the following link: https://case.stretto.com/dioceseofburlington/docket.

**A HEARING ON THE MOTION** and any responses **will be held** at **11:00 A.M. (prevailing Eastern time)** on **Tuesday, December 8, 2026**, at United States Bankruptcy Court, 11 Elmwood Avenue, Burlington, Vermont 05401. You may appear for the above scheduled hearing (a) in person at the location listed above; ***or*** (b) if you meet the criteria for appearing at remote hearings set forth in Appendix IX to the Court's Local Rules (available on the Court's website), you may appear virtually by using the Zoomgov application on an electronic device. If you are eligible for remote participation and choose to appear by Zoomgov, you must follow the process set forth in Appendix IX, including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at VTB_CRD@vtb.uscourts.gov or by telephone at (802) 657-6400.

[1] In accordance with Fed. R. Bankr. P. 2002(o) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is P.O. Box 2367, South Burlington, Vermont 05407, and its Employer Identification Number (EIN) is 03-0180730.

**IF YOU OPPOSE THE MOTION**, you are encouraged to file a written response with the Clerk of Court specifying your opposition to the motion, **on or before 4:00 P.M. (prevailing Eastern time) on Thursday, December 3, 2026.** If you file a written response, you must also serve a copy of that written response on the attorneys for the Diocese, the attorneys for the Official Committee of Unsecured Creditors, as well as the Office of the United States Trustee so that it is received on or before such date and time. Addresses for those parties are set forth below.

Dated: September 30, 2026

*/s/ Steven R. Kinsella*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

**SERVICE ADDRESSES**

| | | |
|---|---|---|
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Fredrikson & Byron, P.A.<br>Attn: Katherine A. Nixon<br>60 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402<br>knixon@fredlaw.com | United States Trustee<br>Attn: Harrison Strauss<br>Leo O'Brien Federal Building<br>Room 620<br>Albany, NY 12207<br>harrison.strauss@usdoj.gov | Creditors' Committee<br>c/o Pachulski Stang Ziehl & Jones<br>Attn: Brittany Mitchell Michael<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>bmichael@pszjlaw.com |
| Roman Catholic Diocese of Burlington, Vermont<br>c/o Obuchowski Law Office<br>Attn: Raymond J. Obuchowski<br>1542 Route 107<br>PO Box 60<br>Bethel, VT 05032<br>Ray@oeblaw.com | Creditors' Committee<br>c/o Lemery Greisler LLC<br>Attn: Paul A. Levine<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>plevine@lemerygreisler.com | |