UNITED STATES BANKRUPTCY COURT DISTRICT OF VERMONT
Filed & Entered
On Docket
09/30/2026

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

**In re:**

**Roman Catholic Diocese of Burlington, Vermont,**

**Debtor-in-Possession.**

**Case No. 24-10205**
**Chapter 11**

**SCHEDULING ORDER**
**FOLLOWING CASE MANAGEMENT CONFERENCE**

The Court held a case management conference, pursuant to 11 U.S.C. § 105(d), on September 30, 2026. The case management conference followed a two-day mediation among the Mediation Parties. Based on the representations from counsel who wished to be heard at that conference, and the unique circumstances of this case, it was agreed the case will proceed as set forth below, to ensure the expeditious, effective, and economical use of chapter 11 in this case.

The following are currently pending before the Court in this case:

- Motion for Entry of an Order under 11 U.S.C. § 363(f) Authorizing the Sale of Rice Memorial High School Free and Clear of All Liens, Claims, and Interests [ECF 830] (the Motion to Sell).

- Motion to Dismiss [ECF 905] (filed just prior to the case management conference).

The Official Committee of Unsecured Creditors (the Committee) sought and received derivative standing [ECF 820 and 844, respectively] and has commenced *The Official Committee of Unsecured Creditors v. Roman Catholic Diocese of Burlington, Vermont*, *et al.* AP No. 26-01005 (the Adversary Proceeding). The Court denied Debtor and the Parish Defendants' Motions to Dismiss under Rule 12(b)(6) [AP ECF 25-29]. Answers are due to be filed with the Court on October 13, 2026.

The Committee objected to the Motion to Sell. Evidence shall be considered by the Court at a hearing on November 19, 2026 [ECF 891]. The Motion to Dismiss is currently scheduled for a December 8, 2026 hearing. At the case management conference, the Committee and Debtor had agreed, in principle, to an acceptable resolution of the Motion to Sell contested matter. Neither the Committee nor Debtor were prepared to discuss the resolution other than representing that an amended motion to sell would be

forthcoming. Such stipulation is anticipated to resolve the Committee's specific objections and would be noticed to all creditors in accordance with the Federal Rules of Bankruptcy Procedure.

While the Motion to Dismiss was filed with the Court just prior to the case management conference, the Committee anticipates the need for discovery with an evidentiary hearing on December 8, 2026. The Committee and Debtor anticipate filing a stipulated order establishing a schedule for that contested matter.

Debtor also anticipates filing a separate motion to sell its three residential care homes. That motion is anticipated to be consensual and will be filed in due course.

Earlier in September 2026, Debtor received notice of potential additional insurance policies held by four additional insurers. The involvement of those insurance companies is not yet clear as discussions have just begun. The Committee reported it has reached a potential settlement with one of the insurance companies which has made an appearance in this case. Such settlement is contingent upon a global resolution of all outstanding issues in the case.

In the Motion to Dismiss, Debtor claims to have exhausted every avenue for consensual resolution, yet Debtor requests the option to continue to mediate with the Court appointed mediators until the Motion to Dismiss has been resolved.

Based on the foregoing, pursuant to § 105(d)(2), **IT IS HEREBY ORDERED** as follows:

1. Any amendment to the Motion to Sell shall be filed **no later than October 20, 2026**. If agreed to by the Committee, the amendment shall so indicate.
2. A stipulated order establishing a schedule for the consideration of evidence on the Motion to Dismiss shall be filed **no later than October 16, 2026.**
3. The Court hereby amends its Order Granting in Part and Denying in Part the Renewed Motion to Further Amend Order Referring Parties to Global Mediation [ECF 822] to extend the **mediation deadline** from October 16, 2026, to **December 31, 2026.**

September 30, 2026
Burlington, Vermont

Heather Z. Cooper
Heather Z. Cooper
United States Bankruptcy Judge