UNITED STATES BANKRUPTCY COURT DISTRICT OF VERMONT
Filed & Entered
On Docket
09/28/2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:
ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,
Debtor.

Case No. 24-10205-hzc
Chapter 11

**ORDER GRANTING *PRO HAC VICE***
**ADMISSION OF SIOBHAIN P. MINAROVICH, ESQ.**

On consideration of the Motion for *Pro Hac Vice* Admission of Siobhain P. Minarovich, Esq., the Court finding that the motion complies with the Local Rules of this Court and that Attorney Minarovich has met this Court's requirements for *pro hac vice* admission, it is hereby;

**ORDERED** that the motion is granted. Attorney Minarovich is hereby admitted to practice and may appear in the Court *pro hac vice* in the above-captioned bankruptcy proceeding or any other proceedings related thereto; and it is further

**ORDERED** that Michael B. Fisher, as local counsel, is excused from appearing at Court hearings in this bankruptcy proceeding in his capacity as local counsel, except as otherwise ordered by this Court

**SO ORDERED.**

September 28, 2026
Burlington, Vermont

Heather Z. Cooper
Heather Z. Cooper
United States Bankruptcy Judge

United States Bankruptcy Court

District of Vermont

In re:
Roman Catholic Diocese of Burlington, Ve
Debtor

Case No. 24-10205-hzc
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0210-2 User: admin Page 1 of 7
Date Rcvd: Sep 28, 2026 Form ID: pdf613 Total Noticed: 16

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, P.O. Box 2367, South Burlington, VT 05407-2367 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | John E. Bucheit, Parker, Hudson, Rainer & Dobbs LLP, Two N. Riverside Plaza, Suite 1850, Chicago, IL 60606, UNITED STATES 60606-2647 |
| aty | + | Russell W Roten, Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Siobhain P. Minarovich, Parker, Hudson, Rainer & Dobbs LLP, 303 Peachtree Street NE, Suite 3600, Atlanta, GA 30308-3225 |
| aty | + | Timothy K McMahon, Jr., Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Timothy Q. Karcher, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| intp | + | Catalina Worthing Insurance Ltd, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Certain Underwriters at Lloyd's London, c/o Ryan M. Long, Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Interstate Fire & Casualty Company, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | #+ | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |
| cr | + | Jane Doe, c/o Adam Prescott, Esq., 100 Middle St., P.O. Box 9729, Portland, ME 04101-4100 |
| intp | + | RiverStone Insurance UK Limited, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Tenecom Ltd., c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Sep 28 2026 20:07:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| sp | | Dinse P.C. |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |
| cr | | Survivor CC094 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Robert Prescott | on behalf of Creditor Jane Doe aprescott@bernsteinshur.com kflynn@bernsteinshur.com;sbaker@bernsteinshur.com;ekitchen@bernsteinshur.com;lunfricht@bernsteinshur.com;ltitus@bernsteinshur.com |
| Alexander Jason LaRosa | on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com chorigan@mskvt.com |
| Andre Denis Bouffard | on behalf of Interested Party Vermont Catholic Community Foundation Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | on behalf of Creditor TD Bank N.A. aizr@rsclaw.com, sem@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Brittany Mitchell Michael | on behalf of Plaintiff The Official Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Catalina Sugayan | on behalf of Interested Party Catalina Worthing Insurance Ltd catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Tenecom Ltd. catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party RiverStone Insurance UK Limited catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| David Michael Caves | on behalf of Interested Party Interstate Fire & Casualty Company dcaves@phrd.com |
| Elizabeth A. Glynn | on behalf of Creditor TD Bank N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Harris Winsberg | on behalf of Interested Party Interstate Fire & Casualty Company hwinsberg@phrd.com elyttle@phrd.com |
| Harrison E. Strauss | on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov |
| James Moffitt | on behalf of Interested Party Tenecom Ltd. james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party RiverStone Insurance UK Limited james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Catalina Worthing Insurance Ltd james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| Jeff Kahane | on behalf of Interested Party Catalina Worthing Insurance Ltd jkahane@skarzynski.com |

Jeff Kahane
on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com

Jeff Kahane
on behalf of Interested Party Tenecom Ltd. jkahane@skarzynski.com

Jeff Kahane
on behalf of Interested Party RiverStone Insurance UK Limited jkahane@skarzynski.com

Jeremy R Fischer
on behalf of Interested Party RMHS Inc. jfischer@preti.com, mperry@preti.com

Jeremy R Fischer
on behalf of Interested Party Rice Memorial High School jfischer@preti.com mperry@preti.com

Jim Baillie
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont jbaillie@fredlaw.com

Katherine Nixon
on behalf of Defendant Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com sstallings@fredlaw.com;docketing@fredlaw.com

