UNITED STATES BANKRUPTCY COURT

DISTRICT OF VERMONT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Roman Catholic Diocese of Burlington, Vermont[1] | ) | Case No. 24-10205-*hzc* |
| | ) | *Chapter 11 Case* |
| Debtor in Possession | ) | |

**CERTIFICATE OF SERVICE**

I, Raymond J. Obuchowski, Esq., hereby certify that on Friday, October 2, 2026 copies of the:

- Certificate of No Objection regarding Obuchowski Law Office's Monthly Fee Statement For April 2026, Fees: $546.00 (80% of $682.50), Expenses: $0.00 [ECF #910]
- Certificate of No Objection regarding Obuchowski Law Office's Monthly Fee Statement For May 2026, Fees: $1,274.00 (80% of $1,592.50), Expenses: $0.00 [ECF #912]

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) generated in connection with each Certificate and by copies sent by electronic mail for delivery on Friday, October 2, 2026 to those indicated and required pursuant to Order [ECF #180] as Notice Parties set below:

| | | |
|---|---|---|
| Lorei Dawson | | 'ldawson@vermontcatholic.org' |
| Steven Robert Kinsella, Esq. | | skinsella@fredlaw.com |
| Brittany Mitchell Michael, Esq. | | bmichael@pszjlaw.com |
| Paul Levine, Esq. | | plevine@lemerygreisler.com |
| Lisa Penpraze, Esq. | | Lisa.Penpraze@usdoj.gov |

1 In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

DATED at Royalton, Vermont: Friday, October 2, 2026.

By: *_/s/Raymond J .Obuchowski_*

Raymond J. Obuchowski, Esq.
Obuchowski Law Office
PO Box 60
Bethel, Vermont 05031
802-234-6244
802-234-6245 *telefax*
ray@oeblaw.com