**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

---

**NOTICE OF DIOCESE'S DESIGNATION OF FACT WITNESSES FOR DISMISSAL HEARING**

---

Pursuant to the [Proposed] *Agreed Order Establishing Schedule for Contested Matter* (ECF No. 915), the Roman Catholic Diocese of Burlington, Vermont (the "Diocese") designates the following potential fact witnesses for the December 8, 2026, evidentiary hearing on the *Motion to Dismiss* (ECF No. 905):

1. Bishop John J. McDermott
   c/o Undersigned Counsel

2. Lorei Dawson
   c/o Undersigned Counsel

3. Any potential witness identified by any other party or identified through further discovery.

The Diocese reserves all rights to amend or supplement this designation.

Dated: October 16, 2026

*/s/ Katherine A. Nixon*
Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**