**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| IN RE:<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,<br><br>Debtor. | Case No. 24-10205-HZC<br>Chapter 11 |

# THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DESIGNATION OF POTENTIAL WITNESSES FOR HEARING ON THE DIOCESE'S MOTION TO DISMISS

**PLEASE TAKE NOTICE THAT,** pursuant to paragraph 2.b. of the *Proposed Agreed Order Establishing Schedule for Contested Matter* dated October 15, 2026 [ECF 915], concerning the Debtors' *Motion for to Dismiss* [ECF 905] (the "Motion"), the Official Committee of Unsecured Creditors (the "Committee") makes the following designation of potential fact witnesses at the Hearing of the Motion:

- Daniel Stack (in care of the undersigned counsel)
- Bishop John J. McDermott
- Lorei Dawson

The Committee reserves the right to call any witness designated or listed by any other party to this contested matter, whether or not such witness is called at the hearing by the designating party. The Committee further reserves the right to call rebuttal and/or impeachment witnesses as may be necessary, regardless of whether such witnesses have been previously disclosed, to respond to evidence or testimony presented at the hearing. The Committee reserves

the right to supplement or amend this witness designation prior to the hearing as discovery and preparation continue, and to call any witness not presently anticipated should the need arise.

Dated: October 16, 2026

Respectfully submitted,

LEMERY GREISLER LLC

/s/Paul A. Levine

Paul A. Levine, Esq.
Local Counsel to the Official Committee of Unsecured Creditors
677 Broadway – 8th Floor
Albany, New York 12207
(518) 433-8800
Email: plevine@lemerygreisler.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang (Admitted Pro Hac Vice)
Brittany M. Michael (Admitted Pro Hac Vice)
Gail S. Greenwood (Admitted Pro Hac Vice)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors