**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
10/16/2026

In re:

ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,

Debtor.

Chapter 11
Case No. 24-10205-HZC

**AGREED ORDER ESTABLISHING SCHEDULE FOR CONTESTED MATTER**

The above-captioned debtor has filed the *Motion to Dismiss* [Dkt. No. 905] (the "Dismissal Motion"). The Court hereby approves the following agreed schedule related to an evidentiary hearing related to the Dismissal Motion:

1. An evidentiary hearing on the Dismissal Motion will be held on **December 8, 2026 at 9:30 a.m.** at the United States Bankruptcy Court for the District of Vermont, 11 Elmwood Avenue, Burlington, VT (the "Hearing"). Parties in interest who anticipate introducing evidence or cross-examining witnesses (collectively, the "Parties") must appear in person.

2. Parties are authorized to engage in expedited discovery, as follows:

   a. Requests for written discovery shall be served on or before **October 23, 2026**, unless otherwise agreed in writing. Any 30-day response period for written discovery is shortened to 7 days.

   b. Potential fact witnesses must be designated by Parties in writing and filed on the docket by **October 16, 2026**.

   c. Depositions of fact witnesses must be completed by **November 24, 2026**.

d. Potential expert witnesses must be designated by Parties in writing and filed on the docket by **November 10, 2026**; and their reports, if any, must be served on the same date.

e. Depositions of expert witnesses must be completed by the Parties by **November 24, 2026**.

3. At least **3 business days** prior to the Hearing:

a. Each Party must file: (i) a final list of witnesses for the Hearing, including a brief summary of the expected testimony of each witness; and (ii) a final list of exhibits to be offered at the Hearing; and

b. The Parties must file (i) a joint stipulation of undisputed material facts, if any; and (b) a joint list of stipulated exhibits, if any.

4. Any pre-hearing motions, including motions *in limine,* shall be filed at least **1 business day** prior to the Hearing.

5. Counsel and their witnesses shall appear in person.

6. If any Party fails to timely comply with the provisions of this Order and later attempts to offer evidence not previously disclosed, the Court may exclude such evidence at the Hearing, unless the nondisclosure was permissible by statute or procedural rule.

7. This Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

**SEEN AND AGREED TO:**

Dated: October 15, 2026

*/s/ Steven R. Kinsella*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

Dated: October 15, 2026

*/s/ Brittany M. Michael*
PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang (Admitted Pro Hac Vice)
Brittany M. Michael (Admitted Pro Hac Vice)
Gail S. Greenwood (Admitted Pro Hac Vice)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

-and-

LEMERY GREISLER LLC
Paul A. Levine, Esq.
677 Broadway – 8th Floor
Albany, New York 12207
(518) 433-8800
Email: plevine@lemerygreisler.com

*Counsel to the Official Committee of Unsecured Creditors*

Based upon the foregoing and upon the consent of the parties, **IT IS HEREBY ORDERED** that the above schedule is **APPROVED.** All witnesses and Parties in Interest who wish to be heard, anticipate introducing evidence or cross-examining witnesses, shall be present in person.

**SO ORDERED.**

October 16, 2026
Burlington, Vermont

Heather Z. Cooper
Heather Z. Cooper
United States Bankruptcy Judge