**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
10/16/2026

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,<br><br>Debtor. | Chapter 11<br>Case No. 24-10205-HZC |

**AGREED ORDER ESTABLISHING SCHEDULE FOR CONTESTED MATTER**

The above-captioned debtor has filed the *Motion to Dismiss* [Dkt. No. 905] (the "Dismissal Motion"). The Court hereby approves the following agreed schedule related to an evidentiary hearing related to the Dismissal Motion:

1. An evidentiary hearing on the Dismissal Motion will be held on **December 8, 2026 at 9:30 a.m.** at the United States Bankruptcy Court for the District of Vermont, 11 Elmwood Avenue, Burlington, VT (the "Hearing"). Parties in interest who anticipate introducing evidence or cross-examining witnesses (collectively, the "Parties") must appear in person.

2. Parties are authorized to engage in expedited discovery, as follows:

   a. Requests for written discovery shall be served on or before **October 23, 2026**, unless otherwise agreed in writing. Any 30-day response period for written discovery is shortened to 7 days.

   b. Potential fact witnesses must be designated by Parties in writing and filed on the docket by **October 16, 2026**.

   c. Depositions of fact witnesses must be completed by **November 24, 2026**.

d. Potential expert witnesses must be designated by Parties in writing and filed on the docket by **November 10, 2026**; and their reports, if any, must be served on the same date.

e. Depositions of expert witnesses must be completed by the Parties by **November 24, 2026**.

3. At least **3 business days** prior to the Hearing:

a. Each Party must file: (i) a final list of witnesses for the Hearing, including a brief summary of the expected testimony of each witness; and (ii) a final list of exhibits to be offered at the Hearing; and

b. The Parties must file (i) a joint stipulation of undisputed material facts, if any; and (b) a joint list of stipulated exhibits, if any.

4. Any pre-hearing motions, including motions *in limine,* shall be filed at least **1 business day** prior to the Hearing.

5. Counsel and their witnesses shall appear in person.

6. If any Party fails to timely comply with the provisions of this Order and later attempts to offer evidence not previously disclosed, the Court may exclude such evidence at the Hearing, unless the nondisclosure was permissible by statute or procedural rule.

7. This Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

**SEEN AND AGREED TO:**

Dated: October 15, 2026

*/s/ Steven R. Kinsella*

Raymond J. Obuchowski
**OBUCHOWSKI LAW OFFICE**
1542 Route 107, PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

James L. Baillie (*pro hac vice*)
Steven R. Kinsella (*pro hac vice*)
Samuel M. Andre (*pro hac vice*)
Katherine A. Nixon (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 492-7000
jbaillie@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**

Dated: October 15, 2026

*/s/ Brittany M. Michael*
PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang (Admitted Pro Hac Vice)
Brittany M. Michael (Admitted Pro Hac Vice)
Gail S. Greenwood (Admitted Pro Hac Vice)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

-and-

LEMERY GREISLER LLC
Paul A. Levine, Esq.
677 Broadway – 8th Floor
Albany, New York 12207
(518) 433-8800
Email: plevine@lemerygreisler.com

*Counsel to the Official Committee of Unsecured Creditors*

Based upon the foregoing and upon the consent of the parties, **IT IS HEREBY ORDERED** that the above schedule is **APPROVED.** All witnesses and Parties in Interest who wish to be heard, anticipate introducing evidence or cross-examining witnesses, shall be present in person.

**SO ORDERED.**

October 16, 2026
Burlington, Vermont

Heather Z. Cooper
Heather Z. Cooper
United States Bankruptcy Judge

United States Bankruptcy Court

District of Vermont

In re: Case No. 24-10205-hzc

Roman Catholic Diocese of Burlington, Ve Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2 User: admin Page 1 of 7

