Hearing Date: December 8, 2026
Time: 11:00 a.m.
Burlington

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

---------------------------------------------------------------

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

**Chapter 11**

**Case No. 24-10205-HZC**

---------------------------------------------------------------

**SIXTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This application (the "Application") is made by Berkeley Research Group, LLC ("BRG"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Diocese of Burlington, Vermont, the above-captioned debtor and debtor in possession (the "Debtor"). This Application covers the period from April 1, 2026 through September 30, 2026 (the "Application Period").

For the Application Period, BRG seeks an interim award of compensation for fees in the amount of **$66,309.12**[1] and reimbursement of expenses in the amount of **$0.00**. This Application is brought pursuant to the terms of the *Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* (the "Interim Compensation Order") [Docket No. 180].

---

[1] Pursuant to the Retention Application (defined below), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 17% rate concession. Accordingly, BRG has reduced its fees for the Fee Period by **$13,581.38** as indicated on **Exhibit 1** and **Exhibit 2**.

## BACKGROUND

1. On September 30, 2024, the Debtor commenced a voluntary case (the "Case") under chapter 11 of the Bankruptcy Code, 11 U.S.C. sec. 101 et seq. (the "Bankruptcy Code").

2. On October 22, 2024, the United States Trustee (the "UST") appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee consists of five individuals who were sexually abused as minors by perpetrators for whom the Debtor was responsible. *See Appointment of Official Committee of Unsecured Creditors* [Docket No. 52].

3. On November 22, 2024, the Committee retained BRG as its financial advisor. See Order Authorizing the Retention and Employment of Berkeley Research Group, LLC as Financial Advisor with Modification (the "Retention Application") [Docket No. 192].

## PRIOR REQUESTS FOR COMPENSATION

4. In connection with the Interim Compensation Order, BRG filed the following monthly fee statement during the Application Period (the "Monthly Fee Statement"):

| Date Filed | Docket No. | Period Covered | Fees Sought | Expenses Sought | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|
| 05/29/26 | 769 | 04/01/26 – 04/30/26 | $1,889.08 ($2,361.35 x 80%) | $0.00 | $0.00 | $0.00 |

5. No payment has been received by BRG to date on account of the Monthly Fee Statement.

6. On June 9, 2026, the Court entered the *Stipulation Regarding Compensation Procedures Order* (the "Compensation Stipulation") [Docket No. 780]. The Compensation Stipulation suspended the filing of Monthly Fee Statements relating to fees and expenses incurred in May 2026 and thereafter.

7. This Application is BRG's sixth request for interim compensation in this Case.

## SERVICES RENDERED

8. During the Application Period, the Committee relied on the experience and expertise of BRG when dealing with the matters described herein. As a result, BRG devoted time and effort to perform properly and expeditiously the required professional services. BRG submits that the professional services it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of this case. Attached hereto is a schedule of professionals who rendered services to the Committee during the Fee Period including each person's billing rate and the blended rate (**Exhibit 1**) as well as a summary of the hours expended by BRG professionals for each category of services (task code) (**Exhibit 2**). Pursuant to the Interim Compensation Order, BRG attaches hereto as **Exhibit 3** the cover sheet for this Application.

9. BRG submitted a monthly fee statement for April 2026 requesting 80% of the fees and 100% of the expenses incurred (the "**Monthly Fee Statement**") (See **Exhibit 5**).

10. Pursuant to the *Compensation Stipulation*, no monthly fee statements were filed for the months of May 2026 through September 2026. Attached hereto as **Exhibit 6** is a summary of BRG timekeepers (collectively, the "**Timekeepers**") who rendered services to the Committee in connection with the Bankruptcy Case during the months of May 2026 through September 2026, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred in May 2026 through September 2026 summarized by task code is attached hereto as **Exhibit 7**. The detailed time records which describe the time spent by each BRG Timekeeper for May 2026

through September 2026 are attached hereto as **Exhibit 8**. Below are the various task codes into which BRG categorized its work.[2]

**200.90 – Document / Data Analysis (Production Requests)**

**Fees: $2,461.00 / Hours: 4.6**

11. BRG analyzed document / data productions received during the Application Period relating to the Debtor, its parishes, and other affiliates. From the beginning of the case through September 2026, BRG has analyzed no less than 40 separate productions which included over 5,800 documents. As part of its evaluation of documents produced by the Debtor, BRG also updated its document request tracker / production index. BRG's ongoing analysis of documents and data and its identification of additional documents and data to be obtained from the Debtor and third parties will continue to assist the Committee in its identification, investigation, and analysis of critical case matters, including assets ultimately available for the benefit of the Debtor's creditors.[3]

**220.00 – Debtor Operations / Monitoring (MOR / Period Reporting)**

**Fees: $8,957.50 / Hours: 18.7**

12. During the Application Period, BRG analyzed financial activity reported in the Debtor's Monthly Operating Reports ("**MOR**") for the twenty four-month period from September 2024 through August 2026. Using information obtained from the MORs, BRG refined its ongoing analysis of the Debtor's operations and financial activities (including the Debtor's assets, cash and

[2] Because certain services rendered in this Case may have affected several categories, services pertaining to one category may occasionally be included in another category.

[3] Based on BRG's experience in diocesan and sexual abuse survivor cases dating back to 2007, the analysis and monitoring of document requests / productions requires the involvement of experienced, more senior professionals. There are complexities in diocesan bankruptcy cases with assessing the type and content of financial documents being produced and whether a document is responsive, unresponsive, or partially responsive to a document request or a request for information. As a result, it is important to have professional staff with the appropriate financial and accounting training and experience in diocesan cases perform those assessments.

investment balances, receipt and disbursement activity, flow of funds, trends, etc.). BRG's MOR analysis allows it to effectively evaluate the Debtor's ongoing asset position and financial performance, follow-up with the Debtor's financial advisors and report findings to Committee Counsel and the Committee.

**300.00 – Asset Analysis (General – Debtor)**

**Fees: $10,138.00 / Hours: 19.2**

13. BRG continued to assist the Committee in its assessment of Debtor assets available for the benefit of creditors. In particular, BRG prepared and refined a credit estimate analysis relating to the Debtor. BRG also met with Committee Counsel to discuss and coordinate issues relating to its asset analyses. BRG's analysis of the Debtor's assets assisted with its ongoing analyses and investigations, including its identification and evaluation of assets available to the Debtor's creditors.

