UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

--------------------------------------------------------------

In re:

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF BURLINGTON VERMONT, | **Case No. 24-10205** **Chapter 11** |
| Debtor. | |

--------------------------------------------------------------

**CERTIFICATE OF SERVICE**

I hereby certify that on **November 3, 2026, Paul A. Levine** electronically filed the **Seventh Application for Interim Compensation and Reimbursement of Expenses of Lemery Greisler LLC as Local Counsel to the Official Committee of Unsecured Creditors with Exhibits and Proposed Order** with the Clerk of Bankruptcy Court using CM/ECF system which sent notification of such filings to all ECF participants.

Additionally, I served the same on **November 4, 2026**, on the following notice parties via email:

Lorei Dawson
ldawson@vermontcatholic.org

Counsel for the Diocese, Fredrikson & Byron, P.A., Attn: Steven R. Kinsella, Esq.
skinsella@fredlaw.com

Local Counsel for the Diocese, Obuchowski Law Office
ray@oeblaw.com

Counsel for the Committee, Pachulski Stang Ziehl & Jones, Attn: Brittany Michael
bmichael@pszjlaw.com

Paul A Levine on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors
plevine@lemerygreisler.com, phartl@lemerygreisler.com

Office of the U.S. Trustee, Attn: Lisa Penpraze
Lisa.Penpraze@usdoj.gov

Dated: November 4, 2026

/s/Patricia Hartl
Patricia Hartl