Filed & Entered
On Docket
11/05/2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

---------------------------------------------------------------

In re:

ROMAN CATHOLIC DIOCESE OF BURLINGTON VERMONT,

**Case No. 24-10205**
**Chapter 11**

Debtor.

---------------------------------------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon consideration of the Ex Parte Motion of Paul A. Levine, Esq., a member in good standing of the bar of the United States Bankruptcy Court for the District of Vermont, to admit Jeffrey M. Dine as counsel pro hac vice to represent the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Burlington, Vermont, in the above-captioned case, and upon the accompanying declaration of Jeffrey M. Dine, Esq. (the "Applicant"), which certifies the Applicant's qualifications and compliance with the Local Rule requirements, including:

- the Applicant's membership in good standing with the Bars of the States of New York and New Jersey; the United States Courts of Appeals for the Second, Third, Eighth and Ninth Circuits; the United States District Courts for the District of New Jersey and the Southern, Eastern and Western Districts of New York; and the United State Bankruptcy Court for the Western District of New York;
- the Applicant's affirmation that he has read and understands the Local Rules of the United States Bankruptcy Court for the District of Vermont and the Local Rules of the United States District Court for the District of Vermont;

- the Applicant's designation of Paul A. Levine, Esq., as his agent for service of process and consent to this Court as the forum for resolution of any dispute related to his pro hac vice admission; and
- the Applicant's affirmation of his ongoing obligation to notify the Clerk of any changes to the facts stated in his motion and declaration,
- and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Admit Jeffrey M. Dine as counsel pro hac vice is GRANTED.

2. Jeffrey M. Dine is authorized to appear before this Court as counsel to the Official Committee of Unsecured Creditors in the above-captioned case.

3. Jeffrey M. Dine shall comply with all rules of this Court, including the Local Rules of the United States Bankruptcy Court for the District of Vermont and the Local Rules of the United States District Court for the District of Vermont.

4. Jeffrey M. Dine shall promptly notify the Clerk of any material changes to the representations made in his declaration, including any changes to his bar status or any disciplinary proceedings.

**SO ORDERED.**

November 5, 2026
Burlington, Vermont

Heather Z. Cooper
Heather Z. Cooper
United States Bankruptcy Judge