UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Roman Catholic Diocese of Burlington, Vermont[1] | ) | Case No. 24-10205-*hzc* |
| | ) | *Chapter 11 Case* |
| Debtor in Possession | ) | |

## CERTIFICATE OF SERVICE

I, Raymond J. Obuchowski, Esq., hereby certify that on November 3, 2026 copies of the:

- Seventh Interim Application for Compensation *as Local Counsel to Debtor in Possession* for Raymond J Obuchowski, Debtor's Attorney, Period: 4/1/2026 to 9/30/2026, Fees: $5,617.50, Expenses: $172.31. [ECF #930]
- Proposed Order [ECF #930-1]

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) generated in connection with the respective filings as follows:

Samuel Andre on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
sandre@fredlaw.com,
docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com

Samuel Andre on behalf of Defendant Roman Catholic Diocese of Burlington Vermont
sandre@fredlaw.com,
docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com

Jim Baillie on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
jbaillie@fredlaw.com

Andre Denis Bouffard on behalf of Interested Party Vermont Catholic Community Foundation, Inc.
abouffard@drm.com, mbottino@drm.com

1 In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Diocese's address is 55 Joy Drive, South Burlington, Vermont 05403, and its Employer Identification Number (EIN) is 03-0180730.

Francesca Bove on behalf of Defendant Mount St. Joseph High School
fmb@rsclaw.com

David Michael Caves on behalf of Interested Party Interstate Fire & Casualty Company
dcaves@phrd.com

Robert S DiPalma on behalf of Financial Advisor Berkeley Research Group LLC
rdipalma@pfclaw.com

Timothy Evanston on behalf of Interested Party Catalina Worthing Insurance Ltd
tevanston@skarzynski.com

Timothy Evanston on behalf of Interested Party Certain Underwriters at Lloyd's London
tevanston@skarzynski.com

Timothy Evanston on behalf of Interested Party RiverStone Insurance UK Limited
tevanston@skarzynski.com

Timothy Evanston on behalf of Interested Party Tenecom Ltd.
tevanston@skarzynski.com

Jeremy R Fischer on behalf of Interested Party RMHS, Inc.
jfischer@preti.com, mperry@preti.com

Jeremy R Fischer on behalf of Interested Party Rice Memorial High School
jfischer@preti.com, mperry@preti.com

Michael Bryan Fisher on behalf of Interested Party Interstate Fire & Casualty Company
fisher@mbfisherlaw.com, fisher.michaelb.r81669@notify.bestcase.com

Elizabeth A. Glynn on behalf of Creditor TD Bank, N.A.
eag@rsclaw.com, ccs@rsclaw.com

Todd C. Jacobs on behalf of Interested Party Interstate Fire & Casualty Company
tjacobs@phrd.com, awessels@phrd.com

Jeff Kahane on behalf of Interested Party Catalina Worthing Insurance Ltd
jkahane@skarzynski.com

Jeff Kahane on behalf of Interested Party Certain Underwriters at Lloyd's London
jkahane@skarzynski.com

Jeff Kahane on behalf of Interested Party RiverStone Insurance UK Limited
jkahane@skarzynski.com

Jeff Kahane on behalf of Interested Party Tenecom Ltd.
jkahane@skarzynski.com

Steven Robert Kinsella on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven Robert Kinsella on behalf of Defendant Roman Catholic Diocese of Burlington Vermont
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Alexander Jason LaRosa on behalf of Creditor J. Hutchins Inc.
ajlarosa@mskvt.com, chorigan@mskvt.com

Celeste E. Laramie on behalf of Creditor Survivor Creditors
claramie@gravelshea.com

Paul A Levine on behalf of Creditor Committee Committee of Unsecured Creditors
plevine@lemerygreisler.com, phartl@lemerygreisler.com

Paul A Levine on behalf of Creditor Committee Local Counsel to the Official Committee of Unsecured Creditors
plevine@lemerygreisler.com, phartl@lemerygreisler.com

Paul A Levine on behalf of Plaintiff The Official Committee of Unsecured Creditors
plevine@lemerygreisler.com, phartl@lemerygreisler.com

Ryan M. Long on behalf of Interested Party Catalina Worthing Insurance Ltd
rlong@primmer.com

Ryan M. Long on behalf of Interested Party Certain Underwriters at Lloyd's London
rlong@primmer.com

Ryan M. Long on behalf of Interested Party RiverStone Insurance UK Limited
rlong@primmer.com

Ryan M. Long on behalf of Interested Party Tenecom Ltd.
rlong@primmer.com

Timothy K. McMahon, Jr. on behalf of Interested Party Catalina Worthing

Insurance Ltd
tmcmahon@skarzynski.com

Timothy K. McMahon, Jr. on behalf of Interested Party RiverStone Insurance UK Limited
tmcmahon@skarzynski.com

