**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

---

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

---

**THE DIOCESE'S STATEMENT REGARDING COUNSELS' INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES**

---

I, Lorei Dawson, the Chief Financial Officer for the Roman Catholic Diocese of Burlington, Vermont (the "Diocese"), which is the Debtor in the above-captioned Chapter 11 case, have reviewed the seventh interim applications for allowance of fees and expenses of Fredrikson & Byron, P.A. ($327,611.47), Dinse P.C. ($28,161.50), and Obuchowski Law Office ($5,789.81), as well as the first interim application for allowance of fees and expenses of Blank Rome LLP ($223,415.02). The Diocese has no objection to the applications and consents to payment of the fees and expenses as described therein.

Dated: November 3, 2026

Lorei Dawson
Chief Financial Officer
Roman Catholic Diocese of Burlington, Vermont