Katherine Nixon
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Kaveh Shahi
on behalf of Defendant Sacred Heart School Bennington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Mark Parish Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Francis Xavier Winooski kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Raphael Parish Poultney kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Therese Digital Academy Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant The Most Holy Name of Jesus Parish Morrisville kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Holy Family - St. Lawrence Parish Essex Junction kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Holy Family Parish Springfield kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Immaculate Heart of Mary Parish Williston kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Valley Parish Randolph kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Frances Cabrini Parish West Pawlet kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Ambrose Church Bristol kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Michael School Brattleboro kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Light South Strafford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Perpetual Help Bradford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Catherine of Siena Shelburne kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Mary Church Cambridge kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Anthony's Parish White River kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Thomas Parish Underhill Center kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Andre Bessette Parish Troy kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Anthony Parish Sheldon Springs kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Alphonsus Pittsford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Paul Parish Orwell c/o Castleton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Patrick Parish Wallingford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Mercy Putney kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Mary Parish Charitable Trust Brandon kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Immaculate Conception Parish St. Albans kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ Our Savior Parish Manchester Center kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Anthony St. George Parish Fairfield kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Dominic Parish Proctor kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Paul's Catholic School Barton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Grace Parish Colchester kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Bernadette and St. Genevieve Parish Bridport c/o Middlebury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John Vianney Church South Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Lourdes Parish East Berkshire kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Corpus Christi Parish St. Johnsbury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Holy Name of Mary Parish Proctorsville c/o Ludlow kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Bridget Parish West Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John the Baptist Parish North Bennington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Patrick Parish Fairfield kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Andrew Parish Waterbury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Peter Parish Vergennes kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Francis of Assisi Parish Windsor kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Snows Woodstock kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Luke Fairfax kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Isidore Parish Montgomery c/o Richford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Mary Queen of All Saints Hardwick kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Mary's Franklin kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Lake Parish South Hero kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant And DOES 1 through 20 being intended to name any other parishes whose true name and identity is not yet known kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John the Baptist Enosburg kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Ann Parish Milton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Seven Dolors Parish Fair Haven kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Ascension Parish Georgia c/o Fairfax kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ the King Church Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John the Baptist Parish Castleton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Blessed Sacrament Catholic Church Stowe kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Michael Roman Catholic Church Brattleboro kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Eugene Wells River kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Pius X Church Essex Junction kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Monica - St. Michael School Barre kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Stanislaus Kostka Parish West Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant All Saints Parish Richford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Sacred Heart St. Francis de Sales Bennington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Jude Church Hinesburg kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ The King - St. Anthony Parish Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ the King School Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Church of the Nativity - St. Louis Parish Swanton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ the King School Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Holy Cross Parish Colchester kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Assumption of the Blessed Virgin Mary (St. Mary's) Parish Middlebury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Annunciation of the Blessed Virgin Mary Ludlow kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Mater Dei Parish Derby Line kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John the Evangelist Parish Northfield kshahi@gllawgroup.com

Kaveh Shahi

on behalf of Defendant St. Peter Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Holy Rosary Parish Richmond kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Mt. Carmel Church Charlotte kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Bishop John J. McDermott kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady Fatima Wilmington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Augustine Parish Montpelier kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Good Shepherd Catholic School St. Johnsbury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Snow and St. Patrick's Parish Waitsfield & Moretown kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Francis of Assisi Norwich kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Monica Parish Barre kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Joachim Parish Readsboro kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Joseph Co-Cathedral Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Charles Parish Bellows Falls kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Most Holy Trinity Parish Barton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Interested Party Roman Catholic Parishes kshahi@gllawgroup.com

Lisa M Penpraze
on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Matthew Michael Weiss
on behalf of Interested Party Interstate Fire & Casualty Company mweiss@phrd.com

Michael Bryan Fisher
on behalf of Interested Party Interstate Fire & Casualty Company fisher@mbfisherlaw.com
fisher.michaelb.r81669@notify.bestcase.com

Paul A Levine
on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com
phartl@lemerygreisler.com

Paul A Levine
on behalf of Plaintiff The Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Paul A Levine
on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Raymond J Obuchowski
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com

Robert S DiPalma
on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com

Russell W. Roten
on behalf of Interested Party Tenecom Ltd. rroten@skarzynski.com

Russell W. Roten
on behalf of Interested Party RiverStone Insurance UK Limited rroten@skarzynski.com

Russell W. Roten
on behalf of Interested Party Catalina Worthing Insurance Ltd rroten@skarzynski.com

Ryan M. Long
on behalf of Interested Party Catalina Worthing Insurance Ltd rlong@primmer.com

Ryan M. Long

| | |
|---|---|
| | on behalf of Interested Party Tenecom Ltd. rlong@primmer.com |
| Ryan M. Long | on behalf of Interested Party Certain Underwriters at Lloyd's London rlong@primmer.com |
| Ryan M. Long | on behalf of Interested Party RiverStone Insurance UK Limited rlong@primmer.com |
| Samuel Andre | on behalf of Defendant Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com |
| Samuel Andre | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com, docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com |
| Steven Robert Kinsella | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven Robert Kinsella | on behalf of Defendant Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com sstallings@fredlaw.com;docketing@fredlaw.com |
| Timothy Evanston | on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com |
| Timothy Evanston | on behalf of Interested Party Tenecom Ltd. tevanston@skarzynski.com |
| Timothy Evanston | on behalf of Interested Party Catalina Worthing Insurance Ltd tevanston@skarzynski.com |
| Timothy Evanston | on behalf of Interested Party RiverStone Insurance UK Limited tevanston@skarzynski.com |
| Timothy K. McMahon, Jr. | on behalf of Interested Party RiverStone Insurance UK Limited tmcmahon@skarzynski.com |
| Timothy K. McMahon, Jr. | on behalf of Interested Party Catalina Worthing Insurance Ltd tmcmahon@skarzynski.com |
| Timothy K. McMahon, Jr. | on behalf of Interested Party Tenecom Ltd. tmcmahon@skarzynski.com |
| Todd C. Jacobs | on behalf of Interested Party Interstate Fire & Casualty Company tjacobs@phrd.com awessels@phrd.com |
| U S Trustee | ustpregion02.vt.ecf@usdoj.gov |
| William W Strehlow | on behalf of Interested Party Catalina Worthing Insurance Ltd wstrehlow@primmer.com |
| William W Strehlow | on behalf of Interested Party Tenecom Ltd. wstrehlow@primmer.com |
| William W Strehlow | on behalf of Interested Party RiverStone Insurance UK Limited wstrehlow@primmer.com |
| William W Strehlow | on behalf of Interested Party Certain Underwriters at Lloyd's London wstrehlow@primmer.com |

TOTAL: 149