Date Rcvd: Oct 30, 2026 Form ID: pdf714 Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Diocese of Burlington, Vermont, P.O. Box 2367, South Burlington, VT 05407-2367 |
| aty | | Gail S. Greenwood, Pachulski Sang Ziehl & Jones LLP, One Sansome Street, 34th Floor, San Francisco, CA 94104-4436 |
| aty | + | James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | John E. Bucheit, Parker, Hudson, Rainer & Dobbs LLP, Two N. Riverside Plaza, Suite 1850, Chicago, IL 60606, UNITED STATES 60606-2647 |
| aty | + | Russell W Roten, Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Siobhain P. Minarovich, Parker, Hudson, Rainer & Dobbs LLP, 303 Peachtree Street NE, Suite 3600, Atlanta, GA 30308-3225 |
| aty | + | Timothy K McMahon, Jr., Skarzynski Marick & Black LLP, 333 South Grand Avenue, Suite 3550, Los Angeles, CA 90071-1553 |
| aty | + | Timothy Q. Karcher, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| intp | + | Catalina Worthing Insurance Ltd, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Certain Underwriters at Lloyd's London, c/o Ryan M. Long, Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Interstate Fire & Casualty Company, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | #+ | J. Hutchins Inc., 88 Rogers Lane, Richmond, VT 05477, US 05477-7748 |
| cr | + | Jane Doe, c/o Adam Prescott, Esq., 100 Middle St., P.O. Box 9729, Portland, ME 04101-4100 |
| intp | + | RiverStone Insurance UK Limited, c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |
| intp | + | Tenecom Ltd., c/o Ryan M Long, Esq., Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, Burlington, VT 05401-8437 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@td.com | Oct 30 2026 10:58:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Dinse P.C. |
| crcm | | Local Counsel to the Official Committee of Unsecur, c/o Paul A. Levine, Esq., Lemery Greisler LLC |
| cr | | Survivor CC094 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Robert Prescott | on behalf of Creditor Jane Doe aprescott@bernsteinshur.com kflynn@bernsteinshur.com;sbaker@bernsteinshur.com;ekitchen@bernsteinshur.com;lunfricht@bernsteinshur.com;ltitus@bernsteinshur.com |
| Alexander Jason LaRosa | on behalf of Creditor J. Hutchins Inc. ajlarosa@mskvt.com chorigan@mskvt.com |
| Andre Denis Bouffard | on behalf of Interested Party Vermont Catholic Community Foundation Inc. abouffard@drm.com, mbottino@drm.com |
| Antonin Robbason | on behalf of Creditor TD Bank N.A. aizr@rsclaw.com, sem@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com |
| Brittany Mitchell Michael | on behalf of Creditor Committee Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Brittany Mitchell Michael | on behalf of Plaintiff The Official Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Catalina Sugayan | on behalf of Interested Party Catalina Worthing Insurance Ltd catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Tenecom Ltd. catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party RiverStone Insurance UK Limited catalina.sugayan@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us |
| Celeste E. Laramie | on behalf of Creditor Survivor Creditors claramie@gravelshea.com |
| David Michael Caves | on behalf of Interested Party Interstate Fire & Casualty Company dcaves@phrd.com |
| Elizabeth A. Glynn | on behalf of Creditor TD Bank N.A. eag@rsclaw.com, ccs@rsclaw.com |
| Harris Winsberg | on behalf of Interested Party Interstate Fire & Casualty Company hwinsberg@phrd.com elyttle@phrd.com |
| Harrison E. Strauss | on behalf of U.S. Trustee U S Trustee harrison.strauss@usdoj.gov |
| James Moffitt | on behalf of Interested Party Tenecom Ltd. james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party RiverStone Insurance UK Limited james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| James Moffitt | on behalf of Interested Party Catalina Worthing Insurance Ltd james.moffitt@clydeco.us Nancy.Lima@clydeco.us |
| Jeff Kahane | on behalf of Interested Party Catalina Worthing Insurance Ltd jkahane@skarzynski.com |

| | |
|---|---|
| Jeff Kahane | on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party Tenecom Ltd. jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party RiverStone Insurance UK Limited jkahane@skarzynski.com |
| Jeremy R Fischer | on behalf of Interested Party RMHS Inc. jfischer@preti.com, mperry@preti.com |
| Jeremy R Fischer | on behalf of Interested Party Rice Memorial High School jfischer@preti.com mperry@preti.com |
| Jim Baillie | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont jbaillie@fredlaw.com |
| Katherine Nixon | on behalf of Defendant Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine Nixon | on behalf of Debtor Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Kaveh Shahi | on behalf of Defendant Sacred Heart School Bennington kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Mark Parish Burlington kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Francis Xavier Winooski kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Raphael Parish Poultney kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Therese Digital Academy Burlington kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant The Most Holy Name of Jesus Parish Morrisville kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Holy Family - St. Lawrence Parish Essex Junction kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Holy Family Parish Springfield kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Immaculate Heart of Mary Parish Williston kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Our Lady of the Valley Parish Randolph kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Frances Cabrini Parish West Pawlet kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Ambrose Church Bristol kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Michael School Brattleboro kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Our Lady of Light South Strafford kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Our Lady of Perpetual Help Bradford kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Catherine of Siena Shelburne kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Mary Church Cambridge kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Anthony's Parish White River kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Thomas Parish Underhill Center kshahi@gllawgroup.com |