**302.00 – Asset Analysis (General – Related Non-Debtors)**

**Fees: $481.50 / Hours: 0.9**

14. During the Application Period, BRG continued its analysis of assets relating to the Debtor's affiliate Vermont Catholic Community Foundation. BRG's analysis of assets / investments relating to the Debtor's affiliates will benefit its ongoing analyses and investigations (including its identification and evaluation of potential assets available to the Debtor's creditors).

**304.00 – Asset Analysis (General – Parishes)**

**Fees: $49,142.00 / Hours 88.5**

15. BRG continued its evaluation of assets relating to the Debtor's parishes and parish schools. As part of this evaluation, BRG updated its ability to pay analysis for the parishes and created an additional ability to pay analysis for the parish schools to assist the Committee in its assessment of assets available for the benefit of creditors. In addition, BRG updated the Debtor's

credit estimate analysis to include financial data and activity for the parishes and parish schools. BRG also refined its dashboard analyses of the parishes and parish schools. Pursuant to directions from Committee Counsel, BRG assisted the Committee in the anticipated filing of a complaint relating to the parishes. As part of this assistance, BRG analyzed financial statement data, statistical data, and existing dashboard analyses relating to the parishes and parish schools and provided its findings to Committee Counsel. Finally, BRG met with Committee Counsel and internally to discuss issues relating to the parish and parish school asset analysis. BRG's ongoing financial analysis of the parishes and parish schools assisted the Committee with its analyses / investigations regarding assets available to the Debtor's creditors.

**330.00 - Asset Analysis (Real Property - Debtors)**

**Fees: $6,927.00 / Hours: 9.8**

16. During the Application Period BRG updated its analysis of the Debtor's real estate holdings. Pursuant to Committee Counsel request, BRG assisted the Committee in its evaluation of the proposed sale of Rice Memorial High School ("RMHS"). In addition, BRG met with UCC Counsel to evaluate issues related to the sale of RMHS and to coordinate additional analyses to be performed. BRG's ongoing analysis of the Debtor's real estate is essential in BRG's identification of potential assets available to the Debtor's creditors.

**1060.00 – Fee Application Preparation & Hearing**

**Fees: $1,783.50 / Hours: 4.1**

17. BRG prepared and filed Fee Statements for the months of March 2026 and April 2026. In addition, BRG prepared and filed its Fifth Interim Fee Application covering the period from January 2026 through March 2026 (including narrative and related supporting exhibits). Finally, BRG began preparations of this Sixth Interim Fee Application covering the period from April 2026 through September 2026. As part of these services, BRG reviewed its time descriptions

to ensure value to the Committee, proper categorization into task codes, and exclusion of any services not allowed to be billed.

**THE REQUESTED COMPENSATION SHOULD BE ALLOWED**

18. Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including
>
> (A) the time spent on such services;
> (B) the rates charged for such services;
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

19. BRG has significant expertise and experience in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the U.S. Trustee Guidelines, BRG respectfully submits that the compensation requested herein is reasonable in light of the nature,

extent, and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

20. Section 330 of the Bankruptcy Code authorizes the Court to award BRG reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those services as financial advisor to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
> (A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B) reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

21. BRG submits that the total value of its services during the Application Period represents reasonable compensation for professional services rendered based upon the time spent, and the nature, extent and value of such services, taking into account the cost of comparable services other than in a case under the Bankruptcy Code. BRG further submits that given the skill required of BRG to perform services involved, BRG's customary fees for such work, and BRG's experience, reputation and ability, the compensation sought in this Application is fair and reasonable. BRG has spent **145.8** hours on this case during the Application Period, incurring fees in the amount of **$66,309.12** and expenses in the amount of **$0.00**.

## NOTICE

22. Pursuant to the Interim Compensation Order, the Application will be served upon the following: (i) (*by U.S. Mail*) the Diocese, Attn: Lorei Dawson, 55 Joy Drive, South Burlington, Vermont 05403; (ii) (*via email*) counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.; skinsella@fredlaw.com; (iii) (*via email*) local counsel for the Diocese, Obuchowski Law Office, Attn: Ray Obuchowski, Esq.: ray@oeblaw.com; and (iv) (*via email*) the Office of the UST, Attn: Lisa Penpraze, Esq.: Lisa.Penpraze@usdoj.gov.

## CONCLUSION

Based upon the foregoing, BRG respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit 4**, granting the Application and allowing interim compensation in the amount of **$66,309.12** for services rendered and **$0.00** in expenses advanced.

Date: November 3, 2026

Respectfully submitted,

**Berkeley Research Group, LLC**

*/s/ Matthew K. Babcock*

Matthew K. Babcock
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: mbabcock@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

**COMMITTEE CERTIFICATION FOR
SIXTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Daniel Stack, the Chair of the Official Committee of Unsecured Creditors ("Committee"), do hereby certify that I have reviewed the *SIXTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES* and

Check one:

☒ I do not object to the allowance of the application and payment of fees and expenses in full as the services rendered and fees charged appear reasonable.

Or

☐ I object to the application and to payment of the fees and expenses in full in the amounts and for the reasons set forth below.

Dated: November 3, 2026

*/s/ Daniel Stack*
Daniel Stack
Chair of the Official Committee of
Unsecured Creditors

# EXHIBIT 1
# (To BRG Fee Application)

BRG INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 1: Summary of Fees By Professional

For the Period 04/01/26 through 09/30/26

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $895.00 | 4.7 | $4,206.50 |
| R. Strong | Managing Director | $855.00 | 5.6 | $4,788.00 |
| M. Babcock | Managing Director | $795.00 | 12.2 | $9,699.00 |
| J. Funk | Associate Director | $670.00 | 3.1 | $2,077.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 97.5 | $52,162.50 |
| S. Chaffos | Consultant | $440.00 | 8.1 | $3,564.00 |
| A. Stubbs | Associate | $340.00 | 0.9 | $306.00 |
| A. McConkie | Case Assistant | $235.00 | 11.3 | $2,655.50 |
| K. McDowell | Case Assistant | $180.00 | 2.4 | $432.00 |
| **TOTAL** | | | **145.8** | **$79,890.50** |
| **Agreed Upon Concession:** | **17%** | | | **($13,581.38)** |
| **TOTAL REQUESTED FEES** | | | | **$66,309.12** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$454.80** |

# EXHIBIT 2
# (To BRG Fee Application)

INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 2: Summary of Fees By Task Code