Timothy K. McMahon, Jr. on behalf of Interested Party Tenecom Ltd.
tmcmahon@skarzynski.com

Brittany Mitchell Michael on behalf of Creditor Committee Committee of Unsecured Creditors
bmichael@pszjlaw.com

Brittany Mitchell Michael on behalf of Plaintiff The Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

James Moffitt on behalf of Interested Party Catalina Worthing Insurance Ltd
james.moffitt@clydeco.us, Nancy.Lima@clydeco.us

James Moffitt on behalf of Interested Party Certain Underwriters at Lloyd's London
james.moffitt@clydeco.us, Nancy.Lima@clydeco.us

James Moffitt on behalf of Interested Party RiverStone Insurance UK Limited
james.moffitt@clydeco.us, Nancy.Lima@clydeco.us

James Moffitt on behalf of Interested Party Tenecom Ltd.
james.moffitt@clydeco.us, Nancy.Lima@clydeco.us

Katherine Nixon on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine Nixon on behalf of Defendant Roman Catholic Diocese of Burlington Vermont
knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Raymond J Obuchowski on behalf of Debtor Roman Catholic Diocese of Burlington, Vermont
ray@oeblaw.com, marie@oeblaw.com

Lisa M Penpraze on behalf of U.S. Trustee U S Trustee
lisa.penpraze@usdoj.gov

Adam Robert Prescott on behalf of Creditor Jane Doe
apresscott@bernsteinshur.com,
kflynn@bernsteinshur.com;sbaker@bernsteinshur.com;ekitchen@bernsteinshur.com;lunfricht@bernsteinshur.com;ltitus@bernsteinshur.com

Antonin Robbason on behalf of Creditor TD Bank, N.A.
aizr@rsclaw.com, sem@rsclaw.com;lcw@rsclaw.com;sem@rsclaw.com

Russell W. Roten on behalf of Interested Party Catalina Worthing Insurance Ltd
rroten@skarzynski.com

Russell W. Roten on behalf of Interested Party RiverStone Insurance UK Limited
rroten@skarzynski.com

Russell W. Roten on behalf of Interested Party Tenecom Ltd.
rroten@skarzynski.com

Kaveh Shahi on behalf of Defendant All Saints Parish, Richford
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant And DOES 1 through 20, being intended to name any other parishes whose true name and identity is not yet known
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Annunciation of the Blessed Virgin Mary, Ludlow
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Ascension Parish, Georgia c/o Fairfax
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Assumption of the Blessed Virgin Mary (St. Mary's) Parish, Middlebury
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Blessed Sacrament Catholic Church, Stowe
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Christ Our Savior Parish, Manchester Center
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Christ The King - St. Anthony Parish, Burlington
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Christ the King Church, Rutland

kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Christ the King School, Burlington
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Christ the King School, Rutland
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Church of the Nativity - St. Louis Parish, Swanton
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Corpus Christi Parish, St. Johnsbury
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Good Shepherd Catholic School, St. Johnsbury
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Holy Cross Parish, Colchester
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Holy Family - St. Lawrence Parish, Essex Junction
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Holy Family Parish, Springfield
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Holy Name of Mary Parish, Proctorsville c/o Ludlow
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Immaculate Conception Parish, St. Albans
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Immaculate Heart of Mary Parish, Williston
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Mary Queen of All Saints, Hardwick
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Mater Dei Parish, Derby Line
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Most Holy Trinity Parish, Barton

kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady Fatima, Wilmington
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of Grace Parish, Colchester
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of Light, South Strafford
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of Lourdes Parish, East Berkshire
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of Mercy, Putney
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of Mt. Carmel Church, Charlotte
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of Perpetual Help, Bradford
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of Seven Dolors Parish, Fair Haven
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of the Holy Rosary Parish, Richmond
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of the Lake Parish, South Hero
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of the Snow and St. Patrick's Parish, Waitsfield & Moretown
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of the Snows, Woodstock
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Our Lady of the Valley Parish, Randolph
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Sacred Heart School, Bennington
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Sacred Heart St. Francis de Sales, Bennington
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Alphonsus, Pittsford
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Ambrose Church, Bristol
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Andre Bessette Parish, Troy
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Andrew Parish, Waterbury
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Ann Parish, Milton
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Anthony Parish, Sheldon Springs
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Anthony St. George Parish, Fairfield
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Anthony's Parish, White River
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Augustine Parish, Montpelier
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Bernadette and St. Genevieve Parish, Bridport c/o Middlebury
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Bridget Parish, West Rutland
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Catherine of Siena, Shelburne
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Charles Parish, Bellows Falls
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Dominic Parish, Proctor

kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Eugene, Wells River
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Frances Cabrini Parish, West Pawlet
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Francis Xavier, Winooski
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Francis of Assisi Parish, Windsor
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Francis of Assisi, Norwich
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Isidore Parish, Montgomery c/o Richford
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Joachim Parish, Readsboro
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. John Vianney Church, South Burlington
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. John the Baptist Parish, Castleton
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. John the Baptist Parish, North Bennington
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. John the Baptist, Enosburg
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. John the Evangelist Parish, Northfield
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Joseph Co-Cathedral, Burlington
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Jude Church, Hinesburg
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Luke, Fairfax

kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Mark Parish, Burlington
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Mary Church, Cambridge
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Mary Parish Charitable Trust, Brandon
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Mary's, Franklin
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Michael Roman Catholic Church, Brattleboro
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Michael School, Brattleboro
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Monica - St. Michael School, Barre
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Monica Parish, Barre
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Patrick Parish, Fairfield
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Patrick Parish, Wallingford
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Paul Parish, Orwell c/o Castleton
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Paul's Catholic School, Barton
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Peter Parish, Vergennes
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Peter, Rutland
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Pius X Church, Essex Junction

kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Raphael Parish, Poultney
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Stanislaus Kostka Parish, West Rutland
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Therese Digital Academy, Burlington
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant St. Thomas Parish, Underhill Center
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant The Most Holy Name of Jesus Parish, Morrisville
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Defendant Bishop John J. McDermott
kshahi@gllawgroup.com

Kaveh Shahi on behalf of Interested Party Roman Catholic Parishes
kshahi@gllawgroup.com

Harrison E. Strauss on behalf of U.S. Trustee U S Trustee
harrison.strauss@usdoj.gov

William W Strehlow on behalf of Interested Party Catalina Worthing Insurance Ltd
wstrehlow@primmer.com

William W Strehlow on behalf of Interested Party Certain Underwriters at Lloyd's London
wstrehlow@primmer.com

William W Strehlow on behalf of Interested Party RiverStone Insurance UK Limited
wstrehlow@primmer.com

William W Strehlow on behalf of Interested Party Tenecom Ltd.
wstrehlow@primmer.com

Catalina Sugayan on behalf of Interested Party Catalina Worthing Insurance Ltd
catalina.sugayan@clydeco.us

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyd's

London
catalina.sugayan@clydeco.us

Catalina Sugayan on behalf of Interested Party RiverStone Insurance UK Limited
catalina.sugayan@clydeco.us

Catalina Sugayan on behalf of Interested Party Tenecom Ltd.
catalina.sugayan@clydeco.us

U S Trustee
ustpregion02.vt.ecf@usdoj.gov

Matthew Michael Weiss on behalf of Interested Party Interstate Fire & Casualty Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Interstate Fire & Casualty Company
hwinsberg@phrd.com, elyttle@phrd.com

and the following documents:

- Seventh Interim Application for Compensation *as Local Counsel to Debtor in Possession* for Raymond J Obuchowski, Debtor's Attorney, Period: 4/1/2026 to 9/30/2026, Fees: $5,617.50, Expenses: $172.31. [ECF #930]
- Proposed Order [ECF #930-1]

by copies sent by electronic mail for delivery on November 2, 2026 to those indicated and required pursuant to Order [ECF #180] as Notice Parties set below:

| | | |
|---|---|---|
| Lorei Dawson | | 'ldawson@vermontcatholic.org' |
| Steven Robert Kinsella, Esq. | | skinsella@fredlaw.com |
| Brittany Mitchell Michael, Esq. | | bmichael@pszjlaw.com |
| Paul Levine, Esq. | | plevine@lemerygreisler.com |
| Harrison Strauss, Esq. | | Harrison.Strauss@usdoj.gov |

And the following paries:

| | |
|---|---|
| Gillian Brown | gbrown@pszjlaw.com |
| Christina Tergevorkian | ctergevorkian@thinkbrg.com |
| Katie McDowell | KMcDowell@thinkbrg.com |
| James Carter | james.carter@blankrome.com |
| Matthew K. Babcock | MBabcock@thinkbrg.com |

DATED at Royalton, Vermont: Sunday, November 15, 2026.

By: */s/Raymond J .Obuchowski*

Raymond J. Obuchowski, Esq.
Obuchowski Law Office
PO Box 60
Bethel, Vermont 05031
802-234-6244
802-234-6245 *telefax*
ray@oeblaw.com