Kaveh Shahi
on behalf of Defendant St. Andre Bessette Parish Troy kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Anthony Parish Sheldon Springs kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Alphonsus Pittsford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Paul Parish Orwell c/o Castleton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Patrick Parish Wallingford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Mercy Putney kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Mary Parish Charitable Trust Brandon kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Immaculate Conception Parish St. Albans kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ Our Savior Parish Manchester Center kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Anthony St. George Parish Fairfield kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Dominic Parish Proctor kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Paul's Catholic School Barton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Grace Parish Colchester kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Bernadette and St. Genevieve Parish Bridport c/o Middlebury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John Vianney Church South Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Lourdes Parish East Berkshire kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Corpus Christi Parish St. Johnsbury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Holy Name of Mary Parish Proctorsville c/o Ludlow kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Bridget Parish West Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John the Baptist Parish North Bennington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Patrick Parish Fairfield kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Andrew Parish Waterbury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Peter Parish Vergennes kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Francis of Assisi Parish Windsor kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Snows Woodstock kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Luke Fairfax kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Isidore Parish Montgomery c/o Richford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Mary Queen of All Saints Hardwick kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Mary's Franklin kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Lake Parish South Hero kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant And DOES 1 through 20 being intended to name any other parishes whose true name and identity is not yet known kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John the Baptist Enosburg kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Ann Parish Milton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Seven Dolors Parish Fair Haven kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Ascension Parish Georgia c/o Fairfax kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ the King Church Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John the Baptist Parish Castleton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Blessed Sacrament Catholic Church Stowe kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Michael Roman Catholic Church Brattleboro kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Eugene Wells River kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Pius X Church Essex Junction kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Monica - St. Michael School Barre kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Stanislaus Kostka Parish West Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant All Saints Parish Richford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Sacred Heart St. Francis de Sales Bennington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Jude Church Hinesburg kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ The King - St. Anthony Parish Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ the King School Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Church of the Nativity - St. Louis Parish Swanton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ the King School Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Holy Cross Parish Colchester kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Assumption of the Blessed Virgin Mary (St. Mary's) Parish Middlebury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Annunciation of the Blessed Virgin Mary Ludlow kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Mater Dei Parish Derby Line kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John the Evangelist Parish Northfield kshahi@gllawgroup.com

Kaveh Shahi

on behalf of Defendant St. Peter Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Holy Rosary Parish Richmond kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Mt. Carmel Church Charlotte kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Bishop John J. McDermott kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady Fatima Wilmington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Augustine Parish Montpelier kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Good Shepherd Catholic School St. Johnsbury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Snow and St. Patrick's Parish Waitsfield & Moretown kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Francis of Assisi Norwich kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Monica Parish Barre kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Joachim Parish Readsboro kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Joseph Co-Cathedral Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Charles Parish Bellows Falls kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Most Holy Trinity Parish Barton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Interested Party Roman Catholic Parishes kshahi@gllawgroup.com

Lisa M Penpraze
on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov

Matthew Michael Weiss
on behalf of Interested Party Interstate Fire & Casualty Company mweiss@phrd.com

Michael Bryan Fisher
on behalf of Interested Party Interstate Fire & Casualty Company fisher@mbfisherlaw.com
fisher.michaelb.r81669@notify.bestcase.com

Paul A Levine
on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors plevine@lemerygreisler.com
phartl@lemerygreisler.com

Paul A Levine
on behalf of Plaintiff The Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Paul A Levine
on behalf of Creditor Committee Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com

Raymond J Obuchowski
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont ray@oeblaw.com, marie@oeblaw.com

Robert S DiPalma
on behalf of Financial Advisor Berkeley Research Group LLC rdipalma@pfclaw.com

Russell W. Roten
on behalf of Interested Party Tenecom Ltd. rroten@skarzynski.com

Russell W. Roten
on behalf of Interested Party RiverStone Insurance UK Limited rroten@skarzynski.com

Russell W. Roten
on behalf of Interested Party Catalina Worthing Insurance Ltd rroten@skarzynski.com

Ryan M. Long
on behalf of Interested Party Catalina Worthing Insurance Ltd rlong@primmer.com

Ryan M. Long

on behalf of Interested Party Tenecom Ltd. rlong@primmer.com

Ryan M. Long
on behalf of Interested Party Certain Underwriters at Lloyd's London rlong@primmer.com

Ryan M. Long
on behalf of Interested Party RiverStone Insurance UK Limited rlong@primmer.com

Samuel Andre
on behalf of Defendant Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com

Samuel Andre
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com, docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com

Steven Robert Kinsella
on behalf of Debtor Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven Robert Kinsella
on behalf of Defendant Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com sstallings@fredlaw.com;docketing@fredlaw.com

Timothy Evanston
on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com

Timothy Evanston
on behalf of Interested Party Tenecom Ltd. tevanston@skarzynski.com

Timothy Evanston
on behalf of Interested Party Catalina Worthing Insurance Ltd tevanston@skarzynski.com

Timothy Evanston
on behalf of Interested Party RiverStone Insurance UK Limited tevanston@skarzynski.com

Timothy K. McMahon, Jr.
on behalf of Interested Party RiverStone Insurance UK Limited tmcmahon@skarzynski.com

Timothy K. McMahon, Jr.
on behalf of Interested Party Catalina Worthing Insurance Ltd tmcmahon@skarzynski.com

Timothy K. McMahon, Jr.
on behalf of Interested Party Tenecom Ltd. tmcmahon@skarzynski.com

Todd C. Jacobs
on behalf of Interested Party Interstate Fire & Casualty Company tjacobs@phrd.com awessels@phrd.com

U S Trustee
ustpregion02.vt.ecf@usdoj.gov

William W Strehlow
on behalf of Interested Party Catalina Worthing Insurance Ltd wstrehlow@primmer.com

William W Strehlow
on behalf of Interested Party Tenecom Ltd. wstrehlow@primmer.com

William W Strehlow
on behalf of Interested Party RiverStone Insurance UK Limited wstrehlow@primmer.com

William W Strehlow
on behalf of Interested Party Certain Underwriters at Lloyd's London wstrehlow@primmer.com

TOTAL: 149