For the Period 04/01/26 through 09/30/26

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 4.6 | $2,461.00 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 18.7 | $8,957.50 |
| 300.00 - Asset Analysis (General - Debtors) | 19.2 | $10,138.00 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 0.9 | $481.50 |
| 304.00 - Asset Analysis (General - Parishes) | 88.5 | $49,142.00 |
| 330.00 - Asset Analysis (Real Property - Debtors) | 9.8 | $6,927.00 |
| 1060.00 - Fee Application Preparation & Hearing | 4.1 | $1,783.50 |
| **TOTAL** | **145.8** | **$79,890.50** |
| **Agreed Upon Concession: 17%** | | **($13,581.38)** |
| **TOTAL REQUESTED FEES** | | **$66,309.12** |
| **BLENDED RATE AFTER CONCESSION** | | **$454.80** |

# EXHIBIT 3
# (To BRG Fee Application)

**Cover Sheet for Interim Fee Application**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No. 24-10205-HZC
Chapter 11 Case

**NOTICE OF INTERIM FEE APPLICATION**

| | |
|---|---|
| Name of applicant: | Berkeley Research Group, LLC |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | November 22, 2024 |
| Period for which compensation and reimbursement is sought: | April 1, 2026 – September 30, 2026 |
| Amount of compensation sought as actual, reasonable and necessary: | $66,309.12 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n): X interim application _______ final application

Summary of Monthly Fee Statements for Compensation:

| | | | Requested | | Approved | |
|---|---|---|---|---|---|---|
| Date Filed | Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 05/29/26 | 769 | 04/01/26 – 04/30/26 | $1,889.08 ($2,361.35 x 80%) | $0.00 | $0.00 | $0.00 |

Summary of prior Interim Fee Applications:

| Date Filed | Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 05/22/25 | 328 | 11/22/24 – 03/31/25 | $79,692.44 | $0.00 | $79,692.44 | $0.00 |
| 08/26/25 | 440 | 04/01/25 – 06/30/25 | $119,791.82 | $0.00 | $119,291.82 | $0.00 |
| 11/04/25 | 538 | 07/01/25 – 09/30/25 | $178,045.38 | $0.00 | $178,045.38 | $0.00 |
| 02/11/26 | 638 | 10/01/25 – 12/31/25 | $86,097.14 | $0.00 | $86,097.14 | $0.00 |
| 05/19/26 | 760 | 01/01/26 – 03/31/26 | $8,720.80 | $0.00 | $8,720.80 | $0.00 |

# EXHIBIT 4
# (To BRG Fee Application)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

-------------------------------------------------------------

| | |
|---|---|
| In re: | **Chapter 11** |
| Roman Catholic Diocese of Burlington, Vermont, | **Case No. 24-10205-HZC** |
| Debtor. | |

-------------------------------------------------------------

**ORDER GRANTING SIXTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon the sixth interim application ("Application") for an award of interim compensation and reimbursement of expenses on behalf of Berkeley Research Group, LLC ("BRG"), financial advisor for the Official Committee of Unsecured Creditors appointed in the bankruptcy case of the Roman Catholic Diocese of Burlington, Vermont (the "Debtor") for services rendered from April 1, 2026 through September 30, 2026 (the "Application Period"); and, upon a hearing having been held on December 3, 2026 with respect to the Application, and no opposition having been received to the Application, and upon the appearance of counsel, after due deliberation, it is hereby

**ORDERED**, that the Application is GRANTED and the fees awarded herein are allowed pursuant to 11 U.S.C. §503(b)(2) and §507(a), and that BRG is awarded interim compensation in the total amount of **$66,309.12** for services rendered and **$0.00** for expenses incurred during the Application Period; and it is further

**ORDERED**, that the allowed fees and expenses shall be paid by the Debtor.

Dated: _______________, 2026
Burlington, Vermont

_______________________________
Hon. Heather Z. Cooper
U.S. Bankruptcy Court Judge

# EXHIBIT 5
# (To BRG Fee Application)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

---------------------------------------------------------------

| | |
|---|---|
| In re: | **Chapter 11** |
| Roman Catholic Diocese of Burlington, Vermont[1], | **Case No. 24-10205-HZC** |
| Debtor. | |

---------------------------------------------------------------

**SIXTEENTH MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>APRIL 1, 2026 THROUGH APRIL 30, 2026</u>**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees,* entered on January 29, 2025 [Dkt. No. 180] (the "**<u>Interim Compensation Order</u>**"), Berkeley Research Gorup LLC ("**<u>BRG</u>**"), financial advisors to the Official Committee of Unsecured Creditors (the "**<u>Committee</u>**" or "**<u>UCC</u>**") of the Roman Catholic Diocese of Burlington, Vermont, the above-captioned debtor and debtor in possession (the "**<u>Debtor</u>**"), hereby submits this monthly fee statement (the "**<u>Fee Statement</u>**") seeking compensation for reasonable and necessary services from April 1, 2026 through April 30, 2026 (the "**<u>Fee Period</u>**") in the amount of **$1,889.08** (80% of **$2,361.35**) [2] and reimbursement of actual and necessary expenses incurred during the Fee Period in the amount of **$0.00** (100% of expenses).

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtor's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

[2] Pursuant to the *Ex Parte Application of the Official Committee of Unsecured Creditors to Retain and Employ Berkeley Research Group, LLC as Financial Advisor* (Dkt. No. 170), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a

Attached hereto as **Exhibit A** is a summary of BRG timekeepers (collectively, the "**Timekeepers**") who rendered services to the Committee during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C**.

BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

Pursuant to the Interim Compensation Order, objections to this Fee Statement, if any, must be served upon the undersigned financial advisor to the Committee and all persons identified below, by **June 12, 2026, at 4:00 p.m.** (the "**Objection Deadline**"), setting forth the nature of the objection, and the amount of fees or expenses at issue. If no objection is filed, BRG will file a certificate of no objection with the Court, and the Debtor will be authorized to pay BRG the amounts set forth in this Fee Statement.

Also pursuant to the Interim Compensation Order, the Fee Statement will be served upon the following: (i) (*via email*) Lorei Dawson, the Debtor Roman Catholic Diocese of Burlington, Vermont (ldawson@vermontcatholic.org); (ii) (*via email*) counsel for the Debtor, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq. (skinsella@fredlaw.com); (iii) (*via email*) local

voluntary 17% rate concession. Accordingly, we have reduced our fees for the Fee Period by **$483.65** as indicated on Exhibit A and Exhibit B.

counsel for the Debtor, Obuchowski Law Office, Attn: Ray Obuchowski, Esq. (ray@oeblaw.com); (iv) (*via email*) the Office of the UST, Attn: Lisa Penpraze, Esq. (lisa.penpraze@usdoj.gov); and (v) (*via email*) local counsel for the Committee, Lemery Greisler LLC, Attn: Paul A. Levine, Esq, (plevine@lemerygreisler.com).

Date: May 22, 2026

Respectfully submitted,

**BERKELEY RESEARCH GROUP LLC**

*/s/ Matthew K. Babcock*

Matthew K. Babcock
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: mbabcock@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

# EXHIBIT A

BRG INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit A: Summary of Fees By Professional
For the Period 04/01/26 through 04/30/26

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $895.00 | 0.5 | $447.50 |
| M. Babcock | Managing Director | $795.00 | 0.3 | $238.50 |
| J. Funk | Associate Director | $670.00 | 0.4 | $268.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 3.4 | $1,819.00 |
| K. McDowell | Case Assistant | $180.00 | 0.4 | $72.00 |
| **TOTAL** | | | **5.0** | **$2,845.00** |
| **Agreed Upon Concession:** | **17%** | | | **($483.65)** |
| **TOTAL REQUESTED FEES** | | | | **$2,361.35** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$472.27** |

# EXHIBIT B

INTELLIGENCE THAT WORKS

# ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

## Exhibit B: Summary of Fees By Task Code

For the Period 04/01/26 through 04/30/26

| Task Code | Hours | Fees |
|---|---|---|
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 0.4 | $268.00 |
| 300.00 - Asset Analysis (General - Debtors) | 2.1 | $1,303.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 0.9 | $481.50 |
| 304.00 - Asset Analysis (General - Parishes) | 0.9 | $481.50 |
| 1060.00 - Fee Application Preparation & Hearing | 0.7 | $310.50 |
| **TOTAL** | **5.0** | **$2,845.00** |
| **Agreed Upon Concession: 17%** | | **($483.65)** |
| **TOTAL REQUESTED FEES** | | **$2,361.35** |
| **BLENDED RATE AFTER CONCESSION** | | **$472.27** |

# EXHIBIT C

BRG INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit C: Schedule of Time Detail

For the Period 04/01/26 through 04/30/26

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 04/06/26 | J. Funk | 0.4 | $268.00 | Analyzed financial trends from September 2024 through February 2026 based on comparative financial analyses developed from MORs. |
| ***Task Code:*** | ***220.00*** | ***0.4*** | ***$268.00*** | ***Totals*** |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 04/27/26 | P. Shields | 0.2 | $179.00 | Evaluated ability to pay analysis (Debtor). |
| 04/27/26 | C. Tergevorkian | 1.2 | $642.00 | Updated ability to pay analysis to incorporate recent financial statement data (Debtor, Debtor Divisions, Non-Debtor Affiliates, Parishes). |
| 04/29/26 | P. Shields | 0.2 | $179.00 | Attended call with UCC Counsel (BM) and BRG (CT) regarding ability to pay. |
| 04/29/26 | C. Tergevorkian | 0.2 | $107.00 | Met with BRG (PS) and UCC Counsel (BM) to discuss ability to pay analysis. |
| 04/29/26 | P. Shields | 0.1 | $89.50 | Reviewed ability to pay analysis (Debtor). |
| 04/29/26 | C. Tergevorkian | 0.2 | $107.00 | Revised ability to pay analysis. |
| ***Task Code:*** | ***300.00*** | ***2.1*** | ***$1,303.50*** | ***Totals*** |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 04/29/26 | C. Tergevorkian | 0.9 | $481.50 | Analyzed alleged funds held for others reported in VCCF financial statements. |
| ***Task Code:*** | ***302.00*** | ***0.9*** | ***$481.50*** | ***Totals*** |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 04/02/26 | C. Tergevorkian | 0.9 | $481.50 | Updated Parish ability to pay analysis - revenue activity (FY2021 - FY2025). |
| ***Task Code:*** | ***304.00*** | ***0.9*** | ***$481.50*** | ***Totals*** |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 04/09/26 | K. McDowell | 0.2 | $36.00 | Prepared monthly fee statement (March 2026). |
| 04/10/26 | M. Babcock | 0.3 | $238.50 | Updated March 2023 fee statement. |
| 04/21/26 | K. McDowell | 0.2 | $36.00 | Prepared exhibits for fee statement (March 2026). |
| ***Task Code:*** | ***1060.00*** | ***0.7*** | ***$310.50*** | ***Totals*** |

BRG INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit C: Schedule of Time Detail

For the Period 04/01/26 through 04/30/26

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **TOTALS** | | **5.0** | **$2,845.00** | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
-------------------------------------------------------------
In re:

ROMAN CATHOLIC DIOCESE OF BURLINGTON VERMONT,

Debtor.

**Case No. 24-10205**
**Chapter 11**

-------------------------------------------------------------

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 29, 2026**, I electronically filed the **Sixteenth Monthly Fee Statement of Berkeley Research Group LLC, Financial Advisors to the Official Committee of Unsecured Creditors for the Period April 1, 2026 through April 30, 2026** with the Clerk of Bankruptcy Court using CM/ECF system which sent notification of such filings to all ECF participants.

Additionally, I served the same on **May 29, 2026**, on the following notice parties via email:

Lorei Dawson
ldawson@vermontcatholic.org

Counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.
skinsella@fredlaw.com

Local Counsel for the Diocese, Obuchowski Law Office
ray@oeblaw.com

Counsel for the Committee, Pachulski Stang Ziehl & Jones, Attn: Brittany Michael
bmichael@pszjlaw.com

Office of the U.S. Trustee, Attn: Lisa Penpraze
Lisa.Penpraze@usdoj.gov

Dated: May 29, 2026

/s/Patricia Hartl
Patricia Hartl

# EXHIBIT 6
# (To BRG Fee Application)

INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 6: Summary of Fees By Professional

For the Period 05/01/26 through 09/30/26

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $895.00 | 4.2 | $3,759.00 |
| R. Strong | Managing Director | $855.00 | 5.6 | $4,788.00 |
| M. Babcock | Managing Director | $795.00 | 11.9 | $9,460.50 |
| J. Funk | Associate Director | $670.00 | 2.7 | $1,809.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 94.1 | $50,343.50 |
| S. Chaffos | Consultant | $440.00 | 8.1 | $3,564.00 |
| A. Stubbs | Associate | $340.00 | 0.9 | $306.00 |
| A. McConkie | Case Assistant | $235.00 | 11.3 | $2,655.50 |
| K. McDowell | Case Assistant | $180.00 | 2.0 | $360.00 |
| **TOTAL** | | | **140.8** | **$77,045.50** |
| **Agreed Upon Concession:** | **17%** | | | **($13,097.74)** |
| **TOTAL REQUESTED FEES** | | | | **$63,947.76** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$454.17** |

# EXHIBIT 7
# (To BRG Fee Application)

BRG INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 7: Summary of Fees By Task Code

For the Period 05/01/26 through 09/30/26

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 4.6 | $2,461.00 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 18.3 | $8,689.50 |
| 300.00 - Asset Analysis (General - Debtors) | 17.1 | $8,834.50 |
| 304.00 - Asset Analysis (General - Parishes) | 87.6 | $48,660.50 |
| 330.00 - Asset Analysis (Real Property - Debtors) | 9.8 | $6,927.00 |
| 1060.00 - Fee Application Preparation & Hearing | 3.4 | $1,473.00 |
| **TOTAL** | **140.8** | **$77,045.50** |
| **Agreed Upon Concession: 17%** | | **($13,097.74)** |
| **TOTAL REQUESTED FEES** | | **$63,947.76** |
| **BLENDED RATE AFTER CONCESSION** | | **$454.17** |

# EXHIBIT 8
# (To BRG Fee Application)

INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 8: Schedule of Time Detail

For the Period 05/01/26 through 09/30/26

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 08/24/26 | C. Tergevorkian | 2.4 | $1,284.00 | Evaluated recent document productions DEB016 / DEB017 / DEB018 (including update of production index). |
| 09/15/26 | C. Tergevorkian | 2.2 | $1,177.00 | Analyzed recent document productions DEB019 / DEB020 (including update of production index). |
| ***Task Code:*** | ***200.90*** | ***4.6*** | ***$2,461.00*** | ***Totals*** |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 05/08/26 | C. Tergevorkian | 0.6 | $321.00 | Evaluated MOR comparative financial statement analyses (September 2024 - March 2026). |
| 05/08/26 | A. Stubbs | 0.1 | $34.00 | Revised comparative MOR income statement analysis (September 2024 - March 2026). |
| 05/08/26 | A. Stubbs | 0.1 | $34.00 | Updated cash activity / ending balance analysis (September 2024 - February 2026). |
| 05/08/26 | A. Stubbs | 0.2 | $68.00 | Updated comparative MOR balance sheet analysis (September 2024 - March 2026). |
| 05/26/26 | A. Stubbs | 0.1 | $34.00 | Revised cash activity / ending balance analysis (September 2024 - April 2026). |
| 05/26/26 | A. Stubbs | 0.2 | $68.00 | Revised comparative MOR balance sheet analysis (September 2024 - April 2026). |
| 05/26/26 | A. Stubbs | 0.2 | $68.00 | Updated comparative MOR income statement analysis (September 2024 - April 2026). |
| 05/27/26 | J. Funk | 0.8 | $536.00 | Analyzed financial trends from September 2024 through April 2026 based on comparative MOR financial analyses. |
| 06/04/26 | C. Tergevorkian | 0.4 | $214.00 | Analyzed bank activity / balances (September 2024 - April 2026). |
| 06/04/26 | C. Tergevorkian | 0.7 | $374.50 | Evaluated comparative financial statement analyses (September 2024 - April 2026). |
| 06/24/26 | C. Tergevorkian | 0.7 | $374.50 | Analyzed bank activity / balances (September 2024 - May 2026). |
| 06/24/26 | C. Tergevorkian | 0.9 | $481.50 | Evaluated comparative financial statement analyses (September 2024 - May 2026). |
| 07/22/26 | A. McConkie | 0.3 | $70.50 | Revised comparative MOR income statement analysis (September 2024 - June 2026). |
| 07/22/26 | A. McConkie | 0.7 | $164.50 | Updated analysis of historical cash receipt / disbursement activity (September 2024 - June 2026). |

BRG INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 8: Schedule of Time Detail

For the Period 05/01/26 through 09/30/26

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 07/22/26 | A. McConkie | 0.8 | $188.00 | Updated comparative MOR balance sheet analysis (September 2024 - June 2026). |
| 07/23/26 | A. McConkie | 0.3 | $70.50 | Revised comparative ending cash balance analysis (September 2024 - May 2026). |
| 07/24/26 | C. Tergevorkian | 1.2 | $642.00 | Analyzed MOR comparative financial statement analyses (September 2024 - June 2026). |
| 07/24/26 | C. Tergevorkian | 0.7 | $374.50 | Evaluated MOR bank activity / ending balances (September 2024 - June 2026). |
| 07/28/26 | C. Tergevorkian | 0.7 | $374.50 | Analyzed bank statements included in June 2026 MOR (including new money market bank account). |
| 07/28/26 | C. Tergevorkian | 0.8 | $428.00 | Analyzed historical cash / investment activity reported in MORs (September 2024 - June 2026). |
| 07/28/26 | J. Funk | 1.1 | $737.00 | Evaluated financial trends from September 2024 through June 2026 based on comparative MOR financial analyses. |
| 07/28/26 | A. McConkie | 0.2 | $47.00 | Updated comparative cash balance analysis (September 2024 - June 2026). |
| 07/29/26 | A. McConkie | 0.3 | $70.50 | Continued update of comparative cash balance analysis (September 2024 - June 2026). |
| 07/30/26 | C. Tergevorkian | 0.9 | $481.50 | Reviewed Debtor FA response regarding new bank account reported in June 2026 MOR. |
| 08/24/26 | A. McConkie | 0.8 | $188.00 | Revised comparative MOR financial statement analyses (September 2024 - July 2026). |
| 08/24/26 | A. McConkie | 0.3 | $70.50 | Updated comparative cash activity / ending balance analysis (September 2024 - July 2026). |
| 08/26/26 | J. Funk | 0.8 | $536.00 | Analyzed financial trends from September 2024 through July 2026 based on comparative MOR financial analyses. |
| 08/26/26 | C. Tergevorkian | 1.1 | $588.50 | Analyzed MOR bank activity / ending balances (September 2024 - July 2026). |
| 08/26/26 | C. Tergevorkian | 0.4 | $214.00 | Evaluated MOR comparative financial statement analyses (September 2024 - July 2026). |
| 09/28/26 | A. McConkie | 0.2 | $47.00 | Revised comparative cash activity / ending balance analysis (September 2024 - August 2026). |

BRG INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 8: Schedule of Time Detail

For the Period 05/01/26 through 09/30/26

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 09/28/26 | A. McConkie | 0.3 | $70.50 | Revised comparative MOR balance sheet analysis (September 2024 - August 2026). |
| 09/28/26 | A. McConkie | 0.1 | $23.50 | Updated comparative MOR income statement analysis (September 2024 - August 2026). |
| 09/29/26 | C. Tergevorkian | 0.9 | $481.50 | Analyzed MOR comparative financial statement analyses (September 2024 - August 2026). |
| 09/29/26 | C. Tergevorkian | 0.4 | $214.00 | Evaluated MOR bank activity / ending balances (September 2024 - August 2026). |
| ***Task Code:*** | ***220.00*** | ***18.3*** | ***$8,689.50*** | ***Totals*** |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 05/28/26 | C. Tergevorkian | 0.3 | $160.50 | Attended meeting with BRG (MB) and UCC Counsel (BM) to discuss case status. [Partial] |
| 05/28/26 | M. Babcock | 0.4 | $318.00 | Met with UCC Counsel (BM) and BRG (CT [partial]) to discuss case status / analyses. |
| 06/08/26 | C. Tergevorkian | 1.3 | $695.50 | Prepared preliminary credit analysis (FY2025). |
| 06/09/26 | C. Tergevorkian | 2.1 | $1,123.50 | Compared Acumatica financial data with audited financial statement data (FY2023 - FY2025). |
| 06/09/26 | C. Tergevorkian | 1.2 | $642.00 | Continued comparison of Acumatica financial data with audited financial statement data (FY2023 - FY2025). |
| 06/09/26 | C. Tergevorkian | 1.9 | $1,016.50 | Revised credit analysis (FY2023 - FY2024). |
| 06/09/26 | C. Tergevorkian | 1.6 | $856.00 | Updated credit analysis (FY2021 - FY2022). |
| 06/19/26 | S. Chaffos | 0.6 | $264.00 | Updated credit analysis (FY2021 - FY2025). |
| 06/22/26 | S. Chaffos | 1.6 | $704.00 | Refined credit estimate, including review of underlying support (FY2021 - FY2025). |
| 06/23/26 | S. Chaffos | 2.2 | $968.00 | Evaluated intercompany activity between Debtor / Parish / Parish Schools for credit estimate analysis. |
| 06/30/26 | C. Tergevorkian | 1.3 | $695.50 | Compared Acumatica data with MOR data (June 2025). |
| 06/30/26 | C. Tergevorkian | 1.3 | $695.50 | Revised credit analysis (FY2021 - FY2025). |
| 09/30/26 | C. Tergevorkian | 1.3 | $695.50 | Evaluated Debtor Motion to Dismiss filing. |
| ***Task Code:*** | ***300.00*** | ***17.1*** | ***$8,834.50*** | ***Totals*** |

BRG INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 8: Schedule of Time Detail

For the Period 05/01/26 through 09/30/26

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 06/08/26 | M. Babcock | 0.4 | $318.00 | Analyzed Parish assets available for Survivors / creditors. |
| 06/08/26 | C. Tergevorkian | 0.4 | $214.00 | Attended meeting with BRG (MB, PS) and UCC Counsel (BM) to discuss Parish financial analysis. |
| 06/08/26 | C. Tergevorkian | 0.5 | $267.50 | Attended meeting with BRG (MB, PS) to discuss Parish financial analysis. |
| 06/08/26 | M. Babcock | 0.5 | $397.50 | Met with BRG (PS, CT) to discuss Parish asset analysis. |
| 06/08/26 | M. Babcock | 0.4 | $318.00 | Met with UCC Counsel (BM) and BRG (PS, CT) to discuss Parish asset analysis. |
| 06/08/26 | P. Shields | 0.5 | $447.50 | Participated in meeting with BRG (MB, CT) regarding updates to Parish ability to pay analysis. |
| 06/08/26 | P. Shields | 0.4 | $358.00 | Participated in meeting with UCC Counsel (BM) and BRG (MB, CT) regarding updates to Parish ability to pay analysis. |
| 06/08/26 | C. Tergevorkian | 0.9 | $481.50 | Refined Parish ability to pay / Tableau analysis. |
| 06/09/26 | C. Tergevorkian | 0.1 | $53.50 | Attended meeting with BRG (PS) and UCC Counsel (BM) to discuss Parish analysis. |
| 06/09/26 | P. Shields | 0.1 | $89.50 | Participated in meeting with Counsel (BM) and BRG (CT) regarding updates to Parish / Schools ability to pay analysis. |
| 06/09/26 | P. Shields | 0.1 | $89.50 | Participated in meeting with UCC Counsel (BM) regarding Parish ability to pay analysis. |
| 06/10/26 | C. Tergevorkian | 1.8 | $963.00 | Analyzed Christ The King School financial statement data / trends (FY2021 - FY2025). |
| 06/10/26 | C. Tergevorkian | 1.0 | $535.00 | Analyzed St. Therese Digital Academy financial statement data / trends (FY2021 - FY2025). |
| 06/10/26 | C. Tergevorkian | 1.4 | $749.00 | Evaluated Good Shepherd Catholic School financial statement data / trends (FY2021 - FY2025). |
| 06/10/26 | C. Tergevorkian | 1.1 | $588.50 | Prepared preliminary Parish School ability to pay analysis (FY2021 - FY2025). |
| 06/10/26 | C. Tergevorkian | 0.9 | $481.50 | Refined Parish ability to pay analysis (FY2021 - FY2025). |
| 06/10/26 | P. Shields | 0.2 | $179.00 | Reviewed updates to Parish / Schools ability to pay analysis. |
| 06/10/26 | C. Tergevorkian | 1.1 | $588.50 | Updated credit analysis to include Parish financial data (FY2021 - FY2025). |
| 06/10/26 | M. Babcock | 0.3 | $238.50 | Updated Parish asset analysis. |

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 8: Schedule of Time Detail

For the Period 05/01/26 through 09/30/26

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 06/15/26 | C. Tergevorkian | 1.4 | $749.00 | Created Parish / Parish Schools index for UCC Counsel. |
| 06/15/26 | C. Tergevorkian | 1.2 | $642.00 | Revised Parish Schools ability to pay analysis (FY2021 - FY2025). |
| 06/15/26 | C. Tergevorkian | 0.7 | $374.50 | Updated analysis of St. Therese Digital Academy financial statement data / trends (FY2021 - FY2025). |
| 06/15/26 | C. Tergevorkian | 1.1 | $588.50 | Updated credit analysis to include Parish Schools financial data (FY2021 - FY2025). |
| 06/16/26 | C. Tergevorkian | 2.1 | $1,123.50 | Analyzed Parish financial data regarding transactions involving Parish Schools / Debtor. |
| 06/16/26 | C. Tergevorkian | 2.0 | $1,070.00 | Evaluated Debtor financial data regarding transactions involving Parish Schools / Parishes. |
| 06/16/26 | C. Tergevorkian | 2.0 | $1,070.00 | Evaluated Parish Schools financial data regarding transactions involving Parishes / Debtor. |
| 06/16/26 | C. Tergevorkian | 0.9 | $481.50 | Updated credit analysis (Debtor/ Parish / Parish Schools financial data). |
| 06/17/26 | C. Tergevorkian | 1.7 | $909.50 | Analyzed documents provided to date regarding 2006 Parish Trust transfer. |
| 06/17/26 | C. Tergevorkian | 1.2 | $642.00 | Updated Parish Tableau analyses. |
| 06/18/26 | M. Babcock | 0.6 | $477.00 | Evaluated issues relating to potential fraudulent transfer claims. |
| 06/18/26 | R. Strong | 0.3 | $256.50 | Evaluated Parish activity in response to UCC Counsel inquiries. |
| 06/19/26 | M. Babcock | 0.8 | $636.00 | Analyzed 2006 asset transfer from Debtor to Parish Trusts. |
| 06/19/26 | R. Strong | 0.4 | $342.00 | Analyzed accounting system data in conjunction with potential avoidance actions. |
| 06/19/26 | C. Tergevorkian | 1.7 | $909.50 | Analyzed Parish / Parish Schools financial statement data in conjunction with Parish complaint. |
| 06/19/26 | R. Strong | 0.5 | $427.50 | Attended call with UCC Counsel (GG) and BRG (MB, CT) regarding avoidance actions. |
| 06/19/26 | C. Tergevorkian | 0.5 | $267.50 | Attended meeting with BRG (MB, RS) and UCC Counsel (GG) to discuss fraudulent transfer analysis. |
| 06/19/26 | C. Tergevorkian | 0.9 | $481.50 | Evaluated Parish statistics data (including trends / graphs) in conjunction with Parish complaint. |
| 06/19/26 | M. Babcock | 0.5 | $397.50 | Met with UCC Counsel (GG) and BRG (RS, CT) to discuss fraudulent transfer claims. |

INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 8: Schedule of Time Detail

For the Period 05/01/26 through 09/30/26

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 06/19/26 | C. Tergevorkian | 0.8 | $428.00 | Refined credit analysis relating to Parish / Parish Schools (FY2021 - FY2025). |
| 06/19/26 | C. Tergevorkian | 1.3 | $695.50 | Reviewed Parish Tableau analyses in conjunction with Parish complaint. |
| 06/22/26 | C. Tergevorkian | 2.0 | $1,070.00 | Analyzed Parish financials regarding Debtor assessments. |
| 06/22/26 | C. Tergevorkian | 1.8 | $963.00 | Refined Parish Tableau analyses (real estate). |
| 06/22/26 | S. Chaffos | 2.2 | $968.00 | Revised Parish / Parish Schools ability to pay analysis (income statement activity). |
| 06/22/26 | C. Tergevorkian | 1.7 | $909.50 | Revised Parish Tableau analyses (income statement data). |
| 06/22/26 | S. Chaffos | 1.5 | $660.00 | Updated Parish / Parish Schools ability to pay analysis (balance sheet activity). |
| 06/22/26 | C. Tergevorkian | 2.2 | $1,177.00 | Updated Parish Tableau analyses (balance sheet data). |
| 06/23/26 | C. Tergevorkian | 1.6 | $856.00 | Analyzed subsidies reported in Parish financial statement data (FY2021 - FY2025). |
| 06/23/26 | C. Tergevorkian | 1.4 | $749.00 | Evaluated Parish / Parish School financial data (FY2021 - FY2025). |
| 06/23/26 | C. Tergevorkian | 1.3 | $695.50 | Evaluated subsidies reported in Parish Schools financial statement data (FY2021 - FY2025). |
| 06/23/26 | C. Tergevorkian | 1.1 | $588.50 | Updated credit analysis involving Parishes / Parish Schools (FY2021 - FY2025). |
| 06/30/26 | R. Strong | 0.8 | $684.00 | Analyzed Parish data analytics for Parish complaint pursuant to UCC Counsel requests. |
| 06/30/26 | P. Shields | 0.8 | $716.00 | Evaluated potential updates to ability to pay analysis. |
| 06/30/26 | C. Tergevorkian | 0.9 | $481.50 | Refined credit analysis to include updated Parish / Parish Schools analysis (FY2021 - FY2025). |
| 06/30/26 | C. Tergevorkian | 1.4 | $749.00 | Reviewed Parish / Parish Schools credit analysis in conjunction with Parish Complaint. |
| 06/30/26 | C. Tergevorkian | 1.8 | $963.00 | Updated credit analysis to include Diocese FY2025 MOR data in conjunction with Parish Complaint. |
| 06/30/26 | M. Babcock | 0.9 | $715.50 | Updated Parish analytics / dashboard analysis. |
| 07/02/26 | C. Tergevorkian | 0.5 | $267.50 | Attended meeting with BRG (MB) to discuss Parish Complaint analysis. |

BRG INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 8: Schedule of Time Detail

For the Period 05/01/26 through 09/30/26

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 07/02/26 | M. Babcock | 0.5 | $397.50 | Met with BRG (CT) to review Parish Complaint issues. |
| 07/02/26 | C. Tergevorkian | 0.9 | $481.50 | Reviewed Parish / Parish Schools financial documents to provide to UCC Counsel for Parish Complaint. |
| 07/02/26 | C. Tergevorkian | 0.8 | $428.00 | Updated Parish / Parish Schools Tableau analysis (including supporting schedules). |
| 07/09/26 | C. Tergevorkian | 1.0 | $535.00 | Analyzed Parish / Parish Schools QuickBooks financial statements (FY2015 - FY2025). |
| 07/09/26 | C. Tergevorkian | 0.7 | $374.50 | Evaluated Parish statistics for Parish Complaint (2019 - 2025). |
| 07/09/26 | C. Tergevorkian | 1.8 | $963.00 | Reviewed Parish Tableau analyses for Parish Complaint. |
| 07/09/26 | C. Tergevorkian | 1.6 | $856.00 | Updated Parish Tableau analyses. |
| 07/10/26 | C. Tergevorkian | 1.2 | $642.00 | Analyzed Parish / Parish Schools balance sheet data in conjunction with Parish Complaint. |
| 07/10/26 | C. Tergevorkian | 1.5 | $802.50 | Evaluated Parish / Parish Schools income statement data in conjunction with Parish Complaint. |
| 07/13/26 | R. Strong | 0.8 | $684.00 | Attended call with UCC Counsel (BM, GG) and BRG (MB, CT) regarding materials for hearing preparation. |
| 07/13/26 | C. Tergevorkian | 0.8 | $428.00 | Attended meeting with BRG (MB, RS) and UCC Counsel (BM, GG) to review case status (including complaint). |
| 07/13/26 | M. Babcock | 0.8 | $636.00 | Met with UCC Counsel (BM, GG) and BRG (RS, CT) to discuss Complaint. |
| 07/13/26 | R. Strong | 0.7 | $598.50 | Updated analysis of accounting system data in conjunction with potential avoidance actions. |
| 07/14/26 | A. McConkie | 2.8 | $658.00 | Analyzed Parish QuickBooks financial data for Parish Complaint. |
| 07/14/26 | A. McConkie | 0.7 | $164.50 | Evaluated Parish statistical data for Parish Complaint. |
| 07/15/26 | A. McConkie | 2.3 | $540.50 | Analyzed Parish QuickBooks financial data (Schools, CTK, GSCS, STDA) for Parish Complaint. |
| 07/16/26 | A. McConkie | 1.2 | $282.00 | Evaluated Parish QuickBooks income statement data for Parish Complaint. |
| 07/21/26 | R. Strong | 1.2 | $1,026.00 | Analyzed Parish / Parish Schools information pursuant to UCC Counsel requests. |
| 07/22/26 | R. Strong | 0.9 | $769.50 | Continued analysis of Parish / Parish Schools information pursuant to UCC Counsel requests. |

BRG INTELLIGENCE THAT WORKS

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 8: Schedule of Time Detail

For the Period 05/01/26 through 09/30/26

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 07/24/26 | C. Tergevorkian | 0.6 | $321.00 | Analyzed Parish QuickBooks financial statement data. |
| 07/28/26 | C. Tergevorkian | 1.2 | $642.00 | Refined Parish Tableau analysis / ability to pay analysis for Parish Complaint. |
| 07/28/26 | P. Shields | 0.6 | $537.00 | Reviewed updates to Parish ability to pay analysis. |
| 07/28/26 | C. Tergevorkian | 0.8 | $428.00 | Updated Parish / Parish Schools ability to pay analysis for Parish Complaint. |
| 09/08/26 | C. Tergevorkian | 0.5 | $267.50 | Revised Parish Tableau analysis. |
| 09/09/26 | C. Tergevorkian | 1.5 | $802.50 | Continued refinement of Parish Tableau analysis. |
| 09/09/26 | C. Tergevorkian | 1.6 | $856.00 | Refined Parish Tableau analysis. |
| ***Task Code:*** | ***304.00*** | ***87.6*** | ***$48,660.50*** | ***Totals*** |
| **330.00 - Asset Analysis (Real Property - Debtors)** | | | | |
| 07/30/26 | C. Tergevorkian | 0.5 | $267.50 | Evaluated Debtor real estate (including recently sold property). |
| 09/23/26 | C. Tergevorkian | 1.6 | $856.00 | Analyzed RMHS comparative financial analysis regarding operations / operating income (FY2016 - FY2023). |
| 09/23/26 | C. Tergevorkian | 0.7 | $374.50 | Attended meeting with BRG (MB) and UCC Counsel (JD [partial], BM [partial]) to discuss sale of Rice Memorial High School. |
| 09/23/26 | M. Babcock | 0.7 | $556.50 | Met with UCC Counsel (JD [partial], BM [partial]) and BRG (CT) to evaluate proposed sale of RMHS. |
| 09/24/26 | M. Babcock | 1.1 | $874.50 | Analyzed proposed sale of RMHS (including available supporting documents). |
| 09/24/26 | P. Shields | 0.2 | $179.00 | Evaluated documents / data for response to motion to sell Rice Memorial High School. |
| 09/25/26 | C. Tergevorkian | 0.3 | $160.50 | Attended meeting with BRG (MB, PS) and UCC Counsel (JD) to discuss Rice Memorial High School sale. |
| 09/25/26 | M. Babcock | 2.3 | $1,828.50 | Continued analysis of proposed sale of RMHS (including available supporting documents). |
| 09/25/26 | P. Shields | 1.0 | $895.00 | Continued evaluation of documents / data for response to motion to sell Rice Memorial High School. |
| 09/25/26 | M. Babcock | 0.3 | $238.50 | Met with UCC Counsel (JD) and BRG (PS, CT) to evaluate proposed sale of RMHS. |

## ROMAN CATHOLIC DIOCESE OF BURLINGTON (CASE NO. 24-10205)

### Exhibit 8: Schedule of Time Detail

For the Period 05/01/26 through 09/30/26

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **330.00 - Asset Analysis (Real Property - Debtors)** | | | | |
| 09/25/26 | P. Shields | 0.3 | $268.50 | Participated in meeting with UCC Counsel (JD) and BRG (MB, CT) regarding document request relating to Rice Memorial High School. |
| 09/25/26 | C. Tergevorkian | 0.8 | $428.00 | Reviewed Rice Memorial High School sale motion document request. |
| ***Task Code:*** | ***330.00*** | ***9.8*** | ***$6,927.00*** | ***Totals*** |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 05/04/26 | K. McDowell | 0.5 | $90.00 | Prepared fee application (January - March 2026). |
| 05/08/26 | K. McDowell | 0.2 | $36.00 | Prepared fee statement (April 2026). |
| 05/14/26 | M. Babcock | 0.6 | $477.00 | Finalized fee application (January - March 2026). |
| 05/14/26 | M. Babcock | 0.2 | $159.00 | Revised fee statement (April 2026). |
| 05/14/26 | K. McDowell | 0.2 | $36.00 | Updated fee application (January - March 2026). |
| 05/21/26 | K. McDowell | 0.1 | $18.00 | Finalized fee statement (April 2026). |
| 09/14/26 | M. Babcock | 0.6 | $477.00 | Prepared fee application (April 2026 - September 2026). |
| 09/15/26 | K. McDowell | 1.0 | $180.00 | Updated fee application (April 2026 - September 2026). |
| ***Task Code:*** | ***1060.00*** | ***3.4*** | ***$1,473.00*** | ***Totals*** |
| **TOTALS** | | **140.8** | **$77,045.50** | |